IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ALAN WILLIS**, Individually and on Behalf of All Others Similarly Situated, | : : : |
| Plaintiff, | : No. 2:12-cv-00604 : : **JUDGE GREGORY L. FROST** |
| v. | : : |
| **BIG LOTS, INC.,** *et al.*, | : **MAGISTRATE JUDGE** : **ELIZABETH PRESTON** : **DEAVERS** |
| Defendants. | : |

## NOTICE OF RELATED LITIGATION

Defendants Big Lots, Inc., Steven S. Fishman, Joe R. Cooper, Charles W. Haubiel, II, and Lisa M. Bachmann respectfully note, in supplementation of the information set forth in Section VIII of the Civil Cover Sheet filed by Plaintiff, that three related shareholder derivative cases are pending in this Court and assigned to Judge Michael H. Watson, who on June 28, 2012, entered an Order Governing (i) Service of Process, (ii) Consolidation of Related Actions, (iii) Setting a Schedule, and (iv) Appointing Lead Plaintiffs and Lead and Liaison Counsel, and before whom an Amended Stipulation and Proposed Order is pending. Those related actions are:

(1) *Louisiana Municipal Police Employees' Retirement System v. Jeffrey Paul Berger, et al.*, Case No. 2:12-cv-00447;

(2) *Lorene Lamb v. Jeffrey Paul Berger, et al.*, Case No. 2:12-cv-00445; and

(3) *City of Atlanta Firefighters' Pension Fund v. Jeffrey Paul Berger, et al.*, Case No. 2:12-cv-00590.

Respectfully submitted,

**VORYS, SATER, SEYMOUR AND PEASE LLP**


   /s/ William D. Kloss, Jr.   , Trial Attorney
William D. Kloss, Jr. (0040854)
John J. Kulewicz (0008376)
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6360
Fax: (614) 719-4807
wdklossjr@vorys.com
jjkulewicz@vorys.com

**CRAVATH, SWAINE & MOORE LLP**
Michael A. Paskin
Timothy G. Cameron
Brendon DeMay
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
mpaskin@cravath.com
tcameron@cravath.com
bdemay@cravath.com

Counsel for Defendants Big Lots, Inc., Steven S. Fishman, Joe R. Cooper, Charles W. Haubiel, II, and Lisa M. Bachmann

## CERTIFICATE OF SERVICE

A true copy of this notice was filed through the Court's CM/ECF system on July 27, 2012, and will be served on counsel by operation of the Court's CM/ECF system.


   /s/William D. Kloss, Jr.   
William D. Kloss, Jr.   (0040854)

7/27/2012 14346342