## United States District Court
## Southern District of Ohio

Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard, Suite 121
Columbus, Ohio 43215

James Bonini
Clerk of Court

Telephone: 614.719.3000
Facsimile: 614.719.3005

**Related Case Memorandum**

Civil Cases

TO: (Judge Watson and Judge Frost)

FROM: Paula Economus-Stout, Case Administrator

DATE: July 30, 2012

SUBJECT: Related cases re: 2:12-cv-445, 2:12-cv-447, 2:12-cv-590, 2:12-cv-604

Case Caption: Willis v. Big Lots, Inc. et al

Case Number: 2:12-cv-00604-GLF-EPD

File Date: 7/9/2012

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Lamb v. Berger et al

Case Number: 2:12-cv-445

File Date: 5/21/2012

Case Caption: Louisiana Municipal Police Employees' Retirement System, et al., v. Berger et al

Case Number: 2:12-cv-447

File Date 5/22/2012

Case Caption: City of Atlanta Firefighters' Pension Fund v. Berger et al

Case Number: 2:12-cv-590

File Date: 7/2/2012

The District Judges having conferred, we respond to Case Administrator <u>Paula Economus-Stout</u> as follows:

**Judges' Response:**

☐ We agree that the cases are <u>not</u> related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge <u>Watson</u>.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

*[signature]*
United States District Judge

*[signature: Michael H. Watson]*
United States District Judge