UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>    vs.<br><br>BIG LOTS, INC., STEVEN S. FISHMAN, JOE R. COOPER, CHARLES W. HAUBIEL, II and LISA M. BACHMANN,<br>           Defendants. | No. 2:12-cv-00604-GLF-EPD |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

WHEREAS, on July 10, 2012, defendants Big Lots, Inc. and Joe R. Cooper were served with the Complaint, dated July 9, 2012; on July 11, 2012, defendants Lisa M. Bachmann and Charles W. Haubiel, II, were served with the Complaint; and on July 12, 2012, defendant Steven S. Fishman (collectively, "Defendants") agreed to accept service of the Complaint;

WHEREAS, the parties wish to establish a schedule for the efficient conduct of this litigation; and

WHEREAS, in accordance with the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 (the "PSLRA"), discovery and other proceedings shall be stayed during the pendency of any motion to dismiss the operative complaint in this matter, pursuant to 15 U.S.C. § 78u-4(b)(3)(B);

IT IS HEREBY STIPULATED AND AGREED between the parties that, subject to the approval of the Court:

1.      Defendants shall have no obligation to move against, answer or otherwise respond to the Complaint until after the appointment of Lead Plaintiff(s) and Lead Counsel in this action, in accordance with the schedule set forth herein.

2.      Following entry of an Order appointing Lead Plaintiff(s) and Lead Counsel in this action, Lead Plaintiff(s) shall have thirty (30) days within which to file an amended complaint or consolidated amended complaint.

3.      Defendants shall have thirty (30) days from either (a) filing of an amended complaint or consolidated amended complaint, if one is filed; or (b) the expiry of the thirty-day period described in paragraph 2 above, if no amended complaint or consolidated amended complaint is filed, to move against, answer or otherwise respond to the then-operative complaint in this action.

4.      In the event that Defendants move to dismiss the then-operative complaint, Lead Plaintiff(s) shall have thirty (30) days from the filing of such motion(s) to file and serve any brief(s) in opposition.  Defendants shall have fifteen (15) days from filing of such brief(s) in opposition to file and serve any brief(s) in reply.

5.      In accordance with the automatic stay of discovery during the pendency of any motion to dismiss provided for by the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), the parties agree that all discovery-related matters, including, but not limited to, the discovery conference, joint discovery plan and initial disclosures provided for by Fed. R. Civ. P. 26(a)(1) and 26(f), shall be stayed until after the Court rules upon Defendants' motion(s) to dismiss, unless the Court finds, upon the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

DATED:   July 27, 2012    Respectfully submitted,

            **MURRAY MURPHY MOUL + BASIL LLP**

            /s/  Joseph F. Murray
            _____
            Joseph F. Murray, Trial Attorney (0063373)
            Brian K. Murphy (0070654)
            1533 Lake Shore Drive
            Columbus, OH 43204
            Phone:  (614) 488-0400
            Fax:  (614) 488-0401
            murray@mmmb.com
            murphy@mmmb.com

            **ROBBINS GELLER RUDMAN**
            **& DOWD LLP**
            Darren J. Robbins
            David C. Walton
            655 West Broadway, Suite 1900
            San Diego, CA 92101
            Phone:  (619) 231-1058
            Fax:  (619) 231-7423
            darrenr@rgrdlaw.com
            davew@rgrdlaw.com

            **CHAPIN FITZGERALD SULLIVAN**
            **& BOTTINI LLP**
            Francis A. Bottini
            550 West C Street, Suite 2000
            San Diego, CA 92101
            Phone:  (619) 241-4810
            Fax:  (619) 955-5318
            fbottini@cfsblaw.com

            *Counsel for Plaintiffs*

DATED:   July 27, 2012    **VORYS, SATER, SEYMOUR AND PEASE LLP**

            /s/ William D. Kloss, Jr.
            _____
            William D. Kloss, Jr., Trial Attorney (0040854)
            John J. Kulewicz (0008376)
            52 East Gay Street
            P.O. Box 1008
            Columbus, OH 43216-1008
            Phone:  (614) 464-6360
            Fax:  (614) 719-4807
            wdklossjr@vorys.com
            jjkulewicz@vorys.com

3

*Counsel for Defendants*

**CRAVATH, SWAINE & MOORE LLP**
Michael A. Paskin
Timothy G. Cameron
   Worldwide Plaza
      825 Eighth Avenue
         New York, NY 10019-7475
            Phone:  (212) 474-1000
               Fax:  (212) 474-3700
                  mpaskin@cravath.com
                     tcameron@cravath.com

*Of Counsel*


\*        \*        \*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


DATED:  August 6, 2012                *s/ Norah McCann King*
                                   UNITED STATES MAGISTRATE JUDGE

4

7/27/2012 14347012