UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., et al.,<br><br>Defendants. | No. 2:12-cv-00604-MHW-NMK<br><br>CLASS ACTION |

**MOTION OF CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Proposed lead plaintiff City of Pontiac General Employees' Retirement System ("Pontiac General") hereby moves this Court for an order: (1) appointing Pontiac General as Lead Plaintiff in the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4; (2) approving its selection of Robbins Gellar Rudman & Dowd LLP as Lead Counsel and Murray Murphy Moul + Basil LLP as Liaison Counsel; and (3) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Pontiac General submits herewith a Memorandum of Law, the Declaration of Joseph F. Murray, and a proposed Order.

DATED: September 7, 2012

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY

*s/ Joseph F. Murray*

JOSEPH F. MURRAY (0063373)
BRIAN K. MURPHY (0070654)
1533 Lake Shore Drive
Columbus, OH 43204
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murray@mmmb.com
E-mail: Murphy@mmmb.com

[Proposed] Liaison Counsel

ROBBINS GELLER
RUDMAN & DOWD LLP
PAUL J. GELLER
DOUGLAS WILENS
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)
E-mail: pgeller@rgrdlaw.com
E-mail: dwilens@rgrdlaw.com

ROBBINS GELLER
RUDMAN & DOWD LLP
DAVID W. MITCHELL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: dmitchell@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Joseph F. Murray*
JOSEPH F. MURRAY