UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., et al.,<br><br>Defendants. | No. 2:12-cv-00604-MHW-NMK<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

Having considered the Motion of City of Pontiac General Employees' Retirement System ("Pontiac General") for Appointment as Lead Plaintiff and Approval of Selection of Counsel, the memorandum of law in support thereof, and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the requirements of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), hereby appoints Pontiac General as Lead Plaintiff; and

3. Lead Plaintiff's selection of Lead Counsel and Liaison Counsel is approved. Pursuant to the PSLRA, Robbins Geller Rudman & Dowd LLP is appointed Lead Counsel and Murphy Murray Moul + Basil LLP as Liaison Counsel for the class.

IT IS SO ORDERED.

DATED: ______________________

THE HONORABLE MICHAEL H. WATSON
UNITED STATES DISTRICT JUDGE