UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., et al.,<br><br>Defendants. | No. 2:12-cv-00604-MHW-NMK<br><br>CLASS ACTION |

**DECLARATION OF JOSEPH F. MURRAY IN SUPPORT OF MOTION OF CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Joseph F. Murray declares, under penalty of perjury:

1. I am a partner of Murray Murphy Moul + Basil LLP, proposed Liaison Counsel in this action. I submit this Declaration in support of the Motion of City of Pontiac General Employees' Retirement System ("Pontiac General") for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of this action, published on *BusinessWire*, a national business-oriented wire service, on July 9, 2012.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the estimated losses of Pontiac General at approximately $132,405 in connection with its transaction in Big Lots, Inc. securities.

4. Attached hereto as Exhibit C is the Certification of Pontiac General stating, *inter alia*, that it is willing to serve as the representative party on behalf of the class.

5. Attached hereto as Exhibit D is a true copy of the firm resume of Robbins Geller Rudman & Dowd LLP, proposed Lead Counsel for Pontiac General.

6. Attached hereto as Exhibit E is a true copy of the firm resume of Murray Murphy Moul + Basil LLP, proposed Liaison Counsel for Pontiac General.

DATED: September 7, 2012

*s/ Joseph F. Murray*

JOSEPH F. MURRAY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Joseph F. Murray*
JOSEPH F. MURRAY