# EXHIBIT “A”

YAHOO! FINANCE

# Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Big Lots, Inc.

**Press Release**: Robbins Geller Rudman & Dowd LLP – Mon, Jul 9, 2012 4:29 PM EDT

SAN DIEGO--(BUSINESS WIRE)--

Robbins Geller Rudman & Dowd LLP ("Robbins Geller") (http://www.rgrdlaw.com/cases/biglots/) today announced that a class action has been commenced in the United States District Court for the Southern District of Ohio on behalf of purchasers of Big Lots, Inc. ("Big Lots") (BIG) common stock during the period between February 2, 2012 and April 23, 2012 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.rgrdlaw.com/cases/biglots/. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Big Lots and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Big Lots, through its wholly owned subsidiaries, operates as a broadline closeout retailer in the United States and Canada.

The complaint alleges that during the Class Period, defendants issued materially false and misleading statements regarding the Company's business and financial results. As a result of defendants' false statements, Big Lots stock traded at artificially inflated prices during the Class Period, reaching a high of $46.81 per share on March 27, 2012.

On April 23, 2012, after the market closed, Big Lots issued a press release announcing updates to its first quarter 2012 retail sales guidance. The Company forecast a decline in first-quarter same-store sales, slightly negative in comparison to its prior guidance, which estimated a comparable stores sales increase of 2% to 4%. In particular, the Company's consumables business declined significantly. On this news, Big Lots stock collapsed $11 per share to close at $34.71 per share on April 24, 2012, a one-day decline of 24% on volume of 13.2 million shares.

According to the complaint, the true facts, which were known by defendants but concealed from the investing public during the Class Period, were as follows: (a) Big Lots' consumables line (consisting of household, beauty and health items), which represented a third of Big Lots' business, was deteriorating; and (b) the Company's electronic products business was being adversely affected as shoppers were increasingly looking at online deals for these big ticket products, which adversely affected the Company's margins and prospects.

Plaintiff seeks to recover damages on behalf of all purchasers of Big Lots common stock during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Robbins Geller represents U.S. and international institutional investors in contingency-based securities and corporate litigation. With nearly 200 lawyers in nine offices, the firm represents hundreds of public and multi-employer pension funds with combined assets under management in excess of $1.5 trillion. The firm has obtained the largest recoveries in history in six of the eight categories of shareholder class action settlements and has been ranked number one in the number of shareholder class action recoveries in MSCI's *Top SCAS 50* every year since 2003. According to Cornerstone Research, the firm's recoveries have averaged 35% above the median for all firms over the past seven years (2005-2011). Please visit http://www.rgrdlaw.com for more information.