# EXHIBIT "C"

# CERTIFICATION OF NAMED PLAINTIFF
# PURSUANT TO FEDERAL SECURITIES LAWS

CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint filed and adopts its allegations.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
| --- | --- | --- | --- |

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Pontiac General Emps. Ret. Sys. v. Schweitzer-Mauduit, et al.*, No. 1:10-cv-00711 (N.D. Ga.)
*City of Pontiac General Emps. Ret Sys. v. Lockheed Martin Corporation, et al.* No. 1:11-cv-05026 (S.D.N.Y.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

*Fifield v. Green Mountain Coffee Roasters, Inc., et al.*, No. 2:12-cv-00091 (D. Vt.)

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Pontiac General Emps. Ret. Sys. v. Immucor, Inc.*, No. 1:09-cv-02351 (N.D. Ga.)
*City of Pontiac General Emps. Ret. Sys. v. Stryker, Inc.*, No. 10-cv-00376 (S.D.N.Y.)
*Bach v. Amedisys, Inc.*, No. 3:10-cv-00395 (M.D. La.)
*Russo v. Finisar Corp.*, No. CV 11-1252 (N.D. Cal.)
*In re Longtop Financial Technologies Limited Sec. Litig.*, No. 11-cv-03658 (S.D.N.Y.)
*Greenberg v. The Cooper Companies, et al.*, No. 11-cv-05697 (N.D. Cal.)
*In re Health Management Associates, Inc. Sec. Litig.*, No. 2:12-cv-45 (M.D. Fla.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August, 2012.

CITY OF PONTIAC GENERAL
EMPLOYEES' RETIREMENT SYSTEM

By: [signature]

Its: Chairman

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/02/2012 | 300 | $42.77 |
| 02/02/2012 | 700 | $42.75 |
| 02/03/2012 | 500 | $43.47 |
| 02/03/2012 | 600 | $43.52 |
| 02/03/2012 | 2,700 | $43.50 |
| 02/06/2012 | 200 | $43.37 |
| 02/06/2012 | 600 | $43.44 |
| 02/16/2012 | 50 | $43.55 |
| 02/16/2012 | 1,200 | $43.54 |
| 02/17/2012 | 575 | $44.06 |
| 02/21/2012 | 375 | $44.01 |
| 03/02/2012 | 1,650 | $42.45 |
| 03/12/2012 | 400 | $45.29 |
| 03/12/2012 | 1,025 | $45.34 |
| 03/13/2012 | 375 | $45.36 |
| 03/13/2012 | 575 | $45.71 |
| 03/14/2012 | 300 | $45.50 |
| 03/14/2012 | 300 | $45.51 |
| 03/16/2012 | 200 | $45.13 |
| 03/16/2012 | 1,075 | $45.30 |
| 03/19/2012 | 400 | $45.41 |
| 03/27/2012 | 1,550 | $46.91 |
| 03/29/2012 | 200 | $42.59 |
| 03/29/2012 | 850 | $42.74 |