# EXHIBIT "E"

Case: 2:12-cv-00604-MHW-KAJ Doc #: 13-8 Filed: 09/07/12 Page: 2 of 4 PAGEID #: 187

1533 Lake Shore Drive
Columbus, Ohio 43204

614 488.0400
FAX 488.0401

mail@mmmb.com
www.mmmb.com

Murray Murphy Moul + Basil LLP
Attorneys at Law

# RESUME OF MURRAY MURPHY MOUL + BASIL LLP

1. The law firm of Murray Murphy Moul + Basil LLP is a Columbus law firm ("the Firm") that practices complex litigation. The Firm is located at 1533 Lake Shore Drive, Columbus, OH 43204 and opened June 1, 1999.

2. Murray Murphy Moul + Basil LLP has significant experience in complex class litigation in this District. For example, Murray Murphy Moul + Basil LLP served as Liaison Counsel for the Lead Counsel and Lead Plaintiff in the securities class actions captioned, In re Cardinal Health, Inc. Securities Litigation, Case Number: 2:04-cv-575 (Marbley, J.), Ross v. Abercrombie & Fitch Co., et al., Case Number 2:05-cv-819 (Sargus, J.), and Gruhn v. Tween Brands, Inc., et al., Case Number 2:07-cv-852 (Frost, J.).

3. Likewise, Murray Murphy Moul + Basil LLP has served as Class Counsel in other class actions successfully prosecuted in this District, including Violette, et al v. P.A. Days, Inc. (S. D. Ohio 2004) (Marbley, J.) and Adkins v. Ricart Properties, et al., (S. D. Ohio 2004) (Marbley, J.), two certified class actions that included over 100,000 class members that settled by Order and Final Judgments issued by Judge Marbley. Similarly, this Firm served as Co-Lead Counsel in the certified class action of Mick v. Level Propane Gases, Inc., 203

F.R.D. 324 (S.D. Ohio 2001) (Sargus, J.) in this District. The Firm has also appeared in the United States Supreme Court in a putative class action arising in this District. Household Credit Services, et al v. Pfennig, 124 S.Ct 1741 (2004).

4. Murray Murphy Moul + Basil LLP have also served as Defense Counsel in two putative class actions in this District involving civil rights. Murray Murphy Moul + Basil LLP and Geoffrey J. Moul are trial counsel in the matter of S.H and all other similarly situated, et al v. Taft et al, Case Number: 2:04-cv-1206 (Smith, J.) and co-counsel in J.P. and all others similarly situated et al v. Taft et al, Case Number: 2:04-cv-692 (Marbley, J.).

5. Murray Murphy Moul + Basil LLP have served as Lead Counsel in class litigation outside of this District that have been resolved in favor of the Classes: Downes v. Ameritech Corp., et al., Case No. 99 CH 11356 (Cook County, IL), Bellile v. Ameritech Corp., et al., Case No. 99-925403-CP (Wayne County, MI), Gary Phillips & Assoc. v. Ameritech Corp., 144 Ohio App. 3d 149, 759 N.E.2d 833 (Franklin County, OH) and Prestemon, et al v. Echostar Communication and WebTV Networks, Case No. 2002-053014 (Alameda Cty, California Sup. Court).

6. Murray Murphy Moul + Basil LLP serve as Special Counsel to the Ohio Attorney General in connection with two class actions involving instrumentalities of the State of Ohio that have been appointed Lead Plaintiff (or Co-Lead) in securities litigation, In re Marsh & McLennan Companies, Inc. Sec. Litig., 1:04-CV-8144 (S.D.N.Y.) and In re Mutual Funds Investment

Litigation (In re Pilgrim Baxter), 04-MD-15862 (Dist. Maryland). Murray Murphy Moul + Basil LLP and Geoffrey J. Moul are not counsel of record in either case.