UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  vs.<br><br>BIG LOTS, INC., et al.,<br><br>                    Defendants. | No. 2:12-cv-00604-MHW-NMK<br><br>CLASS ACTION |

**NOTICE OF NON-OPPOSITION TO MOTION OF CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

On September 7, 2012, within 60 days of the publication of the requisite notice on July 9, 2012, class member City of Pontiac General Employees' Retirement System ("Pontiac General") timely filed a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action. No other motions were filed and thus no opposition can be made to Pontiac General's motion. Accordingly, Pontiac General respectfully submits this notice to inform the Court that its motion is unopposed.

As set forth in its accompanying motion, Pontiac General: (i) timely filed its motion; (ii) has the largest financial interest in the relief sought by the class; and (iii) otherwise satisfies Federal Rule of Civil Procedure 23. Accordingly, pursuant to the Private Securities Litigation Reform Act of

1995, Pontiac General is the "most adequate plaintiff" to lead this litigation on behalf of the class, and its selection of Robbins Geller Rudman & Dowd LLP as lead counsel and Murray Murphy Moul + Basil LLP should be approved.  *See* 15 U.S.C. §78u-4(a)(3)(B)(iii); *see also Ohio Public Employees Ret. Sys. v. Fannie Mae*, 357 F. Supp. 2d 1027, 1028 n.1 (S.D. Ohio 2005) (granting unopposed lead plaintiff motion); *Pompano Beach Police & Firefighters' Ret. Sys. v. Comtech Telecommun's Corp.,* 2010 U.S. Dist. LEXIS 103218 (E.D.N.Y. Aug. 17, 2010) (same).

Pontiac General respectfully requests that the Court enter the proposed Order submitted with its moving papers.

DATED:  October 2, 2012	MURRAY MURPHY MOUL + BASIL LLP
	JOSEPH F. MURRAY


	       s/ Joseph F. Murray
	JOSEPH F. MURRAY (0063373)
	BRIAN K. MURPHY (0070654)
	1533 Lake Shore Drive
	Columbus, OH  43204
	Telephone:  614.488.0400
	Facsimile:  614.488.0401
	E-mail:  murray@mmmb.com
	E-mail:  Murphy@mmmb.com

	[Proposed] Liaison Counsel

ROBBINS GELLER
  RUDMAN & DOWD LLP
PAUL J. GELLER
DOUGLAS WILENS
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)
E-mail:  pgeller@rgrdlaw.com
E-mail:  dwilens@rgrdlaw.com

ROBBINS GELLER
  RUDMAN & DOWD LLP
DAVID W. MITCHELL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  dmitchell@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
Telephone:  248/746-0700
248/746-2760 (fax)

Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Joseph F. Murray*
JOSEPH F. MURRAY
