IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ALAN WILLIS,**

    **Plaintiff,**

  vs.                                    **Civil Action 2:12-cv-604**
                                                 **Judge Watson**
                                                 **Magistrate Judge King**

**BIG LOTS, INC.,** *et al.***,**

    **Defendants.**

## ORDER

Upon motion, Doc. No. 15, Brian E. Cochran, Esq., is hereby **GRANTED** leave to appear *pro hac vice* on behalf of plaintiff conditional on counsel's registration for electronic filing with this Court[1] or seeking leave to be excused from doing so, within fourteen days of the date of this *Order*.

                                                      *s/Norah McCann King*
                                                      Norah M$^c$Cann King
                                         United States Magistrate Judge

Date: January 24, 2013

---

[1] Counsel may initiate the registration process at this Court's website, http://www.ohsd.uscourts.gov/cmecf.htm. Problems or questions should be directed to Ms. Lisa Wright, 614.719.3222.