AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Alan Willis, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) |
| Big Lots, Inc., Steven S. Fishman, Joe R. Cooper, Charles W. Haubiel II and Timothy A. Johnson, | ) ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.  2:12-cv-00604-MHW-NMK

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Timothy A. Johnson
c/o John J. Kulewicz, Vorys, Sater, Seymour & Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph F. Murray
Brian K. Murphy
Murray Murphy Moul + Basil LLP
1533 Lake Shore Drive
Columbus, OH 43204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/5/2013

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-00604-MHW-NMK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Timothy Johnson C/o John Kulewicz

was received by me on *(date)*   4/8/2013 .

☒ I personally served the summons on the individual at *(place)*   52 E. Gey St.
Columbus, Ohio 43215   on *(date)*   4/8/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   4/8/2013 _____

_____
Server's signature

Bart Snow - Process Server
Printed name and title

2844 Sherwood Rd, Cols, Ohio 43209
Server's address

Additional information regarding attempted service, etc: