UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., STEVEN S. FISHMAN, JOE R. COOPER, CHARLES W. HAUBIEL, II and TIMOTHY A. JOHNSON,<br><br>          Defendants. | No. 2:12-cv-00604-MHW-NMK |

**STIPULATION OF EXTENSION OF TIME TO MOVE OR PLEAD**

Pursuant to S.D. Ohio Civ. R. 6.1(a), consistent with the Court's Scheduling Order (Dkt. No. 12), and upon agreement of Lead Plaintiff City of Pontiac General Employees' Retirement System and defendant Timothy A. Johnson, the time within which defendant Timothy A. Johnson may move, answer or otherwise plead in response to the Amended Complaint is hereby extended for seven (7) days, through and including May 6, 2013. This stipulation is made within the time originally required to respond. There have been no prior extensions for this defendant.

DATED: April 29, 2013    Respectfully submitted,

              **MURRAY MURPHY MOUL + BASIL LLP**

              /s/ Joseph F. Murray, Trial Attorney
              Joseph F. Murray, Trial Attorney (0063373)
              Brian K. Murphy (0070654)
              1533 Lake Shore Drive
              Columbus, OH 43204
              Phone: (614) 488-0400
              Fax: (614) 488-0401
              murray@mmmb.com
              murphy@mmmb.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins
David W. Mitchell
Brian E. Cochran
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Phone: (619) 231-1058
    Fax: (619) 231-7423
    darrenr@rgrdlaw.com
    davidm@rgrdlaw.com
    bcochran@rgrdlaw.com

**CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP**
Francis A. Bottini
    550 West C Street, Suite 2000
    San Diego, CA 92101
    Phone: (619) 241-4810
    Fax: (619) 955-5318
    fbottini@cfsblaw.com

*Counsel for Plaintiffs*

DATED: April 29, 2013

**VORYS, SATER, SEYMOUR AND PEASE LLP**

/s/ William D. Kloss, Jr., Trial Attorney
William D. Kloss, Jr. (0040854)
John J. Kulewicz (0008376)
    52 East Gay Street, P.O. Box 1008
    Columbus, OH 43216-1008
    Phone: (614) 464-6360
    Fax: (614) 719-4807
    wdklossjr@vorys.com
    jjkulewicz@vorys.com

*Counsel for Defendants*

**CRAVATH, SWAINE & MOORE LLP**
Michael A. Paskin
Timothy G. Cameron
    825 Eighth Avenue
    New York, NY 10019-7475
    Phone: (212) 474-1000
    Fax: (212) 474-3700
    mpaskin@cravath.com
    tcameron@cravath.com

*Of Counsel*

[[NYLIT:2610278v3:4064w: 07/27/2012--10:18 a]]