IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Other Similarly Situated, | : : : |
| Plaintiffs, | : Case No.: 2:12-cv-00604 : |
| vs. | : JUDGE WATSON : |
| BIG LOTS, INC., et al., | : MAGISTRATE JUDGE KING : |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, William D. Kloss, Jr., trial attorney for Defendants, in the above-referenced action, hereby moves the court to admit Michael A. Paskin, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendants.

Movant represents that Michael A. Paskin is a member in good standing of the highest court of New York as attested by the accompanying certificate from that court and that Michael A. Paskin is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Michael A. Paskin understands that, unless expressly excused, he or she must register for electronic filing with this court promptly upon the granting of this Motion.

Michael A. Paskin's relevant identifying information is as follows:

        Business telephone:      (212) 474-1760
        Business fax:              (212) 474-3700
        Business address:        Cravath, Swaine & Moore LLP
                                              825 Eighth Avenue
                                              New York, NY 10019-7475
        Business e-mail address:   mpaskin@cravath.com

/s/ William D. Kloss, Jr.   (0040854)

52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
(614) 464-6360

Trial Attorney for Defendants

**CERTIFICATE OF SERVICE**

I served a copy of this motion on all counsel of record by means of the CM/ECF system of the Court on May 3, 2013.

/s/ William D. Kloss, Jr.   (0040854)



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michael Alan Paskin

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **20th day of August, 1996**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **30th day of April, 2013**.



Robert D. Mayberger
Clerk