IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated, : | |
| Plaintiffs, : | Case No.: 2:12-cv-00604 |
| : | JUDGE WATSON |
| vs. : | |
| : | MAGISTRATE JUDGE KING |
| BIG LOTS, INC., et al., : | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, William D. Kloss, Jr., trial attorney for Defendants, in the above-referenced action, hereby moves the court to admit Timothy G. Cameron, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendants.

Movant represents that Timothy G. Cameron is a member in good standing of the highest court of New York as attested by the accompanying certificate from that court and that Timothy G. Cameron is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Timothy G. Cameron understands that, unless expressly excused, he or she must register for electronic filing with this court promptly upon the granting of this Motion.

Timothy G. Cameron's relevant identifying information is as follows:

    Business telephone:  (212) 474-1120
    Business fax:    (212) 474-3700
    Business address:   Cravath, Swaine & Moore LLP
              825 Eighth Avenue
              New York, NY 10019-7475
    Business e-mail address: tcameron@cravath.com

/s/ William D. Kloss, Jr.    (0040854)

52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
(614) 464-6360

Trial Attorney for Defendants

## CERTIFICATE OF SERVICE

I served a copy of this motion on all counsel of record by means of the CM/ECF system of the Court on May 3, 2013.

/s/ William D. Kloss, Jr.    (0040854)

2

5/01/2013 16487302

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## TIMOTHY GRAY CAMERON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **November 22, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 2, 2013**

_____
Clerk of the Court

3038