IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


ALAN WILLIS,

      Plaintiff,

    vs.                      Civil Action 2:12-cv-604
                               Judge Watson
                               Magistrate Judge King

BIG LOTS, INC., *et al.*,

      Defendants.


## ORDER

The parties have filed a joint motion, seeking leave to enlarge the page limits on the briefing of the forthcoming motion to dismiss. Doc. No. 25. The five defendants seek leave to file a single memorandum of law in support of their motion to dismiss of not more than 30 pages, while the two plaintiffs also seek leave to file a single memorandum in opposition of not more than 30 pages. *Id.* at 1-2. The parties represent that these filings will comply in all other respect with the requirements set forth in S.D. Ohio Civ. R. 7.2(a)(3) and Section E(1) of the assigned district judge's Case Management Procedures. *Id.* at 2.

This is a securities class action brought on behalf of persons who purchased the common stock of Big Lots, Inc. between February 2, 2012 and August 23, 2012, against Big Lots, Inc. and certain of its officers and directors for alleged violations of the Securities Exchange Act of 1934, 15 U.S.C. § 78a, *et seq.* *Amended Complaint*, Doc. No. 18, ¶ 1. Defendants represent that they anticipate moving to

dismiss these claims under Fed. R. Civ. P. 9(b) and 12(b)(6).  Doc. No. 25, p. 2.  In light of the nature of these claims and the proposed bases for dismissal, the Court concludes that the parties have demonstrated that the complexity of this case warrants an enlargement of the current page limitations.

Accordingly, the parties' joint motion to enlarge the page limits, Doc. No. 25, is **GRANTED**.  Defendants may file a single memorandum of law in support of their motion to dismiss of not more than 30 pages and the plaintiffs may file a single memorandum in opposition of not more than 30 pages.  The parties are **REMINDED** that their filings must comply in all other respect with the requirements set forth in S.D. Ohio Civ. R. 7.2(a)(3) and Section E(1) of the assigned district judge's Case Management Procedures.


May 6, 2013                                     _____*s/Norah McCann King*_____
                                                  Norah M<sup>c</sup>Cann King
                                            United States Magistrate Judge