IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ALAN WILLIS,**

    Plaintiff,

  vs.                              Civil Action 2:12-cv-604
                                    Judge Watson
                                    Magistrate Judge King

**BIG LOTS, INC.,** *et al.***,**

    Defendants.

## ORDER

Upon motions, Doc. Nos. 23, 24, Michael A. Paskin, Esq., and Timothy G. Cameron, Esq., are hereby **GRANTED** leave to appear *pro hac vice* on behalf of defendants conditional on counsel's registration for electronic filing with this Court[1] or seeking leave to be excused from doing so, within fourteen days of the date of this *Order*.

                                                    *s/Norah McCann King*
                                                      Norah M$^c$Cann King
                                        United States Magistrate Judge

Date: May 6, 2013

---

[1] Counsel may initiate the registration process at this Court's website, http://www.ohsd.uscourts.gov/cmecf.htm.  Problems or questions should be directed to Ms. Lisa Wright, 614.719.3222.