UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS, INC., STEVEN S. FISHMAN, JOE R. COOPER, CHARLES W. HAUBIEL II and TIMOTHY A. JOHNSON,<br><br>Defendants. | Case No. 2:12-cv-00604-MHW-NMK<br><br>District Judge Michael H. Watson<br><br>Magistrate Judge Norah McCann King |

**DECLARATION OF BRENDON DEMAY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Brendon DeMay, hereby declare as follows under penalty of perjury:

1. I am an attorney at law licensed to practice in the State of New York. I am associated with the firm of Cravath, Swaine & Moore LLP, counsel of record for Defendants Joe R. Cooper, Steven S. Fishman, Charles W. Haubiel II and Timothy A. Johnson and Big Lots, Inc. ("Big Lots") in this matter. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint. By virtue of my representation of the Defendants in this matter, I have personal knowledge of the facts set forth below, and I could and would testify competently to those facts if called to do so.

2. Exhibit A is a true and correct copy of a press release issued by Big Lots and dated March 2, 2012.

3. Exhibit B is a true and correct copy of a press release issued by Big Lots and dated February 2, 2012.

4. Exhibit C is a true and correct copy of a Thomson Reuters transcript of a conference call hosted by Big Lots on March 2, 2012.

5. Exhibit D is a true and correct copy of a Big Lots Form 8-K filed March 7, 2012.

6. Exhibit E is a true and correct copy of a Big Lots Form 10-K filed March 26, 2012.

7. Exhibit F is a true and correct copy of a Thomson Reuters transcript of a session at the Telsey Advisory Group's 4th Annual Spring Consumer Conference on March 27, 2012.

8. Exhibit G is a true and correct copy of a Big Lots Annual Report dated April 10, 2012.

9. Exhibit H is a true and correct copy of a press release issued by Big Lots and dated April 23, 2012.

10. Exhibit I is a true and correct copy of a press release issued by Big Lots and dated May 23, 2012.

11. Exhibit J is a true and correct copy of a Thomson Reuters transcript of a conference call hosted by Big Lots on May 23, 2012.

12. Exhibit K is a true and correct copy of a Big Lots Form 8-K filed May 29, 2012.

13. Exhibit L is a true and correct copy of a Thomson Reuters transcript of a session at the Piper Jaffray Consumer Conference on June 5, 2012.

14. Exhibit M is a true and correct copy of a Big Lots Form 10-Q filed June 6, 2012.

15. Exhibit N is a true and correct copy of printouts from the "EDGAR" website maintained by the Securities and Exchange Commission regarding certain public filings for Joe

R. Cooper, including a list of all inside trades, grants or awards of stock or options for all companies for which Mr. Cooper served as a director or officer, including Big Lots, from 2004 to August 23, 2012; a Form 4 dated March 29, 2012, regarding Mr. Cooper's transactions in Big Lots stock on March 27, 2012; a Form 4 dated March 15, 2012, regarding Mr. Cooper's transactions in Big Lots stock on March 13, 2012; a Form 4 dated March 8, 2012, regarding Mr. Cooper's transactions in Big Lots stock on March 7, 2012 and an award of Big Lots stock on March 6, 2012; and a Form 4 dated March 2, 2012, regarding Mr. Cooper's transactions in Big Lots stock on February 29 – March 1, 2012.

16. Exhibit O is a true and correct copy of EDGAR printouts regarding certain public filings for Charles W. Haubiel II, including a list of all inside trades, grants or awards of stock or options for all companies for which Mr. Haubiel served as a director or officer, including Big Lots, from 2004 to August 23, 2012; a Form 4 dated March 16, 2012, regarding Mr. Haubiel's transactions in Big Lots stock on March 15, 2012; a Form 4 dated March 8, 2012, regarding an award of Big Lots stock on March 6, 2012; and a Form 4 dated March 2, 2012, regarding Mr. Haubiel's transactions in Big Lots stock on February 29, 2012.

17. Exhibit P is a true and correct copy of EDGAR printouts regarding certain public filings for Timothy A. Johnson, including a list of all inside trades, grants or awards of stock or options for all companies for which Mr. Johnson served as a director or officer, including Big Lots, from 2004 to August 28, 2012; a Form 4 dated March 16, 2012, regarding Mr. Johnson's transactions in Big Lots stock on March 14, 2012; and a Form 4 dated March 8, 2012, regarding an award of Big Lots stock on March 6, 2012.

18. Exhibit Q is a true and correct copy of EDGAR printouts regarding certain public filings for Steven S. Fishman, including a list of all inside trades, grants or awards of stock or

options for all companies for which Mr. Fishman served as a director or officer, including Big Lots, from 2006 to August 23, 2012; a Form 4 dated March 29, 2012, regarding Mr. Fishman's transactions in Big Lots stock on March 27, 2012; a Form 4 dated March 21, 2012, regarding Mr. Fishman's transactions in Big Lots stock on March 20, 2012; a Form 4 dated March 8, 2012, regarding Mr. Fishman's awards of Big Lots stock on March 6, 2012; a Form 4 dated April 1, 2011, regarding Mr. Fishman's transactions in Big Lots stock on March 31, 2011; and a Form 4 dated March 9, 2011, regarding Mr. Fishman's award of Big Lots stock on March 7, 2011.

19. Exhibit R is a true and correct copy of a printout from EDGAR listing the "Code Descriptions" for various codes that might appear on the various Forms 4, such as "S" for a sale of stock, "M" for an exercise of stock options or "A" for an award of stock or options.

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 6th day of May, 2013, at New York, New York.

Brendon DeMay