# EXHIBIT H

Print Page Close Window

Press Release

**Big Lots Updates First Quarter Sales Guidance**

COLUMBUS, Ohio, April 23, 2012 /PRNewswire via COMTEX/ --Big Lots, Inc. (NYSE: BIG) today updated guidance for retail sales for the first fiscal quarter ending April 28, 2012.

Based on retail sales results quarter-to-date and assumptions for the balance of the first quarter of fiscal 2012, we now expect U.S. comparable store sales to be slightly negative compared to our prior guidance issued on March 2, 2012, which estimated a comparable store sales increase of 2% to 4%. U.S. comparable store sales were on plan through the first six weeks of the quarter; however, sales compared to plan began to slow in late March and trends have further softened as we moved through the month of April. From a merchandising perspective, furniture, hardlines, and seasonal, particularly lawn and garden, have been our best performing businesses; whereas, consumables and play n' wear, particularly electronics, are currently below expectations for the quarter.

In terms of our recently acquired Canadian operations, based on results quarter-to-date, we anticipate retail sales for the first quarter of fiscal 2012 will be slightly above our guidance which estimated sales in the range of $25 to $30 million.

On Wednesday, May 23, 2012, we will release our first quarter sales and earnings results and discuss our outlook for the second quarter and the balance of fiscal 2012.

Big Lots is North America's largest broadline closeout retailer. The company currently operates 1,454 **BIG LOTS** stores in the 48 contiguous United States and 82 **LIQUIDATION WORLD** and **LW** stores in Canada. Wholesale operations are conducted through **BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL,** and **WISCONSIN TOY** and with online sales at www.biglotswholesale.com.

**Cautionary Statement Concerning Forward-Looking Statements**

Certain statements in this release are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, and such statements are intended to qualify for the protection of the safe harbor provided by the Act. The words "anticipate," "estimate," "expect," "objective," "goal," "project," "intend," "plan," "believe," "will," "should," "may," "target," "forecast," "guidance," "outlook" and similar expressions generally identify forward-looking statements. Similarly, descriptions of our objectives, strategies, plans, goals or targets are also forward-looking statements. Forward-looking statements relate to the expectations of management as to future occurrences and trends, including statements expressing optimism or pessimism about future operating results or events and projected sales, earnings, capital expenditures and business strategy. Forward-looking statements are based upon a number of assumptions concerning future conditions that may ultimately prove to be inaccurate. Forward-looking statements are and will be based upon management's then-current views and assumptions regarding future events and operating performance, and are applicable only as of the dates of such statements. Although we believe the expectations expressed in forward-looking statements are based on reasonable assumptions within the bounds of our knowledge, forward-looking statements, by their nature, involve risks, uncertainties and other factors, any one or a combination of which could materially affect our business, financial condition, results of operations or liquidity.

Forward-looking statements that we make herein and in other reports and releases are not guarantees of future performance and actual results may differ materially from those discussed in such forward-looking statements as a result of various factors, including, but not limited to, the current economic and credit crisis, the cost of goods, our inability to successfully execute strategic initiatives, competitive pressures, economic pressures on our customers and us, the availability of brand name closeout merchandise, trade restrictions, freight costs, the risks discussed in the Risk Factors section of our most recent Annual Report on Form 10-K, and other factors discussed from time to time in our other filings with the SEC, including Quarterly Reports on Form 10-Q and Current Reports on Form 8-K. This release should be read in conjunction with such filings, and you should consider all of these risks, uncertainties and other factors carefully in evaluating forward-looking statements.

You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date thereof. We undertake no obligation to publicly update forward-looking statements, whether as a result of new information, future events or otherwise. You are advised, however, to consult any further disclosures we make on related subjects in our public announcements and SEC filings.

SOURCE Big Lots, Inc.

# EXHIBIT I

Print Page Close Window

BIG LOTS!

Press Release

**Big Lots Reports First Quarter Adjusted EPS From Continuing Operations Of $0.68 Per Diluted Share**

**COMPANY PROVIDES UPDATED EPS AND CASH FLOW GUIDANCE**
**COMPANY ANNOUNCES NEW $200 MILLION SHARE REPURCHASE PROGRAM**

COLUMBUS, Ohio, May 23, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) today reported income from continuing operations of $40.8 million, or $0.63 per diluted share, for the first quarter of fiscal 2012 ended April 28, 2012. As previously disclosed in our March 2, 2012 press release, we incurred an after-tax charge of $3.4 million, or $0.05 per diluted share, during the first quarter related to an inventory accounting change associated with the successful implementation of new retail inventory systems. Excluding this non-recurring, non-cash charge, adjusted income from continuing operations totaled $44.2 million, or $0.68 per diluted share (non-GAAP), for the first quarter of fiscal 2012. This compares to income from continuing operations of $52.5 million, or $0.70 per diluted share, for the first quarter of fiscal 2011.

(Logo: http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO )

**FIRST QUARTER HIGHLIGHTS**

- **Adjusted income from continuing operations of $0.68 per diluted share (non-GAAP) versus income from continuing operations of $0.70 per diluted share last year**
- **Generated $108 million of Cash Flow (defined as operating activities less investing activities)**
- **Opened 10 new stores**
- **Invested $99 million to repurchase 2.5 million shares and completed our 2011 $400 million share repurchase program by repurchasing 11.7 million shares, or 16% of our outstanding shares, at an average price per share of $34.11**

| | EPS from Continuing Operations | |
|---|---|---|
| | Q1 '12 (1) | Q1 '11 (2) |
| U.S. Operations | $0.72 | $0.70 |
| Add back: Inventory charge | $0.05 | - |
| U.S. Operations - adjusted basis | $0.77 | $0.70 |
| Canada Operations (3) | ($0.09) | - |
| Consolidated - adjusted basis | $0.68 | $0.70 |

(1) Non-GAAP
(2) GAAP
(3) Canadian operations were acquired on July 18, 2011. Based on materiality, we have not provided pro-forma 2011 results.

First Quarter Results

*U.S. Operations*

Net sales for U.S. operations for the first quarter of fiscal 2012 increased 2.8% to $1,262.2 million, compared to $1,227.3 million for the same period of fiscal 2011. Comparable store sales for U.S. stores open at least fifteen months decreased 0.8% for the quarter. Adjusted income from continuing U.S. operations totaled $0.77 per diluted share (non-GAAP) compared to income from continuing operations of $0.70 per diluted share for the same period of fiscal 2011.

*Canadian Operations*

Net sales for Canadian operations for the first quarter of fiscal 2012 totaled $32.2 million, while incurring a net loss of $6.1 million, or $0.09 per diluted share (non-GAAP). We acquired our Canadian operations on July 18, 2011. Based on materiality to our total operations, we are not required to and have not provided pro-forma information for Canadian operations.

Inventory and Cash Management

On a consolidated basis, inventory ended the first quarter of fiscal 2012 at $848 million compared to $785 million last year. The increase of approximately 8% represents growth in the number of U.S. stores, approximately 1% per store growth of inventory in our U.S. stores, and our Canadian acquisition.

We ended the first quarter of fiscal 2012 with $83 million of Cash and Cash Equivalents and no borrowings under our credit facility compared to $284 million of Cash and Cash Equivalents and no borrowings under our credit facility as of the end of the first quarter of fiscal 2011. Our net use of cash and debt during the last twelve months was focused on share repurchase activity, acquiring and funding our Canadian operations, and repaying borrowings under our credit facility offset by positive cash flow (defined as operating activities less investing activities) generated by our U.S. business.

Share Repurchase Activity

During the first quarter of fiscal 2012, we invested $99 million to repurchase 2.5 million of our shares at an average price of $39.32 per share. This activity exhausted our 2011 share repurchase program which resulted in a total investment of $400 million to repurchase 11.7 million shares at an average share price of $34.11 per share.

On May 22, 2012, our Board of Directors approved a new share repurchase program ("2012 share repurchase program") providing for the repurchase of up to $200 million of our common shares. The $200 million authorization is expected to be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the repurchase program will be available to meet obligations under equity compensation plans and for general corporate purposes. The 2012 share repurchase program is eligible to begin on May 25, 2012 and will continue until exhausted.

**FISCAL Q2 2012 GUIDANCE**

- **Provides initial Q2 guidance for income from continuing operations of $0.37 to $0.42 per diluted share versus income from continuing operations of $0.50 per diluted share for the same period last year**
- **Provides initial Q2 guidance for U.S. comparable store sales in a range of slightly positive to slightly negative**

For the second quarter of fiscal 2012, we estimate consolidated income from continuing operations will be in the range of $0.37 to $0.42 per diluted share, compared to income from continuing operations of $0.50 per diluted share for the second quarter of fiscal 2011.

We estimate income from U.S. operations in a range of $0.44 to $0.49 per diluted share (non-GAAP), compared to last year's $0.52 per diluted share (non-GAAP). This is based on U.S. comparable store sales in a range of slightly positive to slightly negative and a total U.S. sales increase in the range of 3% to 4%.

Sales from our Canadian operations are expected to be in the range of $32 to $35 million for the second quarter of fiscal 2012, resulting in an operating loss in the range of $4 to $6 million, or $0.07 to $0.10 per diluted share (non-GAAP).

**2012 OUTLOOK**

- **Updates fiscal 2012 annual guidance for adjusted income from continuing operations to $3.25 to $3.40 per diluted share (non-GAAP) versus income from continuing operations of $2.99 per diluted share for fiscal 2011**
- **Updates fiscal 2012 U.S. comparable stores sales estimates to be in a range of flat to 1% increase**
- **Updates Cash Flow guidance to $190 million**

Based on first quarter operating results and our expectations for the second fiscal quarter, we now estimate our fiscal 2012 consolidated adjusted income from continuing operations to be in the range of $3.25 to $3.40 per diluted share (non-GAAP), compared to our prior guidance of $3.40 to $3.50 per diluted

share (non-GAAP). We have revised our Cash Flow guidance to $190 million compared to our prior guidance of $200 million.

We now estimate adjusted income from U.S. operations will be in the range of $3.50 to $3.60 per diluted share (non-GAAP), compared to our prior guidance of $3.63 to $3.73 per diluted share (non-GAAP). This is based on U.S. comparable store sales in the range of flat to a 1% increase and a total U.S. sales increase in the range of 5.5% to 6.5%.

For our Canadian operations, sales are expected to be in the range of $142 to $152 million for fiscal 2012 resulting in an operating loss in the range of $14 to $16 million, or $0.23 to $0.26 per diluted share (non-GAAP).

| | Full Year | | Q2 | |
|---|---|---|---|---|
| *EPS from Continuing Operations(non-GAAP)* | 2012 Guidance | 2011 | 2012 Guidance | 2011 |
| U.S. Operations | $3.45 - $3.55 | $3.18 | $0.44 - $0.49 | $0.52 |
| Add back: Inventory charge | $0.05 | - | - | - |
| U.S. Operations - adjusted basis | $3.50 - $3.60 | $3.18 | $0.44 - $0.49 | $0.52 |
| Canada Operations (1) | ($0.23) - ($0.26) | ($0.19) | ($0.07) - ($0.10) | ($0.02) |
| Consolidated - adjusted basis | $3.25 - $3.40 | $2.99(2) | $0.37 - $0.42 | $0.50 (2) |

(1) Canadian operations were acquired on July 18, 2011. Based on materiality, we have not provided pro-forma fiscal 2011 results.
(2) All results presented above are on a non-GAAP basis with the exception of Full Year 2011 and Q2 2011 Consolidated EPS.

**Conference Call/Webcast**

We will host a conference call today at 8:00 a.m. to discuss our financial results for the first quarter and provide commentary on our outlook for fiscal 2012. We invite you to listen to the webcast of the conference call through the Investor Relations section of our website (www.biglots.com).

If you are unable to join the live webcast, an archive of the call will be available through the Investor Relations section of our website (www.biglots.com) beginning two hours after the call ends and will remain available through midnight on Wednesday, June 6. A replay of the call will be available beginning today at 12:00 noon through June 6 at midnight by dialing: 1.888.203.1112 (United States and Canada) or 1.719.457.0820 (International). The Replay Confirmation Code is 1866714. All times are Eastern Time.

Big Lots is North America's largest broadline closeout retailer. As of May 23, 2012, we operated 1,459 **BIG LOTS** stores in the 48 contiguous United States and 82 **LIQUIDATION WORLD** and **LW** stores in Canada. Wholesale operations are conducted through **BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL,** and **WISCONSIN TOY** and with online sales at www.biglotswholesale.com.

**Cautionary Statement Concerning Forward-Looking Statements**

Certain statements in this release are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, and such statements are intended to qualify for the protection of the safe harbor provided by the Act. The words "anticipate," "estimate," "expect," "objective," "goal," "project," "intend," "plan," "believe," "will," "should," "may," "target," "forecast," "guidance," "outlook" and similar expressions generally identify forward-looking statements. Similarly, descriptions of our objectives, strategies, plans, goals or targets are also forward-looking statements. Forward-looking statements relate to the expectations of management as to future occurrences and trends, including statements expressing optimism or pessimism about future operating results or events and projected sales, earnings, capital expenditures and business strategy. Forward-looking statements are based upon a number of assumptions concerning future conditions that may ultimately prove to be inaccurate. Forward-looking statements are and will be based upon management's then-current views and assumptions regarding future events and operating performance, and are applicable only as of the dates of such statements. Although we believe the expectations expressed in forward-looking statements are based on reasonable assumptions within the bounds of our knowledge, forward-looking statements, by their nature, involve risks, uncertainties and other factors, any one or a combination of which could materially

affect our business, financial condition, results of operations or liquidity.

Forward-looking statements that we make herein and in other reports and releases are not guarantees of future performance and actual results may differ materially from those discussed in such forward-looking statements as a result of various factors, including, but not limited to, the current economic and credit crisis, the cost of goods, our inability to successfully execute strategic initiatives, competitive pressures, economic pressures on our customers and us, the availability of brand name closeout merchandise, trade restrictions, freight costs, the risks discussed in the Risk Factors section of our most recent Annual Report on Form 10-K, and other factors discussed from time to time in our other filings with the SEC, including Quarterly Reports on Form 10-Q and Current Reports on Form 8-K. This release should be read in conjunction with such filings, and you should consider all of these risks, uncertainties and other factors carefully in evaluating forward-looking statements.

You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date thereof. We undertake no obligation to publicly update forward-looking statements, whether as a result of new information, future events or otherwise. You are advised, however, to consult any further disclosures we make on related subjects in our public announcements and SEC filings.

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands)**

| | APRIL 28 2012 | APRIL 30 2011 |
|---|---|---|
| | (Unaudited) | (Unaudited) |
| **ASSETS** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $82,571 | $283,895 |
| Inventories | 847,655 | 784,865 |
| Deferred income taxes | 45,997 | 51,136 |
| Other current assets | 68,646 | 63,206 |
| Total current assets | 1,044,869 | 1,183,102 |
| **Property and equipment - net** | 569,146 | 521,925 |
| **Deferred income taxes** | 3,402 | 10,786 |
| **Goodwill** | 15,030 | 0 |
| **Other assets** | 44,358 | 42,009 |
| | $1,676,805 | $1,757,822 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Current liabilities:** | | |
| Accounts payable | $433,505 | $372,425 |
| Property, payroll and other taxes | 79,106 | 79,845 |
| Accrued operating expenses | 100,327 | 60,270 |
| Insurance reserves | 35,441 | 37,848 |
| KB bankruptcy lease obligation | 3,069 | 3,452 |
| Accrued salaries and wages | 25,307 | 24,222 |
| Income taxes payable | 19,303 | 32,792 |
| Total current liabilities | 696,058 | 610,854 |

Case: 2:12-cv-00604-MHW-KAJ Doc #: 28-3 Filed: 05/06/13 Page: 8 of 94 PAGEID #: 848

| | | |
|---|---|---|
| Long-term obligations under bank credit facility | 0 | 0 |
| Deferred rent | 62,016 | 44,924 |
| Insurance reserves | 50,811 | 47,077 |
| Unrecognized tax benefits | 17,274 | 18,221 |
| Other liabilities | 41,219 | 29,930 |
| Shareholders' equity | 809,427 | 1,006,816 |
| | $1,676,805 | $1,757,822 |

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share data)**

| | 13 WEEKS ENDED APRIL 28, 2012 | % | 13 WEEKS ENDED APRIL 30, 2011 | % |
|---|---|---|---|---|
| | (Unaudited) | | (Unaudited) | |
| Net sales | $1,294,481 | 100.0 | $1,227,274 | 100.0 |
| Gross margin | 512,449 | 39.6 | 494,129 | 40.3 |
| Selling and administrative expenses | 418,319 | 32.3 | 387,167 | 31.5 |
| Depreciation expense | 25,288 | 2.0 | 20,664 | 1.7 |
| Operating profit | 68,842 | 5.3 | 86,298 | 7.0 |
| Interest expense | (336) | (0.0) | (501) | (0.0) |
| Other income (expense) | 37 | 0.0 | 112 | 0.0 |
| Income from continuing operations before income taxes | 68,543 | 5.3 | 85,909 | 7.0 |
| Income tax expense | 27,763 | 2.1 | 33,378 | 2.7 |
| Income from continuing operations | 40,780 | 3.2 | 52,531 | 4.3 |
| Loss from discontinued operations, net of tax benefit of $22 and $40, respectively | (34) | (0.0) | (60) | (0.0) |
| Net income | $40,746 | 3.1 | $52,471 | 4.3 |
| Earnings per common share - basic (a) | | | | |

| | | |
|---|---|---|
| Continuing operations | $0.64 | $0.71 |
| Discontinued operations | 0.00 | 0.00 |
| Net income | $0.64 | $0.71 |
| **Earnings per common share - diluted (a)** | | |
| Continuing operations | $0.63 | $0.70 |
| Discontinued operations | 0.00 | 0.00 |
| Net income | $0.63 | $0.70 |
| **Weighted average common shares outstanding** | | |
| Basic | 64,119 | 74,047 |
| Dilutive effect of share-based awards | 1,046 | 1,219 |
| Diluted | 65,165 | 75,266 |

(a) The earnings per share for Continuing Operations, Discontinued Operations and Net Income are separately calculated in accordance with accounting pronouncements; therefore, the sum of earnings per share for Continuing Operations and Discontinued Operations may differ, due to rounding, from the calculated earnings per share of Net Income.

**BIG LOTS, INC. AND SUBSIDIARIES**
**SEGMENT OPERATING PERFORMANCE**
**(In thousands, except per share data)**

| | 13 WEEKS ENDED APRIL 28, 2012 (a) | | |
|---|---|---|---|
| | U.S. | Canada | Consolidated |
| | (Unaudited) | (Unaudited) | (Unaudited) |
| Net sales | $1,262,235 | $32,246 | $1,294,481 |
| Gross margin | 500,945 | 11,504 | 512,449 |
| Selling and administrative expenses | 401,526 | 16,793 | 418,319 |
| Depreciation expense | 24,424 | 864 | 25,288 |

| | | | |
|---|---|---|---|
| Operating profit (loss) | 74,995 | (6,153) | 68,842 |
| Interest expense | (336) | 0 | (336) |
| Other income (expense) | 0 | 37 | 37 |
| Income (loss) from continuing operations before income taxes | 74,659 | (6,116) | 68,543 |
| Income tax expense | 27,763 | 0 | 27,763 |
| Income (loss) from continuing operations | 46,896 | (6,116) | 40,780 |
| Diluted earnings (loss) per common share from continuing operations (b) | $0.72 | ($0.09) | $0.63 |

(a) The consolidated results of operations are comprised of the U.S. and Canadian operating segments. Prior year results are not presented as we operated only one segment during the first quarter of fiscal 2011.

(b) The diluted earnings per share from continuing operations by segment are separately calculated; therefore, the sum of diluted earnings per share from continuing operations by segment may differ, due to rounding, from the calculated consolidated diluted earnings per share from continuing operations. Diluted earnings per share from continuing operations by segment is a "non-GAAP financial measure," as that term is defined by Rule 101 of Regulation G (17 CFR Part 244) and Item 10 of Regulation S-K (17 CFR Part 229), which our management believes is useful information to investors.

## BIG LOTS, INC. AND SUBSIDIARIES
## CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(In thousands)

| | 13 WEEKS ENDED APRIL 28, 2012 | 13 WEEKS ENDED APRIL 30, 2011 |
|---|---|---|
| | (Unaudited) | (Unaudited) |
| Net cash provided by operating activities | $125,582 | $125,545 |
| Net cash used in investing activities | (17,989) | (19,099) |
| Net cash used in financing activities | (93,648) | (90) |
| Impact of foreign currency on cash | 79 | - |
| Increase in cash and cash equivalents | 14,024 | 106,356 |
| Cash and cash equivalents: | | |
| Beginning of period | 68,547 | 177,539 |
| End of period | $82,571 | $283,895 |

## BIG LOTS, INC. AND SUBSIDIARIES
## RECONCILIATION OF NON-GAAP FINANCIAL MEASURES

**(In thousands, except per share data)**
**(Unaudited)**

The following table reconciles gross margin, gross margin rate, operating profit, operating profit rate, income tax expense, effective income tax rate, income from continuing operations, net income, diluted earnings per share from continuing operations, and diluted earnings per share for the first quarter of 2012 for our consolidated and U.S. segment results (GAAP financial measures) to adjusted gross margin, adjusted gross margin rate, adjusted operating profit, adjusted operating profit rate, adjusted income tax expense, adjusted effective income tax rate, adjusted income from continuing operations, adjusted net income, adjusted diluted earnings per share from continuing operations, and adjusted diluted earnings per share (non-GAAP financial measures).

**First quarter of 2012 - Thirteen weeks ended April 28, 2012**

**Consolidated Results**

| | As reported | Adjustment to exclude change in inventory accounting principle | As Adjusted (non-GAAP) |
|---|---|---|---|
| **Gross margin** | $ 512,449 | $ 5,574 | $ 518,023 |
| **Gross margin rate** | 39.6% | 0.4% | 40.0% |
| **Operating profit** | 68,842 | 5,574 | 74,416 |
| **Operating profit rate** | 5.3% | 0.4% | 5.7% |
| **Income tax expense** | 27,763 | 2,186 | 29,949 |
| **Effective income tax rate** | 40.5% | -0.1% | 40.4% |
| **Income from continuing operations** | 40,780 | 3,388 | 44,168 |
| **Net income** | 40,746 | 3,388 | 44,134 |
| **Diluted earnings per share from continuing operations** | $ 0.63 | $ 0.05 | $ 0.68 |
| **Diluted earnings per share** | $ 0.63 | $ 0.05 | $ 0.68 |

**U.S. Segment Results**

| | As reported | Adjustment to exclude change in inventory accounting principle | As Adjusted (non-GAAP) |
|---|---|---|---|
| **Gross margin** | $ 500,945 | $ 5,574 | $ 506,519 |
| **Gross margin rate** | 39.7% | 0.4% | 40.1% |
| **Operating profit** | 74,995 | 5,574 | 80,569 |
| **Operating profit rate** | 5.9% | 0.5% | 6.4% |
| **Income tax expense** | 27,763 | 2,186 | 29,949 |
| **Effective income tax rate** | 37.2% | 0.1% | 37.3% |
| **Income from continuing operations** | 46,896 | 3,388 | 50,284 |
| **Diluted earnings per share from continuing operations** | $ 0.72 | $ 0.05 | $ 0.77 |

The adjusted gross margin, adjusted gross margin rate, adjusted operating profit, adjusted operating profit rate, adjusted income tax expense, adjusted effective income tax rate, adjusted income from continuing operations, adjusted net income, adjusted diluted earnings per share from continuing operations, and adjusted diluted earnings per share are "non-GAAP financial measures" as that term is defined by Rule 101 of Regulation G (17 CFR Part 244) and Item 10 of Regulation S-K (17 CFR Part 229). These non-GAAP financial measures exclude from the most directly comparable financial measures calculated and presented in accordance with accounting principles generally accepted in the United States of America ("GAAP") a pretax charge for a change in an accounting principle associated with our implementation of new inventory management information systems of $5,574 ($3,388, net of tax).

Our management believes that the disclosure of these non-GAAP financial measures provides useful information to investors because the non-GAAP financial measures present an alternative and appropriate method for measuring our operating performance, excluding certain items included in the most directly comparable GAAP financial measures. Our management uses these non-GAAP financial measures, along with the most directly comparable GAAP financial measures, in evaluating our operating performance.

SOURCE Big Lots, Inc.

Timothy A. Johnson, Senior Vice President of Finance, +1-614-278-6622

# EXHIBIT J

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## BIG - Q1 2012 Big Lots, Inc. Earnings Conference Call

EVENT DATE/TIME: MAY 23, 2012 / 12:00PM GMT

**OVERVIEW:**

BIG announced 1Q12 adjusted income from continuing operations of $44.2m or $0.68 per diluted share. Management guided to 2Q12 EPS from continuing operations of $0.37-0.42 and FY12 EPS from continuing operations of $3.25-3.40.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## CORPORATE PARTICIPANTS

**Andy Regrut** *Big Lots, Inc. - IR*

**Tim Johnson** *Big Lots, Inc. - SVP, Finance*

**Joe Cooper** *Big Lots, Inc. - EVP, CFO & President, Big Lots Canada*

**Steve Fishman** *Big Lots, Inc. - Chairman, CEO & President*

## CONFERENCE CALL PARTICIPANTS

**Laura Champine** *Canaccord Genuity - Analyst*

**Matt Boss** *JPMorgan - Analyst*

**Jeff Stein** *Northcoast Research - Analyst*

**David Mann** *Johnson Rice - Analyst*

**Peter Keith** *Piper Jaffray - Analyst*

**Dan Wewer** *Raymond James - Analyst*

**Charles Grom** *Deutsche Bank - Analyst*

**Anthony Lebiedzinski** *Sidoti & Co. - Analyst*

**Patrick McKeever** *MKM Partners - Analyst*

## PRESENTATION

**Operator**

Ladies and gentlemen, welcome to the Big Lots first quarter 2012 teleconference. This call is being recorded. During this session, all lines will be muted until the question-and-answer portion of the call. (Operator Instructions). At this time, I would like to introduce today's first speaker, Senior Vice President of Finance, Tim Johnson. Please go ahead, sir.

