IN THE UNITED STATES DISTRICT COURT  (Revised 4-20-10)
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated, | : | |
| | : | |
| Plaintiff, | | Case No.: 2:12-cv-00604 |
| | : | |
| -vs- | : | District Judge Michael H. Watson<br>Magistrate Judge Norah McCann King |
| BIG LOTS, INC., et al., | : | |
| Defendants. | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a),** __Joseph F. Murray__, trial
(Name of Trial Attorney)
attorney for __Lead Plaintiff__ in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Austin P. Brane__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)
in this case for __Lead Plaintiff__.
(Name of Party)

Movant represents that __Austin P. Brane__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __California__ as attested by the accompanying certificate from that
(Name of State)

court and that __Austin P. Brane__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__Austin P. Brane__ understands that, unless expressly excused, he or
(Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

Austin P. Brane's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone 619.231.1058   Business fax   619.231.7423

Business address      Robbins Geller Rudman & Dowd LLP

655 West Broadway, Suite 1900

San Diego, CA  92101

Business e-mail address   abrane@rgrdlaw.com

Dated: May 14, 2013              /s/ Joseph F. Murray
                                 (Signature of Trial Attorney)

                                 1533 Lake Shore Drive
                                 (Address)

                                 Columbus, OH  43204
                                 (City, State, Zip Code)

                                 614.488.0400
                                 (Telephone Number)

                                 Trial Attorney for Lead Plaintiff
                                         (Name of Party)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2013, the foregoing Motion for Admission Pro Hac Vice was filed with the Clerk of the Court using the CM/ECF system, which will automatically provide notice to the following attorney(s) of record by electronic means:

William D. Kloss, Jr.
John J. Kulewicz
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008
wdklossjr@vorys.com
jjkulewicz@vorys.com

Michael A. Paskin
Timothy G. Cameron
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
mpaskin@cravath.com
tcameron@cravath.com

/s/ **Joseph F. Murray**
Joseph F. Murray (0063373)