**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**ALAN WILLIS,**

      **Plaintiff,**

   **vs.**
                            **Civil Action 2:12-cv-604**
                            **Judge Watson**
                            **Magistrate Judge King**


**BIG LOTS, INC.,** *et al.*,

      **Defendants.**


**ORDER**


Upon motion, Doc. Nos. 29, Austin P. Brane, Esq., is hereby **GRANTED** leave to appear *pro hac vice* on behalf of Lead Plaintiff City of Pontiac General Employees' Retirement System conditional on counsel's registration for electronic filing with this Court[1] or seeking leave to be excused from doing so, within fourteen days of the date of this *Order*.


                                          *s/Norah McCann King*
                                        Norah M<sup>c</sup>Cann King
                             United States Magistrate Judge

Date: May 15, 2013

---

[1] Counsel may initiate the registration process at this Court's website, http://www.ohsd.uscourts.gov/cmecf.htm. Problems or questions should be directed to Ms. Lisa Wright, 614.719.3222.