UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BIG LOTS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:12-cv-00604-MHW-NMK<br><br><u>CLASS ACTION</u> |

DECLARATION OF BRIAN K. MURPHY IN SUPPORT OF OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

| | |
|---|---|
| MURRAY MURPHY MOUL + BASIL LLP<br>JOSEPH F. MURRAY, Trial Attorney (0063373)<br>BRIAN K. MURPHY (0070654)<br>1533 Lake Shore Drive<br>Columbus, OH  43204<br>Telephone:  614/488-0400<br>614/488-0401 (fax)<br><br>Liaison Counsel | ROBBINS GELLER RUDMAN<br>　& DOWD LLP<br>DAVID W. MITCHELL<br>BRIAN COCHRAN<br>AUSTIN P. BRANE<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiff |

[Additional counsel appear on signature page.]

845600_1

I, BRIAN K. MURPHY, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Ohio. I am a member of the law firm of Murray Murphy Moul + Basil LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Retirement and Consulting Agreement by and Among Big Lots, Inc., Big Lots Stores, Inc. and Steven S. Fishman, signed Apr. 29, 2013;

Exhibit B: Excerpt of Exhibit 99-1, Big Lots, Inc. Press Release to Form 8-K, dated Dec. 2, 2011;

Exhibit C: Excerpt of Exhibit 99-1, Big Lots, Inc. Press Release to Form 8-K, dated Mar. 3, 2011;

Exhibit D: Excerpt of Exhibit 99-1, Big Lots, Inc. Press Release to Form 8-K, dated Mar. 3, 2010; and

Exhibit E: Excerpt of Big Lots, Inc. Schedule 14A filed Apr. 10, 2012.

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct. Executed this June 5, 2013, at Columbus, Ohio

s/ BRIAN K. MURPHY<br>BRIAN K. MURPHY

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 5, 2013.

                                            s/ JOSEPH F. MURRAY
                                            JOSEPH F. MURRAY (0063373)

                                            MURRAY MURPHY MOUL + BASIL LLP
                                            1533 Lake Shore Drive
                                            Columbus, OH  43204
                                            Telephone:  614/488-0400
                                            614/488-0401 (fax)

                                            E-mail: murray@mmmb.com

845600_1

# Mailing Information for a Case 2:12-cv-00604-MHW-NMK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Austin P Brane**
  abrane@rgrdlaw.com

- **Timothy G Cameron**
  tcameron@cravath.com,mao@cravath.com,dlisner@cravath.com

- **Brian E Cochran**
  bcochran@rgrdlaw.com

- **William Darrell Kloss , Jr**
  wdklossjr@vorys.com,lmhilty@vorys.com

- **John Joseph Kulewicz**
  jjkulewicz@vssp.com

- **David W Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com

- **Michael Paskin**
  mpaskin@cravath.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)