**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

ALAN WILLIS,

      Plaintiff,

    vs.                         Civil Action 2:12-cv-604
                                   Judge Watson
                                   Magistrate Judge King

BIG LOTS, INC., *et al.*,

      Defendants.

<u>ORDER</u>

Upon motion, Doc. No. 34, Lucas F. Olts, Esq., is hereby **GRANTED** leave to appear *pro hac vice* on behalf of plaintiff, conditional on counsel's registration for electronic filing with this Court,[1] or seeking leave to be excused from doing so, within fourteen days of the date of this *Order*.

June 14, 2013                               _*s/Norah McCann King*_____
                                          Norah M$^c$Cann King
                                   United States Magistrate Judge

---

[1] Counsel may initiate the registration process at this Court's website, http://www.ohsd.uscourts.gov/cmecf.htm. Problems or questions should be directed to Ms. Lisa Wright, 614.719.3222.