UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS, INC., STEVEN S. FISHMAN, JOE R. COOPER, CHARLES W. HAUBIEL II and TIMOTHY A. JOHNSON,<br><br>Defendants. | Case No. 2:12-cv-00604-MHW-NMK<br><br>District Judge Michael H. Watson<br><br>Magistrate Judge Norah McCann King |

**DECLARATION OF NICHOLAS A. JACKSON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Nicholas A. Jackson, hereby declare as follows under penalty of perjury:

1. I am an attorney at law licensed to practice in the State of New York. I am associated with the firm of Cravath, Swaine & Moore LLP, counsel of record for Defendants Joe R. Cooper, Steven S. Fishman, Charles W. Haubiel II and Timothy A. Johnson and Big Lots, Inc. ("Big Lots") in this matter. I submit this declaration in support of Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint. By virtue of my representation of the Defendants in this matter, I have personal knowledge of the facts set forth below, and I could and would testify competently to those facts if called to do so.

2. Exhibit A is a true and correct copy of a Big Lots Form 10-K filed March 30, 2011.

3. Exhibit B is a true and correct copy of printouts from the "EDGAR" website maintained by the Securities and Exchange Commission regarding certain public filings for Steven S. Fishman, including a Form 4 dated October 14, 2010, regarding Mr. Fishman's transactions in Big Lots stock on October 12, 2010; a Form 4 dated September 29, 2010, regarding Mr. Fishman's transactions in Big Lots stock on September 27, 2010; a Form 4 dated September 22, 2010, regarding Mr. Fishman's transactions in Big Lots stock on September 20, 2010; a Form 4 dated August 4, 2010, regarding Mr. Fishman's transactions in Big Lots stock on August 2, 2010; a Form 4 dated July 27, 2010, regarding Mr. Fishman's transactions in Big Lots stock on July 26, 2010; a Form 4 dated July 21, 2010, regarding Mr. Fishman's transactions in Big Lots stock on July 20, 2010; a Form 4 dated July 13, 2010, regarding Mr. Fishman's transactions in Big Lots stock on July 13, 2010; a Form 4 dated June 22, 2010 regarding Mr. Fishman's transactions in Big Lots stock on June 21, 2010; a Form 4 dated June 16, 2010, regarding Mr. Fishman's transactions in Big Lots stock on June 14, 2010; a Form 4 dated June 9, 2010, regarding Mr. Fishman's transactions in Big Lots stock on June 7, 2010; a Form 4 dated June 3, 2010, regarding Mr. Fishman's transactions in Big Lots stock on June 1, 2010; a Form 4 dated May 26, 2010, regarding Mr. Fishman's transactions in Big Lots stock on May 24, 2010; a Form 4 dated May 19, 2010, regarding Mr. Fishman's transactions in Big Lots stock on May 17, 2010; a Form 4 dated May 12, 2010, regarding Mr. Fishman's transactions in Big Lots stock on May 10, 2010; a Form 4 dated May 4, 2010, regarding Mr. Fishman's transactions in Big Lots stock on May 3, 2010; a Form 4 dated April 26, 2010, regarding Mr. Fishman's transactions in Big Lots stock on April 22-26, 2010; a Form 4 dated April 21, 2010, regarding Mr. Fishman's transactions in Big Lots stock on April 19, 2010; a Form 4 dated April 14, 2010, regarding Mr. Fishman's transactions in Big Lots stock on April 12-14, 2010; a Form 4 dated April 9, 2010,

regarding Mr. Fishman's transactions in Big Lots stock on April 9, 2010; a Form 4 dated April 6, 2010, regarding Mr. Fishman's transactions in Big Lots stock on April 5, 2010; a Form 4 dated March 31, 2010, regarding Mr. Fishman's transactions in Big Lots stock on March 29, 2010; a Form 4 dated March 24, 2010, regarding Mr. Fishman's transactions in Big Lots stock on March 22-23, 2010; a Form 4 dated March 18, 2010, regarding Mr. Fishman's transactions in Big Lots stock on March 16, 2010; a Form 4 dated March 5, 2010, regarding Mr. Fishman's transactions in Big Lots stock on March 3-4, 2010; a Form 4 dated September 23, 2008, regarding Mr. Fishman's transactions in Big Lots stock on September 19, 2008; a Form 4 dated August 19, 2008, regarding Mr. Fishman's transactions in Big Lots stock on August 15, 2008; and a Form 4 dated March 20, 2007, regarding Mr. Fishman's transactions in Big Lots stock on March 19-20, 2007.

