# EXHIBIT C

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
COOPER JOE R
(Last) (First) (Middle)
300 PHILLIPI ROAD
(Street)
COLUMBUS OH 43228
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
BIG LOTS INC [ BIG ]

3. Date of Earliest Transaction (Month/Day/Year)
04/07/2010

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director | 10% Owner
X Officer (give title below) | Other (specify below)
Executive Vice President

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction (s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/07/2010 | | S (1) | | 20,862 | D | $38.54 (2) | 25,000 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were made pursuant to a plan intended to comply with Rule 10b5-1.

2. The value represents the weighted average sale price for the transactions reported on the corresponding line. The actual sales prices for the transactions reported on the corresponding line ranged from $38.50 to $38.637. The reporting person undertakes to provide (upon request by the SEC, the issuer or a security holder of the issuer) full information regarding the number of shares sold at each separate price.

**Remarks:**

Joseph Y. Heuer, attorney in fact for Joe R. Cooper — 04/09/2010
** Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
COOPER JOE R
(Last) (First) (Middle)
300 PHILLIPI ROAD
(Street)
COLUMBUS OH 43228
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
BIG LOTS INC [ BIG ]

3. Date of Earliest Transaction (Month/Day/Year)
03/05/2010

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director | 10% Owner
X Officer (give title below) | Other (specify below)
Senior Vice President

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/05/2010 | | A | | 25,000 | A | $0 | 61,250 | D | |
| Common Stock | 03/05/2010 | | M | | 10,250 | A | $12.66 | 71,500 | D | |
| Common Stock | 03/05/2010 | | S | | 10,250 | D | $36.02 (1) | 61,250 | D | |
| Common Stock | 03/08/2010 | | M | | 12,188 | A | $21.06 | 73,438 | D | |
| Common Stock | 03/08/2010 | | M | | 12,187 | A | $17.47 | 85,625 | D | |
| Common Stock | 03/08/2010 | | S | | 24,375 | D | $36.01 (2) | 61,250 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Purchase Option | $35.92 | 03/05/2010 | | A | | 50,000 | | (3) | 03/05/2017 | Common Stock | 50,000 | $0 | 50,000 | D | |
| Stock Purchase Option | $12.66 | 03/05/2010 | | M | | | 10,250 | 02/24/2010 (4) | 02/24/2013 | Common Stock | 10,250 | $0 | 0 | D | |
| Stock Purchase Option | $21.06 | 03/08/2010 | | M | | | 12,188 | (5) | 03/07/2015 | Common Stock | 12,188 | $0 | 24,375 | D | |
| Stock Purchase Option | $17.47 | 03/08/2010 | | M | | | 12,187 | (6) | 03/06/2016 | Common Stock | 12,187 | $0 | 35,563 | D | |

**Explanation of Responses:**

1. The value represents the weighted average sale price for the transactions reported on the corresponding line. The actual sales prices for the transactions reported on the corresponding line ranged from $36.00 to $36.09. The reporting person undertakes to provide (upon request by the SEC, the issuer or a security holder of the issuer) full information regarding the number of shares sold at each separate price.

2. The value represents the weighted average sale price for the transactions reported on the corresponding line. The actual sales prices for the transactions reported on the corresponding line ranged from $36.00 to $36.06. The reporting person undertakes to provide (upon request by the SEC, the issuer or a security holder of the issuer) full information regarding the number of shares sold at each separate price.

3. The Stock Purchase Option vests in four equal annual installments beginning on March 5, 2011.

4. The date upon which the Stock Purchase Option became fully exercisable.

5. The Stock Purchase Option vests in four equal annual installments beginning on March 7, 2009.

6. The Stock Purchase Option vests in four equal annual installments beginning on March 6, 2010.

**Remarks:**

| | |
|---|---|
| Joseph Y. Heuer, attorney in fact for Joe R. Cooper | 03/09/2010 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
COOPER JOE R
(Last) (First) (Middle)
300 PHILLIPI ROAD
(Street)
COLUMBUS OH 43228
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
BIG LOTS INC [ BIG ]

3. Date of Earliest Transaction (Month/Day/Year)
02/25/2010

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
Senior Vice President

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/25/2010 | | M | | 12,187 | A | $21.06 | 48,437 | D | |
| Common Stock | 02/25/2010 | | S (1) | | 12,187 | D | $32.84 (2) | 36,250 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Purchase Option | $21.06 | 02/25/2010 | | M | | | 12,187 | (3) | 03/07/2015 | Common Stock | 12,187 | $0 | 36,563 | D | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were made pursuant to a plan intended to comply with Rule 10b5-1.
2. The value represents the weighted average sale price for the transactions reported on the corresponding line. The actual sales prices for the transactions reported on the corresponding line ranged from $32.80 to $32.91. The reporting person undertakes to provide (upon request by the SEC, the issuer or a security holder of the issuer) full information regarding the number of shares sold at each separate price.
3. This Stock Purchase Option vests in four equal annual installments beginning on March 7, 2009.

