UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   vs.<br><br>BIG LOTS, INC., et al.,<br><br>                      Defendants. | No. 2:12-cv-00604-MHW-NMK<br><br>CLASS ACTION |

REPLY TO DEFENDANTS' RESPONSE TO LEAD PLAINTIFF'S REQUEST FOR
JUDICIAL NOTICE OF BIG LOTS' 10b5-1 TRADING POLICY PURSUANT TO
FEDERAL RULE OF EVIDENCE 201

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
BRIAN K. MURPHY (0070654)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

987615_1

Defendants do not oppose plaintiff's request for judicial notice of Big Lots Inc.'s ("Big Lots" or the "Company") "Company policy" that allowed its insiders to amend their 10b5-1 trading plans to sell shares during and shortly after a purported "trading window." *See* Defendants' Response to Lead Plaintiff's Request for Judicial Notice of Big Lots' 10b5-1 Trading Policy Pursuant to Federal Rule of Evidence 201 (Dkt. No. 46) at 3. Plaintiff's request should therefore be granted.

Instead, defendants use their response to argue that the mere presence of a self-declared "trading window" somehow shields highly suspect trades by corporate insiders from judicial scrutiny. *See* Dkt. No. 46 at 3-5. Defendants provide no authority for this proposition because none exists.[1] There is no "window" companies can adopt to allow their insiders to reap personal profits from trades on the basis of material, non-public company information. To the contrary, Rule 10b5-1 makes no reference to trading windows and requires that insiders adopt plans "*[b]efore* becoming aware of the information" and to not have "subsequent influence over how, when, or whether to effectuate purchases or sales." 17 C.F.R. §240.10b5-1(c)(A)(1), (B)(3) (emphasis added).[2]

The central allegation of the Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint") (Dkt. No. 18) is that Big Lots' insiders were in possession of material, non-public information regarding Big Lots' declining sales and earnings trends during the

---

[1] Defendants' response instead refers to their own brief in support of their motion to dismiss, *see* Dkt. No. 46 at 3, but the only case defendants cite for their position, *Johnson v. Hui*, 811 F. Supp. 479 (N.D. Cal. 1991), provides no support. *Johnson*, unlike this case, concerned the question of whether a derivative suit should be terminated in deference to a special litigation committee finding that the suit would not be in the company's best interests after a thorough investigation by outside counsel. Further, the committee had noted that "most sales" occurred pursuant to trading plans put in place prior to the alleged period of insider trading activity and occurred at a sales price *lower* than the price of the stock after the truth was allegedly revealed. *Id.* at 487-88. Neither situation exists here.

[2] Although defendants suggest that there are other aspects of the Company policy that may have been in place in March 2012 (during the Class Period), they do not state what those other aspects may have been or otherwise contend that there was any different policy in place. *See* Dkt. No. 46 at 2-3.

- 1 -

Class Period.  *See* Dkt. No. 18, ¶¶8-17, 56-95.  As now evidenced by Big Lots' 10b5-1 policy, Company insiders were allowed to unload their personal stockholdings during the Company's March 2012 "trading window" and amend their 10b5-1 plans to do so shortly thereafter on the basis of this material, non-public information.  These sales allowed those insiders to reap $33 million in proceeds from insider sales between March 6 and March 28, 2012:



As discussed more fully in the Amended Complaint, the timing, amount, and coordination of these sales is highly suspicious, not least because it was a dramatic break from the Company's precedent.  *See* Dkt. No. 18, ¶¶155-160.  The sales were deemed to raise a "red flag" by numerous media outlets, including *The Wall Street Journal*, sparked multiple governmental investigations and private lawsuits, and preceded the abrupt "retirement" of the Company's Chief Executive Officer and the firing of its General Counsel.  *See* Dkt. No. 18, ¶¶25, 139-142, 166; Request for Judicial Notice, Exhibit A (Dkt. No. 37).  The fact that these same insiders declared their trades to be made during a purported "trading window" is legally irrelevant and provides cold comfort to Big Lots'

public investors who lost millions after the Company's stock price collapsed when the truth was finally revealed.

| | |
|---|---|
| DATED:  December 3, 2014 | MURRAY MURPHY MOUL + BASIL LLP<br>JOSEPH F. MURRAY, Trial Attorney (0063373)<br>BRIAN K. MURPHY (0070654) |

s/ Joseph F. Murray
JOSEPH F. MURRAY, Trial Attorney (0063373)

1114 Dublin Road
Columbus, OH 43215
Telephone:  614/488-0400
614/488-0401 (fax)
E-mail: murray@mmmb.com
E-mail: murphy@mmmb.com

Liaison Counsel

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  davidm@rgrdlaw.com
E-mail:  lolts@rgrdlaw.com
E-mail:  abrane@rgrdlaw.com
E-mail:  bcochran@rgrdlaw.com

Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
Telephone:  248/746-0700
248/746-2760 (fax)
E-mail:  cbillings@swappc.com

- 4 -

                                            BOTTINI & BOTTINI, INC.
                                            FRANCIS A. BOTTINI
                                            YURY A. KOLESNIKOV
                                            7817 Ivanhoe Avenue, Suite 102
                                            La Jolla, CA  92037
                                            Telephone:  858/914-2001
                                            858/914-2002 (fax)
                                            E-mail:  fbottini@bottinilaw.com
                                            E-mail:  ykolesnikov@bottinilaw.com

                                            Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 3, 2014.

                                           s/ Joseph F. Murray
                                           JOSEPH F. MURRAY

                                           MURRAY MURPHY MOUL + BASIL LLP
                                           1114 Dublin Road
                                           Columbus, OH 43215
                                           Telephone:  614/488-0400
                                           614/488-0401 (fax)

                                           E-mail:  murray@mmmb.com

987615_1

## Mailing Information for a Case 2:12-cv-00604-MHW-NMK Willis v. Big Lots, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Austin P Brane**
  abrane@rgrdlaw.com

- **Timothy G Cameron**
  tcameron@cravath.com,mao@cravath.com,ascolnik@cravath.com,dlisner@cravath.com,hyan@cravath.com,bmcnamara@cravath.com

- **Brian E Cochran**
  bcochran@rgrdlaw.com

- **Aaron I. Karp**
  akarp@cravath.com

- **William Darrell Kloss , Jr**
  wdklossjr@vorys.com,crmarioth@vorys.com

- **John Joseph Kulewicz**
  jjkulewicz@vssp.com

- **David W Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com

- **Lucas F Olts**
  lolts@rgrdlaw.com

- **Michael A. Paskin**
  mpaskin@cravath.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`