UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., et al.,<br><br>Defendants. | No. 2:12-cv-00604-MHW-NMK<br><br>CLASS ACTION |

DECLARATION OF JOSEPH F. MURRAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
BRIAN K. MURPHY (0070654)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN & DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

I, JOSEPH F. MURRAY, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Ohio and this Court. I am a member of the law firm of Murray Murphy Moul + Basil LLP, liaison counsel for lead plaintiff in the above-captioned action. I make this declaration in support of Plaintiffs' Motion for Class Certification and to Appoint Class Representatives and Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Certification of Named Plaintiff City of Pontiac General Employees' Retirement System;

Exhibit 2: Expert Report of Bjorn I. Steinholt, CFA; and

Exhibit 3: Robbins Geller Rudman & Dowd LLP Firm Résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of May, 2016, at Columbus, Ohio.

s/ JOSEPH F. MURRAY
JOSEPH F. MURRAY

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 27, 2016.

s/ JOSEPH F. MURRAY
JOSEPH F. MURRAY
Trial Attorney (0063373)

MURRAY MURPHY MOUL + BASIL LLP
1533 Lake Shore Drive
Columbus, OH 43204
Telephone: 614/488-0400
614/488-0401 (fax)

E-mail: murray@mmmb.com

# Mailing Information for a Case 2:12-cv-00604-MHW-NMK Willis v. Big Lots, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Austin P Brane**
  abrane@rgrdlaw.com
- **Timothy G Cameron**
  tcameron@cravath.com,mao@cravath.com,tsyverson@cravath.com,ascolnik@cravath.com,dlisner@cravath.com,hyan@cravath.com,bmcnamara@cravath.com
- **Brian E Cochran**
  bcochran@rgrdlaw.com
- **William Darrell Kloss , Jr**
  wdklossjr@vorys.com,crmarioth@vorys.com
- **John Joseph Kulewicz**
  jjkulewicz@vssp.com
- **David W Mitchell**
  davidm@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com
- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com
- **Lucas F Olts**
  lolts@rgrdlaw.com
- **Michael A. Paskin**
  mpaskin@cravath.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)