# EXHIBIT 1

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. (a) Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Pontiac General Emp. Ret. Sys. v. Dell Inc., et al.*, No. 1:14-cv-03644 (S.D.N.Y.)
*Patel v. L-3 Communications Holdings, Inc., et al.*, No. 1:14-cv-06038 (S.D.N.Y.)
*Batty v. Movado Group, Inc., et al.*, No. 2:15-cv-00831 (D.N.J.)
*Kelley v. Aerie Pharmaceuticals, Inc., et al.*, No. 3:15-cv-03007 (D.N.J.)

(b) Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

(c) Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*City of Pontiac General Emp. Ret. Sys. v. Genworth Financial, Inc., et al.*, No. 3:14-cv-00682 (E.D. Va.)
*City of Pontiac General Emp. Ret. Sys. v. Hanger, Inc., et al.*, No. 1:14-cv-01026 (W.D. Tex.)
*In re Five Below, Inc. Sec. Litig.*, No. 2:15-cv-00094 (E.D. Pa.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of May, 2016.

CITY OF PONTIAC GENERAL
EMPLOYEES' RETIREMENT SYSTEM

By: Walter Moore
Walter Moore, Chairman

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/02/2012 | 1,650 | $42.45 |
| 03/12/2012 | 400 | $45.29 |
| 03/12/2012 | 1,025 | $45.34 |
| 03/13/2012 | 375 | $45.36 |
| 03/13/2012 | 575 | $45.71 |
| 03/14/2012 | 300 | $45.50 |
| 03/14/2012 | 300 | $45.51 |
| 03/16/2012 | 200 | $45.13 |
| 03/16/2012 | 1,075 | $45.30 |
| 03/19/2012 | 400 | $45.41 |
| 03/27/2012 | 1,550 | $46.91 |
| 03/29/2012 | 200 | $42.59 |
| 03/29/2012 | 850 | $42.74 |
| 06/25/2012 | 100 | $38.54 |

### Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 04/24/2012 | 200 | $36.65 |
| 04/24/2012 | 1,525 | $36.62 |
| 04/24/2012 | 6,250 | $36.09 |
| 04/24/2012 | 8,675 | $36.28 |
| 05/15/2012 | 50 | $36.43 |
| 08/16/2012 | 100 | $38.34 |

*Opening position of 7,800 shares.