---

**Andy Regrut** - *Big Lots, Inc. - IR*

Thanks Chris and thank you everyone for joining us for our first quarter conference call. With me here today in Columbus are Steve Fishman, our Chairman, CEO and President; Chuck Haubiel, Executive Vice President, Real Estate, Legal and General Counsel; Joe Cooper, Executive Vice President and Chief Financial Officer of Big Lots and President of Big Lots Canada; and Tim Johnson, Senior Vice President of Finance.

Before we get started, I would like to remind you that any forward-looking statements we make on today's call involve risk and uncertainties and are subject to our Safe Harbor provisions as stated in our press release and SEC filings and that actual results can differ materially from those described in our forward-looking statements.

Our consolidated financials include results from our U.S. operations and from our Canadian business that was acquired on July 18, 2011. Our statements also include immaterial amounts of discontinued operations activity.

All commentary today is focused on adjusted non-GAAP results from continuing operations. That is, excluding the non-recurring non-cash after-tax charge of $3.4 million, or $0.05 per diluted share mentioned in today's press release. As a reminder, this charge relates to our previously announced change in accounting principal related to inventory valuation and was the direct result of our successful go-live of a new merchandising system at the beginning of the fiscal year. A reconciliation of GAAP to non-GAAP adjusted earnings is available in today's press release.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Given our annual meeting of shareholders begins at 9 a.m., our comments will be brief to allow for Q&A to be completed by 8.45. With that, I'll turn it over to TJ.

---

**Tim Johnson** - *Big Lots, Inc. - SVP, Finance*

Thanks Andy and good morning everyone. I am going to briefly cover Q1 results and then turn it over to Joe to update you on our progress in Canada, and also to speak to our forward guidance. After Joe, Steve will finish with his perspective on results and our merchandising efforts going forward.

Sales for U.S. operations were $1.262 billion, an increase of 2.8% compared to the $1.227 billion we reported for the first quarter of last year. Comparable store sales for stores open at least 15 months decreased 0.8%, which was below our original guidance of a 2% to 4% increase. Comp trends to plan varied widely during the quarter. For the first half of the quarter, comps were positive and sales dollars were essentially on plan. In the last half of the quarter, we expected to see higher comps against the softer compares from Q1 of 2011. This trend did not unfold and comps were actually down to the prior year. To give you a sense of magnitude, the month of April alone accounted for nearly 75% of the sales shortfall for the quarter. so our miss to plan was rather abrupt and the variance to plan widened in the higher volume weeks of April driving Q1 results below our guidance.

From a merchandise perspective, Furniture and Hardlines were the best-performing categories each comping up mid-single digits. Next was Lawn and Garden, which was up low-single digits. Actually the department was trending to a stronger result pre-Easter, but did slow in the last two weeks of April. The balance of the Seasonal category was down slightly. The Home category comps were essentially flat for Q1.

The two most challenging areas in merchandising were Consumables and Electronics. Consumables was down low singles and Electronics was slightly positive after a 20% comp in Q4. The combination of the miss in Consumables and the slowdown in Electronics trends contributed to nearly 3 points of the comp miss to our original forecast, or said another way, was the large majority of our miss. In a moment, Steve will go through more details of category learnings, adjustments, and go-forward expectations.

For the first quarter of fiscal 2012, adjusted operating profit dollars for our U.S. operations were $80.6 million, as our rate declined to 6.4% compared to 7% last year. As anticipated, our adjusted gross margin rate was down slightly at 40.1% compared to last year due to higher fuel costs and a higher markdown rate to turn inventory and stay fresh. These challenges were partially offset by a favorable merchandise mix and improving shrink results.

Total expense dollars were $426 million, and the first quarter SG&A rate was 33.7%, up 50 basis points to last year. Expense deleverage over a lower than expected sales base came from higher depreciation costs and higher occupancy-related costs along with an increase in advertising spend. Interest expense for U.S. operations was essentially unchanged to the prior year. Our U.S. tax rate of 37.3% was below last year's rate of 38.9% with the lower rate related to settlement activity which was planned and was included in our initial guidance.

In total, our U.S. business reported adjusted income from continuing operations of $50.3 million, or off approximately 4% to last year. EPS from U.S. operations was $0.77 per diluted share for the first quarter compared to last year's $0.70 per diluted share.

From a real estate perspective, we opened 10 new stores and closed six in the first quarter leaving us with 1,454 stores and total selling square footage of 31.6 million.

Joe will touch on Canada in a moment, but in terms of the P&L, sales in the first quarter were $32.2 million with a net loss of $6.1 million, or $0.09 per diluted share. This result was on plan and actually at the better end of our original guidance.

So in total, from a consolidated point of view, we reported adjusted income from continuing operations of $44.2 million, or $0.68 per diluted share. This compares to $52.5 million or $0.70 per diluted share a year ago when we had only U.S. operations.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Moving on to the balance sheet, inventory on a consolidated basis ended the first quarter of fiscal 2012 at $848 million, up 8% to last year, with the key drivers being an increase in U.S. store count, a 1% increase in U.S. per store inventory, and the impact of the acquisition of our Canadian operations.

CapEx for the quarter totaled $18.3 million compared to $19.2 million last year and depreciation expense was $25.3 million, an increase of $4.6 million to last year.

Consolidated cash flow, defined as operating activities less investing activities, for the quarter was $108 million or up slightly to $106 million last year. Included in the $108 million of cash flow was approximately $12 million of cash investment in Canada to fund building of inventory levels and operating losses incurred during the quarter.

We ended the quarter with $83 million of cash and cash equivalents and no borrowings under our credit facility compared to $284 million of cash and cash equivalents and no borrowings under our credit facility for the same period last year. Our net use of cash and debt over the last 12 months was focused on share repurchase activity, funding our Canadian operations, and paying off borrowings under our credit facility.

During the first quarter of fiscal 2012, we invested $99 million to repurchase 2.5 million shares of our stock at an average price of $39.32. This activity exhausted the May 2011 Share Repurchase Program, which resulted in a total investment of $400 million to repurchase 11.7 million shares at an average price of $34.11 per share. As noted in today's press release, last night, our Board of Directors approved a new share repurchase program providing for the repurchase of up to $200 million of our common stock. I will now turn it over to Joe for an update on Canada and our forward guidance.

---

**Joe Cooper** - *Big Lots, Inc. - EVP, CFO & President, Big Lots Canada*

Thanks TJ. During the first quarter of fiscal 2012, we continued to make progress in the turnaround strategy for Big Lots Canada. From a merchandising perspective, our inventory levels grew and the quality and breadth of assortment continued to improve. Inventory ended the quarter at approximately $25 million with our target level to be consistently in that $25 million to $30 million range. Based on sales results for the quarter, we believe the customer feedback to our changes and assortment and quality continues to be encouraging, particularly in the areas of Furniture, Seasonal and Consumables. The last major category where we continue to build our assortment is Home. We believe we are on track to have a fully assorted store by early Q3.

On the talent front, we are essentially staffed at this point with our last executive team member, a head of merchandising with extensive experience in the Canadian market, joining us in the last 30 days. With this final hire, the team is now in place.

We also continue to raise our in-store standards and build our store team to help us achieve our goals. Additionally, we continue to evaluate the potential of our stores given our current real estate. From a stores perspective, we ended Q1 with 82 Liquidation World and LW stores.

Now turning to forward guidance, for Q2, we expect income from U.S. operations to be in the range of $0.44 to $0.49 per diluted share compared to $0.52 per diluted share in the second quarter of fiscal 2011. This is based on a total U.S. sales increase in the range of 3% to 4% and comparable store sales in the range of slightly negative to slightly positive.

The gross margin rate for the second quarter of fiscal 2012 is expected to be above last year's second quarter rate, while our expense rate is expected to increase, driven by higher depreciation and occupancy-related costs, higher advertising spend, higher incentive costs and incremental headcount to support the merchandising and marketing areas of our business.

In Canada, second-quarter sales are expected to be in the range of $32 million to $35 million, resulting in a net loss in the range of $4 million to $6 million, or $0.07 to $0.10 per diluted share. And for the consolidated company, income from continuing operations is estimated to be in the range of $0.37 to $0.42 per diluted share, compared to income of $0.50 per diluted share for the second quarter of fiscal 2011.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Our updated outlook for the full year of fiscal 2012 calls for consolidated adjusted income from continuing operations to be in the range of $3.25 to $3.40 per diluted share. This compares to fiscal 2011 of $2.99 per diluted share. As noted last quarter, we are operating under a 53-week retail calendar for fiscal 2012, and we anticipate the impact of the extra week adds approximately $0.10 per diluted share to our earnings for the year. We expect this financial performance will result in cash flow of approximately $190 million. The average diluted share count is now forecasted to be approximately 64 million for fiscal 2012 with no assumption for additional share repurchase activity.

For our U.S. operations, we estimate adjusted income from continuing operations to be in the range of $3.50 to $3.60 per diluted share. This compares to our 2011 result of $3.18 per diluted share. Our updated guidance is based on a total sales increase of 5.5% to 6.5% and comparable store sales in the range of flat to up 1%.

We estimate the adjusted operating profit rate for the U.S. operations for 2012 will be similar to last year. The adjusted gross margin rate for fiscal 2012 is expected to be slightly higher than 2011 driven by lower anticipated markdowns. Expenses as a percent of sales are expected to increase slightly in this model with the entire increase and more coming from higher depreciation, bonus and equity-related expense, and occupancy-related costs. You may recall our 2011 operating profit was below plan for most of the year resulting in lower bonus expense and payout to management, stores and DC operations. Excluding bonus, we see expense leverage in our 2012 model with a comp leverage point, which is estimated to be approximately a 1% comp, which by most industry comparisons is very low. Expense leverage comes from stores, DCs, credit card fees, utilities and the 53rd week, partially offset by higher depreciation expense.

Filling out the rest of the U.S. P&L for 2012, we expect net interest expense of approximately $2 million and the effective income tax rate is forecasted to be in the neighborhood of 38.0% to 39.0%.

For our Canadian operations, we expect sales to be in the range of $142 million to $152 million resulting in a net loss in the range of $14 million to $16 million or $0.23 to $0.26 per diluted share.

Now to Steve for some closing remarks.

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

Thanks, Joe. So we have shared some details on results and thoughts on Q2. I want to focus my time on the merchandising elements, what worked in Q1, where we were off-track and how we expect to improve trends. From a category perspective, as TJ mentioned, Furniture and Hardlines were the leaders. Furniture delivered strong results in its largest volume quarter of the year capitalizing on tax time. Hardlines offered great brands and deals and the customer responded. Lawn and garden, our single largest seasonal business, was good where and when the weather was good. Home comps were flat and the expansion of the footage allocated to this category was completed on time and by quarter's end.

Which leads me to Consumables and Electronics where we came up short for the quarter. In each of these areas, we have completed a deep-dive assessment, have an action plan and a general understanding of when change in the stores should start to be visible to the customer. At that point, we will start to learn if we have made the appropriate adjustments.

First, Consumables. Our largest business comped down low single digits when we would have expected an increase of low single digits. Certain aspects of our pre-planned business were actually quite good, namely Specialty Food and Direct-toStore. The challenges were isolated to our business, which were more closeout in nature -- Food, HBC, Chemicals, businesses like that. In our review of these categories, we looked at all aspects of what can impact sales and in the final analysis, we believe our execution was off. We do not believe competition was an issue. We do not believe we were beat on price or see any issues with our value proposition. We don't believe placement in the store or a marketing changed from Q4 to any significant degree that would explain a slowdown in sales, and I won't allow or acknowledge macro excuses for what I believe is a straightforward execution issue.

I am the first to say this is a complicated business model, particularly in Consumables where our merchants are heavily dependent on closeout flow while also managing never outs and replenishable-type goods. I think we learned that sufficient closeout opportunities existed and the goods were available during the quarter. Our shortfall was either we bought the wrong brand or item, or we weren't broad enough in our selections,



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

particularly in Food. With closeouts come risk. Most of the time, the deals perform very well. Other times, not so good and when we make a mistake, it can slow us down and create choppiness in our sales and merchandise flow, but we work through it, learn from the experience, and move on to the next great deal.

We are refocusing the buying efforts and providing additional resources to the team and it is an ongoing process, but it would be my expectation that later in Q2 and into early Q3, the assortments in Consumables should improve. At that time, we will reassess the business to understand if our adjustments were successful.

This was a good reminder and exercise for the team to go through while we're in the midst of developing our next three-year long-range plan. It stretches our thinking and also reminds us of the challenges of operating a closeout business model and raises the question what, if any, tweaks or adjustments to the strategy should we be thinking about or testing for the future of this business.

Turning to Electronics, I believe execution came up short here as well; although the reasons for the miss were different than Consumables. Certain elements of the Electronics business were quite good, particularly in accessories, which was a major focus in store and in ads. In this merchandise category, we are really good when we are a close second. Meaning, if we are one version behind the curve or technology at a red hot price, we win. We believe the slowdown from Q4 2011 into Q1 2012 was the result of not keeping pace with technology. For example, in certain classifications like tablets and video games, we underestimated the end-of-life impact and our sales slowed significantly, possibly impacting related selling and transactions. Additionally, our DVD business slumped during the quarter as our inventories were out of balance and titles were somewhat out of date. New receipts and new presentations are delivering now and we are hopeful this will help. As we move through Q2, we will have change in content and presentation.

As we look forward, I would anticipate certain of our businesses will remain solid while a few could remain stressed. However, as we execute to and enter the back half of the year, we are forecasting comps to move back into positive territory as I believe the content changes coming from Consumables and Electronics will improve those businesses. I believe the recently completed Home expansion will provide an incremental sales opportunity.

After walking off the back-to-school floor sets and reinvigorating the in-store marketing, I believe we are prepared to have a good Q2 to Q3 transition. And maybe most important, I believe we have another solid nine weeks of Christmas strategy and the holiday calendar this year is quite favorable with two extra shopping days between Christmas and Thanksgiving.

So to summarize, clearly, we are not happy with the start to the year, but we believe we have identified our misses and have a plan to correct them. The closeout model is truly unique and more complex than most understand. However, it does yield opportunities to change trends in short order. We have turned around categories and entire businesses before and we see the opportunity ahead of us again. So with that, I will turn the call back over to Andy.

---

**Andy Regrut** - *Big Lots, Inc. - IR*

Thanks, Steve. Chris, we would now like to open the lines for questions at this time.

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions). Laura Champine, Canaccord Genuity.

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Laura Champine** - *Canaccord Genuity - Analyst*

Good morning. My question, Steve, is about the guidance for the same-store sales trends to improve in the back half when you do have difficult comparisons. And I am just wondering -- I hear you saying that Consumables you expect to show some improvement, but how do you get visibility into what closeouts you will buy in Consumables and can you just give us more color on what the change is in the buying strategy there that should drive that comp improvement in the back half?

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

I think there are a couple things that we have been working on that actually were good for us in the third and fourth quarter of last year, particularly, and continue to be good. The basic never-out programs that we have developed over the last 12 months, Fresh Finds, in particular, and international foods, have really performed well and continue to grow as a percent to our total business, and we have some pretty exciting plans for the second and into the third quarter, particularly with expanding Fresh Finds and an international event that we did not have, so that is number one.

Number two, we actually have, although we don't like to talk about it, a little bit more visibility for the balance of the second quarter into the third quarter of closeout availability. And we are pretty pleased with what we believe will be coming in and I think you will see changes -- actually, you'll probably start to see some of the inventory in the stores in the next two weeks, and we will continue flowing through June a pretty substantial closeout opportunity that we have taken advantage of. So we feel particularly good about that.

And then I think we have pre-planned the back-to-school period really, really well, and I think you will start to see a transitional set in July there. I think Doug and the team have done a job that we have really never done before, so I am pretty excited about that. And he also has a planned transition after back-to-school for the balance of the third quarter. Again, another program that we have never done before that is extremely similar to what we have done and we have always talked about, which is the nine weeks of Christmas before.

So we kind of have a nine weeks of Christmas plan for back-to-school through the third quarter, and he has actually expanded and extended the nine weeks of Christmas for the fourth quarter to a 14-week period so that we can transition well not only during Christmas, but out of Christmas into January this year. So I think we really have our arms around the business probably more substantially than we have had in a long time.

---

**Operator**

Matt Boss, JPMorgan.

---

**Matt Boss** - *JPMorgan - Analyst*

Hey, guys. With 70% to 80% of the Consumables category more closeout in nature, are you seeing any signs of opportunity for an increased level of direct-from-manufacturer goods over time in this category? And is it something that you would be interested in just in terms of stabilizing the consistency in the category?

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

Matt, that is the question of the hour that we have asked ourselves 100 times and I think it is a really good one. I think we have always said that we have challenged our self about what is the right amount of closeout business day in and day out or in-and-out business. And I think going through this process of the next three-year long-range plan, we are going to challenge our self there.

We've talked forever about the fact that the largest piece of the closeout business is Consumables, which is the largest piece of our overall business and we have built a very large business over the last five years, particularly with that level of success. And you know, and as we do, when it is good, it is really good and when it is not, it is not and I think the relationship-building that Doug has really initiated with his team and with some of the



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

major manufacturers, the best manufacturers in the country, that we probably didn't have as close a relationship with in the past few years is only going to continue to grow.

He is not only structuring the business or restructuring it around giving him some more talent in those businesses, but also infusing some relationship people that we have really never had before to continue to grow those things. The answer to your question is there is some opportunities for day in and day out business from some of these manufacturers who just manufacture goods for us. The answer is yes to that too.

---

**Matt Boss** - *JPMorgan - Analyst*

That's great. The second question I had is, given some of the changes that you outlined in the category, and it sounds like more back-end weighted in terms of the second quarter and the second half, have you seen any signs of stabilization in Consumables and Electronics in May thus far?

---

**Tim Johnson** - *Big Lots, Inc. - SVP, Finance*

Matt, this is TJ. I guess from our guidance perspective, what we are communicating here is that this is kind of a flow issue or flow process through the second quarter as some of the opportunities that surfaced in the deep dive start to come into the store. That will happen gradually through the quarter, so it is a little premature for us to sit here three weeks into the quarter and talk about trends changing when really those deep dives with the merchants really just finished in the latter part of April.

So I think from a guidance perspective, I would remind people that we do have an extra ad here in the month of May, so we would have an expectation that May would be a little bit better than the balance of the quarter. That's why we put the advertising there, but it is a little premature for us to comment on current trends coming out of those deep dives, which just finished in the latter part of April.

---

**Matt Boss** - *JPMorgan - Analyst*

Okay, great. Good luck, guys.

---

**Operator**

(Operator Instructions). Jeff Stein, Northcoast Research.

---

**Jeff Stein** - *Northcoast Research - Analyst*

I have got a financial question. Given the fact, guys, that you are looking for a down second quarter, I am wondering if you could perhaps get us from A to B. Obviously, you are still guiding to a decent full fiscal year, so it is obviously going to be heavily back-end weighted. Should we expect all of the increase to come in Q4 or are you currently looking at the possibility of having an up third quarter as well?

---

**Tim Johnson** - *Big Lots, Inc. - SVP, Finance*

Yes, Jeff, this is TJ. We are not breaking out the third and fourth quarter at this point. That is something we typically do not do on this call. I think from our perspective though as we move through the second quarter and into the back half of the year, based on Steve's comments earlier, we would expect gradual improvement in the merchandising area and hopefully sales will follow that.

I would like to remind everybody of a couple things. Our annual comp guidance of flat to plus 1% comp for the year, if you kind of squeeze the math on that, you are looking at the back half of the year of a comp of a little over 1% to get in that range. So it is not like we have got a terrific hockey stick here where we are expecting big, big comps in the back half of the year.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

I'd also like to remind people that this is one of the more favorable retail calendars that we will have. We have got the two extra shopping days between Thanksgiving and Christmas. Clearly, we have an expectation that will help us in the fourth quarter as well. I guess the one wildcard in the fourth quarter that would be something we are very aware of is that, in the early part of November with the national election, that historically has caused consumers to be a little bit cautious. So we try to take all of that into account, Jeff, when we set our quarters for the back half of the year.

---

**Jeff Stein** - *Northcoast Research - Analyst*

Got it. Thank you.

---

**Operator**

David Mann, Johnson Rice.

---

**David Mann** - *Johnson Rice - Analyst*

Yes, thank you. Good morning. Can you talk a little bit about the comment about adding resources to the team? Talk about some of the changes that may have happened in the buying team and where your plans are for the future in terms of the merchant team.

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

I think it might be slightly preliminary to talk about what it is going to look like as we go forward, David, and I think the fact that we're working on a long-range plan, how we want to structure this business for the next 36 months and take it from $5.5 billion to whatever the number is that we will talk about next February and March, I'd like to hold the opportunity in reserve.

But I will tell you, Consumables particularly, being one of the largest businesses that we have, we think the opportunities continue to exist to add some more support staff there from a relationship standpoint and that is what I was kind of speaking to. We have run a business for a number of years called Big Lots Capital and I think you following the Company for many years remember that in that business there were what we call finders. We made a conscious decision to take those finders and infuse five of the six of them -- five into five of our six businesses answering directly to the Vice Presidents so that they can, one, concentrate on specific businesses. One will go to Home, one will go to Furniture, one will go to Hardlines, one will go to Consumables. I'm sorry. I missed one, but the only division that won't have one right now is Seasonal because so much of their business is done overseas and is pre-planned. We don't at this particular point feel like we need that additional support.

So that is occurring as we speak, David. We haven't filled every one of the finders, but I think the majority of them have been filled and that is going to allow the merchants to do their jobs and really make rate decisions and it is going to allow finders to continue to develop and establish relationships with major manufacturers so that we can do the kinds of things that was asked of me before, like continue to build existing relationships of one being first and foremost topical of the major manufacturers when it comes to closeouts and number two, to take a look at opportunities to build potential, create closeout opportunities for us on existing merchandise at the same time too. And it frees up the buyers to be capable of making the day in and day out decisions, so we think that that is going to be a real plus. And that is just a function of us just getting bigger and bigger. That is all. But I think it will help an awful lot.

---

**David Mann** - *Johnson Rice - Analyst*

Okay great. Thank you.

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Operator**

Peter Keith, Piper Jaffray.

---

**Peter Keith** - *Piper Jaffray - Analyst*

Hi, good morning. I just wanted to ask about the Q2 guidance, which came in below what I think most people expected. It seems that the sales guidance was not off and the gross margin is going to be up. So as I am trying to get to your numbers, it looks like something funny might be going on with the SG&A. Is there something very specific to Q2 that's maybe a little bit more expense-heavy than the rest of the year?

---

**Tim Johnson** - *Big Lots, Inc. - SVP, Finance*

Yes, Peter, this is TJ. I think first off at a real high level, when we adjusted our Q2 guidance from a flow standpoint, you have heard us talk about before, for every dollar above or below plan, we typically flow about 30% to operating profit. Now in the first quarter, we did much better than that. The flow-through, when you work through your model from our original guidance, was probably more like 20% to the downside. So that clearly -- expenses flexed real well in the first quarter and margins held. The team did a good job managing inventory in a tough month, particularly in April.

But for the second quarter, when you flow that 30% model through your forecasts, you are going to find the same type of thing. So for us, internally, when we moved off of plan and reset our guidance for second quarter, we saw that same 30% flow-through. We do expect the margin rate to be up slightly. That is something that we have said from day one. We took heavy, heavy markdowns last year in Lawn and Garden, as you will recall.

But also in second quarter, keep in mind, we will deleverage for a couple different reasons. First off, we do have an extra ad in the month of May and in the second quarter and with that comes incremental cost. We do have higher depreciation expense, as we have talked about and obviously on a lower sales base, that is going to create some deleverage. We do have incremental bonus expense year-over-year. We called that out in our Qs and Ks last year, so that shouldn't be a surprise to people.

So there certainly are some elements that are creating deleverage, but, from our perspective, from the beginning of the year to today, the model for second quarter is flexing as anticipated. I can't really speak to street models per se because each one of them are a little bit different.

I would say though, and I would remind people that included in our estimates for the year is an operating loss in the range of $0.07 to $0.10 in Canada and it is not always clear to me exactly how that is factored into the street models because we don't always have good visibility to that. But that is consistent with what we said at the beginning of the year. We would expect, from first quarter to second quarter, that we would make improvements and that is reflected in our guidance as well.

So a long way of answering you, but hopefully enough detail for people to understand that internally when we flexed our model based on the sales changes, the flow-through was appropriate and consistent with what we have told you in the past.

---

**Peter Keith** - *Piper Jaffray - Analyst*

Okay, that's helpful, Tim and good luck this coming quarter.

---

**Tim Johnson** - *Big Lots, Inc. - SVP, Finance*

Thanks.

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Operator**

Dan Wewer, Raymond James.

---

**Dan Wewer** - *Raymond James - Analyst*

Steve, I have become concerned that Big Lots' philosophy on not adding coolers and freezers is placing the Company at a competitive disadvantage in Consumables. Looking at companies such as Family Dollar, Dollar General collectively will open almost 1200 stores this year and many of those are in neighborhoods where Big Lots competes. And they have been increasing the number of coolers and freezers from five stores to as many as 20 a store.

So again, I understand your view about the economics of coolers not being favorable, but I am not sure that the customer really cares about the economics. They are looking for a more convenient shopping trip. So what are your thoughts on as to whether or not that type of investment will ultimately be needed to make yourself more competitive?

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

Dan, I think that is a very fair challenge and I think it is something that we question all the time to ourselves also and try to understand the potential complicated nature of making that decision and trying to execute it versus just saying we want to do it. And I think very clearly it is fair enough that I, along with Doug, are challenging ourselves to understand what we should be doing and how we should be running the Consumables business and probably in the long-range plan next spring, we can speak much more to that.