4. Exhibit C is a true and correct copy of printouts from the "EDGAR" website maintained by the Securities and Exchange Commission regarding certain public filings for Joe R. Cooper, including a Form 4 dated April 9, 2010, regarding Mr. Cooper's transactions in Big Lots stock on April 7, 2010; a Form 4 dated March 9, 2010, regarding Mr. Cooper's transactions in Big Lots stock on March 5-8, 2010; a Form 4 dated February 26, 2010, regarding Mr. Cooper's transactions in Big Lots stock on February 25, 2010; a Form 4 dated January 11, 2010, regarding Mr. Cooper's transactions in Big Lots stock on January 7-8, 2010; a Form 4 dated May 14, 2008, regarding Mr. Cooper's transactions in Big Lots stock on May 14, 2008; and a Form 4 dated March 15, 2007, regarding Mr. Cooper's transactions in Big Lots stock on March 13-14, 2007.

5. Exhibit D is a true and correct copy of printouts from the "EDGAR" website maintained by the Securities and Exchange Commission regarding certain public filings for

Timothy A. Johnson, including a Form 4 dated April 16, 2010, regarding Mr. Johnson's transactions in Big Lots stock on April 14, 2010; a Form 4 dated February 26, 2010, regarding Mr. Johnson's transactions in Big Lots stock on February 25, 2010; a Form 4 dated January 11, 2010, regarding Mr. Johnson's transactions in Big Lots stock on January 7, 2010; a Form 4 dated August 19, 2008, regarding Mr. Johnson's transactions in Big Lots stock on August 15, 2008; a Form 4 dated June 13, 2008, regarding Mr. Johnson's transactions in Big Lots stock on June 12, 2008; a Form 4 dated June 6, 2007, regarding Mr. Johnson's transactions in Big Lots stock on June 4, 2007; a Form 4 dated March 15, 2007, regarding Mr. Johnson's transactions in Big Lots stock on March 13-14, 2007; a Form 4 dated December 18, 2006, regarding Mr. Johnson's transactions in Big Lots stock on December 15, 2006; and a Form 4 dated December 1, 2006, regarding Mr. Johnson's transactions in Big Lots stock on November 29, 2006 to December 1, 2006.

6. Exhibit E is a true and correct copy of printouts from the "EDGAR" website maintained by the Securities and Exchange Commission regarding certain public filings for Charles W. Haubiel II, including a Form 4 dated April 26, 2010, regarding Mr. Haubiel's transactions in Big Lots stock on April 22, 2010; a Form 4 dated April 9, 2010, regarding Mr. Haubiel's transactions in Big Lots stock on April 7-9, 2010; a Form 4 dated March 24, 2010, regarding Mr. Haubiel's transactions in Big Lots stock on March 23, 2010; a Form 4 dated March 18, 2010, regarding Mr. Haubiel's transactions in Big Lots stock on March 16, 2010; a Form 4 dated March 10, 2010, regarding Mr. Haubiel's transactions in Big Lots stock on March 9, 2010; a Form 4 dated March 5, 2010, regarding Mr. Haubiel's transactions in Big Lots stock on March 3, 2010; a Form 4 dated February 26, 2010, regarding Mr. Haubiel's transactions in Big Lots stock on February 24-26, 2010, a Form 4 dated June 18, 2008, regarding Mr. Haubiel's

transactions in Big Lots stock on June 16, 2008; a Form 4 dated June 13, 2008, regarding Mr. Haubiel's transactions in Big Lots stock on June 12, 2008; and a Form 4 dated June 10, 2008, regarding Mr. Haubiel's transactions in Big Lots stock on June 6, 2008.

7. Exhibit F is a true and correct copy of a Big Lots Form 8-K filed May 21, 2013.

8. Exhibit G is a true and correct copy of a Big Lots Form 8-K filed August 28, 2012.

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 20th day of June, 2013, at New York, New York.

Nicholas A. Jackson