**Remarks:**

Joseph Y. Heuer, attorney in fact for Joe R. Cooper — 02/26/2010
** Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

1. Name and Address of Reporting Person*
COOPER JOE R
(Last) (First) (Middle)
300 PHILLIPI ROAD
(Street)
COLUMBUS OH 43228
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
BIG LOTS INC [ BIG ]

3. Date of Earliest Transaction (Month/Day/Year)
01/07/2010

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
Senior Vice President

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/07/2010 | | M | | 20,000 | A | $14.28 | 66,787 | D | |
| Common Stock | 01/07/2010 | | M | | 1,537 | A | $12.66 | 68,324 | D | |
| Common Stock | 01/07/2010 | | S (1) | | 21,537 | D | $29.803 (2) | 46,787 | D | |
| Common Stock | 01/08/2010 | | M | | 8,713 | A | $12.66 | 55,500 | D | |
| Common Stock | 01/08/2010 | | S (1) | | 19,250 | D | $29.811 (3) | 36,250 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Purchase Option | $14.28 | 01/07/2010 | | M | | | 20,000 | 11/15/2005 (4) | 02/02/2014 | Common Stock | 20,000 | $0 | 0 | D | |
| Stock Purchase Option | $12.66 | 01/07/2010 | | M | | | 1,537 | (5) | 02/24/2013 | Common Stock | 1,537 | $0 | 18,963 | D | |
| Stock Purchase Option | $12.66 | 01/08/2010 | | M | | | 8,713 | (5) | 02/24/2013 | Common Stock | 8,713 | $0 | 10,250 | D | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were made pursuant to a plan intended to comply with Rule 10b5-1.
2. The value represents the weighted average sale price for the transactions reported on the corresponding line. The actual sales prices for the transactions reported on the corresponding line ranged from

$29.80 to $29.81. The reporting person undertakes to provide (upon request by the SEC, the issuer or a security holder of the issuer) full information regarding the number of shares sold at each separate price.

3. The value represents the weighted average sale price for the transactions reported on the corresponding line. The actual sales prices for the transactions reported on the corresponding line ranged from $29.80 to $29.855. The reporting person undertakes to provide (upon request by the SEC, the issuer or a security holder of the issuer) full information regarding the number of shares sold at each separate price.

4. The date upon which the Stock Purchase Option became fully exercisable.

5. This Stock Purchase Option vests in four equal annual installments beginning on February 24, 2007.

**Remarks:**

| | |
|---|---|
| Chadwick P. Reynolds, attorney in fact for Joe R. Cooper | 01/11/2010 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

1. Name and Address of Reporting Person*
COOPER JOE R
(Last) (First) (Middle)
300 PHILLIPI ROAD
(Street)
COLUMBUS OH 43228
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
BIG LOTS INC [ BIG ]

3. Date of Earliest Transaction (Month/Day/Year)
05/14/2008

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
Senior Vice President & CFO

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 05/14/2008 | | M | | 2,000 | A | $10.85 | 48,780 | D | |
| Common Stock | 05/14/2008 | | M | | 20,000 | A | $14.28 | 68,780 | D | |
| Common Stock | 05/14/2008 | | M | | 10,250 | A | $12.66 | 79,030 | D | |
| Common Stock | 05/14/2008 | | S (1) | | 48,250 | D | $29.15 | 30,780 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Purchase Option | $10.85 | 05/14/2008 | | M | | | 2,000 | 11/15/2005 (2) | 02/24/2013 | Common Stock | 2,000 | $0 | 0 | D | |
| Stock Purchase Option | $14.28 | 05/14/2008 | | M | | | 20,000 | 11/15/2005 (2) | 02/02/2014 | Common Stock | 20,000 | $0 | 20,000 | D | |
| Stock Purchase Option | $12.66 | 05/14/2008 | | M | | | 10,250 | (3) | 02/24/2013 | Common Stock | 10,250 | $0 | 20,500 | D | |

**Explanation of Responses:**

1. The sale reported in this Form 4 was effected pursuant to a Rule 10b5-1 trading plan.
2. The date upon which the Stock Purchase Option became fully exercisable.
3. The Stock Purchase Option vests in four equal annual installments beginning on February 24, 2007.