---

**Dan Wewer** - *Raymond James - Analyst*

Okay. And just one other thing real quick, you were calling out the execution issues in consumer electronics. But when I look at the results being put up by Best Buy and RadioShack and HH Gregg in consumer electronics, this just looks like an industry that is definitely in a cyclical, maybe a secular decline, not an execution issue.

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

Well, when we say execution, we are talking about how we make decisions in how we go to market for the merchandise content that we are talking about. And I think the real surprise to us in the first quarter was the change in the trend from the fourth quarter to the first quarter. If you really take a look at our business versus those people and of course, we are not even remotely in the electronics business the way that Best Buy and HH Gregg and some of the other people are. We are in classifications of the business and as we mentioned, we like to be a close second in those businesses. The business still trended up comp in the first quarter. It is just that the trend shifted so dramatically from the fourth quarter to the first quarter and that was the real surprise to us.

We still think that there is a great opportunity. We are selling the heck out of accessories. It is just a booming business for us and it is a high margin business. We like that piece of the business. The tablet business is really right for us to be in in great values and we are in that as long as we stay up with the technology and we don't allow ourselves to get behind it. And that is what happened to us moving to a 4.0 Android versus a 2.something in the fourth quarter that sold very, very well that didn't sell in the fourth quarter.

And then the execution issue was in the DVD business, which is a very large business of ours that we didn't execute well. We had choppy inventory in the first quarter. We had the wrong titles, we had inconsistent inventories there and in the gaming business and that is probably just about fixed at this particular point.

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Dan Wewer** - *Raymond James - Analyst*

Okay. For what it's worth, Best Buy indicated their DVD and gaming software business was down about 24% in comp stores, so it sounds like you did better than they did.

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

Yes, yes, they are challenged. They are challenged. We understand that, but we are in the real value business too. We are selling DVDs in the $3, $5, $8 and $10 range, not in the $15 to $20 and $30 range. So there is still a large customer out there who is buying an awful lot of that value from us.

---

**Dan Wewer** - *Raymond James - Analyst*

Fair enough. Well, thank you.

---

**Operator**

(Operator Instructions). Charles Grom, Deutsche Bank.

---

**Charles Grom** - *Deutsche Bank - Analyst*

Thanks. Good morning, Steve, TJ, Jeff. So on this Consumables issue, it's the second time in two years it has flared up. Do you guys as you kind of do this and complete the deep dive, do you guys believe there is a structural problem here? If you look at 80% roughly of your business is closeout in that category, it seems like that is the area of weakness, but then when you call out the pre-planned business, it seems like that is the area that you have changed over the past couple of years and has really been an area of strength. So I am wondering as we go through the year, will we hear about more changes structurally to this segment and do you believe there is an issue there?

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

Chuck, I am going to be repetitive because I think I commented on that very same question earlier on today. We challenge ourselves all the time. We need to understand what is the right mix of business to be doing in every one of our businesses, not just Consumables. By the way, last year was a really good Consumables year, so it was a couple of years ago that we had the same challenge. It is very clear that it is the level of the closeouts that we have and the quality of those closeouts. And we have worked at establishing some of the business, particularly in the food area that we have done a better job in. With Fresh Finds and international foods, we have talked about the consistency of trying to build that business. I think it is a very fair challenge on your part and all the other analysts who are questioning us and we are doing the same thing about questioning ourselves. And I think we are adjusting as quickly as we possibly can to run the business so that we continue to grow the top line, not just the bottom line of the business.

---

**Operator**

Anthony Lebiedzinski, Sidoti & Company.

---

**Anthony Lebiedzinski** - *Sidoti & Co. - Analyst*

Yes, good morning. I was wondering if you could comment on your lack of e-commerce. Do you think that is hurting your business and do you have any updated thoughts on e-commerce?



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Tim Johnson** - *Big Lots, Inc. - SVP, Finance*

No. Anthony, I think to Steve's point earlier, we are right in the middle of a long-range plan process, really looking at the next three years. So if there is any -- that is obviously a pretty significant undertaking to move into that business. So if there is anything to comment on there, it would be in light of a three-year plan we would speak to next year.

**Anthony Lebiedzinski** - *Sidoti & Co. - Analyst*

Okay, thank you.

**Operator**

Patrick McKeever, MKM Partners.

**Patrick McKeever** - *MKM Partners - Analyst*

Thanks. Good morning, everyone. Just wondering if you could comment about the closeout deal opportunity outside of Consumables. How are things looking there? Has there been any change in availability, anything exciting coming down the road here over the next few months? Any big deals envisioned? Thanks.

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

I think the secret sauce to our business is the fact that you will see the deals in the stores when you see them. And I think that is something we have always held very, very close to our vest. But I think that there is good flow in every one of the businesses that we deal in at this particular point. Consumables, Home, Hardlines, all three of those businesses, I think as we move through the second quarter and into the third quarter, we feel particularly good about right now. But I think you'll have to judge that on your own when you go into the stores and see what those great deals are. But we feel pretty good about it.

**Patrick McKeever** - *MKM Partners - Analyst*

And then, Steve, you have talked over the past couple of years or so about how your customer is not resistant, so to speak, to higher price points if the value is there. I mean does that -- again, looking outside of the Consumables business, does that still hold true today or has there been any change there?

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

Absolutely none, absolutely none. And in fact, it continues to be about the quality of the deal and the brand and the value relationship, not about a price point. Our average sales check continues to rise. Our average unit retail continues to rise. The deals that we are getting are better quality from better name-brand manufacturers than ever before and we are real excited about all that potential and there has been absolutely no resistance whatsoever to individual price points by classification. It is all about the great value that we are presenting.

And the thing that we continue to hear, and we continue to be told by our customer, is it is all about the deal; it is not about the price. We continue to be a leader in value proposition and what we are offering and there is absolutely no resistance. And probably the number one reason why a customer comes to us continue is the great values that we are offering. So I wish I could find even better more deals at higher retails if they became available to us with wonderful branded manufacturers.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Patrick McKeever** - *MKM Partners - Analyst*

Sounds good. Thanks very much.

**Andy Regrut** - *Big Lots, Inc. - IR*

Thank you, Chris and thank you, everyone, for joining us here on our first-quarter call. We look forward to talking to you again at the end of May.

**Operator**

Ladies and gentlemen, a replay of this call will be available to you within the hour and will end at 11.59 p.m. on Wednesday, June 6, 2012. You can access the replay by dialing 888-203-1112 -- that is toll-free US and Canada -- or 719-457-0820 international and entering pass code 1866714. Again, that phone number is 888-203-1112 or 719-457-0820 and the international pass code is 1866714. This concludes today's presentation. Thank you for your participation. You may now disconnect.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

# EXHIBIT K

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **May 23, 2012**

# BIG LOTS, INC.

(Exact name of registrant as specified in its charter)

| Ohio | 1-8897 | 06-1119097 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

300 Phillipi Road, Columbus, Ohio 43228
(Address of principal executive offices) (Zip Code)

(614) 278-6800
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02 Results of Operations and Financial Condition.**

On May 23, 2012, Big Lots, Inc. (“we,” “us” or “our”) issued a press release and conducted a conference call, both of which reported our first quarter fiscal 2012 unaudited results, provided an update on the status of our previously announced $400 million share repurchase program, announced that our Board of Directors authorized a new $200 million share repurchase program, provided initial guidance for the second quarter of fiscal 2012, and updated guidance for fiscal 2012.

The press release and conference call both included “non-GAAP financial measures,” as that term is defined by Rule 101 of Regulation G (17 CFR Part 244) and Item 10 of Regulation S-K (17 CFR Part 229). Specifically, segment-level diluted earnings (loss) per share from continuing operations, a non-GAAP financial measure, was included. This non-GAAP financial measure reflects the portion of our consolidated diluted earnings per share that is attributable to the performance of each of our U.S. and Canadian segments. Additionally, the following non-GAAP financial measures were included: (i) adjusted gross margin; (ii) adjusted gross margin rate; (iii) adjusted operating profit; (iv) adjusted operating profit rate; (v) adjusted income tax expense; (vi) adjusted effective income tax rate; (vii) adjusted income from continuing operations; (viii) adjusted diluted earnings per common share from continuing operations; and (ix) adjusted diluted earnings per common share. These non-GAAP financial measures exclude from the most directly comparable financial measure calculated and presented in accordance with accounting principles generally accepted in the United States of America (“GAAP”), a non-cash, after-tax charge of approximately $3.4 million, or $0.05 per diluted share, incurred during the first quarter of fiscal 2012 in connection with an inventory accounting change associated with the implementation of new retail inventory systems. As required by Rule 100 of Regulation G and Item 10 of Regulation S-K, the press release, which was posted in the Investor Relations section of our website and referred to during the conference call, contained a presentation of the most directly comparable financial measure calculated and presented in accordance with GAAP and a reconciliation of the difference between the non-GAAP financial measure and the most directly comparable financial measure calculated and presented in accordance with GAAP.

Our management believes that disclosure of the segment-level non-GAAP financial measure provides useful information to investors because it separately reflects the portion of our consolidated diluted earnings per share that is attributable to the performance of each of our U.S. and Canadian segments. Our management also believes that disclosure of the non-GAAP financial measure that excludes the inventory charge provides useful information to investors because it presents an alternative and more relevant method for measuring our operating performance, excluding a special item included in the most directly comparable GAAP financial measure, that our management believes is more indicative of our ongoing operating results and financial condition. These non-GAAP financial measures, along with the most directly comparable GAAP financial measures, are used by our management in evaluating our operating performance.

Non-GAAP financial measures should not be considered in isolation from, or as a substitute for, financial information presented in accordance with GAAP. Non-GAAP financial measures as reported by us may not be comparable to similarly titled items reported by other companies.

Attached as exhibits to this Form 8-K are copies of our May 23, 2012 press release (Exhibit 99.1) and the transcript of our May 23, 2012 conference call (Exhibit 99.2), including information concerning forward-looking statements and factors that may affect our future results. The information in Exhibits 99.1 and 99.2 is being furnished, not filed, pursuant to Item 2.02 of this Form 8-K. By furnishing the information in this Form 8-K and the attached exhibits, we are making no admission as to the materiality of any information in this Form 8-K or the exhibits.

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

(e) As further described in Item 5.07 below, our shareholders approved the Big Lots 2012 Long-Term Incentive Plan ("2012 LTIP") at our Annual Meeting of Shareholders held on May 23, 2012 ("Annual Meeting"). The 2012 LTIP replaces the Big Lots 2005 Long-Term Incentive Plan, as amended and restated ("2005 LTIP"), and no new awards will be granted under the 2005 LTIP; however, awards previously granted under the 2005 LTIP shall remain outstanding in accordance with the terms and conditions of the applicable award agreements and the 2005 LTIP.

The 2012 LTIP is intended to promote our long-term financial success by motivating performance through incentive compensation and to encourage participants to acquire ownership interests in our common shares. The 2012 LTIP is also intended to provide a means whereby employees, directors and third party service providers develop a sense of proprietorship and personal involvement in our development and financial success, and to encourage them to devote their best efforts to our business, thereby also advancing the interests of our shareholders. A further purpose of the 2012 LTIP is to provide a means through which we may attract able individuals to become employees or serve as directors or third party service providers.

The 2012 LTIP permits the grant of nonqualified stock options, incentive stock options, stock appreciation rights, restricted stock, restricted stock units, deferred stock units, performance shares, performance share units, performance units, cash-based awards and other stock-based awards. The maximum number of our common shares available for grant under the 2012 LTIP are (i) 7,750,000 common shares, plus (ii) any of the 4,702,362 common shares subject to outstanding awards under the 2005 LTIP as of March 15, 2012 that on or after March 15, 2012 cease for any reason to be subject to such awards (other than by reason of exercise or settlement of the awards to the extent they are exercised for or settled in vested and nonforfeitable common shares).

The 2012 LTIP became effective with shareholder approval on May 23, 2012. Unless sooner terminated in accordance with it terms, the 2012 LTIP shall terminate on May 23, 2022. After the 2012 LTIP is terminated, no awards may be granted under the 2012 LTIP, but awards previously granted shall remain outstanding in accordance with the terms and conditions of the applicable award agreements and the plan. This summary is qualified in its entirety by reference to the full text of the 2012 LTIP.

Also on May 23, 2012, the Compensation Committee of our Board of Directors approved the form of award agreements which may be used to grant nonqualified stock options and restricted stock to employee participants. The approved form of the Big Lots 2012 Long-Term Incentive Plan Non-Qualified Stock Option Award Agreement and the approved form of the Big Lots 2012 Long-Term Incentive Plan Restricted Stock Award Agreement are attached to this Form 8-K as Exhibit 10.2 and Exhibit 10.3, respectively. In addition, pursuant to Article 12 of the 2012 LTIP, our Board of Directors approved the form of award agreement which may be used to grant restricted stock to nonemployee director participants and approved the award of restricted stock to each nonemployee director elected at the Annual Meeting, with each such award to have a grant date fair value equal to approximately $95,000. As established by our Board of Directors, the grant date for the nonemployee directors' restricted stock awards was May 25, 2012, the second trading day following our release of earnings results from the first quarter of fiscal 2012. The approved form of the Big Lots 2012 Long-Term Incentive Plan Restricted Stock Award Agreement for Nonemployee Directors is attached to this Form 8-K as Exhibit 10.4.

**Item 5.07 Submission of Matters to a Vote of Security Holders.**

At the Annual Meeting, our shareholders elected to the Board of Directors each of the nine nominees identified in our 2012 Proxy Statement (Proposal One), with 2,836,620 broker non-votes and the remaining votes cast as follows:

| Director | For | Withheld |
|---|---|---|
| Jeffrey P. Berger | 55,720,464 | 1,098,062 |
| James R. Chambers | 55,704,412 | 1,114,114 |
| Steven S. Fishman | 53,845,423 | 2,973,103 |
| Peter J. Hayes | 55,736,267 | 1,082,259 |
| Brenda J. Lauderback | 46,473,205 | 10,345,321 |
| Philip E. Mallott | 55,726,087 | 1,092,439 |
| Russell Solt | 44,284,171 | 12,534,355 |
| James R. Tener | 43,731,559 | 13,086,967 |
| Dennis B. Tishkoff | 43,649,211 | 13,169,315 |

Also at our Annual Meeting, our shareholders voted on the following proposals, with 2,836,620 broker non-votes for Proposals Two and Three and the remaining votes cast as follows:

- Proposal Two. To approve the 2012 LTIP:

| | |
|---|---|
| For | 46,796,629 |
| Against | 9,996,248 |
| Abstain | 25,649 |

- Proposal Three. To approve, on an advisory basis, the compensation of our named executive officers, as disclosed in our 2012 Proxy Statement pursuant to Item 402 of Regulation S-K, including the Compensation Discussion and Analysis, compensation tables and narrative discussion:

| | |
|---|---|
| For | 17,713,823 |
| Against | 39,062,867 |
| Abstain | 41,836 |

- Proposal Four. To ratify the appointment of Deloitte & Touche LLP as our independent registered public accounting firm for fiscal 2012:

| | |
|---|---|
| For | 58,113,721 |
| Against | 1,533,141 |
| Abstain | 8,284 |

No other matters were submitted to a vote of our shareholders at our Annual Meeting.

**Item 8.01 Other Events.**

On May 23, 2012, we announced that our Board of Directors authorized a new $200 million share repurchase program. The authorization is expected to be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the repurchase program will be available to meet obligations under equity compensation plans and for general corporate purposes. The new share repurchase program was eligible to begin on May 25, 2012 and will continue until exhausted.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

Exhibits marked with an asterisk (*) are furnished herewith.

| Exhibit No. | Description |
|---|---|
| 10.1 | Big Lots 2012 Long-Term Incentive Plan (incorporated herein by reference to Exhibit 4.4 to our Form S-8 dated May 23, 2012) |
| 10.2* | Form of Big Lots 2012 Long-Term Incentive Plan Non-Qualified Stock Option Award Agreement |
| 10.3* | Form of Big Lots 2012 Long-Term Incentive Plan Restricted Stock Award Agreement |
| 10.4* | Form of Big Lots 2012 Long-Term Incentive Plan Restricted Stock Award Agreement for Nonemployee Directors |
| 99.1* | Big Lots, Inc. press release dated May 23, 2012 |
| 99.2* | Big Lots, Inc. conference call transcript dated May 23, 2012 |

**Signature**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**BIG LOTS, INC.**

Date: May 29, 2012

By: /s/ Charles W. Haubiel II

Charles W. Haubiel II
*Executive Vice President, Legal and Real Estate,*
*General Counsel and Corporate Secretary*

**Exhibit 99.1**

**PRESS RELEASE**
**FOR IMMEDIATE RELEASE**

Contact: Timothy A. Johnson
Senior Vice President - Finance
614-278-6622

# BIG LOTS REPORTS FIRST QUARTER ADJUSTED EPS FROM CONTINUING OPERATIONS OF $0.68 PER DILUTED SHARE

## COMPANY PROVIDES UPDATED EPS AND CASH FLOW GUIDANCE

## COMPANY ANNOUNCES NEW $200 MILLION SHARE REPURCHASE PROGRAM

Columbus, Ohio - May 23, 2012 - Big Lots, Inc. (NYSE: BIG) today reported income from continuing operations of $40.8 million, or $0.63 per diluted share, for the first quarter of fiscal 2012 ended April 28, 2012. As previously disclosed in our March 2, 2012 press release, we incurred an after-tax charge of $3.4 million, or $0.05 per diluted share, during the first quarter related to an inventory accounting change associated with the successful implementation of new retail inventory systems. Excluding this non-recurring, non-cash charge, adjusted income from continuing operations totaled $44.2 million, or $0.68 per diluted share (non-GAAP), for the first quarter of fiscal 2012. This compares to income from continuing operations of $52.5 million, or $0.70 per diluted share, for the first quarter of fiscal 2011.

## FIRST QUARTER HIGHLIGHTS

- **Adjusted income from continuing operations of $0.68 per diluted share (non-GAAP) versus income from continuing operations of $0.70 per diluted share last year**
- **Generated $108 million of Cash Flow (defined as operating activities less investing activities)**
- **Opened 10 new stores**
- **Invested $99 million to repurchase 2.5 million shares and completed our 2011 $400 million share repurchase program by repurchasing 11.7 million shares, or 16% of our outstanding shares, at an average price per share of $34.11**

| | EPS from Continuing Operations | |
|---|---|---|
| | Q1 '12 (1) | Q1 '11 (2) |
| U.S. Operations | $ 0.72 | $ 0.70 |
| Add back: Inventory charge | $ 0.05 | $ — |
| U.S. Operations - adjusted basis | $ 0.77 | $ 0.70 |
| Canadian Operations (3) | $ (0.09) | $ — |
| Consolidated - adjusted basis | $ 0.68 | $ 0.70 |

(1) Non-GAAP

(2) GAAP

(3) Canadian operations were acquired on July 18, 2011. Based on materiality, we have not provided pro-forma fiscal 2011 results.

Shareholder Relations Department
300 Phillipi Road
Columbus, OH 43228-5311
Phone: (614) 278-6622 Fax: (614) 278-6666
E-mail: aschmidt@biglots.com

## First Quarter Results

*U.S. Operations*

Net sales for U.S. operations for the first quarter of fiscal 2012 increased 2.8% to $1,262.2 million, compared to $1,227.3 million for the same period of fiscal 2011. Comparable store sales for U.S. stores open at least fifteen months decreased 0.8% for the quarter. Adjusted income from continuing U.S. operations totaled $0.77 per diluted share (non-GAAP) compared to income from continuing operations of $0.70 per diluted share for the same period of fiscal 2011.

*Canadian Operations*

Net sales for Canadian operations for the first quarter of fiscal 2012 totaled $32.2 million, while incurring a net loss of $6.1 million, or $0.09 per diluted share (non-GAAP). We acquired our Canadian operations on July 18, 2011. Based on materiality to our total operations, we are not required to and have not provided pro-forma information for Canadian operations.

## Inventory and Cash Management

On a consolidated basis, inventory ended the first quarter of fiscal 2012 at $848 million compared to $785 million last year. The increase of approximately 8% represents growth in the number of U.S. stores, approximately 1% per store growth of inventory in our U.S. stores, and our Canadian acquisition.

We ended the first quarter of fiscal 2012 with $83 million of Cash and Cash Equivalents and no borrowings under our credit facility compared to $284 million of Cash and Cash Equivalents and no borrowings under our credit facility as of the end of the first quarter of fiscal 2011. Our net use of cash and debt during the last twelve months was focused on share repurchase activity, acquiring and funding our Canadian operations, and repaying borrowings under our credit facility offset by positive cash flow (defined as operating activities less investing activities) generated by our U.S. business.

## Share Repurchase Activity

During the first quarter of fiscal 2012, we invested $99 million to repurchase 2.5 million of our shares at an average price of $39.32 per share. This activity exhausted our 2011 share repurchase program which resulted in a total investment of $400 million to repurchase 11.7 million shares at an average share price of $34.11 per share.

On May 22, 2012, our Board of Directors approved a new share repurchase program (“2012 share repurchase program”) providing for the repurchase of up to $200 million of our common shares. The $200 million authorization is expected to be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the repurchase program will be available to meet obligations under equity compensation plans and for general corporate purposes. The 2012 share repurchase program is eligible to begin on May 25, 2012 and will continue until exhausted.

**FISCAL Q2 2012 GUIDANCE**

- **Provides initial Q2 guidance for income from continuing operations of $0.37 to $0.42 per diluted share versus income from continuing operations of $0.50 per diluted share for the same period last year**
- **Provides initial Q2 guidance for U.S. comparable store sales in a range of slightly positive to slightly negative**

For the second quarter of fiscal 2012, we estimate consolidated income from continuing operations will be in the range of $0.37 to $0.42 per diluted share, compared to income from continuing operations of $0.50 per diluted share for the second quarter of fiscal 2011.

We estimate income from U.S. operations in a range of $0.44 to $0.49 per diluted share (non-GAAP), compared to last year's $0.52 per diluted share (non-GAAP). This is based on U.S. comparable store sales in a range of slightly positive to slightly negative and a total U.S. sales increase in the range of 3% to 4%.

Sales from our Canadian operations are expected to be in the range of $32 to $35 million for the second quarter of fiscal 2012, resulting in an operating loss in the range of $4 to $6 million, or $0.07 to $0.10 per diluted share (non-GAAP).

**2012 OUTLOOK**

- **Updates fiscal 2012 annual guidance for adjusted income from continuing operations to $3.25 to $3.40 per diluted share (non-GAAP) versus income from continuing operations of $2.99 per diluted share for fiscal 2011**
- **Updates fiscal 2012 U.S. comparable stores sales estimates to be in a range of flat to 1% increase**
- **Updates Cash Flow guidance to $190 million**

Based on first quarter operating results and our expectations for the second fiscal quarter, we now estimate our fiscal 2012 consolidated adjusted income from continuing operations to be in the range of $3.25 to $3.40 per diluted share (non-GAAP), compared to our prior guidance of $3.40 to $3.50 per diluted share (non-GAAP). We have revised our Cash Flow guidance to $190 million compared to our prior guidance of $200 million.

We now estimate adjusted income from U.S. operations will be in the range of $3.50 to $3.60 per diluted share (non-GAAP), compared to our prior guidance of $3.63 to $3.73 per diluted share (non-GAAP). This is based on U.S. comparable store sales in the range of flat to a 1% increase and a total U.S. sales increase in the range of 5.5% to 6.5%.

For our Canadian operations, sales are expected to be in the range of $142 to $152 million for fiscal 2012 resulting in an operating loss in the range of $14 to $16 million, or $0.23 to $0.26 per diluted share (non-GAAP).

| *EPS from Continuing Operations (non-GAAP)* | Full Year | | Q2 | |
|---|---|---|---|---|
| | 2012 Guidance | 2011 | 2012 Guidance | 2011 |
| U.S. Operations | $3.45 - $3.55 | $3.18 | $0.44 - $0.49 | $0.52 |
| Add back: Inventory charge | $0.05 | — | — | — |
| U.S. Operations - adjusted basis | $3.50 - $3.60 | $3.18 | $0.44 - $0.49 | $0.52 |
| Canadian Operations (1) | $(0.23) - $(0.26) | $(0.19) | $(0.07) - $(0.10) | $(0.02) |
| Consolidated - adjusted basis | $3.25 - $3.40 | $2.99 (2) | $0.37 - $0.42 | $0.50 (2) |

(1) Canadian operations were acquired on July 18, 2011. Based on materiality, we have not provided pro-forma fiscal 2011 results.

(2) All results presented above are on a non-GAAP basis with the exception of Full Year 2011 and Q2 2011 Consolidated EPS.

**Conference Call/Webcast**

We will host a conference call today at 8:00 a.m. to discuss our financial results for the first quarter and provide commentary on our outlook for fiscal 2012. We invite you to listen to the webcast of the conference call through the Investor Relations section of our website (www.biglots.com).

If you are unable to join the live webcast, an archive of the call will be available through the Investor Relations section of our website (www.biglots.com) beginning two hours after the call ends and will remain available through midnight on Wednesday, June 6. A replay of the call will be available beginning today at 12:00 noon through June 6 at midnight by dialing: 1.888.203.1112 (United States and Canada) or 1.719.457.0820 (International). The Replay Confirmation Code is 1866714. All times are Eastern Time.

Big Lots is North America's largest broadline closeout retailer. As of May 23, 2012, we operated 1,459 **BIG LOTS** stores in the 48 contiguous United States and 82 **LIQUIDATION WORLD** and **LW** stores in Canada. Wholesale operations are conducted through **BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL,** and **WISCONSIN TOY** and with online sales at www.biglotswholesale.com.