**Remarks:**

| | |
|---|---|
| Chadwick P. Reynolds, attorney in fact for Joe R. Cooper | 05/14/2008 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response: | 0.5 |

1. Name and Address of Reporting Person*
COOPER JOE R
(Last) (First) (Middle)
300 PHILLIPI ROAD
(Street)
COLUMBUS OH 43228
(City) (State) (Zip)

2. Issuer Name **and** Ticker or Trading Symbol
BIG LOTS INC [ BIG ]

3. Date of Earliest Transaction (Month/Day/Year)
03/13/2007

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)
Director
10% Owner
X Officer (give title below)
Other (specify below)
Senior Vice President & CFO

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/13/2007 | | A | | 12,500 | A | $0 | 37,242 | D | |
| Common Stock | 03/14/2007 | | M | | 2,000 | A | $11.98 | 39,242 | D | |
| Common Stock | 03/14/2007 | | M | | 2,000 | A | $10.85 | 41,242 | D | |
| Common Stock | 03/14/2007 | | M | | 60,000 | A | $14.28 | 101,242 | D | |
| Common Stock | 03/14/2007 | | M | | 10,250 | A | $12.66 | 111,492 | D | |
| Common Stock | 03/14/2007 | | S | | 800 | D | $29.84 | 110,692 | D | |
| Common Stock | 03/14/2007 | | S | | 300 | D | $29.85 | 110,392 | D | |
| Common Stock | 03/14/2007 | | S | | 2,500 | D | $29.86 | 107,892 | D | |
| Common Stock | 03/14/2007 | | S | | 3,600 | D | $29.87 | 104,292 | D | |
| Common Stock | 03/14/2007 | | S | | 4,000 | D | $29.88 | 100,292 | D | |
| Common Stock | 03/14/2007 | | S | | 11,050 | D | $29.89 | 89,242 | D | |
| Common Stock | 03/14/2007 | | S | | 40,900 | D | $29.9 | 48,342 | D | |
| Common Stock | 03/14/2007 | | S | | 2,000 | D | $29.91 | 46,342 | D | |
| Common Stock | 03/14/2007 | | S | | 500 | D | $29.92 | 45,842 | D | |
| Common Stock | 03/14/2007 | | S | | 6,100 | D | $29.93 | 39,742 | D | |
| Common Stock | 03/14/2007 | | S | | 2,300 | D | $29.94 | 37,442 | D | |
| Common Stock | 03/14/2007 | | S | | 100 | D | $29.95 | 37,342 | D | |
| Common Stock | 03/14/2007 | | S | | 100 | D | $29.96 | 37,242 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | Reported Transaction(s) (Instr. 4) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stock Purchase Option | $28.73 | 03/13/2007 | | A | | 37,500 | | (1) | 03/13/2014 | Common Stock | 37,500 | $0 | 37,500 | D | |
| Stock Purchase Option | $11.98 | 03/14/2007 | | M | | | 2,000 | 11/15/2005 (2) | 02/25/2012 | Common Stock | 2,000 | $0 | 0 | D | |
| Stock Purchase Option | $10.85 | 03/14/2007 | | M | | | 2,000 | 11/15/2005 (2) | 02/24/2013 | Common Stock | 2,000 | $0 | 2,000 | D | |
| Stock Purchase Option | $14.28 | 03/14/2007 | | M | | | 60,000 | 11/15/2005 (2) | 02/02/2014 | Common Stock | 60,000 | $0 | 40,000 | D | |
| Stock Purchase Option | $12.66 | 03/14/2007 | | M | | | 10,250 | (3) | 02/24/2013 | Common Stock | 10,250 | $0 | 30,750 | D | |

**Explanation of Responses:**

1. The stock purchase option vests in four equal annual installments beginning on March 13, 2008.
2. The date upon which the stock purchase option became fully exercisable.
3. The stock purchase option vests in four equal annual installments beginning on February 24, 2007.

## Remarks:

Chadwick P. Reynolds, attorney in fact for Joe R. Cooper — 03/15/2007

** Signature of Reporting Person — Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**