Shareholder Relations Department
300 Phillipi Road
Columbus, OH 43228-5311
Phone: (614) 278-6622 Fax: (614) 278-6666
E-mail: aschmidt@biglots.com

**Cautionary Statement Concerning Forward-Looking Statements**

Certain statements in this release are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, and such statements are intended to qualify for the protection of the safe harbor provided by the Act. The words “anticipate,” “estimate,” “expect,” “objective,” “goal,” “project,” “intend,” “plan,” “believe,” “will,” “should,” “may,” “target,” “forecast,” “guidance,” “outlook” and similar expressions generally identify forward-looking statements. Similarly, descriptions of our objectives, strategies, plans, goals or targets are also forward-looking statements. Forward-looking statements relate to the expectations of management as to future occurrences and trends, including statements expressing optimism or pessimism about future operating results or events and projected sales, earnings, capital expenditures and business strategy. Forward-looking statements are based upon a number of assumptions concerning future conditions that may ultimately prove to be inaccurate. Forward-looking statements are and will be based upon management's then-current views and assumptions regarding future events and operating performance, and are applicable only as of the dates of such statements. Although we believe the expectations expressed in forward-looking statements are based on reasonable assumptions within the bounds of our knowledge, forward-looking statements, by their nature, involve risks, uncertainties and other factors, any one or a combination of which could materially affect our business, financial condition, results of operations or liquidity.

Forward-looking statements that we make herein and in other reports and releases are not guarantees of future performance and actual results may differ materially from those discussed in such forward-looking statements as a result of various factors, including, but not limited to, the current economic and credit crisis, the cost of goods, our inability to successfully execute strategic initiatives, competitive pressures, economic pressures on our customers and us, the availability of brand name closeout merchandise, trade restrictions, freight costs, the risks discussed in the Risk Factors section of our most recent Annual Report on Form 10-K, and other factors discussed from time to time in our other filings with the SEC, including Quarterly Reports on Form 10-Q and Current Reports on Form 8-K. This release should be read in conjunction with such filings, and you should consider all of these risks, uncertainties and other factors carefully in evaluating forward-looking statements.

You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date thereof. We undertake no obligation to publicly update forward-looking statements, whether as a result of new information, future events or otherwise. You are advised, however, to consult any further disclosures we make on related subjects in our public announcements and SEC filings.

Shareholder Relations Department
300 Phillipi Road
Columbus, OH 43228-5311
Phone: (614) 278-6622 Fax: (614) 278-6666
E-mail: aschmidt@biglots.com

**BIG LOTS, INC. AND SUBSIDIARIES**

**CONDENSED CONSOLIDATED BALANCE SHEETS**

**(In thousands)**

| | APRIL 28 2012 (Unaudited) | APRIL 30 2011 (Unaudited) |
|---|---|---|
| **ASSETS** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 82,571 | $ 283,895 |
| Inventories | 847,655 | 784,865 |
| Deferred income taxes | 45,997 | 51,136 |
| Other current assets | 68,646 | 63,206 |
| Total current assets | 1,044,869 | 1,183,102 |
| Property and equipment - net | 569,146 | 521,925 |
| Deferred income taxes | 3,402 | 10,786 |
| Goodwill | 15,030 | 0 |
| Other assets | 44,358 | 42,009 |
| | $ 1,676,805 | $ 1,757,822 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| **Current liabilities:** | | |
| Accounts payable | $ 433,505 | $ 372,425 |
| Property, payroll and other taxes | 79,106 | 79,845 |
| Accrued operating expenses | 100,327 | 60,270 |
| Insurance reserves | 35,441 | 37,848 |
| KB bankruptcy lease obligation | 3,069 | 3,452 |
| Accrued salaries and wages | 25,307 | 24,222 |
| Income taxes payable | 19,303 | 32,792 |
| Total current liabilities | 696,058 | 610,854 |
| Long-term obligations under bank credit facility | — | — |
| Deferred rent | 62,016 | 44,924 |
| Insurance reserves | 50,811 | 47,077 |
| Unrecognized tax benefits | 17,274 | 18,221 |
| Other liabilities | 41,219 | 29,930 |
| Shareholders' equity | 809,427 | 1,006,816 |
| | $ 1,676,805 | $ 1,757,822 |

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share data)**

| | 13 WEEKS ENDED APRIL 28, 2012 (Unaudited) | % | 13 WEEKS ENDED APRIL 30, 2011 (Unaudited) | % |
|---|---|---|---|---|
| **Net sales** | $ 1,294,481 | 100.0 | $ 1,227,274 | 100.0 |
| **Gross margin** | 512,449 | 39.6 | 494,129 | 40.3 |
| **Selling and administrative expenses** | 418,319 | 32.3 | 387,167 | 31.5 |
| **Depreciation expense** | 25,288 | 2.0 | 20,664 | 1.7 |
| **Operating profit** | 68,842 | 5.3 | 86,298 | 7.0 |
| **Interest expense** | (336) | (0.0) | (501) | (0.0) |
| **Other income (expense)** | 37 | 0.0 | 112 | 0.0 |
| **Income from continuing operations before income taxes** | 68,543 | 5.3 | 85,909 | 7.0 |
| **Income tax expense** | 27,763 | 2.1 | 33,378 | 2.7 |
| **Income from continuing operations** | 40,780 | 3.2 | 52,531 | 4.3 |
| **Loss from discontinued operations, net of tax benefit of $22 and $40, respectively** | (34) | (0.0) | (60) | (0.0) |
| **Net income** | $ 40,746 | 3.1 | $ 52,471 | 4.3 |
| | | | | |
| **Earnings per common share - basic (a)** | | | | |
| **Continuing operations** | $ 0.64 | | $ 0.71 | |
| **Discontinued operations** | 0.00 | | 0.00 | |
| **Net income** | $ 0.64 | | $ 0.71 | |
| | | | | |
| **Earnings per common share - diluted (a)** | | | | |
| **Continuing operations** | $ 0.63 | | $ 0.70 | |
| **Discontinued operations** | 0.00 | | 0.00 | |
| **Net income** | $ 0.63 | | $ 0.70 | |
| | | | | |
| **Weighted average common shares outstanding** | | | | |
| **Basic** | 64,119 | | 74,047 | |
| **Dilutive effect of share-based awards** | 1,046 | | 1,219 | |
| **Diluted** | 65,165 | | 75,266 | |

**(a) The earnings per share for Continuing Operations, Discontinued Operations and Net Income are separately calculated in accordance with accounting pronouncements; therefore, the sum of earnings per share for Continuing Operations and Discontinued Operations may differ, due to rounding, from the calculated earnings per share of Net Income.**

**BIG LOTS, INC. AND SUBSIDIARIES**
**SEGMENT OPERATING PERFORMANCE**
**(In thousands, except per share data)**

| | 13 WEEKS ENDED APRIL 28, 2012 (a) | | |
|---|---|---|---|
| | U.S. (Unaudited) | Canada (Unaudited) | Consolidated (Unaudited) |
| **Net sales** | $ 1,262,235 | $ 32,246 | $ 1,294,481 |
| **Gross margin** | 500,945 | 11,504 | 512,449 |
| **Selling and administrative expenses** | 401,526 | 16,793 | 418,319 |
| **Depreciation expense** | 24,424 | 864 | 25,288 |
| **Operating profit (loss)** | 74,995 | (6,153) | 68,842 |
| **Interest expense** | (336) | 0 | (336) |
| **Other income (expense)** | 0 | 37 | 37 |
| **Income (loss) from continuing operations before income taxes** | 74,659 | (6,116) | 68,543 |
| **Income tax expense** | 27,763 | 0 | 27,763 |
| **Income (loss) from continuing operations** | $ 46,896 | $ (6,116) | $ 40,780 |
| **Diluted earnings (loss) per common share from continuing operations (b)** | $ 0.72 | $ (0.09) | $ 0.63 |

**(a) The consolidated results of operations are comprised of the U.S. and Canadian operating segments. Prior year results are not presented as we operated only one segment during the first quarter of fiscal 2011.**

**(b) The diluted earnings per share from continuing operations by segment are separately calculated; therefore, the sum of diluted earnings per share from continuing operations by segment may differ, due to rounding, from the calculated consolidated diluted earnings per share from continuing operations. Diluted earnings per share from continuing operations by segment is a "non-GAAP financial measure," as that term is defined by Rule 101 of Regulation G (17 CFR Part 244) and Item 10 of Regulation S-K (17 CFR Part 229), which our management believes is useful information to investors.**

**BIG LOTS, INC. AND SUBSIDIARIES**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

**(In thousands)**

| | 13 WEEKS ENDED APRIL 28, 2012 (Unaudited) | 13 WEEKS ENDED APRIL 30, 2011 (Unaudited) |
|---|---|---|
| **Net cash provided by operating activities** | $ 125,582 | $ 125,545 |
| **Net cash used in investing activities** | (17,989) | (19,099) |
| **Net cash used in financing activities** | (93,648) | (90) |
| **Impact of foreign currency on cash** | 79 | 0 |
| **Increase in cash and cash equivalents** | 14,024 | 106,356 |
| **Cash and cash equivalents:** | | |
| **Beginning of period** | 68,547 | 177,539 |
| **End of period** | $ 82,571 | $ 283,895 |

-

# BIG LOTS, INC. AND SUBSIDIARIES
## RECONCILIATION OF NON-GAAP FINANCIAL MEASURES
**(In thousands, except per share data)**
**(Unaudited)**

The following table reconciles gross margin, gross margin rate, operating profit, operating profit rate, income tax expense, effective income tax rate, income from continuing operations, net income, diluted earnings per share from continuing operations, and diluted earnings per share for the first quarter of 2012 for our consolidated and U.S. segment results (GAAP financial measures) to adjusted gross margin, adjusted gross margin rate, adjusted operating profit, adjusted operating profit rate, adjusted income tax expense, adjusted effective income tax rate, adjusted income from continuing operations, adjusted net income, adjusted diluted earnings per share from continuing operations, and adjusted diluted earnings per share (non-GAAP financial measures).

**First quarter of 2012 - Thirteen weeks ended April 28, 2012**

**Consolidated Results**

| | As reported | Adjustment to exclude change in inventory accounting principle | As Adjusted (non-GAAP) |
|---|---|---|---|
| **Gross margin** | $ 512,449 | $ 5,574 | $ 518,023 |
| **Gross margin rate** | 39.6% | 0.4 % | 40.0% |
| **Operating profit** | $ 68,842 | 5,574 | 74,416 |
| **Operating profit rate** | 5.3% | 0.4 % | 5.7% |
| **Income tax expense** | $ 27,763 | 2,186 | 29,949 |
| **Effective income tax rate** | 40.5% | (0.1)% | 40.4% |
| **Income from continuing operations** | $ 40,780 | 3,388 | 44,168 |
| **Net income** | $ 40,746 | 3,388 | 44,134 |
| **Diluted earnings per share from continuing operations** | $ 0.63 | $ 0.05 | $ 0.68 |
| **Diluted earnings per share** | $ 0.63 | $ 0.05 | $ 0.68 |

**U.S. Segment Results**

| | As reported | Adjustment to exclude change in inventory accounting principle | As Adjusted (non-GAAP) |
|---|---|---|---|
| **Gross margin** | $ 500,945 | $ 5,574 | $ 506,519 |
| **Gross margin rate** | 39.7% | 0.4 % | 40.1% |
| **Operating profit** | $ 74,995 | 5,574 | 80,569 |
| **Operating profit rate** | 5.9% | 0.5 % | 6.4% |
| **Income tax expense** | $ 27,763 | 2,186 | 29,949 |
| **Effective income tax rate** | 37.2% | 0.1 % | 37.3% |
| **Income from continuing operations** | $ 46,896 | 3,388 | 50,284 |
| **Diluted earnings per share from continuing operations** | $ 0.72 | $ 0.05 | $ 0.77 |

The adjusted gross margin, adjusted gross margin rate, adjusted operating profit, adjusted operating profit rate, adjusted income tax expense, adjusted effective income tax rate, adjusted income from continuing operations, adjusted net income, adjusted diluted earnings per share from continuing operations, and adjusted diluted earnings per share are “non-GAAP financial measures” as that term is defined by Rule 101 of Regulation G (17 CFR Part 244) and Item 10 of Regulation S-K (17 CFR Part 229). These non-GAAP financial measures exclude from the most directly comparable financial measures calculated and presented in accordance with accounting principles generally accepted in the United States of America (“GAAP”) a pretax charge for a change in an accounting estimate inseparable from a change in accounting principle associated with our implementation of new inventory management information systems of $5,574 ($3,388, net of tax).

Our management believes that the disclosure of these non-GAAP financial measures provides useful information to investors because the non-GAAP financial measures present an alternative and appropriate method for measuring our operating performance, excluding certain items included in the most directly comparable GAAP financial measures. Our management uses these non-GAAP financial measures, along with the most directly comparable GAAP financial measures, in evaluating our operating performance.

Exhibit 99.2

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## BIG - Q1 2012 Big Lots, Inc. Earnings Conference Call

## EVENT DATE/TIME: MAY 23, 2012 / 12:00PM GMT

**OVERVIEW:**

BIG announced 1Q12 adjusted income from continuing operations of $44.2m or $0.68 per diluted share. Management guided to 2Q12 EPS from continuing operations of $0.37-0.42 and FY12 EPS from continuing operations of $3.25-3.40.



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## CORPORATE PARTICIPANTS

**Andy Regrut** *Big Lots, Inc. - IR*

**Tim Johnson** *Big Lots, Inc. - SVP, Finance*

**Joe Cooper** *Big Lots, Inc. - EVP, CFO & President, Big Lots Canada*

**Steve Fishman** *Big Lots, Inc. - Chairman, CEO & President*

## CONFERENCE CALL PARTICIPANTS

**Laura Champine** *Canaccord Genuity - Analyst*

**Matt Boss** *JPMorgan - Analyst*

**Jeff Stein** *Northcoast Research - Analyst*

**David Mann** *Johnson Rice - Analyst*

**Peter Keith** *Piper Jaffray - Analyst*

**Dan Wewer** *Raymond James - Analyst*

**Charles Grom** *Deutsche Bank - Analyst*

**Anthony Lebiedzinski** *Sidoti & Co. - Analyst*

**Patrick McKeever** *MKM Partners - Analyst*

## PRESENTATION

**Operator**

Ladies and gentlemen, welcome to the Big Lots first quarter 2012 teleconference. This call is being recorded. During this session, all lines will be muted until the question-and-answer portion of the call. (Operator Instructions). At this time, I would like to introduce today's first speaker, Senior Vice President of Finance, Tim Johnson. Please go ahead, sir.

---

**Andy Regrut** - ***Big Lots, Inc. - IR***

Thanks Chris and thank you everyone for joining us for our first quarter conference call. With me here today in Columbus are Steve Fishman, our Chairman, CEO and President; Chuck Haubiel, Executive Vice President, Real Estate, Legal and General Counsel; Joe Cooper, Executive Vice President and Chief Financial Officer of Big Lots and President of Big Lots Canada; and Tim Johnson, Senior Vice President of Finance.

Before we get started, I would like to remind you that any forward-looking statements we make on today's call involve risk and uncertainties and are subject to our Safe Harbor provisions as stated in our press release and SEC filings and that actual results can differ materially from those described in our forward-looking statements.

Our consolidated financials include results from our U.S. operations and from our Canadian business that was acquired on July 18, 2011. Our statements also include immaterial amounts of discontinued operations activity.

All commentary today is focused on adjusted non-GAAP results from continuing operations. That is, excluding the non-recurring non-cash after-tax charge of $3.4 million, or $0.05 per diluted share mentioned in today's press release. As a reminder, this charge relates to our previously announced change in accounting principal related to inventory valuation and was the direct result of our successful go-live of a new merchandising system at the beginning of the fiscal year. A reconciliation of GAAP to non-GAAP adjusted earnings is available in today's press release.



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Given our annual meeting of shareholders begins at 9 a.m., our comments will be brief to allow for Q&A to be completed by 8.45. With that, I'll turn it over to TJ.

---

**Tim Johnson** - ***Big Lots, Inc. - SVP, Finance***

Thanks Andy and good morning everyone. I am going to briefly cover Q1 results and then turn it over to Joe to update you on our progress in Canada, and also to speak to our forward guidance. After Joe, Steve will finish with his perspective on results and our merchandising efforts going forward.

Sales for U.S. operations were $1.262 billion, an increase of 2.8% compared to the $1.227 billion we reported for the first quarter of last year. Comparable store sales for stores open at least 15 months decreased 0.8%, which was below our original guidance of a 2% to 4% increase. Comp trends to plan varied widely during the quarter. For the first half of the quarter, comps were positive and sales dollars were essentially on plan. In the last half of the quarter, we expected to see higher comps against the softer compares from Q1 of 2011. This trend did not unfold and comps were actually down to the prior year. To give you a sense of magnitude, the month of April alone accounted for nearly 75% of the sales shortfall for the quarter. so our miss to plan was rather abrupt and the variance to plan widened in the higher volume weeks of April driving Q1 results below our guidance.

From a merchandise perspective, Furniture and Hardlines were the best-performing categories each comping up mid-single digits. Next was Lawn and Garden, which was up low-single digits. Actually the department was trending to a stronger result pre-Easter, but did slow in the last two weeks of April. The balance of the Seasonal category was down slightly. The Home category comps were essentially flat for Q1.

The two most challenging areas in merchandising were Consumables and Electronics. Consumables was down low singles and Electronics was slightly positive after a 20% comp in Q4. The combination of the miss in Consumables and the slowdown in Electronics trends contributed to nearly 3 points of the comp miss to our original forecast, or said another way, was the large majority of our miss. In a moment, Steve will go through more details of category learnings, adjustments, and go-forward expectations.

For the first quarter of fiscal 2012, adjusted operating profit dollars for our U.S. operations were $80.6 million, as our rate declined to 6.4% compared to 7% last year. As anticipated, our adjusted gross margin rate was down slightly at 40.1% compared to last year due to higher fuel costs and a higher markdown rate to turn inventory and stay fresh. These challenges were partially offset by a favorable merchandise mix and improving shrink results.

Total expense dollars were $426 million, and the first quarter SG&A rate was 33.7%, up 50 basis points to last year. Expense deleverage over a lower than expected sales base came from higher depreciation costs and higher occupancy-related costs along with an increase in advertising spend. Interest expense for U.S. operations was essentially unchanged to the prior year. Our U.S. tax rate of 37.3% was below last year's rate of 38.9% with the lower rate related to settlement activity which was planned and was included in our initial guidance.

In total, our U.S. business reported adjusted income from continuing operations of $50.3 million, or off approximately 4% to last year. EPS from U.S. operations was $0.77 per diluted share for the first quarter compared to last year's $0.70 per diluted share.

From a real estate perspective, we opened 10 new stores and closed six in the first quarter leaving us with 1,454 stores and total selling square footage of 31.6 million.

Joe will touch on Canada in a moment, but in terms of the P&L, sales in the first quarter were $32.2 million with a net loss of $6.1 million, or $0.09 per diluted share. This result was on plan and actually at the better end of our original guidance.

So in total, from a consolidated point of view, we reported adjusted income from continuing operations of $44.2 million, or $0.68 per diluted share. This compares to $52.5 million or $0.70 per diluted share a year ago when we had only U.S. operations.



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Moving on to the balance sheet, inventory on a consolidated basis ended the first quarter of fiscal 2012 at $848 million, up 8% to last year, with the key drivers being an increase in U.S. store count, a 1% increase in U.S. per store inventory, and the impact of the acquisition of our Canadian operations.

CapEx for the quarter totaled $18.3 million compared to $19.2 million last year and depreciation expense was $25.3 million, an increase of $4.6 million to last year.

Consolidated cash flow, defined as operating activities less investing activities, for the quarter was $108 million or up slightly to $106 million last year. Included in the $108 million of cash flow was approximately $12 million of cash investment in Canada to fund building of inventory levels and operating losses incurred during the quarter.

We ended the quarter with $83 million of cash and cash equivalents and no borrowings under our credit facility compared to $284 million of cash and cash equivalents and no borrowings under our credit facility for the same period last year. Our net use of cash and debt over the last 12 months was focused on share repurchase activity, funding our Canadian operations, and paying off borrowings under our credit facility.

During the first quarter of fiscal 2012, we invested $99 million to repurchase 2.5 million shares of our stock at an average price of $39.32. This activity exhausted the May 2011 Share Repurchase Program, which resulted in a total investment of $400 million to repurchase 11.7 million shares at an average price of $34.11 per share. As noted in today's press release, last night, our Board of Directors approved a new share repurchase program providing for the repurchase of up to $200 million of our common stock. I will now turn it over to Joe for an update on Canada and our forward guidance.

---

**Joe Cooper - *Big Lots, Inc. - EVP, CFO & President, Big Lots Canada***

Thanks TJ. During the first quarter of fiscal 2012, we continued to make progress in the turnaround strategy for Big Lots Canada. From a merchandising perspective, our inventory levels grew and the quality and breadth of assortment continued to improve. Inventory ended the quarter at approximately $25 million with our target level to be consistently in that $25 million to $30 million range. Based on sales results for the quarter, we believe the customer feedback to our changes and assortment and quality continues to be encouraging, particularly in the areas of Furniture, Seasonal and Consumables. The last major category where we continue to build our assortment is Home. We believe we are on track to have a fully assorted store by early Q3.

On the talent front, we are essentially staffed at this point with our last executive team member, a head of merchandising with extensive experience in the Canadian market, joining us in the last 30 days. With this final hire, the team is now in place.

We also continue to raise our in-store standards and build our store team to help us achieve our goals. Additionally, we continue to evaluate the potential of our stores given our current real estate. From a stores perspective, we ended Q1 with 82 Liquidation World and LW stores.

Now turning to forward guidance, for Q2, we expect income from U.S. operations to be in the range of $0.44 to $0.49 per diluted share compared to $0.52 per diluted share in the second quarter of fiscal 2011. This is based on a total U.S. sales increase in the range of 3% to 4% and comparable store sales in the range of slightly negative to slightly positive.

The gross margin rate for the second quarter of fiscal 2012 is expected to be above last year's second quarter rate, while our expense rate is expected to increase, driven by higher depreciation and occupancy-related costs, higher advertising spend, higher incentive costs and incremental headcount to support the merchandising and marketing areas of our business.

In Canada, second-quarter sales are expected to be in the range of $32 million to $35 million, resulting in a net loss in the range of $4 million to $6 million, or $0.07 to $0.10 per diluted share. And for the consolidated company, income from continuing operations is estimated to be in the range of $0.37 to $0.42 per diluted share, compared to income of $0.50 per diluted share for the second quarter of fiscal 2011.



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Our updated outlook for the full year of fiscal 2012 calls for consolidated adjusted income from continuing operations to be in the range of $3.25 to $3.40 per diluted share. This compares to fiscal 2011 of $2.99 per diluted share. As noted last quarter, we are operating under a 53-week retail calendar for fiscal 2012, and we anticipate the impact of the extra week adds approximately $0.10 per diluted share to our earnings for the year. We expect this financial performance will result in cash flow of approximately $190 million. The average diluted share count is now forecasted to be approximately 64 million for fiscal 2012 with no assumption for additional share repurchase activity.

For our U.S. operations, we estimate adjusted income from continuing operations to be in the range of $3.50 to $3.60 per diluted share. This compares to our 2011 result of $3.18 per diluted share. Our updated guidance is based on a total sales increase of 5.5% to 6.5% and comparable store sales in the range of flat to up 1%.

We estimate the adjusted operating profit rate for the U.S. operations for 2012 will be similar to last year. The adjusted gross margin rate for fiscal 2012 is expected to be slightly higher than 2011 driven by lower anticipated markdowns. Expenses as a percent of sales are expected to increase slightly in this model with the entire increase and more coming from higher depreciation, bonus and equity-related expense, and occupancy-related costs. You may recall our 2011 operating profit was below plan for most of the year resulting in lower bonus expense and payout to management, stores and DC operations. Excluding bonus, we see expense leverage in our 2012 model with a comp leverage point, which is estimated to be approximately a 1% comp, which by most industry comparisons is very low. Expense leverage comes from stores, DCs, credit card fees, utilities and the 53rd week, partially offset by higher depreciation expense.

Filling out the rest of the U.S. P&L for 2012, we expect net interest expense of approximately $2 million and the effective income tax rate is forecasted to be in the neighborhood of 38.0% to 39.0%.

For our Canadian operations, we expect sales to be in the range of $142 million to $152 million resulting in a net loss in the range of $14 million to $16 million or $0.23 to $0.26 per diluted share.

Now to Steve for some closing remarks.

---

**Steve Fishman** - ***Big Lots, Inc. - Chairman, CEO & President***

Thanks, Joe. So we have shared some details on results and thoughts on Q2. I want to focus my time on the merchandising elements, what worked in Q1, where we were off-track and how we expect to improve trends. From a category perspective, as TJ mentioned, Furniture and Hardlines were the leaders. Furniture delivered strong results in its largest volume quarter of the year capitalizing on tax time. Hardlines offered great brands and deals and the customer responded. Lawn and garden, our single largest seasonal business, was good where and when the weather was good. Home comps were flat and the expansion of the footage allocated to this category was completed on time and by quarter's end.

Which leads me to Consumables and Electronics where we came up short for the quarter. In each of these areas, we have completed a deep-dive assessment, have an action plan and a general understanding of when change in the stores should start to be visible to the customer. At that point, we will start to learn if we have made the appropriate adjustments.

First, Consumables. Our largest business comped down low single digits when we would have expected an increase of low single digits. Certain aspects of our pre-planned business were actually quite good, namely Specialty Food and Direct-toStore. The challenges were isolated to our business, which were more closeout in nature -- Food, HBC, Chemicals, businesses like that. In our review of these categories, we looked at all aspects of what can impact sales and in the final analysis, we believe our execution was off. We do not believe competition was an issue. We do not believe we were beat on price or see any issues with our value proposition. We don't believe placement in the store or a marketing changed from Q4 to any significant degree that would explain a slowdown in sales, and I won't allow or acknowledge macro excuses for what I believe is a straightforward execution issue.

I am the first to say this is a complicated business model, particularly in Consumables where our merchants are heavily dependent on closeout flow while also managing never outs and replenishable-type goods. I think we learned that sufficient closeout opportunities existed and the goods were available during the quarter. Our shortfall was either we bought the wrong brand or item, or we weren't broad enough in our selections, particularly in Food. With closeouts come risk. Most of the time, the deals perform very well. Other times, not so good and when we make a mistake, it can slow us down and create choppiness in our sales and merchandise flow, but we work through it, learn from the experience, and move on to the next great deal.



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

We are refocusing the buying efforts and providing additional resources to the team and it is an ongoing process, but it would be my expectation that later in Q2 and into early Q3, the assortments in Consumables should improve. At that time, we will reassess the business to understand if our adjustments were successful.

This was a good reminder and exercise for the team to go through while we're in the midst of developing our next three-year long-range plan. It stretches our thinking and also reminds us of the challenges of operating a closeout business model and raises the question what, if any, tweaks or adjustments to the strategy should we be thinking about or testing for the future of this business.

Turning to Electronics, I believe execution came up short here as well; although the reasons for the miss were different than Consumables. Certain elements of the Electronics business were quite good, particularly in accessories, which was a major focus in store and in ads. In this merchandise category, we are really good when we are a close second. Meaning, if we are one version behind the curve or technology at a red hot price, we win. We believe the slowdown from Q4 2011 into Q1 2012 was the result of not keeping pace with technology. For example, in certain classifications like tablets and video games, we underestimated the end-of-life impact and our sales slowed significantly, possibly impacting related selling and transactions. Additionally, our DVD business slumped during the quarter as our inventories were out of balance and titles were somewhat out of date. New receipts and new presentations are delivering now and we are hopeful this will help. As we move through Q2, we will have change in content and presentation.

As we look forward, I would anticipate certain of our businesses will remain solid while a few could remain stressed. However, as we execute to and enter the back half of the year, we are forecasting comps to move back into positive territory as I believe the content changes coming from Consumables and Electronics will improve those businesses. I believe the recently completed Home expansion will provide an incremental sales opportunity.

After walking off the back-to-school floor sets and reinvigorating the in-store marketing, I believe we are prepared to have a good Q2 to Q3 transition. And maybe most important, I believe we have another solid nine weeks of Christmas strategy and the holiday calendar this year is quite favorable with two extra shopping days between Christmas and Thanksgiving.

So to summarize, clearly, we are not happy with the start to the year, but we believe we have identified our misses and have a plan to correct them. The closeout model is truly unique and more complex than most understand. However, it does yield opportunities to change trends in short order. We have turned around categories and entire businesses before and we see the opportunity ahead of us again. So with that, I will turn the call back over to Andy.

---

**Andy Regrut** - ***Big Lots, Inc. - IR***

Thanks, Steve. Chris, we would now like to open the lines for questions at this time.

---

## QUESTION AND ANSWER

**Operator**

(Operator Instructions). Laura Champine, Canaccord Genuity.

---



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Laura Champine** - *Canaccord Genuity - Analyst*

Good morning. My question, Steve, is about the guidance for the same-store sales trends to improve in the back half when you do have difficult comparisons. And I am just wondering -- I hear you saying that Consumables you expect to show some improvement, but how do you get visibility into what closeouts you will buy in Consumables and can you just give us more color on what the change is in the buying strategy there that should drive that comp improvement in the back half?

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

I think there are a couple things that we have been working on that actually were good for us in the third and fourth quarter of last year, particularly, and continue to be good. The basic never-out programs that we have developed over the last 12 months, Fresh Finds, in particular, and international foods, have really performed well and continue to grow as a percent to our total business, and we have some pretty exciting plans for the second and into the third quarter, particularly with expanding Fresh Finds and an international event that we did not have, so that is number one.

Number two, we actually have, although we don't like to talk about it, a little bit more visibility for the balance of the second quarter into the third quarter of closeout availability. And we are pretty pleased with what we believe will be coming in and I think you will see changes -- actually, you'll probably start to see some of the inventory in the stores in the next two weeks, and we will continue flowing through June a pretty substantial closeout opportunity that we have taken advantage of. So we feel particularly good about that.

And then I think we have pre-planned the back-to-school period really, really well, and I think you will start to see a transitional set in July there. I think Doug and the team have done a job that we have really never done before, so I am pretty excited about that. And he also has a planned transition after back-to-school for the balance of the third quarter. Again, another program that we have never done before that is extremely similar to what we have done and we have always talked about, which is the nine weeks of Christmas before.

So we kind of have a nine weeks of Christmas plan for back-to-school through the third quarter, and he has actually expanded and extended the nine weeks of Christmas for the fourth quarter to a 14-week period so that we can transition well not only during Christmas, but out of Christmas into January this year. So I think we really have our arms around the business probably more substantially than we have had in a long time.

---

**Operator**

Matt Boss, JPMorgan.

---

**Matt Boss** - *JPMorgan - Analyst*

Hey, guys. With 70% to 80% of the Consumables category more closeout in nature, are you seeing any signs of opportunity for an increased level of direct-from-manufacturer goods over time in this category? And is it something that you would be interested in just in terms of stabilizing the consistency in the category?

---

**Steve Fishman** - *Big Lots, Inc. - Chairman, CEO & President*

Matt, that is the question of the hour that we have asked ourselves 100 times and I think it is a really good one. I think we have always said that we have challenged our self about what is the right amount of closeout business day in and day out or in-and-out business. And I think going through this process of the next three-year long-range plan, we are going to challenge our self there.

We've talked forever about the fact that the largest piece of the closeout business is Consumables, which is the largest piece of our overall business and we have built a very large business over the last five years, particularly with that level of success. And you know, and as we do, when it is good, it is really good and when it is not, it is not and I think the relationship-building that Doug has really initiated with his team and with some of the major manufacturers, the best manufacturers in the country, that we probably didn't have as close a relationship with in the past few years is only going to continue to grow.



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

He is not only structuring the business or restructuring it around giving him some more talent in those businesses, but also infusing some relationship people that we have really never had before to continue to grow those things. The answer to your question is there is some opportunities for day in and day out business from some of these manufacturers who just manufacture goods for us. The answer is yes to that too.

---

**Matt Boss** - ***JPMorgan - Analyst***

That's great. The second question I had is, given some of the changes that you outlined in the category, and it sounds like more back-end weighted in terms of the second quarter and the second half, have you seen any signs of stabilization in Consumables and Electronics in May thus far?

---

**Tim Johnson** - ***Big Lots, Inc. - SVP, Finance***

Matt, this is TJ. I guess from our guidance perspective, what we are communicating here is that this is kind of a flow issue or flow process through the second quarter as some of the opportunities that surfaced in the deep dive start to come into the store. That will happen gradually through the quarter, so it is a little premature for us to sit here three weeks into the quarter and talk about trends changing when really those deep dives with the merchants really just finished in the latter part of April.

So I think from a guidance perspective, I would remind people that we do have an extra ad here in the month of May, so we would have an expectation that May would be a little bit better than the balance of the quarter. That's why we put the advertising there, but it is a little premature for us to comment on current trends coming out of those deep dives, which just finished in the latter part of April.

---

**Matt Boss** - ***JPMorgan - Analyst***

Okay, great. Good luck, guys.

---

**Operator**

(Operator Instructions). Jeff Stein, Northcoast Research.

---

**Jeff Stein** - ***Northcoast Research - Analyst***

I have got a financial question. Given the fact, guys, that you are looking for a down second quarter, I am wondering if you could perhaps get us from A to B. Obviously, you are still guiding to a decent full fiscal year, so it is obviously going to be heavily back-end weighted. Should we expect all of the increase to come in Q4 or are you currently looking at the possibility of having an up third quarter as well?

---

**Tim Johnson** - ***Big Lots, Inc. - SVP, Finance***

Yes, Jeff, this is TJ. We are not breaking out the third and fourth quarter at this point. That is something we typically do not do on this call. I think from our perspective though as we move through the second quarter and into the back half of the year, based on Steve's comments earlier, we would expect gradual improvement in the merchandising area and hopefully sales will follow that.

I would like to remind everybody of a couple things. Our annual comp guidance of flat to plus 1% comp for the year, if you kind of squeeze the math on that, you are looking at the back half of the year of a comp of a little over 1% to get in that range. So it is not like we have got a terrific hockey stick here where we are expecting big, big comps in the back half of the year.



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

I'd also like to remind people that this is one of the more favorable retail calendars that we will have. We have got the two extra shopping days between Thanksgiving and Christmas. Clearly, we have an expectation that will help us in the fourth quarter as well. I guess the one wildcard in the fourth quarter that would be something we are very aware of is that, in the early part of November with the national election, that historically has caused consumers to be a little bit cautious. So we try to take all of that into account, Jeff, when we set our quarters for the back half of the year.

---

**Jeff Stein** - ***Northcoast Research - Analyst***

Got it. Thank you.

---

**Operator**

David Mann, Johnson Rice.

---

**David Mann** - ***Johnson Rice - Analyst***

Yes, thank you. Good morning. Can you talk a little bit about the comment about adding resources to the team? Talk about some of the changes that may have happened in the buying team and where your plans are for the future in terms of the merchant team.

---

**Steve Fishman** - ***Big Lots, Inc. - Chairman, CEO & President***

I think it might be slightly preliminary to talk about what it is going to look like as we go forward, David, and I think the fact that we're working on a long-range plan, how we want to structure this business for the next 36 months and take it from $5.5 billion to whatever the number is that we will talk about next February and March, I'd like to hold the opportunity in reserve.

But I will tell you, Consumables particularly, being one of the largest businesses that we have, we think the opportunities continue to exist to add some more support staff there from a relationship standpoint and that is what I was kind of speaking to. We have run a business for a number of years called Big Lots Capital and I think you following the Company for many years remember that in that business there were what we call finders. We made a conscious decision to take those finders and infuse five of the six of them -- five into five of our six businesses answering directly to the Vice Presidents so that they can, one, concentrate on specific businesses. One will go to Home, one will go to Furniture, one will go to Hardlines, one will go to Consumables. I'm sorry. I missed one, but the only division that won't have one right now is Seasonal because so much of their business is done overseas and is pre-planned. We don't at this particular point feel like we need that additional support.

So that is occurring as we speak, David. We haven't filled every one of the finders, but I think the majority of them have been filled and that is going to allow the merchants to do their jobs and really make rate decisions and it is going to allow finders to continue to develop and establish relationships with major manufacturers so that we can do the kinds of things that was asked of me before, like continue to build existing relationships of one being first and foremost topical of the major manufacturers when it comes to closeouts and number two, to take a look at opportunities to build potential, create closeout opportunities for us on existing merchandise at the same time too. And it frees up the buyers to be capable of making the day in and day out decisions, so we think that that is going to be a real plus. And that is just a function of us just getting bigger and bigger. That is all. But I think it will help an awful lot.

---

**David Mann** - ***Johnson Rice - Analyst***

Okay great. Thank you.

---



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Operator**

Peter Keith, Piper Jaffray.

---

**Peter Keith** - ***Piper Jaffray - Analyst***

Hi, good morning. I just wanted to ask about the Q2 guidance, which came in below what I think most people expected. It seems that the sales guidance was not off and the gross margin is going to be up. So as I am trying to get to your numbers, it looks like something funny might be going on with the SG&A. Is there something very specific to Q2 that's maybe a little bit more expense-heavy than the rest of the year?

---

**Tim Johnson** - ***Big Lots, Inc. - SVP, Finance***

Yes, Peter, this is TJ. I think first off at a real high level, when we adjusted our Q2 guidance from a flow standpoint, you have heard us talk about before, for every dollar above or below plan, we typically flow about 30% to operating profit. Now in the first quarter, we did much better than that. The flow-through, when you work through your model from our original guidance, was probably more like 20% to the downside. So that clearly -- expenses flexed real well in the first quarter and margins held. The team did a good job managing inventory in a tough month, particularly in April.

But for the second quarter, when you flow that 30% model through your forecasts, you are going to find the same type of thing. So for us, internally, when we moved off of plan and reset our guidance for second quarter, we saw that same 30% flow-through. We do expect the margin rate to be up slightly. That is something that we have said from day one. We took heavy, heavy markdowns last year in Lawn and Garden, as you will recall.

But also in second quarter, keep in mind, we will deleverage for a couple different reasons. First off, we do have an extra ad in the month of May and in the second quarter and with that comes incremental cost. We do have higher depreciation expense, as we have talked about and obviously on a lower sales base, that is going to create some deleverage. We do have incremental bonus expense year-over-year. We called that out in our Qs and Ks last year, so that shouldn't be a surprise to people.

So there certainly are some elements that are creating deleverage, but, from our perspective, from the beginning of the year to today, the model for second quarter is flexing as anticipated. I can't really speak to street models per se because each one of them are a little bit different.

I would say though, and I would remind people that included in our estimates for the year is an operating loss in the range of $0.07 to $0.10 in Canada and it is not always clear to me exactly how that is factored into the street models because we don't always have good visibility to that. But that is consistent with what we said at the beginning of the year. We would expect, from first quarter to second quarter, that we would make improvements and that is reflected in our guidance as well.

So a long way of answering you, but hopefully enough detail for people to understand that internally when we flexed our model based on the sales changes, the flow-through was appropriate and consistent with what we have told you in the past.

---

**Peter Keith** - ***Piper Jaffray - Analyst***

Okay, that's helpful, Tim and good luck this coming quarter.

---

**Tim Johnson** - ***Big Lots, Inc. - SVP, Finance***

Thanks.

---



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Operator**

Dan Wewer, Raymond James.

---

**Dan Wewer** - ***Raymond James - Analyst***

Steve, I have become concerned that Big Lots' philosophy on not adding coolers and freezers is placing the Company at a competitive disadvantage in Consumables. Looking at companies such as Family Dollar, Dollar General collectively will open almost 1200 stores this year and many of those are in neighborhoods where Big Lots competes. And they have been increasing the number of coolers and freezers from five stores to as many as 20 a store.

So again, I understand your view about the economics of coolers not being favorable, but I am not sure that the customer really cares about the economics. They are looking for a more convenient shopping trip. So what are your thoughts on as to whether or not that type of investment will ultimately be needed to make yourself more competitive?

---

**Steve Fishman** - ***Big Lots, Inc. - Chairman, CEO & President***

Dan, I think that is a very fair challenge and I think it is something that we question all the time to ourselves also and try to understand the potential complicated nature of making that decision and trying to execute it versus just saying we want to do it. And I think very clearly it is fair enough that I, along with Doug, are challenging ourselves to understand what we should be doing and how we should be running the Consumables business and probably in the long-range plan next spring, we can speak much more to that.

---

**Dan Wewer** - ***Raymond James - Analyst***

Okay. And just one other thing real quick, you were calling out the execution issues in consumer electronics. But when I look at the results being put up by Best Buy and RadioShack and HH Gregg in consumer electronics, this just looks like an industry that is definitely in a cyclical, maybe a secular decline, not an execution issue.

---

**Steve Fishman** - ***Big Lots, Inc. - Chairman, CEO & President***

Well, when we say execution, we are talking about how we make decisions in how we go to market for the merchandise content that we are talking about. And I think the real surprise to us in the first quarter was the change in the trend from the fourth quarter to the first quarter. If you really take a look at our business versus those people and of course, we are not even remotely in the electronics business the way that Best Buy and HH Gregg and some of the other people are. We are in classifications of the business and as we mentioned, we like to be a close second in those businesses. The business still trended up comp in the first quarter. It is just that the trend shifted so dramatically from the fourth quarter to the first quarter and that was the real surprise to us.

We still think that there is a great opportunity. We are selling the heck out of accessories. It is just a booming business for us and it is a high margin business. We like that piece of the business. The tablet business is really right for us to be in in great values and we are in that as long as we stay up with the technology and we don't allow ourselves to get behind it. And that is what happened to us moving to a 4.0 Android versus a 2. something in the fourth quarter that sold very, very well that didn't sell in the fourth quarter.

And then the execution issue was in the DVD business, which is a very large business of ours that we didn't execute well. We had choppy inventory in the first quarter. We had the wrong titles, we had inconsistent inventories there and in the gaming business and that is probably just about fixed at this particular point.

---



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Dan Wewer** - ***Raymond James - Analyst***

Okay. For what it's worth, Best Buy indicated their DVD and gaming software business was down about 24% in comp stores, so it sounds like you did better than they did.

---

**Steve Fishman** - ***Big Lots, Inc. - Chairman, CEO & President***

Yes, yes, they are challenged. They are challenged. We understand that, but we are in the real value business too. We are selling DVDs in the $3, $5, $8 and $10 range, not in the $15 to $20 and $30 range. So there is still a large customer out there who is buying an awful lot of that value from us.

---

**Dan Wewer** - ***Raymond James - Analyst***

Fair enough. Well, thank you.

---

**Operator**

(Operator Instructions). Charles Grom, Deutsche Bank.

---

**Charles Grom** - ***Deutsche Bank - Analyst***

Thanks. Good morning, Steve, TJ, Jeff. So on this Consumables issue, it's the second time in two years it has flared up. Do you guys as you kind of do this and complete the deep dive, do you guys believe there is a structural problem here? If you look at 80% roughly of your business is closeout in that category, it seems like that is the area of weakness, but then when you call out the pre-planned business, it seems like that is the area that you have changed over the past couple of years and has really been an area of strength. So I am wondering as we go through the year, will we hear about more changes structurally to this segment and do you believe there is an issue there?

---

**Steve Fishman** - ***Big Lots, Inc. - Chairman, CEO & President***

Chuck, I am going to be repetitive because I think I commented on that very same question earlier on today. We challenge ourselves all the time. We need to understand what is the right mix of business to be doing in every one of our businesses, not just Consumables. By the way, last year was a really good Consumables year, so it was a couple of years ago that we had the same challenge. It is very clear that it is the level of the closeouts that we have and the quality of those closeouts. And we have worked at establishing some of the business, particularly in the food area that we have done a better job in. With Fresh Finds and international foods, we have talked about the consistency of trying to build that business. I think it is a very fair challenge on your part and all the other analysts who are questioning us and we are doing the same thing about questioning ourselves. And I think we are adjusting as quickly as we possibly can to run the business so that we continue to grow the top line, not just the bottom line of the business.

---

**Operator**

Anthony Lebiedzinski, Sidoti & Company.

---

**Anthony Lebiedzinski** - ***Sidoti & Co. - Analyst***

Yes, good morning. I was wondering if you could comment on your lack of e-commerce. Do you think that is hurting your business and do you have any updated thoughts on e-commerce?

---



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Tim Johnson** - ***Big Lots, Inc. - SVP, Finance***

No. Anthony, I think to Steve's point earlier, we are right in the middle of a long-range plan process, really looking at the next three years. So if there is any -- that is obviously a pretty significant undertaking to move into that business. So if there is anything to comment on there, it would be in light of a three-year plan we would speak to next year.

---

**Anthony Lebiedzinski** - ***Sidoti & Co. - Analyst***

Okay, thank you.

---

**Operator**

Patrick McKeever, MKM Partners.

---

**Patrick McKeever** - ***MKM Partners - Analyst***

Thanks. Good morning, everyone. Just wondering if you could comment about the closeout deal opportunity outside of Consumables. How are things looking there? Has there been any change in availability, anything exciting coming down the road here over the next few months? Any big deals envisioned? Thanks.

---

**Steve Fishman** - ***Big Lots, Inc. - Chairman, CEO & President***

I think the secret sauce to our business is the fact that you will see the deals in the stores when you see them. And I think that is something we have always held very, very close to our vest. But I think that there is good flow in every one of the businesses that we deal in at this particular point. Consumables, Home, Hardlines, all three of those businesses, I think as we move through the second quarter and into the third quarter, we feel particularly good about right now. But I think you'll have to judge that on your own when you go into the stores and see what those great deals are. But we feel pretty good about it.

---

**Patrick McKeever** - ***MKM Partners - Analyst***

And then, Steve, you have talked over the past couple of years or so about how your customer is not resistant, so to speak, to higher price points if the value is there. I mean does that -- again, looking outside of the Consumables business, does that still hold true today or has there been any change there?

---

**Steve Fishman** - ***Big Lots, Inc. - Chairman, CEO & President***

Absolutely none, absolutely none. And in fact, it continues to be about the quality of the deal and the brand and the value relationship, not about a price point. Our average sales check continues to rise. Our average unit retail continues to rise. The deals that we are getting are better quality from better name-brand manufacturers than ever before and we are real excited about all that potential and there has been absolutely no resistance whatsoever to individual price points by classification. It is all about the great value that we are presenting.

And the thing that we continue to hear, and we continue to be told by our customer, is it is all about the deal; it is not about the price. We continue to be a leader in value proposition and what we are offering and there is absolutely no resistance. And probably the number one reason why a customer comes to us continue is the great values that we are offering. So I wish I could find even better more deals at higher retails if they became available to us with wonderful branded manufacturers.

---



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Patrick McKeever** - ***MKM Partners - Analyst***

Sounds good. Thanks very much.

---

**Andy Regrut** - ***Big Lots, Inc. - IR***

Thank you, Chris and thank you, everyone, for joining us here on our first-quarter call. We look forward to talking to you again at the end of May.

---

**Operator**

Ladies and gentlemen, a replay of this call will be available to you within the hour and will end at 11.59 p.m. on Wednesday, June 6, 2012. You can access the replay by dialing 888-203-1112 -- that is toll-free US and Canada -- or 719-457-0820 international and entering pass code 1866714. Again, that phone number is 888-203-1112 or 719-457-0820 and the international pass code is 1866714. This concludes today's presentation. Thank you for your participation. You may now disconnect.

---

**Disclaimer**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2012 Thomson Reuters. All Rights Reserved.



© 2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

# EXHIBIT L

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

BIG - Big Lots, Inc. at Piper Jaffray Consumer Conference

EVENT DATE/TIME: JUNE 05, 2012 / 3:55PM GMT



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## CORPORATE PARTICIPANTS

**Tim Johnson** *Big Lots, Inc. - SVP Finance*

**Chuck Haubiel** *Big Lots, Inc. - EVP Real Estate & Legal*

## CONFERENCE CALL PARTICIPANTS

**Peter Keith** *Piper Jaffray - Analyst*

## PRESENTATION

**Peter Keith** - *Piper Jaffray - Analyst*

Okay, thanks. Good morning, everyone. It's still morning. I'm Peter Keith, Hardlines Consumer Products Analyst at Piper Jaffray. I'm very pleased to have Big Lots presenting today.

With us we have Chuck Haubiel, EVP of Real Estate and Legal, and then Tim Johnson, who is SVP of Finance. We'll have them make any introductory remarks. Most of you probably know Big Lots. They're the nation's largest closeout retailer. They have a little over 1,400 stores in the US They recently entered Canada with an acquisition last year, which we'll talk about, which is Liquidation World.

And we'll just jump right into Q&A. I'll ask a couple of questions and certainly please step up to the mike with your own questions, and we'll have a good time.

So I just want to ask you guys one question that a few of us are asking generally is how do you feel about your consumer right now, your customer, on a scale of one to five, one being your customer is very concerned and five being they're pretty resilient. You guys have a good mix of consumables and discretionary, so I'm kind of very curious in how you feel about your overall customer and what they're buying right now.

---

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Sure, I'll start off and ask Chuck to chime in.

I think it might be difficult to put a number to it, but I guess from our perspective we still see a consumer out there who is making some tough choices, is concerned about where the economy currently sits. I don't know that we have seen or noticed a significant change from quarter to quarter or in the first quarter compared to last year, but we still see a customer that's very ?? they're making tough choices right now. They're certainly responding to great value. They may be making some choices, though, and not filling out their trip or making as many trips as maybe in the past.

I think we are very sensitive, as we move through this year and into the back half of the year, particularly in a general election year. This is a new element of anxiety or difficulty that we're trying to be mindful of when we plan our business. You know, historically every four years when we come across the general election, the periods of October and November can be very challenging, and those are big periods of the year for us as they are for most retailers. And it's something certainly to be mindful of with the consumer right now.

You are correct; we have a broad customer base. We have customers who are more economically challenged that might line up closer to a dollar store-type customer, and we certainly have customers at the higher income demographic that shop our store much differently. But overriding all of that, we think there's still a little bit of anxiety, a little bit of caution on the part of the consumer.

---





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Peter Keith** - *Piper Jaffray - Analyst*

Okay. I have a couple big picture questions but of course you're coming off of a quarter recently that was somewhat disappointing for you, so it's presented perhaps a nice investment opportunity for people.

I guess one thing that I'm getting questions from investors on is sort of we understand consumables and electronics were weak, but I guess people still don't understand exactly what happened with the merchandise offering and where you maybe got it wrong, so perhaps looking at some very specific examples within those categories that didn't work for you and then how that changes in the back half of the year that gives you confidence in your positive comp guidance.

---

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Sure, sure. I think when analyzing the business, looking at each of those categories, the outcomes are slightly different, but the consistent theme in both of them is we believe that internally we did not execute as well as we're capable of in those categories. So you haven't heard us talk about anything external, blaming the macro environment. We did not come across anything externally from a competitive standpoint that indicated to us in a meaningful way that there was anything that our key competitors did differently that impacted our business. Instead, we focused internally on our own execution.

I'll start with electronics first. That is a meaningful category for the business. It's similar to our toy business in that it's meaningful to the customer. We provide great value. It's actually reported similarly in our Play and Work category for those of you who follow our reporting.

In electronics we had very good performance in the fourth quarter of last year. We comped up almost 20% in that category and it was a key driver for holiday.

A couple of things we had real good success with most notably was in tablets. Most everybody in this room has one in front of them; I can see them in front of me. We're not in the tablet business like you may be using it in terms of an iPad, for instance, or higher-priced lines. Instead, what we tend to be real good at is being a close second in technology. So where we may not have the most current version of a software application, being a close second at it in price lines that we can be meaningful in is important to our business. In the fourth quarter, that was very successful for us.

Where we got off track we think in the first quarter is the technology moved, meaning it moved to the next version, and we did not move quick enough. So we underestimated the impact of the end of life cycle in electronics and specifically in tablets. So we had a fair amount of inventory committed to it. It didn't perform. And if you're in stores today, we're in markdown mode on that product. All of that is, as best we can, baked into our guidance for second quarter.

The important learning, though, is when we learned that we fell a step or two behind on technology, we reacted quickly, we got more current, and you've seen it as recently as last week in our ad for Memorial Day, a tablet with Android 4.0 technology, and that's where we need to be to be successful in that category.

The other parts of our electronics category actually have done quite well. Accessories, car chargers, wall chargers, earphones, earbuds, iPad or iPod-like accessories, docking stations, things like that have continued to perform very well for us. Our misstep in electronics was really isolated to a couple select areas, like I just mentioned.

Consumables is a little broader conversation, and the business is operated a little bit differently than electronics and much differently than the rest of retail goes about consumables.

We are not a consumables strategy at Big Lots, that is, the same item on the shelf, same location every day, same price. Instead, we are very focused on closeouts in consumables; it's about 70% to 80% of that business, which in contrast means the preplanned or more consistent offering in the business is about 20% to 30%.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

I'll start off by saying the 20% to 30% that is more preplanned in nature, that business performed very well during the first quarter. So that is our specialty food business, our new Fresh Finds captive label food business, our never out business, which is daily, replenishable type of items that is the same stuff every day and in the same location on the shelves.

Which leads me to the closeout piece of consumables; that's roughly in round numbers 70% to 80% of our business. It's excess inventory that's sourced from some of the largest consumer packaged goods companies out there, whether it's in food or HVC, paper, plastic, pets, etcetera. With closeouts can come inconsistency and volatility in what's available for us to purchase, both in total or in specific departments. That volatility or that inconsistency, again, can translate to a little more volatility in the top line than we would like.

So as we did our deep dives in trying to understand where we got off track in the closeout piece, two or three things came to mind or became evident to us anyway. There were certain instances where we had deals last year that we did not have deals this year. Part of that may have been because it was not available to us; part of that may have been because we might not have made the right phone call or tried to source it through the right vendor or come across it in the right way or might not have been aggressive enough in trying to find alternatives to offset that deal.

Part of that may have been that we may not have had the breadth of assortment. So if I were to pick a specific department and say we've got 12 feet of square footage allocated in the store, instead of having two or three brands associated with that category, maybe we should have had six or eight brands. Maybe in the fourth quarter or even in last fiscal year when consumables was a leading category, we had more breadth of assortment. I think that's one thing that we learned in kind of a post mortem.

And I think the third thing, just being candid, is the closeout business for us, when it's good, it's really, really good. And when we buy a deal that performs well, it's like gold. When we have deals -- and we will have them from time to time ?? where we make a mistake, not gold and they don't perform well and we need to move into markdown mode.

We had examples, without getting specific on brands -- which we don't like to do publicly on an open mike -- but without getting specific on brands, if you were to go into a store today you'll find a deal that we bought during the first quarter that we had every intentions of being very good. It's a brand and a deal that we've had on more than one occasion and this year in the first quarter, for whatever reason, it did not perform. So it was as surprising to us as it probably would be to you. But our reaction to that then is, after a week or two or three weeks if it's not performing, typically deals don't get better with age in our store, so we mark it down and we move on and we try to bring in the next thing behind it.

So it's a combination of breadth of assortment, deals that had not worked for us in the first quarter that might have worked in the past, and potentially some consistency or lack of availability in certain departments to anniversary deals from a year ago.

---

**Peter Keith** - *Piper Jaffray - Analyst*

Okay. Thank you for the detailed answer. I appreciate it, Tim. To give you a break, let's see if we can give Chuck a question here, particularly on the stores and the real estate.

You're at 1,450 stores in the US; you've got about 85 stores in Canada. You're doing some interesting things with your real estate. You're testing, you're no longer testing, you're moving to some higher end locations. How can we think about maybe the total number of stores that the enterprise could support now with the US and Canada? And then how would that impact your store growth rate, which I think has been growing at a net rate of about 3%? So how should we think about some of those metrics for the next couple of years?

---

**Chuck Haubiel** - *Big Lots, Inc. - EVP Real Estate & Legal*

Well, I think obviously north of the border and south of the border are very different.

When we entered Canada, and I'll start there, the chain had about 88 stores, I think there was; we've obviously closed a few of those. And we've kind of thought about Canada on kind of a two-step phase, if you will.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

First of all, Canadian real estate's very different. There is about 50% less space in Canada per capita than there is in the US, so the Canadian market looks very different to us. What we've said and we believe is without the province of Quebec included, we think that there's probably an opportunity for 135 to 145 of our stores up there, so there's a lot of growth still to occur in the Canadian market. And that's without really trying to figure out a smaller store strategy because one thing we found out with Liquidation World was they've got a number of different sizes of box; their boxes are far more diverse than what ours are. So we're just trying to focus first and foremost on a footprint that we have similar here to the US.

With respect to the US market, you're right, we have been growing net stores about a 3% time growth rate. It shouldn't be a surprise to anybody that there's not a lot of new growth, a lot of new development, happening right now. And also there hasn't been a lot of the big box failures that you've seen in the past. So we remain very focused on not only what we call our A store concept, and that is being in the best location within the market and kind of being in line with what you would maybe picture as the premier discount strip, if you will, that may have everything from a big box electronics guy to an Old Navy to a [Lowe's] or a TJ's or whoever else may be there. We're still very focused on that as are we with our traditional sites, which historically have been more of the B-type centers, if you will, and/or may have been where a big box moved to go to a super box, if you will, and have kind of split that one up. So I think you'll continue to see growth in that.

I think what's interesting right now is with the stagnation of new property coming on the market is a lot of the other big box retailers are kind of downsizing. And you'd be surprised -- and it's public, you know -- but you'd be surprised some of the office guys or the electronics guys are saying I'd rather take my box and split it in two or kind of give 75% to somebody else because we're going to try a smaller format right now, which kind of leaves some opportunity for us in kind of our sweet spot as far as size.

---

**Peter Keith** - *Piper Jaffray - Analyst*

Okay. And what about US total target? Do you think ?? do you see a magic number out there you can see long term?

---

**Chuck Haubiel** - *Big Lots, Inc. - EVP Real Estate & Legal*

You know, we don't. I mean, very candidly, we've talked about, with our productivity today and our distribution network that we have now, it's very easy to see something in the low 2000s as we are. That's assuming that productivity doesn't increase within the distribution facilities. But we're very optimistic with our real estate so, unlike some of the drug store guys that may say I know how many street corners I want to be on and I'm going to build where I want to be, we're doing a lot of backfilling, quite frankly. That's been our model and we've had success.

So we truly don't know how high is high, but we certainly focus very much on the markets that we are in, that we want to reposition in, and the markets that we want to enter.

---

## QUESTIONS AND ANSWERS

**Peter Keith** - *Piper Jaffray - Analyst*

Okay, thanks. Let's see if anyone out there has a question they'd like to ask. Go ahead.

---

**Unidentified Audience Member**

(inaudible question -- microphone inaccessible)

---



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Peter Keith** - *Piper Jaffray - Analyst*

I'll just repeat the question for the webcast. It's a good one. It's on the volatility of consumables and consumables were a disappointment for you guys as well in 2010, so how do you think about the balance between the preplanned and closeout and sort of that 80?20 balance that you've just highlighted?

---

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Sure, sure. A couple of thoughts, I guess.

Within the category, typically -- I'll answer the second question first ?? typically closeouts come with a little bit better margin or initial markup opportunity than regular, quote-unquote regular, goods. And candidly, they need to have a little better IMU opportunity because of the risk that we're taking by taking the excess inventory and my example of the deal we bought that didn't do well. So on average typically the margin rate, gross margin rate, when it all sorts out is going to be a little bit better on a closeout compared to a regular item or a standard replenishable item.

I think the challenge for us, as we mentioned on the call, we're in the middle of developing our next long-range plan, and as we think about the four or five key areas of the store that we're going to be most focused on, clearly consumables will be one of those. We have plenty of examples of that 70% to 80% closeout model working quite well for us. It did not in the first quarter.

I think the key for us going forward is going to be how can we get more consistency in that business without potentially going head-to?head with other competitors or without kind of starting to look like everyone else. We differentiate on extreme value and saving that customer money, and the challenge around talking about going to -- allocating to a little less closeouts is you run the risk of starting to look a little bit like others.

I think what we did a real job of last year which helped in this regard was introducing a captive label food brand with Fresh Finds as our label. It's not a Big Lots label, but it's our product we developed and it's made specifically for us. We expanded our specialty food offering, which was a small business, into a much bigger business and a very event-driven business but a business that has consistency of product as well. So in hindsight, maybe there's more we can do with each of those to provide more consistency in the food area. I think that's something that certainly warrants a discussion going forward.

But how can we provide consistency in consumables kind of in the Big Lots way where, again, we're differentiating and not going head-to-head on an item is absolutely a robust conversation right now in the business. You know, in a perfect world you'd love to see a scenario where we can differentiate and that the closeout percent, if you're focused on that number, might come down slightly because other parts are growing faster and you're providing more consistency because, again, we exist to provide extreme value and save customers money, and it's much, much easier to see that value in closeouts than it is in day in, day out product.

---

**Peter Keith** - *Piper Jaffray - Analyst*

Okay, go ahead.

---

**Unidentified Audience Member**

When you think about your products and capacity orders, is there anything you can tell us about traffic or established prices on the things that are trending relative to (inaudible question -- microphone inaccessible)?

---

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Yes. We don't specifically break out the numbers, but the strategy over the longer period of time has been one of building the basket. (multiple speakers)





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Yes. Yes. Now, clearly when you look at the last year, let's say, for instance, in the fourth quarter when our comps were up 3.5%, the largest quarter of the year, we did extremely well; there were a lot of things that really worked well for the business. So clearly we were probably to a better mix of basket and transactions there than we had been in a number of quarters and that worked well for us. Come across into the first quarter, where our single largest category, consumables -- which is traffic and transaction intensive -- didn't do well; obviously, you can draw your own conclusions from that.

Our customer consistently tells us over time they want better value, better quality and better brands. It's not about price; it's about value. So I think going forward, whether it's consistency in consumables that hopefully will help on transactions or whether it's different marketing efforts or different things that we try to do with our rewards loyalty program that could help on transactions, we absolutely will go after that. But understand, we're 70% discretionary in our offering in the store and that typically is better ticket, and we see those as really the key differentiators compared to pretty much anyone else you want to compare us to, so those have to be part of the strategy going forward and basket will need to be part of the strategy going forward.

---

**Peter Keith** - *Piper Jaffray - Analyst*

If I could actually just follow up on that, Tim, is there a reason why you guys don't disclose traffic versus ticket? Have you discussed that? A lot of companies do. Certainly, sometimes when you have a disappointing quarter it gives people some nervousness around the stock, the fact that you're not reporting it, so maybe could you highlight the Company's thinking around that disclosure?

---

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Actually, that disclosure, if you go way back in history, we used to disclose comps -- way, way back we used to provide comp direction weekly. We got away from that and went to monthly comps with transaction and basket. We moved away from monthly comps and went to quarterly comps and not disclosing transaction and basket when we had a strategy change when Steve Fishman, our Chairman and CEO, joined us; that would have been effective with fiscal 2006. So it's been a number of years where we have provided monthly comps and no specifics on transaction and basket.

The early thinking and I would say it's probably true today is our strategy was solely focused on driving the basket in the early years ?? '06, '07, and '08 ?? and our -- not just from a merchandising standpoint but from a marketing standpoint and things that we were doing in store. We felt it was most appropriate and most profitable to build the basket with our existing customer, who knows us and loves us the most, versus trying to spend a lot of money going after a new customer who doesn't know the first thing about Big Lots. So it was a strategic decision to go after basket and to report the elements of it and generate a lot of conversation or a lot of focus on transactions when building the basket was the strategy and was very successful we didn't think was going to be in our best interest.

---

**Peter Keith** - *Piper Jaffray - Analyst*

Okay. Any questions? Okay. I want to move on to margin. I know you're working on a long-term plan but I guess, as we sit here today, how can we as investors think about your long-term gross margin potential? Gross margins, if we look back five years, it's essentially flat. It's kind of moved up; it's moved down with some freight and markdowns. Do you have any kind of key drivers within your business that could drive some sustainable gross margin improvement over time?

---

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Yes. We might look at this a little differently than some or than others in that we're very focused on the operating margin of the business, so gross margin less expenses, and that's the key metric that management and a large majority of the store incentive potential is based on, so operating profit dollar growth or controllable profit dollar growth in the case of the stores.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

We certainly are aware of the gross margin rate. Each merchant knows their margin rate. Each merchant understands their history. I guess the way I would characterize it is we're more focused on gross margin dollars, gross margin dollar growth, less -- than rate.

The challenge with focusing our merchants and the team on gross margin rate is we would be concerned about the value perception deteriorating or prices being something more than we were comfortable with. Instead, we focus our merchants on gross margin dollars, inventory turnover, and raise the ring, which supports the basket strategy. Those are the key metrics that they're incented on.

Having said that, when we look out longer term, our stated goal has been to stabilize the gross margin rate which, if you look over the last two or three years or four years, it's kind of bounced right around that 40% mark, and instead the opportunity we see is sales productivity, expansion and leveraging the cost structure. I would suggest that our expense leverage rate or our comp leverage rate is probably very competitive out there if not one of the lower in the industry over the last three or four years, essentially needing a flat comp to leverage SG&A in years gone by. This year it's slightly above flat for different reasons, most of which center around depreciation and capital that's been invested in the business and also timing of incentive costs year-over-year.

So to answer your question, Peter, I think the model we've been focused on and likely to be the focus in the next LRP is expanding the operating margin rate through sales productivity and expense leverage.

---

**Peter Keith** - *Piper Jaffray - Analyst*

Okay. Any questions from the audience? Okay. You talked about the leverage point, which is helpful as we are looking at some of your metrics in building our model. I guess, what's the sustainability of your ability to lever on kind of a one-comp? And let's assume that we're in maybe a normalized environment, where you're putting up low single-digit comps and maybe incentive competition would be up year-on-year. Is that 1% sustainable or is it going to see some upward pressure over time?

---

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Well, we've actually received that question for the last four or five years, as you know, so we've figured out collectively as a business how to keep that leverage point low.

As I mentioned earlier, we're in the middle parts of developing our next long-range plan and historically, when we've finished that process, we've communicated to investors what we think the next two or three years look like and that would be an element of that conversation.

So I can't forecast that for you sitting here today; I can tell you that a large majority of the executive team that's in place today was in place the last three or four years. We all understand the value of being frugal in the way that we go about our business, but we also all understand the opportunity we think that's ahead of us in terms of sales productivity longer term. And that's speaking to the US business; obviously, the Canadian model's in a much different position right now, in turnaround mode, than the US. But absent some large capital investment, which we have not talked about any, it would still be our goal long term to keep that SG&A rate or the leverage point low.

---

**Peter Keith** - *Piper Jaffray - Analyst*

Okay, great. One potential margin driver, Tim, that you and I have discussed which I think is interesting is that you've implemented SAP recently. And we haven't heard anything -- bombs going off in Columbus yet, so we'll assume it's been successful.

---

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Not around SAP.





©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

**Peter Keith** - *Piper Jaffray - Analyst*

Right. Yes, that's right. But you and I discussed the opportunity that maybe you could do some price optimization, which I think would be very interesting for your business as you have a number of different competitors. What would be some of the benefits that we can think about on sales and/or margin from SAP and what might be the timing of some of those benefits?

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Sure. I think -- taking a big step back -- as most of you probably know, we've made some pretty consistent and pretty good sized investments in systems over the last three or four or five years, and we've committed to some investments this year as it relates to systems, all of which has a goal of getting to a common platform and staying current. As most of you probably know, any kind of deferral on investment in systems creates maintenance costs, creates opportunities where we could be off a version or out of service from vendors, and that's not a position that we think is good for us long term.

So back in 2007 and 2008 we put in new register systems across the entire fleet of stores; it was a little over a $40 million capital investment. Significant efficiencies at store level in terms of execution and it has been one of a number of initiatives that have helped keep that comp leverage point low.

Upon completing the register systems, then we moved on to kind of an enterprise-wide opportunity or solution which, you are correct, we did choose SAP as that common platform. So two years ago we went live with new financial systems, general ledger, essentially, and a new system for our wholesale business. Obviously, that's gone well; you guys have not heard us talk about that, which is always a good thing. And we've filed many Qs and a couple of Ks since then, so clearly that's working for us.

What Peter specifically referred to is we went live with a new merchandising system the first day of this new fiscal year, and at a real high level it replaces an old system that had been with us for probably 10 or 11 years that was becoming a little bit old, a little bit cumbersome to execute the business but still provided us with enough information that we had a record year last year.

With SAP for new merchandising systems we believe that it provides more stability to the infrastructure, more visibility, better visibility into unit integrity. So our merchants and planners and allocaters have always had pretty good visibility to dollars but not as good a visibility to units at the store level. But the opportunity longer term is essentially zone pricing or price optimization. The combination of the new merchandising system with the register systems we put in gives us that opportunity to start to test that probably later this year or early next year.

So you can imagine a scenario in our business where ?? pick furniture as a category, it's very important to our business ?? if we have a sofa in our assortment that's $299, it's priced $299 in rural Ohio and in inner city LA, and clearly the economics of that customer base are much different and the cost of us doing business in those markets are much different, so any headway we can make in terms of pricing goods appropriate to the market is certainly a benefit that SAP would help drive that we would not have been able to execute to prior.

Again, it's not something that's embedded in our guidance for this year; it's something that we'll test first rather than rush into and potentially make a mistake that's more costly. We're very much a test and learn environment at Big Lots, so it's certainly something that's on our radar.

**Peter Keith** - *Piper Jaffray - Analyst*

Okay. Well, that bears watching. I guess the way to think about it, testing in 2012, maybe rolling out in 2013 and stay tuned for some [type of] benefit?



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Testing -- testing later in '12 and probably the early parts of '13. It ought to be something that we consider as part of our long-range plan that we'll speak to next spring.

---

**Peter Keith** - *Piper Jaffray - Analyst*

That will come out -- your long-range plan will come out in the Q4 call at the end of the year?

---

**Tim Johnson** - *Big Lots, Inc. - SVP Finance*

Typically on the Q4 call we would talk about not only the next fiscal year but also the new long-range plan.

---

**Peter Keith** - *Piper Jaffray - Analyst*

Okay. That's great. Well, we're just -- we'll wrap up here. Tim and Chuck, we really appreciate you participating today. It's a great discussion. And I hope everyone has a great rest of the conference. Thank you very much.

---

DISCLAIMER

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2012, Thomson Reuters. All Rights Reserved.



©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

# EXHIBIT M

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-Q

☑ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended April 28, 2012
or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from __________ to __________

Commission File Number 1-8897

# BIG LOTS, INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Ohio | 06-1119097 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 300 Phillipi Road, P.O. Box 28512, Columbus, Ohio | 43228-5311 |
| (Address of principal executive offices) | (Zip Code) |

(614) 278-6800
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes☑ No☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes☑ No☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑ Accelerated filer ☐ Non-accelerated filer ☐ Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐ No☑

The number of the registrant's common shares, $0.01 par value, outstanding as of May 31, 2012, was 63,704,306.

*Table of Contents*

**BIG LOTS, INC.**
**FORM 10-Q**
**FOR THE FISCAL QUARTER ENDED APRIL 28, 2012**

**TABLE OF CONTENTS**


| | | Page |
|---|---|---|
| **Part I. Financial Information** | | **2** |
| Item 1. | Financial Statements | 2 |
| a) | Consolidated Statements of Operations for the Thirteen Weeks Ended April 28, 2012 (Unaudited) and April 30, 2011 (Unaudited) | 2 |
| b) | Consolidated Statements of Comprehensive Income for the Thirteen Weeks Ended April 28, 2012 (Unaudited) and April 30, 2011 (Unaudited) | 3 |
| c) | Consolidated Balance Sheets at April 28, 2012 (Unaudited) and January 28, 2012 | 4 |
| d) | Consolidated Statements of Shareholders’ Equity for the Thirteen Weeks Ended April 28, 2012 (Unaudited) and April 30, 2011 (Unaudited) | 5 |
| e) | Consolidated Statements of Cash Flows for the Thirteen Weeks Ended April 28, 2012 (Unaudited) and April 30, 2011 (Unaudited) | 6 |
| e) | Notes to Consolidated Financial Statements (Unaudited) | 7 |
| Item 2. | Management’s Discussion and Analysis of Financial Condition and Results of Operations | 15 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 20 |
| Item 4. | Controls and Procedures | 20 |
| **Part II. Other Information** | | **21** |
| Item 1. | Legal Proceedings | 21 |
| Item 1A. | Risk Factors | 21 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 21 |
| Item 3. | Defaults Upon Senior Securities | 21 |
| Item 4. | Mine Safety Disclosures. | 21 |
| Item 5. | Other Information | 21 |
| Item 6. | Exhibits | 22 |
| Signature | | 22 |




Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**Part I. Financial Information**

**Item 1. Financial Statements**

**BIG LOTS, INC. AND SUBSIDIARIES**
**Consolidated Statements of Operations (Unaudited)**
**(In thousands, except per share amounts)**

| | Thirteen Weeks Ended | |
|---|---|---|
| | April 28, 2012 | April 30, 2011 |
| Net sales | $ 1,294,481 | $ 1,227,274 |
| Cost of sales (exclusive of depreciation expense shown separately below) | 782,032 | 733,145 |
| Gross margin | 512,449 | 494,129 |
| Selling and administrative expenses | 418,319 | 387,167 |
| Depreciation expense | 25,288 | 20,664 |
| Operating profit | 68,842 | 86,298 |
| Interest expense | (336) | (501) |
| Other income (expense) | 37 | 112 |
| Income from continuing operations before income taxes | 68,543 | 85,909 |
| Income tax expense | 27,763 | 33,378 |
| Income from continuing operations | 40,780 | 52,531 |
| Loss from discontinued operations, net of tax benefit of $22 and $40, respectively | (34) | (60) |
| Net income | $ 40,746 | $ 52,471 |
| | | |
| Earnings per common share - basic | | |
| Continuing operations | $ 0.64 | $ 0.71 |
| Discontinued operations | - | - |
| | $ 0.64 | $ 0.71 |
| | | |
| Earnings per common share - diluted | | |
| Continuing operations | $ 0.63 | $ 0.70 |
| Discontinued operations | - | - |
| | $ 0.63 | $ 0.70 |
| | | |
| Weighted-average common shares outstanding: | | |
| Basic | 64,119 | 74,047 |
| Dilutive effect of share-based awards | 1,046 | 1,219 |
| Diluted | 65,165 | 75,266 |

The accompanying notes are an integral part of these consolidated financial statements.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**BIG LOTS, INC. AND SUBSIDIARIES**
**Consolidated Statements of Comprehensive Income (Unaudited)**
**(In thousands)**

| | Thirteen Weeks Ended | |
|---|---|---|
| | **April 28, 2012** | **April 30, 2011** |
| Net income | $ 40,746 | $ 52,471 |
| Other comprehensive income (loss): | | |
| Foreign currency translation | 659 | - |
| Amortization of pension, net of tax $(265) and $(136), respectively | 412 | 212 |
| Total other comprehensive income | 1,071 | 212 |
| Comprehensive income | $ 41,817 | $ 52,683 |

The accompanying notes are an integral part of these consolidated financial statements.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**BIG LOTS, INC. AND SUBSIDIARIES**
**Consolidated Balance Sheets**
**(In thousands, except par value)**

| | (Unaudited) April 28, 2012 | January 28, 2012 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 82,571 | $ 68,547 |
| Inventories | 847,655 | 825,195 |
| Deferred income taxes | 45,997 | 42,784 |
| Other current assets | 68,646 | 70,130 |
| Total current assets | 1,044,869 | 1,006,656 |
| Property and equipment - net | 569,146 | 572,767 |
| Deferred income taxes | 3,402 | 6,549 |
| Goodwill | 15,030 | 12,282 |
| Other assets | 44,358 | 43,056 |
| Total assets | $ 1,676,805 | $ 1,641,310 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 433,505 | $ 350,117 |
| Property, payroll, and other taxes | 79,106 | 74,396 |
| Accrued operating expenses | 100,327 | 56,088 |
| Insurance reserves | 35,441 | 35,159 |
| KB bankruptcy lease obligation | 3,069 | 3,115 |
| Accrued salaries and wages | 25,307 | 29,170 |
| Income taxes payable | 19,303 | 36,775 |
| Total current liabilities | 696,058 | 584,820 |
| Long-term obligations | - | 65,900 |
| Deferred rent | 62,016 | 59,320 |
| Insurance reserves | 50,811 | 49,794 |
| Unrecognized tax benefits | 17,274 | 18,681 |
| Other liabilities | 41,219 | 39,562 |
| Shareholders' equity: | | |
| Preferred shares - authorized 2,000 shares; $0.01 par value; none issued | - | - |
| Common shares - authorized 298,000 shares; $0.01 par value; issued 117,495 shares; outstanding 62,793 shares and 63,609 shares, respectively | 1,175 | 1,175 |
| Treasury shares - 54,702 shares and 53,886 shares, respectively, at cost | (1,479,915) | (1,423,524) |
| Additional paid-in capital | 542,928 | 542,160 |
| Retained earnings | 1,759,687 | 1,718,941 |
| Accumulated other comprehensive loss | (14,448) | (15,519) |
| Total shareholders' equity | 809,427 | 823,233 |
| Total liabilities and shareholders' equity | $ 1,676,805 | $ 1,641,310 |

The accompanying notes are an integral part of these consolidated financial statements.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

*Table of Contents*

**BIG LOTS, INC. AND SUBSIDIARIES**
**Consolidated Statements of Shareholders' Equity (Unaudited)**
**(In thousands)**

| | Common | | Treasury | | Additional Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| Balance - January 29, 2011 | 73,894 | $ 1,175 | 43,601 | $ (1,079,130) | $ 523,341 | $ 1,511,877 | $ (10,470) | $ 946,793 |
| Comprehensive income | - | - | - | - | - | 52,471 | 212 | 52,683 |
| Purchases of common shares | (106) | - | 106 | (4,626) | - | - | - | (4,626) |
| Exercise of stock options | 162 | - | (162) | 4,025 | (556) | - | - | 3,469 |
| Restricted shares vested | 250 | - | (250) | 6,191 | (6,191) | - | - | - |
| Tax benefit from share-based awards | - | - | - | - | 1,546 | - | - | 1,546 |
| Share activity related to deferred compensation plan | 1 | - | (1) | 13 | 107 | - | - | 120 |
| Share-based employee compensation expense | - | - | - | - | 6,831 | - | - | 6,831 |
| Balance - April 30, 2011 | 74,201 | 1,175 | 43,294 | (1,073,527) | 525,078 | 1,564,348 | (10,258) | 1,006,816 |
| Comprehensive income | - | - | - | - | - | 154,593 | (5,261) | 149,332 |
| Purchases of common shares | (10,957) | - | 10,957 | (359,331) | - | - | - | (359,331) |
| Exercise of stock options | 338 | - | (338) | 8,775 | (1,835) | - | - | 6,940 |
| Restricted shares vested | 21 | - | (21) | 540 | (540) | - | - | - |
| Tax benefit from share-based awards | - | - | - | - | 1,155 | - | - | 1,155 |
| Share activity related to deferred compensation plan | 6 | - | (6) | 19 | 140 | - | - | 159 |
| Share-based employee compensation expense | - | - | - | - | 18,162 | - | - | 18,162 |
| Balance - January 28, 2012 | 63,609 | 1,175 | 53,886 | (1,423,524) | 542,160 | 1,718,941 | (15,519) | 823,233 |
| Comprehensive income | - | - | - | - | - | 40,746 | 1,071 | 41,817 |
| Purchases of common shares | (2,624) | - | 2,624 | (104,038) | - | - | - | (104,038) |
| Exercise of stock options | 1,346 | - | (1,346) | 35,584 | (3,334) | - | - | 32,250 |
| Restricted shares vested | 455 | - | (455) | 12,031 | (12,031) | - | - | - |
| Tax benefit from share-based awards | - | - | - | - | 7,765 | - | - | 7,765 |
| Share activity related to deferred compensation plan | 7 | - | (7) | 32 | 282 | - | - | 314 |
| Share-based employee compensation expense | - | - | - | - | 8,086 | - | - | 8,086 |
| Balance - April 28, 2012 | 62,793 | $ 1,175 | 54,702 | $ (1,479,915) | $ 542,928 | $ 1,759,687 | $ (14,448) | $ 809,427 |

The accompanying notes are an integral part of these consolidated financial statements.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**BIG LOTS, INC. AND SUBSIDIARIES**
**Consolidated Statements of Cash Flows (Unaudited)**
**(In thousands)**

| | Thirteen Weeks Ended | |
|---|---|---|
| | **April 28, 2012** | **April 30, 2011** |
| Operating activities: | | |
| Net income | $ 40,746 | $ 52,471 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization expense | 22,892 | 19,304 |
| Deferred income taxes | (338) | (5,140) |
| (Gain) Loss on disposition of equipment | (111) | 155 |
| Non-cash share-based compensation expense | 8,086 | 6,831 |
| Excess tax benefit from share-based awards | (7,772) | (1,546) |
| Pension expense, net of contributions | 1,372 | 282 |
| Change in assets and liabilities, excluding effects of foreign currency adjustments: | | |
| Inventories | (21,918) | (22,719) |
| Accounts payable | 83,101 | 69,607 |
| Current income taxes | (11,641) | 7,333 |
| Other current assets | 1,437 | (380) |
| Other current liabilities | 6,143 | (6,577) |
| Other assets | (4,079) | (2,441) |
| Other liabilities | 7,664 | 8,365 |
| Net cash provided by operating activities | 125,582 | 125,545 |
| Investing activities: | | |
| Capital expenditures | (18,288) | (19,197) |
| Cash proceeds from sale of property and equipment | 309 | 100 |
| Other | (10) | (2) |
| Net cash used in investing activities | (17,989) | (19,099) |
| Financing activities: | | |
| Net repayments of borrowings under bank credit facility | (65,900) | - |
| Payment of capital lease obligations | (441) | (599) |
| Proceeds from the exercise of stock options | 32,250 | 3,469 |
| Excess tax benefit from share-based awards | 7,772 | 1,546 |
| Payment for treasury shares acquired | (67,643) | (4,626) |
| Other | 314 | 120 |
| Net cash used in financing activities | (93,648) | (90) |
| Impact of foreign currency on cash | 79 | - |
| Decrease in cash and cash equivalents | 14,024 | 106,356 |
| Cash and cash equivalents: | | |
| Beginning of period | 68,547 | 177,539 |
| End of period | $ 82,571 | $ 283,895 |

The accompanying notes are an integral part of these consolidated financial statements.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

*Table of Contents*

**BIG LOTS, INC. AND SUBSIDIARIES**
**Notes to Consolidated Financial Statements (Unaudited)**

**NOTE 1 - BASIS OF PRESENTATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

All references in this report to “we,” “us,” or “our” are to Big Lots, Inc. and its subsidiaries. We are North America’s largest broadline closeout retailer. At April 28, 2012, we operated 1,536 stores in two countries: the United States of America ("U.S.") and Canada. We make available, free of charge, through the “Investor Relations” section of our website (www.biglots.com) under the “SEC Filings” caption, our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended (“Exchange Act”), as soon as reasonably practicable after we file such material with, or furnish it to, the Securities and Exchange Commission (“SEC”). The contents of our websites are not part of this report.

The accompanying consolidated financial statements and these notes have been prepared in accordance with the rules and regulations of the SEC for interim financial information. The consolidated financial statements reflect all normal recurring adjustments which management believes are necessary to present fairly our financial condition, results of operations, and cash flows for all periods presented. These consolidated financial statements, however, do not include all information necessary for a complete presentation of financial condition, results of operations, and cash flows in conformity with accounting principles generally accepted in the United States of America (“GAAP”). Interim results may not necessarily be indicative of results that may be expected for, or actually result during, any other interim period or for the year as a whole. We have historically experienced, and expect to continue to experience, seasonal fluctuations, with a larger percentage of our net sales and operating profit realized in our fourth fiscal quarter. The accompanying consolidated financial statements and these notes should be read in conjunction with the audited consolidated financial statements and notes included in our Annual Report on Form 10-K for the fiscal year ended January 28, 2012 (“2011 Form 10-K”).

**Fiscal Periods**
Our fiscal year ends on the Saturday nearest to January 31, which results in fiscal years consisting of 52 or 53 weeks. Unless otherwise stated, references to years in this report relate to fiscal years rather than calendar years. Fiscal year 2012 (“2012”) is comprised of the 53 weeks that began on January 29, 2012 and will end on February 2, 2013. Fiscal year 2011 (“2011”) was comprised of the 52 weeks that began on January 30, 2011 and ended on January 28, 2012. The fiscal quarters ended April 28, 2012 (“first quarter of 2012”) and April 30, 2011 (“first quarter of 2011”) were both comprised of 13 weeks.

**Merchandise Inventories**
We assign cost to merchandise inventories using the average cost retail inventory method. Under our previous inventory management system which was used through the end of 2011, we calculated average cost at the department level which constituted approximately 50 inventory cost pools. As previously disclosed in public filings over the past few years, we have been implementing new inventory management systems, SAP® for Retail. On January 29, 2012, the first day of 2012, we completed the implementation of our new inventory management systems, which has allowed us to more precisely determine our inventory cost under the retail method. We now calculate average cost at the class level which constitutes approximately 350 inventory cost pools.

This change in accounting principle, to include approximately 350 class inventory cost pools in the retail method calculation instead of approximately 50 departments in the calculation's inventory cost pools, is preferable as it will provide us with a more precise estimate of the average cost of our merchandise inventories.

Accounting Standards Codification ("ASC") 250, “*Accounting Changes and Error Corrections"* requires that unless it is impracticable to do so, the voluntary adoption of a new accounting principle should be done retrospectively. Prior to January 29, 2012, the date we completed our implementation of SAP® for Retail, our accounting systems did not capture merchandise inventory costs with class level detail needed for us to recognize, measure and disclose amounts for prior periods under the retrospective application. In particular, the previous inventory system did not track or reconcile stock ledger information by class, but rather by department. Specifically, key items such as freight and shrink costs were aggregated at the department level, with no data identifier to the class, which made it impractical to retrospectively account for the change. Therefore, we have adopted this change in accounting principle prospectively from the beginning of the current year, as we can determine the cumulative effect in inventory cost as of that date.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

As the impact of the accounting change in the beginning of the current year inventory is immaterial, we have recognized the cumulative effect of the change in accounting principle as a current period expense by recording a reduction in inventory and a corresponding increase to cost of sales of approximately $5.6 million in the first quarter of 2012. This non-cash charge reduced the first quarter of 2012 income from continuing operations and net income by approximately $3.4 million and reduced the first quarter of 2012 basic and diluted earnings per share from continuing operations by $0.05.

**Selling and Administrative Expenses**
Selling and administrative expenses include store expenses (such as payroll and occupancy costs) and costs related to warehousing, distribution, outbound transportation to our stores, advertising, purchasing, insurance and insurance-related, non-income taxes, and overhead. Our selling and administrative expense rates may not be comparable to those of other retailers that include distribution and outbound transportation costs in cost of sales. Distribution and outbound transportation costs included in selling and administrative expenses were $41.7 million and $40.1 million for the first quarter of 2012 and the first quarter of 2011, respectively.

**Advertising Expense**
Advertising costs, which are expensed as incurred, consist primarily of television and print advertising, internet marketing and advertising, and in-store point-of-purchase presentations. Advertising expenses are included in selling and administrative expenses. Advertising expenses were $24.4 million and $21.4 million for the first quarter of 2012 and the first quarter of 2011, respectively.

**Foreign Currency Translation**
The functional currency of our international subsidiary is the local currency of the country in which the subsidiary is located. We have one foreign subsidiary domiciled and operating in Canada. Foreign currency denominated assets and liabilities are translated into U.S. Dollars using the exchange rate in effect at the consolidated balance sheet date. Results of operations and cash flows are translated using the average exchange rates throughout the period. The effect of exchange rate fluctuations on translation of assets and liabilities is included as a component of shareholders' equity in accumulated other comprehensive income (loss). Gains and losses from foreign currency transactions, which are included in other income (expense), were not material for the first quarter of 2012.

**Supplemental Cash Flow Disclosures**
The following table provides supplemental cash flow information for the first quarter of 2012 and 2011:

| | Thirteen Weeks Ended | |
|---|---|---|
| | **April 28, 2012** | **April 30, 2011** |
| *(in thousands)* | | |
| **Supplemental disclosure of cash flow information:** | | |
| Cash paid for interest, including capital leases | $ 193 | $ 36 |
| Cash paid for income taxes, excluding impact of refunds | $ 40,570 | $ 31,269 |
| Non-cash activity: | | |
| Assets acquired under capital leases | $ - | $ 130 |
| Accrued property and equipment | $ 9,909 | $ 8,060 |
| Share repurchases payable | $ 36,395 | $ - |

During the first quarter of 2012, our gross proceeds from borrowings under the 2011 Credit Agreement (as defined in note 2) were $83.6 million and our gross repayments of borrowings under the 2011 Credit Agreement were $149.5 million.

**Reclassifications**
In the third quarter of 2011, we realigned the merchandise categories in our U.S. segment to be consistent with the realignment of our merchandising team and changes to our management reporting. Prior to the third quarter of 2011, we reported sales in the former Hardlines category and the former Other category. We moved the electronics department out of the former Hardlines category and repositioned it in the former Other category, which was renamed Play n' Wear. We also moved the results of certain large closeout deals that are typically acquired through our alternate product sourcing operations out of the former Other category and repositioned them in the former Hardlines category, which was renamed Hardlines & Other. Additionally, we reclassified the results of prior periods to reflect this realignment of our merchandise categories.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**Recent Accounting Pronouncements**
In June 2011, the Financial Accounting Standards Board issued Accounting Standard Update ("ASU") 2011-05, *Comprehensive Income (Topic 220) - Presentation of Comprehensive Income*, which provides new guidance on the presentation of comprehensive income. Specifically, ASU 2011-05 allows an entity to present components of net income and other comprehensive income in one continuous statement, referred to as the statement of comprehensive income, or in two separate, but consecutive statements. ASU 2011-05 eliminates the current option to report other comprehensive income and its components in the statement of shareholders' equity. While the new guidance changed the presentation of comprehensive income, there are no changes to the components that are recognized in net income or other comprehensive income under current accounting guidance. This new guidance was effective for fiscal years and interim periods beginning after December 15, 2011. The adoption of this guidance in the first quarter of 2012 did not have a material effect on our financial condition, results of operations, or liquidity.

**NOTE 2 - BANK CREDIT FACILITY**

On July 22, 2011, we entered into a new $700 million five-year unsecured credit facility ("2011 Credit Agreement"). The 2011 Credit Agreement expires on July 22, 2016. The 2011 Credit Agreement replaced the $500 million three-year unsecured credit facility we entered into on April 28, 2009 ("2009 Credit Agreement"). The 2009 Credit Agreement was scheduled to expire on April 28, 2012, but was terminated concurrently with our entry into the 2011 Credit Agreement. We did not incur any material termination penalties in connection with the termination of the 2009 Credit Agreement.

In connection with our entry into the 2011 Credit Agreement, we paid bank fees and other expenses in the aggregate amount of $3.0 million, which are being amortized over the term of the agreement. Borrowings under the 2011 Credit Agreement are available for general corporate purposes, working capital, and to repay certain of our indebtedness. The 2011 Credit Agreement includes a $10 million Canadian swing loan sublimit, a $30 million U.S. swing loan sublimit, a $150 million letter of credit sublimit and a $200 million Canadian revolving credit loan subfacility. The interest rates, pricing and fees under the 2011 Credit Agreement fluctuate based on our debt rating. The 2011 Credit Agreement allows us to select our interest rate for each borrowing from multiple interest rate options. The interest rate options are generally derived from the prime rate, LIBOR, or CDOR. We may prepay revolving loans made under the 2011 Credit Agreement. The 2011 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens and investments, as well as the maintenance of two financial ratios - a leverage ratio and a fixed charge coverage ratio. A violation of any of the covenants could result in a default under the 2011 Credit Agreement that would permit the lenders to restrict our ability to further access the 2011 Credit Agreement for loans and letters of credit and require the immediate repayment of any outstanding loans under the 2011 Credit Agreement. At April 28, 2012, we had no borrowings outstanding under the 2011 Credit Agreement while $56.9 million was committed to outstanding letters of credit, leaving $643.1 million available under the 2011 Credit Agreement.

**NOTE 3 - FAIR VALUE MEASUREMENTS**

In connection with our nonqualified deferred compensation plan, we had mutual fund investments of $20.2 million and $19.6 million at April 28, 2012 and January 28, 2012, respectively, which were recorded in other assets. These investments were classified as trading securities and were recorded at their fair value. The fair values of mutual fund investments were Level 1 valuations under the fair value hierarchy because each fund's quoted market value per share was available in an active market.

Included in cash and cash equivalents were amounts on deposit with financial institutions totaling $15.3 million at April 28, 2012, stated at cost, which approximates fair value. We had no such deposits at January 28, 2012.

The fair values of our long-term obligations are estimated based on the quoted market prices for the same or similar issues and the current interest rates offered for similar instruments. These fair value measurements are classified as Level 2 within the fair value hierarchy. Given the variable rate features and relatively short maturity of the instruments underlying our long-term obligations, the carrying value of these instruments approximates the fair value.

The carrying value of accounts receivable, accounts payable, and accrued expenses approximates fair value because of the relatively short maturity of these items.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**NOTE 4 - SHAREHOLDERS' EQUITY**

**Earnings per Share**

There were no adjustments required to be made to the weighted-average common shares outstanding for purposes of computing basic and diluted earnings per share and there were no securities outstanding at April 28, 2012 or April 30, 2011, which were excluded from the computation of earnings per share other than antidilutive stock options and restricted stock awards. For the first quarter of 2012 and the first quarter of 2011, 1.5 million and 1.2 million, respectively, of the stock options outstanding were antidilutive and excluded from the computation of diluted earnings per share. Antidilutive stock options generally consist of outstanding stock options where the exercise price per share is greater than the weighted-average market price per share for our common shares for each period. Antidilutive stock options and restricted stock awards are excluded from the calculation because they decrease the number of diluted shares outstanding under the treasury stock method. The restricted stock awards that were antidilutive, as determined under the treasury stock method, were immaterial for all periods presented.

**Share Repurchase Programs**

On May 25, 2011, our Board of Directors authorized a share repurchase program providing for the repurchase of $400.0 million of our common shares ("2011 Repurchase Program").

During the first quarter of 2012, we acquired approximately 2.5 million of our outstanding common shares for $98.5 million, which exhausted our authorization under the 2011 Repurchase Program.

**NOTE 5 - SHARE-BASED PLANS**

We have issued nonqualified stock options and restricted stock awards under our shareholder-approved equity compensation plans. Our restricted stock awards, as described below and in note 7 to the consolidated financial statements in our 2011 Form 10-K, are expensed and reported as nonvested shares. We recognized share-based compensation expense of $8.1 million and $6.8 million in the first quarter of 2012 and the first quarter of 2011, respectively.

The weighted-average fair value of stock options granted and assumptions used in the model to estimate the fair value of stock options granted during each of the respective periods were as follows:

| | First Quarter | |
|---|---|---|
| | **2012** | **2011** |
| Weighted-average fair value of stock options granted | $ 15.28 | $ 14.55 |
| Risk-free interest rate | 0.7% | 1.8% |
| Expected life (years) | 4.2 | 4.2 |
| Expected volatility | 40.9% | 41.7% |
| Expected annual forfeiture rate | 3.0% | 1.5% |

The following table summarizes stock option activity for the first quarter of 2012:

| | Number of Options | Weighted Average Exercise Price Per Share | Weighted Average Remaining Contractual Term (years) | Aggregate Intrinsic Value (000's) |
|---|---|---|---|---|
| Outstanding stock options at January 28, 2012 | 3,676,423 | $ 28.36 | | |
| Granted | 902,000 | 43.87 | | |
| Exercised | (1,345,525) | 23.97 | | |
| Forfeited | (67,325) | 37.06 | | |
| Outstanding stock options at April 28, 2012 | 3,165,573 | $ 34.46 | 5.2 | $ 17,625 |
| Vested or expected to vest at April 28, 2012 | 2,987,949 | $ 34.26 | 5.1 | $ 17,098 |
| Exercisable at April 28, 2012 | 1,096,447 | $ 26.08 | 3.7 | $ 12,891 |



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

*Table of Contents*

The stock options granted in the first quarter of 2012 vest in equal amounts on the first four anniversaries of the grant date and have a contractual term of seven years. The number of stock options expected to vest was based on our annual forfeiture rate assumption.

The following table summarizes the nonvested restricted stock awards activity for the first quarter of 2012:

| | Number of Shares | Weighted Average Grant-Date Fair Value Per Share |
|---|---|---|
| Outstanding nonvested restricted stock at January 28, 2012 | 741,289 | $ 39.40 |
| Granted | 525,800 | 43.85 |
| Vested | (454,800) | 38.79 |
| Forfeited | (6,400) | 39.97 |
| Outstanding nonvested restricted stock at April 28, 2012 | 805,889 | $ 42.65 |

The nonvested restricted stock awards granted in the first quarter of 2012 (other than the award granted to our Chairman, CEO and President, Steven S. Fishman) vest if certain financial performance objectives are achieved. If we meet a threshold financial performance objective and the grantee remains employed by us, the restricted stock will vest on the opening of our first trading window five years after the grant date of the award. If we meet a higher financial performance objective and the grantee remains employed by us, the restricted stock will vest on the first trading day after we file our Annual Report on Form 10-K with the SEC for the fiscal year in which the higher objective is met.

On the grant date, we estimated a three-year period for vesting of the nonvested restricted stock awards granted in 2012 based on the projected achievement of the higher financial performance objective.

The nonvested restricted stock award granted to Mr. Fishman in the first quarter of 2012 vests if we achieve a corporate financial goal for 2012 and he is employed by us on March 31, 2013. If either of the conditions is not achieved, the nonvested restricted stock award is forfeited. If both of the conditions are achieved, Mr. Fishman's 2012 nonvested restricted stock will vest on the later of 1) the first trading day after we file with the SEC our Annual Report on Form 10-K for 2012 or 2) March 31, 2013.

The following activity occurred under our share-based plans during the respective periods shown:

| | **First Quarter** | |
|---|---|---|
| *(in thousands)* | **2012** | **2011** |
| Total intrinsic value of stock options exercised | $ 28,122 | $ 3,167 |
| Total fair value of restricted stock vested | 21,103 | 10,898 |

The total unearned compensation cost related to all share-based awards outstanding at April 28, 2012 was approximately $50.3 million. This compensation cost is expected to be recognized through April 2016 based on existing vesting terms with the weighted-average remaining expense recognition period being approximately 2.0 years from April 28, 2012.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**NOTE 6 - EMPLOYEE BENEFIT PLANS**

We maintain a qualified defined benefit pension plan and a nonqualified supplemental defined benefit pension plan covering certain employees whose hire date occurred before April 1, 1994.

The weighted-average assumptions used to determine net periodic pension cost for our plans were as follows:

| | First Quarter | |
|---|---|---|
| | **2012** | **2011** |
| Discount rate | 5.0% | 5.7% |
| Rate of increase in compensation levels | 3.5% | 3.9% |
| Expected long-term rate of return | 5.5% | 8.0% |

The components of combined net periodic pension cost were as follows:

| | First Quarter | |
|---|---|---|
| | **2012** | **2011** |
| *(in thousands)* | | |
| Service cost - benefits earned in the period | $ 627 | $ 620 |
| Interest cost on projected benefit obligation | 840 | 844 |
| Expected investment return on plan assets | (772) | (1,149) |
| Amortization of actuarial loss | 683 | 354 |
| Amortization of prior service cost | (9) | (9) |
| Amortization of transition obligation | 3 | 3 |
| Net periodic pension cost | $ 1,372 | $ 663 |

We currently expect no required contributions to the qualified defined benefit pension plan during 2012. We will contribute to the nonqualified supplemental defined benefit pension plan as benefits are paid to plan participants, if any, because the nonqualified plan is not a funded plan.

**NOTE 7 - INCOME TAXES**

Based on the weight of currently available evidence, we have fully reduced the provisional amount of net deferred income tax assets (including a net operating loss carryforward) of Big Lots Canada (see note 11), as well as the deferred tax benefit of the loss generated by the Canadian segment since the acquisition, by a valuation allowance.

We have estimated the reasonably possible expected net change in unrecognized tax benefits through May 4, 2013, based on 1) expected cash and noncash settlements or payments of uncertain tax positions, and 2) lapses of the applicable statutes of limitations for unrecognized tax benefits. The estimated net decrease in unrecognized tax benefits for the next 12 months is approximately $2.0 million. Actual results may differ materially from this estimate.

**NOTE 8 - CONTINGENCIES**

We are involved in legal actions and claims arising in the ordinary course of business. We currently believe that each such action and claim will be resolved without a material effect on our financial condition, results of operations, or liquidity. However, litigation involves an element of uncertainty. Future developments could cause these actions or claims to have a material effect on our financial condition, results of operations, and liquidity.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**NOTE 9 - BUSINESS SEGMENT DATA**

We manage our business as two segments: U.S. and Canada. The following tables summarize net sales, results of operations, and total assets, by segment:

| | Thirteen Weeks Ended | | | | | |
|---|---|---|---|---|---|---|
| *(in thousands)* | April 28, 2012 | | | April 30, 2011 | | |
| | U.S. | Canada | Total | U.S. | Canada | Total |
| Net sales | $ 1,262,235 | $ 32,246 | $ 1,294,481 | $ 1,227,274 | $ - | $ 1,227,274 |
| Depreciation expense | 24,424 | 864 | 25,288 | 20,664 | - | 20,664 |
| Operating profit (loss) | 74,995 | (6,153) | 68,842 | 86,298 | - | 86,298 |
| Interest expense | (336) | - | (336) | (501) | - | (501) |
| Other income (expense) | - | 37 | 37 | 112 | - | 112 |
| Income (loss) from continuing operations before income taxes | 74,659 | (6,116) | 68,543 | 85,909 | - | 85,909 |
| Income tax expense | 27,763 | - | 27,763 | 33,378 | - | 33,378 |
| Income (loss) from continuing operations | $ 46,896 | $ (6,116) | $ 40,780 | $ 52,531 | $ - | $ 52,531 |

| *(in thousands)* | April 28, 2012 | | | January 28, 2012 | | |
|---|---|---|---|---|---|---|
| | U.S. | Canada | Total | U.S. | Canada | Total |
| Total assets | $ 1,615,420 | $ 61,385 | $ 1,676,805 | $ 1,586,035 | $ 55,275 | $ 1,641,310 |

Our U.S. segment uses the following six merchandise categories, which match our internal management and reporting of merchandise net sales: Consumables, Furniture, Home, Seasonal, Play n' Wear, and Hardlines & Other. The Consumables category includes the food, health and beauty, plastics, paper, chemical, and pet departments. The Furniture category includes the upholstery, mattresses, ready-to-assemble, and case goods departments. The Home category includes the domestics, stationery, and home decorative departments. The Seasonal category includes the lawn & garden, Christmas, summer, and other holiday departments. The Play n' Wear category includes the electronics, toy, jewelry, infant accessories, and apparel departments. The Hardlines & Other category includes the appliances, tools, paint, and home maintenance departments, as well as the results of certain large closeout deals that are typically acquired through our alternate product sourcing operations. In the third quarter of 2011, we realigned the merchandise categories reported in our U.S. segment to be consistent with the realignment of our merchandising team. As discussed in the Reclassifications section of note 1, the categories formerly known as Hardlines and Other were reorganized and are now known as Play n' Wear and Hardlines & Other, respectively.

The following is net sales data by segment and category:

| *(in thousands)* | First Quarter | |
|---|---|---|
| | 2012 | 2011 |
| U.S. | | |
| Consumables | $ 377,933 | $ 375,481 |
| Furniture | 286,904 | 258,519 |
| Home | 191,177 | 183,891 |
| Seasonal | 173,405 | 169,337 |
| Play n' Wear | 134,087 | 144,919 |
| Hardlines & Other | 98,729 | 95,127 |
| Total U.S. | 1,262,235 | 1,227,274 |
| Canada | 32,246 | - |
| Net sales | $ 1,294,481 | $ 1,227,274 |



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**NOTE 10 - COMPONENTS OF ACCUMULATED OTHER COMPREHENSIVE LOSS**

The following table summarizes the components of accumulated other comprehensive loss, net of tax, during 2011 and 2012:

| | Foreign currency translation | Pension Plan | Total accumulated other comprehensive loss |
|---|---|---|---|
| Balance at January 29, 2011 | $ - | $ (10,470) | $ (10,470) |
| Period change | - | 212 | 212 |
| Balance at April 30, 2011 | - | (10,258) | (10,258) |
| Period change | (1,050) | (4,211) | (5,261) |
| Balance at January 28, 2012 | (1,050) | (14,469) | (15,519) |
| Period change | 659 | 412 | 1,071 |
| Balance at April 28, 2012 | $ (391) | $ (14,057) | $ (14,448) |

**NOTE 11 - ACQUISITION**

On July 18, 2011, we completed our acquisition of Liquidation World Inc. Under the terms of the acquisition agreement, we invested approximately $1.9 million in cash to purchase all outstanding shares of Liquidation World Inc. As part of the acquisition, we assumed the liabilities and acquired all assets and leasehold rights of Liquidation World Inc. On July 19, 2011, we changed the name of Liquidation World Inc. to Big Lots Canada, Inc. ("Big Lots Canada"). The results of Big Lots Canada since the acquisition date are included in our consolidated financial statements. The allocation of the purchase price to the fair value of assets acquired and liabilities assumed remains preliminary, as we continue to review the liabilities we assumed principally related to income tax matters.

**NOTE 12 - GOODWILL**

The changes in the carrying amount of goodwill, which are generally not deductible for income tax purposes, for the first quarter of 2012, were as follows:

| *(in thousands)* | |
|---|---|
| Balance - January 28, 2012 | $ 12,282 |
| Goodwill from acquisition | - |
| Goodwill adjustments | 2,502 |
| Foreign currency impact | 246 |
| Balance - April 28, 2012 | $ 15,030 |

The goodwill adjustments were associated with our acquisition of Big Lots Canada in the second quarter of 2011, and primarily related to fair value adjustments on our intangible assets and liabilities associated with the acquired operating leases.

**NOTE 13 - SUBSEQUENT EVENT**

On May 23, 2012, we announced that our Board of Directors authorized the repurchase of up to $200.0 million of our common shares (“2012 Repurchase Program”). The authorization is expected to be used to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the 2012 Repurchase Program will be available to meet obligations under equity compensation plans and for general corporate purposes. The 2012 Repurchase Program has no scheduled termination date and will be funded with cash and cash equivalents, cash generated from operations or, if needed, by drawing on the 2011 Credit Agreement.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

*Table of Contents*

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

**CAUTIONARY STATEMENT CONCERNING FORWARD-LOOKING STATEMENTS FOR PURPOSES OF THE SAFE HARBOR PROVISIONS OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995**

The Private Securities Litigation Reform Act of 1995 ("Act") provides a safe harbor for forward-looking statements to encourage companies to provide prospective information, so long as those statements are identified as forward-looking and are accompanied by meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those discussed in the statements. We wish to take advantage of the "safe harbor" provisions of the Act.

Certain statements in this report are forward-looking statements within the meaning of the Act, and such statements are intended to qualify for the protection of the safe harbor provided by the Act. The words "anticipate," "estimate," "expect," "objective," "goal," "project," "intend," "plan," "believe," "will," "should," "may," "target," "forecast," "guidance," "outlook," and similar expressions generally identify forward-looking statements. Similarly, descriptions of our objectives, strategies, plans, goals or targets are also forward-looking statements. Forward-looking statements relate to the expectations of management as to future occurrences and trends, including statements expressing optimism or pessimism about future operating results or events and projected sales, earnings, capital expenditures and business strategy. Forward-looking statements are based upon a number of assumptions concerning future conditions that may ultimately prove to be inaccurate. Forward-looking statements are and will be based upon management's then-current views and assumptions regarding future events and operating performance, and are applicable only as of the dates of such statements. Although we believe the expectations expressed in forward-looking statements are based on reasonable assumptions within the bounds of our knowledge, forward-looking statements, by their nature, involve risks, uncertainties and other factors, any one or a combination of which could materially affect our business, financial condition, results of operations or liquidity.

Forward-looking statements that we make herein and in other reports and releases are not guarantees of future performance and actual results may differ materially from those discussed in such forward-looking statements as a result of various factors, including, but not limited to, the current economic and credit conditions, the cost of goods, our inability to successfully execute strategic initiatives, competitive pressures, economic pressures on our customers and us, the availability of brand name closeout merchandise, trade restrictions, freight costs, operating in Canada, the risks discussed in the Risk Factors section of our most recent Annual Report on Form 10-K, and other factors discussed from time to time in our other filings with the SEC, including Quarterly Reports on Form 10-Q and Current Reports on Form 8-K. This report should be read in conjunction with such filings, and you should consider all of these risks, uncertainties and other factors carefully in evaluating forward-looking statements.

Readers are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date they are made. We undertake no obligation to publicly update forward-looking statements whether as a result of new information, future events or otherwise. Readers are advised, however, to consult any further disclosures we make on related subjects in our public announcements and SEC filings.

**OVERVIEW**

The discussion and analysis presented below should be read in conjunction with the accompanying consolidated financial statements and related notes. Each term defined in the notes has the same meaning in this item and the balance of this report.

We are North America's largest broadline closeout retailer, and manage our business as two segments: U.S. and Canada. The following are the results from the first quarter of 2012 that we believe are key indicators of both our consolidated and segment operating performance when compared to the first quarter of 2011:

*Consolidated Highlights*

- Net sales increased $67.2 million, or 5.5%.
- Diluted earnings per share from continuing operations decreased from $0.70 per share to $0.63 per share.
- Inventory increased by 8.0% or $62.8 million to $847.7 million from the first quarter of 2011.
- We exhausted the remaining purchase authorization under the 2011 Repurchase Program by acquiring 2.5 million of our outstanding common shares for $98.5 million.

*U.S. Segment Highlights*

- Net sales increased $35.0 million, or 2.8%.
- Comparable store sales for stores open at least fifteen months decreased 0.8%.
- Gross margin dollars increased $6.8 million, while gross margin rate decreased 60 basis points from 40.3% to 39.7% of sales. Gross margin dollars in the first quarter of 2012 include the impact of a non-cash, non-recurring charge of



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

$5.6 million, or 40 basis points, related to a change in accounting principle associated with the implementation of our new retail inventory systems.

- Selling and administrative expenses increased $14.4 million. As a percentage of net sales, selling and administrative expenses increased 30 basis points to 31.8% of net sales.
- Operating profit rate decreased 110 basis points to 5.9%.

*Canadian Segment Highlights*

- Net sales for the period were $32.2 million.
- Operating loss was $6.2 million.

See the discussion and analysis below for additional details regarding our segments' operating results.

**STORES**

The following table presents stores opened and closed during the first quarter of 2012 and the first quarter of 2011:

| | U.S. | Canada | Total |
|---|---|---|---|
| **2011** | | | |
| Stores open at the beginning of the fiscal year | 1,398 | - | 1,398 |
| Stores opened during the period | 9 | - | 9 |
| Stores closed during the period | (2) | - | (2) |
| Stores open at the end of the period | 1,405 | - | 1,405 |
| **2012** | | | |
| Stores open at the beginning of the fiscal year | 1,451 | 82 | 1,533 |
| Stores opened during the period | 10 | - | 10 |
| Stores closed during the period | (7) | - | (7) |
| Stores open at the end of the period | 1,454 | 82 | 1,536 |

We continue to expect to open 90 new stores and close 45 existing locations in the U.S. during 2012.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**RESULTS OF OPERATIONS**

The following table compares components of our consolidated statements of operations as a percentage of net sales at the end of each period:

| | First Quarter | |
|---|---|---|
| | 2012 | 2011 |
| Net sales | 100.0% | 100.0% |
| Cost of sales (exclusive of depreciation expense shown separately below) | 60.4 | 59.7 |
| Gross margin | 39.6 | 40.3 |
| Selling and administrative expenses | 32.3 | 31.5 |
| Depreciation expense | 2.0 | 1.7 |
| Operating profit | 5.3 | 7.0 |
| Interest expense | 0.0 | 0.0 |
| Other income (expense) | 0.0 | 0.0 |
| Income from continuing operations before income taxes | 5.3 | 7.0 |
| Income tax expense | 2.1 | 2.7 |
| Income from continuing operations | 3.2 | 4.3 |
| Discontinued operations | 0.0 | 0.0 |
| Net income | 3.1% | 4.3% |

**FIRST QUARTER OF 2012 COMPARED TO FIRST QUARTER OF 2011**

***U.S. Segment***

**Net Sales**

Net sales by merchandise category, as a percentage of total net sales, and net sales change in dollars and percentage from the first quarter of 2012 compared to the first quarter of 2011 were as follows:

| | First Quarter | | | | | |
|---|---|---|---|---|---|---|
| | 2012 | | 2011 | | Change | |
| *(in thousands)* | | | | | | |
| Consumables | $ 377,933 | 30.0% | $ 375,481 | 30.6% | $ 2,452 | 0.7% |
| Furniture | 286,904 | 22.7 | 258,519 | 21.1 | 28,385 | 11.0 |
| Home | 191,177 | 15.1 | 183,891 | 15.0 | 7,286 | 4.0 |
| Seasonal | 173,405 | 13.8 | 169,337 | 13.8 | 4,068 | 2.4 |
| Play n' Wear | 134,087 | 10.6 | 144,919 | 11.8 | (10,832) | (7.5) |
| Hardlines & Other | 98,729 | 7.8 | 95,127 | 7.7 | 3,602 | 3.8 |
| Net sales | $ 1,262,235 | 100.0% | $ 1,227,274 | 100.0% | $ 34,961 | 2.8% |

In the third quarter of 2011, we realigned our merchandise categories to be consistent with the realignment of our merchandising team and changes to our management reporting. Prior to the third quarter of 2011, we reported sales in the former Hardlines category and the former Other category. We moved the electronics department out of the former Hardlines category and repositioned it in the former Other category, which was renamed Play n' Wear. We also moved the results of certain large closeout deals that are typically acquired through our alternate product sourcing operations out of the former Other category and repositioned them in the former Hardlines category, which was renamed Hardlines & Other. We reclassified the results of prior periods to reflect this realignment of our merchandise categories for comparability.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

Net sales increased $35.0 million, or 2.8%, to $1,262.2 million in the first quarter of 2012, compared to $1,227.3 million in the first quarter of 2011. The increase in net sales was principally due to the net addition of 49 stores since the end of the first quarter of 2011, which increased net sales by $44.0 million, partially offset by a 0.8% decrease in comparable store sales for stores open at least fifteen months, which decreased net sales by $9.0 million. The Furniture category had the largest sales gains during the first quarter of 2012, with mattresses and upholstery being the primary drivers, as we had positive customer response during tax refund selling season. The increase in the Home category was led by the domestics department, where new initiatives to expand the Home category's square footage positively impacted sales. The primary driver of the increase in the Hardlines & Other category was an attractive assortment of branded closeout merchandise primarily in our small appliances department. The Seasonal category increase was primarily due to our lawn & garden department, partially offset by lower Spring holiday sales. The Consumables category experienced lower than expected sales in our food and health and beauty departments, partially offset by our expanded offerings in specialty foods. The decrease in the Play n' Wear category was primarily driven by lower sales in our apparel, infant, lingerie, and toys departments, which were partially offset by increased sales in our electronics department.

Based on the sales trends exiting the first quarter of 2012 and the beginning weeks of May, we expect comparable store sales to be slightly positive to slightly negative during the second quarter of 2012.

**Gross Margin**
Gross margin dollars increased $6.8 million, or 1.4%, to $500.9 million for the first quarter of 2012, compared to $494.1 million for the first quarter of 2011. The increase in gross margin dollars was principally due to higher net sales of $35.0 million, which increased gross margin dollars by approximately $14.1 million, partially offset by a lower gross margin rate, which decreased gross margin dollars by approximately $7.3 million. Gross margin as a percentage of net sales decreased 60 basis points to 39.7% in the first quarter of 2012, compared to 40.3% in the first quarter of 2011. The gross margin rate decrease was principally due to the impact of the change in accounting principle related to our merchandise inventories of $5.6 million, or 40 basis points, a slightly higher markdown rate, and higher fuel costs and the corresponding impact on inbound freight.

In the second quarter of 2012, we expect our gross margin rate will be higher than the second quarter of 2011, as we expect a lower markdown rate in 2012 as compared to 2011.

**Selling and Administrative Expenses**
Selling and administrative expenses were $401.5 million for the first quarter of 2012, compared to $387.2 million for the first quarter of 2011. The increase of $14.4 million, or 3.7%, was primarily due to increases in store occupancy expenses of $4.8 million, store payroll expense of $3.0 million, advertising expense of $3.0 million, health benefit expenses of $1.5 million, and share-based compensation expense of $1.3 million. The increases in store payroll and store occupancy expenses were primarily due to the net increase of 49 stores compared to the end of the first quarter of 2011. Advertising expense increased as a result of the increased store count, new signage initiatives, and certain testing initiatives to support future programs. The increase in share-based compensation expense was primarily driven by the higher valuation of awards granted in 2011 as compared to 2010, due to the appreciation of our stock price between grant dates.

As a percentage of net sales, selling and administrative expenses increased 30 basis points to 31.8% for the first quarter of 2012 compared to 31.5% for the first quarter of 2011.

In the second quarter of 2012, we expect our selling and administrative expenses as a percentage of net sales will increase compared to the second quarter of 2011. We expect an increase in spend associated with additional store occupancy costs, higher advertising spend, and higher incentive and share-based compensation expenses.

**Depreciation Expense**
As expected, depreciation expense increased $3.7 million to $24.4 million in the first quarter of 2012, compared to $20.7 million for the first quarter of 2011. The increase is directly related to our new store growth, investments in systems, including SAP® for Retail, and capital spending to support and maintain our stores and distribution centers. Depreciation expense as a percentage of sales increased by 20 basis points compared to the first quarter of 2011.

During the balance of 2012, we expect that depreciation expense will increase as compared to 2011 as we spend the remaining forecasted capital expenditures associated with new store openings and maintenance of existing stores and distribution centers. Capital expenditures continue to be forecasted in the range of $130 million to $135 million for 2012.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

***Canadian Segment***

Our Canadian segment's net sales were $32.2 million, which exceeded our original expectations of $25 million to $30 million. Our operating loss was $6.2 million compared to a forecasted loss of $6 million to $8 million. Net sales were positively impacted by growing inventory levels, improved quality and breadth of assortments, and strong customer demand for newly introduced consumable products, seasonal, and furniture merchandise.

***Other Performance Factors***

**Interest Expense**
Interest expense was $0.3 million in the first quarter of 2012, compared to $0.5 million in the first quarter of 2011. The decrease was driven by lower amortization of deferred bank fees on our 2011 Credit Agreement in the first quarter of 2012 as compared to deferred bank fees on our 2009 Credit Agreement in the first quarter of 2011. We had total average borrowings (including capital leases) of $17.2 million in the first quarter of 2012 compared to total average borrowings of $1.8 million in the first quarter of 2011. The increase in total average borrowings from the first quarter of 2011 to the first quarter of 2012 was the result of us beginning 2012 with $65.9 million of outstanding borrowings under the 2011 Credit Agreement, compared to zero borrowings outstanding under the 2009 Credit Agreement during the first quarter of 2011.

**Income Taxes**
The effective income tax rate for the first quarter of 2012 and the first quarter of 2011 for income from continuing operations was 40.5% and 38.9%, respectively. The higher rate was primarily due to a valuation allowance relative to the deferred tax benefit of the loss generated by our Canadian segment and the effect of U.S. income taxes on a lower pretax income base (driven by the loss generated by our Canadian segment). The rate increase was partially offset by the effect of a net increase in favorable discrete U.S. state income tax items associated with settlement activity.

**Capital Resources and Liquidity**
On July 22, 2011, we entered into the 2011 Credit Agreement. The 2011 Credit Agreement is scheduled to expire on July 22, 2016. In connection with our entry into the 2011 Credit Agreement, we paid bank fees and other expenses in the aggregate amount of $3.0 million, which are being amortized over the term of the agreement. Borrowings under the 2011 Credit Agreement are available for general corporate purposes, working capital, and to repay certain of our indebtedness, including amounts due under the 2009 Credit Agreement. The 2011 Credit Agreement includes a $10 million Canadian swing loan sublimit, a $30 million U.S. swing loan sublimit, $150 million letter of credit sublimit, and a $200 million Canadian revolving credit loan subfacility. The interest rates, pricing and fees under the 2011 Credit Agreement fluctuate based on our debt rating. The 2011 Credit Agreement allows us to select our interest rate for each borrowing from multiple interest rate options. The interest rate options are generally derived from the prime rate, LIBOR, or CDOR. We may prepay revolving loans made under the 2011 Credit Agreement. The 2011 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens and investments, as well as the maintenance of two financial ratios - a leverage ratio and a fixed charge coverage ratio. A violation of any of the covenants could result in a default under the 2011 Credit Agreement that would permit the lenders to restrict our ability to further access the 2011 Credit Agreement for loans and letters of credit and require the immediate repayment of any outstanding loans under the 2011 Credit Agreement. At April 28, 2012, we were in compliance with the covenants of the 2011 Credit Agreement.

The primary source of our liquidity is cash flows from operations and, as necessary, borrowings under the 2011 Credit Agreement. Our net income and, consequently, our cash provided by operations are impacted by net sales volume, seasonal sales patterns, and operating profit margins. Our net sales are typically highest during the nine-week Christmas selling season in our fourth fiscal quarter. Generally, our working capital requirements peak late in our third fiscal quarter or early in our fourth fiscal quarter. We have typically funded those requirements with borrowings under our credit facility. At April 28, 2012, we had no borrowings under the 2011 Credit Agreement and the borrowings available under the 2011 Credit Agreement were $643.1 million, after taking into account the reduction in availability resulting from outstanding letters of credit totaling $56.9 million. We anticipate through September 15, 2012, that total indebtedness under the 2011 Credit Agreement will peak at less than $200 million, which includes outstanding letters of credit and the estimated impact of cash needs of Big Lots Canada, but excludes the impact of any common share purchases under the 2012 Repurchase Program.

Cash provided by operating activities increased by $0.1 million to $125.6 million in the first quarter of 2012 compared to $125.5 million in the first quarter of 2011.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

Cash used in investing activities decreased by $1.1 million to $18.0 million in the first quarter of 2012 compared to $19.1 million in the first quarter of 2011. The decrease was primarily due to a decrease of $0.9 million in capital expenditures to $18.3 million in the first quarter of 2012 compared to $19.2 million in the first quarter of 2011.

Cash used in financing activities increased by $93.5 million to $93.6 million in the first quarter of 2012 compared to $0.1 million in the first quarter of 2011. The primary drivers of cash used in financing activities in the first quarter of 2012 were our share repurchase activities and our repayment of borrowings under the 2011 Credit Agreement. In the first quarter of 2012, we acquired $98.5 million of our common shares under the 2011 Repurchase Program, of which we had settled $62.1 million in cash by April 28, 2012, and repaid $65.9 million of indebtedness under our 2011 Credit Agreement. Our share repurchase activity and repayments of debt were partially offset by cash received from the exercise of stock options of $32.3 million and the associated tax benefits of $7.8 million.

On a consolidated basis, we expect cash provided by operating activities less capital expenditures to be approximately $190 million for 2012.

**CRITICAL ACCOUNTING POLICIES AND ESTIMATES**

The preparation of financial statements in conformity with GAAP requires management to make estimates, judgments, and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period, as well as the related disclosure of contingent assets and liabilities at the date of the financial statements. On an ongoing basis, management evaluates its estimates, judgments, and assumptions, and bases its estimates, judgments, and assumptions on historical experience, current trends, and various other factors that are believed to be reasonable under the circumstances. Actual results may differ from these estimates. See note 1 to our consolidated financial statements included in our 2011 Form 10-K for additional information about our accounting policies.

The estimates, judgments, and assumptions that have a higher degree of inherent uncertainty and require the most significant judgments are outlined in Management's Discussion and Analysis of Financial Condition and Results of Operations contained in our 2011 Form 10-K. Had we used estimates, judgments, and assumptions different from any of those discussed in our 2011 Form 10-K or below, our financial condition, results of operations, and liquidity for the current period could have been materially different from those presented.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

We are subject to market risk from exposure to changes in interest rates on investments that we make from time to time and on borrowings under the 2011 Credit Agreement. An increase or decrease of 1% in interest rates would not have a material effect on our financial condition, results of operations, or liquidity.

We are subject to market risks associated with foreign currency exchange rate fluctuations between the Canadian Dollar and the U.S. Dollar. An increase or decrease of 1% in foreign currency exchange rates would not have a material effect on our financial condition, results of operations, or liquidity.

**Item 4. Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of our disclosure controls and procedures, as that term is defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended ("Exchange Act"), as of the end of the period covered by this report. Based on that evaluation, our Chief Executive Officer and Chief Financial Officer have each concluded that such disclosure controls and procedures were effective as of the end of the period covered by this report.

**Changes in Internal Control over Financial Reporting**

During the first quarter of 2012, we completed the second phase of our implementation of SAP® for Retail by implementing new merchandising systems. The implementation of the new systems required us to modify our internal control over financial reporting (as that term is defined in Rules 13a-15(f) and 15d-15(f) of the Exchange Act). There were no other changes in our internal control over financial reporting that occurred during our most recent fiscal quarter that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

## Part II. Other Information

**Item 1. Legal Proceedings**

No response is required under Item 103 of Regulation S-K.

**Item 1A. Risk Factors**

During the first quarter of 2012, there were no material changes to the risk factors previously disclosed in our 2011 Form 10-K.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

*(In thousands, except price per share data)*

| Period | (a) Total Number of Shares Purchased (1) (2) | (b) Average Price Paid per Share | (c) Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | (d) Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| January 29, 2012 - February 25, 2012 | - | $ - | - | $ 98,501 |
| February 26, 2012 - March 24, 2012 | 83 | 43.93 | 83 | 94,831 |
| March 25, 2012 - April 28, 2012 | 2,541 | 39.50 | 2,422 | - |
| Total | 2,624 | $ 39.64 | 2,505 | $ - |

(1) In March 2012, in connection with the vesting of our outstanding restricted shares, we acquired 119,333 of our common shares, which were withheld to satisfy minimum statutory income tax withholdings.

(2) The 2011 Repurchase Program is comprised of a May 25, 2011 authorization by our Board of Directors for the repurchase of up to $400.0 million of our common shares. Our purchases of 2.5 million common shares in the first quarter of 2012 exhausted the 2011 Repurchase Program.

**Item 3. Defaults Upon Senior Securities**

None.

**Item 4. Mine Safety Disclosures**

None.

**Item 5. Other Information**

None.



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize

Table of Contents

**Item 6. Exhibits**

Exhibits marked with an asterisk (*) are filed herewith. The Exhibit marked with two asterisks (**) is furnished electronically with this Quarterly Report.

| Exhibit No. | Document |
|---|---|
| 10.1 | Big Lots 2012 Long-Term Incentive Plan (incorporated herein by reference to Exhibit 4.4 to our Form S-8 dated May 23, 2012). |
| 10.2 | Form of Big Lots 2012 Long-Term Incentive Plan Non-Qualified Stock Option Award Agreement (incorporated herein by reference to Exhibit 10.2 to our Form 8-K dated May 23, 2012). |
| 10.3 | Form of Big Lots 2012 Long-Term Incentive Plan Restricted Stock Award Agreement (incorporated herein by reference to Exhibit 10.3 to our Form 8-K dated May 23, 2012). |
| 10.4 | Form of Big Lots 2012 Long-Term Incentive Plan Restricted Stock Award Agreement for Nonemployee Directors (incorporated herein by reference to Exhibit 10.4 to our Form 8-K dated May 23, 2012). |
| 18.1* | Preferability Letter of Independent Registered Public Accounting Firm |
| 31.1* | Certification of Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2* | Certification of Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1* | Certification of Chief Executive Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2* | Certification of Chief Financial Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101** | XBRL Instance Document. |

**Signature**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Dated: June 6, 2012

**BIG LOTS, INC.**

By: /s/ Joe R. Cooper

Joe R. Cooper
*Executive Vice President and*
*Chief Financial Officer*
(Principal Financial Officer, Principal Accounting Officer and Duly Authorized Officer)



Source: BIG LOTS INC, 10-Q, 6/6/2012 | Powered by Intelligize