# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DISTRICT

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., STEVEN S. FISHMAN, JOE R. COOPER, CHARLES W. HAUBIEL II and TIMOTHY A. JOHNSON,<br><br>Defendants. | Civil Action No. 2:12-cv-00604 |

EXPERT REPORT OF BJORN I. STEINHOLT, CFA

May 27, 2016

# TABLE OF CONTENTS

**Page**

I. INTRODUCTION AND QUALIFICATIONS ....................1

II. OVERVIEW OF ASSIGNMENT ....................2

III. MARKET EFFICIENCY IN A FRAUD-ON-THE-MARKET CONTEXT ....................4

IV. ANALYSIS OF MARKET EFFICIENCY ....................8

A. Trading on the NYSE Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market ....................9

B. *Cammer* Factor 1: Large Trading Volume Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market ....................10

C. *Cammer* Factor 2: Substantial Analyst Coverage Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market ....................11

D. *Cammer* Factor 3: The NYSE Designated Market Maker Structure, the Numerous Liquidity Providers and Institutional Investors Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market ....................13

E. *Cammer* Factor 4: Eligibility to File on Form S-3 Satisfied ....................14

F. *Cammer* Factor 5: The Evidence Shows that New and Material Market, Industry and Company-Specific Information Was Quickly Incorporated into the Stock Price, and Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market ....................15

G. Additional *Krogman* Factor 1: Large Market Capitalization Satisfied ....................22

H. Additional *Krogman* Factor 2: Small Bid-Ask Spread Satisfied ....................23

I. Additional *Krogman* Factor 3: Large Float Satisfied ....................24

J. Conclusion: The *Cammer* and *Krogman* Factors Supports My Opinion that Big Lots' Common Stock Traded in an Efficient Market ....................24

V. THE EVENT STUDY FRAMEWORK CAN BE USED TO CALCULATE CLASS-WIDE COMMON STOCK DAMAGES ....................25

VI. CONCLUSION ....................27

## I. INTRODUCTION AND QUALIFICATIONS

1. I am a Managing Director at Caliber Advisors, Inc., a full-service valuation and economic consulting firm with offices in San Diego, California; Chicago, Illinois; and Washington D.C. I have more than 25 years of experience providing capital markets consulting, including analyzing and valuing investments. A summary of my background and qualifications is attached as Exhibit A to this report.

2. Over the past 10 years, I have been retained on numerous occasions to provide expert opinions relating to materiality, loss causation and damages in securities class actions similar to this litigation. I have frequently been asked to analyze market efficiency in a reliance context, and have submitted reports to various federal courts outlining my findings, including in *Chin v. Sonus Networks, Inc., et al.*, No. 04-cv-10294 (D. Mass.), *In re Healthsouth Corp. Sec. Litig.*, No. 03-cv-01501 (N.D. Ala.), *Siracusano, et al. v. Matrixx Initiatives, et al.*, No. 04-cv-00886 (D. Ariz.), *Kelleher v. ADVO, Inc., et al.*, No. 06-cv-01422 (D. Conn.), *McGuire v. Dendreon Corp., et al.*, No. 07-cv-00800 (W.D. Wash.), *In re Novatel Wireless Sec. Litig.*, No. 08-cv-01689 (S.D. Cal.), *City of Pontiac Gen. Emps. Ret. Sys. v. Lockheed Martin Corp.*, No. 11-cv-05026 (S.D.N.Y.), *Luman v. Anderson, et al.*, No. 08-cv-00514 (W.D. Mo.), *T Grocery & Food Emps. Welfare Fund v. Regions Fin. Corp., et al.*, No. 10-cv-02847 (N.D. Ala.), *Smilovits v. First Solar Inc., et al.*, No. 12-cv-00555 (D. Ariz.), and *In re Celera Corp. Sec. Litig.*, No. 10-cv-02604 (N.D. Cal.). In all of the matters listed above, my economic analyses demonstrated that the market was efficient and the respective courts granted class certification.

3. I received a Master of International Business degree from the University of San Diego and a Bachelor of Science degree in Computer Science and Engineering from California State University, Long Beach. In addition to my graduate business degree and my engineering degree, I have earned the professional designation Chartered Financial Analyst awarded by the

CFA Institute. The CFA designation is a qualification for finance and investment professionals focusing on investment management and financial analyses of common stock, fixed income and other investments.

4. The compensation for the work performed in this matter is based on the number of hours worked times each analyst's billable rate. My billable rate is currently $475 per hour. My compensation is not contingent on the outcome of this case.

## II. OVERVIEW OF ASSIGNMENT

5. Plaintiff's counsel has requested that I examine and discuss the economic issues relating to whether the markets in which Big Lots, Inc. ("Big Lots" or the "Company") common stock traded from March 2, 2012 through August 23, 2012 (the "Class Period"), was open, developed, and efficient, in that the market prices during this time period quickly changed to reflect new and material information concerning Big Lots as such information became available. I have also been asked to explain how class-wide damages can be calculated in this case using a common damages methodology that is consistent with Plaintiff's allegations.

6. My opinions in this matter are based on my professional experience, as well as my review of a substantial amount of information, including:

(a) Amended Complaint for Violation of the Federal Securities Laws, dated April 4, 2013 ("Complaint");

(b) Opinion and Order, dated January 21, 2016;

(c) public filings by Big Lots with the United States Securities and Exchange Commission ("SEC") during 2012, including filings on Form 10-K, Form 10-Q, Form 8-K, Schedule 13G, Form 3, Form 4, Annual Report, Proxy and Prospectus;

(d) Company press releases and conference call transcripts during 2012;

(e) securities analyst reports relating to Big Lots and the retailing industry during 2012;

(f) contemporaneous media reports regarding Big Lots and its industry from *Bloomberg* during 2012;

(g) price and volume data for Big Lots common stock, and the common stock for other large retailing companies, as well as market and industry indices;

(h) Big Lots common stock ownership by reporting institutions during the Class Period from *Thomson Financial*; and,

(i) articles, court decisions and other relevant information cited in the text, or in footnotes to the text, of this report.

7. Based on my review and analysis of the above information, and careful consideration of the market efficiency factors discussed below, it is my opinion that the market in which Big Lots common stock traded throughout the Class Period was impersonal, open, well-developed, and efficient in that the market prices quickly responded to incorporate and reflect new, material information as it became available. Consequently, it is my opinion that it was reasonable for investors to rely on the integrity of the market prices of Big Lots' common stock during the Class Period as reflecting all publicly available information about the Company.

8. Furthermore, based on my more than 25 years of experience as a damages expert and consultant in numerous other securities cases similar to this one, it is my opinion that class-wide damages can be calculated in this case using the event study damages framework explained below.

9. This report is based on the information I have reviewed to date. I understand that discovery is still ongoing and that additional information may become available. While the general analysis of market efficiency is primarily based on publicly available information, the exact timing and nature of all the relevant information communicated to and by market participants may not be fully reflected in the currently available analyst and media commentary. As a result, I may modify my conclusions based on additional evidence that may become available.

## III. MARKET EFFICIENCY IN A FRAUD-ON-THE-MARKET CONTEXT

10. An efficient market is one that efficiently processes new and material information. In an efficient market, new and material information is quickly incorporated into the stock price as different investors buy and sell based on their respective evaluations of the new information disclosed.[1] This also means that the resulting stock price will reflect the investors' consensus regarding the stock's value given the available public mix of information.[2] The driving force that causes markets to be efficient is the competition amongst investors to quickly analyze and trade on new information as it becomes available. As a result of this competition, riskless profit opportunities are short lived and do not persist in efficient markets. This concept has broad empirical support.[3]

11. Perhaps the most compelling evidence demonstrating that open and developed securities markets are efficient is the academic research that, time and time again, has shown that professional fund managers are unable to consistently beat the market. For example, a recent study by Nobel Laureate Eugene Fama (who is generally credited with coining the term "market efficiency") and Kenneth French found that actively traded U.S. mutual funds in the aggregate

---

[1] How quickly new information is incorporated into the stock price depends on how unexpected and complex the information is. Generally, it is reasonable to assume that new and material information is incorporated into a stock price within one day.

[2] This does not mean that all market participants agree on what the true value of the common stock is, as evidenced by the fact that some investors sell as others buy. Rather, it means that the respective investor's view of the common stock's true value drives their purchases and sales (*i.e.*, the demand and supply for the stock), which in turn becomes the basis for the consensus price set by the overall market.

[3] Burton G. Malkiel, *Rethinking The Financial Crisis*, Russell Sage Foundation (2012), Chapter 4 ("At its core, EMH [the Efficient Market Hypothesis] implies that arbitrage opportunities for riskless gains do not exist in an efficiently functioning market and that, if they do appear from time to time, they do not persist. The evidence is clear that this version of EMH is strongly supported by the data." *Id.* at 75.).

underperformed the market portfolio after costs.[4] The difficulty of outperforming the market is also illustrated by the following well-known statement by Richard Roll:

> Over the past decade, I have attempted to exploit many of the seemingly most promising "inefficiencies" by actually trading significant amounts of money according to a trading rule suggested by the "inefficiencies." . . . I have never yet found one that worked in practice, in the sense that it returned more after cost than a buy-and-hold strategy.[5]

12. While financial economists may hold different views regarding various aspects of market efficiency, they generally all agree that securities traded in open and developed markets quickly incorporate and reflect new information as it becomes available. As noted in one academic article:

> Financial economists have shown repeatedly that stock prices react quickly to the release of important new information; though they may differ in their interpretations of this evidence, they do agree it exists. Even prominent financial economists with divergent interpretations of the evidence on market efficiency share similar views on how stock prices react to new information.[6]

13. For securities class actions, there are two important implications of an efficient market. First, in an efficient market it is reasonable for investors to rely on the integrity of the market price. As explained in a commonly used finance textbook: "[i]n an efficient market you can trust prices," because they quickly impound new and material information, meaning that "in

---

[4] Eugene F. Fama & Kenneth R. French, "Luck versus Skill in the Cross-Section of Mutual Fund Returns," *Journal of Finance* 65 (2010), pp. 1915-1947 ("The aggregate portfolio of actively managed U.S. equity mutual funds is close to the market portfolio, but the high costs of active management show up intact as lower returns to investors. Bootstrap simulations suggest that few funds produce benchmark-adjusted expected returns sufficient to cover their costs.").

[5] Richard Roll, "What Every CFO Should Know about Scientific Progress in Financial Economics: What Is Known and What Remains to be Resolved," *Financial Management* 23 (Summer 1994), pp. 69-75, at 71.

[6] Jonathan Macey, Geoffrey Miller, Mark Mitchell & Jeffry Netter, "Lessons From Financial Economics: Materiality, Reliance, and Extending the Reach of *Basic v. Levinson*," 77 *Virginia Law Review* (August, 1991), pp. 1017-1049, at 1026.

an efficient market, there is no way for most investors to achieve consistently superior rates of return."[7] This implication is important for the fraud-on-the-market presumption. In *Amgen*, the U.S. Supreme Court explained:

> The fraud-on-the-market theory rests on the premise that certain well developed markets are efficient processors of public information. In such markets, the "market price of shares" will "reflec[t] all publicly available information." Few investors in such markets, if any, can consistently achieve above-market returns by trading based on publicly available information alone, for if such above-market returns were readily attainable, it would mean that market prices were not efficiently incorporating the full supply of public information. *See* R. Brealey, S. Myers, & F. Allen, Principles of Corporate Finance 330 (10th ed. 2011) ("[I]n an efficient market, there is no way for most investors to achieve consistently superior rates of return.").
>
> In *Basic*, we held that if a market is shown to be efficient, courts may presume that investors who traded securities in that market relied on public, material misrepresentations regarding those securities. This presumption springs from the very concept of market efficiency. If a market is generally efficient in incorporating publicly available information into a security's market price, it is reasonable to presume that a particular public, material misrepresentation will be reflected in the security's price. Furthermore, it is reasonable to presume that most investors – knowing that they have little hope of outperforming the market in the long run based solely on their analysis of publicly available information – will rely on the security's market price as an unbiased assessment of the security's value in light of all public information.[8]

14. In its 2014 opinion in *Halliburton v. Erica P. John Fund* ("*Halliburton II*") the U.S. Supreme Court reaffirmed the fraud-on-the-market presumption, and further clarified:

> [T]he *Basic* Court acknowledged [debate amongst academics] and declined to enter the fray, declaring that "[w]e need not determine by adjudication what economists and social scientists have debated through the use of sophisticated statistical analysis and the application of economic theory." To recognize the presumption of reliance, the Court explained, was not "conclusively to adopt any particular theory of how quickly and completely publicly available information is reflected in market price." The Court instead based the presumption on the fairly modest premise that

---

[7] Richard A. Brealey, Stewart C. Myers & Franklin Allen, *Principles of Corporate Finance*, McGraw-Hill (11th ed. 2013), Chapter 13, at 337.

[8] *Amgen Inc., et al. v. Conn. Ret. Plans and Trust Funds*, 133 S. Ct. 1184, 1192 (2013) (citations omitted).

> "market professionals generally consider most publicly announced material statements about companies, thereby affecting stock market prices." . . .
>
> The academic debates discussed by Halliburton have not refuted the modest premise underlying the presumption of reliance. Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices.[9]

15. Second, in an efficient market, the impact of the alleged misrepresentations can be estimated, and class-wide damages quantified, based on an analysis of the market prices using an event study.[10] This is so because the "alleged misrepresentations and omissions, whether material or immaterial, would be so equally for all investors composing the class," and that, therefore, the Class "will prevail or fail in unison."[11] I have also been asked to explain how damages can be quantified on a class-wide basis in this case, and will do so in a separate section below.

16. In *Cammer v. Bloom*, the court analyzed the criteria that should be evaluated in determining whether a market is efficient.[12] The *Cammer* court asked for evidence that the stock traded in an open and developed market, and provided five factors to assess market efficiency, including evidence showing that the market participants had the sophistication to understand the economic implications of new and material information (market makers/institutions), that they analyzed the information (analyst coverage), and that they traded on the information (trading volume). In my experience, and from an economic point of view, I find that these factors are very

---

9 *Halliburton Co. v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398, 2410 (2014) (citations omitted).

10 *See, e.g.*, Mark L. Mitchell & Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," 49 *Bus. Law* 545 (Feb. 1994).

11 *Amgen*, 133 S. Ct. at 1191.

12 *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989).

useful in determining whether a market was open and developed, and would be expected to efficiently process new, material information. As discussed above, academic research has shown that common stock that trade in such markets quickly react to new and material information so that it is extremely difficult, if not impossible, to outperform the overall market.[13] Consequently, in such markets, it would be reasonable to rely on the integrity of the market prices. *Cammer* also explained that it would be "helpful" to demonstrate that the stock price in question quickly reacted to new and material company-specific information, as this represents direct evidence of market efficiency. Below, I will review the *Cammer* factors used to assess market efficiency.

## IV. ANALYSIS OF MARKET EFFICIENCY

17. In *Cammer*, the court provided some general guidelines as to how to analyze market efficiency in a fraud-on-the-market context. *Cammer* focused on whether the market was open and developed, and provided five specific factors to analyze. The first four factors are so-called indirect factors as they provide evidence that the competitive environment which facilitates market efficiency was in place. The indirect factors, by themselves, are commonly viewed to be sufficient in establishing market efficiency in a reliance context.[14] *Cammer* also explained that a fifth factor demonstrating "cause and effect" would be "helpful" because it provides direct evidence of market

---

[13] *See* Malkiel (2012), *supra* fn. 3; Fama & French (2010), *supra* fn. 4; and Macey, Miller, Mitchell & Netter (1991), *supra* fn. 6.

[14] Bradford Cornell & James C. Rutten, "Market Efficiency, Crashes and Securities Litigation," 81 *Tulane Law Review* 443, 457 (2006) ("There is almost no dispute, however, that for securities traded in 'open and developed' markets as measured by the *Cammer* and *Krogman* criteria, it is reasonable for all but the most sophisticated investors to rely on the market prices. There is thus little dispute that with respect to such securities, reliance on the integrity of the market prices (and thus on the defendants' statements) is appropriately presumed.").

efficiency. Below, I will discuss the *Cammer* factors in the context of Big Lots' common stock. In addition, I will discuss three additional factors included in *Krogman* that courts also consider.[15]

### A. Trading on the NYSE Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market

18. During the Class Period, Big Lots' common stock was listed and traded on the NYSE, under the ticker symbol "BIG." The NYSE is one of the largest and most sophisticated securities markets in the world, and, as a result, market efficiency is commonly presumed for securities that trade on the NYSE.[16] As stated by Michael C. Jensen, a well-known Harvard economist:

> I believe there is no other proposition in economics which has more solid empirical evidence supporting it than the Efficient Market Hypothesis. That hypothesis has been tested and, with very few exceptions, found consistent with the data in a wide variety of markets: the New York and American Stock Exchanges, the Australian, English, and German stock markets, various commodity futures markets, the Over-the-Counter markets, the corporate and government bond markets, the option market, and the market for seats on the New York Stock Exchange.[17]

---

15 *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001). These additional factors are: (a) market capitalization, which for Big Lots exceeded $1.95 billion; (b) bid-ask spread, which for the Big Lots common stock that traded on the NYSE averaged approximately $0.01, or 0.03% of closing price; and (c) the public float, or shares in public hands (*i.e.*, excluding shares owned by insiders), which in this case at all times exceeded 63 million shares with a market value of more than $1.91 billion. As explained below, all of these additional factors are consistent with Big Lots common stock trading in an efficient market.

16 *Cammer*, 711 F. Supp. at 1292 (quoting Bromberg & Lowenfels, 4 *Securities Fraud and Commodities Fraud*, §8.6 (Aug. 1988)) ("'We think that, at a minimum, there should be a presumption – – probably conditional for class determination – – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System.'").

17 Michael C. Jensen, "Some Anomalous Evidence Regarding Market Efficiency," *Journal of Financial Economics*, Vol. 6, Nos. 2/3 (1978), at 95-101.

19. The fact that Big Lots' common stock traded on the NYSE supports my opinion that it traded in an efficient market. This is consistent with recent evidence that few, if any, professional fund managers investing in the U.S stock market (NYSE and NASDAQ) are able to outperform the market on a consistent basis.[18]

### B. *Cammer* Factor 1: Large Trading Volume Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market

20. The first *Cammer* factor relates to Big Lots' trading volume.[19] In its opinion, the *Cammer* court explained:

> The reason the existence of an actively traded market, as evidenced by a large weekly volume of stock trades, suggests there is an efficient market is because it implies significant investor interest in the company. Such interest, in turn, implies a likelihood that many investors are executing trades on the basis of newly available or disseminated corporate information.[20]

21. During the Class Period, Big Lots' common stock had a reported trading volume exceeding 185 million shares with a dollar trading volume of approximately $7.2 billion. During this time period, the average reported daily trading volume for Big Lots' common stock was more than 1.5 million shares with an average daily dollar volume exceeding $58.9 million. *See* Exhibit B, attached hereto. This demonstrates that there was "significant investor interest in the stock," and that there were willing buyers and sellers who provided liquidity for the stock. The substantial amount of daily trading supports my opinion that Big Lots' common stock traded in an efficient market during the Class Period.

---

[18] *Supra*, fn. 4.

[19] Academic research has found that trading volume is one factor "that systematically differentiate[s] between efficiently and inefficiently priced stocks." Brad M. Barber, Paul A. Griffin & Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporate Law* 19 (Winter 1994), pp. 285-312.

[20] *Cammer*, 711 F. Supp. at 1286.

22. One authority quoted in *Cammer* stated that "'[t]urnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption.'"[21] During the Class Period, Big Lots' average weekly trading volume (7.4 million shares) as a percentage of its shares outstanding (at least 63.7 million shares) results in a weekly turnover of more than 11%, thereby also far exceeding the 2% benchmark used by some courts to justify a strong presumption of market efficiency. Big Lots' high share turnover supports my opinion that the Company's common stock traded in an efficient market during the Class Period.

### C. *Cammer* Factor 2: Substantial Analyst Coverage Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market

23. The second *Cammer* factor relates to the number of securities analysts that followed and reported on Big Lots.[22] In its opinion, the *Cammer* court explained:

> The existence of such analysts would imply, for example, the [Company] reports were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors. In this way the market price of the stock would be bid up or down to reflect the financial information contained in the [Company] reports, as interpreted by the securities analysts.[23]

24. Analyst coverage refers to securities analysts who follow, analyze and report on a company to their clients.[24] Many firms do not have any analyst coverage, and are therefore more

---

21 *Cammer*, 711 F. Supp. at 1293 (quoting Bromberg & Lowenfels, §8.6 *supra*).

22 Academic research has found that analyst coverage is one factor "that systematically differentiate[s] between efficiently and inefficiently priced stocks." Barber, Griffin & Lev, *supra*.

23 *Cammer*, 711 F. Supp. at 1286.

24 Analysts providing analysis and recommendations to their clients are commonly referred to as sell-side analysts. In addition, public companies are also followed by a presumably much larger number of so-called buy-side analysts, or analysts who work for investment firms and whose

likely to trade in less efficient markets than firms with analyst coverage.[25] Big Lots, on the other hand, had numerous analysts that covered and reported on the Company. According to *Bloomberg*, at least 16 different brokerage firms covered and provided investment recommendations on Big Lots during the Class Period.[26] Included as Exhibit C is an event chronology summarizing various analyst and media commentary I have obtained so far in this case, including analyst reports I have obtained discussing Big Lots. The event chronology provides evidence that a substantial number of securities analysts did monitor Big Lots during the Class Period and provided investors with investment research on the Company. Furthermore, the event chronology also includes numerous media accounts, and demonstrates that the Company's press releases and other Company events were widely followed and discussed in the media, including on *Bloomberg*, a major news source to the investment industry. The availability of such relevant Company-specific information facilitates market efficiency.

25. Based on the information above, the analyst and news coverage of the Company during the Class Period supports my opinion that Big Lots' common stock traded in an efficient market.

---

research is generally used internally by these firms to make investment decisions. The number of buy-side analysts of a particular company is not publicly known.

[25] *See* fn. 22. One study found that approximately 35% of a large sample of publicly traded firms in the U.S. did not have any analyst coverage. Frank Yu, "Analyst Coverage and Earnings Management," *Journal of Financial Economics* 88 (May 2008), pp. 245-271. Another study found that the median and mean number of analysts covering a company was one and five, respectively. Pandej Chintrakarn, Pornsit Jiraporn, Young S. Kim and J.C. Kim, "Does Corporate Governance Quality Affect Analyst Coverage? Evidence from the Institutional Shareholder Services (ISS)," SSRN Working Paper, http://ssrn.com/abstract=2458841.

[26] Source: Bloomberg (BIG Equity ANR, as of 08/23/12).

### D. *Cammer* Factor 3: The NYSE Designated Market Maker Structure, the Numerous Liquidity Providers and Institutional Investors Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market

26. The third *Cammer* factor relates to the number of market makers, arbitrageurs or sophisticated investors such as institutional investors, who traded Big Lots' common stock. In its opinion, the *Cammer* court explained:

> Third, it could be alleged the stock had numerous market makers. The existence of market makers and arbitrageurs would ensure completion of the market mechanism; these individuals would react swiftly to company news and reported financial results by buying or selling stock and driving it to a changed price level.[27]

27. Transactions on the NYSE do not go through market makers, as the term was used in *Cammer*.[28] Rather, transactions on the NYSE go through a designated market maker ("DMM"), formerly known as the specialist, who is responsible for maintaining a fair, competitive, orderly and efficient market for the security assigned to them. Because Big Lots was listed on the NYSE, it had its own DMM that was responsible for maintaining orderly trading for the Company's common stock, while continually showing the best bids and offers, and would enter into a transaction using its own capital if there was a willing buyer or seller with no counter party. As a result, Big Lots' DMM had a substantial economic interest in closely monitoring all the publicly available information relating to the Company. The DMM system enables investors to trade

---

27 *Cammer*, 711 F. Supp. at 1286-1287.

28 In 2005, the SEC adopted REG NMS (Regulation National Market System) requiring orders to be executed at the best price, fostering competition amongst the exchanges. This means that NYSE-listed stocks only trade through the NYSE if it provides the best price, or best bid and offer. If not, transactions go through one of the other exchanges, *i.e.*, the exchange with the best price. These other exchanges, such as NASDAQ, BATS and DirectEdge, do have market makers or liquidity providers. According to *Bloomberg*, out of 142 supplemental liquidity providers identified, there were 12 such liquidity providers for Big Lots common stock with volume of at more than 1 million shares from March 2012 through August 2012.

continuously during market hours in an orderly and liquid market, thereby facilitating market efficiency.

28. The sophisticated investors discussed in *Cammer* are investors who are able to quickly evaluate new information and understand its potential impact on the value of a security, and who then take appropriate investment actions causing the new information to become reflected in the price of the security. The presence of sophisticated investors is an important factor ensuring that a security is traded in an efficient market.[29] Institutional investors are such sophisticated investors. Consequently, I examined the available information on institutional ownership of Big Lots common stock during the Class Period. This information is generally only available on a quarterly basis, and is therefore not a complete list of all sophisticated investors who may have owned Big Lots common stock during the Class Period. According to the available information, there were approximately 450 institutional investors that reportedly owned approximately 65 million Big Lots shares at March 31, 2012 and 65.4 million at June 30, 2012. On March 21, 2012, Big Lots had 65.8 million shares outstanding.[30] *See* Exhibit D, attached hereto. The substantial presence of sophisticated institutional investors supports my opinion that Big Lots' common stock traded in an efficient market.

**E. *Cammer* Factor 4: Eligibility to File on Form S-3 Satisfied**

29. The fourth *Cammer* factor relates to Big Lots' eligibility to file on Form S-3. According to the *Cammer* court:

---

[29] Academic research has shown that efficiently traded firms tend to have higher institutional ownership than inefficiently traded firms. Barber, Griffin & Lev, *supra*.

[30] Big Lots 2011 Form 10-K, cover page. Also, during the Class Period, Big Lots short interest ranged from 3.36 million shares to 8.79 million shares. Source: Bloomberg (BIG Equity SI).

> Fourth, as discussed, it would be helpful to allege the Company was entitled to file an S-3 Registration Statement in connection with public offerings or, if ineligible, such ineligibility was only because of timing factors rather than because the minimum stock requirements set forth in the instructions to Form S-3 were not met. Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency.[31]

30. To be eligible to file Form S-3, a company has to be an SEC reporting company for at least 12 months, and have $75 million in voting stock held by non-affiliates (average during 60-day period prior to filing). Big Lots was eligible to file on Form S-3 for the entire Class Period, thereby satisfying *Cammer* factor four.

### F. *Cammer* Factor 5: The Evidence Shows that New and Material Market, Industry and Company-Specific Information Was Quickly Incorporated into the Stock Price, and Supports My Conclusion that Big Lots' Common Stock Traded in an Efficient Market

31. The direct test of market efficiency relates to whether a stock price quickly reacts to unexpected new material information. While *Cammer* factors one through four discussed above provide evidence that the competitive environment that facilitates market efficiency was in place during the Class Period, the last *Cammer* factor calls for some empirical evidence that Big Lots' stock price quickly incorporated new and material information. More specifically, in its opinion, the *Cammer* court explained:

> Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price. This, after all, is the essence of an efficient market and the foundation for the fraud on the market theory.[32]

---

[31] *Cammer*, 711 F. Supp. at 1287.

[32] *Cammer*, 711 F. Supp. at 1287.

32. The analysis of the impact of new information on securities prices is generally performed using an event study.[33] The event study first determines the statistical relationship between the stock price returns of the company and the returns on market and/or industry indices during a control period using a regression analysis.[34] In this case, I used the S&P 500 index as a proxy for the market, and an equally weighted index of Big Lots' peers (companies in the S&P Retailing index, excluding Big Lots) as a proxy for the industry ("Peer Index").[35] Then, the actual stock price return on the event day analyzed is compared to the return predicted by the regression to determine the excess (or abnormal) return, *i.e.*, the stock's return on the event day net of market and industry factors. The excess return can also be used to determine the so-called p-value, the probability of an equal or greater absolute return occurring randomly. A price movement with a p-value of 5% or less is defined as being statistically significant at the 5% level.

33. *Cammer* factor five asks for some evidence of a "cause and effect" relationship between the Company's "financial releases" and its stock price. During 2012, Big Lots issued the following six, widely disseminated, financial releases:

- <u>February 2, 2012</u>: 4Q2011 Comparable Store Sales and Guidance for 4Q2011;
- <u>March 2, 2012</u>: 4Q2011 Results and Guidance for Fiscal 2012;
- <u>April 23, 2012 (after market closed):</u> 1Q2012 Sales Guidance;

---

33 For an explanation on the event study methodology, as used in securities fraud cases, *see* Mitchell & Netter (1994), *supra* fn. 10.

34 For my purposes, I used the one year period from February 1, 2011 through January 31, 2012 as the control period, *i.e.*, prior to Big Lots' February 2, 2012 "financial release," the first "financial release" I analyzed as part of *Cammer* factor five.

35 Both the S&P 500 index and the S&P Retailing index were selected by Big Lots as their market and industry indices when presenting the Company's 5-year performance. Big Lots 2012 Form 10-K for its fiscal year ended February 2, 2013, page 18.

- May 23, 2012: 1Q2012 Results, 2Q2012 Guidance and FY 2012 Outlook;
- August 23, 2012: 2Q2012 Results and Update FY 2012 Outlook; and,
- December 4, 2012: 3Q2012 Results and Updates FY 2012 Outlook.

34. Attached as Exhibit E are the statistical results of my analyses of the above six financial releases during 2012. In addition, Exhibit E includes the result of my statistical analysis for every day from February 1, 2012 through December 31, 2012. The t-statistics for each day during the Class Period are also included in my event chronology in Exhibit C.[36]

35. *Cammer* factor five, calls for empirical evidence that shows that new and material market information was quickly incorporated into Big Lots' stock price during the Class Period. To do so, I ran a regression of Big Lots returns against the S&P 500 returns and the Peer Index residuals returns for the entire 2012.[37] Based on this regression, I found that there was a statistically significant relationship between the market (the S&P 500 index) and Big Lots, indicating that new and material market information was quickly incorporated into the Company's stock price. Specifically, the t-statistic associated with the S&P 500 was 5.0, far exceeding the 1.96 benchmark for statistical significance at the 5% level.

36. Similarly, I found that there was a statistically significant relationship between the Peer Index residuals and Big Lots, indicating that new and material industry information was also quickly incorporated into the Company's stock price. Specifically, the t-statistic associated with

---

36 A t-statistic with an absolute value greater than 1.96 is defined as being statistically significant at the 5% level, using a two-tailed test.

37 The reason I used all of the 252 trading days in 2012, as opposed to just the Class Period, is that I wanted more days to obtain a more robust result. That said, only using the Class Period would not have changed the conclusion that market and industry information was quickly incorporated into Big Lots' stock price. The Peer Index residuals equal the Peer Index returns net of market (or net of S&P 500 returns).

the Peer Index residuals as 3.4. Again, the t-statistic far exceeded the 1.96 benchmark for statistical significance at the 5% level.

37. In this case, to assess "cause and effect" of Company-specific information, I first focused on analyzing Big Lots' six financial releases during 2012, identified above. I used the entire year to get more observations, and I wanted more financial releases to generate a more robust result.[38] Financial releases generally provide new information to investors, and therefore they have a greater likelihood of materially altering the public mix of information.[39] Since there is one chance out of twenty that a random price movement is statistically significant at the 5% level, absent a "cause and effect" relationship, one would expect only 5% (much less than one out of six) of the financial releases to be statistically significant as well. Based on my event analyses, I determined that five out of Big Lots' six financial releases were followed by statistically significant price movements at the 5% level. The cumulative probability of five or more days out of six being statistically significant at the 5% level simply by chance is less than one in more than half a million.[40] Consequently, the statistical evidence from the analysis of the Big Lots' financial releases is very strong that new and material Company-specific information was quickly incorporated into its stock price.

---

[38] That said, had I only used the four financial releases in the Class Period, three which had a statistically significant price movement at the 5% level, I would still have concluded that there was a statistically significant cause and effect relationship between the financial releases and Big Lots' stock price returns.

[39] It should be noted that just because the Company announced earnings does not mean that one would necessarily expect there to be a statistically significant price increase or decrease because the totality of the information disclosed could still be interpreted by the market as being neutral.

[40] The cumulative probability was calculated using the binomial distribution. Richard A. DeFusco, Dennis W. McLeavey, Jerald E. Pinto & David E. Runkle, *Quantitative Investment Analysis*, John Wiley & Sons, Inc., (2nd ed. 2007), at 178-179.

38. The above analysis is an objective analysis of "cause and effect" as it does not take into account the direction of the price movement, which generally requires subjectivity. Another way to assess *Cammer* factor five is to: (a) identify specific new and material information that in an efficient market would be expected to cause an observable stock price increase or decrease; and then (b) test to determine whether or not the stock price actually increased or decreased as one would expect. The benefit of this analysis is that it focuses on the specific information disclosed to test for market efficiency directly. The disadvantage of this analysis is that for many events, the issue of whether it would be expected to cause an observable price movement is often subjective. This latter problem is particularly true in litigation where experts often disagree about how investors should have responded to different types of new information disclosed. As a result, this test is often limited to the events that most clearly represent undisputed disclosures of new and material information that would be expected to cause observable price movements.

39. In my opinion, the two disclosures Plaintiff alleges revealed the truth concealed by the misrepresentations in this case are both suitable to test whether new and material information impacted Big Lots' stock price during the Class Period. The first event is the April 23, 2012, disclosure by Big Lot that its expected U.S. comparable store sales would be slightly negative, compared to prior guidance of an increase of 2% to 4%. The second event is the August 23, 2012, disclosure when the Company reported: (a) 2Q2012 earnings of $0.37 per share (versus $0.41/share consensus), (b) FY 2012 earnings guidance of $2.80-$2.95 (from $3.25-$3.40), (c) U.S. comparable store sales decline of 1.9% for the quarter, and (d) organizational changes. In my

opinion, both of these events relate to disclosures of new and material adverse value-relevant information that, in an efficient market, would be expected to result in negative price declines.[41]

40. On April 23, 2012, after the market had closed, Big Lots announced it was updating its sales guidance for 1Q2012. The Company April 23, 2012, press release stated:

> Based on retail sales results quarter-to-date and assumptions for the balance of the first quarter of fiscal 2012, we now expect U.S. comparable store sales to be slightly negative compared to our prior guidance issued on March 2, 2012, which estimated a comparable store sales increase of 2% to 4%. U.S. comparable store sales were on plan through the first six weeks of the quarter; however, sales compared to plan began to slow in late March and trends have further softened as we moved through the month of April. From a merchandising perspective, furniture, hardlines, and seasonal, particularly lawn and garden, have been our best performing businesses; whereas, consumables and play n' wear, particularly electronics, are currently below expectations for the quarter.

41. In my opinion, the information disclosed in the Company's April 23, 2012, press release was clearly new and material adverse value-relevant information that, in an efficient market, would be expected to result in negative price declines. Following this disclosure, Big Lots' common stock declined from a closing price of $45.71 per share on April 23, 2012, to a closing price of $34.71 per share on April 24, 2012, a price decline of $11.00 per share or more than 24%, on reported trading volume of more than 13.2 million shares, or more than 12 times Big Lots' median daily trading volume during the Class Period. This decline in Big Lots' stock price was statistically significant at the 1% level.[42]

---

[41] Value-relevant information is simply information that would be expected to have an impact on the value of an investment. From an economic point of view, the value of an investment is based on the expected future cash flows of that investment, including the timing and associated risk of such cash flows. Brealy, Myers & Allen, *Principles of Corporate Finance: Chapter 4 - The Value of Common Stocks*, McGraw-Hill (11th ed. 2013).

[42] Exhibit E, page 1. A statistically significant price movement is one that is unlikely to have occurred simply by chance. A price movement is statistically significant at the 1% level if the magnitude of the price movement has a 1% or less chance of occurring randomly.

42. In the morning of August 23, 2012, Big Lots announced: (a) 2Q2012 earnings of $0.37 per share (versus $0.41/share consensus), (b) FY 2012 earnings guidance of $2.80-$2.95 (from $3.25-$3.40), (c) U.S. comparable store sales decline of 1.9% for the quarter, and (d) organizational changes. The Company August 23, 2012, earnings release stated:

**BIG LOTS REPORTS SECOND QUARTER EPS FROM CONTINUING OPERATIONS OF $0.36 PER DILUTED SHARE**

**COMPANY PROVIDES UPDATED EPS AND CASH FLOW GUIDANCE**

COLUMBUS, Ohio, Aug. 23, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) today reported income from continuing operations of $22.1 million, or $0.36 per diluted share, for the second quarter of fiscal 2012 ended July 28, 2012. This compares to income from continuing operations of $35.7 million, or $0.50 per diluted share, for the second quarter of fiscal 2011.

* * *

Second Quarter Results

*U.S. Operations*

Net sales for U.S. operations for the second quarter of fiscal 2012 increased 1.7% to $1,183.0 million, compared to $1,163.2 million for the same period of fiscal 2011. Comparable store sales for U.S. stores open at least fifteen months decreased 1.9% for the quarter. Income from continuing U.S. operations totaled $0.42 per diluted share (non-GAAP) compared to income from continuing U.S. operations of $0.52 per diluted share (non-GAAP) for the same period of fiscal 2011.

* * *

**2012 OUTLOOK**

- **Updates fiscal 2012 annual guidance for adjusted consolidated income from continuing operations to $2.80 to $2.95 per diluted share (non-GAAP) versus income from continuing operations of $2.99 per diluted share for fiscal 2011**

- **Updates Cash Flow guidance to $125 million**

Based on operating results for the first two quarters and our revised expectations for the third and fourth quarters of fiscal 2012, we now estimate our fiscal 2012 consolidated adjusted income from continuing operations to be in the range of $2.80 to $2.95 per diluted share (non-GAAP), compared to our prior guidance of $3.25 to $3.40 per diluted share (non-GAAP). As a reminder, this guidance excludes the

> previously mentioned non-recurring, non-cash inventory charge. We have revised our Cash Flow guidance to approximately $125 million compared to our prior guidance of $190 million.
>
> We now estimate adjusted income from U.S. operations will be in the range of $3.05 to $3.15 per diluted share (non-GAAP), compared to our prior guidance of $3.50 to $3.60 per diluted share (non-GAAP). This guidance assumes U.S. comparable store sales decline in the low single digit range and a total U.S. sales increase in the range of 3% to 4%.
> (emphasis in original)

43. In addition, also on August 23, 2012, Big Lots announced certain organizational changes, including the resignation of Douglas N. Wurl, Executive Vice President, Merchandising.

44. In my opinion, the information disclosed in the Company's August 23, 2012, press releases was clearly new and material adverse value-relevant information that, in an efficient market, would be expected to result in negative price declines. Following this disclosure, Big Lots' common stock declined from a closing price of $38.83 per share on August 22, 2012, to a closing price of $30.76 per share on August 23, 2012, a price decline of $8.08 per share or more than 20%, on reported trading volume of more than 16 million shares, or almost 15 times Big Lots' median daily trading volume during the Class Period. This decline in Big Lots' stock price was statistically significant at the 1% level.[43]

45. Based on the above, it is my opinion that new and material market, industry and Company-specific information was quickly analyzed by market participants, who then traded on the information, resulting in the information efficiently becoming reflected in the stock price.

### G. Additional *Krogman* Factor 1: Large Market Capitalization Satisfied

46. The first additional *Krogman* factor relates to the total market capitalization of Big Lots' common stock. In its opinion, the *Krogman* court stated:

---

43 Exhibit E, page 2.

> Market capitalization, calculated as the number of shares multiplied by the prevailing share price, may be an indicator of market efficiency because there is a greater incentive for stock purchasers to invest in more highly capitalized corporations.[44]

47. During the Class Period, Big Lots' market capitalization exceeded $1.95 billion. This large market capitalization is significantly greater than the $75 million benchmark in *Cammer* factor four, and would provide a sufficient economic incentive for common stock purchasers to invest in Big Lots. Based on the above, it is my opinion that the additional *Krogman* factor one has been satisfied.

### H. Additional *Krogman* Factor 2: Small Bid-Ask Spread Satisfied

48. The second additional *Krogman* factor relates to Big Lots' bid-ask spread. In its opinion, the *Krogman* court stated:

> The bid-ask spread is the difference between the price at which investors are willing to buy the stock and the price at which current stockholders are willing to sell their shares. A large bid-ask spread is indicative of an inefficient market, because it suggests that the stock is too expensive to trade.[45]

49. During the Class Period, Big Lots' average bid-ask spread for shares traded on the NYSE was approximate 1 penny per share, or approximately 0.3% of the closing price.[46] In 1991, the year *Krogman* was decided, the vast majority of dollar spreads on the NYSE exceeded one-eighth ($0.125), or more than ten times the dollar spread for Big Lot, with 1991 median and mode dollar spreads of $0.25.[47] The Big Lots spread is so low that it would not make Big Lots common

---

44 *Krogman*, 202 F.R.D. at 478.

45 *Krogman*, 202 F.R.D. at 478.

46 Source: Bloomberg BIG UN Equity.

47 William G. Christie & Paul H. Schultz, "Why do NASDAQ Market Makers Avoid Odd-Eighth Quotes?" *Journal of Finance*, Vol. 49 (Dec. 1994), at 1819.

stock "too expensive" for investors to trade. Based on the above, it is my opinion that the additional *Krogman* factor two has been satisfied.

### I. Additional *Krogman* Factor 3: Large Float Satisfied

50. The third additional *Krogman* factor relates to Big Lots' float, or shares in public hands. In its opinion, the *Krogman* court stated:

> In determining efficiency, courts also consider the percentage of shares held by the public, rather than insiders. "Because insiders may have private information that is not yet reflected in stock prices, the prices of stocks that have greater holdings by insiders are less likely to accurately reflect all available information about the security."[48]

51. According to the Company's 2012 proxy statement, Big Lots' public float exceeded 63 million shares during the entire Class Period, translating into a market value of the float of more than $1.91 billion. In other words, the vast majority of Big Lots' common stock was owned by public investors, not insiders. Furthermore, the market value of the public float ($1.91 billion) far exceeded the $75 million benchmark in *Cammer* factor four, thereby providing sufficient economic incentive for common stock purchasers to invest in Big Lots. Based on the above, it is my opinion that the additional *Krogman* factor three has been satisfied.

### J. Conclusion: The *Cammer* and *Krogman* Factors Supports My Opinion that Big Lots' Common Stock Traded in an Efficient Market

52. The above analyses demonstrates that new and material market, industry and Company-specific information was quickly incorporated into Big Lots common stock during the relevant time period, as one would expect in an efficient market. Specifically, the evidence I have reviewed shows that new and material information about Big Lots was widely disseminated to the market, analyzed by market participants and traded on, causing the information to quickly become

---

[48] *Krogman*, 202 F.R.D. at 478 (quoting defendants' expert).

reflected in the Company's common stock prices. Importantly, I found no evidence of market inefficiency.

## V. THE EVENT STUDY FRAMEWORK CAN BE USED TO CALCULATE CLASS-WIDE COMMON STOCK DAMAGES

53. Securities cases, such as this one, generally involve allegations that defendants misled investors, either by (a) making affirmatively false or misleading statements that misrepresented or concealed some material information, and/or (b) omitting material information, with the material information misrepresented and/or concealed being defined as the alleged truth. In an efficient market, concealing an alleged truth that is materially different than the public mix of information will distort the stock price and cause it to trade at artificially inflated prices. Investors who overpaid for their shares as a result of the artificially inflated prices are then damaged when the alleged truth is disclosed, causing the stock price to decline and investors to suffer economic losses as a result.

54. In cases that relate to false and misleading statements that concealed adverse facts that were known by Defendants, but concealed from investors, the alleged misrepresentations would have been expected to maintain investors' expectations (by concealing the alleged truth), and thereby also preventing the stock price from declining. Under this theory, the misrepresentations would have maintained the stock price, causing it to trade at a higher level than it otherwise would have traded had Defendants been truthful. Given these allegations, the key issue to focus on, when calculating damages, is the stock price reaction to the partial disclosures of the alleged truth.

55. According to Plaintiff's allegations, the alleged truth in this case was partially revealed after the market closed on April 23, 2012, and in the morning of August 23, 2012. In an efficient market, the impact of the disclosure of the alleged truth can ordinarily be quantified by analyzing the market prices, and class-wide damages calculated. This is so because, as explained

by the Supreme Court in *Amgen*, the "alleged misrepresentations and omissions, whether material or immaterial, would be so equally for all investors composing the class," and that, therefore, the class "will prevail or fail in unison."[49] Here, an event study damages framework based on analyzing Big Lots' market prices can be used to calculate class-wide damages consistent with Plaintiff's theory of liability.

56. As explained in one academic article: "An event study, a technique developed and refined by financial economists, can be very useful in securities fraud cases . . . because they allow the investigator to discern whether information that is used in an allegedly fraudulent action is important to investors and to determine the value of the information."[50] With respect to translating the results of the event analysis into damages, the article further explains: "This Article does not address specifically the issue of calculating damages in private actions. The methodology presented in this Article, however, can be applied easily to such suits."[51] It then references an article by Cornell and Morgan that provides a more detailed explanation of the event study damages framework, that in addition to quantifying the impact of fraud related information on the stock price at the time of the disclosure, the event study approach can also be used to quantify the inflation (*i.e.*, the amount investors overpaid for the stock) throughout the Class Period.[52] The daily inflation, along with Class members' actual purchases and sales, is then used to calculate individual damages.

---

[49] *Amgen*, 133 S. Ct. at 1191.

[50] Mitchell & Netter, *supra*, at 545-46.

[51] *Id.* at 550.

[52] Cornell & Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," 37 *UCLA L. Rev.* 883 (1990).

57. Economic damages calculated using the event study framework will then be modified to determine the recoverable damages after incorporating the 90-day "bounce back" provision that became effective on January 1, 1996, as part of the Private Securities Litigation Reform Act of 1995 ("PSLRA").[53] The "bounce-back" provision simply limits recoverable damages to the difference between the purchase price during the Class Period and: (a) the average closing price from August 23, 2012 through the date of the sale, if sold during the 90-day period following the end of the Class Period, or (b) the 90-day average closing price following the end of the Class Period, if still owned at the end of the 90-day period.

58. I and other experts have used this event study damages framework in numerous securities cases going to trial. While the actual damages analysis may have to be modified as a result of additional information obtained through discovery or future legal rulings, and may even be modified by a jury to fit its interpretation of the evidence presented at trial, this damages framework is flexible. I know of no reason why this case would be any different than the many other similar securities fraud cases that I have worked on over the past 25 years.

## VI. CONCLUSION

59. Based on my review and analysis of the evidence in this case, including a careful consideration of the market efficiency factors discussed above, it is my opinion that the markets in which Big Lots' common stock traded throughout the Class Period were impersonal, open, well-developed, and efficient in that the prices quickly responded to incorporate and reflect new, material information as it became available. Consequently, it is my opinion that it was reasonable for investors to rely on the integrity of the market price of Big Lots' common stock during the Class Period as reflecting all publicly available information.

---

[53] PSLRA, Sec. 21D(e).

60. Furthermore, based on my experience as a damages expert and consultant in numerous other securities cases similar to this one, it is my opinion that class-wide damages can be calculated in this case using the event study damages framework explained above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of May, 2016, in San Diego, California.

Respectfully submitted,

Bjorn I. Steinholt, CFA

# Exhibit A

# Bjorn I. Steinholt, CFA

**Caliber Advisors, Inc.**
10620 Treena Street, Suite 230, San Diego, CA 92131
Telephone: (858) 549-4900 • Facsimile: (858) 549-9317
Bjorn@CaliberAdvisors.com

---

## Employment History

**Caliber Advisors, Inc.**
*Managing Director* (2014 to present)

Caliber Advisors is a full-service valuation and economic consulting firm. Mr. Steinholt provides a broad range of capital markets consulting, including financial and economic analyses relating to mergers and acquisitions, initial public offerings, fairness opinions, structured finance, portfolio risk management, market structure, securities analysis and financial valuations, including litigation consulting and expert testimony relating to the economic issues that arise in large complex securities fraud cases.

**Financial Markets Analysis, LLC**
*Principal* (2000 to 2014)

Financial Markets Analysis was a financial valuation and economic consulting firm that primarily focused on providing economic analyses and expert testimony relating to securities analysis and financial economics. Mr. Steinholt provided capital markets consulting, financial valuation services, and various litigation consulting and expert testimony in large complex securities fraud cases.

**Business Valuation Services, Inc. (subsidiary of CBIZ, Inc.)**
*Principal* (1999 -2000)
*Vice President* (1998-1999)

Business Valuation Services was a national full-service financial valuation firm. Mr. Steinholt provided valuations of businesses and financial securities, including common stock, warrants, options, preferred stock, debt instruments and partnership interests, as well as intangible assets such as patents, trademarks, software, customer lists, work-force and licensing agreements. Mr. Steinholt also provided litigation support in shareholder disputes.

**Princeton Venture Research, Inc.**
*Senior Vice President* (1996-1998)
*Vice President* (1993-1996)
*Financial Analyst* (1990-1993)

Princeton Venture Research was a venture capital, investment banking and economic consulting firm. Mr. Steinholt provided various financial and economic analyses for venture capital, investment banking and consulting assignments, including shareholder disputes. Among other things, he helped identify and evaluate prospective emerging technology companies in need of venture capital funding.

**University of San Diego**
*Research Assistant, Graduate Fellow* (1988-1989)

Mr. Steinholt assisted with research regarding the performance of international equity markets following the 1987 stock market crash. He also developed computer programs related to the portfolio theory, including risk minimization and portfolio optimization based on quadratic programming techniques.

## Educational Background

- **Chartered Financial Analyst**
  CFA Institute, 1997

- **Master of International Business**
  University of San Diego, 1989

- **Sivilingeniør** - (Norwegian graduate level engineering designation)
  University of Trondheim, Norway, 1987

- **Bachelor of Science in Computer Science, Computer Science and Engineering**
  California State University, Long Beach, 1987

## Professional Affiliations

- **Member, CFA Institute**

- **Member, Financial Analysts Society of San Diego**

## Publications

"Price Impact Analysis – Where The Halliburton Court Erred," Expert Analysis Section, *Law360* (August 25, 2015).

## Testimony

*In re: New England Health, et al v. Qwest Comm Intl Inc, et al.,* Case No. 1:01-cv-01451 (United States District Court for the District of Colorado). QwestDex Hearing Testimony relating to Section 11 damages: January 28, 2003. Mr. Steinholt was retained to opine on potential Section 11 damages.

*In re: King, et al v. CBT Group PLC, et al.,* Case No. 98-CV-21014 (United States District Court, Northern District of California, San Jose Division). Deposition Testimony: November 5, 2003. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*In re: Employer-Teamsters Joint Council Pension Trust Fund v. America West Holding, et al.,* Case No. 99-CV-399 (United States District Court, District of Arizona). Deposition Testimony: October 28, 2004. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*In re: Howard Yue vs. New Focus,* Case No. CV808031 (Superior Court of the State of California, County of Santa Clara). Deposition Testimony: July 28, 2005. Mr. Steinholt was retained to opine on the potential damages and other economic issues relating to the defendants' acquisition of Globe Y.Technology, Inc.

*In re: Howard Yue vs. New Focus,* Case No. CV808031 (Superior Court of the State of California, County of Santa Clara). Deposition Testimony: August 9, 2005. Mr. Steinholt was retained to opine on the potential damages and other economic issues relating to the defendants' acquisition of Globe Y.Technology, Inc.

*In re: AB Liquidating Corp., fka Adaptive Broadband Corporation v. Ernst & Young, LLP* (American Arbitration Association). Arbitration, March 23, 2006. Mr. Steinholt was retained to analyze the share turnover in Adaptive Broadband Corporation in connection with the liquidation of the company's assets.

*In re: AOL Time Warner, Inc. Securities and "ERISA" Litigation, Consolidated Opt-Out Action*, Case No. 1:06-cv-00695 (United States District Court, Southern District of New York). Deposition Testimony: September 28, 2006. Mr. Steinholt was retained to opine on materiality and loss causation in a Section 11 context.

*In re: Ohio Public Employees Retirement System vs. Richard Parsons, et al.*, Case No. 03-CVH07-7932 (Court of Common Pleas of Franklin County, Ohio). Deposition Testimony: March 22, 2007. Mr. Steinholt was retained to quantify Section 11 damages for various institutional investors.

*In re: Ryan v. Flowserve Corporation et al.*, Case No. 3:03-cv-01769 (United States District Court, Northern District of Texas, Dallas Division). Deposition Testimony: June 15, 2007. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*In re: Nursing Home Pension Fund et al v. Oracle Corporation et al.*, Case No. 3:01-cv-00988 (United States District Court, Northern District of California). Deposition Testimony: July 2, 2007. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*In re: Carson, et al v. Neopharm Inc, et al.*, Case No. 1:02-cv-02976 (United States District Court, Northern District of Illinois, Eastern Division). Deposition Testimony: January 22, 2008. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*In re: HealthSouth Corporation Securities Litigation*, Case No. 2:03-cv-01501-S (United States District Court, Northern District of Alabama, Southern Division). Deposition Testimony: February 1, 2008. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality and loss causation.

*In re: Robert Kelleher, et al. v. ADVO, Inc., et al.*, Case No. 3:06-cv-01422 (United States District Court, District of Connecticut). Deposition Testimony: September 16, 2008. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality and loss causation in a class certification context.

*In re: HealthSouth Corporation Securities Litigation*, Case No. 2:03-cv-01501-S (United States District Court, Northern District of Alabama, Southern Division). Deposition Testimony: January 30, 2009. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality and loss causation.

*In re: Huffy Corporation Securities Litigation*, Case No. 3:05-cv-00028 (United States District Court, Southern District of Ohio, Western Division (at Dayton)). Deposition Testimony: November 12, 2009. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and potential damages for lead plaintiff.

*Lori Weinrib v. The PMI Group, Inc. et al.*, Case No. 3:08-cv-01405, (United States District Court for the Northern District of California). Deposition Testimony: June 14, 2010. Mr. Steinholt was retained to opine on economic issues relating to market efficiency in a class certification context.

*Kenneth McGuire, et al. v. Dendreon Corporation, et al.*, Case No. 2:07-cv-00800 (United States District Court, Western District of Washington at Seattle). Deposition Testimony: June 18, 2010. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*City of Livonia Employees' Retirement System v. The Boeing Company et al.*, Case No. 1:09-cv-07143, (United States District Court, Northern District of Illinois, Eastern Division). Deposition Testimony: November 5, 2010. Mr. Steinholt was retained to opine on economic issues relating to market efficiency in a class certification context.

*Maureen Backe, et al. v. Novatel Wireless, Inc., et al.*, Case No.08-cv-1689 (United States District Court, Southern District of California). Deposition Testimony: February 1, 2011. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*Paul Luman, et al. v. Paul G. Anderson, et al.* (*FCStone Group Securities Litigation*), Case No. 4:08-cv-00514 (United States District Court, Western District of Missouri, Western Division). Deposition Testimony: January 5, 2012. Mr. Steinholt was retained to opine on economic issues relating to market efficiency in a class certification context.

*T Grocery & Food Employees Welfare Fund v. Regions Financial Corporation et al.*, Case No. 2:10-cv-02847 (United States District Court, Northern District of Alabama). Deposition Testimony: May 8, 2012. Mr. Steinholt was retained to opine on economic issues relating to market efficiency in a class certification context.

*City of Pontiac General Employee's Retirement System v. Lockheed Martin Corporation et al.*, Case No. 1:11-cv-05026, (United States District Court, Southern District of New York). Deposition Testimony: May 18, 2012. Mr. Steinholt was retained to opine on economic issues relating to market efficiency in a class certification context.

*United Food and Commercial Workers Union et al v. Chesapeake Energy Corporation et al.*, Case No. 5:09-cv-01114 (United States District Court, Western District of Oklahoma). Deposition Testimony: August 14, 2012. Mr. Steinholt was retained to opine on loss causation in a Section 11 context.

*City of Pontiac General Employee's Retirement System v. Lockheed Martin Corporation et al.*, Case No. 1:11-cv-05026, (United States District Court, Southern District of New York). Deposition Testimony: October 4, 2012. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*Western Pennsylvania Electrical Employees Pension Fund, et al. v. Dennis Alter, et al.*, (*Advanta International Inc. Securities Litigation*) Case No. 2:09-cv-04730 (United States District Court, Eastern District of Pennsylvania). Deposition Testimony: May 1, 2013. Mr. Steinholt was retained to opine on economic issues relating to market efficiency in a class certification context.

*Southern Avenue Partners LP v. The Perot Family Trust et al.*, (*Parkcentral Global Litigation*) Case No. 3:09-cv-00765 (United States District Court, Northern District of Texas, Dallas Division). Deposition Testimony: May 6, 2013. Mr. Steinholt was retained to opine on the calculation of potential damages.

*Maureen Backe, et al. v. Novatel Wireless, Inc., et al.*, Case No. 08-cv-1689 (United States District Court, Southern District of California). Deposition Testimony: June 25, 2013. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*Garden City Employees' Retirement System v. Psychiatric Solutions, Inc. et al.*, Civil Action No. 3:09-cv-00882 (United States District Court, Middle District of Tennessee, Nashville Division). Deposition Testimony: June 6, 2014. Mr. Steinholt was retained to opine on economic issues relating to market efficiency, materiality, loss causation and Section 10(b) damages.

*City of Pontiac General Employees' Retirement System v. Wal-Mart Stores, Inc. et al.*, Case No. 12-cv-05162 (United States District Court, Western District of Arkansas (Fayetteville)). Deposition Testimony: November 9, 2015. Mr. Steinholt was retained to opine on economic issues relating to market efficiency and the calculation of class-wide damages in a class certification context.

*Alan B. Marcus, et al. v. J.C. Penney Company, Inc., et al.*, Case No. 13-CV-00736 (United States District Court, Eastern District of Texas (Tyler Division)). Deposition Testimony: March 4, 2016. Mr. Steinholt was retained to opine on economic issues relating to market efficiency and the calculation of class-wide damages in a class certification context.

*Basis Yield Alpha Fund (Master) v. Goldman Sachs Group, Inc., et al.*, Index No: 652996/2011 (Supreme Court of the State of New York, County of New York). Deposition Testimony: April 1, 2016. Mr. Steinholt was retained to analyze loss causation related to two CDO-squared securities purchased by Basis Yield Alpha Fund (Master) from Goldman Sachs.

# Exhibit B

## Big Lots Securities Litigation

*Big Lots Daily Trading Volume*

| Date | Reported Volume (PX_VOLUME) (1) | Closing Price (PX_LAST) (1) | Dollar Volume (2) |
|---|---|---|---|
| 3/2/2012 | 3,287,550 | $42.71 | $140,411,261 |
| 3/5/2012 | 2,407,365 | $44.15 | $106,285,165 |
| 3/6/2012 | 2,065,108 | $44.39 | $91,670,144 |
| 3/7/2012 | 1,267,634 | $44.90 | $56,916,767 |
| 3/8/2012 | 1,251,500 | $45.00 | $56,317,500 |
| 3/9/2012 | 783,572 | $45.43 | $35,597,676 |
| 3/12/2012 | 697,055 | $45.31 | $31,583,562 |
| 3/13/2012 | 705,881 | $45.84 | $32,357,585 |
| 3/14/2012 | 673,863 | $45.61 | $30,734,891 |
| 3/15/2012 | 854,568 | $45.56 | $38,934,118 |
| 3/16/2012 | 1,126,549 | $45.42 | $51,167,856 |
| 3/19/2012 | 723,643 | $45.52 | $32,940,229 |
| 3/20/2012 | 875,923 | $45.52 | $39,872,015 |
| 3/21/2012 | 812,502 | $45.53 | $36,993,216 |
| 3/22/2012 | 527,242 | $45.36 | $23,915,697 |
| 3/23/2012 | 603,729 | $45.66 | $27,566,266 |
| 3/26/2012 | 853,146 | $46.40 | $39,585,974 |
| 3/27/2012 | 1,717,378 | $46.81 | $80,390,464 |
| 3/28/2012 | 1,434,575 | $45.59 | $65,402,274 |
| 3/29/2012 | 4,578,120 | $43.42 | $198,781,970 |
| 3/30/2012 | 1,333,073 | $43.02 | $57,348,800 |
| 4/2/2012 | 1,458,900 | $43.84 | $63,958,176 |
| 4/3/2012 | 1,098,274 | $43.86 | $48,170,298 |
| 4/4/2012 | 1,257,127 | $43.93 | $55,225,589 |
| 4/5/2012 | 974,642 | $43.75 | $42,640,588 |
| 4/9/2012 | 1,683,589 | $43.02 | $72,427,999 |
| 4/10/2012 | 1,987,778 | $42.80 | $85,076,898 |
| 4/11/2012 | 1,368,198 | $44.36 | $60,693,263 |
| 4/12/2012 | 1,517,809 | $45.35 | $68,832,638 |
| 4/13/2012 | 1,042,844 | $45.51 | $47,459,830 |
| 4/16/2012 | 1,755,160 | $45.00 | $78,982,200 |
| 4/17/2012 | 1,669,989 | $45.32 | $75,683,901 |
| 4/18/2012 | 1,068,347 | $45.04 | $48,118,349 |
| 4/19/2012 | 875,517 | $45.31 | $39,669,675 |
| 4/20/2012 | 1,035,324 | $45.87 | $47,490,312 |
| 4/23/2012 | 1,199,309 | $45.71 | $54,820,414 |
| 4/24/2012 | 13,210,815 | $34.71 | $458,547,389 |
| 4/25/2012 | 4,820,091 | $35.31 | $170,197,413 |
| 4/26/2012 | 2,730,225 | $36.29 | $99,079,865 |
| 4/27/2012 | 2,155,621 | $37.34 | $80,490,888 |
| 4/30/2012 | 1,671,623 | $36.64 | $61,248,267 |
| 5/1/2012 | 1,156,048 | $36.45 | $42,137,950 |
| 5/2/2012 | 1,331,215 | $37.15 | $49,454,637 |
| 5/3/2012 | 1,724,858 | $37.29 | $64,319,955 |

## Big Lots Securities Litigation

*Big Lots Daily Trading Volume*

| Date | Reported Volume (PX_VOLUME) (1) | Closing Price (PX_LAST) (1) | Dollar Volume (2) |
|---|---|---|---|
| 5/4/2012 | 1,086,029 | $36.53 | $39,672,639 |
| 5/7/2012 | 1,335,298 | $37.20 | $49,673,086 |
| 5/8/2012 | 2,161,760 | $36.07 | $77,974,683 |
| 5/9/2012 | 1,629,603 | $36.21 | $59,007,925 |
| 5/10/2012 | 1,874,612 | $36.73 | $68,854,499 |
| 5/11/2012 | 968,559 | $36.27 | $35,129,635 |
| 5/14/2012 | 1,007,043 | $35.74 | $35,991,717 |
| 5/15/2012 | 1,069,705 | $36.23 | $38,755,412 |
| 5/16/2012 | 1,024,052 | $36.15 | $37,019,480 |
| 5/17/2012 | 1,005,239 | $34.94 | $35,123,051 |
| 5/18/2012 | 1,368,075 | $35.43 | $48,470,897 |
| 5/21/2012 | 1,948,537 | $35.16 | $68,510,561 |
| 5/22/2012 | 2,507,072 | $34.79 | $87,221,035 |
| 5/23/2012 | 4,163,891 | $36.31 | $151,190,882 |
| 5/24/2012 | 1,941,332 | $35.75 | $69,402,619 |
| 5/25/2012 | 2,123,499 | $37.30 | $79,206,513 |
| 5/29/2012 | 2,011,787 | $37.86 | $76,166,256 |
| 5/30/2012 | 2,055,018 | $37.07 | $76,179,517 |
| 5/31/2012 | 2,211,125 | $36.75 | $81,258,844 |
| 6/1/2012 | 1,585,668 | $36.52 | $57,908,595 |
| 6/4/2012 | 1,279,828 | $37.12 | $47,507,215 |
| 6/5/2012 | 1,368,609 | $37.77 | $51,692,362 |
| 6/6/2012 | 1,164,713 | $38.18 | $44,468,742 |
| 6/7/2012 | 881,887 | $37.77 | $33,308,872 |
| 6/8/2012 | 642,405 | $38.57 | $24,777,561 |
| 6/11/2012 | 827,038 | $37.83 | $31,286,848 |
| 6/12/2012 | 706,804 | $38.23 | $27,021,117 |
| 6/13/2012 | 926,925 | $37.56 | $34,815,303 |
| 6/14/2012 | 1,408,253 | $37.74 | $53,147,468 |
| 6/15/2012 | 1,367,388 | $37.97 | $51,919,722 |
| 6/18/2012 | 1,094,245 | $38.12 | $41,712,619 |
| 6/19/2012 | 864,450 | $39.14 | $33,834,573 |
| 6/20/2012 | 826,424 | $39.52 | $32,660,276 |
| 6/21/2012 | 974,566 | $38.60 | $37,618,248 |
| 6/22/2012 | 1,202,135 | $38.98 | $46,859,222 |
| 6/25/2012 | 752,469 | $38.66 | $29,090,452 |
| 6/26/2012 | 1,067,592 | $39.95 | $42,650,300 |
| 6/27/2012 | 1,004,778 | $39.94 | $40,130,833 |
| 6/28/2012 | 1,623,007 | $40.12 | $65,115,041 |
| 6/29/2012 | 2,149,870 | $40.79 | $87,693,197 |
| 7/2/2012 | 1,280,605 | $40.88 | $52,351,132 |
| 7/3/2012 | 565,288 | $40.62 | $22,961,999 |
| 7/5/2012 | 1,107,103 | $40.70 | $45,059,092 |
| 7/6/2012 | 693,579 | $40.67 | $28,207,858 |

# Big Lots Securities Litigation

*Big Lots Daily Trading Volume*

| Date | Reported Volume (PX_VOLUME) (1) | Closing Price (PX_LAST) (1) | Dollar Volume (2) |
|---|---|---|---|
| 7/9/2012 | 849,988 | $40.24 | $34,203,517 |
| 7/10/2012 | 1,001,171 | $40.34 | $40,387,238 |
| 7/11/2012 | 1,447,530 | $39.21 | $56,757,651 |
| 7/12/2012 | 2,034,658 | $39.12 | $79,595,821 |
| 7/13/2012 | 895,343 | $39.03 | $34,945,237 |
| 7/16/2012 | 607,290 | $38.63 | $23,459,613 |
| 7/17/2012 | 757,328 | $38.80 | $29,384,326 |
| 7/18/2012 | 777,962 | $38.96 | $30,309,400 |
| 7/19/2012 | 528,050 | $39.16 | $20,678,438 |
| 7/20/2012 | 604,451 | $39.14 | $23,658,212 |
| 7/23/2012 | 671,899 | $39.05 | $26,237,656 |
| 7/24/2012 | 946,036 | $38.93 | $36,829,181 |
| 7/25/2012 | 758,028 | $38.68 | $29,320,523 |
| 7/26/2012 | 885,787 | $39.68 | $35,148,028 |
| 7/27/2012 | 876,739 | $41.01 | $35,955,066 |
| 7/30/2012 | 749,045 | $40.89 | $30,628,450 |
| 7/31/2012 | 692,911 | $40.51 | $28,069,825 |
| 8/1/2012 | 611,279 | $40.52 | $24,769,025 |
| 8/2/2012 | 947,738 | $40.31 | $38,203,319 |
| 8/3/2012 | 846,505 | $41.51 | $35,138,423 |
| 8/6/2012 | 945,399 | $41.94 | $39,650,034 |
| 8/7/2012 | 1,415,157 | $41.66 | $58,955,441 |
| 8/8/2012 | 457,178 | $41.72 | $19,073,466 |
| 8/9/2012 | 482,082 | $41.31 | $19,914,807 |
| 8/10/2012 | 3,104,639 | $38.44 | $119,342,323 |
| 8/13/2012 | 1,524,054 | $38.02 | $57,944,533 |
| 8/14/2012 | 710,257 | $38.11 | $27,067,894 |
| 8/15/2012 | 619,326 | $38.13 | $23,614,900 |
| 8/16/2012 | 765,323 | $38.43 | $29,411,363 |
| 8/17/2012 | 618,256 | $38.47 | $23,784,308 |
| 8/20/2012 | 1,191,882 | $38.75 | $46,185,428 |
| 8/21/2012 | 673,065 | $38.73 | $26,067,807 |
| 8/22/2012 | 1,245,301 | $38.84 | $48,367,491 |
| 8/23/2012 | 16,059,076 | $30.76 | $493,977,178 |
| Total: | 185,531,877 | | $7,195,143,749 |
| Daily Average: | 1,520,753 | | $58,976,588 |

(1) Source: Bloomberg (BIG US Equity)
(2) Calculated: Daily Reported Volume times Closing Price

# Exhibit C

**Big Lots Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| 2/1/2012 | 1,316,450 | $39.55 | 0.15% | (0.29) | |
| 2/2/2012 | 3,471,793 | $42.82 | 8.27% | 4.30 | *Feb 2 2012 6:00:10 Wire: PR Newswire (PRN)* |

**Big Lots Reports Fourth Quarter Comparable Store Sales Increase of 3.4%**
********************************************************************************
BN 02/02 06:04 *BIG LOTS SEES 4Q EPS $1.71-$1.74, SAW $1.59-$1.66, EST. $1.64
BN 02/02 06:03 *BIG LOTS BOOSTS FORECAST :BIG US
BN 02/02 06:00 *BIG LOTS 4Q COMP STORE SALES BOOST OF 3.4%
********************************************************************************
Big Lots Reports Fourth Quarter Comparable Store Sales Increase of 3.4%
INCREASES FOURTH QUARTER EPS GUIDANCE
PR Newswire
COLUMBUS, Ohio, Feb. 2, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) is reporting retail sales for U.S. operations for the fourth fiscal quarter of 2011 ended January 28, 2012 of $1,622.9 million, an increase of 7.7% compared to $1,507.1 million for the fourth quarter of fiscal 2010. Comparable store sales, for stores open in the United States for at least two years at the beginning of the fiscal year, increased 3.4% for the fourth quarter of fiscal 2011. These results exceeded our guidance which called for a 1% to 2% increase in comparable store sales.
(Logo: http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO)
Consistent with prior reporting practices, fourth quarter sales for the Canadian and Wholesale operations will be announced along with fourth quarter financial results on Thursday, March 1, 2012.
Commenting on sales for the quarter, Steve Fishman, Chairman, Chief Executive Officer and President stated, "I'm pleased with our fourth quarter sales results and the improving trends we have experienced throughout the year. For the all-important holiday selling season, we believe our strategy was very well executed and our decision to be aggressive in certain key categories was successful. From a merchandise perspective, seasonal and furniture each comped up low double digits and consumables comped up mid single digits. Additionally, our planned shift to more electronics merchandise while downsizing toys was well received by our customers."
Based on the U.S. sales results and lower than expected losses in our Canadian business, we are raising our consolidated fourth quarter earnings guidance to $1.71 - $1.74 per diluted share.
This represents a 17% to 19% improvement over fourth quarter 2010 earnings of $1.46 per diluted share. Our revised guidance compares to prior guidance of $1.59 - $1.66 per diluted share.
For the fifty-two week fiscal 2011, retail sales from U.S. operations totaled $5,093.4 million, an increase of 3.9% compared to $4,900.6 million for the same period in fiscal 2010.
Comparable store sales increased 0.1% for fiscal 2011.
Consistent with our increased fourth quarter expectations, we now expect earnings of $2.94 - $2.97 per diluted share from continuing operations for fiscal 2011, a 4% to 5% improvement over fiscal 2010 earnings of $2.83 per diluted share.
Big Lots is North America's largest broadline closeout retailer.
As of January 28, 2012, we operated 1,451 BIG LOTS stores in the 48 contiguous United States and 82 LIQUIDATION WORLD and LW stores in Canada. Wholesale operations are conducted through BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL, and WISCONSIN TOY and with online sales at www.biglotswholesale.com.
Cautionary Statement Concerning Forward-Looking Statements Certain statements in this release are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, and such statements are intended to qualify for the protection of the safe harbor provided by the Act. The words "anticipate," "estimate," "expect," "objective," "goal," "project," "intend," "plan," "believe," "will," "should," "may," "target," "forecast," "guidance," "outlook" and similar expressions generally identify forward-looking statements. Similarly, descriptions of our objectives, strategies, plans, goals or targets are also forward-looking statements. Forward-looking statements relate to the expectations of management as to future occurrences and trends, including statements expressing optimism or pessimism about future operating results or events and projected sales, earnings, capital expenditures and business strategy. Forward-looking statements are based upon a number of assumptions concerning future conditions that may ultimately prove to be inaccurate. Forward-looking statements are and will be based upon management's then-current views and assumptions regarding future events and operating performance, and are applicable only as of the dates of such statements. Although we believe the expectations expressed in forward-looking statements are based on reasonable assumptions within the bounds

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

of our knowledge, forward-looking statements, by their nature, involve risks, uncertainties and other factors, any one or a combination of which could materially affect our business, financial condition, results of operations or liquidity.
Forward-looking statements that we make herein and in other reports and releases are not guarantees of future performance and actual results may differ materially from those discussed in such forward-looking statements as a result of various factors, including, but not limited to, the current economic and credit crisis, the cost of goods, our inability to successfully execute strategic initiatives, competitive pressures, economic pressures on our customers and us, the availability of brand name closeout merchandise, trade restrictions, freight costs, the risks discussed in the Risk Factors section of our most recent Annual Report on Form 10-K, and other factors discussed from time to time in our other filings with the SEC, including Quarterly Reports on Form 10-Q and Current Reports on Form 8-K. This release should be read in conjunction with such filings, and you should consider all of these risks, uncertainties and other factors carefully in evaluating forward-looking statements.
You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date thereof. We undertake no obligation to publicly update forward-looking statements, whether as a result of new information, future events or otherwise. You are advised, however, to consult any further disclosures we make on related subjects in our public announcements and SEC filings.
SOURCE Big Lots, Inc.

*Feb 2 2012 9:06:08 Wire: Bloomberg First Word (BFW)*
**Big Lots Raised to Buy vs Neutral at MKM Partners**
By Clyde Eltzroth
Feb. 2 (Bloomberg) -- PT raised to $48 from $38
Link to Company News:{BIG US <Equity> CN <GO>}
For Related News and Information: First Word scrolling panel: {FIRST<GO>} First Word newswire: {NH BFW<GO>}
To contact the editor responsible for this story: Clyde Eltzroth at +1-212-617-1879 or celtzroth1@bloomberg.net

*Feb 2 2012 9:19:21 Wire: Bloomberg First Word (BFW)*
**Big Lots Rises 7.5% Pre-Market, Raised to Buy at MKM**
By Andrew Cinko
Feb. 2 (Bloomberg) -- BIG at $42.50 pre-market; MKM PT raised to $48 from $38, see:{NSN LYRR676JIJWG<GO>}

*Feb 2 2012 10:07:45 Wire: Bloomberg First Word (BFW)*
**U.S. EQUITY MOVERS: EDMC CELL SD RDEN NG GMCR RLD OTEX MWIV RA**
By Libby Sallaberry and Caroline Schaberg
Feb. 2 (Bloomberg) -- Equity movers as of 10am:
Advancers:
* BIG +5.6%; Raised to buy at MKM

*Feb 2 2012 12:01:24 Wire: Bloomberg News (BN)*
**Big Lots Raised to 'Buy' at MKM Partners**
By Bloomberg Data Feb. 2 (Bloomberg) -- Big Lots Inc (BIG US) was raised to "Buy" from "Neutral" at MKM Partners by equity Patrick McKeever. The 12-month target price is $48.00 per share.

*Feb 2 2012 16:44:24Wire: Bloomberg First Word (BFW)*
**U.S. WRAP: Most Stocks Climb Ahead of Employment Report**
By Patrick McHale
Feb. 2 (Bloomberg) -- Most stocks advanced, sending S&P 500 higher for 2nd day, as investors waited for tomorrow’s employment report.
* S&P 500 +0.1% to 1325.54
* DJIA -0.1% to 12705.41
* Gold +0.7% to $1759.50/oz.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

* Crude -1.1% to $96.56/bbl
* 10-yr Treasury -0.35bps to 1.8230%
MAJOR STORY:
* Bernanke sees signs economy improving amid fiscal policy risks * Since recession Fed "too optimistic" about recovery * Didn't know impact in 2006 of falling house prices
TOP NEWS:
* Initial jobless claims down 12k to 367k, est. 371k; prior revised to 379k from 377k; 4-wk avg. 375.8k
* 4Q productivity up 0.7% vs est. 0.8%, labor costs up 1.2% vs est. up 0.8%
* BoE's Posen says there's a case for another GBP75b stimulus
* Former SEC Chairman Pitt says would be surprised if no MF Global criminal charges
* SAC's Cohen said to be buying $20m stake in New York Mets
* Jan. same-store sales up 4%, beating 3% est.: Retail Metrics
* Earnings: Beat: AstraZeneca, Merck, Viacom, MasterCard, Wynn Resorts * Miss: Sony, Deutsche Bank, Dow Chemical, Edward Lifeciences
MARKET DATA:
* S&P 500 +0.1%, DJIA -0.1%, Nasdaq 100 +0.3% * S&P 400 +0.1%, S&P 600 +0.5%, Russell 2k +0.4%, SOX 0.40%
* GPS CME BIG ANR CMI gained most in the S&P 500
* S&P 500: 252 companies, 50% of the index, climbed
* 5 of 10 S&P sector groups positive * Energy +0.5%, financials +0.5%, consumer staples +0.3%, tech +0.3%, telecom +0.1% * Industrials -0.1%, consumer discretionary -0.1%, utilities -0.3%, health care -0.4%, materials -0.5%
* DIS PFE HPQ VZ IBM lagged in the DJIA; 18 components negative
* GMCR BMC EA FSLR ISRG led to the upside in the Nasdaq 100
* Advancers beat decliners 1.3 to 1 on the NYSE
* Total number of shares traded 7.2b; above 50-DMA
MERGERS & ACQUISITIONS:
* NYSE, Deutsche Boerse terminate merger deal
* Providence Service initial bids due 2nd week of Feb.: dealReporter
* Amazon.com acquires TeachStreet
* Glencore/Xstrata talks may start new round of consolidation, First Quantum likely to be "prime" target: TD Securities analyst Greg Barnes
* Dow Chemical CEO says "We do not need M&A"
* Covance, Charles River Labs attractive M&A plays; mid-size CROs have been merging to gain sufficient scale to become candidates for private equity sponsors: Sterne Agee analyst Greg Bolan
* Walgreen to acquire BioScrip's Community Specialty Pharmacies
TREASURIES:
* Yields mixed in -2.1 to +1.1bps ranges on moderate volume ahead of Friday's nonfarm payrolls report; 5/10/30 butterfly spread main mover, breaking to new low since Oct., says Bloomberg analyst TJ Marta * On daily charts: Most yields, curves consolidating recent declines; 5/10/30 butterfly spread continuing to extend lower
* US$ mixed, with European currencies lagging on debt concerns while high-yielding Americas currencies BRL, MXN outperforming
* Friday presents significant scheduled risk from labor report; sub-100k or 175k+ print could spark significant moves in yields, curve; also watch annual revisions to nonfarms, unemployment rate est. unchanged at 8.5%
* 30-yr up 0.02% to 3.0099%
* 10-yr down 0% to 1.823%
* 2-yr unch at 0.2225%

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

CURRENCIES/METALS/FUELS:
* Euro/dollar down 0.11% to 1.3147
* Dollar Index Spot up 0.14% to 78.97
* Gold up 0.71% to 1759.5
* Silver up 1.52% to 34.32
* Copper down 1.44% to 378.65
* Aluminum down 3.19% to 2163.25
* Platinum up 0.61% to 1633.1
* WTI Crude down 1.08% to 96.56
* Nat Gas up 7.09% to 2.551
* Gasoline down 0.47% to 287.85
* Heating Oil up 0.44% to 305.88

GOVERNMENT:
* Day ahead: {NSN LYS7326K50XS <go>}
* Obama administration finds no environmental, socioeconomic reasons not to move ahead with wind-energy lease sales off Md., Del., Va., N.J.: Interior Dept.
* Florida Senate committee agreed to move bill to require online retailers to collect state's 6% sales tax: AP
* Arizona sends Amazon $53m sales tax bill: Seattle Times

EUROPE:
* European stocks climbed for 3rd day after U.S. jobless claims dropped more than estimated and Glencore held talks to buy Xstrata, boosting mining companies
* FTSE 100 up 0.09%
* CAC 40 up 0.27%
* DAX up 0.59%
* IBEX 35 up 0.87%
* FTSE MIB up 0.07%
* Swiss Market Index down 0.09%

ASIA:
* Asian stocks advanced for 3rd day as manufacturing gained in the U.S. and Europe
* Nikkei 225 up 0.76%
* Hang Seng Index up 2%
* Shanghai SE Composite up 1.96%
* Taiwan Taiex Index up 1.37%
* S&P/ASX 200 Index up 1%

WHAT TO WATCH TOMORROW:
* Earnings: WY, CLX, SPG, AON, EL, CEG, TSN, BEAM, TRIP * Preview: CLX {NSN LYS3UL6K50Y6 <go>}
* Economic: Jan. unemployment rate, Dec. factory orders, Jan. ISM nonmanufacturing composite
* Government: House, Senate in session * House Energy and Commerce committee hearing focusing on Keystone XL pipeline * CFTC closed meeting on enforcement matters

*February 2, 2012 Benchnark, Ronald Bookbinder*

**Big Lots (BIG)**

**Reports Q4 Comps Ahead of Expectations, Increasing Price Target**

Big Lots reported a Q4 comp increase of 3.4%, which was above our estimate of up 0.5% and above consensus of up 1.7%. Q4 US retail revenue of $1,622.9 million increased 7.7%, or $115.8 million, on the comp increase and 53 more stores or 3.8% store unit increase. We raised our EPS estimate to $1.74, from $1.59 for the fourth quarter, on the surprising strength of the high margin seasonal category.

Our 2012 EPS estimate increased to $3.30, from $3.13, flowing through the upside from Q4. We increased our price

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

target to $53, from $45 on the increase in our estimates and as we shift our focus to 2012. Our new $53 price target is based on 16x 2012E EPS, or 8x 2012E EBITDA. Given the upside to our price target, we reiterate our Buy rating.
Seasonal shows surprising strength despite warmer weather. Big lots reported the strongest categories were the high margin seasonal category and furniture, both up low double digits, and the low margin consumable category up high single digits.
We were surprised to see the seasonal category comped so well, as we had noticed excess holiday items at the end of the season during our channel checks. As we suspected consumables continued to be strong with comps up in the high single digits. As we had noted in, the food area was well stocked with branded merchandise, such as Campbell's, Del Monte, Frito-Lay, Gatorade, General Mills, Heinz, Keebler, Kellogg's, Kraft, Nabisco, and Ocean Spray. The new items were backed by signage highlighting the brands and values. The international food items were also better stocked and merchandised. We believe the strong improvement in food lead to the above company average comp in the lower margin consumable area. We expect consumables to continue to comp above the company average into 2012.

*February 2, 2012 Webbush, Joan Storms, CFA*
**Big Lots (BIG)**
**Strong Q4 Sales Means Upside to EPS; Raising Forecast; Reiterate OUTPERFORM**
Q4 comps were up 3.4% vs. 0.0% - above guidance for 1%-2% and our/consensus estimates of 2.0%/1.7%. Total U.S. retail sales were up 7.7% to $1.62 billion. The company commented that its Holiday strategy was well executed, and that its decision to be aggressive in certain key categories was successful. Seasonal and furniture each comped up in low double digits and consumables comped up in mid-single digits. The company said its decision to expand electronics offerings and scale back on toys was well-received by customers.
• Guidance for Q4 EPS was raised to $1.71-$1.74 (from 1.59-$1.66). The company now expects 2011 EPS of $2.94-$2.97 (previously $2.85-$2.92).
• Raising our forecast for Q4 EPS to $1.74 (from $1.65). Our forecast for 2011 EPS of $2.96 is toward the high end of guidance for $2.94-$2.97.
• We recently upgraded BIG to OUTPERFORM from NEUTRAL based on easier comparisons, more compelling merchandise, more consistent performance across merchandise categories, and a return to consumables-driven traffic.
Much has changed over the past year when the company was struggling with its consumables business. Since then, the company has improved the assortment and achieved consumables comp growth during Q2 (msd) Q3 (hsd), and Q4 (msd). Overall comparisons remain fairly easy through Q3:12, as the company will be anniversarying negative lsd to positive lsd comps. During Q3, the company saw fairly consistent performance across merchandise categories, which is an improvement over the first half of 2011, and we expect this to continue. Although the Canadian acquisition is initially dilutive, we see good opportunities for 2012 and beyond. Domestic square footage growth has proven to be accretive as well. We now believe the company is well positioned across merchandise categories and should see benefits from more consumables-driven traffic patterns. Additionally, the company has a strong balance sheet and has been active repurchasing shares.
• Our $47 price target assumes the stock should trade at roughly 13x our 2012 EPS forecast of $3.54 — in line with our projected longer-term earnings growth rate in the low teens. With improvements seen across the business, we now believe the company deserves a valuation in line with its projected growth rate.
RISKS
• Risks to attainment of our share price target include uncertainty regarding any potential acquisition offers; sales volatility; decreases in store traffic and average ticket; discounts and mix shift changes negatively affecting gross margins; de-leveraging of SG&A; sourcing disruptions; competition from other discounters; consumer confidence; higher energy costs; rising interest rates; adverse weather; geo-politics, etc.
Q3 Review
• Q3 EPS of $0.06 was in line with guidance for $0.03-$0.08, but below our/consensus estimates of $0.10/$0.09. Excluding the impact of the acquisition of Canada's Liquidation World (which closed during Q2), EPS was $0.17. Gross margin was down 150 bps, to 39.0%, due to higher seasonal markdowns (about half of the decline), lower IMU, and the continued shift of merchandise mix toward consumables. SG&A improved 40 bps due to leverage of store payroll, insurance, utilities, and lower

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

bonus expense, partially offset by higher depreciation, advertising expenses, and new signage initiatives. Previously reported, Q3 comps were up 1.7% vs. 0.7% — above guidance for flat to slightly positive and our/consensus estimates of 1.0%/0.7%. Total sales were up 6.0%, to $1.10 billion. Guidance for Q4 EPS was raised to $1.59-$1.66 (from $1.57-$1.62) on 1%-2% comps (previously flat to slightly positive).
GUIDANCE (updated 2/2/12)
• Q4
Consolidated EPS: $1.71-$1.74 (previous guidance for consolidated EPS of $1.59-$1.66 included U.S. EPS of $1.71-$1.78 and Canadian LPS of $0.12)
Sales (last updated on 12/2/11)
§ U.S.: $1.59-$1.61 billion
§ Canada: $25-30 million
Gross margin: down versus last year, but not to the same extent as Q3 (last updated on 12/2/11)
SG&A expenses: expect leverage across the board (last updated on 12/2/11)
• 2011
Consolidated EPS: $2.94-$2.97 (previous guidance for consolidated EPS of $2.85-$2.92 included U.S. EPS of $3.08-$3.15 and Canadian LPS of $0.23), this does not assume any additional share repurchases beyond the $77 million repurchased during Q3
Cash flow: $125 million, including an estimated investment in Canada for FY11 of $55-60 million (last updated on 12/2/11)
Interest expense: $2 million (last updated on 12/2/11)
Diluted share count: 70 million; this does not assume any additional share repurchases beyond the $77 million repurchased during Q3 (last updated on 12/2/11)
Guidance issued prior to the Q3 earnings release:
Operating margin: 6.9%-7.2%
Tax rate: 38.0%-39.0%
Investment in Canada: $60 million total investment for 2011 reflects $40 million for capex and $20 for the initial investment
Gross margin: relatively flat versus 2010, as lower anticipated markdowns and a favorable merchandise mix are expected to be offset by continued freight pressures and potential commodity and labor cost increases
SG&A: lower as a percentage of sales. Overall, the company estimates a flat to slightly positive comp as needed to leverage expenses. The company expects leverage of advertising, utilities, distribution, transportation, and payroll, partially offset by higher depreciation dollars. Big Lots has been testing and executing reductions in the distribution of print advertising over the last 12 to 18 months, and it believes further opportunities exist to reduce print distribution in 2011. With respect to utilities, the company made a sizable investment in energy-management systems (EMS) in 2010, and will make further investments in 2011. Stores with EMS have been averaging utility costs savings of roughly 15%. However, there are areas of the business where costs will increase and deleverage, such as occupancy, depreciation, and equity-related expenses. The company expects slight deleverage of occupancy as it opened more new stores in better demographic locations, which require higher rent. Also, new stores typically deleverage on the rent line in their initial years based on the incremental preopening costs and the fact that recent new store openings have been trending similar or slightly below market activity, but do so on a slightly higher rent structure. Higher depreciation is primarily due to store growth — both 2011 openings and the significant number of stores opened in the October/November 2010 time frame that are now being depreciated for the full year of 2011. Some carry-over of capital spending will also cause an increasing amount of depreciation in 2011. Finally, equity-related expenses will deleverage given the current share price, and assuming a new equity grant for 2011.
Depreciation: $90-$95 million
Real estate: 90 new stores and 45 closures, resulting in net store growth of 3%, with 60-65 in traditional locations and 25-30 in A-type locations
Capex: $125-$130 million, reflecting maintenance capex of $40 million (which is a little more than normal due to some

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

carry-over from 2010), new store capex of $50 million (to open 90 new stores), and capex of $35-$40 million for other strategic initiatives (the implementation of SAP inventory systems and continued investment in energy management systems to save on utility costs).
Three-year Outlook (not updated since March 2010)
• Annual total sales growth: 5%-7%
• Annual comparable store sales growth: 2%-3%
• Sales per selling square foot: approaching $175
• Gross margin: essentially flat to actual fiscal 2009 results (40.6%)
• SG&A: expense leverage of stores, distribution and transportation, insurance costs, advertising, and utilities, along with the leveraging impact of a 2%-3% comp
• Operating margin: 8.0% by 2012
• EPS: $3.50 by 2012 (reflects $400 million share repurchase), representing 14% compounded growth over this three-year period
• Cash flow: $650-700 million over the next three years, including $300-325 million of capital expenditures focused on store expansion, store and DC maintenance, and continued investment in IT systems.
• Net store growth: accelerating further in 2011 and 2012, with a target fleet of approximately 1,500 stores by the end of fiscal 2012
• Cash: $500 million at the end of 2012 (assumes successful completion of $400 million share repurchase)

*02 Feb 2012 - 07:28:20 AM EDT Deutsche Bank Charles Grom, CFA, CPA*
**BIG Winner in Super Bowl Quarter; Buy**
Strong Results + Favorable Set-Up = Remain Bullish
Big Lots took a BIG step forward in 4Q as continued execution and improved assortment throughout the store led to a strong 3.4% comp earlier today, well ahead of our 1.8% estimate and the Street (+1.1%). To this point, Biggie's game plan to be aggressive in certain key categories paid off handsomely, (i.e. seasonal, furniture segments comped up low "double digits," consumables up "mid-single digits") as BIG reported its best overall comp since 2Q10 (+3.8%). All told, these impressive top-line results (+ increased 4Q11 guidance) despite mixed sentiment heading into this print, combined with the potential for an improvement in housing (BIG well positioned with 33% of its mix housing related in furniture and home), and the fact that SSS comparisons remain easy over the next two quarters (-2.6% avg.) keep us bullish on the shares.
SSS Rise 3.4% . . . Game Plan Working Well
After two consecutive quarters of negative comps (-3.6% in 1Q11, -1.5% in 2Q11), BIG built on its 3Q11 momentum (SSS +1.7%) with impressive 4Q11 comps, up 3.4%. As a reminder, this result is well ahead of company guidance that called for SSS in the +1%-2% range. Looking ahead, with the aforementioned improvements in many of BIG's top categories, combined with the fact that two of these key categories (consumables and furniture) will flex to over 50% of the sales mix in 1Q12 (in a seasonal shift), we continue to believe the company will build sales momentum near-term.
4Q Guidance Raise on Better U.S. and Canada
On the heels of the stronger than plan sales performance in the U.S. and lower than expected losses at is Canadian segment, Big Lots increased its 4Q11 EPS guidance to a range of $1.71 - $1.74 (prior range was $1.59 - $1.66). As a result, BIG now anticipates FY11 EPS in the range of $2.94 -$2.97 per share. We believe the increase in guidance is an indicator that trends on the gross profit margin line (a concern post 3Q results) are trending in the right direction. Our EPS estimates and Price Target are under review.

*02 Feb 2012 - 09:47:32 AM EDT Deutsche Bank Charles Grom, CFA, CPA*
**Industry Alert Retailing/Department Stores & Broadlines**
**January SSS Quick Thoughts**
Actually a Decent Month
January sales were better-than-expected overall, up 4.3%, on average, for our monthly reporters, which compared to consensus of 3.8% and our 3.5% view. Saks, Costco, and Target led the way with upside surprises of 450 bps, 300 bps, and 230 bps, respectively, versus our forecast. In addition, Big Lots nearly tripled the Street's 4Q comp expectation of 1.1% with an impressive 3.4% print.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

In addition, modestly softer-than-expected comps at perennial winners Macy's and Nordstrom's likely reflect the lack of clearance inventory, in our view, as sell-through was strong in the Nov/Dec period. Finally, Kohl's 0.6% and Fred's negative 0.8% comp were well below our 2.0% and 1.0% view.
BIG & COST January's Best Performers
The two retailers that stood out the most this month were Costco and Big Lots. Digging into the details at Costco, core SSS was 8.0% (270 bps >Street), implying a 15.1% 2-yr. stack - a very nice comeback from December's 11.6% print. In fact, the result was the best 2-yr. stack since May 2005. Favorably, traffic rose 5.5% above the recent 4.5% run rate.
Moreover, BIG's 3.4% 4Q comp was well ahead of guidance that called for SSS in the +1%-2% range, and was led by seasonal and furniture segments comping up low "double digits" and consumables up "mid-single digits", respectively.
Also, on the heels of the stronger than plan sales performance in the U.S. and lower than expected losses at is Canadian segment, Big Lots increased its 4Q11 EPS guidance to a range of $1.71 - $1.74 (prior range was $1.59 - $1.66).
Winners:
BIG: (3.4% A vs. Street at 1.1%); Raised EPS to $1.71-$1.74 f/$1.59-$1.66
COST core: (8.0%A vs. Street at 5.7%)
SKS (10.5%A vs. Street at 5.7%)
TGT: (4.3%A vs. Street at 2.5%)
On The Bench:
JWN: (5.0% A vs. Street at 6.1%)
M: (2.4%A vs. Street at 4.4%); Raised EPS to $1.63-$1.65 f/ $1.55-$1.60
KSS: (0.6%A vs. Street at 1.1%); Raised EPS to $1.79-$1.80 f/ $1.70-$1.73
Disappointing:
FRED: (-0.8%A vs. Street at 1.2%); Lowered EPS to low-end of $0.23-$0.27

*February 2, 2012 North Coast Research Jeff Stein, CFA - Managing Director*
**BIG: Estimate Raised on Upside Sales Surprise**
Overview
BIG exceeded our sales forecast for Q4, posting a 3.4% comp increase for the quarter vs. our 1.0% forecast. We are rasing our estimates for FY12E and FY13E by $0.11 and $0.05 respectively to $2.96 and $3.45. FY12 results will be reported on March 1.
Merchandising strategies for holiday were well executed. Management chose to de-emphasize toys, bolstering its offering in electronics products such as tablets and MP-3 players. In addition, seasonal trim sold well as did furniture.
We suspect that comps were driven more by ticket than transaction.
There was no mention of inventory levels but our channel checks shortly after holiday indicated there was little left to clear. Furthermore, BIG is not faced with the cold weather apparel issues faced by soft lines retailers. We believe that inventories are very clean heading into spring.
While there were no details provided on the Canadian operations, Liquidation World, we believe that early sales trends have been favorable to plan. During the quarter, three stores were closed and at year end there were 82 locations. While there are improvements to be made in assortments and inventory levels, Canada could very well turn into a pleasant surprise this year.
Conclusion
Comp trends historically have been difficult to predict but BIG is heading into the new year with positive momentum in categories that matter most, primarily consumables and furniture. Furthermore, Q1 last year was hampered by unseasonably cool and wet weather which hurt seasonal product sales. While visibility in this category is unclear, it's hard to imagine it being much worse than a year ago. We see modest upside in the shares, even on today's strength, but not enough to warrant a more a ggressive rating at the present time. The rating remains NEUTRAL.
Better than plan holiday sales results were driven by strength in seasonal and furniture, each comping up low double-digit. Consumables was up mid-single digit and we believe that toys was down, but planned down. Overall, comps rose 3.4% in the quarter and +0.1% for the year. It was a bumpy year for BIG with the early part of the year negatively impacted by weak sales

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

of seasonal products. By mid- year, earnings were beginning to be negatively impacted by the acquisition of Liquidation World in Canada, which was originally expected to dilute 2H EPS by about $0.30. It now looks like Canada may have some upside to our earlier forecast.
Looking ahead, BIG will have easier 1H comparisons and enters the year with positive momentum in furniture and consumables, both important Q1 drivers. In addition, depending upon weather trends, we expect to see some uptick in seasonal product sales, which suffered from unseasonable weather a year ago. Losses are expected to continue in Canada and this segment of the business will be non-comp until Q3. However, for the full year we expect the business to be less dilutive vs. FY12.
Risks
Risks to our forecast include discretionary spending trends of middle income households, gasoline prices, unemployment trends, weather and successful integration of Liquidation World.

*February 2, 2012 Collins Stewart Laura Champine, CFA*
**Raising EPS Estimates For BIG Following Q4 SSS Beat**
n BIG reported Q4 SSS up 3.4% on top of a flat performance, ahead of our +2% estimate.
This morning BIG reported Q4 SSS growth of 3.4% on top of a flat performance, 140bps above our estimate and 170bps ahead of consensus. Previous guidance called for SSS to increase 1% to 2% in the January quarter. Seasonal merchandise and furniture both increased in the low-double-digit range yr./yr. Consumables, BIG's largest product category at about one-third of total sales, was up mid-single-digits.
Management raised Q4 EPS guidance to $1.71-$1.74 from a range of $1.59-$1.66. Our Q4 EPS estimate moves $0.07 higher to $1.72, which is currently $0.09 above consensus. We reiterate our Buy rating on BIG shares and maintain a DCF-generated PT of $58.
n BIG raised Q4 EPS guidance from $1.59-$1.66 to $1.71-$1.74.
In addition to the better-than-expected Q4 SSS growth, management indicated that losses from the Canadian operations were tracking below expectations. Previous guidance had called for a net loss of $7MM-$9MM in the quarter.
n Our FY12 EPS estimate moves $0.08 higher to $3.59, $0.23 ahead of consensus.
We are raising our Q4 EPS estimate by $0.07 to $1.72, versus consensus at $1.63. Our forecast calls for BIG to generate 49bps of SG&A expense leverage on higher net sales, up from our prior estimate of a 12bps improvement. For FY11, we estimate EPS of $2.94, ahead of consensus at $2.87. We have added $0.08 to our FY12 EPS estimate, raising it to $3.59, $0.23 ahead of consensus.

*February 2, 2012 KeyBanc Bradley B. Thomas, CFA*
**BIG: 4Q Sales Strong; Guidance Raised**
ACTION STATEMENT
Big Lots, Inc. (BIG-NYSE) reported strong 4Q11 sales results and raised 4Q guidance.
In the United States, comps were driven by strength in the seasonal and furniture categories. Performance in these areas is encouraging as we view these discretionary categories (along with home) as a key differentiator between BIG and its discount and dollar store competitors. Additionally, the Company now expects the Canadian operations to represent a lesser drag than originally anticipated. We are encouraged by preliminary 4Q results and would look to get more positive on the shares should improvement in key categories continue and the Canadian operations remain on its current trajectory. We currently rate the shares HOLD.
• 2011E: $2.97 from $2.87
• 2012E: $3.41 from $3.35
• 2013E: $3.87 (new)
KEY INVESTMENT POINTS
Comps Strong, Driven by Seasonal and Furniture. BIG reported 4Q domestic comps increased 3.4%, which was above our 2.0% estimate and management’s guidance of a 1-2% increase. From a category perspective, comps in both the seasonal and furniture categories increased in the low double digits, while comps in the consumables category increased in the mid single digits. Improvement in the seasonal and furniture categories is particularly encouraging as we view these discretionary categories (along with the home category) as a key differentiator between BIG and its discount and dollar store competitors. Sales in the

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

United States increased 7.7% (when adjusted for closed stores) to $1.5 billion in the quarter.
Management Raises Guidance. Management now expects 4Q EPS of $1.71-$1.74 (vs. prior guidance of $1.59-$1.64).
The new guidance represents 17-19% earnings growth from 4Q10. For the full year, management expects EPS from continuing operations of $2.94-$2.97 (vs. prior guidance of $2.85-$2.92), which represents a 4-5% improvement from 2010. The increased guidance is a result of higher than expected sales in the United States and lower than expected losses in the new Canadian business. Management has previously targeted an 18-month turnaround in Canada before the chain becomes profitable; we believe this will still be the case, though it appears the Canadian operations are improving in line or better than planned.
Raising Estimates and Initiating Quarterly 2012 and Full-Year 2013 Estimates.
For the 4Q we are raising our EPS estimate to $1.74 from $1.62. Our full-year 2011 estimate goes to $2.97 from $2.87.
We are also initiating quarterly 2012 and full-year 2013 EPS estimates. For 1Q12 we are initiating an estimate of $0.80.
For 2Q12 we estimate $0.59, and for 3Q12 we estimate $0.16. Our initial 4Q12 estimate is $1.86.
As such, our full-year 2012 estimate goes to $3.41 from $3.35. We are also initiating a full-year 2013 EPS estimate of $3.87.

*February 2, 2012 BB&T Capital Anthony Chukumba*
**BIG: RAISING PRICE TARGET BASED ON BETTER-THANEXPECTED Q4'11 EARNINGS GUIDANCE**
Key Points
• BIG LOTS REPORTS BETTER-THAN-EXPECTED Q4'11 SALES, RAISES EARNINGS GUIDANCE. This morning Big Lots reported better-than expected Q4'11 sales and raised its earnings guidance. U.S. operations net sales increased 7.7% to $1.6B, with comparable-store sales gaining 3.4%, ahead of management's guidance of 1%-2% growth and our 1.6% estimate.
• MANAGEMENT RAISES Q4'11 EARNINGS GUIDANCE. Based on the robust Q4 U.S. sales results and lower-than-expected losses in Canada, management raised its Q4'11 diluted EPS guidance to $1.71-$1.74 from $1.59-$1.66, as compared to our prior Street-high estimate of $1.66 and consensus of $1.63.
• STRONG SALES ACROSS SEVERAL PRODUCT CATEGORIES. Sales in the seasonal and furniture categories comped up by low-double digit percentages, while consumables grew mid-single digits. Management also noted consumer electronics sales benefited from expanding the product assortment during the holiday selling season.
• RAISING PRICE TARGET AS BIG LOTS CONTINUES TO IMPRESS. With the U.S. macroeconomic environment remaining uncertain and Big Lots' merchandising continuing to improve, we expect the company's comps to remain healthy in H1'12—particularly given the fact it will face fairly easy yr/yr comparisons. We are also encouraged by the lower-than-expected Canadian losses, consistent with our belief Big Lots has an attractive long term growth opportunity north of the border. We are raising our price target to $45 from $41 and reiterate our Buy (1) rating.
Valuation Methodology & Risk Considerations
Our $45 price target is based on a 13.1x multiple of our revised FY'12 diluted EPS estimate, which we believe is conservative given the higher valuations currently afforded other deep-discount retailers, including Dollar General (DG $42.32-Hold), Dollar Tree (DLTR-$85.68-Hold), and Family Dollar (FDO-$56.63-Hold). Our investment thesis remains as follows:
• Big Lots has become the nation's largest broadline closeout retailer by far by offering a wide selection of merchandise at compelling price points.
• Big Lots has attractive square footage growth opportunities ahead of it, including the opening of higher productivity "A" locations.
• Big Lots recent acquisition of Liquidation World provides the company with a "low-cost" option to enter the Canadian market.
• Big Lots generates strong free cash flow, which the company regularly returns to its shareholders through share repurchases.
In our opinion, there are several risks associated with an investment in Big Lots and to achieving our price target on the shares. They include: (1) increased competition from discounters, deep discounters, department stores, and other retailers; (2) the inability to consistently procure quality closeout merchandise that can be sold at acceptable profit margins; (3) continued weakness in U.S. consumer spending, particularly during the holiday selling season; and (4) problems integrating the Liquidation World acquisition, including possible management distraction from the core business.

*2/2/2012 MKM Partners Patrick McKeever*
**Upgrading to Buy, $48 PT: BIG Is Back on Its Game**

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Upside 4Q11 Sales Reflect Better Execution, Smart Merchandising. Comps increased 3.4% vs. our recently raised 1.5%-2.0% estimate. While this is not a big beat, the upside is meaningful given the mild weather – which we believe hurt sales of heaters, snow shovels, etc. – and given Wal-Mart's extremely aggressive holiday promotional tactics. We believe the accelerating trend (comps down in 1H11, up nicely in 2H) is sustainable and think comps could push into the midsingle-digits in 1H12 as comparisons ease.
Margins Holding Up Well. Management raised 4Q11 EPS guidance to $1.71-$1.74, up 17%-19% y/y and well above our $1.64 estimate even with an expected loss at Big Lots Canada. New 4Q11 EPS guidance implies a flattish operating margin of 11.7% vs. our prior 11.0% estimate. As business in Canada continues to improve, we expect consolidated operating margin to resume its upward climb.
Closeout Buying Opportunities Increasing. Sears Holdings' recently announced plan to close 100-120 Sears and Kmart stores could lead to incremental closeout buying opportunities for Big Lots, plus market share and real estate opportunities (see our 1/11/12 report). Ongoing upheaval in the consumer electronics industry (Kodak's bankruptcy, etc.) should provide additional buying opportunities in this area, and we believe Big Lots is well positioned to capitalize on them.
Canada Showing Nice Progress. We have visited several Canadian stores recently and seen substantial improvement in the assortment, particularly as it relates to brand names. We think Canada could break even sooner than the expected FY13.
Raising Forecast, Setting $48 PT. We are raising our 4Q11E EPS from $1.64 to $1.73, FY11E from $2.90 to $2.99 and FY12E from $3.30 to $3.40. Our 12-month price target of $48 is 14x our new 2012E EPS, with the multiple being slightly below the low end of the range for comparable small-format discount retailers.
KEY POINTS
We are upgrading BIG to Buy from Neutral and setting a 12-month price target of $48, which implies more than 20% upside from yesterday's close. We believe Big Lots is back on its game after slipping in the first half of last year and don't think the stock sufficiently reflects the improved outlook. Our target price uses a 14x multiple against our new 2012 EPS estimate of $3.40. This multiple is slightly below the low end of the range for comparable small-format retailers, which trade 15.0x-18.5x 2012 EPS estimates.
4Q11 sales were better than expected, with comps up 3.4% vs. our recently raised 1.5%-2.0% estimate, the Street's 1.7% estimate and guidance of 1%-2%. This was not a big beat and it was against an easy 0.0% comparison, but we think it's very meaningful given the mild winter weather, which we believe had some negative impact on the company's seasonal business (shovels, heaters, ice melt, etc.). Total retail sales increased 8%, to $1.62 billion.
We have been picking up better traffic and ticket trends in our store checks and leaning more positive on the stock, but we were concerned about the weather and Wal-Mart's extremely aggressive holiday sales tactics. We believe Big Lots' stronger sales are largely a function of improved execution and smart merchandising decisions and think the accelerating trend (down 1.5% in 2Q11, up 1.7% in 3Q11, up 3.4% in 4Q11) is sustainable.
Management also raised 4Q11 EPS guidance to $1.71-$1.74, up 17%-19% from last year and nicely above our $1.64 estimate and the Street's $1.63, so margins are in better shape than we had thought.
Easy comparisons could result in mid-single-digit same-store sales growth through the first half of FY12. Note that comps decreased 3.6% in 1Q11, so the comparison is 360 basis points easier than it was in 4Q11. All else being equal, assuming the two-year stacked comp of holds, we could be looking at a 6%+ comp in 1Q12. The comparison is only moderately more difficult in 2Q12.
Sears Holdings' plan to shut down 100-120 Sears and Kmart stores should result in significant closeout buying opportunities for Big Lots, and there should be some market share and real estate opportunities, as well, as discussed in our 1/11/12 industry report.
Ongoing upheaval in the consumer electronics industry, including the recent bankruptcy of Kodak, could result in additional closeout opportunities, and we note Big Lots is becoming more of a consumer destination for electronics. The company did quite well in this area in 4Q11 as management made a deliberate decision to "chase" electronics while de-emphasizing traditional toys.
Big Lots' recently acquired Canadian operation (Liquidation World) is showing substantial progress in rebuilding its merchandise assortment, rebuilding the management team and rebuilding its image with Canadian consumers. We have visited several stores over the past few weeks and have been very impressed by the improvement in overall merchandise quality, particularly the increase in name brand items. We also believe sales have been improving significantly off a low base.
Guidance had called for Big Lots Canada to break even in FY13, but we think it could break even earlier.
The stock has been choppy and has slightly underperformed the S&P Retail Index YTD. It is about 5% off its recent highs

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | and trades only 11.6x our 2012 EPS estimate of $3.40. Our $48 price target uses a 14x multiple against our 2012 EPS estimate.<br>This multiple is slightly below the low end of the range for comparable small-format retailers, which trade 15.0x-18.5x.<br>We view our price target as conservative.<br>RISKS<br>Big Lots has a more discretionary mix and less defensive model than some of its discount store competitors.<br>Big Lots generates more than 50% of its annual operating income in the fourth quarter.<br>Unfavorable weather.<br><br>*February 2, 2012 The Buckingham Research Group John Zolidis*<br>**Shoot While the Ducks are Flying; Boost Target to $47**<br>We are reiterating our Buy rating on shares of Big Lots (BIG).<br>At current levels the shares are trading under 11x our upwardly revised FY13 EPS estimate. Improving trends, easy comparisons (Table II), strong FCF, and aggressive share buybacks are among the reasons that we like this name.<br>We would maintain long positions and add on any market weakness ahead of 4QFY11 earnings.<br>• 4QFY11 same-store sales grew more than expected. Same store sales grew 3.4%, exceeding guidance of +1-2% and our 1.5% estimate. Total US retail sales (excludes Canada and wholesale) grew nearly 8% to $1.5 B reflecting the comp increase and a solid contribution from new stores. The company cited DD gains in furniture and seasonal and MSD growth in consumables for the comp gain. Expansion of the electronics category helped to offset a planned reduction in toy sales. The company was up against a flat comp from the prior period.<br>• Higher US sales and lower losses in Canada result in higher earnings. BIG raised its 4QFY11 guidance to a range of $1.71-$1.74 from $1.59-$1.66. The company earned $1.46 in the prior period. Losses in Canada were originally estimated at $7-9 M untaxed ($0.11-$0.14 per share). If the actual loss was $6 M this would represent $0.015-$0.05 of upside relative to guidance. Our revised 4QFY11 sales and EPS estimates are $1.66 B (+9.5%) and $1.73.<br>• BIG is well positioned heading into easy 1HFY12 comparisons.<br>We believe that furniture, electronics and consumables will continue to drive 1HFY12 revs while the drag from toys will fall off. For 1QFY12 we are raising our comp estimate to +3% from +2% vs. a 3.6% decline LY (see Table II for historical compares). Our fullyear FY12 & FY13 EPS forecasts rise to $3.49 & $3.92 from $3.37 & $3.78, respectively.<br>• Boosting price target to $47 (12x revised FY13) from $45. A 12 P/E appropriately reflects, in our opinion, the company's strong returns, FCF, and growth offset by historical inconsistency of same store. |
| 2/3/2012 | 1,595,710 | $43.59 | 1.80% | 0.19 | |
| 2/6/2012 | 522,000 | $43.48 | -0.25% | (0.18) | *February 6, 2012 Piper Jaffray Jonathan N. Berg, Research Analyst*<br>**Model Update for Q4 Sales Announcement**<br>CONCLUSION:<br>• We are increasing our estimates after Big Lots announced Q4 sales. Our price target increases from $40 to $42 based on the increase in our FY12 EPS forecast from $3.30 to $3.47.<br>INVESTMENT RECOMMENDATION:<br>We maintain our Neutral rating and are increasing our price target from $40 to $42 based on 12x (unchanged) FY12E EPS $3.47.<br>RISKS TO ACHIEVEMENT OF TARGET PRICE:<br>Risk factors include competition, weather and general economic conditions.<br>COMPANY DESCRIPTION:<br>Big Lots, Inc. is a national closeout retailer offering consumables, seasonal furniture, housewares, toys, and gifts. Stores average 28K sq. ft. and offer brand name merchandise at 20%-40% below discount retailers' prices. |
| 2/7/2012 | 592,447 | $43.91 | 0.99% | 0.30 | |
| 2/8/2012 | 961,569 | $43.98 | 0.16% | 0.05 | |
| 2/9/2012 | 764,091 | $43.84 | -0.32% | (0.37) | *Feb 9 2012 0:36:17 Wire: Bloomberg News (BN)*<br>**Big Lots Rated New 'Neutral' at JPMorgan**<br>By Bloomberg Data Feb. 9 (Bloomberg) -- Big Lots Inc (BIG US) was rated new "Neutral" at JPMorgan by equity analyst Matthew Boss.<br>The 12-month target price is $48.00 per share. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*09 February 2012 J.P. Morgan Matthew R. Boss, CPA*

**Top-Line Turnaround with Momentum; Consistency Will Be the Key - Initiate at Neutral**

We are initiating coverage of BIG with a Neutral rating and Dec 2012 $48 price target.

CEO Steve Fishman and his team have executed arguably the best retail turnaround in the past five years (EBIT +660bps since ‘05). Recent top-line improvement (namely consumables/furniture) has been impressive and with a lower cost structure (SG&A at 31.4% vs. 36.0% in ‘05) leverage in the model is substantial (flat FC hurdle). We think the stock continues its run near-term (+21% past 2 months vs. SPX +8.1%), but BIG’s more discretionary mix (only 30% consumables), choppy top-line (9 of past 24 quarterly comps negative), and near-term margin constraints (GPM mix shift and cycling lower incentive costs) raise the bar for 2012 keeping us sidelined for now.

 Top-line improvement and easy 1H12 compares a strong combo . . . Over the past two quarters, BIG has turned its top-line around posting +2.6% comps (vs. -2.6% in 1H11) with easier 1H12 compares ahead (-400bps) implying mid-single digit results. The consumables (+MSD in 4Q) and furniture (+LDD) categories will be focal points to watch for consistency given sales concentration (~50% of mix).

 . . . but inconsistent top-line and margin constraints in 2012 elevates risk. While BIG has posted six years of positive annual comps (+1.5% avg), the quarterly track record has been more choppy with negative SSS in 9 of their past 24 prints. While accretive to the bottom line, BIG is in the midst of a category mix shift (reducing higher margin toys/DVD’s with faster turning lower margin CE/consumables), which will optically constrain GPM in 2012. Moreover, BIG is cycling lower compensation costs raising the SG&A hurdle (i.e. $8.5mil/69bps in 1Q11) in 2012.

 Balance sheet provides a point of strength. With ~$60mil in cash, 27.5% debt to capital, and $225 million annual FCF over the next two years, BIG’s balance sheet provides ample flexibility with new store growth (4% growth/year) and share repurchases (43% reduction in share count past 5 years) top priorities.

 Canada provides the next leg of growth. BIG’s Liquidation World (89 Canadian closeout franchises) acquisition in July 2011 provides the next leg of growth.

Specifically, LW is dilutive to EPS 2011 and 2012 (guidance), and we are modeling a profit in 2013 with long-term earnings accretion of $0.11-$0.17, on our math.

 $48 PT – Upside to the “E” with consistency key to the multiple: Our $48 Dec 2012 PT is based on 12.0x our 2013 EPS of $4.00. Our 12x multiple stands 110bps above BIG’s 3-year average (EPS upside/improved top-line). BIG’s progress is impressive with continued upside likely, but we wait for a better entry point.

Investment Thesis

Top-line momentum, but consistency will be the key

Big Lots has posted same-store-sales averaging roughly 1.8% since 2006 with recent improvement over the past two quarters (+2.6% vs. -2.6% in 1H11) which is impressive, particularly given substantially easier compares ahead in 1H12 (-1.5% vs. +2.6% TTM). While the company has posted six straight years of positive annual comps, we note that BIG’s quarterly track record has been more choppy posting negative comps in nine of their past 24 prints. Looking ahead, we are modeling 3.6% same store sales in 2012 (+4.0% in 1H and +3.4% in 2H) driven by category strength in furniture, seasonal and continued momentum in consumables with a reduced emphasis on toys (shift to electronics).

EBIT margin runway ahead, but near-term constraints Over the past five years, Big Lots has improved its EBIT margin by 660 basis points, rising from +0.6% in 2005 to 7.2% in 2010 driven by same-store-sales leverage, aggressive SG&A cuts (31.4% today from 36% in 2005), and higher initial mark-ups (IMU). Looking forward, we are modeling flattish growth over the next two years to 6.6% in 2013 given top-line leverage (average 3.1% comp) offset by increased compensation costs year over year (cut last year in 1H) and a category mix shift to lower margin consumer electronics from toys on the gross margin side. Longer-term, we think BIG can achieve its longer term goal of 8.0% EBIT margin (March 2010 3-year-plan), with the primary driver being SG&A leverage on consistent top-line performance.

Two avenues for future square footage growth

As of the end of 3Q11, Big Lots operated 1,445 stores in the US, and 85 stores in Canada. Looking ahead, we are modeling 54 net new stores in 2012 (92 openings, 38 closings), with no additions in Canada. Taking a step back, Big Lots slowed store growth and rationalized its store base from 2005 through 2008 closing 275 stores or roughly 20% of its store base given the economic

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

backdrop at the time and the state of the commercial real estate market. In 2009 management started a new growth phase focused on increasing store productivity (as a result of the WIN Strategy) and to capitalize on a softening real estate market. Since 2009, management has opened a net 59 stores (132 new stores and 73 store closings).

Strong balance sheet provides flexibility

With cash on hand of $60 million (3Q-end), annual free cash flow generation of roughly $225 million, and a conservative level of leverage (debt to capital of 27.5%) – Big Lots' balance sheet remains a point of strength today. Since the start of FY06 Big Lots has employed a shareholder friendly capital allocation strategy of consistent share repurchases, reducing the shares outstanding by approximately 43% over this timeframe. Specifically, management has both opportunistically bought shares in the open market and used an Accelerated Share Repurchase program. This year alone, the company has spent $313 million to buyback close to 10 million shares.

$48 PT – Upside to the "E" and consistency the key to multiple expansion:

Our $48 Dec 2012 price target is based on 12.0x our 2013 EPS of $4.00. Our 12.0x multiple stands 110bps above the company's three-year historical average of 10.9x given earnings upside to Street estimates and a new square footage growth vehicle in Canada looking forward (85 stores today). While Big Lots' turnaround progress is impressive (EBIT from +0.6% in 2005 to 7.2% in 2010) with recent same-store-sales stability (+2-3% versus -2-3% in 1H), we will wait on the sidelines for incremental signs of top-line consistency (9 of past 24 quarterly comps negative).

Risks to Rating and Price Target

Competition

A change in the competitive landscape as related to promotional activity or the ability to pass along price increases from other discount retailers and large box competitors could negatively impact same-store-sales growth and overall profitability.

Rising energy prices

Rising energy prices, fuel in particular, negatively impacts both the operational side of the close out retail industry and their targeted customers' spending behavior. A greater than expected increase in energy prices increases costs of products and materially increases transportation costs and negatively impacts the overall discretionary spend of their targeted low to middle income customer.

Availability of closeout inventory

There are inherent risks to the fundamental nature of a closeout retailer; central to those risks is the ability to procure the appropriate merchandise assortment in suitable volume. Due to the opportunistic "deal" nature of inventory purchasing, the company often signs lengthy advance notice contracts which present some inventory level inflexibility should the retail environment change. Lastly, BIG has noticeably higher exposure to suppliers in China than many of their competitors, with roughly 25% directly purchased from overseas vendors, including 21% from vendors in China.

Canadian expansion

We believe that BIG's acquisition of Liquidation World and planned expansion into the Canadian market will be long-term accretive to earnings. Should Canadian store productivity slow down (or not reach our estimated metrics) or should the Canadian retail environment deteriorate, there is risk to our Canadian earnings accretion analysis and near-term financial estimates. Conversely, should the Canadian stores perform better than our expectations; this would render our estimates too conservative, creating upside risk to our price target.

Improvement in discretionary purchases We believe the customer will remain constrained in the near-term; however any noticeable improvement in discretionary or big ticket purchases from the consumer would cause results to be better than our expectations. If the macro environment improves, driving increased levels of discretionary purchases, it would render our estimates too low, creating upside risk to our price target.

Top-Line Momentum, but Consistency Key

Big Lots has posted same-store-sales averaging roughly 1.8% since 2006 with recent improvement over the past two quarters (+2.6% vs. -2.6% in 1H11) impressive, particularly given substantially easier compares ahead in 1H12 (-1.5% vs. +2.6% TTM). While the company has posted six straight years of positive annual comps, we note that BIG's quarterly track record has been more choppy posting negative comps in nine of their past 24 prints.

Looking ahead, we are modeling 3.6% same store sales in 2012 (+4.0% in 1H and +3.4% in 2H) driven by category strength in furniture, seasonal, and continued momentum in consumables with a reduced emphasis on toys (shift to electronics).

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | Easier Compares in 1H12 Imply Positive MSD+ Results<br>Given lackluster performance over the past two years, BIG faces easier compares in 1H12, particularly within the home and furniture categories. As illustrated in Figure 1 below, BIG's compares ease to 2.6% in 1H12 from 5.1% in 4Q11(trailing 4Q average of +3.1%). Importantly, flowing through the recently reported 4Q results would imply comps of 6.0%+ in 1H12 – something we are not modeling (JPM at 4.0%)<br>Furniture, home, and seasonal opportunity in 1H12: From a category standpoint, we see the opportunity for continued improvement within the furniture category (18% of sales), home (16% of sales), and seasonal (13%) as a result of negative performance in 1H11 (Table 2 below). In addition, management has spoken to a reduction in inventory and square footage for the toys category (a lackluster category given increased competition) and a corresponding move toward consumer electronics.<br>Modeling +3.6% Same-Store-Sales in 2012 . . .<br>Looking ahead, the company has spoken to a strategic increase in the mix of consumables and consumer electronics as well as increased focus on the home and furniture categories. At the same time, the company is strategically shifting away from underperforming categories including toys and DVDs (less square footage and inventory dedicated to the category). Given a recent improvement in business trends combined with easier 1H12 comparisons, we have modeled a 3.6% same store sales bottom-up build for 2012E.<br>. . . but Consistency the Key Going Forward<br>While Big Lots has posted six straight years of positive annual comps (+1.6% on average), we note that the company's quarterly track record is a bit more choppy.<br>Specifically, Big Lots has posted negative comps in nine of its past 24 prints or 37.5% - something we will be closely monitoring looking forward for an increased level of consistency.<br>New EVP-Merchandising Focused on Closeouts<br>In April 2011, Big Lots hired Doug Wurl, EVP of Merchandising joining the company from Sears. Given existing relationships in the industry, we see this acquisition of talent as a positive as Big Lots is increasingly focused on closeout merchandise (50% of sales today). This represents an opportunity going forward, as customers are looking for brand name merchandise that is easily recognizable.<br>Consumables Turn a Focal Point in Story (29% of Sales)<br>In an effort to gain share and improve its performance in consumables, Big Lots has worked on improving its value proposition, and improving its product offering. We outline Big Lots' mix of consumables versus its peers in Table 4 below.<br>Consumables Category Focal Points Today:<br>Driver 1 - Private Label Expansion: Big Lots has expanded its private label programs like Fresh Finds, including products such as beverages, salted snacks, and olive oils. While private/captive label represents a small fraction of consumables sales today, the company plans to expand this over time allowing the customer to dictate the penetration given buying preferences.<br>Driver 2 - International Foods: Over the past year, Big Lots has added international foods to its store to drive incremental traffic flow through its International Food Fair. Specifically, the International Food Fair entails 12-16 feet of European gourmet jams and cookies, pastas, and condiments, and has been a way to differentiate the company's consumables offering.<br>This initiative has been well received by customers to date according to management.<br>Driver 3 – Wall of Values: To increase the size of the basket, Big Lots has recently created a "wall of values" by moving 10-12 high turning, extreme value items to the front of the store, in addition to adding high-impulse items to the cash wraps (i.e., gum and mint). The response to the initiative has been positive according to management.<br>Buzz Club Increases Customer Loyalty<br>In 2009, Big Lots began offering a loyalty program to its customers called the Buzz Club Rewards program. Through this program, customers can accumulate coupons for discounts in the stores. This program has expanded from 1.4 million members in 2009 to 7.6 million members in 2010. Importantly, the loyalty program has enabled Big Lots to track purchasing behaviors. Looking ahead, Big Lots plans to use this data to focus its marketing and promotional offers to members based upon past purchases. The company is also currently working on its next generation of Buzz Club, which it plans to discuss on the 4Q earnings call. |

**Big Lots Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | Housing Market the Wildcard for Furniture Housing prices have seen a decline over the past three years by a cumulative 16% in the US, with the steepest decline experienced on the West Coast (18.5 % of store base) with prices having seen a decline of 27%. With consumers' wealth tied up in homes with declining values, we believe the impact has been significant on discretionary spending. Looking ahead, we will be closely monitoring leading indicators (i.e., existing home sales and housing prices) for any signs of stabilization particularly given Big Lots' 33% sales mix exposure to the home and furniture categories.<br>Hardlines to Pick Up the Slack for Toys (14% of Sales)<br>Given underperformance of the category (heightened competition), Big Lots has shifted inventory and square footage in the store away from Toys and DVDs toward the hardlines category, particularly consumer electronics.<br>"Treasure Hunt" Elevated Exposure to $4 Gas<br>Given a more discretionary shopping focus, we will be closely monitoring gas prices with recent analyst commentary highlighting the potential for $4 per gallon gas prices (with increased unrest overseas). Importantly, Big Lots management has spoken in the past to the $4 level as a watermark for a negative inflection in traffic – namely causing fewer trips to the store, as well as less discretionary income available for customers to spend. We plan to monitor this closely going forward, with gas prices currently at $3.45 per gallon (see Figure 4 below).<br>Low income consumer backdrop remains unfavorable With Big Lots' average customer household income between $42,000-$45,000, the company faces top-line pressure from an uncertain macro-economic environment particularly given its "treasure hunt" merchandising strategy. We point to elevated unemployment, particularly at the High School graduate level of 8.4% (above the national rate of 8.3%) resulting in a lack of discretionary income for customers and a more need-based shop (higher consumables, less discretionary).<br>California Competition Worth Noting<br>Currently 12% of Big Lots' store base or 172 stores is located in the state of California. With the entry of two new low-end competitors (Family Dollar and Dollar General), we would expect the competition in that market to increase. In particular we believe pricing on consumables will be worth watching given a likely aggressive advertising campaign from its dollar store peers.<br>Margin Runway Ahead, but NT Constraints<br>Over the past five years, Big Lots has improved its EBIT margin by 660 basis points, rising from +0.6% in 2005 to 7.2% in 2010 driven by same-store-sales leverage, aggressive SG&A cuts (31.4% today from 36% in 2005), and higher initial mark-ups (IMU). Looking forward, we are modeling flattish growth over the next two years to 6.6% in 2013 given top-line leverage (average 3.1% comp) offset by increased compensation costs year over year (cut last year in 1H) and a category mix shift to lower margin consumer electronics from toys on the gross margin side.<br>Longer-term, we think BIG can achieve its longer term goal of 8.0% EBIT margin (March 2010 3-year-plan), with the primary driver being SG&A leverage on consistent top-line performance.<br>Prior LT Plan Illustrates 8.0% EBIT Roadmap<br>While no longer on the table, Big Lots three-year plan announced in March 2010 (Table 8 below) outlined an EBIT margin goal of 8.0%, but while the plan called for achievement by 2012 – we use this as a roadmap for longer term opportunity. Specifically, the March 2010 plan outlined EPS growth of 12-16% compounded over 3-years and an 8.0% EBIT margin by 2012 (Table 8 below). Looking forward, we would anticipate a revised long-term plan to be released in March 2013.<br>Gross Margins Moving Through a Reset<br>Importantly, Big Lots' gross margin is moving through a self-inflicted reset given a strategic category shift. Specifically, Big Lots is reducing its product assortment in higher margin toys and replacing them with faster turning, but lower margin consumer electronics and consumables. While the end result is higher gross profit dollars and bottom line accretion (most important) given likely higher traffic and same-store-sales (increased SG&A leverage), the implication will be a lower gross margin rate.<br>Looking back, from 2005 through 2010, BIG increased its gross margin by 150 basis points from 39.1% in 2005 to 40.6% in 2010 driven by higher initial markups, reduced markdowns and lower shrink. Moving forward, key areas of focus include (1) mix of business, (2) markdown activity, and (3) freight. We are modeling 43 bps of gross profit margin contraction in 2012E, and 15 basis points of contraction in 2013E.<br>Structural Reset Underway Given Mix Shift<br>Big Lots is in the midst of a company engineered strategic mix shift towards faster turning (traffic driving) consumables and |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

consumer electronics away from higher margin toys and DVDs. Furthermore, management has spoken to an increased focus moving forward on the home and furniture assortment, which should have tailwinds given easier comparisons during the first half of 2012. With BIG sitting at ~40% + gross profit margins (2010), the shift to Consumer Electronics which garners 33% margins, and consumables which garners sub 35% margins should have a negative impact on the company's margins. We outline lateral retailer gross profit margin averages in Figure 9 below.

While a higher percentage of Big Lots' sales mix is discretionary, the company has seen a mix shift towards lower margin consumables similar to its dollar store competitors (FDO, DG, DLTR). As we outline in Figure 10 and Figure 11 below, consumables have increased as a percentage of sales from 23% in 2006 to 29% in 2010 (GPM is lower for consumables than for discretionary). This is likely to increase going forward as the company places more focus on private brands in consumables such as Fresh Finds.

Modeling GPM Compression of 43 bps in 2012

Looking ahead, we are modeling 43 basis points of gross margin contraction in 2012 to 39.3% and 15 basis points in 2013 to 39.2% in 2013. Specific headwinds of note include (1) increased consumables mix and a (2) heightened promotional environment, partially offset by initial markups with freight the wildcard.

Gross Margin Tailwinds in Greater Detail:

Initial markups and lower markdowns

Big Lots has consistently called out Initial Markups/Lower Markdowns as a benefit to gross profit margins since 2010. While the most recent quarter (3Q11) saw a YOY decline in markups serving as a detriment to margins, we would expect higher initial markups/lower markdowns to continue to serve as a tailwind going forward.

Sourcing opportunity

Big Lots currently sources roughly 25% of its purchases from overseas consisting of both direct and indirect (use of middle-man). Specifically, the majority of the company's imports consist of seasonal, furniture, home and toys. Regionally, 21% of direct sourcing comes from vendors located in China.

Heightened promotional environment in CA a near-term risk

With a 12% concentration in California, and a higher percentage of sales generated in that state, we would expect the entrance of competitors Dollar General and Family Dollar to heighten the promotional environment in that region.

Freight Remains an Area to Watch

Freight costs have seen a material decline since 11/2009 when levels were up nearly 600% YOY to current levels of -13% YOY (BDIY Index). The sharp decline in 2010 served as a benefit to gross profit margins, and the company lapped these tailwinds in 2011, effectively serving as a headwind (called out from 4Q10-Q311).

With this headwind now behind them, we would expect this to normalize going forward in 2012.

Top-Line Leverage Key to SG&A

Over the past five years, Big Lots has reduced its SG&A by 460 basis points from 36.0% in 2005 to 31.4% in 2011.

Looking back, expense reductions over the past few years have come from reduced supply chain costs, transportation efficiencies, energy management (15% reduction in utility costs), and advertising spend reductions (less print advertising).

Most recently, over the past two quarters BIG's fixed cost hurdle has moved down to "negative low-single digits" given aggressive cost structure reductions - most notably given bonus accrual reductions due to lackluster sales performance. Looking ahead, we believe flow-through will be more constrained in 1H12 as these expenses are added back to the P&L.

Modeling Reduced Leverage in 2012

Given headwinds of (1) cycling bonus accruals in 1H12, and (2) higher rent expense from store openings in "A" retail locations, we are modeling SG&A leverage of 58bps in 2012, a decline from our 2011E estimate of 41bps of leverage. We outline Big Lots' SG&A headwinds and tailwinds below.

Headwind #1: Bonus accrual cycling constrains EBIT in 1H12

Big Lots has been able to manage expenses on the store level due to lackluster sales performance through reducing bonus accruals and scheduling fewer hours for employees. This has enabled the company to achieve fixed cost leverage at flat to slightly positive in 2011 but leaves little room for further reduction. Furthermore, we expect the company to cycle this in 2H12, when it should serve as a headwind YOY.

Headwind #2: "A" locations (higher occupancy costs) = higher rent Big Lots guided to opening 25-30 "A" retail locations

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

in 2011, and has plans to open more locations opportunistically in 2012. Importantly, given supply and demand for top notch real estate, these locations carry higher occupancy costs due to their superior retail locations (higher rent). We point out in Figure 15 below, that Big Lots' rent per square foot has increased by approximately 12% since 2005, with the most notable increase in 2009 of 6.9% YOY – when the company began opening new stores at better retail locations.

Two Avenues of Future Sq Ft Growth

As of the end of 3Q11, Big Lots operated 1,445 stores in the US, and 85 stores in Canada. Looking ahead, we are modeling 54 net new stores in 2012 (92 openings, 38 closings), with no additions in Canada.

Taking a step back, Big Lots slowed and rationalized its store base from 2005 through 2008 closing 275 stores or roughly 20% of its store base given the economic backdrop at the time and the state of the commercial real estate market. In 2009 management started a new growth phase focused on increasing store productivity (as a result of the WIN Strategy) and to capitalize on a softening real estate market.

Since 2009, management has opened a net 59 stores (132 new stores and 73 store closings).

Domestic Doors Remain the Primary Vehicle

In 2009, Big Lots began growing its store base again, taking advantage of a positive shift in the real-estate market. Specifically, the company targeted areas where it had historically been difficult to obtain favorable lease terms such as the Northeast, Carolinas, Florida, California, Oregon, and Washington. The company has guided to opening 90 stores in 2011, with 25-30 in "A" grade locations.

New focus on “A” grade doors

Beginning in 2009 (with the WIN program), Big Lots began testing smaller store formats and "A" grade real-estate locations (better retail market, but higher occupancy cost). These A locations have been very successful for the chain, and the company opened 25 of these locations in 2011, with plans to continue searching for better locations going forward.

Opportunistic lease negotiations going forward

Looking forward, management continues to be opportunistic both with electing new store sites, but also stands to benefit from strategic lease negotiations on marginally profitable stores. We note that with roughly 528 of its contracts coming due over the next two years, providing the potential opportunity to relocate stores to “A” locations as current leases expire.

Canadian Expansion the Next Leg of Growth

In July 2011 Big Lots acquired 89 stores in Canada, through the acquisition of Liquidation World, a Canadian closeout retailer concentrated in Western Canada and Ontario. The company has plans for store growth up to 150 stores, with expansion opportunities in Quebec, as well as developing smaller neighborhood stores in existing markets. In terms of store profiles, one third of stores are 10,000-20,000 sq. ft., one third of stores are 20,000-25,000 sq. ft., while the final third are 25,000-30,000 sq. ft. which compares with the average US store size of 30,000 sq. ft.

Canada Represents the Next Frontier

In July 2011, Big Lots acquired Liquidation World (89 store closeout franchise) in Canada. Dilutive to EPS in both 2011 and 2012 (company guidance), we are modeling a breakeven scenario by 2013 (+$0.01 EPS). Looking ahead, we are modeling dilution of $0.19 in 2011 and $0.15 in 2012 before reaching profitability in 2013 (+$0.01).

Canadian Expansion is EBIT Accretive Longer Term

Importantly, the complexion of the P&L in Canada is slightly different than US retail stores. Specifically, stores are generally more productive on a sales per square foot basis given an underserved market for retail in Canada - representing an opportunity on the top line, in our view. In terms of margins, pricing power is stronger for retailers in Canada (given less retail exposure) allowing for better pricing and higher gross profit margins. That said, rents are also higher, increasing SG&A as a percentage of sales. All-in, the EBIT margin profile is higher for retailers in Canada than their domestic counterparts, on average. Of note, Big Lots is not currently paying taxes as Canada is not yet profitable (tax benefit upon consistency of performance), and the corporate tax rate in Canada is lower than that of the US, at approximately 25-30% (2010 BIG tax rate was 37.4%).

Top-line opportunity – mix difference provides opportunity

In terms of the top-line, Big Lots believes that opportunity exists for sales growth given mix differences between US and Canadian stores. Specifically, the Canadian stores have a lower mix of seasonal, toys, and furniture (underpenetrated in their view), with a higher percentage of consumables and food. Given Big Lots’ strength in seasonal, toys, and home, in the US, the company believes there is an opportunity to shift the mix of its Canadian stores toward its core competencies.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

Initial Phases of Big Lots Canada Turnaround Underway
As part of its 180 day transition plan, Big Lots has been implementing three key initiatives to improve productivity including (1) sourcing merchandise, (2) recruiting talent, and (3) cleaning up the stores and implementing basic processes. Initial feedback has been positive, and the company believes that it has stabilized the business with plans in place to develop long-term progress.
1. Sourcing: In terms of sourcing, the company has nearly doubled inventory levels to nearly $16M, with room for further expansion to optimal levels of $25-30M. So far the company has seen strength in sales due to successful sourcing in Furniture, Home, Seasonal, and Toys.
2. Recruiting talent: So far, Big Lots has hired 18 positions serving buying, merchandise planning, district managers, as well as director of loss
prevention. The company has also promoted internally a Director of Distribution and Transportation services from the US team.
3. Clean-up stores: The stores are in the final stages of clean-up, with the focus now on repairs. The company is also focused on developing a store consistency across the chain.
Modeling Profitability in 2013
Management has guided its Canadian operations to be dilutive to EPS in 2011 and 2012 before reaching breakeven by 2013.
As illustrated in Table 13 below, we are modeling $0.19 of dilution in 2011, $0.15 of dilution in 2012 and $0.01 of profitability in 2013. Breaking down our model, we are assuming sales growth of 57% in FY12E with acceleration given (1) lapping a partial year and (2) store productivity increases given improved inventory levels and operational procedures.
We are modeling gross margin at 39.3% in 2012E, in line with management's guidance that gross margin will be lower than 3Q11's 41.6% and potentially lower than US store gross margins in the near-term (note, at maturity Canadian stores should be margin accretive). We model SG&A dollar growth to be up 23.0% YoY in 2012 and largely front half weighted as management has said that investments in the business will continue in the near-term. While BIG is still in the initial to intermediate phases of ramping up Big Lots Canada through hiring, implementing operational procedures and sourcing merchandise to fill the shelves, management stated that they have doubled the Canadian stores' inventory levels to $16mil, which is important progress, remains below the optimal $25mil to $30mil range.
What Big Lots Canada Could Eventually Look Like
While we do not expect BIG's Canadian locations to have the same sales/sq. ft complexion as the US stores near-term, we see accretion over time given a higher EBIT margin profile (10% on average in Canada). Furthermore, the company believes that both the Canadian customer and vendors there are underserved, which represents a large opportunity on the top-line in our view.
Accretive by $0.11-$0.17 by 2015 based on our math
We outline in Table 14 below our estimates for a fully ramped Big Lots Canada. At a base case scenario of $100 per square foot (compares with BIG's $121.6/sq ft. in 2011) and a conservative EBIT margin assumption of 6.5% (in line with Big Lots domestic base but below Canadian average of ~10%), we would estimate an $0.11 contribution to earnings. We estimate that Big Lots Canada will reach its optimal earnings potential by 2015 generating roughly $120 in sales/sq. ft at an 8.5% EBIT margin and EPS accretive by $0.17 on our math.
Balance Sheet Provides Flexibility
With cash on hand of $60 million (3Q-end), annual free cash flow generation of roughly $225 million, and a conservative level of leverage (debt to capital of 27.5%) – Big Lot's balance sheet remains a point of strength today.
Since the start of FY06 Big Lots has employed a shareholder friendly capital allocation strategy of consistent share repurchases, reducing the shares outstanding by approximately 43% over this timeframe. Specifically, management has both opportunistically bought shares in the open market and used an Accelerated Share Repurchase program. This year alone, the company has spent $313 million to buyback close to 10 million shares.
Strong FCF and Strong Balance Sheet Drive Buyback
Over the next two years, we are modeling Free Cash flow generation of $206 million in 2012 and $235 million in 2013.
Amongst its four dollar store peers, BIG has the strongest FCF yield at 8.2% on our FY13 estimates (using 2013 as 2011 includes 1x investments in the newly acquired Canadian stores). Strong free cash generation and access to the company's credit facility should more than support 4.0% square footage
growth, continued buybacks, and the turnaround of LW, in our view.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | Share Repurchases the Top Use of Cash<br>Given the health of its balance sheet, Big Lots management has flexibility with share buybacks the top use of cash going forward. Specifically, Big Lots has $145 million remaining on its $400 million buyback program authorized in late May. Looking ahead, we are modeling roughly $172 million in 2012 (versus $450 in 2011) and $250 million in 2013. Below we outline several scenarios for 2012:<br>Financial Outlook<br>4Q EPS: Modeling a penny above Street consensus<br>Our 4Q11 EPS estimate for Big Lots is $1.75, which stands a $0.01 above the Street consensus and the high end of management's guidance $1.70-$1.74 updated on 2/2 after releasing their 3.4% 4Q comp. On margins, we are modeling gross margin compression of 80basis points to 40.0%, consistent with management's commentary that gross margin rate should be lower year over year, but not to the same degree as the 151 basis points deterioration we saw in 3Q11. We are modeling SG&A dollar growth of 8.1%. As a percentage of sales, we are modeling approximately 48bps of leverage, consistent with management's guidance that SG&A rate should go down. In addition, we have modeled share repurchases of $140 million (note management's earnings guidance does factor in their buyback activity to date).<br>Estimating $3.55 versus the Street at $3.47 for 2012E<br>For 2012E, we model EPS of $3.55, which is $0.08 above the Street consensus of $3.47, and reflects 19.8% EPS growth YOY (compared to 4.7% earnings growth in FY11 and 24% earnings growth in FY10). We estimate that comps will be up 3.6% compared to our 2011E estimate of flat as the company laps easier compares (particularly in the first half of 2012). We estimate EBIT margins to remain flattish with gross margin deterioration (-43bps) driven largely by unfavorable mix shift, more than offset by leveraging SG&A (58bps). We are also modeling share repurchase of $172M which appears conservative given that management has repurchased +$340M in stock in FY10 and our estimate that they will spend +$450M this year. We assume that the company continues its healthy appetite for share repurchase.<br>Valuation<br>Our December 2012 price target is $48 based on 12.0x our 2013 EPS estimate of $4.00. Specifically, our P/E multiple stands 110 basis points above the company's three-year average of 10.9x, which we see fit given improving earnings prospects and upside versus Street estimates looking forward as well as the new Canadian growth vehicle (85 stores today).<br>Big Lots is currently trading at 12.4x our 2012 EPS estimate of $3.55, noticeably below moderate relevant laterals Dollar General (15.4x), Family Dollar (15.9x), and Dollar Tree (17.7x). On an EV/EBITDA basis, the company is trading at 6.4x, below the three dollar store peers that trade at average an 8.5x multiple.<br>Improving earnings and new growth vehicle support multiple expansion As illustrated in Table 20 below, Big Lots earnings profile has improved dramatically over the past six years generating average earnings growth of roughly 28% from 2007 through 2010 and we model 19.8% in 2012. Given more consistent earnings support as well as a new square footage growth vehicle (2Q11) in Canada (85 stores today) - we believe a premium to the company's historical average is warranted. As such we are using a 12.0x multiple on our 2013 EPS to reach our price target today, which implies a 110 basis point premium to the company's 3-year average.<br>Top-line consistency the key to further multiple expansion<br>Looking forward, we believe the key to bridging the multiple gap with dollar store peers (DG, FDO, DLTR) will be greater consistency on the top-line. To this end, while Big Lots annual track record is impressive (six straight years of positive comps), the quarterly record is more choppy (9 of past 24 prints negative). Given the company's square footage growth and improving earnings prospects we believe BIG deserves to trade at a premium to its discounter peers, but a discount to its more consumable heavy (less discretionary) dollar store peers remains warranted today in our view. |
| 2/10/2012 | 583,347 | $44.00 | 0.37% | 0.51 | |
| 2/13/2012 | 928,851 | $43.78 | -0.50% | (0.56) | |
| 2/14/2012 | 732,478 | $44.02 | 0.55% | 0.15 | |
| 2/15/2012 | 657,352 | $43.32 | -1.59% | (0.59) | |
| 2/16/2012 | 986,486 | $43.86 | 1.25% | 0.22 | *February 16, 2012 The Buckingham Research Group John Zolidis*<br>**4QFY11 Preview; Continue to Like Shares**<br>• Reporting date: March 1st before the open. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | • Action: Buy the stock ahead of 4QFY11 earnings.<br>• 4QFY11 U.S. retail sales and updated earnings guidance have already been reported. Same-store sales rose 3.4% in the quarter vs. a flat comparison (Table II). EPS guidance was raised to $1.71-$1.74 including losses in Canada vs. $1.46 LY. Our estimate is $1.73. Remaining items of importance include the GM and S,G&A breakout, details on Canada, and share repurchase.<br>• There is a decent amount of uncertainty regarding the FY12 forecasts. Dilution from Canada, the GM outlook, same-store sales, new store openings and share repurchase are all factors that can materially impact earnings. Despite this our EPS estimate of $3.49 is fairly close to the consensus of $3.45. The consensus same-store sales gain of 2% is reasonable, in our opinion. Note that we have not estimated the contribution of the 53rd week in our published model nor does it appear to be in consensus forecasts.<br>• Early 1QFY12 trends and guidance should be favorable. Given the momentum coming out of the Holidays and a very easy -3.6% comparison we expect positive commentary around recent results and are comfortable with our 3% comp assumption. EPS guidance should at least bracket the Street's $0.83 vs. $0.70 LY. Commentary on recent results and near-term guidance are probably the most important factors in determining the movement in the stock on earnings day.<br>• Besides Canada, share repurchase and new store plans, other items of interest include any updated merchandising strategies, the competitive environment and the availability of closeouts in key categories.<br>• Our price target remains at $47 (12x our FY13 EPS estimate). A 12 P/E appropriately reflects, in our opinion, the company’s strong returns, FCF, and growth offset by historical inconsistency of same store sales. |
| 2/17/2012 | 568,855 | $44.12 | 0.59% | (0.01) | |
| 2/21/2012 | 489,683 | $43.69 | -0.97% | (0.48) | |
| 2/22/2012 | 766,575 | $43.32 | -0.85% | (0.33) | |
| 2/23/2012 | 929,029 | $43.70 | 0.88% | 0.23 | |
| 2/24/2012 | 738,442 | $43.60 | -0.23% | (0.13) | *Feb 24 2012 8:30:11 Wire: PR Newswire (PRN)*<br>**Big Lots, Inc. Fourth Quarter Conference Call Moved to March 2**<br>PR Newswire<br>COLUMBUS, Ohio, Feb. 24, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) will report fourth quarter 2011 results on Friday, March 2, 2012, and host a conference call live at 8:00 a.m. Eastern Time.<br>(Logo: http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO )<br>FOURTH QUARTER RESULTS<br>WHAT:<br>Big Lots, Inc. invites you to listen to the live audio webcast of its Fourth Quarter Conference Call.<br>DATE:<br>Friday, March 2, 2012<br>TIME:<br>8:00 a.m. Eastern Time<br>Big Lots is hosting the live webcast through the Investor Relations WHERE: section of its website at http://www.biglots.com. To listen to the call, click on the microphone link on the Investor Relations page at least 10-15 minutes before the broadcast begins.<br>If you are unable to join the live webcast, an archive of the call will be available through the Investor Relations section of Big Lots' website (www.biglots.com) after 12:00 noon Eastern Time on March 2, and will remain available through midnight Eastern Time on March 16, 2012. |
| 2/27/2012 | 1,408,426 | $43.84 | 0.55% | 0.13 | |
| 2/28/2012 | 1,282,238 | $44.27 | 0.98% | 0.02 | *Feb 28 2012 16:05:24Wire: PR Newswire (PRN)*<br>**Big Lots, Inc. to Present at the Raymond James Institutional Investors Conference**<br>PR Newswire<br>COLUMBUS, Ohio, Feb. 28, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) announced today that it is participating in the Raymond James Institutional Investors Conference being held at The JW Marriott, Grand Lakes Hotel in Orlando, Florida.<br>Tim Johnson, Senior Vice President of Finance is scheduled to give a presentation on Wednesday, March 7 which will be broadcast |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

live beginning at approximately 9:50 a.m. Eastern Time.
This live audio webcast will be available through www.biglots.com in the Investor Relations section of the website.
If you are unable to join the live webcast, an archive of the presentation will be available through www.biglots.com and will remain available through midnight March 14, 2012.
Big Lots is North America's largest broadline closeout retailer.
As of January 28, 2012, we operated 1,451 BIG LOTS stores in the 48 contiguous United States and 82 LIQUIDATION WORLD and LW stores in Canada. Wholesale operations are conducted through BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL, and WISCONSIN TOY and with online sales at www.biglotswholesale.com.

*February 28, 2012 Webbush, Joan Storms, CFA*
**Big Lots (BIG)**
**Expect Solid Q4 Earnings; Reiterate OUTPERFORM**
Big Lots will report Q4 earnings before the market open on Friday, March 2.
Conference call at 5:00 am PT (dial-in: 888-504-7953, passcode 4069205).
• Previously reported, Q4 comps were up 3.4% vs. 0.0% - above guidance for 1%-2% and our/consensus estimates of 2.0%/1.7%. Total U.S. retail sales were up 7.7% to $1.62 billion. The company commented that its Holiday strategy was well-executed, and that its decision to be aggressive in certain key categories was successful. Seasonal and furniture each comped up in low double digits and consumables comped up in mid-single digits. The decision to expand electronics offerings and scale back on toys was said to be well-received by customers.
• Recently raised guidance for Q4 includes EPS of $1.71-$1.74 (previously 1.59- $1.66). Guidance for 2011 includes EPS of $2.94-$2.97 (previously $2.85-$2.92).
• We forecast consolidated Q4 EPS of $1.74, at the high end of recently raised guidance; consensus is at $1.73. Our forecast for 2011 EPS of $2.96 is toward the high end of guidance for $2.94-$2.97. We're above consensus for 2012 EPS based on factors discussed below.
• We recently upgraded BIG to OUTPERFORM from NEUTRAL based on easier comparisons, more compelling merchandise, more consistent performance across merchandise categories, and a return to consumables-driven traffic.
Much has changed over the past year when the company was struggling with its consumables business. Since then, the company has improved the assortment and achieved consumables comp growth during Q2 (msd) Q3 (hsd), and Q4 (msd).
Overall comparisons remain fairly easy through Q3:12, as the company will be anniversarying negative lsd to positive lsd comps. During Q3, the company saw fairly consistent performance across merchandise categories, which is an improvement over the first half of 2011, and we expect this to continue. Although the Canadian acquisition is initially dilutive, we see good opportunities for 2012 and beyond. Domestic square footage growth has proven to be accretive as well. We now believe the company is well positioned across merchandise categories and should see benefits from more consumables-driven traffic patterns. Additionally, the company has a strong balance sheet and has been active repurchasing shares.
• Our $47 price target assumes the stock should trade at roughly 13x our 2012 EPS forecast of $3.54 — in line with our projected longer-term earnings growth rate in the low teens. With improvements seen across the business, we now believe the company deserves a valuation in line with its projected growth rate.
RISKS
• Risks to attainment of our share price target include uncertainty regarding any potential acquisition offers; sales volatility; decreases in store traffic and average ticket; discounts and mix shift changes negatively affecting gross margins; de-leveraging of SG&A; sourcing disruptions; competition from other discounters; consumer confidence; higher energy costs; rising interest rates; adverse weather; geo-politics, etc.
Q3 Review
• Q3 EPS of $0.06 was in line with guidance for $0.03-$0.08, but below our/consensus estimates of $0.10/$0.09. Excluding the impact of the acquisition of Canada's Liquidation World (which closed during Q2), EPS was $0.17. Gross margin was down 150 bps, to 39.0%, due to higher seasonal markdowns (about half of the decline), lower IMU, and the continued shift of merchandise mix toward consumables. SG&A improved 40 bps due to leverage of store payroll, insurance, utilities, and lower bonus expense, partially offset by higher depreciation, advertising expenses, and new signage initiatives. Previously reported, Q3

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

comps were up 1.7% vs. 0.7% — above guidance for flat to slightly positive and our/consensus estimates of 1.0%/0.7%. Total sales were up 6.0%, to $1.10 billion. Guidance for Q4 EPS was raised to $1.59-$1.66 (from $1.57-$1.62) on 1%-2% comps (previously flat to slightly positive).
GUIDANCE (updated 2/2/12)
• Q4
o Consolidated EPS: $1.71-$1.74 (previous guidance for consolidated EPS of $1.59-$1.66 included U.S. EPS of $1.71-$1.78 and Canadian LPS of $0.12)
Sales (last updated on 12/2/11)
§ U.S.: $1.59-$1.61 billion
§ Canada: $25-30 million
o Gross margin: down versus last year, but not to the same extent as Q3 (last updated on 12/2/11)
o SG&A expenses: expect leverage across the board (last updated on 12/2/11)
• 2011
Consolidated EPS: $2.94-$2.97 (previous guidance for consolidated EPS of $2.85-$2.92 included U.S. EPS of $3.08-$3.15 and Canadian LPS of $0.23), this does not assume any additional share repurchases beyond the $77 million repurchased during Q3
o Cash flow: $125 million, including an estimated investment in Canada for FY11 of $55-60 million (last updated on 12/2/11)
Interest expense: $2 million (last updated on 12/2/11)
Diluted share count: 70 million; this does not assume any additional share repurchases beyond the $77 million repurchased during Q3 (last updated on 12/2/11)
Guidance issued prior to the Q3 earnings release:
Operating margin: 6.9%-7.2%
Tax rate: 38.0%-39.0%
Investment in Canada: $60 million total investment for 2011 reflects $40 million for capex and $20 for the initial investment
Gross margin: relatively flat versus 2010, as lower anticipated markdowns and a favorable merchandise mix are expected to be offset by continued freight pressures and potential commodity and labor cost increases
SG&A: lower as a percentage of sales. Overall, the company estimates a flat to slightly positive comp as needed to leverage expenses. The company expects leverage of advertising, utilities, distribution, transportation, and payroll, partially offset by higher depreciation dollars. Big Lots has been testing and executing reductions in the distribution of print advertising over the last 12 to 18 months, and it believes further opportunities exist to reduce print distribution in 2011. With respect to utilities, the company made a sizable investment in energy-management systems (EMS) in 2010, and will make further investments in 2011. Stores with EMS have been averaging utility costs savings of roughly 15%. However, there are areas of the business where costs will increase and deleverage, such as occupancy, depreciation, and equity-related expenses. The company expects slight deleverage of occupancy as it opened more new stores in better demographic locations, which require higher rent. Also, new stores typically deleverage on the rent line in their initial years based on the incremental preopening costs and the fact that recent new store openings have been trending similar or slightly below market activity, but do so on a slightly higher rent structure. Higher depreciation is primarily due to store growth — both 2011 openings and the significant number of stores opened in the October/November 2010 time frame that are now being depreciated for the full year of 2011. Some carry-over of capital spending will also cause an increasing amount of depreciation in 2011. Finally, equity-related expenses will deleverage given the current share price, and assuming a new equity grant for 2011.
Depreciation: $90-$95 million
Real estate: 90 new stores and 45 closures, resulting in net store growth of 3%, with 60-65 in traditional locations and 25-30 in A-type locations
Capex: $125-$130 million, reflecting maintenance capex of $40 million (which is a little more than normal due to some carry-over from 2010), new store capex of $50 million (to open 90 new stores), and capex of $35-$40 million for other

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | strategic initiatives (the implementation of SAP inventory systems and continued investment in energy management systems to save on utility costs).<br>Three-year Outlook (not updated since March 2010)<br>• Annual total sales growth: 5%-7%<br>• Annual comparable store sales growth: 2%-3%<br>• Sales per selling square foot: approaching $175<br>• Gross margin: essentially flat to actual fiscal 2009 results (40.6%)<br>• SG&A: expense leverage of stores, distribution and transportation, insurance costs, advertising, and utilities, along with the leveraging impact of a 2%-3% comp<br>• Operating margin: 8.0% by 2012<br>• EPS: $3.50 by 2012 (reflects $400 million share repurchase), representing 14% compounded growth over this three-year period<br>• Cash flow: $650-700 million over the next three years, including $300-325 million of capital expenditures focused on store expansion, store and DC maintenance, and continued investment in IT systems.<br>• Net store growth: accelerating further in 2011 and 2012, with a target fleet of approximately 1,500 stores by the end of fiscal 2012<br>• Cash: $500 million at the end of 2012 (assumes successful completion of $400 million share repurchase) |
| 2/29/2012 | 2,108,873 | $43.85 | -0.95% | (0.12) | *Feb 29 2012 16:25:15Wire: Bloomberg News (BN)*<br>**Costco Profit Exceeds Estimates Even as Gross Margin Narrows (2)**<br>(Updates shares in fifth paragraph.)<br>By Matt Townsend and Paul Jarvis<br>Feb. 29 (Bloomberg) -- Costco Wholesale Corp., the largest U.S. warehouse-club chain, posted second-quarter profit that topped analysts' estimates and said revenue growth was maintained in February.<br>Net income rose to $394 million, or 90 cents a share, in the quarter ended Jan. 29, from $348 million, or 79 cents, a year earlier, the Issaquah, Washington-based company said today in a statement. The average estimate of nine analysts compiled by Bloomberg was 87 cents a share.<br>Costco increased membership fees by 10 percent in November, the first widespread boost since 2006, as rising commodities costs narrowed its profit margin. The chain also has new leadership as former Chief Operating Officer Craig Jelinek became chief executive officer on Jan. 1, replacing retiring co- founder Jim Sinegal.<br>"The company's price investments during the quarter resulted in market share gains and stronger top-line growth," Deborah Weinswig, an analyst for Citigroup Global Markets Inc., wrote today in a note to clients. Weinswig, who is based in New York, has a "neutral" rating on Costco shares.<br>Costco rose 0.9 percent to $86.06 at the close today in New York. The shares have advanced 3.3 percent this year.<br>Same-store sales, a key metric for retailers because only established locations are counted, rose 7 percent in both the quarter and in February, excluding changes in gas prices and currency rates, Costco said.<br>The retailer's in-store gross margin, or the percentage of sales left after subtracting the cost of goods sold, narrowed to 10.53 percent from 10.83 percent a year earlier. That met Weinswig's estimate. The decline marks the fourth-straight quarterly drop.<br>Quarterly net sales gained 10 percent to $22.5 billion, with membership fees advancing 7.7 percent to $459 million.<br>(Costco will hold a conference call at 11 a.m. New York time to discuss results. To listen, visit COST US <Equity> EVT <GO>.)<br><br>*February 29, 2012 Benchmark, Ronald Bookbinder*<br>**Big Lots (BIG)**<br>**Q4 Earnings Preview; Expect In Line to Slightly Above Consensus**<br>Big Lots is expected to report Q4 earnings Friday, March 2 before the market open. We expect earnings to be in line with our estimate of $1.74, a penny above consensus of $1.73, through management's ability to leverage SG&A. We expect Canada to be a drag on EPS of $0.05 in 4Q11. While Canada may produce a loss this quarter, we believe Big Lots made a sound investment in its future with the Canadian acquisition. Given the solid balance sheet, cash flow, profitability, improving store base, and expanding customer base, which could lead to years of revenue growth, along with possible upside from share repurchases, we maintain our price target of $53, based on 16x our 2012E EPS and 8x our 2012E EBITDA, and |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

maintain our Buy rating.
Our 4Q11 EPS estimate is $1.74, versus consensus of $1.73, with a $0.05 drag from the newly acquired Canadian operations. Q4 US retail revenues of $1,622.9 million increased 7.7%, or $115.8 million, on the comp increase of 3.4% and 53 more stores or 3.8% store unit increase. The high margin seasonal area was the strongest category with comps up low double digits, along with furniture.
Consumables continued to be strong with comps up in the high single digits. As we have commented in the past, the food area is now well stocked with branded merchandise. The new items are backed by signage highlighting the brands and values. We believe the strong improvement in food could lead to improved traffic trends. We expect total revenue to increase 9.3% to $1,661 million with $25 million from Canada. We expect a 30 basis point decline in gross margin to 40.5%, as the mix shift to consumables and increases in freight are almost offset by strength in the high margin seasonal category. We expect SG&A to decrease 50 bp on leverage of the positive 3.4% comp in the quarter. We expect the share count to decrease 12.5%, year over year.
Our 2012 EPS estimate is $3.30. While the Canadian operations are expected to be a great vehicle for growth, over the next year they are expected to be a drag on earnings. We expect total revenues to increase 7.1% to $5,564.1 million, on a 2.2% US comp increase and a 2.9% store unit increase, not including the Liquidators World acquisition. We expect comps to increase in the low single digits given the improving consumer sentiment and the improved consumable section. We expect the operating margin to be flattish at 6.7%, as leverage on the positive comp is offset by the integration of the Canadian operations, which we expect to lose $14 million in operations. We believe there could be upside potential to our 2012 EPS estimate driven by the possibility of the Company continuing to repurchase shares.

*February 29, 2012 Piper Jaffray Peter J. Keith, Sr Research Analyst*
**Earnings Preview: Expect Inline 2012 Guide; Q1 Likely Off to a Solid Start**
CONCLUSION:
Big Lots will be reporting Q4 results on Friday morning as well as providing guidance for Q1 and for 2012. Recall BIG already reported a strong Q4 comp of +3.4% and raised EPS guidance to $1.71-$1.74. Interestingly, we believe tax refund delays may have pushed some sales out of Q4 and into Q1, thereby helping the quarter get off to a good start. Also, we believe BIG should be able to guide inline with the 2012 consensus EPS estimate of $3.46 given favorable gross margin compares as a result of markdown pressure in Q2 & Q3 of 2011. We will look for more updates on Liquidation World on the earnings call, but we expect this acquisition to be dilutive to earnings in 2012.
• Shift in Tax Refunds likely Pushed some January Sales into February. Tax refunds for earlier filers are typically received in under two weeks (by the end of January) which means that historically BIG captures some tax refund dollars in Q4. However this year, due to new safeguards to prevent refund fraud, some of the early filer refunds were delayed a week or more and were not received until February.
We are aware of two other retailers that saw a notable drop-off in sales during the last few days of January. BIG has historically participated in tax refund related spending given its mix of large tickets items such as furniture and mattresses. We estimate this tax shift in tax refund dollars had a favorable impact on February comp of 50-100 bps thereby helping the quarter get off to a good start. Our recent store checks saw strong traffic and healthy interest across the store from consumables to larger ticket items such as furniture.
• Anticipate Guidance on 2012 Operating Metrics to be In Line. We believe BIG can guide 2012 EPS in line with consensus of $3.46. However, we anticipate that the guided share count will be higher than implied consensus shares of ~64.2M. Recall that in the last two years BIG guided share count reductions in the LSD to MSD % range (vs. -6.8% currently). As a result, guided operating metrics may be better than expected but EPS guide could be light simply due to share count. We continue to believe BIG will repurchase additional shares in F12.
• Gross Margin Comparisons are Favorable in F12. BIG has abnormally easy gross margin compares heading into 2012 due to markdown pressure in Q2 and Q3 of 2011. Gross margin pressure in 2011 was also caused by a mix shift across categories (primarily to consumables) and within categories (such as lower margin consumer electronics). While these mix pressures may remain in place, BIG should be able to at least keep gross margin flat in 2012 as it laps last year's markdowns.
INVESTMENT RECOMMENDATION:

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Maintaining our Neutral rating and $42 PT.<br>RISKS TO ACHIEVEMENT OF TARGET PRICE:<br>Risk factors include competition, weather and general economic conditions.<br>COMPANY DESCRIPTION:<br>Big Lots, Inc. is a national closeout retailer offering consumables, seasonal furniture, housewares, toys, and gifts.<br>Stores average 28K sq. ft. and offer brand name merchandise at 20%-40% below discount retailers' prices. |
| 3/1/2012 | 1,196,510 | $44.49 | 1.46% | 0.25 | *Mar 1 2012 16:31:21Wire: Bloomberg First Word (BFW)*<br>**U.S. WRAP: Stocks Climb After Jobless Claims Drop to 4-yr Low**<br>By Patrick McHale<br>March 1 (Bloomberg) -- Stocks climbed as financials rallied and jobless claims declined to 4-yr low. NY oil topped $110/bbl for first time since May, Saudi officials denied reports of pipeline attack.<br>* S&P 500 +0.62% to 1374.09<br>* DJIA +0.22% to 12980.3<br>* Gold +0.29% to 1716.3/oz<br>* WTI Crude +1.76% to 108.95/bbl<br>* 10-yr Treasury +6.08bp to 2.0313% |
| 3/2/2012 | 3,287,550 | $42.71 | -4.00% | (2.08) | *Mar 2 2012 5:30:19 Wire: Bloomberg First Word (BFW)*<br>**U.S. DAYBOOK: Yelp, Europe Bailout, Big Lots, Baker Hughes**<br>By Gelu Sulugiuc and Brad Skillman<br>March 2 (Bloomberg) -- European stocks rose as Europe’s leaders agreed to accelerate payments to a bailout fund. German bonds fell on surprise drop in retail sales. S&P 500 index futures, oil were lower.<br>WHAT TO WATCH:<br>* Yelp priced 7.15m shares at $15 each in IPO after offering them at $12-$14 apiece<br>* European leaders agreed to provide capital faster for planned permanent bailout fund<br>* Settlement talks continue over blame for Deepwater Horizon sinking, oil spill; trial will otherwise begin March 5<br>* Sands China profit beat estimates on jump in Macau casino sales; watch LVS<br>* President Obama said to have told Wall Street donors that Democrats can’t unilaterally stop accepting money from big- dollar<br>EARNINGS:<br>* Big Lots (BIG) 6 a.m., $1.74<br>* Exelis (XLS) 7am, $0.56<br>* Genesco (GCO) 7:35am, $1.67<br>* TransAlta (TA CN) 8:54am, C$0.24<br><br>*Mar 2 2012 6:00:11 Wire: PR Newswire (PRN)*<br>**Big Lots Reports Record Results**<br>************************************************************************************<br>BFW 03/02 06:02 Big Lots 4Q Profit Cont Ops/Shr $1.75, Est. $1.74<br>BN 03/02 07:01 *CORRECT: BIG LOTS SEES YR ADJ. EPS $3.40-$3.50, EST. $3.46<br>BN 03/02 06:03 *BIG LOTS 1Q ADJ. EPS CONT OPS 75C-81C, EST. 81C:BIG US<br>BN 03/02 06:02 *BIG LOTS 4Q COMP SALES UP 3.4% FOR U.S. STORES :BIG US<br>BN 03/02 06:02 *BIG LOTS 4Q SALES $1.63B, EST. $1.66B:BIG US<br>BN 03/02 06:02 *BIG LOTS SEES 1Q ADJ. EPS CONT OPS 75C-81C :BIG US<br>BN 03/02 06:01 *BIG LOTS 4Q PROFIT CONT OPS/SHR $1.75, EST. $1.74:BIG US<br>BN 03/02 06:01 *BIG LOTS SEES 2012 COMP SALES UP 2%-3% FOR U.S.:BIG US<br>BN 03/02 06:01 *BIG LOTS SEES 2012 ADJ. EPS CONT OPS $3.40-$3.50 :BIG US<br>BN 03/02 06:00 *BIG LOTS SEES CHARGE 5C/SHR IN 1Q ON ACCOUNTING CHANGE :BIG US |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

BN 03/02 06:00 *BIG LOTS SEES INVENTORY CHARGE 5C-SHR IN 1Q:BIG US
BN 03/02 06:00 *BIG LOTS REPORTS INVENTORY ACCOUNTING CHANGE :BIG US
BN 03/02 06:00 *BIG LOTS 4Q EPS $1.75 :BIG US
********************************************************************************
Big Lots Reports Record Results
RECORD FOURTH QUARTER EPS OF $1.75 PER DILUTED SHARE
RECORD FISCAL 2011 EPS FROM CONTINUING OPERATIONS OF $2.99 PER DILUTED SHARE
COMPANY PROVIDES GUIDANCE FOR FISCAL 2012
PR Newswire
COLUMBUS, Ohio, March 2, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG), North America's largest broadline closeout retailer, is reporting fourth quarter fiscal 2011 net income totaled $114.7 million, or $1.75 per diluted share, compared to $110.1 million, or $1.46 per diluted share, for the fourth quarter of fiscal 2010.
For fiscal 2011, ended January 28, 2012, net income totaled $207.1 million, or $2.98 per diluted share. For fiscal 2011, income from continuing operations totaled $207.2 million, or $2.99 per diluted share, compared to $222.5 million, or $2.83 per diluted share, for fiscal 2010.
FISCAL 2011 HIGHLIGHTS
o Record income from continuing operations of $2.99 per diluted share; fifth consecutive record year
o Record total sales of $5.2 billion, an increase of 5% compared to fiscal 2010 o Record operating profit of $358 million for U.S. operations
o Opened 92 new stores in the U.S.
o Expanded into Canada with the acquisition of Liquidation World
o Invested $359 million to repurchase 11 million shares - approximately 15% of our outstanding shares as of the beginning of fiscal 2011
Commenting on fiscal 2011 results, Steve Fishman, Chairman, Chief Executive Officer and President stated, "We are very pleased to deliver our fifth consecutive year of record operating profit in the U.S. and record EPS for the overall Company. We were aggressive this year in certain key merchandise initiatives and our strategies accelerated sales trends as the year progressed. We successfully opened 92 new stores in the U.S. and expanded our footprint into Canada with the acquisition of Liquidation World. We operated as good stewards of our cash and shareholders' capital as we invested in long-term growth opportunities, both in the U.S. and Canada, while returning $359 million of cash back to shareholders through our share repurchase efforts."
FOURTH QUARTER HIGHLIGHTS
o Record net income of $1.75 per diluted share, a 20% increase over last year
o Comparable store sales increase of 3.4% for U.S. stores
o Record operating profit of $191 million
o Opened 23 new stores in the U.S.
o Invested $46 million to repurchase 1.3 million shares
Fourth Quarter Results
U.S. Operations
Net sales for U.S. operations for the fourth quarter of fiscal 2011 increased 7.5% to $1,632.9 million, compared to $1,518.9 million for the same period in fiscal 2010. Comparable store sales for U.S. stores open at least two years at the beginning of the fiscal year increased 3.4% for the quarter. Income from continuing operations totaled $1.83 per diluted share (non-GAAP) compared to income from continuing operations of $1.46 per diluted share last year. The 25% increase in earnings per share was driven primarily by a 10% increase in operating profit and a 13% reduction in share count due to our opportunistic repurchase of approximately 11 million of our shares throughout fiscal 2011.
Canadian Operations
Net sales for Canadian operations for the fourth quarter of fiscal 2011 totaled $36.6 million, while incurring a net loss of $5.1 million, or $0.08 per diluted share (non-GAAP). This result was favorable to our original expectations which called for sales in the range of $25 to $30 million and a net loss in the range of $7 to $9 million for the quarter. We acquired our Canadian operations on July 18, 2011. Based on materiality to our total operations, we are not required to and have not provided pro-forma information, or full year

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | fiscal 2011 results for Canadian operations.<br>Inventory and Cash Management<br>On a consolidated basis, inventory ended the fourth quarter of fiscal 2011 at $825 million, compared to $762 million last year. The increase of approximately 8% represents 4% growth in the number of U.S. stores, approximately 2% per store growth of inventory in our U.S. stores, and our recent Canadian acquisition.<br>We ended fiscal 2011 with $69 million of cash and cash equivalents and $66 million of borrowings under our credit facility compared to $178 million of cash and cash equivalents and no borrowings under our credit facility as of the end of fiscal 2010. Our use of cash and debt during fiscal 2011 was the result of share repurchase activity and the acquisition and funding to date of our Canadian operations, partially offset by positive cash flow (defined as operating activities less investing activities) generated by our U.S. business.<br>Share Repurchase Activity<br>During the fourth quarter of fiscal 2011, we invested $46 million to repurchase 1.3 million of our shares at an average price of $36.79 per share. For fiscal 2011, we invested $359 million to repurchase 11 million of our shares, or approximately 15% of our outstanding shares as of the beginning of fiscal 2011, at an average price of $32.79. Currently, we have $99 million of availability under our $400 million share repurchase program. The remaining available amount under this program may be utilized to repurchase our shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Shares acquired through the repurchase program will be available to meet obligations under equity compensation plans and for general corporate purposes. The share repurchase program will continue until exhausted.<br>Inventory Accounting Change<br>We utilize the retail inventory method and historically we have valued inventory at the merchandise department level. Effective January 29, 2012, with our successful implementation of new retail inventory systems, we began valuing inventory at the merchandise class level which will give us better visibility to the profitability of our merchandising efforts and initiatives.<br>As a result of this change, we expect to record a non-recurring, non-cash after-tax inventory charge of approximately $3.4 million, or $0.05 per diluted share, in the first fiscal quarter of 2012. Accordingly, we will be providing adjusted, non-GAAP operating results throughout fiscal 2012. We believe these non-GAAP financial measures should facilitate analysis by investors and others who follow our financial performance. There will be no effect on prior periods related to this change.<br>Sales Reporting Changes<br>Starting in the first quarter of fiscal 2012, comparable store sales will be based on U.S. stores open at least 15 months. In the past, comparable stores sales have been based on U.S. stores open at least two years at the beginning of the fiscal year. This change will enable our comparable store sales calculation to be more consistent with industry standards, and would not have materially changed the comparable store sales results reported in fiscal 2011.<br>Also effective with the first quarter of fiscal 2012, we will no longer provide a press release for quarterly sales results.<br>Instead, the quarterly reporting of sales and earnings will be combined in one comprehensive press release to enable a more complete analysis of the business for shareholders and others who analyze the Company's results.<br>2012 GUIDANCE<br>o Initial fiscal 2012 adjusted income from continuing operations projected to be $3.40 to $3.50 per diluted share (non-GAAP); a 14% to 17% increase over fiscal 2011<br>o Comparable store sales expected to increase 2% to 3% for U.S. stores<br>o Anticipate 90 new store openings in the U.S.<br>o Initial cash flow guidance estimated to be approximately $200 million<br>We estimate fiscal 2012 adjusted income from continuing operations will be in the range of $3.40 to $3.50 per diluted share (see non-GAAP reconciliation below) compared to income from continuing operations of $2.99 per diluted share for fiscal 2011. We are operating under a 53-week retail calendar for fiscal 2012 and the positive corresponding impact of the extra week of operations adds approximately $0.10 per diluted share to our estimates for fiscal 2012. The average diluted share count is estimated to be approximately 65 million for fiscal 2012, with no assumption for share repurchase activity. We estimate this financial performance will result in cash flow of approximately $200 million. Our estimates for fiscal 2012 exclude the non-recurring, non-cash after-tax inventory charge of $3.4 million described above.<br>U.S. Operations |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

We estimate adjusted income from continuing operations to be in the range of $3.63 to $3.73 per diluted share (non-GAAP), a 14% to 17% increase over fiscal 2011 results of $3.18 per diluted share (non-GAAP). This is based on a comparable store sales increase in the range of 2% to 3% and a total U.S. sales increase in the range of 8% to 9% in fiscal 2012. From a real estate perspective, we expect to open 90 new stores in the U.S. during fiscal 2012 and close up to 45 locations for net store growth of 45 stores, or approximately 3%.
Canadian Operations
Canadian sales are expected to be in the range of $140 to $150 million for fiscal 2012, resulting in an operating loss in the range of $14 to $17 million, or $0.21 to $0.26 per diluted share (non-GAAP).
Fiscal Q1 2012 Guidance
For the first quarter of fiscal 2012, we estimate our adjusted consolidated income from continuing operations will be in the range of $0.75 to $0.81 per diluted share (non-GAAP), a 7% to 16% increase compared to income of $0.70 per diluted share for the first quarter of fiscal 2011. As a reminder, this estimate excludes the non-recurring, non-cash after-tax inventory charge of $3.4 million described earlier in this release.
We estimate adjusted income from U.S. operations in a range of $0.85 to $0.90 per diluted share (non-GAAP), a 21% to 29% increase over last year's $0.70 per diluted share. This is based on a comparable store sales increase in the range of 2% to 4% and a total U.S. sales increase in the range of 6% to 8%.
Canadian sales are expected to be in the range of $25 to $30 million for the first quarter of fiscal 2012, resulting in an operating loss in the range of $6 to $8 million, or $0.09 to $0.12 per diluted share (non-GAAP).
Fiscal 2012 Consolidated Company Guidance
Full Year
Q1 Guidance as Adjusted (non-GAAP) $3.40 - $3.50
$0.75 - $0.81 Adjustment for non-recurring Inventory charge ($0.05)($0.05) Guidance on GAAP basis$3.35 - $3.45
$0.70 - $0.76
Conference Call / Webcast
We will host a conference call today at 8:00 a.m. to discuss our financial results for the fourth quarter and provide commentary on our guidance for fiscal 2012. We invite you to listen to the webcast of the conference call through the Investor Relations section of our website (www.biglots.com).

*Mar 2 2012 7:00:38 Wire: Bloomberg First Word (BFW)*
**CORRECT: Big Lots Sees Year Adj. EPS $3.40-3.50; Est. $3.46**
By Laura Kaster
March 2 (Bloomberg) -- (Corrects consensus est. in headline, first paragraph)
Big Lots sees year EPS cont. ops. $3.40-3.50 vs est. $3.46 (range $3.25-$3.60).
* Sees 2012 comp. sales up 2%-3% for U.S.
* Sees 1Q adj. EPS cont. ops 75c-81c; est. 81c
* * Sees 5c 1Q charge for change in inventory accounting
* 4Q EPS cont. ops $1.75 vs est. $1.74
* 4Q rev. $1.63b vs est. $1.66b
* NOTE: Feb. 2 BIG reported 4Q comp. store sales up 3.4% vs outlook of 1%-2% {NSN LYRIK93T6SQP <go>}
* 4Q gross margin 40.2% vs 40.8% Y/y
* * NOTE: Dec. 2 saw gross margin down Y/y
* BIG up 18% YTD vs S&P General Merchandise (S5GENM) up 8.8%
* Call 8am www.biglots.com Statement:{NSN M097WA3T6SQQ <go>}

*Mar 2 2012 9:19:09 Wire: Bloomberg Transcripts (BT)*
**Big Lots Earnings Teleconference BIG US**
Company Name: Big Lots Event Description:Q4 2011 Earnings Call
Q4 2011 Earnings Call
MANAGEMENT DISCUSSION SECTION

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

Operator:
Ladies and gentlemen, welcome to the Big Lots Fourth Quarter 2011 teleconference. This conference is being recorded. During this session, all lines will be muted until the question-and-answer portion of the call. At this time, I'd like to introduce today's first speaker, Director of Investor Relations, [ph] Andy Regrut (00:28). Please go ahead.
Unverified Participant:
Thanks, Cindy, and thank you, everyone, for joining us for our fourth quarter conference call. With me here today in Columbus today are Steve Fishman, our Chairman, CEO and President, Chuck Haubiel, Executive Vice President, Real Estate, Legal and General Counsel, Joe Cooper, Executive Vice President and Chief Financial Officer of Big Lots and President of Big Lots Canada and Tim Johnson, Senior Vice President of Finance.
Before we get started, I'd like to remind you that any forward-looking statements we make on today's call involve risks and uncertainties and are subject to our Safe Harbor provisions as stated in our press release and SEC filings and that actual results can differ materially from those described in our forward-looking statements.
Our consolidated financials include results of our U.S. operations and our Canadian business since acquisition or July 18, 2011. Our statements also include immaterial amounts of discontinued operations activity. All commentary today is focused on continuing operations.
With that, I'll turn it over to Steve.
Steven S. Fishman:
Thanks, Andy, and good morning, everyone. I'm pleased with the results we're reporting this morning. Our fourth quarter was a success as we executed our strategies extremely well over the holiday season, maybe better than we ever have before, and it generated strong financial results.
Comps in the U.S. were up 3.4% and operating profit in the U.S. and EPS were at record levels and we continue to return significant amounts of cash to our shareholders through our share repurchase efforts.
From a merchandising perspective in the United States, our Seasonal and Furniture businesses were particularly strong, each comping up in the low double digits. You may recall that our Seasonal Christmas assortment was allocated more floor space and inventory this holiday season, a result of our strategic decision to downsize our traditional Toys business. We offered great quality seasonal product all priced at extreme values, and the customers responded in a big way.
In Furniture, all of our key classifications posted positive results. This year, our broader selection of decorative fireplaces appealed with the consumers. We experienced strength in upholstery, which is often used to spruce up the house for the holidays, and our Day-In and Day-Out Mattress business posted some of the strongest comps in the store.
Consumables had another successful quarter, comping up mid single digits. We made significant improvements in this business in 2011 with our merchandise, with planned events and our team, and the changes have translated into meaningful sales growth. Our Food business, whether it was closeout, specialty or captive label continues to drive Consumables.
However, HBC, pet, chemicals and most every part of the category had positive comps for the quarter. Our marketing, product presentation and in-store execution, including the Wall of Values that highlights the extreme value of our Consumables offerings, steadily improved as the year went along. The other big winner for the holidays was Electronics, which you may recall also benefited from our efforts to downsize Toys.
Electronics are the toys of a new age, toys with screens and memory cards. They're gadgets that fascinate a tech-savvy generation, have a broad appeal to consumers of all ages and create buzz in our stores and with our customers. What's most exciting about this strategy is that Electronics is not just a fourth quarter business, but instead, has growth opportunities throughout the year.
From a Canadian perspective, we made progress over the last 90 days towards three key initiatives which Joe will cover shortly. Having been in Canada and visited stores during Q4, I can tell you that the presentation and shopping experience has significantly improved and I believe we are on the right track.
For the year in total, 2011 was one of significant milestones. We exceeded $5 billion in sales for the first time in our company's history. We delivered our fifth consecutive year of record earnings per share at $2.99 per share. We posted flatter positive annual comps for the 13th consecutive year. We completed a key strategic acquisition and expanded into Canada. We executed a successful IT roll-out of a new merchandising system, a multi-year, multimillion dollar cross functional initiative that officially went live on January 29 without issues and on budget.
We invested in our associates though a variety of training and development programs designed to increase our bench strength and

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | prepare our workforce for future growth opportunities, both in the corporate offices and in the stores. And through all of this, our shareholders experienced meaningful financial gains as our share price increased 26%, which we believe was due to our performance and significant share repurchase efforts. I think it's safe to say we're pleased with the improvements we made this year, but we're not satisfied.<br>Before I go on to 2012, let me turn the call over to T.J. for additional details on the fourth quarter and full year results.<br>Timothy A. Johnson:<br>Thanks, Steve. I'm going to focus my comments on results, and then Joe will update you on our progress in Canada and speak to guidance for fiscal 2012 and the first quarter.<br>Speaking first to U.S. operations, sales for the fourth quarter were $1.633 billion, an increase of 7.5% compared to the $1.519 billion we reported for the fourth quarter of last year. Comparable store sales increased 3.4%. For Q4, operating profit dollars were $196 million, an increase of $19 million or 10% compared to last year. Our operating profit growth was a result of our 7.5% sales increase along with expense leverage partially offset by a decline in the gross margin rate.<br>As anticipated, our gross margin rate of 40.3% was down 50 basis points to last year due to merchandise mix, a slightly lower IMU and higher shrink cost. Total expense dollars were $462 million and the fourth quarter SG&A rate was 28.3% or down 90 basis points to last year. Expense leverage came from store payroll, distribution, insurance, lower debit card fees, utilities and lower bonus expense. Offsetting this leverage was higher depreciation.<br>Interest expense of U.S. operations was flat to last year at $0.8 million, and our tax rate for the quarter was 38.5% compared to last year's 37.6%. In total, our U.S. business reported income from continuing operations of $119.8 million or $1.83 per diluted share for the fourth quarter of fiscal 2011, a 25% increase to last year's $1.46 per diluted share.<br>From a real estate perspective, we opened 23 new stores and closed 17 in the fourth quarter of fiscal 2011, leaving us with 1,451 stores and total selling square footage of 31.5 million. For the full year, we opened a total of 92 new stores and closed 39 stores for a net addition of 53 stores or approximately 4% growth. Of the 92 new store openings, 25 were in A-type locations with the balance in more traditional centers.<br>Turning to Canada, sales in the fourth quarter fiscal 2011 were $36.6 million, better than our original guidance of $25 million to $30 million as certain deals and category introductions were well-received by our customer.<br>The net loss for the quarter totaled $5.1 million compared to our guidance of $7 million to $9 million loss as better-than-anticipated sales drove the favorability. From a consolidated point of view, we reported income from continuing operations of a $114.7 million or $1.75 per diluted share. This compares to a $110 million or $1.46 per diluted share a year ago when we only had a U.S. operation.<br>Moving on to the balance sheet, consolidated inventory ended the fourth quarter of fiscal 2011 at $825 million, up 8% to last year, with the key drivers to last year being a 4% increase in U.S. store count, a 2% increase in U.S. per store inventory and, lastly, the acquisition of our Canadian operations.<br>For the full year fiscal 2011, CapEx totaled $131 million compared to $108 million last year, and depreciation expense was $90 million, an increase of $12 million to last year.<br>Consolidated cash flows for the year were $198 million or similar to last year. U.S. operations cash flow for the year totaled $222 million, while there are approximately $24 million of cash outflows to support our Canadian operation. Our total investment in Canada for fiscal 2011 was $46 million including both operations and investing activities.<br>We ended the year with $69 million of cash and cash equivalents and $66 million of borrowings under our credit facility compared to $178 million of cash and cash equivalents and no borrowings under our facility a year ago.<br>Our use of cash and debt over the last 12 months was the result of our share repurchase activity and our investment to date in Big Lots Canada, partially offset by the cash generated over the last year.<br>During the fourth quarter, we invested $46 million to repurchase 1.3 million shares at an average price of $36.79 per share. For fiscal 2011, we invested $359 million to repurchase 11 million shares at an average price of $32.79 or approximately 36% below where the stock closed yesterday. The 11 million shares repurchased represented approximately 15% of our outstanding shares as of the beginning of fiscal 2011. We ended the year with 63.6 million shares outstanding and currently have $99 million remaining under our current $400 million share repurchase authorization.<br>I'll now turn it over to Joe for forward guidance and details on our Canadian operations.<br>Joe R. Cooper: |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Thanks T.J.<br>Before we get to our guidance for fiscal 2012, I want to mention one accounting item noted in our press release. Affective January 29, 2012 with our successful go-live of new merchandising systems, we began valuing our inventory at the class level rather than at the department level with our prior systems. As part of this change, we will record a nonrecurring, noncash after-tax charge of approximately $3.4 million or at $0.05 per diluted share in the first quarter.<br>For the first quarter and throughout 2012, we will provide adjusted non-GAAP results to help investors and analysts better understand the performance of operations net of this charge. There will be no effect on prior periods, and our forward guidance excludes this one time charge.<br>Now moving to 2012 guidance, for the consolidated company, we estimate fiscal 2012 adjusted income from continuing operations to be in the range of $3.40 to $3.50 per diluted share compared to income from continuing operations of $2.99 per diluted share in fiscal 2011.<br>We are operating under a 53-week retail calendar for fiscal 2012, and we anticipate the impact of the extra week adds approximately $0.10 per diluted share to our earnings for the year. The average diluted share count is forecasted to be approximately 65 million for fiscal 2012 with no assumption for share repurchase activity. We expect this financial performance will result in cash flow of approximately $200 million.<br>For our U.S. operations, we estimated adjusted income from continuing operations to be in the range of $3.63 to $3.73 per diluted share, a 14% to 17% increase over fiscal 2011 results of $3.18 per diluted share. This is based on a total sales increase of 8% to 9% and a comparable store sales increase in the range of 2% to 3%.<br>You may have noticed in our press release a change in our comp calculation. Going forward, effective in the first quarter, we will calculate comparable store sales for U.S. stores opened for at least 15 months. In prior years, our calculation was based on stores opened for at least two years at the beginning of the fiscal year. We made this change to be more consistent with industry standards, but it would not have materially impacted the results for 2011.<br>We estimate the adjusted operating profit rate for the U.S. operations for 2012 will be relatively flat to last year. The adjusted gross margin rate for the fiscal 2012 was expected to be slightly higher than 2011 driven by lower-anticipated markdowns.<br>Expenses as a percent of sales are expected to increase slightly in this model with the entire increase and more coming from higher bonus expense. You may recall, our 2011 operating profit was below plan for most of the year resulting in lower bonus expense and payout to management, stores and DC operations.<br>Excluding bonus, we see expense leverage in our 2012 model and, in fact, our comp leverage point is estimated to be approximately a 1% comp which, by most industry comparisons, is very low. Expense leverage comes from stores, DCs, credit card fees, utilities and the 53rd week partially offset by higher depreciation expense. Filling out the rest of the U.S. P&L for the 2011, 2012, we expect net interest expense to be approximately $2 million and the effective income tax rate is planned to be in the neighborhood of 38.0% to 39.0%.<br>For the year, capital expenditures in the U.S. are expected to be approximately $130 million to $135 million. Maintenance capital is estimated to be about $40 million, which covers our stores, DCs and the general office.<br>New store capital is estimated at approximately $50 million to $55 million for opening 90 new stores.<br>Investments and certain other strategic initiatives will represent approximately $40 million of CapEx in 2012. These dollars will be focused on our implementation in new systems including new warehouse management, HR and real estate systems, retrofitting and refreshing a portion of our store base and new fixturing initiatives to support certain of our merchandising strategies.<br>Depreciation expense in the U.S. is forecasted at approximately $105 million against $88 in 2011. Higher depreciation expense is primarily due to new store growth, new IT systems, store re-lays and fixturing initiatives and our continuing commitment to maintenance capital.<br>Turning to Canada, it's been just over eight months since we finalized our acquisition of Liquidation World in Canada. During the fourth quarter, we made progress on the three critical initiatives we outlined from the start: sourcing great merchandise; recruiting and hiring talent; and cleaning up the stores and implementing basic processes.<br>From a merchandise perspective, our inventory levels grew and the quality substantially improved. Inventory ended 2011 at $22 million with a goal in the future to be consistently in the $25 million to $30 million range. The customer feedback to our changes in assortment and quality continues to be encouraging; particularly in the areas of Furniture, Seasonal, Toys, and recently in Consumables.<br>Our second critical initiative is recruiting and hiring talent. We've made substantial progress in recruiting merchants, planners and field operations talent to join us on the journey to turning around this business. We still have some work, yet, to complete from our |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

initial goals, but the team we have in place is energized and motivated to turning this business into a profitable contributor to the Big Lots' family.
And last but certainly not least, our store clean-up and remerchandising efforts are moving along very well. Similar to the U.S., we've raised expectations of what is acceptable standard in our stores and continue to build our store teams to help us achieve our goals. For 2012, in Canada, we expect our sales to be in the range of $140 million to $150 million resulting in a net loss in the range of $14 million to $17 million or $0.21 to $0.26 per diluted share. We expect sales dollars to build each quarter and the operating losses to decline quarter to quarter as our inventory position improves.
From a stores perspective, we ended the fiscal year with 82 Liquidation World and LW stores. Our 2012 plan assumes no new store openings in Canada. For 2012, we want the organization 100% focused on testing and learning in the areas of merchandising and assortments, consistent store-level execution and customer service. Also, our current plans do not reflect any store closings in 2012. However, our real estate evaluation is ongoing, and if a store needs to close, we'll not hesitate to make that decision.
Moving to total company first quarter guidance, we estimate our consolidated adjusted income from continuing operations for the first quarter of fiscal 2012 to be in the range of $0.75 to $0.81 per diluted share, a 7% to 16% increase compared to income of $0.70 per diluted share for the first quarter of fiscal 2011. As a reminder, this excludes the nonrecurring noncash after-tax charge described earlier.
Adjusted income from U.S. operations is expected to be in the range of $0.85 to $0.90 per diluted share, a 21% to 29% increase over last year's $0.70 per diluted share. This is based on a comparable store sales increase in the range of 2% to 4% and a total U.S. sales increase in the range of 6% to 8%.
We estimate the operating profit rate will be similar to last year's rate of 7%. The gross margin rate for the first quarter of fiscal 2012 is expected to be slightly down to last year. Our expense rate is anticipated to be flattish to last year as the natural expense leveraged from a 2% to 4% comp is expected to be offset by higher depreciation expense and incentive-related costs.
Sales in our Canadian operations are expected to be in the range of $25 million to $30 million for the first quarter of fiscal 2012, resulting in a net loss in the range of $6 million to $8 million or $0.9 to $0.12 per diluted share.
A few things to consider regarding Canada. First there will continue to be no tax benefit from the operating loss in fiscal 2012, which magnifies the impact on EPS. Second, the gross margin rate in Canada is expected to be below the rate of U.S. business as we emphasize our value proposition, test and learn as we develop our assortment and also to begin to develop inbound freight efficiencies.
Finally, we will invest in the expense infrastructure of Big Lots Canada primarily in people, building inventory levels and addressing deferred maintenance in the stores. This activity adds to the cross structure near term, but we would expect to leverage these investments as volume starts to ramp up later in the year and into 2013.
Now back to Steve for some closing remarks.
Steven S. Fishman:
Over the last six years, we've been consistent and diligent in our approach to transform this company, focusing on long-term strategies and returns for our investors. No shortcuts or short-term decisions, no compromises. We've been incredibly focused and simply been doing what we said we're going to do.
It's improved our operating performance and execution. It's created meaningful employment opportunities and new jobs. It's improved our financial strengthen, which has allowed us to return significant cash to our shareholders. We've repurchased over $1.6 billion worth of company stock or 55% of our outstanding shares at an average price of less than $0.26 per share. And during that time, the compounded annual growth rate of our share price or return to shareholders has averaged about 20%, which is pretty important to understand in an up and down stock market.
As we look forward, we're excited by our future. We have improving trends coming out of 2011 and a focused strategy to execute in 2012. I see three key elements for the upcoming year. First, it's all about growth. We'll grow organically. We will grow our U.S. store footprint. We will turn around Canada, and we will grow our organizational capabilities. Our business has always been about the treasure hunt, so merchandise is the key to our organic growth.
You've heard me talk about the improvements we've made in the certain key categories in 2011, and you will see more activity in 2012 to distort our space and inventory to categories that are working and downsizing those that are not.
From a real estate perspective, 2012 will be the third consecutive year of opening 80-plus new stores. The newest leg of growth is Canada. We see an underserved customer who is looking for extreme value, and we have a multi-year plan to transform Liquidation

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

World to fill that need, the Canadian version of our WIN strategy.
The first two quarters have been encouraging, and 2012 will be a year of transformational change for the business. With this level of growth, our people and systems need to be ready as well. Organizationally, we will continue to invest in our people, to train and develop them, to provide meaningful employment opportunities to support our future growth.
In addition, we'll continue to proactively invest in all of our systems. With our new merchandising system successfully up and running, we've shifted our focus towards new warehouse management systems, new HR systems and a new real estate system, all of which will be executed over the next couple of years.
The second theme you'll hear me talk about this year is consistency. I mentioned in my opening remarks a milestone of 13 consecutive years of flat or positive annual comps. While that's impressive, we must take it all to the next level.
Our quarterly comps have not been as consistent as our annual track record. Our focus in 2012 needs to be more consistent and more predictable quarterly results. And finally, the third theme is continuing to generate strong returns for our shareholders. We've done a great job over the last six years, and we have been and will continue to be good stewards of our cash and our shareholders' capital. This is not a 2012 goal or a theme, but an ongoing discussion and focus of management.
To that end, we've already kicked off the process to develop our next long-range plan or LRP to position us for years 2013 through 2015. The process will take the better part of this year, and it's a healthy way for the business to refocus on the future and challenge ourselves to reach higher than we might have ever thought possible.
So with that, I'll turn the call back over to Andy.
Unverified Participant:
Thanks, Steve. Before we go to Q&A, I have one housekeeping item to mention. As noted in today's press release, I want to draw your attention to a change noted in the timing of future press releases. Starting with the first quarter of fiscal 2012, we will no longer publish a quarterly sales release. Instead, we will combine our quarterly reporting of sales and earnings to make our quarterly release of financial results more comprehensive and complete.
Cindy, we would now like to open the lines for the questions at this time.
Q&A
Operator:
Thank you. [Operator Instructions] We'll take our first question today from Charles Grom with Deutsche Bank.
<Q - Chuck P. Grom>: Thanks. Good morning, guys. Just on Canada, with the expectation that the losses get, I guess, a little bit lower each quarter here throughout 2012, should we expect the fourth quarter to be breakeven and do you still expect to make money in this segment in 2013?
<A - Joe R. Cooper>: Hey, Chuck. This is Joe. We do expect sales to be more productive each quarter, losses to decline each quarter; don't want to be specific in the fourth quarter. But clearly, we're very optimistic about our opportunities in the nine weeks of Christmas at Christmas, but don't want to break our trend and start giving guidance ahead of time. And regarding 2013, it continues to be our goal to break even in 2013 but we do have a lot of test and learn to occur this year and we'll be more specific later in the year.
<Q - Chuck P. Grom>: And, Joe, just as a follow-up, can you just remind us when you start to make money, how do the tax implications once you start the break even and then eventually start to go into the black?
<A - Joe R. Cooper>: Yeah. We can start reversing the tax benefits when it is more likely than not that we will continue to make money. So what tends to happen is, assuming that that trend is sustainable, then those will be fully - the tax benefit will go against that and those earnings would drop to the bottom line.
<Q - Chuck P. Grom>: Okay, great. And if I could just sneak one more in, on the 2% to 4% comp outlook for the first quarter, can you give us a little bit of sense for how you think the categories will perform relative to what you guys did in the fourth quarter? And if you could shed any light on February sales, that'd be great.
<A - Steven S. Fishman>: Yeah, we won't, on February, Chuck. We really don't do that. But it's pretty consistent what's going on. Furniture continues to run really strong into the first quarter from actually all of last year, but really strong in the fourth quarter. The Home business is refreshingly exciting, and we have high expectations for that piece of the business and, actually, my expectation is as the season goes on and the year goes on, we'll get better and better. The distortion that I kind of talked about a little bit in the presentation is going to start to occur in April, and Home's going to pick up some more space, particularly in the top of the bed areas.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | So we have high expectations there. That's really it at a top-line basis right now, I think, that I could share with you. Electronics. Electronics continues to be good. We had mentioned that. The tab business is really exciting to us, tablet, and then the accessory pieces that are associated with that, we're really learning, learning, learning and fourth quarter was terrific and beginning of the first quarter has been terrific there, too. It's just what's happening out there. I know you guys see that as much or more than we do. Everybody's got a phone. Everybody's a got a tablet. Everybody's got accessories, multiple accessories to accessorize with, and we're really trying to take advantage of that. <A - [005FYR-E Timothy Johnson]: Hey, Chuck. It's T.J. Let me pick up on what Steve mentioned about February. We do not necessarily always lay out comps by month for you guys. But clearly, we know February now. February for us was on plan. The difficulty in speaking to a specific comp is we do, from time to time, as you know, move events or have promotions, have different timing throughout the quarter than maybe they had in the prior years. So we don't necessarily want to go down that path of explaining every month, every quarter. But February was on plan and, as Steve mentioned, the key categories that were good for us in fourth quarter we think have legs here into 2012. So that's encouraging. <Q - Chuck P. Grom>: Okay, great. Congrats on a great year. <A - Steven S. Fishman>: Thanks. <A - Timothy A. Johnson>: Thanks. Operator: We'll take our next question from Matthew Boss at JPMorgan. <Q - Matt R. Boss>: Hey, guys. In terms of your positive year-over-year gross margin guidance for 2012, how should we think about the mix shift from Toys to Consumables and Consumer Electronics and where are we today in this process? And then along those same lines, can you walk through the tailwinds to offset this headwind in 2012 to get to the positive gross margin? <A - Timothy A. Johnson>: Certainly, Matt, it's T.J. I'll start and ask Steve to speak to mix again. But from our perspective, the middle part of the year, the second and third quarter, was tough for us from a seasonal perspective for different reasons. But we took more markdowns than we would have liked. Our expectation would be that, hopefully, we don't repeat last year's weather in March through May, and we've got a better running chance at Lawn and Garden in summer to not have to be as promotional as we were a year ago. Additionally, as we get into the third quarter, Doug and his team have some different strategies to hopefully drive business and not be as reliant on seasonal in third quarter which was a little bit of a challenge for us, as you'll recall. Working the other way, gosh, it seems like every day that price of diesel bounces around differently, so we're mindful of that, Similarly with the price of oil, we're mindful of that. And as you mentioned, from a mix standpoint, we start to anniversary in the middle part of the year some of the changes that were made in terms of where we were focused, i.e., more focused on Electronics, less focused on Toys in your example. So we do start to anniversary that as we get into the middle part of the year. So additionally, a little bit of a headwind this year could be a little bit higher shrink, particularly as some of the categories changes, i.e., Electronics and things like that. So we put all that together, and at the end of the day we think that the margin rate goes up a little bit for the year with markdowns being the key driver. <Q - Matt R. Boss>: Okay. And then secondly is, Steve, how would you describe the availability of closeout inventory in the channel today, and are you seeing any material change in availability and, particularly, any categories of note that you could speak about? <A - Steven S. Fishman>: It's always the same. Matt. I don't think I've changed my comments for seven years. I will tell you that it, for some reason, seems to have picked up to a more aggressive posture in the last two to three weeks. In particular, it tends to be in the Consumables area, which to us is good because we just like - the Consumables business is the largest closeout piece of our business as a percent to total. So if you were taking a look at it, where we always talk about anywhere from a third to half of our business being closeout, Consumables is between 70% and75%, almost 80% closeouts. So it's been pretty aggressive and pretty active. We continue to work on relationships with the people who we do business with, the branded ones in particular. I can't speak to why it has picked up. I can only assume that they either have a lot inventory or someone's pushing back. That's the same thing that happens all the time. But that's really where it's happening in a pretty aggressive posture, particularly in food and in HBC. <Q - Matt R. Boss>: Great. Okay. Thanks, guys. Operator: And we will take our next question from Dan Wewer with Raymond James. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

<Q - Dan Wewer>: Thanks. Good morning. So, Steve, you sound very upbeat on this broad-based sales recovery in a number of categories. It sounds like you expect that to continue in FY 2012. But in looking at the guidance, particularly for the first quarter of a 2% to4% increase, mindful the business was down over 3% last year and surprised that you're not a bit more upbeat on the sales outlook for the first quarter in light of the comparisons. Can I get your thoughts on that?
<A - Steven S. Fishman>: We feel real good about the guidance that we've given, Dan.
<Q - Dan Wewer>: Well, I know you do; you feel good about it. But I'm just saying, it does suggest some deceleration from where you were in the fourth quarter given the [ph] only (33:52) 3.5% comp on top of flat a year ago?
<A - Steven S. Fishman>: Well, the businesses aren't quite the same in the fourth quarter from a volume basis. Seasonal business was terrific in the fourth quarter, but that was Trim-A-Tree. The Seasonal business in the spring is Lawn and Garden. We have to wait and see how the consumer reacts, and it's way too early in our business to figure out that it's very, very good or very, very bad or anything in between. The first quarter call is always impossible for us to even call the quarter. A year ago at this time, actually we were flying and we were all excited about it. Then the weather turned against us, and we were not happy with first quarter results. So it's way too early to talk about that.
Electronics does continue to be vibrant. We're really excited about that. I'm excited about the plans that we have for Home, but we have yet to fully execute them. So it would be preliminary for me to get overly excited about that, and the business that drove the volume in the fourth quarter was predominantly seasonal-related. So top of the bed,blankets and stuff like that, that doesn't occur in the first quarter. And Furniture does continue to be really, really good. So I will say that piece. So I'm just trying to be reasonable in our guidance. Our expectations are that we've given guidance that we think are consistent with what we think the business is going to perform at.
<A - Timothy A. Johnson>: Two other things I'd add to that, Dan. First off, we did move an ad circular out of first quarter into second quarter and we did try to take that into account in our comp guidance. But additionally, I would tag on to what Steve said. The challenge for us sitting here today is that the easy compares, to use your phrase, are ahead of us. And not knowing what weather's going to be, it's difficult for us to really step out and say, hey, let's comp on comp.
We certainly wouldn't want to step out and buy the inventory that way because if we're wrong, we've got a challenge. So the easier comp is ahead of us and without really having real clear visibility into it, we take a look at what were the trends coming out of, really, third quarter, starting there, fourth quarter and what's going to be important to first and we got comfortable that 2% to 4% made sense for us.
<Q - Dan Wewer>: And just real quickly, why would the gross margin rate drop in the first quarter but increase for the year and then, also, it looks like the pace of buybacks slowed during the fourth quarter relative to the first three quarters of the year just ended. I'm just curious as to why the pace of the buybacks slowed.
<A - Timothy A. Johnson>: Yeah, from a margin standpoint I'll go back to what I had mentioned earlier. I think first off, we do start to anniversary in the second quarter and the middle part of the year some of the strategic decisions to go into different classifications, which impacted IMU. So that anniversary is ahead of us, so to speak. But the large difference in terms of why do we expect margins being up year over year is markdowns which hurt us in the second and third quarter, not in the first.
<A - Joe R. Cooper>: Yes, Dan. It's Joe. I can speak to the buyback. We actually run on a grid, and so it depends on where the share price goes. We've got three months to run on that grid. Particularly in the fourth quarter, the window's only four days so the market dictates that.
<Q - Dan Wewer>: Okay. Thank you.
Operator:
We'll take our next question from John Zolidis with Buckingham Research Group.
<Q - John M. Zolidis>: Hi. Good morning. Nice finish to the year.
<A - Steven S. Fishman>: Thanks.
<A - Timothy A. Johnson>: Thank you.
<Q - John M. Zolidis>: I want to ask a question about something you touched on in the script, which is the consistency of same-store sales and a potential to improve that. I do think that that's something investors care a lot about and would be really beneficial for your stock over time, if we could get a greater comfort level that comps could come in a little bit more predictable and more consistently positive. So could you discuss some of the initiatives you have in place or you're thinking, I guess at this point, about what you can do to make the business more consistent on a quarter-to-quarter basis, and then how does the closeout nature of the business create a

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

unique challenge there?
<A - Steven S. Fishman>: I'll address the closeout piece second and the consistency first. Doug Wurl joined us almost a year ago; it was last May, as Executive Vice President of Merchandising. And I think Doug is settling in to put his touch on the business probably on a timely basis and we need to let him settle in. And I think I and he feel real good about our plans for the year. So specifically to address some of the quarter-to-quarter issues, although I will tell you, we have a lot of initiatives particularly as it goes to getting into the second quarter and early third quarter, which has really been our nemesis quarter, John, and I know you know that. We've talked about it. We've been very open about it. We have stronger more aggressive plans.
Actually, what Doug's done, and I really support it, you hear us talk about the nine weeks of Christmas all the time. We focus on the nine weeks of Christmas like we do nothing else. And we very rarely do anything but outperform the fourth quarter of the year in the nine weeks. What Doug has done, along with the merchandising organization planning and allocation, is focused on a number of the businesses in nine-week increments for the balance of this year, and we've tried to take the same approach to nine-week periods, not just the nine weeks of Christmas.
And what are the opportunities and how do we really go after those businesses in those nine-week increments? What are the things that are most meaningful to the consumer during that period of time? And starting in the second quarter, in particular, going into the end of the second quarter into early third quarter and late third quarter, before fourth quarter, which is already done, the nine weeks of Christmas is basically done and decided upon for 2012. We've got some really good plans and I feel terrific about that piece.
The second piece that he's addressing in the merchandising organization is the closeout piece that I said I was going to address first, but I didn't, I'm sorry, which is we really are focused on understanding by business category and managing each one of the pieces about how closeouts as a percent to total really affect our overall business and different businesses because they do affect us in different ways in different businesses.
Some of it's made for us. We call it in and out. It's global and it's seasonal and it comes in on a six-month basis, and we do a really great job with it and we're really satisfied with it.
But some of the businesses, Consumables, parts of Home, Hardlines and those businesses are really elevated when the closeout percent of total is elevated, and we're really focusing on that as a complete separate strategy, too, and really going after understanding how those closeouts are planned, what's on order, what are we doing about it, how aggressive are we? So instead of sitting back and kind of waiting for it, John, we're really aggressively approaching it and we're out there in the market probably stronger than we've ever been before in addressing those opportunities and making sure those opportunities aren't getting by us.
<Q - John M. Zolidis>: Okay. Thanks very much, and good luck.
<A - Steven S. Fishman>: Okay.
Operator:
And we'll take our next question from David Mann with Johnson Rice.
<Q - David M. Mann>: Yes. Thank you. Good morning, and great year, guys, a great end.
<A - Steven S. Fishman>: Thanks, David.
<Q - David M. Mann>: Question about Canada. Can you talk about the timing for when you expect inventory to be at that target level? And also, perhaps comment on the marketing plans in Canada, perhaps the introduction of your rewards program or transformation of their loyalty program. Thank you.
<A - Joe R. Cooper>: Sure. It's Joe. I would say the inventory we've been successful building in a limited number of categories, but still not the kind of assortment we would like. We were pretty successful with some Trim-A-Tree, some Toys. We've been able to get some furniture up to Canada, and all of that has been successful although in limited quantities. For 2012, we're very focused on broadening our assortment, bringing Home, expanding our Home assortment and certainly we've been successful building Consumables which is heavily closeout and needs to be sourced up in Canada.
So to answer your question, late in the second quarter or building through the second quarter in quantities, but really filling out the assortments where we would like is really a third quarter. And certainly being set for the nine weeks of Christmas, we'd like the stores to be set with a pretty strong assortment by the end of the year. But remember it's still a year of test and learn. So we're going to make some mistakes. We're going to bring some merchandise in that might not play as well, and that's okay because we do want to test and learn. And that's what this year is all about.
<A - Steven S. Fishman>: I'll add to that, David, just because Joe's trying to be kind about it. We've made a conscious decision that

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | marketing efforts are not what we want to do, which is really your first question. Let me tell you why. My point of view is that inviting people into the stores when you haven't really significantly changed anything and you're not ready to do it is the biggest mistake you can make, at least from a retail standpoint and that's just my point of view.<br>So really, what we're finding right now is just that just putting great merchandise in the Liquidation World stores right now is pulling plenty of traffic in and we're really happy, and we're seeing volume increase on a by-store basis on a week-to-week and month-to-month basis from where we were when we took it over in July. And putting great merchandise in there, helping<br>them understand how to execute the right way, the Big Lots way, is the right thing to do in 2012. And we'll be ready to start talking about rebranding stores in 2013.<br><Q - David M. Mann>: Okay, very good. Joe, in terms of your comments about 2013, I just want to clarify because in the past I believe you talked about a return to profitability in 2013. This morning, you used the words getting to breakeven. Is that any change in outlook in terms of your thoughts for Canada<br>in 2013?<br><A - Joe R. Cooper>: No. It's just - I think what I was trying to emphasize is to believe we have a firm model for 2013 is premature. I think the better term is the goal of the business. When we purchased the business, we certainly had internal models that ran 2011 and 2012 and into 2013. There's an awful lot to accomplish in 2012. We're very focused on doing that. We think we're building the team to absolutely do that. But I'm careful to imply we have a firm model one year out when there's much ahead of this year, that's all.<br><Q - David M. Mann>: And then in terms of Canadian stores and the comp calculation, should we expect that they will enter the comps 15 months after the acquisition?<br><A - Joe R. Cooper>: I think we'll make that decision along the way. It's just the business was in such a dire straits last year, to comp it this year would obviously be misleading. We're really talking about productivity in the<br>store and the sales increases, I guess, we'll talk about whether the comp enters the calc in a year.<br><A - Timothy A. Johnson>: Yeah, if we put those stores in, David, after 15 months, keep in mind, to Joe's point earlier, we'd have a fully assorted store versus a store that had roughly 20% of the inventory a year ago. So we wouldn't want to be misleading to you guys like that and be reporting some kind of huge, huge comps in the third quarter when, really more importantly for the year anyway, for you guys hopefully to judge our progress is are we doing what we said we were going to do? Is volume from quarter to quarter going up like we anticipated? That's the most important thing, as Joe mentioned, to getting to 2013 and feeling good about a model that gets us to breakeven.<br><Q - David M. Mann>: And then one last question on SG&A. Last year you talked<br>about lower bonus in the first quarter of $8.5 million. In terms of this year's first quarter guidance, should we expect that that entire bonus is recovered in the outlook?<br><A - Timothy A. Johnson>: I would suggest the majority of it, but not all of it. Remember, back from the first quarter, the $8.5 million was a combination of the fact that we did this in our first quarter plan, but first quarter of 2010 was a bang-up quarter, if you'll recall. We had our 6% comp which was probably one of the biggest comps on a quarterly basis we've had in a number of years.<br>So it was a combination of underperformance in 2011 but outperformance in 2010, so not all of the $8.5 million.<br><Q - David M. Mann>: Thanks so much. Good luck in the quarter.<br><A - Steven S. Fishman>: Thanks.<br>Operator:<br>[Operator Instructions]. We will go to our next question from Jeff Stein with<br>Northcoast Research.<br><Q - Jeff S. Stein>: Hey, guys. Good morning. A couple of questions for you. Number one, have you bought seasonal up, down or about flat to last year. Given the fact that the last year's seasonal goods, particularly Lawn and Garden was tough, how should we be thinking about that?<br><A - Steven S. Fishman>: It's planned up. Actually, the entire season was flat, if you'll recall, Jeff. We made up in the second quarter what we dropped in the first from a top-line standpoint. Unfortunately, we didn't from a profit standpoint. But it's planned up, and I would call us moderately aggressive in Seasonal this year.<br><Q - Jeff S. Stein>: Okay.<br><A - Joe R. Cooper>: It's as much anything average price point, too.<br><Q - Jeff S. Stein>: Okay, and another question. As we look at Canada and the |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

three initiatives, maybe you could just tell us where on the glide path are you with regard to your three initiatives, with regard to hiring, merchandising and cleaning up the stores? Are you on track for each of them? It almost sounds a little bit like you're having some issues getting the inventory levels up to where you would like them to be.

<A - Joe R. Cooper>: We're on track on all three Jeff. They run different timetables. Cleaning up the stores, I think the team did a great job doing that. But we had such minimal levels of inventory that we asked them to clean up the stores and that was executed in the third quarter. Now execution in the stores and keeping them standing tall, we're working through and I think we're making very good progress there. So the store cleanup's been executed. The hiring the talent, principally very close to being done with that, added a lot of great talent to the team, and building inventory is just a much longer process.

The focus in the back half of 2011 was really focused on closeouts, to acquire quickly in Canada, to get principally some Consumables which took some time because it's very vendor-heavy and takes a while to build those inventories and, also, tapping the significant resources of our Columbus organization to move up some inventory that we could because of labeling quickly and that was Toys, Furniture, getting in touch with Serta and Ashley and leveraging those partnerships which is working very well up there.

And then Seasonal to the extent we could get it up there because we could not move anything with a plug, if you will, north across the border. So we moved some trees and some decorative items and some wrap up, and all that worked very well but it was very limited.

And so in 2012, the organization will be able to and has plans to build the seasonal inventories because we had more time to plan that. Home is an area that's going to take some more time to develop and we're adding resources there. So all across the business, developing what really is a pretty complicated assortment will take some time and that's what I was speaking to earlier.

<Q - Jeff S. Stein>: Okay. And what is the margin differential, growth margin differential, that you're budgeting for Canada relative to the U.S.?

<A - Timothy A. Johnson>: Yeah, Jeff. It's T.J. I think it's a little early for us to start breaking down margin and SG&A components for Canada at this point. Clearly, we'll give you guys the segment reporting like we've done today for fourth quarter, and you'll see those actual results as we go through the year. But I think it's more important for us right now to make sure we give Joe and the team the flexibility to test and learn, whether it's high margin, low margin, markdowns, no markdowns, different types of promotions in the store and not feel encumbered on a margin rate that we might give you guys.

<Q - Jeff S. Stein>: Got it. Thank you.

Operator:

We'll take our next question from Anthony Chukumba with BB&T Capital Markets.

<Q - Anthony Chukumba>: Good morning. Just had one question on Canada, and I know you've touched on some of this over the course of the call, but what has positively and negatively surprised you in Canada? It seems like the early results have been considerably better than you expected. So I just was wondering what do you think is really kind of driving that, and is there anything that is, like I said, that's surprised you a bit on the negative side? Thanks.

<A - Joe R. Cooper>: Well, I would say, I mean, we've have done a lot of due diligence on Canada. We've wanted to get up in that market for the last couple of years. So we weren't terribly surprised - we have not been surprised on the market. We believe we know how we can win up there. We believe we know the categories that we win out will be successful in Canada. So the fact that the customers are responding to the limited assortment that we've been offering is very, very encouraging to us. Surprise to the downside, I can't speak to anything specifically. I think we are aware that there are significant challenges in turning around this business. And so the combination of the team that we're building up there with, again, the tremendous resources we have here in Columbus, we think is a recipe for success.

<Q - Anthony Chukumba>: Okay. That's helpful. Thank you.

Operator:

And we'll take our next question from Bradley Thomas at KeyBanc Capital Markets.

<Q - Bradley B. Thomas>: Thanks. Good morning. I wanted to just follow-up on something that you touched upon in of the earlier questions, I really wanted to ask about it more directly, that theme of consistency. And I was hoping you could just talk a little bit more about the big opportunities for you to improve some of the predictability and consistency of the business.

<A - Steven S. Fishman>: Actually, I think I gave a pretty good explanation as far as it goes in what I shared already today. Deeper than that would revolve and involve discussing of future plans on a quarter-to-quarter basis, and I'm just, as a consistent practice, not willing to do that. We feel very, very good that we have very specific merchandising plans

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | for execution on a quarter-by-quarter on a nine-week-by-nine-week basis,and as we get into those periods, the end of the first quarter going into the second will speak to that.<br><Q - Bradley B. Thomas>: Okay. I appreciate that. With respect to one of your other main initiatives, the opportunity on system, could you maybe talk a little bit more about where you think those can have an impact this year?<br><A - Steven S. Fishman>: Yeah. We feel really, really good about where we're at as far as that goes. I mean, we've made some great capital investments. Probably the two biggest ones clearly are SAP, and now that we have retail up and running, although it's not only been four weeks, I guess at this particular point, I called it a feather dropping to the floor was probably the finest execution that we've ever done before. We had about 70 people internally committed to that program over a four-year period, and it's up and running with really nothing going on except for better quality, more consistent information. So we're real pleased about that.<br>If you combine that with the investment that we made a few years ago in the entire chain of about $40 million worth of capital for new register systems, we're pretty well up-to-date where we want to be.<br>What we're working on now, and the reason that I kind of indicated it'll take a few years; it's more the warehouse management system piece of it. Now what we've done is we've gone back to - and I've always spoke to the fact that the best way to make investments are when you don't have to, when you're not pressured up against the wall because you make them the right way and you make them intelligently.<br>So now we're going back and we're looking at our warehouse management systems as we go forward and as we look at future growth for the company, the fact that we're at 1,450 stores and probably will end this year closer to 1,500 stores after the pluses and the minuses. And then we'll talk about, at the end of this year or really a year from now, the new long-range plan. In the next 36 months, we'll eventually be pushing up on the infrastructure as we have it right now.<br>So new warehouse management systems will be great. We'll bring one of them up in one of our distribution facilities this year; we have five DCs across the United States. And then we have a plan internally to bring some of the other DCs up in the next few years. So that's one thing. Number two, just to manage our human resources a little bit better. We've always known and we've always wanted a better system, and we'll be investing in that at some point this year and the next year.<br>And the third piece is, as Chuck's sitting here, he's been really good and passive about the fact that he needs a new real estate system, which is really a core to what we're trying to do as a company over the next few years and what we've invested in going forward. So we'll invest in a real estate system. So they are just things that are going to make us a better and better company and help build for our future.<br>They're not in any way what I'd considered to be near as significant as the capital expenditures on an individual basis as we've made in the past, which is another great thing. It just says that we can utilize our capital for growth which will predominantly be keeping our infrastructure great and new stores.<br><Q - Bradley B. Thomas>: Got you. Thank you, Steve.<br>Operator:<br>We will take our next question from Patrick McKeever with MKM Partners.<br><Q - Patrick G. McKeever>: Thanks. Good morning, everyone. Just wondering about the private label program in the Food area and how it's going, how many SKUs you have, what areas and what's working, what's not? Is it a material piece of your Food business and what are the plans going forward?<br><A - Steven S. Fishman>: I don't want to give you numbers, Patrick, that I'm not real clear on and I'm embarrassed to a certain point. I will tell you both Fresh Finds and International Foods is doing quite well. Probably from a volume base, and I won't share those specific numbers with you, but they're in the double-digit millions. After the first year, we were so pleased we'll probably do in the range of double the business in both of those programs this year. So I think it's a very good point at some point when it becomes"significant," we will share those numbers with you.<br>But both Fresh Finds and International, on a volume level, are almost identical or will be this year. And there's not much yet, that's not working.<br>But as we broaden the SKU base, and I want to say in Fresh Finds, we have about 150 SKUs. That's not what I'd considered to be wildly significant. So that's the only reason I mention that. But I'll get you better numbers or T.J. will or Andy.<br><Q - Patrick G. McKeever>: Sure. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

<A - Steven S. Fishman>: And we're expanding it out going forward into the first quarter and the second quarter. Almost everything we're doing is doing well. The likelihood is as you expand the SKU base, that you're going to find
some items that are not selling. We have a relationship internally with a domestic manufacturer who is the best in the country, who does it for us and a lot of other people and, in fact, the resource is so committed to us that we will have a permanent relationship on staff in-house with them. So that's building and that'll be significant. And then, our Food people have been overseas, particularly in Europe, in the last few months mostly Germany where a lot of great stuff is coming out between Germany and Switzerland, et cetera, et cetera, snacks, chocolates, real exciting-type, specialty-type food stuff. It's doing well. It's all doing really well.
<Q - Patrick G. McKeever>: So do you feel like the - because one of the objectives there in building it out, I think, was to build more consistency in the Food area. Do you feel like that's happening?
<A - Steven S. Fishman>: Yeah, a real good point, Patrick. Yeah, you got it. You are right, and we probably should be a little bit more specific on that and maybe next quarter we will be.
<Q - Patrick G. McKeever>: Okay, and then just a real quick one. I mean how weak was the Seasonal business last year, the Lawn and Garden business? You said that you have yet to come up against the really easy comparisons with last year. When do those hit?
<A - Timothy A. Johnson>: Think of it two ways, Patrick. Middle part of March through, really, Memorial Day, weather was not our friend.
<Q - Patrick G. McKeever>: Yeah.
<A - Timothy A. Johnson>: So that's both Seasonal and I would suggest Seasonal transactions or that need for someone to come in and shop the rest of the store started to be a challenge. I think we said last year, comps for Seasonal in the first quarter were negative mid-single digits and then they turned around to more positive mid-single digits in the second quarter as we had to get more aggressive on price, et cetera. So for the spring season, to Steve's point earlier, comps were relatively flat. We're planning the season up this year.
<Q - Patrick G. McKeever>: Got it. Okay. Great.
<A - Steven S. Fishman>: All right?
<Q - Patrick G. McKeever>: Thank you.
<A - Steven S. Fishman>: Yep.
Operator:
We'll take our next question from Peter Keith with Piper Jaffray.
<Q - Peter J. Keith>: Thanks. Good morning, everyone. I know the call's getting a little bit long here. But, Steve, you talked in the past about with the Buzz Club and your point-of-sales system that allows for customer data capture that you might be able to implement more of a direct marketing program at some point in the future. Could you just kind of update us on your
thoughts on that portion of your business?
<A - Timothy A. Johnson>: Yeah, Peter it's T.J. I would suggest to you there's still work being done there. I think what we learned, we had some fairly good success in the fourth quarter communicating to our rewards customers and giving them kind of a sneak peek or an opportunity to come in and take advantage of markdowns earlier than the general public. We know they
like being treated special.
I would suggest to you that there will still be a fair amount of testing going on in the first half of 2012 because we're not as comfortable or we're not as pleased with the overall results of the program. Yeah, we think we've done a great job of building a large database of customers to communicate with as e-mail and social communication becomes more and more important and print is less and less important. It's helped us keep our costs low in advertising. That's a very big benefit.
We have a friends-and-family event coming up this weekend like we did last year. The rewards weekends have gone extremely well. So there certainly are a lot of benefits to the program that we have in place. Communicating directly kind of outside of those events
or outside of ads is where we see opportunity
going forward. We've got, we think, some pretty good ideas to test and when we have something that's, I'll call it rollout-able, that is meaningful, we'll talk about it. But we're not there yet.
<Q - Peter J. Keith>: Okay. Sounds good, and good luck this year.
<A - Steven S. Fishman>: Thanks Peter.
Operator:
Our last question today will come from Meredith Adler with Barclays Capital.
<Q - Meredith Adler>: Thank you very much. I got in under the wire, and congratulations on a great fourth quarter.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

<A - Steven S. Fishman>: Thanks, Meredith.
<A - Timothy A. Johnson>: Thanks, Meredith.
<Q - Meredith Adler>: Nobody has really talked at all about the growth in the U.S., and you said you would be opening 90 stores this year. I just wonder, maybe Chuck could talk a little about what you're seeing in the real estate environment. How many of those 90 stores will be A sites? Has it changed, gotten any tougher than a year or two?
<A - Charles W. Haubiel>: Meredith, I don't think it's gotten a lot tougher. I do think, obviously, without new store growth or new store construction in those types of markets and without the same number of bankruptcies that we saw in the past, we do expect that we'd probably open about 20 A stores this year compared to about 25 last year. So I do think that we're starting to get into a cycle that I'm not sure is going to have that material of an impact on our store openings. But it is going to change the mix up some as to the A sites and what we consider to be the better, more traditional sites.
<Q - Meredith Adler>: And the cost of real estate?
<A - Charles W. Haubiel>: It's creeping up every year. I don't think there's, once again, a large material change in it primarily because, quite frankly, the As are the As. And so I think last year we started seeing a pretty significant move when those numbers took a material reduction as far as availability out in the market.
This year, I haven't really seen a big increase. I do think that what we are focused on that we haven't spent a lot of time talking about is the traditional centers that would be in more expensive locations, and one I'm thinking of, quite frankly, is one in Elizabeth, New Jersey where the IKEA site is if you're familiar with that. We just opened a store kind of across the parking lot next to Toys"R" Us, and that's a pretty high-rent district. We don't classify that as an A store, but we're looking at that as a different model, obviously, with the higher demographics and the higher customer counts there to offset the higher occupancy costs.
<Q - Meredith Adler>: Great. And then I'd just like to ask about whether you'll say anything about how you use your free cash this year? Is it reasonable to think that you might do some buyback?
<A - Charles W. Haubiel>: I guess I'll jump on that as well. The board just met yesterday, and as we discuss every quarter with the board, obviously there's $99 million authorization still remaining. Joe kind of alluded earlier to it that we look at not only what's occurring during the open window and what's moving with the stock, but typically the board will also put in place a 10b5-1 grid that, depending on what the market does, could result in us having some buyback. Nothing else has been authorized or wasn't authorized at yesterday's board meeting. So it'll be quarters going forward.
<A - Timothy A. Johnson>: Yeah. I think, Meredith, T.J., just to chime in on what Chuck's saying, we ended the year with a little over $60 million in debt. As you know, our first quarter is one of our heaviest cash flow quarters of the year. So clearly we've got a pretty good opportunity here to be rid of that debt absent any kind of extra buyback activity or use of the $99 million.
Having said that, we expect to generate $200 million of cash flow this year. We've got a $700 million revolver. I think, Steve and the board both believe that we've got plenty of dry powder to do what we want to do both in the plan or, if there's an opportunity, if the market gives us an opportunity to continue to buy back meaningful amounts of share. So we're in a real good position right now, meaning a high cash flow company with a big yield is clearly a benefit to this model. We feel very good about how we're heading into 2012, both from a business standpoint as well as a balance sheet and liquidity standpoint.
<Q - Meredith Adler>: Great. Thanks for answering my questions.
Unverified Participant:
All right. Cindy, we thank everybody for their time today and we look forward to talking to everybody at the end of May on our first quarter call.
Steven S. Fishman:
Thank you.
Operator:
Ladies and gentlemen, a replay will be available for this call within the hour and will end at 11:59 p.m. on Friday March 16, 2012. You can access the replay by dialing 888-203-1112.That is for toll-free U.S and Canada, or you may dial 719-457-0820 for international callers, and enter the passcode 4069205. Again, that phone number is 888-203-1112. That's for toll-free U.S. and Canada callers, or 719-457-0820 for international callers. Please remember to enter the passcode 4069205.
And again, ladies and gentlemen, this concludes today's presentation. Thank you for your participation. You may now disconnect.
This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*Mar 2 2012 10:32:09Wire: Bloomberg News (BN)*
**U.S. Stocks Little Changed After S&P 500 Rises to 4-Year High**
By Rita Nazareth
March 2 (Bloomberg) -- U.S. stocks were little changed as investors weighed whether a rally in the Standard & Poor's 500 Index to an almost four-year high has gone too far amid concerns about global growth.
Energy shares in the S&P 500 had the biggest decline among 10 groups. Big Lots Inc. slumped 3.4 percent after sales missed analysts' estimates. Yelp Inc., the site that lets users review everything from diners to dentists, surged as much as 73 percent in its first day of trading. Sara Lee Corp. rose 4.8 percent after its international coffee company filed for a spinoff.
The S&P 500 fell less than 0.1 percent to 1,373.71 at 10:29 a.m. time. The benchmark gauge for American equities has advanced 0.6 percent this week. The Dow Jones Industrial Average retreated 4.81 points, or less than 0.1 percent, to 12,975.49.
"There's a whole too far, too fast thing," Rick Fier, vice president of equity trading at Conifer Securities LLC in New York, said in a telephone interview. His firm oversees more than $12 billion. "We don't think that means it's going to have a huge pullback, but a consolidation would be a relief."
The euro weakened and German bonds gained as Spain raised its budget-deficit target for 2012 and German retail sales unexpectedly declined. Spanish Prime Minister Mariano Rajoy announced a new deficit goal of 5.8 percent of gross domestic product compared with the 4.4 percent target previously agreed with the European Union.
Earnings, Valuation
The S&P 500 has risen 25 percent since its October low and recorded its best start to a year since 1991 amid better-than- estimated earnings and economic data and expectations that Europe would tame its debt crisis. Yet the index trades at about 14.1 times reported earnings, compared with the average since 1954 of 16.4 times, according to data compiled by Bloomberg.
A gauge of energy shares had the biggest decline among S&P 500 groups, slumping 0.4 percent. Anadarko Petroleum Corp. dropped 1.9 percent to $84.16.
Big Lots slid 3.4 percent to $42.97 after reporting fourth- quarter sales of $1.63 billion. On average, the analysts surveyed by Bloomberg estimated revenue of $1.66 billion.
Yelp climbed 60 percent to $24.01. The San Francisco-based company raised $107.3 million in the IPO, pricing the shares at $15 each, according to a statement yesterday. The company earlier offered them for $12 to $14.
Spinoff
Sara Lee added 4.8 percent to $21.36. Its international coffee company, which includes the Douwe Egberts, Senseo and Moccona brands, filed for a spinoff under the name DE International Holdings NV. After the separation, the coffee company will declare a special $3 dividend.
Price swings in the S&P 500 have become more muted this year, making investors complacent about the outlook for stocks, according to Canadian brokerage firm Brockhouse & Cooper Inc.
There have been no daily swings of 2 percent or more in either direction this year, compared with more than 25 occurrences in the second half of 2011, when Europe's sovereign- debt crisis triggered a drop in equities. The lower chart panel tracks the Chicago Board Options Exchange Volatility Index, or VIX, known as the market's "fear gauge."
"Volatility tends to come with negative surprises, and it's been quiet since December," said Pierre Lapointe, a strategist at the Montreal-based brokerage. "But quiet periods usually don't last. There is a risk of complacency. This is a low volatility environment and investors shouldn't think this is the new norm."
--With assistance from Alexis Xydias in London. Editor: Jeff Sutherland

*Mar 2 2012 11:15:28 Wire: Bloomberg News (BN)*
**Big Lots, Fusion-io, Overstock.com, Yelp: U.S. Equity Movers**
By Lu Wang
March 2 (Bloomberg) -- Shares of the following companies are having unusual moves in U.S. trading. Stock symbols are in parentheses and prices are as of 11 a.m. in New York.
A123 Systems Inc. (AONE US) declined 4.5 percent to $1.82 after sinking to $1.71 earlier, the lowest intraday price since Jan. 3. The maker of batteries for electric cars and trucks reported fourth-quarter revenue of $40.4 million, less than the average analyst estimate

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

of $53.7 million in a Bloomberg survey. Bank of America Corp. cut its rating on the stock.
Alaska Communications Systems Group Inc. (ALSK US) rose 19 percent to $3.69 after climbing as much as 21 percent, the most intraday since March 2009. The Anchorage, Alaska-based telephone company reported fourth-quarter earnings of 5 cents a share, beating the average analyst estimate of 4 cents.
Ascena Retail Group Inc. (ASNA US) rose 6.1 percent to $41.32 and advanced to $43 earlier, the highest intraday price since at least 1985. The women’s apparel retailer forecast profit this year of at least $2.75 a share, above the average analyst estimate of $2.67.
Big Lots Inc. (BIG US) fell the most in the Standard & Poor’s 500 Index, sinking 5.1 percent to $42.21. The discount retailer reported fourth-quarter sales of $1.63 billion, missing the average analyst estimate of $1.66 billion in a Bloomberg survey.
Esterline Technologies Corp. (ESL US) added 8.4 percent to $69.55 and reached $69.75 earlier, the highest intraday price since Sept. 1. The aerospace and defense parts supplier raised its forecast for 2012 earnings to between $5.10 and $5.40 a share, from $5 to $5.30 previously.
Echelon Corp. (ELON US) climbed 6.9 percent to $5.30 after jumping 10 percent earlier, the most intraday since Aug. 9. The maker of energy-saving equipment was boosted to overweight from neutral at Piper Jaffray Cos., meaning the stock is likely to beat its peers over the next 12 months.
Exelis Inc. (XLS US) gained 5.2 percent to $11.22 after jumping 11 percent, the most intraday since Oct. 14. The defense and information services company spun off from ITT Corp. forecast 2012 earnings of at least $1.80 a share, higher than the average estimate of $1.59 from two analysts in a Bloomberg survey.
Fusion-io Inc. (FIO US) had the biggest gain in the Russell 1000 Index, advancing 7 percent to $31.79. Morgan Stanley resumed coverage of the developer of flash-memory technology with an overweight rating, meaning the stock will outperform its peers over the next 12 to 18 months.
Motricity Inc. (MOTR US) slid 7.6 percent to $1.22 after falling to $1.10, the lowest intraday price since Feb. 3. The provider of mobile-data services reported a loss of 14 cents a share in the fourth quarter, wider than the average analyst estimate of a loss of 10 cents.
Overstock.com Inc. (OSTK US) slumped 13 percent to $5.99 after dropping to $5.89 earlier, the lowest intraday price since October 2002. The online discount retailer reported fourth- quarter sales of $314.1 million, trailing the average estimate of $377.5 million from two analysts in a Bloomberg survey.
Sara Lee Corp. (SLE US) rose 5.9 percent to $21.60 and advanced to $21.74, the highest intraday price since 1999. The maker of Douwe Egberts and Senseo coffee said its international coffee company filed for a spinoff under the name DE International Holdings NV.
Shutterfly Inc. (SFLY US) rallied 19 percent, the most in the Russell 2000 Index, to $31.95. The company agreed to buy Kodak Gallery, an online photo service with more than 75 million users, for $23.8 million.
U.S. Auto Parts Network Inc. (PRTS US) dropped 17 percent, the most intraday since Nov. 9, to $4.11. The online seller of car parts reported a wider-than-estimated loss, excluding some items, in the fourth quarter.
Yelp Inc. (YELP US) soared 65 percent to $24.71 on the first day of trading. The site that lets users review everything from diners to dentists raised $107.3 million in its initial public offering, pricing the shares above the marketed price range.

*Mar 2 2012 11:27:23 Wire: Associated Press (APW)*
**Big Lots 4Q Profit Climbs on Strength in US**
Columbus, Ohio (AP) -- The rapidly expanding retailer Big Lots posted a 4 percent jump in fourth-quarter net income and said earnings per share would likely rise by as much as 17 percent this year, yet shares dipped more than 3 percent Friday on its first-quarter outlook.
Big Lots first-quarter guidance is for adjusted earnings from continuing operations in a range of 75 to 81 cents per share, which is below the 82 cents forecast on Wall Street.
The company, which buys overstocked items ranging from food to housewares from manufacturers and sells them at a discount, earned $114.7 million, or $1.75 per share, for the period ended Jan. 28. That's up from $110.1 million, or $1.46 per share, a year earlier.
The company just edged out most Wall Street expectations, according to a poll by FactSet.
Revenue increased 10 percent to $1.67 billion from $1.52 billion.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Sales for U.S. operations climbed 7.5 percent to $1.63 billion. In Canada, which includes results from Liquidation World which was acquired in July, sales were $36.6 million.
Revenue at U.S. stores open at least two years rose 3.4 percent. This metric is a key gauge of a retailer's health because it excludes the volatility of stores recently opened or closed.
For the year, Big Lots earned $207.1 million, or $2.98 per share. That compares with earnings of $222.5 million, or $2.83 per share, in the previous year.
The per-share discrepancy is due to fewer outstanding shares in the current quarter. Big lots spent $46 million to repurchase 1.3 million shares.
Annual revenue climbed 5 percent to $5.2 billion from $4.95 billion.
Big Lots said, however that it anticipates an after-tax inventory charge of about $3.4 million, or 5 cents per share, in its fiscal first quarter.
The company foresees fiscal 2012 adjusted earnings from continuing operations between $3.40 and $3.50 per share. Revenue at U.S. stores open at least 15 months is expected to rise 2 percent to 3 percent.
Analysts predict 2012 earnings of $3.46 per share.
Big Lots Inc., based in Columbus, Ohio, had 1,451 stores in 48 states and 82 Liquidation World and LW stores in Canada as of Jan. 28
Shares fell $1.57 to $42.92 in early trading.

*Mar 2 2012 13:07:19 Wire: Bloomberg First Word (BFW)*
**U.S. EQUITY MOVERS: AMSF ASNA BID BIG UAL WFT WYNN YELP**
By Laura Kaster
March 2 (Bloomberg) -- U.S. equity movers as of 1pm
DECLINERS:
* BIG -4.4%; Sees year EPS $3.40-3.50; est. $3.46

*3/2/2012 01:38 pm ET S&P Analyst Research Notes*
**S&P REITERATES HOLD RECOMMENDATION ON SHARES OF BIG**
LOTS (BIG 42.80***): BIG reports Dec-Q EPS of $1.75, vs. $1.46, $0.09 above our estimate and $0.03 higher than consensus from Capital IQ. Results benefited from 3.4% comparable store sales growth in the U.S. as margins widened more than we expected on increased U.S. sales leverage, despite increased investment in Canada. Although we see Canadian dilution continuing in first half of 2012, we see second half benefits as leverage improves. As a result, we are raising our 2012 EPS estimate $0.22 to $3.46, and our 12-month target price by $3 to $44, based on our updated P/E analysis. /J. Agnese

*Mar 2 2012 16:55:49 Wire: Bloomberg First Word (BFW)*
**U.S. WRAP: Stocks Decline, S&P 500 Stays Positive For Week**
By Patrick McHale
March 2 (Bloomberg) -- Stocks retreated, trimming a weekly advance for S&P 500, amid concern that a rally that drove the index to highest since 2008 has outpaced global economic growth prospects. S&P 500 ended the week up 0.3%.
* S&P 500 -0.32% to 1369.63
* DJIA -0.02% to 12977.57
* Gold -0.52% to $1713.30/oz
* WTI Crude -1.98% to $106.69/bbl
* 10-yr Treasury -4.87bp to 1.9774%

*March 2, 2012 Webbush, Joan Storms, CFA*

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

**Big Lots (BIG)**
**Q4 Results Were Strong and Guidance Seems Conservative; Reiterate OUTPERFORM and Raising Target to $50**

Q4 EPS of $1.75 was above guidance for $1.71-$1.74 and our/consensus estimates of $1.74/$1.73. Excluding the impact of the acquisition of Canada's Liquidation World (which closed during Q2), EPS was $1.83. Gross margin was down 50 bps, to 40.3%, due to the continued shift of merchandise mix toward consumables, lower IMU, and higher shrink. SG&A improved 90 bps, to 28.3%, due to leverage of store payroll, distribution, insurance, lower debit card fees, utilities, and lower bonus expense, partially offset by higher depreciation.

Previously reported, Q4 comps were up 3.4% vs. 0.0% - above guidance for 1%- 2% and our/consensus estimates of 2.0%/1.7%. Total U.S. retail sales were up 7.7% to $1.62 billion.

• Guidance for 2012 EPS of $3.40-$3.50 seems conservative to us. 2012 EPS guidance was in line with prior consensus of $3.46, but below our $3.54 forecast.

Nevertheless, we are confident that BIG will prove to beat guidance as we get through 2012. Guidance for Q1 EPS of $0.75-$0.81 was at the low end of our/consensus $0.79/$0.81 prior forecasts.

• Maintaining our forecast for 2012 EPS of $3.54 and introducing our forecast for 2013 EPS of $4.05.

• We recently upgraded BIG to OUTPERFORM from NEUTRAL based on easier comparisons, more compelling merchandise, more consistent performance across merchandise categories, and a return to consumables-driven traffic.

The company has improved its consumables assortment and achieved solid consumables comp growth since Q2:11.

Overall comparisons remain fairly easy through Q3:12, as the company will be anniversarying negative lsd to positive lsd comps. During 2H:11, the company saw fairly consistent performance across merchandise categories, which is an improvement over the first half of 2011, and we expect this to continue. Although the Canadian acquisition is initially dilutive, we see good opportunities for 2012 and beyond.

• Raising our price target to $50 (from $47), which assumes the stock should trade at roughly 14x (previously 13x) our 2012 EPS forecast of $3.54 — in line with our projected longer-term earnings growth rate in the low to mid teens.

With improvements seen across the business, we now believe the company deserves a valuation in line with its projected growth rate.

RISKS

• Risks to attainment of our share price target include uncertainty regarding any potential acquisition offers;
sales volatility;
decreases in store traffic and average ticket; discounts and mix shift changes negatively affecting gross margins;
de-leveraging of SG&A; sourcing disruptions; competition from other discounters; consumer confidence; higher energy costs;
rising interest rates;
adverse weather; geo-politics, etc.

SUMMARY

The Positive(s):

• Management expects continued strength during 2012. Without commenting on quarter-to-date trends, the company sounded veryupbeat regarding its expectations for 2012, particularly with respect to furniture, home, and electronics categories.

• Canada is performing better than expected: sales of $37 million and net loss of $5 million were better than the company's expectations for sales of $25-$30 million and net loss of $7-$9 million

• New merchandising strategies are resonating with customers, including the scaling back of toys in order to allocate more space to electronics and seasonal, as well as continued success with its focus on consumables (particularly the "Wall of Values")

• Management has committed to providing more consistent and predictable quarterly results.

• The company successfully launched a new IT merchandising system which now values inventory at the merchandise class level, rather the merchandise category level, which will give greater visibility on the profitability of merchandising initiatives.

Our Concern(s):

• Apart from the mix shift towards consumables, we acknowledge that the company faces some challenges in trying to improve gross margins with its changing assortment, particularly with respect to IMU.

• The company has yet to introduce an e-commerce strategy to capitalize on the growing trend of online shopping.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

What to Do with the Stock:
• We would buy shares on the weakness following Q4 results. We believe the market has overreacted to what it perceives as a disappointing guidance, but we believe the company is being very conservative in order to deliver more consistent results.
Q4 Details
• Sales: Previously reported, Q4 comps were up 3.4% vs. 0.0% - above guidance for 1%-2% and our/consensus estimates of 2.0%/1.7%. Total U.S. retail sales were up 7.7% to $1.62 billion. The company commented that its Holiday strategy was wellexecuted, and that its decision to be aggressive in certain key categories was successful. Seasonal and furniture each comped up in low double digits and consumables comped up in mid-single digits. The decision to expand electronics offerings and scale back on toys was said to be well-received by customers.
• Gross Margin: Gross margin was down 50 bps, to 40.3%, due to the continued shift of merchandise mix toward consumables, lower IMU, and higher shrink.
• SG&A: SG&A improved 90 bps, to 28.3%, due to leverage of store payroll, distribution, insurance, lower debit card fees, utilities, and lower bonus expense, partially offset by higher depreciation. SG&A dollars were up 4.3% to $462 million versus the 7.7% sales increase.
• Operating Profit: up 10% to $196 million and flat at 11.7% of sales.
• Interest Expense: flat at $0.8 million in the U.S.
• EPS: Q4 EPS of $1.75 was above guidance for $1.71-$1.74 and our/consensus estimates of $1.74/$1.73. Excluding the impact of the acquisition of Canada's Liquidation World (which closed during Q2), EPS was $1.83. Net income was up 4% to $115 million.
• Balance Sheet: Big Lots ended the quarter with cash of $69 million vs. $178 million and $66 million of borrowings vs. none last year (reflecting share repurchases and the Canadian acquisition). Inventories were up 8% to $825 million on the 8% sales increase, but up only 2% YoY on a U.S. per-store basis. Shareholders' equity was $823 million vs. $947 million.
• Capex: $29 million vs. $24 million
• Real Estate: During Q4, the company opened 23 new stores and closed 17, ending the quarter with 1,451 stores (31.5 million selling square feet) in the U.S. and 82 stores in Canada (down from 92 stores when the deal was announced).
• Share Repurchases: During Q4, the company spent $46 million to repurchase 1.3 million shares at an average price of $36.79. There is $99 million remaining under the $400 million March 2011 Repurchase Program.
GUIDANCE (provided on 3/2/12)
• Q1
Consolidated EPS: $0.75-$0.81 (excludes the $0.05 non-recurring, non-cash inventory accounting charge)
§ U.S.: $0.85-$0.90
§ Canada: $(0.12)-$(0.09)
Sales
§ U.S.: up 6%-8%, with comps up 2%-4%
§ Canada: $25-$30 million
Operating margin: similar to last year's 7.0%
Gross margin: down slightly versus last year
SG&A expenses: flattish, as leverage from 2%-4% is expected to be offset by higher depreciation and incentive costs
• 2012 (53-week fiscal year)
o Consolidated EPS: $3.40-$3.50 (below our prior forecast for $3.54, but in line with prior consensus of $3.46), which does not assume any additional share repurchases, but does include an expected benefit of $0.10 as a result of the extra week in the 2012 fiscal calendar, as well as a non-recurring, non-cash charge of $0.05 during Q1 as a result of improved inventory accounting:
§ U.S.: $3.63-$3.73
§ Canada: $(0.26)-$(0.21), representing a $14-$17 million loss, reflecting: 1) there will be no tax benefit from Canada's operating loss during 2012, 2) gross margins are expected to be lower than the U.S., and 3) investments in expense infrastructure will result in near-term de-leverage
§ GAAP EPS: $3.35-$3.45, reflecting the $0.05 non-recurring inventory accounting charge
Comps: up 2%-3% at U.S. stores (note: The company is changing its reporting for comparable store sales to now be

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

based on stores open at least 15 months versus the prior basis for stores open at least two years, but the company said fiscal 2011 comps would not have been materially different using the new basis. Also, the company will no longer be reporting sales results prior to reporting full financial results)
Total sales:
§ U.S.: up 8%-9%
§ Canada: $140-$150 million
Cash flow: $200 million
Interest expense: $2 million
Diluted share count: 65 million, which does not assume any additional share repurchases
Operating margin: relatively flat in the U.S.
Tax rate: 38.0%-39.0%
Gross margin: slightly higher due to lower anticipated markdowns
SG&A: deleveraging slightly due to higher bonus expense; however, excluding higher bonus expense, the company expects some leverage (the company estimates its comp leverage point is at a 1% comp) coming from stores, DCs, credit card fees, utilities, and the 53rd week, partially offset by higher depreciation
Depreciation: $105 million vs. $88 million
Real estate: 90 new stores and 45 closures in the U.S. for net store growth of about 3%, with 70 in traditional locations and 20 in A-type locations; there are no plans to open new stores in Canada at this time while the company works on improving the store model and operations, but there might be additional store closures in Canada
Capex: $130-$135 million, reflecting maintenance capex of $40 million, new store capex of $50-$55 million, and capex of $40 million for other strategic initiatives (new systems including new warehouse management, HR, and real estate systems; retrofitting and refreshing a portion of the store base; and new fixturing initiatives to support certain merchandising strategies).
2012 Initiatives
• Growing the U.S. store base
• Turning around Canada
• Growing organizational capabilities (new warehouse management systems, new HR systems, and a new real estate system, all of which will be executed over the next couple years)
• Providing more consistent and predictable quarterly results
• Continuing to generate strong returns for shareholders (the company has begun to develop its next long-range plan to focus on years 2013-2015, and this process will take the better part of a year to complete)
Three-year Outlook (not updated since March 2010)
• Annual total sales growth: 5%-7%
• Annual comparable store sales growth: 2%-3%
• Sales per selling square foot: approaching $175
• Gross margin: essentially flat to actual fiscal 2009 results (40.6%)
• SG&A: expense leverage of stores, distribution and transportation, insurance costs, advertising, and utilities, along with the leveraging impact of a 2%-3% comp
• Operating margin: 8.0% by 2012
• EPS: $3.50 by 2012 (reflects $400 million share repurchase), representing 14% compounded growth over this three-year period
• Cash flow: $650-700 million over the next three years, including $300-325 million of capital expenditures focused on store expansion, store and DC maintenance, and continued investment in IT systems.
• Net store growth: accelerating further in 2011 and 2012, with a target fleet of approximately 1,500 stores by the end of fiscal 2012
• Cash: $500 million at the end of 2012 (assumes successful completion of $400 million share repurchase)

*02 Mar 2012 - 07:39:02 AM EDT Deutsche Bank Charles Grom, CFA, CPA*
**Hypnotize, High Quality Print, 4Q Wrap**
We see three positives to one negative coming out of the BIG 4Q print – at first blush. First, GPM performance in 4Q was

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

better than feared – down only 55 bps (vs. -156 bps in 3Q) with inventory in-line with sales growth.
Second, the quality of the print was solid with better GPM ($0.04) offsetting a HIGHER tax rate, which hurt by $0.04. Third, the company's 1Q12/FY12 SSS outlooks of 2-4%/2-3% suggest continued top-line momentum as we believe its plausible that QTD trends are ahead of this pace. The only blemish (if you will) we see is the FY12 guidance assumes greater Canadian dilution than we were modeling (loss of $0.21-$0.26 vs. DB @ a loss $0.08).
Said differently, BIG's FY12 U.S. guidance was likely much better than the Street was expecting with a greater drag from Canada at the same time.
Importantly, as we saw in both 3Q/4Q - the company has been appropriately conservative on this front exceeding its original guidance by $0.10. All told, we think the momentum will continue with BIG and reiterate our Buy Rating and $48 PT.
Solid 4Q Print Driven By U.S. Segment Strength
BIG reported 4Q EPS of $1.75, $0.01 ahead of Street/DB est. of $1.74 and above its $1.71-$1.75 guid. on revenues of $1.67B.
Upside results to our model were driven by better GPM (27 bps higher), resulting in a $0.04 benefit.
SG&A had a positive $0.01 impact as well as exp. grew 3.8% and leveraged close to 100 bps - demonstrating the torque in the model (ala Macy's). As a result, EBIT margins came in at 11.4% (29 bps better). Below the line, a higher tax rate negatively impacted our model by $0.04.
2012 Guidance Brackets Street, But Components Suggest Better U.S.
Trends
BIG provided consolidated 2012 EPS guidance of $3.40-$3.50. In terms of segments, the U.S. is forecast in a range of $3.63-$3.73 on sales growth of 8%-9% and SSS of 2%-3%. Canada is forecast to produce sales of $140-$150 million, resulting in an operating loss of $14-$17 million, or ($0.21)-($0.26) per share. We were originally modeling U.S. EPS of $3.67 and Canada loss of $0.08, netting to our above Street EPS of $3.60 (consensus of $3.48). In terms of 1Q12 guidance, BIG sees consolidated EPS of $0.75-$0.81. The U.S. segment EPS is forecast in a range of $0.85-$0.90 based on SSS growth of 2%-4%. For the Canadian segment, sales are expected in the range of $25-$30 million, resulting in an operating loss of $6-$8 million, or ($0.09)-($0.12) per share.

*March 2, 2012 Collins Stewart Laura Champine, CFA*
**BIG Guides FY12 EPS In-Line**
Below the Line Items Drive BIG's Q4 EPS Beat
BIG reported Q4 EPS of $1.75, $0.03 ahead of our estimate and $0.02 above consensus. A lower tax rate was primarily responsible for the upside to our estimate, and a lower share count added $0.01. This was partially offset by 20bps of greater yr./yr. gross margin contraction than we had forecast, and we had estimated 10bps of greater SG&A expense leverage.
BIG guided for Q1 operating EPS of $0.75-$0.81, excluding a one-time $0.05 charge related to a change in inventory accounting. We are lowering our Q1 EPS estimate by $0.04 to the high end of management's guidance range. We reiterate our Buy rating and maintain a DCF-generated PT of $58. BIG shares appear cheap in our view, trading at only 13x our FY12 EPS estimate and 6.5x FY12E EV/EBITDA.
We project double-digit bottom-line growth in FY12 and expect EPS to increase at a five-year CAGR of 13%.
FY12 EPS Guidance of $3.40-$3.50 Is In-Line With Consensus
Management expects U.S. SSS to increase 2%-4% in Q1, with the Canadian operations adding $25MM-$30MM to the top line. BIG guided for Q1 operating EPS of $0.75-$0.81, excluding a non-recurring inventory charge of $0.05. The prior consensus estimate was $0.81. For FY12, BIG guided for operating EPS of $3.40-$3.50, versus consensus at $3.46. For the full-year the Canadian operations are expected to generate net sales of $140MM-$150MM, up from $62MM in just over two quarters of operation in FY11, and an operating loss of $0.21-$0.26, versus a $0.19 loss.
We Are Lowering Our FY12 EPS Estimate By $0.09 to $3.50 On Higher Expenses
Our Q1 EPS estimate moves $0.04 lower to $0.81 on higher depreciation and bonus expense. We forecast the SG&A expense rate will be flat yr./yr., down from our prior projection of 40bps of leverage. For FY12, we are lowering our operating EPS estimate from $3.59 to $3.50. We are modeling for a flat SG&A expense rate yr./yr., down from our prior forecast of a 40bps improvement.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*02 March 2012 J.P. Morgan Matthew R. Boss, CPA*

**4Q Review & CC Quick Take - High Quality w/ GPM Upside; SSS Guidance Conservative or Realistic?**

Big Lots reported 4Q EPS of $1.75: in line with our $1.75 est (penny above Street).

Breaking down the P&L, gross margins came in better than our model (-60 bps versus JPM -80bps) offset by lower than expected share repurchases (1.4mil vs. JPM 3.5mil – representing a slowdown from 2Q/3Q of 4.9mil avg). Looking ahead, BIG's FY12 guidance is more/less in line with the Street ($3.40-$3.50 ex. buyback vs. Street at $3.46/JPM at $3.55) placing the Street at the high-end for 1Q ($0.75-$0.81 vs. Street at $0.81/JPM at $0.82). Key takeaways from the call included (1) Feb on-plan with upside to come from March/April seasonal business, (2) FY12 GPM positive plan, (3) FCF priorities focused on new store growth and debt pay-down with potentially less near-term reliance on share repurchases, and (4) Canadian gameplan for 2013 profitability reiterated. While we think the setup remains favorable with top-line momentum and easing comparisons in 1Q12, the recent run in the stock (BIG +23% vs. S&P up 10% since 3Q print on 12/2/11), and relative inconsistency of closeout top-line results (9 of past 24 quarterly comps negative) keep us on the sidelines today.

 5 Key Takeaways From the 8:00AM Conference Call. (1) February "onplan" with lawn & garden/seasonal planned up ahead given weather-related weakness LY (seasonal down double-digits in 1Q11), (2) FY12 GPM guided up YOY (down slightly in 1Q) driven by lower markdowns (lapping unseasonable weather, particularly March-May) slightly offset by shrink (category shifts) and mindful of freight, (3) FCF priorities ($200mil guidance for FY12) to consist of new store growth (90 store openings) and debt pay down with potentially less share repurchase reliance near-term (grid sensitive with 99mil auth remaining), (4) Closeout pipeline remains robust with more aggressive consumables opportunities over the past 2-3 weeks, and (5) Canadian plan for 2013 profitability reiterated with gradual improvement over the course of 2012 (expanding assortment).

 In-line 4Q Print: GPM Upside Offset by Lower Buybacks. BIG reported 4Q EPS of $1.75 (in line w/ JPM and a penny above the Street at $1.74). Comparable sales growth (previously reported) came in at +3.4%. The primary source of upside versus our model (roughly $0.04-$0.05 of EPS) was gross profit margin, (-60bps to 40.2% vs. JPM at -80bps to 40.0%), driven by unfavorable mix, a lower IMU and higher shrink. This was almost entirely offset by lower share buybacks in the quarter (1.4mil at an average price of $36.79 – below 2Q/3Q run-rate of 4.9mil vs. JPM at 3.5mil) worth $0.04 of downside. Operating expenses were in line with our model with SG&A dollars up 8.0% (JPM +8.1%) representing leverage of 49bps driven by store payroll, distribution, insurance, lower debit fees and reduced bonus expense. Other line items, (income tax of 39.5% vs. JPM at 39.1% and interest expense of $0.8mil vs. JPM at $1.3mil) more/less offset each other in the quarter vs. our model.

 Initial 1Q and FY12 Guidance & 3 Key Takeaways. BIG set 1Q12 guidance at $0.75-$0.81 (vs. JPM at $0.82 / Street at $0.81) based on +2-4% same-store-sales, gross margin slightly down, and a flattish expense rate YOY. For FY12, BIG guided to $3.40-3.50 (in line w/ Street at $3.46/JPM at $3.55) based on same-store sales of 2-3% (JPM at +3.6%), a Canadian loss of $0.21-$0.26 per share (JPM at loss of $0.15), gross margins slightly higher and SG&A (as a % of sales) slightly higher YOY. Of note, Big Lots' 2012 guidance does not include share repurchase activity (JPM modeling ~$170M). Taking a closer look at guidance, we have three key takeaways: (1) the 1Q same-store-sales guidance appears conservative in light of the 4Q trend and easier comparisons in 1Q (-360bps on a 1-year/-270bps 2-year) particularly given March/April seasonal weakness. (2) We see potential upside to guidance for Canada operations in 2012 ($0.21-$0.26 loss per share vs. JPM at -$0.15. Management's recent track record here is strong given 4Q loss of $0.08 vs. guidance of $0.13 loss). (3) Positive gross margin guidance for FY12 (back-end weighted given 1Q down slightly) worth watching given rising freight expenses and a promotional retail environment.

 Balance Sheet In Line w Ample Flexibility. Inventories came in +8.0% YOY (+2.0% growth per store), more/less in-line with total revenue growth up 5.0%.

BIG's liquidity position remains strong ending 4Q with $69mil of cash on hand (from $60mil at 3Q-end) with the company's debt to capital ratio at 7.4%. Given annual FCF guidance of $200mil in 2012 (vs. $146mil in 2011), BIG has ample flexibility looking forward with uses of cash focused on new store growth, debt pay-down and share repurchases (JPM modeling $170mil in 2012 versus $99 mil remaining on $400mil authorization).

Investment Thesis

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Big Lots has posted same-store-sales averaging roughly 1.8% since 2006 with recent improvement over the past two quarters (+2.6% vs. -2.6% in 1H11) which is impressive, particularly given substantially easier compares ahead in 1H12 (-1.5% vs. +2.6% TTM). While the company has posted six straight years of positive annual comps, we note that BIG's quarterly track record has been more choppy posting negative comps in nine of their past 24 prints. Furthermore, over the past five years, Big Lots has improved its EBIT margin by 660 basis points, rising from +0.6% in 2005 to 7.2% in 2010 driven by same-store-sales leverage, aggressive SG&A cuts (31.4% today from 36% in 2005), and higher initial mark-ups (IMU). Longer-term, we think BIG can achieve its longer term goal of 8.0% EBIT margin (March 2010 3- year-plan), with the primary driver being SG&A leverage on consistent top-line performance. Finally , Big Lots slowed store growth and rationalized its store base from 2005 through 2008 closing 275 stores or roughly 20% of its store base given the economic backdrop at the time and the state of the commercial real estate market. In 2009 management started a new growth phase focused on increasing store productivity (as a result of the WIN Strategy) and to capitalize on a softening real estate market. Since 2009, management has opened a net 59 stores (132 new stores and 73 store closings). Looking ahead, we are modeling 54 net new stores in 2012 (92 openings, 38 closings), with no additions in Canada Valuation
Our December 2012 price target is $48 based on 12.0x our 2013 EPS estimate of $4.00. Specifically, our P/E multiple stands 110 basis points above the company's three-year average of 10.9x, which we see fit given improving earnings prospects and upside versus Street estimates looking forward as well as the new Canadian growth vehicle (85 stores today).
Risks to Rating and Price Target
There are inherent risks to the fundamental nature of a closeout retailer; central to those risks is the ability to procure the appropriate merchandise assortment in suitable volume. Due to the opportunistic "deal" nature of inventory purchasing, the company often signs lengthy advance notice contracts which present some inventory level inflexibility should the retail environment change. Lastly, BIG has noticeably higher exposure to supplier in China than many of their competitors, with roughly 25% of purchasing originating from China (vs. 8% of DG's goods are imported). We believe that BIG's acquisition of Liquidation World and planned expansion into the Canadian market will be long-term accretive to earnings. Should Canadian store productivity slow down (or not reach out estimated metrics) or should the Canadian retail environment deteriorate, there is risk to our Canadian earnings accretion analysis and near-term financial estimates. Conversely, should the Canadian stores perform better than our expectations; this would render our estimates too conservative, creating upside risk to our price target. We believe the customer will remain constrained in the near-term; however any noticeable improvement in discretionary or big ticket purchases from the consumer would cause results to be better than our expectations. If the macro environment improves, driving increased levels of discretionary purchases, it would render our estimates too low, creating upside risk to our price target.

*March 2, 2012 BB&T Capital Markets Anthony Chukumba*
**BIG: STRONG FINISH TO FY'11; EXPECT MOMENTUM TO CONTINUE IN FY'12**
Key Points
• BIG LOTS REPORTS BETTER-THAN-EXPECTED Q4'11 EARNINGS. This morning Big Lots reported Q4'11 earnings ahead of our estimate and consensus. The conference call begins at 8:00 A.M. EST (call in number: 888-504-7953, passcode: 4069205).
• Q4'11 EARNINGS ABOVE EXPECTATIONS. As previously announced, Q4'11 net sales increased 9.9% to $1.7B, with comparable store sales gaining 3.4%. Diluted EPS rose 19.9% to $1.75, beating our estimate and consensus by $0.01 and $0.02, respectively.
• OPERATING MARGIN DECLINE DRIVEN BY CANADIAN OPERATIONS. Big Lot's Q4'11 operating margin dropped 30 bps yr/yr to 11.4% (30 bps ahead of our estimate), driven by a 60-bps gross margin decline that more than offset a 50-bps decrease in selling, general, and administrative (SG&A) expenses as a percentage of net sales. The operating margin decline was primarily related to Big Lots' recently-acquired (and currently money-losing) Canadian operations; the company's U.S. operating margin increased 30 bps yr/yr to 12.0%.
• MANAGEMENT ISSUES FY'12 GUIDANCE. Management expects FY'12 diluted EPS of $3.40-$3.50, as compared to our estimate and consensus of $3.43 and $3.46, respectively. For Q1'12, management forecast diluted EPS of $0.75-$0.81, as compared to our estimate and consensus of $0.82 and $0.81, respectively.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

• Q4 CAPS SOLID FY'11; EXPECT MOMENTUM TO CONTINUE IN FY'12. We were impressed by Big Lots' Q4'11 performance, which capped off another solid year for the company. Given the continued uncertainty in the U.S. macroeconomic environment and the company's improved merchandising (particularly in consumables) and strong start in Canada, we expect Big Lots' momentum to continue in FY'12. In addition, we think management's FY'12 EPS guidance, which does not include the impact of any share repurchase activity, is likely conservative.

*March 2, 2012 BB&T Capital Markets Anthony Chukumba*
**BIG: RAISING PRICE TARGET GIVEN IMPROVING LONGTERM OUTLOOK**
Key Points
• BIG LOTS REPORTS BETTER-THAN-EXPECTED Q4'11 EARNINGS. Net sales increased 9.9% to $1.7B and diluted EPS rose 19.9% to $1.75, beating our estimate and consensus by $0.01 and $0.02, respectively.
• BETTER MERCHANDISING WOULD DRIVE IMPROVED CONSISTENCY.
We are pleased by the continued improvement in Big Lots' merchandising, and believe better merchandising will help achieve management's goal of posting more consistent quarterly performance.
• CANADIAN OPPORTUNITY LOOKING BETTER EVERY QUARTER. We were encouraged by Big Lots' much better-than-expected Canadian performance in Q4, which gives us additional confidence in the company's long-term prospects north of the border.
• FY'12 GUIDANCE LIKELY CONSERVATIVE. Given the fact Big Lots' FY'12 diluted EPS guidance does not include the impact of any additional share repurchases, we believe it is likely conservative.
• RAISING PRICE TARGET, REITERATE BUY (1) RATING. Q4'11 capped off another successful year for Big Lots under Chairman and CEO Steve Fishman's watch, and we see no reason to expect the company's momentum to slow in FY'12. We are raising our price target to $48 from $45 and reiterate our Buy (1) rating.
Additional Discussion
As previously announced, Big Lots' Q4'11 net sales increased 9.9% to $1.7B, with comparable store sales gaining 3.4%. Gross margin decreased 60 bps yr/yr to 40.2% (10 bps ahead of our estimate) and selling, general, and administrative (SG&A) expenses as a percentage of net sales declined 50 bps to 27.3% (beating our estimate by 20 bps). Operating margin decreased 30 bps to 11.4% (dragged down by Big Lots' money-losing Canadian operations) and diluted EPS increased 19.9% to $1.75, beating our estimate and consensus by $0.01 and $0.02, respectively.
FY'11 net sales increased 5.1% to $5.2B, and diluted EPS grew 5.7% to $2.99.
Management expects FY'12 diluted EPS of $3.40-$3.50, as compared to our prior estimate and consensus of $3.43 and $3.46, respectively. For Q1'12, management forecast diluted EPS of $0.75-$0.81, as compared to our prior estimate and consensus of $0.82 and $0.81, respectively. Other notable comments from the earnings call were as follows:
• Seasonal and furniture comps increased by low-double-digit percentages in Q4, while consumables grew by a mid-single-digit percentage, with most sub-categories posting positive comps. Sales of electronics were strong over the holiday selling season, which benefited from management's decision to reduce Big Lots' toy assortment.
• Big Lots' U.S. operations gross margin declined 50 bps yr/yr to 40.3%, driven by increased sales of lower-margin products; lower initial markups; and higher shrink costs. SG&A as a percentage of net sales declined 90 bps to 26.8%, driven by top-line leverage and lower incentive compensation expense.
• Management's FY'12 diluted EPS guidance for its U.S. operations is based on the following assumptions: (1) sales of growth of 8%-9%; (2) comparable-store sales growth of 2%-3%; (3) slight yr/yr gross margin expansion, driven by fewer markdowns; (4) slight yr/yr increase in SG&A as a percentage of net sales, driven by higher incentive compensation expense; and (5) diluted EPS of $3.63-$3.73. Big Lots plans to open 90 new stores in FY'12, with 20 in higher-volume "A" locations, while closing 45 stores.
• Management noted it is making steady progress on its strategic initiatives in Canada, including improving the merchandise assortment; recruiting and hiring talented employees; and cleaning up the stores and implementing standard operating procedures. Management is encouraged by the initial consumer response to the new product introductions in Big Lots' Canadian stores, particularly in the furniture, seasonal, toy, and consumables categories.
• Big Lots' Canadian operations posted $36.6M in net sales and a $5.1M operating loss in Q4, both of which were ahead

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | of management's expectations. Management expects Canadian sales to improve sequentially throughout FY'12 and operating losses to moderate, resulting in full-year net sales and operating losses of $140M-$150M and $14M-$17M, respectively.<br>The company does not plan to open or close any Canadian stores in FY'12.<br>• Big Lots bought back $359M of common stock in FY'11, representing 15% of the company's shares outstanding entering the year. The company has $99M remaining on its current share repurchase authorization. While management's FY'12 EPS guidance does not include the impact of any share repurchases, Big Lots' expects to generate $200M of free cash flow.<br>Q4'11 capped off another successful year for Big Lots under Chairman and CEO Steve Fishman's watch, and we see no reason to expect the company's momentum to slow in FY'12. We are raising our price target to $48 from $45 and reiterate our Buy (1) rating. Below are our key takeaways on Big Lots' Q4 results:<br>• We are pleased by the continued improvements in Big Lots' merchandising, particularly in the consumable and electronics product categories. We have been impressed by many of the higher-end food items we have seen on the shelves during our recent store checks, and think the company's decision to focus more on electronics and less on toys during the holiday selling season was clearly a wise move. We believe better merchandising will help Big Lots achieve management's goal of posting more consistent quarterly comparable-store sales growth and overall financial performance—which we think would ultimately lead to valuation multiple expansion, as evidenced by the higher multiples currently enjoyed by the dollar store chains.<br>• Similar to the dollar store chains, we expect Big Lots' performance to benefit in FY'12 from the still uncertain U.S. macroeconomic environment, which is causing consumers to continue to be more value conscious (we think the rapid recent rise in gasoline prices will likely help in this regard). That said, given the fact the company posted its 13th straight year of flat or positive comparable-store sales growth in FY'11, we do not think a faster-than-expected recovery in the U.S. economy would necessarily be a bad thing for Big Lots, as this would drive sales of higher-margin, more discretionary items such as furniture, home, and seasonal products.<br>• We were encouraged by Big Lots' much better-than-expected Canadian performance in Q4, which gives us additional confidence in the company's long-term prospects north of the border. We also note Fishman is an experienced turnaround expert, having orchestrated the remarkable revival of Big Lots' fortunes since joining in 2005, including expanding the operating margin nearly 600 bps and growing diluted EPS more than sixteen-fold. We expect Big Lots Canada's results to continue to pick up in FY'12 as the company increases inventory levels; fills out the management team; raises store operating standards; and eventually begins to advertise the "new and vastly improved" Liquidation World.<br>• Given the fact Big Lots' FY'12 diluted EPS guidance does not include the impact of any additional share repurchases, we believe it is likely conservative. We note the company bought back over $700M of common stock over the last two years, and management expects Big Lots to generate $200M of free cash flow in FY'12. In addition, we estimate share repurchases would be EPS accretive at current levels. We are currently estimating Big Lots buys back $200M of common stock in FY'12, which would be a step back from FY'11, but still well above the level incorporated in management's guidance.<br>Valuation Methodology & Risk Considerations<br>Our $48 price target is based on a 13.8x multiple of our revised FY'12 diluted EPS estimate, which we believe is conservative given the higher valuations currently afforded other deep-discount retailers, including Dollar General (DG $42.96-Hold), Dollar Tree (DLTR-$90.24-Hold), and Family Dollar (FDO-$54.24-Hold). Our investment thesis remains as follows:<br>• Big Lots has become the nation's largest broadline closeout retailer by far by offering a wide selection of merchandise at compelling price points.<br>• Big Lots has attractive square footage growth opportunities ahead of it, including the opening of higher productivity "A" locations.<br>• Big Lots recent acquisition of Liquidation World provides the company with a "low-cost" option to enter the Canadian market.<br>• Big Lots generates strong free cash flow, which the company regularly returns to its shareholders through share repurchases.<br>In our opinion, there are several risks associated with an investment in Big Lots and to achieving |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

our price target on the shares. They include: (1) increased competition from discounters, deepdiscounters, department stores, and other retailers; (2) the inability to consistently procure quality closeout merchandise that can be sold at acceptable profit margins; (3) continued weakness in U.S. consumer spending, particularly during the holiday selling season; and (4) problems integrating the Liquidation World acquisition, including possible management distraction from the core business.

*March 2, 2012 KeyBanc Bradley B. Thomas, CFA*
**BIG: Strong 4Q; Canada Improvement Continues**
ACTION STATEMENT
Big Lots Inc. (BIG-NYSE) reported 4Q11 earnings that were above expectations as well as the Company's February 2 guidance. Sales in the Company's key discretionary categories remained strong. We are particularly encouraged by the performance in the home category, where we've seen strength by others in our coverage universe.
Additionally, management continues to make strong progress in Canada with sales above plan. We are encouraged by recent results and would look to get more positive on the shares should improvement in key categories continue and the Canadian operations remain on its current trajectory. We currently rate the shares HOLD.
• 2012E: $3.58 from $3.41
KEY INVESTMENT POINTS
4Q Results Above Expectations. BIG reported 4Q EPS of $1.75. Results were above our estimate of $1.74 (which was also consensus) as well as management's recently raised guidance of $1.71-$1.74. Guidance had been for EPS of $1.59-$1.64 prior to the Company's February 2 sales release. The range on the Street was $1.66-$1.84.
Sales Driven by Strength in Core Discretionary Categories; Canadian Sales Above Plan. As pre-released February 2, domestic sales increased 7.5% to $1.6 billion in the quarter. Comps increased 3.4%, which was above our original 2.0% estimate and management's guidance of 1-2%. Comps accelerated on one, two and three-year rates. Canada sales were $36.6 million (vs. management's guidance of $25 million-$30 million). Total sales, including Canadian operations, increased 9.9% to $1.7 billion. From a category perspective, comps in both the seasonal and furniture categories increased in the low double digits, while comps in the consumables category increased in the mid single digits. Management also noted that it was excited about the performance in the home category and it expects results for the category to accelerate in 2012. Improvement in the seasonal and furniture categories is also encouraging as we view these discretionary categories (along with the home category) as a key differentiator between BIG and its discount and dollar store competitors. Within consumables, both Fresh Finds and International Food Fair performed well during the quarter. Management noted that the decision to allocate more space for seasonal and electronics (taking space away from toys) was well-received by customers and helped drive sales growth.
Gross Margin Remains Pressured; Expenses Well Controlled. Gross margin decreased 60 basis points to 40.2% (vs. our estimate of 40.3%). Gross margin was pressured by unfavorable mix shift, slightly lower IMU, and higher shrink costs. SG&A leveraged 36 basis points to 28.8% (vs. our 29.3% estimate) driven by leverage of store payroll, distribution costs, insurance, debit card fees, utilities, and lower bonus expense.
As a result, operating margin declined 25 basis points to 11.4%, which was above our 11.0% estimate. Looking ahead, gross margin is expected to remain pressured in 1Q, but increase slightly for the year.
Healthy Balance Sheet. At the end of 4Q11, BIG had $68.5 million in cash (vs. $177.5 million in 4Q10) and $65.9 million in debt (vs. no debt in 4Q10). The decrease in cash and increase in debt is a result of investment in Canada (which totaled $46 million in 2011) and continued share repurchases. During the quarter, BIG repurchased 1.3 million shares of stock for $46 million (an average price of $36.79). For the year, the Company repurchased 11 million shares of stock for $359 million (an average price of $32.79), which represents 15% of the shares outstanding at the beginning of the fiscal year. BIG has $99 million remaining under its current authorization. We believe the Company's free cash flow is sufficient to support ongoing maintenance and investments in the business, moderate unit growth in the United States, the acquisition of Liquidation World and growth in Canada, as well as further share repurchase.
Canadian Expansion Represents Near-Term Drag, but Offers Significant Long-Term Potential. In the 2Q, BIG expanded into Canada with its acquisition of Liquidation World (LW). Management had previously explored ways to enter the

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

Canadian market but, after significant due diligence, felt that organic growth would take too long to reach critical mass in the country and that acquisitions were the best way to expand north. Liquidation World posted $153 million in revenue in 2010 and operated 87 locations (which are slightly smaller than Big Lots stores in the United States) concentrated in Ontario and on the West Coast. LW struggled over the past 4-5 years due to poor merchandising and in-store execution, but BIG plans to implement its WIN strategy and Ready for Business initiative, which places an emphasis on merchandising and store-level execution, to help turn around the chain. Management noted that inventory levels and quality have improved, particularly in seasonal, toys and furniture categories. In 2012, BIG will focus on broadening the assortment and developing the home and consumables areas. Management targets an 18-month turnaround before the chain becomes profitable and believes, longer term, the Company has an opportunity to operate up to 150 stores in Canada. The acquisition is currently dilutive to earnings, though management's outlook has improved.
Longer term, we believe current number of Canadian locations could benefit EPS by $0.26 should management be able to bring the Canadian stores up to par with the Company's U.S. operations (7% operating margin and over $160 in sales per square foot). Even using conservative estimates of 4% operating margin (which is in line with BIG's 10-year average) and $140 per square foot (which is significantly below BIG's trough levels), this implies an additional $0.13 of EPS.
Management Issues 2012 Guidance. For 2012, managements expects EPS of $3.40-$3.50 (which would represent 13-17%).
Excluding the estimated $0.10 benefit from the Company's 53rd week, EPS is expected to grow 10-13%. Sales in the United States are expected to increase 8-9% and comps are expected to grow 2-3%. U.S. adjusted operating margin is expected to be flat with gross margin up slightly and SG&A spending up slightly. Sales in Canada are expected to be $140 million-$150 million for the year.
Management expects Canadian operations to post a net loss of $14 million-$17 million ($0.21-$0.26 per share). Both sales and net losses are expected to improve sequentially through the year. For the 4Q, management anticipates earnings of $0.75-$0.80 (excluding a $0.05 charge relating to an inventor accounting change). U.S. sales are expected to increase 6-8% with comps increasing 2-4%.
Management projects flat operating margin despite a slight decline in gross margin for the quarter. In Canada, sales are expected to be $25 million-$30 million. Net loss from Canada is anticipated to be $6 million-$8 million ($0.09-$0.12 per share).
Adjusting Estimates. For the 1Q, our EPS estimate remains $0.80. Our 2Q estimate goes to $0.58 from $0.59 and our 3Q estimate remains $0.16. For 4Q, our estimate goes to $2.05 from $1.86. As such, our 2012 estimate goes to $3.58 from $3.41. For 2013 our estimate remains $3.87.
VALUATION
Based on an intraday share price of $42.49, Shares of BIG trade at 11.9x and 11.0x our 2012 and 2013 EPS estimates of $3.58 and $3.87, respectively. On an EV/EBITDA basis, shares trade at 5.9x and 5.7x our 2012 and 2013 estimates, respectively, vs. its 5-year EV/EBITDA average of 6.6x. Shares trade at an EV/Sales of 0.5x and 0.5x our 2012 and 2013 sales estimates, respectively.
As such, we rate the shares HOLD at this time.
RISKS
Risks that may affect the financial results of the Company and/or the stock price include:
● Real estate cost and availability could inhibit unit growth.
● Availability of closeout merchandise.
● Increased competition from dollars stores, discounters and warehouse retailers.

*3/2/2012 MKM Partners Patrick McKeever*
**Business Picks Up in 4Q11, New Year Off to a Good Start; Reiterate Buy**
• Reiterate Buy After Strong 4Q11, Pullback in Stock. We see an attractive buying opportunity in BIG. The company saw a nice pickup in business in 4Q11, with comps rising 3.4% and EPS increasing 20%, even with a meaningful loss at Big Lots Canada. FY12 appears off to a good start, though management took a conservative approach with 1Q12

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

guidance, and the stock is lower – down 4% intra-day, trading only 12.3x our 2012 EPS estimate and 11.1x 2013E – as a result.
• Better Trend/Tone Appears Intact. Guidance calls for comps of 2%-4% in 1Q12, and some took this as a sign of sequential slowing, given the easier (3.6%) comparison. We believe improving momentum is intact QTD, with continued strength in furniture, electronics and consumables, and we see significant opportunities later in the quarter in seasonal merchandise, which comped down by a mid-single-digit rate in 1Q11 because of cold and wet weather. While the weather could change, right now, the forecast looks very favorable.
• Closeout Buying Opportunities Getting Better. Management noted a "more aggressive posture" recently in the availability of closeouts, particularly in the important consumables category (about one-third of sales). We continue to expect enhanced buying opportunities in other areas of the assortment in the wake of the Sears/Kmart downsizing and ongoing upheaval in the consumer electronics space, and we believe Big Lots is very well positioned to capitalize.
• Raising Forecast. We are boosting our FY12 comp estimate from 2.0% to 2.7% are raising our ex-items EPS estimate from $3.40 to $3.47 (vs. guidance of $3.40-$3.50) to reflect higher overall sales and lower interest expense and to more accurately reflect the benefit of a 53rd week. Our estimate assumes no share buybacks, per guidance, despite $359 million in buybacks in FY11. We are raising our 12-month price target from $48 to $54, or 14x our newly introduced 2013 EPS estimate of $3.85. Our prior target was 14x our prior 2012 EPS estimate.
ADDITIONAL POINTS
• As previously reported, 4Q11 same-store sales increased a better-than-expected 3.4% and incorporated particular strength in seasonal and furniture (both up low-double-digits), ongoing strength in the important consumables category (up mid-single-digits) and very good results in electronics, which picked up some inventory investment dollars from the downsized toy category. We note that Big Lots outperformed its mass-merchant competitors over the holidays, despite their very aggressive promotional pricing and advertising. Net sales increased 10% and included $36.6 million in sales from 82 recently acquired Canadian stores.
• Consolidated EPS of $1.75 were $0.02 better than we had expected, with the upside driven by slightly favorable variances in net interest expense, the tax rate and diluted share count.
Operating income was $190.6 million, 8% higher than last year and very close to our model.
Gross margin was weaker than we had expected, down 60 basis points, but did represent a substantial sequential improvement vs. 3Q11's 150-basis-point decrease.
• The lower gross margin rate reflected the mix of sales, a slightly lower initial markup and higher inventory shrink expense. We look for slight y/y improvement in consolidated gross margin for all of FY12, mostly due to lower anticipated markdowns in 2Q12 and 3Q12, with a lower gross margin rate in Canada throughout the year as a partial offset.
• Expenses were 90 basis points lower than last year and modestly favorable to our forecast, with leverage in store payroll, distribution, insurance, debit card fees, utilities and bonus expense. Higher depreciation expense was a partial offset. On a consolidated basis, we look for slight expense deleverage in FY12, reflecting Canada investment spending and higher incentive compensation expense.
• Big Lots Canada lost $0.08 per share in the quarter, so absent this, EPS would have been $1.83, an increase of 25% from 4Q10's $1.46. The y/y growth in Big Lots U.S. EPS reflected a 10% increase in operating income and a 13% reduction in the share count.
• Big Lots spent $359 million in FY11 to buy back 11 million shares, or 15% of total shares outstanding going into the year. There is $99 million remaining under a $400 million authorization, and we would not be surprise by a sizeable new authorization at some point during the year. FY12 EPS guidance does not assume any share buybacks, which seems very conservative, given the board and management's history of stock buybacks. Per guidance, we are modeling a FY12 year-end diluted share count of 65 million and note that buybacks could be nicely accretive to our forecast, should they occur.
• The balance sheet remains strong, and we look for Big Lots to generate about $200 million in free cash flow in FY12. At year-end, cash and cash equivalents amounted to $68.5 million, down from $177.5 million a year ago and reflecting the buybacks and the Liquidation World acquisition. Total debt amounted to $65.9 million, up from zero a year ago, but a minimal amount, in our view. Inventories were 8% higher on a consolidated basis, reflecting a 4% increase in the number of U.S. stores, a modest 2% increase in inventory per store and the additional inventory from Big Lots Canada. Net, we continue to view Big Lots as having considerable financial strength and flexibility.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | FORECAST<br>We are boosting our FY12 comp estimate from 2.0% to 2.7% are raising our ex-items EPS estimate from $3.40 to $3.47 (vs. guidance of $3.40-$3.50) to reflect higher overall sales and lower interest expense and to more accurately reflect the benefit of a 53rd week, which we now expect will add $0.10 to the bottom line. Again, our estimate assumes no share buybacks, per guidance, despite the aforementioned $359 million in buybacks in FY11.<br>We expect moderate pressure on operating margin in 1H12, but expect a return to operating margin expansion in the back half of the year, in part reflecting the likelihood for sequentially smaller operating losses in Canada. For the year, we expect $0.21-$0.26 of EPS dilution from Canada, with $0.09-$0.12 of dilution in 1Q12.<br>We look for net square footage growth of about 3% in FY12, with 90 new stores and 45 closings, all in the U.S., as Big Lots is not expected to open or close any stores in Canada.<br>We expect a 3% increase in same-store sales in the first quarter vs. guidance of 2%-4%, and we look for consolidated, ex-items EPS of $0.78, up 11% from 1Q11 and vs. guidance of $0.75-$0.81. Our EPS estimate for the first quarter and year excludes an estimated $0.05 per share related to an inventory accounting change.<br>Note that Big Lots will no longer report quarterly sales separate from earnings release as of 1Q12, but rather will combine the two into an all-in sales and earnings release. The company is also changing its calculation for same-store sales and will now include sales from stores that have been open at least 15 months vs. the prior “at least two years” methodology.<br>Please see our quarterly model at the end of this report for additional details. |
| 3/5/2012 | 2,407,365 | $44.15 | 3.37% | 1.76 | *Mar 5 2012 6:56:28 Wire: Bloomberg News (BN)*<br>**Big Lots Raised to 'Buy' at Northcoast Research**<br>By Bloomberg Data Mar. 5 (Bloomberg) -- Big Lots Inc (BIG US) was raised to "Buy" from "Neutral" at Northcoast Research by equity analyst Jeffery Stein.<br>The 12-month target price is $53.00 per share.<br><br>*Mar 5 2012 15:20:38Wire: Bloomberg News (BN)*<br>**U.S. Stocks Fall on Concern About Slower Global Economic Growth**<br>By Rita Nazareth<br>March 5 (Bloomberg) -- U.S. stocks fell, following a three- week advance for the Standard & Poor’s 500 Index, as China reduced its economic growth target and orders to American factories decreased for the first time in three months.<br>Equities pared losses as telephone and utility providers in the S&P 500, which are least-tied to economic growth, rallied. Commodity, technology and industrial shares had the biggest losses among 10 groups. Alcoa Inc. and Caterpillar Inc. slid at least 1.8 percent. Apple Inc. slumped 2.1 percent, snapping a seven-day rally. Bank of America Corp. and Citigroup Inc. each dropped 1.4 percent to pace declines in financial shares.<br>The S&P 500 retreated 0.4 percent to 1,364.60 at 3:17 p.m. New York time, paring a loss of 0.8 percent. The Dow Jones Industrial Average decreased 14.72 points, or 0.1 percent, to 12,962.85. The Nasdaq Composite Index dropped 0.8 percent. More than 4.8 billion shares changed hands on U.S. exchanges.<br>“It’s wise to take a little money off the table,” said David Joy, the Boston-based chief market strategist at Ameriprise Financial Inc. His firm oversees $631 billion. “Some of the easy gains have already been made. We’re back to focusing on the economic fundamentals. China saying that they are targeting 7.5 percent growth raises concern of a hard landing.”<br>Equities joined a global slump as China pared its growth target to 7.5 percent from an 8 percent goal in place since 2005. In the U.S., data on orders to factories signaled manufacturing is cooling. Bookings fell 1 percent in January after a revised 1.4 percent gain in December that was larger than previously estimated.<br>Economic Surprise<br>A drop in Citigroup’s Economic Surprise Index for the U.S. is one of several concerns for the market in the short-term, according to Tobias Levkovich, chief U.S. equity strategist at Citigroup. The index, which measures the extent to which economic reports beat or miss forecasts, fell to 45.10 on March 2 from 83.70 on Feb. 3, data compiled by Bloomberg show. Consumer-discretionary and technology shares show some of the highest correlations to the Citigroup gauge and “are vulnerable to a pullback,” he said in a note dated March 2. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

The S&P 500 rose 8.5 percent this year amid better-than- estimated economic data and expectations Europe would tame its debt crisis. Technology companies had the biggest gain among 10 groups, surging 15 percent. Consumer-discretionary shares gained 11 percent for the third-biggest advance.
'Pressure'
"Too many data points are signaling near-term caution, and sticking to our disciplines always trumps emotions," Levkovich wrote. Because the gauge is based on performance compared with estimates, "one does not have to predict any bad economic data in the months ahead to believe the surprise index will move lower from current extended levels," which "may put some near- term downward pressure on stock prices."
Companies which are most-dependent on economy growth slumped today, sending the Morgan Stanley Cyclical Index down 1.3 percent. Alcoa, the biggest U.S. aluminum producer, lost 3.4 percent to $9.89. The shares fell the most in the Dow. Caterpillar, the largest construction and mining-equipment maker, slid 1.8 percent to $110.49.
The KBW Bank Index declined 1.2 percent. Bank of America slumped 1.6 percent to $8. Citigroup lost 1.4 percent to $33.62 after naming board member Michael O'Neill to be chairman to succeed Richard Parsons, who is stepping down after overseeing the company's recovery from near-collapse in 2008.
Apple sank 2.1 percent to $534.01, after rallying 6.3 percent in seven days. Its market capitalization topped $500 billion last week as investors anticipated a sales boost from the company's latest iPad tablet computer, due on March 7.
Zynga Tumbles
Zynga Inc. tumbled 5.5 percent to $13.88. The biggest developer of games for social-networking sites was cut to neutral from overweight by JPMorgan Chase & Co., meaning the shares are expected to perform in line with the stocks the analyst covers over the next six-to-twelve months.
MetroPCS Communications Inc. slipped 5.1 percent to $10.02, while Leap Wireless International Inc. declined 7.6 percent to $9.75. Sanford C. Bernstein & Co. cut its recommendation for the stocks, saying any takeover bids for the carriers would be "fraught with challenges."
CF Industries Holdings Inc. fell 4.8 percent to $179.20 after being cut to "neutral" from "buy" at Citigroup Inc. and removed from the firm's "Top Picks Live" list.
American International Group Inc. rallied 1.6 percent to $30.29. The insurer that received a bailout after the collapse of Lehman Brothers Holdings Inc. is selling $6 billion of AIA Group Ltd. shares to help pay back the U.S. government.
Big Lots
Big Lots Inc. climbed 3.1 percent to $44.04. The discount retailer was raised to "buy" from "neutral" at Northcoast Research. The 12-month share-price estimate is $53.
Corporate profits that doubled since 2009 have left the S&P 500 cheaper than at all 34 peaks since 1989, even as options traders push the cost of protecting against losses to the highest in four years.
The S&P 500 rose 102 percent since March 2009 to an almost four-year high last week. Valuations are lower than at every 52- week peak since 1989. Traders have pushed the price of contracts that pay should the S&P 500 drop 20 percent to the most since 2007 compared with ones betting on a rally of the same size.
Rising oil prices and concern European leaders have yet to contain the credit crisis are keeping investors from paying more for profits, which are projected to reach annual records through 2013. Bears say equities aren't cheap because the profit estimates are too optimistic. Bulls say shrinking price-earnings ratios provide a margin of safety should gains in the U.S. economy fail to match forecasts.
"Stocks have just gotten too cheap," Paul Zemsky, the New York-based head of asset allocation for ING Investment Management, said in a telephone interview. His firm oversees $160 billion. "We were worrying about a Chinese hard landing that didn't happen. We worried about a U.S. double dip and that didn't happen. We worried about Europe disintegrating, that didn't happen. The worst risks have passed."

*Mar 5 2012 16:13:37Wire: Bloomberg News (BN)*
**Big Lots, Keryx, MetroPCs, Polypore, Zynga: U.S. Equity Movers**
By Inyoung Hwang
March 5 (Bloomberg) -- Shares of the following companies had unusual moves in U.S. trading. Stock symbols are in parentheses and

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | prices are as of 4 p.m. in New York.<br>Big Lots Inc. (BIG US) rose the most in the Standard & Poor's 500 Index, climbing 3.4 percent to $44.15. The discount retailer was lifted to buy from neutral at Northcoast Research Holdings LLC.<br>Harman International Industries Inc. (HAR US) fell 3.1 percent, the most since Dec. 14, to $47.27. The maker of audio equipment for cars and homes was rated underweight at Morgan Stanley, meaning the firm expects the stock to trail its peers over the next 12 to 18 months.<br><br>*Mar 5 2012 16:34:43Wire: Bloomberg News (BN)*<br>**S&P 500 Has Biggest Two-Day Drop Since January on Growth Concern**<br>By Rita Nazareth<br>March 5 (Bloomberg) -- U.S. stocks fell, giving the Standard & Poor's 500 Index its biggest two-day loss since January, as China cut its economic growth target and orders to American factories decreased for the first time in three months.<br>Commodity, technology and industrial shares dropped the most among 10 groups in the S&P 500. Alcoa Inc. and Caterpillar Inc. fell at least 2.1 percent. Apple Inc. slumped 2.2 percent, snapping a seven-day advance. Bank of America Corp. and Citigroup Inc. dropped more than 1.2 percent. International Business Machines Corp. closed above $200 on a split-adjusted basis for the first time, after rallying 9.1 percent in 2012.<br>The S&P 500 retreated 0.4 percent to 1,364.33 at 4 p.m. New York time, dropping 0.7 percent in two days. The Dow Jones Industrial Average decreased 14.76 points, or 0.1 percent, to 12,962.81. The Nasdaq Composite Index dropped 0.9 percent to 2,950.48. About 6.1 billion shares changed hands on U.S. exchanges, or 9 percent below the three-month average.<br>"It's wise to take a little money off the table," said David Joy, the Boston-based chief market strategist at Ameriprise Financial Inc. His firm oversees $631 billion. "Some of the easy gains have already been made. We're back to focusing on the economic fundamentals. China saying that they are targeting 7.5 percent growth raises concern of a hard landing."<br>Equities joined a global slump as China pared its growth target to 7.5 percent from an 8 percent goal in place since 2005. In the U.S., data on orders to factories signaled manufacturing is cooling. Bookings fell 1 percent in January after a revised 1.4 percent gain in December that was larger than previously estimated.<br>Economic Surprise<br>A drop in Citigroup's Economic Surprise Index for the U.S. is one of several concerns for the market in the short-term, according to Tobias Levkovich, chief U.S. equity strategist at Citigroup. The index, which measures the extent to which economic reports beat or miss forecasts, fell to 45.10 on March 2 from 83.70 on Feb. 3. The S&P 500 rose 8.5 percent this year amid better-than-estimated economic data.<br>"Too many data points are signaling near-term caution, and sticking to our disciplines always trumps emotions," Levkovich wrote. Because the gauge is based on performance compared with estimates, "one does not have to predict any bad economic data in the months ahead to believe the surprise index will move lower from current extended levels," which "may put some near- term downward pressure on stock prices."<br>Companies most-tied to the economy slumped, sending the Morgan Stanley Cyclical Index down 1.3 percent. Alcoa, the biggest U.S. aluminum producer, lost 3.6 percent to $9.87. Caterpillar, the largest construction and mining-equipment maker, slid 2.1 percent to $110.09.<br>Banks Slump<br>The KBW Bank Index declined 1.3 percent. Bank of America slumped 2 percent to $7.97. Citigroup lost 1.2 percent to $33.68 after naming board member Michael O'Neill to be chairman to succeed Richard Parsons, who is stepping down after overseeing the company's recovery from near-collapse in 2008.<br>Apple sank 2.2 percent to $533.16, sending its market capitalization below $500 billion. The stock rallied 6.3 percent in seven days as investors anticipated a sales boost from the company's latest iPad tablet computer, due on March 7.<br>Zynga Inc. tumbled 4.9 percent to $13.97. The biggest developer of games for social-networking sites was cut to neutral from overweight by JPMorgan Chase & Co., meaning the shares are expected to perform in line with the stocks the analyst covers over the next six-to-twelve months.<br>MetroPCS Communications Inc. decreased 5.7 percent to $9.96, while Leap Wireless International Inc. retreated 7.5 percent to $9.76. Sanford C. Bernstein & Co. cut its recommendation for the shares. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

CF Industries
CF Industries Holdings Inc. fell 5.5 percent to $177.98 after being cut to "neutral" from "buy" at Citigroup Inc. and removed from the firm's "Top Picks Live" list.
IBM, the world's biggest computer-services provider, rose for a third day. The shares added 0.9 percent to $200.66.
American International Group Inc. rallied 2 percent to $30.39. The insurer that received a bailout after the collapse of Lehman Brothers Holdings Inc. is selling $6 billion of AIA Group Ltd. shares to help pay back the U.S. government.
Big Lots Inc. climbed 3.4 percent to $44.15. The discount retailer was raised to "buy" from "neutral" at Northcoast Research. The 12-month share-price estimate is $53.
Corporate profits that doubled since 2009 have left the S&P 500 cheaper than at all 34 peaks since 1989, even as options traders push the cost of protecting against losses to the highest in four years.
Four-Year High
The S&P 500 rose 102 percent since March 2009 to an almost four-year high last week. Valuations are lower than at every 52- week peak since 1989. Traders have pushed the price of contracts that pay should the S&P 500 drop 20 percent to the most since 2007 compared with ones betting on a rally of the same size.
Rising oil prices and concern European leaders have yet to contain the credit crisis are keeping investors from paying more for profits, which are projected to reach annual records through 2013. Bears say equities aren't cheap because the profit estimates are too optimistic. Bulls say shrinking price-earnings ratios provide a margin of safety should gains in the U.S. economy fail to match forecasts.
"Stocks have just gotten too cheap," Paul Zemsky, the New York-based head of asset allocation for ING Investment Management, said in a telephone interview. His firm oversees $160 billion. "We were worrying about a Chinese hard landing that didn't happen. We worried about a U.S. double dip and that didn't happen. We worried about Europe disintegrating, that didn't happen. The worst risks have passed."

*March 5, 2012 Benchmark, Ronald Bookbinder*
**Big Lots (BIG)**
**Q4 Beats; Increasing Estimates and Price Target, Reiterate Buy**
Big Lots Q4 beats expectations, 2012 shows continued growth. Big Lots Q4 was $0.02 above expectations on an aggressive share repurchase program. US 2012 operations are forecasted to be better than prior expectations. While Canada may be taking longer to ramp up than we previously modeled, we believe Big Lots is making a sound investment in its future. We increased our 2012 EPS to $3.50, from $3.30 on stronger US revenue and a more aggressive US operating margin. We believe there could be upside potential to our 2012 EPS estimate driven by share repurchases. Given the increase in our estimates, we increased our price target to $56, from $53, based on 16x our 2012 EPS.
We are increasing our 2012 EPS estimate to $3.50, from $3.30, primarily on a higher revenue assumption and a more aggressive operating margin. While the Canadian operations are expected to be a great vehicle for growth, in the next 12 months we expect them to be a drag on earnings of $0.22. In 2012, we expect total revenue to increase 11%, with the addition of a 53rd week and a full year of Canadian revenue. We expect US revenue to increase 9.3% to $5.62 billion, on a 2.3% comp increase and a 3.0% store unit increase. In Canada, we expect revenue of $150 million, up from $62 million. We expect the total company operating margin to increase 10 bp to 6.7%, on the integration of the Canadian business, which we expect to lose $14.2 million from operations. On the core US business, we expect a 10 bp increase in operating margin as the gross margin should benefit from fewer markdowns, and be only partially offset by an increase in SG&A from performance bonus more than offsetting distribution efficiencies. We believe there could be upside potential to our 2012 EPS estimate driven by the possibility of the Company continuing to repurchase shares. We initiated our 1Q12 EPS estimate at $0.81, which includes an $0.11 drag from Canadian operations.
We expect revenue to increase 11.5%, with $30 million from Canada, and US revenue increasing 9.1%, to $1.339 billion, driven by a 4% comp increase and a 3.5% store unit increase. We expect a 30 basis point decline in gross margin to 40.1%, given the mix shift to consumables, electronics, and increases in freight. We expect SG&A to increase 20 bp as leverage of the US operations of store payroll, distribution, insurance, debit card fees, and utilities, is more than offset by increased depreciation, higher bonus expense and the integration of Canada. We initiated our 2013 EPS estimate at $4.00.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

We are increasing our price target to $56, from $53, based on 16x our 2012 EPS estimate and 8x our 2012 EBITDA estimate. Given the solid balance sheet, cash flow, profitability, and management execution in a challenging environment, we contend that the shares show value, trading at a discount to its historic multiple of 16x-18x. We believe over the past couple years, Big Lots has improved its store base, and could continue to take advantage of the current retail real estate market further improving its store base and expanding it customer base, which could lead to years of growth.

Big Lots reported 4Q12 EPS of $1.75 from continuing operations, including a negative $0.08 impact from recent Liquidation World acquisition. The discontinued operations reflect 130 stores closed in January 2006 and KB Toys-related items. Revenue increased 9.9%, or $150.6 million, on the inclusion of $36.6 million from Canada. Q4 US retail revenues of $1,632.9 million increased 7.5%, or $115.8 million, on the comp increase of 3.4% and 53 more stores or 3.8% store unit increase. The high margin seasonal area was the strongest category with comps up in the low double digits. Strength was also seen in furniture, up low double digits, and the lower margin consumable category, up high-single digits. Gross margin decreased, as expected, 60 basis points, due to merchandise mix, a slightly lower IMU, and higher shrink costs. SG&A decreased 40 bp, on leverage of the 3.4% comp on store payroll, distribution, insurance, lower debit card fees, utilities, and lower bonus expense, only partially offset by higher depreciation and the integration of Canada. Operating margin decreased 20 bp for the quarter. The effective tax rate in the quarter was 39.5%, versus 37.6% last year.

The balance sheet remained solid, despite an aggressive share repurchase program. Cash net of debt decreased $175 million to a net cash position of $2.6 million, as the Company repurchased approximately $359 million worth of its own stock over the past year, funded the acquisition of Liquidation World in Canada, and inventory increased $63 million. Inventory increased 8.3% on the Canadian acquisition, and the 3.8% increase in store count, or an inventory increase of 2% on a per store basis. We expect 2012 inventory to grow in line with the legacy store count, plus inventory to resupply the Canadian acquisition. Accounts payables leverage was up slightly, to approximately 42.4%, versus 39.7% last year. Capital expenditures for the quarter were approximately $28.7 million, versus $24.1 million last year. During 4Q11, Big Lots opened 23 stores and closed 17, ending with 1,451 stores. We expect free cash flow of approximately $200 million for 2012, similar to 2011. We believe the cash could used to repurchase shares. During 4Q11, the Company repurchased 1.3 million shares for $46 million or an average price of $36.79 per share. For fiscal 2011, the Company repurchased 11 million shares, or approximately 15% of the outstanding shares, for $359 million at an average price of $32.79 per share. There is $99 million remaining under the $400 million May 2011 Program. We expect the repurchase program will continue until exhausted. The diluted share count in the quarter declined 13.2%, or 10 million shares, contributing approximately $0.23 to the beat.

*March 5, 2012 Northcoast Research Partners, LLC Jeff Stein, CFA - Managing Director*

**BIG: Rating Raised to BUY With $53.00 Price Target on Positive Outlook**

Overview

We are increasing our rating on BIG to BUY from NEUTRAL with a price target of $53.00. We think the outlook is positive and we see a good possibility for upside surprises as the year progresses. Looking ahead, we think that EPS growth could accelerate significantly beginning next year. Our $4.10E for next year vs. $3.45E this year assumes only 10%-12% EPS growth in the U.S. business and breakeven in Canada.

Canada is expected to lose money again this year, but nearly 40% of that loss is seen coming in Q1. We think the business will be minimally dilutive by the back half of the year. For all of next year we have modeled Canada at about break-even.

We think that the U.S. business is set to have a good year, led by better performance in seasonal and continued growth in strong categories, including consumables, furniture and electronics. While weather cannot be predicted, BIG had a miserable spring last year that penalized sales and GM% in Q2 and Q3.

The company has a strong balance sheet and is in a slightly positive net cash position at year end despite investing $46 million in Canada and buying back $359 million of stock. While we have not baked in any additional share repurchases, the company has $99 million remaining under its current authorization.

Conclusion

We are somewhat surprised by the stock's reaction to last Friday's EPS news.

Q4 was better than plan, early Q1 FY13 trends appear to be favorable and we see sales and margin opportunities in Q2

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | and Q3 based upon easy comparisons. We think investors were looking for a stronger re-affirmation of profitability in Canada next year. While management seemed to hedge a bit, we did not hear anything on the call that leads us to believe a minimum of break-even in Canada is not a realistic target. The core domestic business has never been healthier and we have confidence that Canada can become a contributor next year. Management has historically over-delivered on expectations and has an outstanding record of superb execution. We bet with management.<br>Outlook<br>As management stated in their earnings call, consistency of comps has not been a strong suit and the company is undertaking more intensified planning for each season to address this issue. Unlike the off-price apparel retailers, which turn inventories quickly and have more flexible supply chains, we believe there is always going to be more variability in BIG's top line due to the importance of seasonal programs and longer lead times. However, there is no denying that the company has consistently met or beat EPS forecasts despite a somewhat erratic history on the top line. For this reason, we think that BIG is underappreciated for its superb execution, ability to flex expenses when necessary and address periodic merchandising issues that pop up in the normal course of business.<br>These factors give us confidence that management will capitalize on sales and margin opportunities that we see for the U.S. business this year (assuming a normal spring) and achieve its goal of profitability in Canada by FY14 (calendar 2013). If we are correct, we see a strong possibility for a healthy run of quarterly upside surprises beginning as early as Q1. We are in line with consensus for the current fiscal year at $3.45 but modestly ahead of current consensus of $3.88 (we are at $4.10) for next year. The math tells us that investors are generally expecting losses in Canada to continue through FY14 as we figure EPS in the U.S. alone could reach $4.10 next year. Our assumption for FY14 includes an estimated $200 million share buyback.<br>In the U.S., BIG successfully addressed merchandising issues in consumables and toys last year and has therefore put the business in a favorable position to capitalize on a plentiful supply of close-out opportunities in foods and the growing popularity of small-ticket consumer electronics. The most recent circular, for example, features a 7" Android Tablet/eReader for $99.99 (savings of $80) and a Vizio 42" 1080P LCD HDTV for $349.99 (compare at $498). Last year the company successfully launched an expanded line of international foods, which resonated well with consumers and introduced several of its own private labels.<br>Importantly, businesses that performed well in Q4, including furniture, electronics and furniture, will be key drivers in Q1. While it is too early to judge the potential success of the seasonal lawn and garden programs, it's hard to imagine a worse spring season than calendar 2011 and we have modeled modest margin improvement for Q2 and Q3, assuming better performance in these categories.<br>We did not quite know what to expect from Canada entering the new year, and in its conference call last Friday, management outlined a plan calling for operating losses of $14-$17 million, which is above the $10 million loss we had modeled previously. We see stronger than expected results in the U.S. offsetting a more conservative plan for Canada.<br>Performance in Canada was better than plan in Q4 with sales of $36.6 million vs. plan of $25-$30 million and an operating loss of $5.1 million vs. prior guidance of a $7.0-$9.0 million loss. This year's estimated loss is skewed to 1H with Q1 expected to be in a range of $6.0-$8.0 million. There is no tax benefit that will be booked against the loss. BIG will continue to invest in Canada this year by adding talent, improving the store experience and building inventory. BIG finished the year with 82 stores and plans no openings or closings this year. We see sales improving sequentially each quarter. The company does not intend to address issues such as re-branding the stores or advertising until it believes they can meet customer expectations.<br>Estimated Q1E is $0.80 vs. $0.70 and assumes a 3.5% increase in comp store sales. Canada is not included in comps and we have estimated it will add $26 million in sales and post an operating loss of $7.0 million. We have modeled a 2.0%-3.0% comp increase in Q2-Q4. This year BIG plans to open 90 stores in the U.S. and close 35-40.<br>Capital spending is estimated at $130 million and D&A is estimated at $105 million. We see modest growth in working capital and have estimated non-cash compensation expense at $20 million. Free cash flow in our model is estimated at $200 million. We have assumed no share repurchases in FY13 and $200 million of repurchases in FY14. We see the company ending this year with about $200 million of net cash. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Q4 Review
In the quarter EPS was $1.75 vs. $1.46 last year and $2.99 for the year, $0.03 above our forecast. As previously reported, comp store sales increased 3.4% in the quarter. The upside relative to our model was a favorable variance in SG&A that more than offset a weaker than expected GM%. In the quarter GM% was down 60 bps to 40.2% vs. our forecast of 40.8%, while SG&A declined 50 bps to 27.3% vs. our estimate of 28.0%.
During the quarter the company purchased 1.3 million shares totaling $46 million and 11 million shares totaling $359 million for the year. The company also purchased Liquidation World in Canada and invested $46 million into the business last year. BIG finished the year with $68.5 million in cash, down from $177.5 million the prior year.
Inventories were up 8.3% at fiscal year end, including 2% growth in average per store inventories and a 4% increase from new store growth. The balance of the increase came from the addition of 82 stores acquired in Canada. Capital spending for the year was $131 million and D&A was $90.3 million. During the year, the company opened 92 stores including 25 “A” locations and closed 39, finishing the year with 1,451 stores.
The company also announced that effective with the implementation of the company’s new SAP systems, they began to value inventory at the merchandise class level instead of at the department level. By drilling down to another level there will be more variety of initial mark-ups, producing a small variability in GM%. As a result of the change, BIG will take a non-recurring $3.4 million non-cash charge in Q1. We are excluding this adjustment from our forecast this year.
Valuation and Risks
We have raised the rating on BIG to BUY from NEUTRAL with a $53 price target. Our price target implies a P/E of 15.3x on FY13E and 6.9x EV/EBITDA. The five and 10 year average for the EBITDA multiples is 5.9x and 6.7x respectively. The five year and 10 year average P/E for the shares is 12.8x and 19.3x respectively. We are using the mid-point of the range for our target to normalize the effect that the recession had on retail valuations. Risks to our forecast include weather, higher gasoline prices, a high unemployment rate and discretionary spending trends.

*March 5, 2012* S&P Joseph Agnese
**Big Lots Inc**
Highlights
In FY 13 (Jan.), we expect sales to rise 6.7%, to $5.55 billion, from $5.20 billion for FY 12.We expect same-store sales to rise 2.5% in FY 13, as traffic is boosted by an increase in consumable offerings in an environment where we expect low and middle income consumers to continue to be under intense economic pressure. We project about 3.5% growth in selling square footage in FY 13, reflecting company plans to build 90 new stores while closing 45 locations.
We believe BIG will focus new store openings in its most successful trade areas in an effort to achieve greater sales productivity.
While we expect the company to leverage expenses off forecasted same-store sales growth, we believe operating margins will decline slightly in FY 13 as investments in Canada, new store expansion in the U.S., increased labor and freight costs and higher debit card fees offset benefits from lower initial markups in an inflationary environment.
Assuming a 6.2% reduction in shares outstanding due to an active share repurchase program and a $0.10 per share benefit from an extra week in FY 13, we estimate EPS of $3.46 in FY 13, up 16% from EPS of $2.99 in FY 12.
Investment Rationale/Risk
ä While same-store sales have remained weak over the past two years, with the company guiding for FY 13 comparable-store sales to be between 2% to 3%, our long-term company outlook remains positive. We look for BIG to weather a tough retail environment and to maintain strong cash flow, supported by its efforts to raise sales productivity and lower its cost structure by better aligning products with customer preferences, increasing the number of new stores in locations with better co-tenant mixes and/or demographics, and building customer loyalty with the Buzz Club Rewards program, which has over 7 million members. That said, we view the shares as appropriately valued at recent levels.
ä Risks to our recommendation and target price include sales shortfalls due to changes in customer spending patterns, close-out merchandise availability, increased promotional activity by competitors, and adverse/unseasonable weather.
ä Our 12-month target price of $44 is based on a peer-average forward multiple of 12.6X applied to our FY 13 EPS estimate of $3.46.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Business Summary March 05, 2012<br>CORPORATE OVERVIEW. Big Lot's strategy is to position itself as a preferred shopping destination for middle-income consumers seeking savings on brand-name closeouts and other value-priced merchandise.<br>The company's product offerings range from everyday essentials such as food and other consumables, to more discretionary-purchase items, including furniture, holiday assortments, electronics, apparel, and small appliances. In our view, FY 07 (Jan.) was a transitional year for BIG, as the company slowed chain expansion to focus on implementing operational changes to reverse a two-year trend of declining operating profits. Since then, we have seen BIG apply successful new merchandising and marketing strategies to further strengthen its financial performance. As of April 30, 2011, the company operated 1,405 Big Lots stores in 48 states.<br>CORPORATE STRATEGY. BIG's primary growth driver is expansion. The company seeks to build on its leadership position in broadline closeout retailing by expanding its market presence in both existing and new markets. From FY 00 through FY 05, the company increased its selling square footage at a compound annual growth rate (CAGR) of about 6% as it expanded its store count from 1,230 to 1,502. In FY 06, BIG continued to expand its store base, adding 73 new stores. However, the company also accelerated the closure of underperforming locations as part of its What's Important Now (WIN) turnaround strategy, which was announced in November 2005. BIG closed 174 stores in FY 06, ending the fiscal year with 1,401 stores in 47 states.<br>WIN is aimed at improving BIG's financial performance via changes in the company's merchandising, cost structure, and real estate. As its first steps, BIG is attempting to raise the productivity of its chain by closing low-volume stores located mainly in small, rural, or weaker performing markets, and by moving from an opportunistic real estate strategy to one focused on its most successful trade areas. These areas include California, Arizona,Washington, New York and New Jersey. Between FY 07 and FY 09, the company closed 101 underperforming stores and opened only 39 new stores.<br>As a result of profit improvement since FY 06 and a softening of the real estate market, BIG grew its store base in FY 10 with the opening of 52 new stores (22 net of store closings). Of the new stores opened during FY 10, 41 were what the company refers to as traditional stores located in retail strip centers in secondary or tertiary real estate markets; 8 were "A" locations in prime real estate markets with better co-tenant mixes and/or customer demographics; and three were smaller concept test stores. With the performance of "A" locations exceeding management's expectations, BIG opened an additional 33 "A" locations in FY 11. The company also opened 47 traditional stores and closed 43 stores, including 23 relocations, in FY 11.<br>Based on results from customer research, BIG has expanded its assortment of treasure hunt items, and improved its product quality and its value proposition in recent years as a means of raising sales productivity. To drive higher customer purchases, the company also initiated its "raise the ring" strategy in FY 07, which involves offering merchandise with slightly higher average item retail prices, as well as larger package or quantity sizes of certain items.<br>BIG is working with existing and new vendors to increase access to: branded closeouts; "engineered closeouts," which are branded products manufactured for other retailers that vendors can easily repackage for sale in Big Lots stores; private-label products; and refurbished products such as electronics and small appliances. Going forward, the company is committed to taking more timely markdowns to ensure room for new assortments.<br>In addition to its work on the vendor side, BIG has outlined a merchandising strategy for its merchants. This roadmap details: how much of the business should be closeout, engineered closeout, and private-label; the top two branded vendors in each product classification; and quality benchmarks and pricing for each category. The end goal is for merchants to deliver a compelling mix of "buzz builders" (items that create excitement in a store), "basket builders" (impulse items that can increase the average basket), and "must haves" (frequently purchased items), which keep inventory moving, reducing the company's markdown exposure. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

Lastly, BIG is pursuing annual expense leverage through operational changes designed to lower its home office, store, and distribution center expenses.
FINANCIAL TRENDS. From FY 04 through FY 06, BIG's sales increased at a CAGR of 3.0%, while operating earnings decreased at a compound annual rate of 51.7%. During this period, we think a lack of competitive merchandise offerings reduced sales growth and contributed to a 230 basis point decline in operating margins, from 3.1% in FY 04 to 0.8% in FY 06.We believe subsequent remerchandising initiatives and closure of underperforming stores have improved the company's competitive positioning, and we consider FY 07 as marking the start of an expected multi-year turnaround for BIG. Sales for the 53-week fiscal year rose 7.1% and operating margins expanded 310 basis points to 3.9%. In FY 08, sales declined 1.8%, reflecting a weakening economy and a 52-week fiscal year, but operating margins widened 120 basis points to 5.1%. The company posted similar results in FY 09, with sales essentially flat but operating margins increasing 40 basis points to 5.5%. Sales have since recovered, rising 1.8% in FY 10 and 4.8% in FY 11, with operating margins widening 120 basis points in FY 10, to 6.7%, and an additional 50 basis points in FY 11, to 7.2%.
Sub-Industry Outlook
Our fundamental outlook for general merchandisers (or discounters) is positive. We believe discounters are benefiting from increasingly cost-conscious consumers focused on buying everyday necessities and seeking out lower-priced goods. We think demand for general merchandise carried by discounters will be generally stable. We also anticipate a gradual recovery in demand for more discretionary-purchase categories such as seasonal apparel and home furnishings. In the discount market, retailers compete heavily on low prices, as core assortments of basic consumables tend to be the same. Profit margins are generally better on more discretionary-purchase merchandise, but we think such items carry more markdown risk for retailers.We believe increased levels of direct sourcing and close-out buys (inventory liquidated by vendors or other retailers) have enabled many discounters to lower product costs, raise profit margins, and improve the quality of merchandise, while keeping prices fixed in recent years. In our view, this has created a better price-value proposition for customers.
In addition to low prices, many discounters are broadening their customer appeal with increased marketing and expanded assortments of "treasure hunt" items (or "buzz builders") that create excitement in the store, and convenience foods that better meet customers' frequent fill-in food shopping needs. While a broader food assortment has positioned discounters to compete more directly with drugstores, supermarkets, and convenience stores for customer dollars, we think discounters offer consumers a more compelling value proposition. And with many once cash-only chains now accepting debit/credit cards, we believe middle- and upper-income consumers are trading down to discounters from national drugstore and supermarket chains for everyday needs.
In the 13 weeks ended February 3, the S&P General Merchandise Stores Index rose 1.6% versus a 7.6% increase for the S&P 1500 Index. In 2011, the sub-industry index decreased 1.9% versus a 0.3% decline for the S&P 1500.

*March 5, 2012 The Buckingham Research Group John Zolidis*
**Still Searching for Consistency**
On March 2nd, 2012 BIG reported 4QFY11 EPS and provided an outlook on the first quarter and fiscal year 2012.
• Action: We are buyers of BIG shares.
• EPS for 4QFY11 was $1.75, ahead of our $1.73 and consensus at $1.72. U.S. results came in at $1.83 and Canada caused $0.08 dilution. GM was 20 bps above of our forecast and SG&A 10 bps below. Overall operating margins were 11.4%, 20 bps ahead of our forecast. U.S. operating margins were up 30 bps YOY to 12.0%.
• The balance sheet was in solid condition. Inventories per SF were down 1.2% at YE vs. flat sales per SF.
• The company generated $187.5 M in FCF. During the year, the company spent $359 M on share repurchase buying back 15% of shares outstanding. Over the past two years, the company has retired ~ 21.5 M. We estimate this has been ~$0.60 accretive to EPS on an annual basis.
• Guidance for FY12 appears conservative. The company guided to comps of 2% to 3%, slightly higher GM, and slightly higher operating expenses (partially from higher management comp). EPS guidance is $3.40 to $3.50, and includes $0.10 from the extra week, $0.21 to $0.26 from losses to Canada, but excludes share repo. We estimate that share repurchase provides a $0.15 cushion.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | • We are updating our model. Our revised model includes estimates for the extra week and higher comp expense. Our estimates for 1QFY12 and FY12 are now $0.76, and $3.53 from $0.81 and $3.49.<br>FY13 is unchanged at $3.92.<br>• Our price target rises to $49 from $47. This is based on 12.5x our FY13 EPS estimate of $3.92. Our prior target was based on a 12x multiple.<br>INVESTMENT OPINION<br>Our rating on shares of Big Lots, Inc. is Buy.<br>BIG shares had a strong run in early 2012 but gave back some on after Friday's call. The stock is now up 13% on the year following a 24% gain in 2011. However, it is still not expensive at 12x and 11x our revised estimates for FY12 and FY13, respectively. The EV/ EBITBA multiple is slightly below 6x. These valuations are well below those for the other small box discounters despite relatively similar square footage growth, return, CF, and operating margin metrics (see Table III below).<br>Why does BIG get a lower multiple than these other retailers despite mostly comparable financial metrics? It's because same-store sales for BIG have not been as high or as consistent as they have for these other retailers. In addition, BIG hasn't sold investors on its new store openings and growth as a way to add value in the same manner that the dollar stores have.<br>We're happy to recommend BIG shares as long as the stock is cheap and earnings estimates are conservative. (We estimate that a large cushion was built into FY12 guidance from share repurchase, the extra week and other factors.) However, our sense is that the stock remains more of a trading vehicle than a buy-and-hold long-term investment and this prevents the multiple from expanding. The multiple could expand, and investors could make out handsomely, if the company could 1) tell a better story about creating consistency in the comps and 2) do a better<br>job making investors believe in the longer-term square footage opportunity. With regard to consistency, we need to hear more than "we're focusing on merchandising" and rotating the merchants. We continue to believe that the easy fixes for BIG include a cooler/ freezer roll-out (this has worked and is working for basically every similar company) and better use of the Buzz Club to drive customers back into the store. Regarding the store opportunity, aside from Canada, we'd like to hear BIG define how many stores it thinks it can have in the U.S. and what kind of returns it can get on new store investment.<br>The company has never commented on ROIC at its new stores, to our knowledge.<br>We're raising our target on BIG shares to $49 from $47. This is based on a 12.5x P/E. We were previously using a 12 P/E.<br>The higher multiple reflects our view that earnings guidance is conservative (and hence that estimates will go higher) not that BIG shares can get a higher multiple from investors. Objectively, a LDD P/E seems very modest for BIG given the FCF, returns, and growth.<br>4QFY11 EPS REVIEW<br>BIG reported consolidated 4QFY11 EPS of $1.75, ahead of our $1.73 forecast and the Street's $1.72. Guidance was in a range of $1.71 to $1.74 and 4QFY10 EPS was $1.46. U.S. segment EPS results were $1.83, and Canada reported a loss of $0.08 per share.<br>The company had already reported that 4QYF11 comps were up 3.4%, ahead of the company's guidance of +1% to +2%.<br>The company faced a flat comparison. Please see Table II below for historical same-store sales results. Retail sales grew 8% to $1.633 B and wholesale revenue added another $10 M to the top line. Canada revenues were $36.6 M, ahead of guidance of $25 M to $30 M. We estimate that selling square footage grew 9.8% during the quarter and sales per average square foot were flat. Excluding Canada, we estimate selling square footage increased 4% and sales per average square foot were up 3%. In the U.S., seasonal and furniture did well, both up LDD. In furniture, all classifications were positive.<br>Consumables were also strong, up MSD. Electronics also did well in the holiday, and management commented that they believe electronics has the potential to continue to drive sales.<br>Gross margins were down 60 bps to 40.2%, above our 40.0% projection and in line with the company's guidance. The decline in gross margins came from merchandise mix, slightly lower IMU, and higher shrink cost. Canada also contributed about 10 bps to the decline.<br>S,G&A as a percentage of sales was 27.3%, down 50 bps YOY. This was 10 bps lower than our 27.3% forecast. The company indicated that the reduction in the expense rate was due to leverage on payroll, distribution, insurance, lower debit fees, utilities and bonus expense.<br>Canada expenses of $17.6 M caused about 50 bps of deleverage. Without Canada, SG&A would have leveraged 100 bps. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

S,G&A dollars per average square foot were down 1.9%. Excluding Canada, SG&A dollars per square foot were down 0.6%.
D&A as a percentage of sales was 1.5%, up 10 bps YOY and 10 bps higher than our model.
Overall, operating margins dropped 30 bps to 11.4%, 20 bps higher than our forecast. The U.S. operating margin was 12%, 30 bps higher YOY. The net interest expense was $0.9 million, greater than $0.6 million expense forecast. The tax rate was 39.5%, slightly higher than our 39.2% forecast. The share count was 65.4 million vs. our 64.9 million estimate.
The balance sheet remained sound. Total inventories were up 8% to $825 million at year end.
On a per square foot basis, inventories were down 1.2%. vs. flat sales per average square foot.
Excluding Canada, inventories per square foot were up 4% vs. flat sales per average square foot.
BIG had $68.5 million in total cash and equivalents at quarter end and $65.9 million in debt, or about $0.04 per share in net cash. The debt to equity ratio was 8.0%.
In FY11, BIG generated $318.5 million in operating cash flow and spent $131.0 million on capex, thereby producing $187.5 million in free cash flow, which is about $2.70 per share vs. $2.64 per share LY. In FY11, BIG spent $359 million repurchasing shares 11 million shares or 15% of shares outstanding. This is comparable to FY10, when the company spent $342 million to repurchase 10.5 million shares. We estimate that this repurchase activity in the past two years has been accretive by roughly $0.60 per share in FY11.
BIG management provided an update on the three key initiatives laid out related to Canada; sourcing merchandise, recruiting and hiring talent, and store clean-up. 1) Merchandising: inventory levels have grown and quality is better. The goal is to have $25 to $30 million in inventory. Feedback from customers related to the assortment has been positive. 2) Hiring talent: BIG has made substantial progress recruiting merchants, planners and field operators, but there is still some work to do. 3) Store clean-up: the company continues to build out its store teams and is pleased with its progress.
For 1QFY12, guidance is for comps to increase 2% to 4% and EPS in a range of $0.75-0.81.
Guidance includes $0.09 to $0.12 dilution from Canada, and excludes a one-time, after-tax $3.4 M inventory charge. Total sales are expected to rise 6% to 8%. Canada sales are expected to be $25 - $30 million, adding approximately 2% to total sales. BIG faces a negative 3.6% comparison and earned $0.70 per share LY.
FY11 guidance is EPS of $3.45-$3.50 and a 2% to 3% increase in same-store sales. This includes $0.10 per share from the extra week, a $0.21 to $0.26 loss per share from Canada, and excludes share repurchase. We estimate that share repurchase could add $0.15 or more to EPS.
The company is targeting at least 80 new stores and did not specify the number of store closings (we're estimating around 30).
Guidance is based on slightly higher gross margins and flat expenses. The company indicated that it needs comps to be about 1% in order to leverage expenses. Overall operating margins are expected to be flat YOY, due to a higher YOY D&A expense and dilution from Canada.
We are updating our model and raising our estimates modestly. The major changes include adding back SG&A for bonuses in 1HFY12, and factoring in the 53rd week. Our 1QFY11 EPS estimate goes to estimate to $0.76 from $0.81. For FY12, we are raising our EPS estimate to $3.53 from $3.49. We note that we are assuming $200 million of share repurchase into our model, which is not incorporated into EPS guidance. Guidance for FY12 appears conservative, based on our model.
Our FY13 estimate remains the same at $3.92.

*March 5, 2012 Piper Jaffray Peter J. Keith, Sr Research Analyst*
**Improving US Business, But Canada Acquisition Remains a Drag; Maintain Neutral**
CONCLUSION:
We are maintaining our Neutral rating but increasing our PT to $45 (from $42) following BIG's Q4 earnings beat. Full year 2012 EPS guidance was inline with estimates and is calling for the recent Canada acquisition to be a drag of $14M-$17M on operating profit. Q1 EPS was guided below as modest gross margin pressure is expected to continue. However, we believe the Q1 comp guide of 2%-4% looks conservative given (what we believe to be) a strong start to the quarter with easier compares ahead. BIG shares remain intriguing due to an improving sales trend and easier sales and margin compares, but the company does not appear to have a sustainable catalyst to give us an upbeat outlook beyond 2012. The Canada acquisition could show a profit in 2013, but it remains too early to model in this scenario with any confidence.
• Q4 EPS Tops Consensus and PJC. BIG announced Q4 EPS of $1.75 which topped consensus of $1.73 and PJC of $1.74 as

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | well as guidance of $1.71-$1.74. Recall that BIG announced a +3.4% comp and U.S. retail sales of $1,622.9M in early February. As we expected, gross margin was down but more than we expected to 40.2% vs. our estimate of 40.4% (-40 bps y/y). Gross margin was dragged down by merchandise mix, lower IMUs and higher shrink. On the positive side, total expense leverage was stronger than we expected at -36 bps y/y to 28.8% due to the strong comp. As a result, OPM was only down 25 bps to 11.4% vs. our estimate of 11.2%.<br>• Comparisons are Favorable in Much of F12. BIG has relatively easy comp and gross margin compares heading into F12 due to abnormally cold and wet weather from mid-March to Memorial Day last year which resulted in -LSD comps in Q1/Q2 F11. Also, the company saw markdown activity in Q2/Q3 F11 that negatively impacted gross margin. Mix pressures still remain in place for 2012, but we expect the company to begin expanding gross margin by Q2 due to the easy compares.<br>• Raising F12E EPS to $3.48 from $3.47. Consistent with our preview, management roughly guided the F12 EPS mid-point ($3.45) in line with PJC ($3.47) and consensus ($3.46). For F12, we are holding our comp consistent at +2% vs. guidance of +2% to +3% for U.S. stores. We anticipate that gross margin will be ~+8 bps to 39.9% as the company laps one-time markdowns from last year and Liquidation World's gross margin continues to improve. For total expenses we are estimating leverage of 5 bps as 21 bps of SG&A leverage is offset by 16 bps of depreciation deleverage from the Canadian stores.<br>INVESTMENT RECOMMENDATION:<br>Maintaining our Neutral rating and raising our PT to $45 (from $42), based on 13x F12E EPS of $3.48. We are raising our multiple to 13x from 12x to account for improved EPS growth in 2012.<br>RISKS TO ACHIEVEMENT OF TARGET PRICE:<br>Risk factors include competition, weather and general economic conditions.<br>COMPANY DESCRIPTION:<br>Big Lots, Inc. is a national closeout retailer offering consumables, seasonal furniture, housewares, toys, and gifts. Stores average 28K sq. ft. and offer brand name merchandise at 20%-40% below discount retailers' prices. |
| 3/6/2012 | 2,065,108 | $44.39 | 0.54% | 0.90 | |
| 3/7/2012 | 1,267,634 | $44.90 | 1.15% | 0.15 | *Mar 7 2012 16:42:31 Wire: Bloomberg Transcripts (BT)*<br>**Big Lots Presentation Teleconference BIG US**<br>**Company Name: Big Lots Event Description:Raymond James Institutional Investors Conference**<br>**Raymond James Institutional Investors Conference**<br>MANAGEMENT DISCUSSION SECTION<br>Dan Wewer:<br>Dan Wewer, I follow the hardline retailers for Raymond James. Thanks for your interest in Big Lots. Big Lots has been one of our favorite investment ideas within the value retail sector, continue to rate the share as a strong buy.<br>I think the most important key investment themes for Big Lots in 2012 is that we are beginning to see some traction from the company's new merchandising initiatives that are beginning to pay off. Further, the company will enjoy the easiest year-over-year sales comparisons of any one of the value retailer. Also mindful that Big Lots' operating margins remained about 70 basis points below their previous high watermark. So there is ample room for improvement.<br>And then finally, valuation for Big Lots based on earnings multiples, free cash flow yield, EBITDA multiples, about 25% to 40% below the peer group.<br>We have two members of management with us today; [ph] Andy Regrut, (00:46) who is Director of Investor Relations and Tim Johnson, who is VP of Strategic Planning. Following this meeting, we'll have our breakout session downstairs in Cordova six.<br>Timothy A. Johnson:<br>Thank you, Dan. Thank you every one for coming and hearing all about Big Lots today. For those of you, who may or may not be familiar with us, please understand we are the North America's largest broadline closeout retailer. There is no close second. We have stores in all 48 states, the contiguous 48 states, as well as recently branching out into Canada. About $5.2 billion in sales last year, 37,000 associates across the country, 1,450 stores here in the U.S. and about 80 stores up in Canada. We have five regional distribution centers here in the U.S., which we own, and two leased buildings up in Canada.<br>We are a Fortune 500 company. We've been listed on the New York Stock Exchange now for over 25 years under the ticker symbol |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

BIG. We have strong liquidity and healthy balance sheet, $66 million in cash and debt at year end, and a $700 million unsecured credit revolver. So we have ample headroom to invest in our business or other opportunities. We have an investment grade credit rating with S&P, which is extremely important to our landlords and the vendor community that we do business with.

The slide you see in front of you. We've had a fairly nice run here, as Dan mentioned, over the last five years, a good consistent track record of delivering record results over the last five years from an earnings per share standpoint. Healthy cash flow generation, we've averaged about $240 million of cash flow, which we define as operating cash plus CapEx on average over the last five years, that we've tended to reinvest back in the - in our business, both in terms of initiatives to drive U.S. growth, Canadian growth.

And absent a better use from the cash, we've been a pretty good steward of your capital returning it to you in the form of share repurchase activity.

We've done about $1.6 billion worth of share repurchase activity over the last five years. Taken out about 55% of our share base at an average price of less than $26 per share, or significantly lower than where I think the stock opened today. So we feel very good about that in terms of the returns that we provide to our shareholders and returning cash to shareholders.

As recently as last week, we just announced the strong finish to the fourth quarter and fiscal 2011. Last week, we reported a sales increase of 10% over the prior year, operating profit improvement of about 8%, comp-store sales in the U.S. were up 3.5%, one of our best quarterly results over the last five or six quarters, and a record earnings per share result of $1.75 per share or about a 20% increase over last year.

Fiscal 2011 saw a lot of milestones for the company. We exceeded $5 billion of sales for the first time in the company's history. We opened up 92 new stores here in the U.S. We purchased our first international expansion opportunity in Canada through LIQUIDATION WORLD mid-year. We had the successful rollout of the new merchandising system that will give us better information to run the business going forward, and hopefully some opportunities to see some margin improvement.

We generated another $200 million of cash flow or about a 7% yield on the market cap as of close yesterday, and reinvested back into the business purchasing about 15% of the shares, again at an average price of less than $33. So, shareholders have benefited owning Big Lots in the last 12 months.

So who are we and what do we do? We are quite a unique retailer in the retail landscape, which is very important. All retailers need a reason to exist. We think we have a reason to exist in the way that we source merchandise and in the way that we provide great value to the customer.

So, for our manufacturing partners, we're a channel distribution. We help them alleviate excess inventory. We have a very large checkbook both here in the States, as well as internationally we source from an import standpoint a little over 25% of our business.

For our customers, we offer extreme value on branded merchandise, at prices they will not find elsewhere in a retailer. We save them money, so very important to have a reason to exist. Also for our customer, the strategy is we think much more flexible than a traditional retailer. And what I mean by that is, we have the opportunity to go where market trends are growing or not growing, in order to provide a different store, it's not the same store every month or every quarter. So we have the opportunity to buy deals that are fresh and exciting and not be inhibited by what was happening in the store last quarter or a year ago.

So, we are uniquely positioned from an inventory standpoint. We are also uniquely positioned from a size standpoint. Our average store size is about 30,000 square feet. We are not a 100,000 square foot plus big-box retailer. We are not a dollar store on every corner. We are uniquely positioned in between both in size and in product offering.

As I mentioned, we source product much differently. We have a longstanding history of vendor relationships, where we help - or essentially you could think of it as part of a supply chain for the large manufacturing companies. They know if they have a problem, if they tend to overproduce or if they want to change the packaging, or if they want to introduce a new product that might not go so well or if they get push back from other retailers on order, they have a backstop in Big Lots where we can take small deals or large deals and move the inventory, we pay cash, and they never see the product again.

After the recent success of repositioning and refocusing our business and some of the results I just covered, we have recently entered into a growth mode. The slide that you see on the screen today talks about the different ways that we are going about growing our business. Organically, we start with merchandise and that's the key to what we do from a merchandising standpoint.

Organic growth starts with the six major categories that we have in the store, Consumables, Furniture, Home, Play n' Wear, Seasonal and Hardlines, so a unique product assortment compared to other discount retailers.

Consumables is about 30% of what we do in our stores. In other discounters, you will hear them talk about consumables being 50% to 60% to 65% of what they do. So it's a much different shopping experience for the customer. We are very competitive in consumables,

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

we source excess inventory from some of the most recognizable brands across the country. And because we are sourcing excess inventory, we are able to pass that along to the customer at lower price than they are going to find elsewhere. We save the money in consumables.

Furniture is the next largest category you see on screen, and these are 2011 final results in our U.S. business. Furniture is about 17% of the mix, again, a differentiator, a game changer in our store compared to other retailers. Most other retailers in the discount space do not play in furniture. We play in the low-to-moderate price point furniture business, it's - here it's - here on the floor, it can go with you in your car, so one-to-show one-to-go. You do not have to wait 8 to 12 weeks to get your furniture delivered to your home. It's ready for you that day. It's a department within the store. So we leverage the natural foot traffic that's in the store everyday and helping them see our furniture assortment, key differentiator especially this time of the year in the first quarter when tax refunds and furniture businesses are at their peak.

Next biggest category to talk about is Home Dcor; domestics, tabletop, food prep, frames, framed art, stationery, a key differentiator as well for Big Lots and an opportunity we see going forward to really grow the business in the Home area. Nice leverage or nice cross-selling opportunities with the furniture business that I just talked about, and one of our better margin categories in the store.

From a Play n' Wear standpoint, Play n' Wear is a category that we've defined that includes for us electronic, primarily electronics and toys. For those of you who follow the business, you know we've made some pretty strategic shifts within Electronics and away from Toys that I'll cover in a moment, Play n' Wear is a big part of the Big Lots strategy going forward.

Seasonal; at about 14% of our business, you see on the screen here, things like Christmas trim, Lawn and Garden in summer are in stores right now, another key differentiator in the strategy. If you were to pull a group of Big Lots' customers, there is a number of reasons they shop our stores, but one of them that typically comes to the top of the list is seasonal-type product. So a very important part of what we do.

The final category, which is Hardlines and the smallest categories, we define it as tools, automotive, home maintenance, small appliances, anything with a plug in it. Highly, highly closeout category, some very recognizable brand names if you have an opportunity to go to the store.

Couple of things I want to - just take a pause on and talk about category shifts or how we're changing the store and how they are going forward. The slide you see on the screen now is electronics. Big Lots along with most every other retailer out there would talk to you about how toys as a business is a declining business. It's changing.

The traditional toys that might have been relevant 5 to 10 years ago are not the toys of today. Electronics are the toys of today. In our model, we have the flexibility to reallocate floor space, reallocate inventory, flex up and down based on what category is hot or relevant, and right now electronics is hot and relevant.

So, during the fourth quarter, for those of you that follow the company, you heard us talk about downsizing toys and expanding our electronics business. You see some items on the screen there. We're in the tablet business in the fourth quarter. Not iPad, not a $500 or $600 tablet, we were in tablets the Big Lots way, under $100. Great value; might not be the latest version, but $100 for a tablet, and Christmas time was a very compelling value and did extremely well, as an example.

MP3 players, handheld camcorders, accessories for your iPod or your iPad, significant growth category for Big Lots in the fourth quarter and going forward, and a good example of how we can change the store to fit where the customer is currently interested.

Another good example that you'll see in the first quarter come up here in the next few weeks, we'll go through a similar process only in the Home category.

We see big opportunities to grow our Home business going forward. As I mentioned, it's a little better margin category and we're going to reallocate some space away from smaller classifications that might not be as relevant to the customer day-in and day-out. Things like apparel. We really do not play in the apparel game. Instant furniture, lingerie, categories that we have a difficult times standing for something in a meaningful way like we think we can in Home.

So, that's another good example, a future example here in the first quarter of how we can change our product assortment and move to where we think the customer is most interested, and not be inhibited by planograms or the past.

We're also in an organic growth mode through geographic expansion. I mentioned earlier the acquisition in Canada, and I'll touch on that in a moment. But from a U.S. standpoint, we plan on growing the store base, opening 90 new stores this year, that's on top of 92 in the prior year and 80 in the year before that. So, we're in a growth mode here in the U.S., we are adding new jobs, we are adding new locations to the economy.

From our perspective, there is ample real estate available to us to grow the store base this year. Ample real estate is available,

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

something I have to kind of pause on for a moment. We source our real estate very similar to how we source our merchandise. We are looking for excess space that's available in the marketplace, whether it'd be retailer XYZ is downsizing and is splitting the store with us, or retailer XYZ is moving down the road five miles to the new location, or a retailer is going out of business, we source real estate like we source our inventory looking for excess space. We absolutely would entertain new build opportunities or new centers. But our bread and butter is right there in the excess inventory of real estate that's
available.

The next slide you see on the screen talks about Big Lots Canada, an opportunity that we saw to enter the market in Canada where we see an underserved customer and an underserved vendor community. We've looked at expanding into Canada for a number of years, to a number of different retailers who might have been available to us, or actually considered going out alone and building the first Big Lots store and putting an infrastructure in place and building from scratch.

Much different propositions, much longer timeline, much more expensive and therefore we again kind of reevaluated and waited for something of value to come our way. Middle part of last year, we had an opportunity to purchase an existing chain of about 85 stores at the time called LIQUIDATION WORLD or LW.

They were a closeout retailer in Canada, of course, the business is much different than we do, but still gave us an immediate entry into a market that we believe we need to be in longer term.

From a real estate and from a competitive standpoint, it is not as competitive. There is not as much retail per capita in Canada as there here -
is here in the States. We like that opportunity. And from a vendor perspective, closeout opportunities and excess inventory is available in Canada without a lot of good options on how to move that inventory. So we feel like there is an opportunity with the customer and in the vendor community in Canada.

But I think it's important to note, we didn't buy LIQUIDATION WORLD. We didn't enter Canada for last quarter, this quarter or even this year. This is a much longer-term proposition for Big Lots. We see an opportunity of 150-plus stores across the country.
We are in most major provinces today. We see an opportunity to round out markets we are currently in. We see an opportunity, hopefully to go into better locations similar to some of the better locations we've gone into here recently in the States. This is a much longer-term proposition or opportunity that we see for 150-plus stores longer term at operating margins or EBITDA margins similar to what we have here in the States.

So we're in a growth mode organically, geographically, as well as investing back in our own business in terms of organizational capabilities. For those of you who had an opportunity to listen to the conference call last week, you
heard our Chairman and CEO talk about how important training and development is to our business. We need to be training the next set of leaders to open the next 90 stores, or to expand the next merchandise category, or to support
our stores from a general office or distribution standpoint. So training and development is very important, a very important part of the growth mode that we are in currently.

You see on the screen here three or four different examples of training programs that we have at Big Lots. Merchant in training program, we're all about merchandise, that's the key reason we exist as a business, developing our own merchants internally through our training programs, it's something that has been an ongoing four, five-year process as part of the turnaround of
Big Lots. Some of the early merchants in training that benefited from this program, have now ascended into buyer positions in the company, planners in the company. So they are having an impact in what we do.

The other three items you see on the screen here, whether it's a 1000 ways to succeed, the best program or our leadership institute, we are getting ready the next assistant manager, store manager or district manager to take on a broader role within the company.
So, leadership training and development is a theme that you will consistently hear from us over the next few years.

Another consistent theme in terms of getting the organizational capabilities ready for us is systems. We've talked about in the past the new register systems we've put in place, all for future growth. We just most recently talked about new merchandising systems that went live this year, again, all to support future growth.

Going forward in 2012 and 2013, you'll hear us talk about systems for our warehouses, systems for human resources, again, to make it easier to recruit and retain our talented associates. You'll hear us talk about real estate systems where we have the ability to have better information, track costs better, understand sites and lease data in a more concise way, again, all to support a future store base that's much larger than where we are today. So, organizational capabilities through our systems will be something that's very
important going forward as well.

**Big Lots Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

So that kind of gives you a quick-fire little bit on merchandising and some of the growth aspects. One of the - and the second key theme that you will hear us talk about consistently, pardon the pun, throughout this year is consistency of results. We think we've done a pretty good job delivering to our shareholders, on an annual basis, consistent earnings results and consistent comps that the business in total on an annual basis as comp flat or positive for 13 consecutive years, again, reinforcing we have a reason to exist with the customer. They recognize and value what we do.

Where we have not been as consistent is on a quarterly basis with our comp-store performance. We understand it and hear loud and clear from investors that you would like to see a little bit more consistency in order to get comfortable with a valuation that's a little better than where it is today, and that's something we're very focused on.

As you look at the slide on the screen, we are talking about a 2% to 4% comp in our U.S. stores for the first quarter that - also an earnings per share number of $0.75 to $0.81, again, 7% to 16% growth over the prior year. A couple - its one thing to say, as a business we want to generate more consistent comps. The question is, how do you do that, right? So I think the way that, that we're approaching it, I know the way that we're approaching, it is from a merchandising standpoint, it's all got to start there. So whether it's Electronics that we mentioned in the fourth quarter, those changes translating to a more consistent business; whether it's the Home business changing in the first quarter, again, translating to more consistent business.

Another key initiative of the business is focusing more on the customer mindset on each quarter or each; we call them, nine-week increments. We have a process internally where we focus extremely on the nine weeks of Christmas,

biggest volume time of the year for our business and most of retail.

Planned months, if not a year, in advance, in fact a majority, a large majority of the initiatives for this upcoming holiday are locked at this point. We are in execution mode on getting inventory. What happens if you take that customer mindset and apply it to other nine-week increments during the year? Maybe it's back-to-school, maybe it's transition coming out of holiday into first quarter and tax time selling, there are different periods in the year where we think we have an opportunity to define what the customer

mindset is most important and then source merchandise to it, lay out the store to it, present it from a marketing standpoint, whether it's in our ad circulars or whether it's in our digital program. So there is a very focused effort on trying to deliver more consistent quarterly results throughout the business.

Third key theme, obviously, why we are all here is generating shareholder returns. On the screen in front of me you see the outlook for fiscal 2012. We

feel very good about the results in fourth quarter and moving into the New Year in 2012. We're calling for a 2% to 3% comp increase, again, productivity

at record levels at $172 a foot. Again, not record in retail, but certainly a

record for our business and again to us, suggests there is opportunity to continue to grow. $3.40 to $3.50 per share, 14% to 17% on top of this year's record result, and another $200 million in cash flow for the year, and again that's cash after reinvestment in the business. So we believe that, that profile that we are guiding to should allow us to continue to generate good shareholder returns for investors.

So, as we wrap it up, clearly we feel pretty good about how we ended the year

and what we've got in store for our customers and investors in 2012. We've had record earnings for the last half a decade and we've generated very strong cash flow, very strong returns for shareholders. We've created meaningful opportunities in our employment both for our own associates, as well as expanding in terms of jobs, and we believe that we've got some pretty

good strategies, and clearly the capital and balance sheet strength to make those happen here in 2012.

So with that, I'd like to open it up to see if there is any question. I think we've got about five minutes left maybe?

Q&A

<Q - Dan Wewer>: Sai (25:35)?

<A - Timothy A. Johnson>: Yes.

<Q>: [Question Inaudible] (25:36).

<A - Timothy A. Johnson>: Sure. So, the question was around gross margin pressure in 2011. Clearly, we had some quarters last year that - where the gross margin rate was down and that pressured earnings, how do we see those trends going forward, what are we doing about it - what were the drivers of that.

So last year in 2011, our gross margin rate did decline about 80 basis points

over the prior year. There were a couple of quarters within the year, where it was heavily mark-down driven particularly in second

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | quarter and third quarter around some challenges in seasonal product due to weather, around some promotional events that we ran that were incremental or new to try to get some traffic back in the stores. So the margin compression in the second quarter and third quarter, a fair amount of that was mark-down driven, and I'll come back to that in a moment. But across the majority of the year, what you saw us doing was making conscious decisions on what categories we wanted to be involved in and which ones we didn't. So it's not all about electronics, but that's a great example of a category where we felt that we had an opportunity to drive gross margin dollars, which are most important in electronics, and not so much or not as much inventory or focus on toys.<br>If you're focused on gross margin rate, Toys is the higher one, okay? Electronics is the lower one. And we're focused on driving gross margin dollars and we thought we had a better opportunity to do that in Electronics by driving comps and gross margin dollars rather than trying to convince the customer they wanted to buy Toys from us when they didn't.<br>So category shifts absolutely are a component of IMU pressure we experienced throughout last year. Also, focus on shifts within categories, again, not that Electronics is the only one, but it's the most visible one to you guys and probably the easiest to understand.<br>We love the tablet business. It's low margin electronics. That's a trade-off that we're willing to make to try to drive traffic and drive gross margin dollars in the store, versus maybe other parts of electronics or other parts of the store that might be better margin, but might not be as exciting to the customer.<br>Looking forward to 2012, we think we start the cycle, the majority of that IMU challenge and that lower mark-downs, particularly in the second and third quarter, should provide a little bit of gross margin benefit for the year this year. We don't think we get back everything we lost last year. We candidly wouldn't want to swing the pendulum that far because we would have concerns about what that might look like in store or how our customer might perceive prices et cetera. But we're more focused on getting back a portion of that through better management of inventory in seasonal and lower mark-downs.<br>Dan Wewer:<br>(29:08).<br>This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. |
| 3/8/2012 | 1,251,500 | $45.00 | 0.22% | (0.49) | |
| 3/9/2012 | 783,572 | $45.43 | 0.96% | 0.27 | |
| 3/12/2012 | 697,055 | $45.31 | -0.26% | (0.12) | *Mar 12 2012 9:31:06 Wire: PR Newswire (PRN)*<br>**Critical Alerts for US Steel, Big Lots, Micron Technology, TRW Automotive, and Acme Packet Released by Seven Summits** Research<br>CHICAGO, March 12, 2012 /PRNewswire/ -- Seven Summits Research issues critical PriceWatch Alerts for X, BIG, MU, TRW, and APKT.<br>To see what our analysts have discovered about these stocks read the Seven Summits Strategic Investments' PriceWatch Alerts at http://www.iotogo.com/s/031212B (Note: You may have to copy this link into your browser then press the [ENTER] key.)<br>Today's PriceWatch Alerts cover the following stocks: US Steel (NYSE: X), Big Lots (NYSE: BIG), Micron Technology (Nasdaq: MU), TRW Automotive (NYSE: TRW), and Acme Packet (Nasdaq: APKT).<br>In today's unsure markets these brief PriceWatch Alerts contain concise, detailed strategies for each covered stock and include position protection tactics designed to potentially defend investors from unexpected market shifts. While other market reports only provide stock news and opinion, we offer strategies that position investments against uncertainty and increase chances of making a profit, even if a stock goes down.<br>"Our PriceWatch Alerts go beyond other market reports. Along with a brief concise overview, each PriceWatch Alert provides useful strategies, which ensure potential investments are protected with basic hedging techniques," says Reid Stratton, Seven Summits Senior Analyst. "These brief company reports contain information that can benefit expert and novice investors who want to stay ahead of the market."<br>For essential information on stocks poised to move go to: http://www.iotogo.com/s/031212B for Seven Summits Strategic Investments' PriceWatch Alerts.<br>Seven Summits Investment Research is an independent investment research group, which focuses on the U.S. equities and options markets. Our analytical tools, screening techniques, rigorous research methods and committed staff provide solid information to help our clients make the best possible investment decisions. For more information go to www.SevenSummitsInvestmentResearch.com.<br>CRD# 137114 |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | All stocks and options shown are examples only-- not recommendations to buy or sell. Our picks do not represent a positive or negative outlook on any security.<br>Potential returns do not take into account your trade size, brokerage commissions or taxes--expenses that will affect actual investment returns. Stocks and options involve risk, thus they are not suitable for all investors. Prior to buying or selling options, a person should request a copy of Characteristics and Risks of Standardized Options available at http://www.cboe.com/Resources/Intro.aspx. Privacy policy available upon request. |
| 3/13/2012 | 705,881 | $45.84 | 1.17% | (0.01) | |
| 3/14/2012 | 673,863 | $45.61 | -0.50% | (0.35) | |
| 3/15/2012 | 854,568 | $45.56 | -0.11% | (0.40) | *March 15, 2012 BB&T Capital Markets Anthony Chukumba*<br>**BIG: RAISING PRICE TARGET BASED ON PERIODIC PRICING STUDY**<br>Key Points<br>• UPDATED PERIODIC BIG LOTS PRICING STUDY. We have updated our periodic pricing study for Big Lots in which we compare the company's prices to those of a variety of other discounters and department and grocery stores.<br>• PRICE GAP BETWEEN BIG LOTS AND PEERS WIDENS (AGAIN). Big Lots' prices were 49% lower than the other chains we surveyed on average, as compared to 45% in December; this represented our third consecutive pricing study in which the gap widened.<br>• STORE VISITS INDICATE COMPELLING MERCHANDISE OFFERING. Our store visits indicate Big Lots continues to offer plenty of highly-recognizable name brand products, including several high-end food items.<br>• BETTER MERCHANDISING SHOULD DRIVE IMPROVED CONSISTENCY.<br>We are pleased by the continued improvement in Big Lots' merchandising, which we believe should help the company achieve management's goal of more consistent quarterly performance.<br>• RAISING PRICE TARGET, REITERATE BUY (1) RATING. Based on our most recent pricing study, we believe Big Lots continues to offer a wide assortment of recognizable brand name merchandise at compelling price points. Thus, we are raising our price target to $51 from $48 and reiterate our Buy (1) rating.<br>Additional Discussion<br>We have updated our periodic pricing study for Big Lots in which we compare the company's prices to those of a variety of other discounters and department and grocery stores. We believe the central component to Big Lots' success is its ability to offer a wide selection of merchandise at price points that are typically substantially lower than those of other retailers. Thus, we believe periodically comparing the company's prices will provide us with insights on future top-line trends.<br>We gathered pricing data on a basket of 30 items, including consumables, home furnishings, and consumer electronics from a Big Lots store in Northern New Jersey. We then compared Big Lots' prices to those of other discounters and department and grocery stores (net of any sale-related discounts or other price reductions) in the same market area, including Bed Bath & Beyond (BBBY-$65.47-Hold), J.C. Penney, Target, Wegmans, Sears, and Walmart. Below are our key takeaways from our most recent study:<br>• Big Lots' prices were 49% lower than the other chains we surveyed on average, as compared to 45% in December (see Figure 1); this represented our third consecutive pricing study in which the gap widened. Big Lots' prices were lower on all 30 items in our basket, with a low discount of 3% (on an iHome portable speaker case) and a high of 85% (on a Farberware euro peeler). The average price difference between Big Lots and its peers was 37% on consumables, 49% on home furnishings, and 57% on consumer electronics.<br>• Our store visits indicate Big Lots continues to offer plenty of highly-recognizable name brand products, which is counter to some investors' concerns the company may struggle to source enough quality merchandise as retailers and manufacturers focus on tightly managing inventory levels. For example, Big Lots currently offers Cuisinart and KitchenAid kitchen products and Sylvania and iHome consumer electronics. In addition, we saw several higher-end food brands, including Bob's Red Mill Natural Foods and Jones Soda, which are commonly carried in upscale grocery stores such as Whole Foods (WFM-$85.13-Hold). We also believe the widening price gap further evidences the availability of plenty of compelling closeout merchandise.<br>• Big Lots continues to prominently feature tablet PCs in its advertisements, including offering a Pandigital Android-based tablet PC for $119.99 on the front page of this week's circular (see Figure 2). Our recent store checks indicate Big Lots is offering a couple of different tablet PC models in most stores from lesser-known manufacturers such as Nextbook and Pandigital. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

A number of the stores we contacted noted robust sell through of tablet PCs, with a couple of locations continually selling out of them fairly quickly. Given the underwhelming consumer response to many of the "non-iPad" tablet PCs, we believe Big Lots will be able to opportunistically purchase additional models over the next several months, which should drive incremental store traffic and sales.

• We are pleased by the continued improvements in Big Lots' merchandising, particularly in the food and consumer electronics product categories. We have been impressed by many of the higher-end food items we have seen on the shelves during our recent store checks, and think the company's decision to focus more on consumer electronics and less on toys during the holiday selling season was clearly a wise move. We believe better merchandising should help Big Lots achieve management's goal of more consistent quarterly comparable-store sales growth and overall financial performance—which we think would ultimately lead to valuation multiple expansion, as evidenced by the higher multiples currently enjoyed by the dollar store chains.

Based on our most recent pricing study, we believe Big Lots continues to offer a wide assortment of recognizable brand name merchandise at compelling price points. We are maintaining our current earnings estimates, which we raised following the company's better-than-expected Q4'11 results.

Valuation Methodology & Risk Considerations

We are raising our price target on Big Lots to $51 from $48 and reiterate our Buy (1) rating. Our new price target is based on a 14.7x multiple of our FY'12 diluted EPS estimate, which we believe is conservative given the higher valuations currently afforded other deep-discount retailers, including Dollar General (DG-$44.46-Hold), Dollar Tree (DLTR-$94.16-Hold), and Family Dollar (FDO-$57.60-Hold). Our investment thesis remains as follows:

• Big Lots has become the nation's largest broadline closeout retailer by far by offering a wide selection of merchandise at compelling price points.

• Big Lots has attractive square footage growth opportunities ahead of it, including the opening of higher productivity " A" locations.

• Big Lots recent acquisition of Liquidation World provides the company with a "low-cost" option to enter the Canadian market.

• Big Lots generates strong free cash flow, which the company regularly returns to its shareholders through share repurchases.

In our opinion, there are several risks associated with an investment in Big Lots and to achieving our price target on the shares. They include: (1) increased competition from discounters, deep discounters, department stores, and other retailers; (2) the inability to consistently procure quality closeout merchandise that can be sold at acceptable profit margins; (3) continued weakness in U.S. consumer spending, particularly during the holiday selling season; and (4) problems integrating the Liquidation World acquisition, including possible management distraction from the core U.S. business.

*March 15, 2012 Northcoast Research Partners, LLC Jeff Stein, CFA - Managing Director*

**Beneficiaries of Early Spring Weather**

Overview

Several of our BUY rated stocks are expected to be beneficiaries of the favorable weather trends we have seen thus far in 2012. In sharp contrast to last spring, temperatures have been well above average through the second week of March.The a ttached table illustrates the YOY changes in average temperatures around the country. While there is still a long way to go, we are already sensing upside EPS opportunities for Q1 in the following names:

Big Lots- Last year Q1 and Q2 comps declined -3.6% and -1.5% respectively as cool wet weather pressured sales and margins in the important lawn and garden categories. We estimate that the seasonal business accounts for 25%-30% of 1H sales and carries among the highest margins in the store. In addition, year-round categories that matter most to Q1 were some of the strongest performing areas of the store in Q4. Those included consumables, furniture and electronics. Our comp assumption for Q1 is 3.5%. It is still early, but we think the company is off to a strong start.

Each 1% swing in comps is worth an estimated $0.17 per share on an annual basis.

TJX Companies- The off-price business is a buy now/wear now business.

The company was out of cold weather apparel long before the regular price big boxes this past fall. Furthermore, their supply chain is more flexible and they are able to restock more quickly than traditional retailers. TJX is off to a strong

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | start and reported a 9.0% comp increase in February. Our Q1 comp assumption for TJX is 3.0% vs. a 2.0% increase last year. Each 1% swing in comps is worth an estimated $0.06 per share annually.<br>Conclusion<br>Weather has often been used as an excuse for poor performance, but in several instances we believe that last year's results for Q1 and Q2 were more severely impacted than normal due to an unseasonably cold and wet spring. By contrast, year to date weather trends have been at the opposite end of the spectrum. For investors seeking to identify opportunities that are highly leveraged to an unusually warm spring, we offer up several of our BUY rated names, including Big Lots, Shoe Carnival and TJX Companies. |
| 3/16/2012 | 1,126,549 | $45.42 | -0.31% | (0.10) | |
| 3/19/2012 | 723,643 | $45.52 | 0.22% | (0.13) | |
| 3/20/2012 | 875,923 | $45.52 | 0.00% | (0.21) | *Mar 20 2012 8:25:05 Wire: PR Newswire (PRN)*<br>**Big Lots, Inc. to Present at the Telsey Advisory Group Consumer Conference**<br>PR Newswire<br>COLUMBUS, Ohio, March 20, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) announced today that it is participating in the Telsey Advisory Group (TAG) 4th Annual Spring Consumer Conference being held at The InterContinental Hotel New York Times Square, New York City, New York.<br>(Logo: http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO )<br>Steve Fishman, Chairman, CEO and President is scheduled to give a presentation on Tuesday, March 27 which will be broadcast live beginning at approximately 8:10 a.m. Eastern Time.<br>This live audio webcast will be available through www.biglots.com in the Investor Relations section of the website.<br>If you are unable to join the live webcast, an archive of the presentation will be available through www.biglots.com and will remain available through midnight April 3, 2012.<br>Big Lots is North America's largest broadline closeout retailer.<br>As of January 28, 2012, we operated 1,451 BIG LOTS stores in the 48 contiguous United States and 82 LIQUIDATION WORLD and LW stores in Canada. |
| 3/21/2012 | 812,502 | $45.53 | 0.02% | (0.13) | |
| 3/22/2012 | 527,242 | $45.36 | -0.37% | (0.04) | |
| 3/23/2012 | 603,729 | $45.66 | 0.66% | 0.24 | |
| 3/26/2012 | 853,146 | $46.40 | 1.62% | 0.11 | *Mar 26 2012 7:31:24 Wire: Bloomberg First Word (BFW)*<br>**Canaccord Genuity Initiates Specialty Retail Group**<br>By Joshua Fineman<br>March 26 (Bloomberg) -- Aaaron's rated buy, PT $31.<br>* Bed Bath rated buy, PT $69<br>* Big Lots rated buy, PT $58<br>* Lumber Liquidators rated buy, PT $26<br>* Rent-a-Center rated buy, PT $50<br>* Ross Stores rated buy, PT $67<br>* TJX Cos. rated rated buy, PT $38<br>* Williams-Sonoma rated buy, PT $53<br>* Coach rated hold, PT $71<br>* Dollar Tree rated hold, PT $89<br>* Family Dollar rated hold, PT $64<br>* Home Depot rated hold, PT $45<br>* Limited Brands rated hold, PT $42<br>* Lowe's Cos. rated hold, PT $27<br>* Tiffany rated hold, PT $69<br>* Urban Outfitters rated hold, PT $27<br>* Gap rated sell, PT $18 |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | * Canaccord analyst is Laura Champine<br><br>*Mar 26 2012 9:22:56 Wire: Bloomberg News (BN)*<br>**Big Lots Rated New 'Buy' at Canaccord Genuity**<br>By Bloomberg Data Mar. 26 (Bloomberg) -- Big Lots Inc (BIG US) was rated new "Buy" at Canaccord Genuity Corp by equity analyst Laura Champine. The 12-month target price is $58.00 per share.<br><br>*26 March 2012 Canaccord, Laura Champine, CFA*<br>**Consumer & Retail – Specialty Retail –ESTABLISHING COVERAGE**<br>• Big Lots (BIG : NYSE : $45.66 \| BUY, $58 target)<br>BIG LOTS<br>(BIG : NYSE : $45.66 \| BUY, $58 TARGET)<br>Investment recommendation<br>BIG shares are BUY rated with a DCF-generated price target of $58. We expect an improving product assortment, specifically within the company's largest category of consumables (34% of total sales), and competitive pricing coupled with good product availability should help BIG sustain recent sales momentum throughout F2012. We project double-digit bottom-line growth in F2012 and expect EPS to increase at a five-year CAGR of 13%. BIG shares appear inexpensive, in our view, trading at only 13x our F2012 EPS estimate and 7x F2012E EV/EBITDA.<br>Price target<br>BIG's $58 price target is based on our DCF model. Shares currently trade at an EV/NOPAT multiple of 12x. Our model suggests BIG should trade at a multiple of 15x, implying potential upside of 27% over the next 12 months.<br>Risks<br>Risks to our investment thesis include a slowdown in sales stemming from a product assortment that does not resonate with shoppers. Macroeconomic factors and extreme weather could also impact sales trends. Rising cost pressures could impact margins. The acquisition of Liquidation World in Canada could require a greater capital investment to refurbish stores and replenish inventories than management anticipates.<br><br>*3/26/12 SEC 16:49:56*<br>**Form 10-K Filed with SEC** |
| 3/27/2012 | 1,717,378 | $46.81 | 0.88% | 0.60 | *Mar 27 2012 8:53:09 Wire: Bloomberg Transcripts (BT)*<br>**Big Lots Presentation Teleconference BIG US**<br>**Company Name: Big Lots Event Description:Telsey Advisory Group (TAG) Spring Consumer Conference Event**<br>**Telsey Advisory Group (TAG) Spring Consumer Conference**<br>MANAGEMENT DISCUSSION SECTION<br>Joe Isaac Feldman:<br>Okay. Good morning, everybody, and thanks for joining us for our conference this week. We are very happy to have you and we're starting it off with one of my favorite companies, with Big Lots. As you know, extreme value retailer and does it better than anybody, generated $5.2 billion in sales last year and we project another 10% increase this year up to around $5.7 billion. So, hopefully we'll get there, Steve.<br>And with us is the Chairman and CEO, Steve Fishman, and he will take you through a presentation. With the time we have, towards the end we can do some Q&A here followed by a breakout in the Bryant Park room, which is just across the way. And with Steve today, we also have Tim Johnson, who is the SVP of Finance; and [ph] Andy Regrut (00:54), who is the Director of Investor Relations.<br>And with that, I will give it to Steve.<br>Steven S. Fishman:<br>Thank you, Joe. Good morning, everybody. Good to be here and good to open up the conference. For those of you who are not familiar with our story, we're Big Lots. We're North America's largest broad line closeout retailer, there is no close second. With $5.2 |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

billion in sales in fiscal 2011, we have operations in the United States and Canada, with roughly 37,000 employees. We have over 1,450 Big Lots stores in the 48 contiguous United States, and approximately 80 Liquidation World stores or LW stores in Canada, with the presence in most major provinces. We have a regional distribution network that consists of five owned distribution centers in the United States and two leased ones in Canada.

Our concept has a unique niche both in how we go to market and the size of our overall box. For manufacturers, we're a channel of distribution to alleviate excess inventory. We work with over 3,000 suppliers, domestic and international, and our vendor base continues to grow every day. For customers, we offer extreme value on branded merchandize at a significant price savings and our customers recognize our value proposition. We've had 13 consecutive years of flat or positive annual comps.

Our unique sourcing advantage creates a barrier to entry for new competitors.

We have a longstanding supplier relationship with highly recognizable brands.

We're an extension of their supply chain, which avoids disruption with their normal retail customers. We source over $2.5 billion worth of goods each year and continue to grow.

We're a company with financial strength and stability, a Fortune 500 company that has been listed on the New York Stock Exchange for over 25 years, ticker symbol BIG. Strong liquidity and a healthy balance sheet and plenty of dry powder in a $700-million unsecured credit facility. We have an investment grade credit rating with the S&P which is very important and reassuring for both our landlords and our merchant vendors.

We have what we believe is an impressive track record of delivering results. We have five consecutive years of record earnings per share. We have strong cash flow generation. Since 2005 we've averaged approximately $240 million of cash flow per year. And what do we do with that cash? We invest it in growth opportunities like new stores and acquisitions and we also return our cash to our shareholders through our share repurchase efforts.

Since 2005, we've repurchased $1.6 billion or approximately 55% of our outstanding share base at an average price of less than $26 a share. We believe the combination of our performance and our use of cash has helped our share price appreciate approximately 20% annually on a compounded basis.

The chart on the slide highlights the stock's performance since 2005 when there was a management change and a strategic shift in our business leading to a successful turnaround for the business and for shareholders.

Earlier this month, we reported our fourth quarter of fiscal 2011. Sales were up 10% compared to last year. U.S. comp store sales were up 3.4%. We reported record operating profit of $191 million which was somewhat limited by a new investment and a turnaround opportunity in Canada.

And the earnings per share of $1.75 which was also up 20%, also another record for the company.

For the year in total, fiscal 2011 was one of significant milestones. It was the first time we exceeded $5 billion in sales which led to record earnings. We continued our growth trajectory by opening 92 new stores in the United States and we expanded into Canada with our acquisition of Liquidation World.

We generated nearly $200 million worth of free cash flow and we invested $359 million in share repurchases, approximately 15% of our outstanding shares.

Over the course of the fiscal year, our stock price appreciated 26%, offering shareholders a significant return above the market.

As we begin 2012, we expect positive trends in growth and shareholder returns.

First is growth, we're in a growth mode and I'll spend a few minutes telling you about our plans for the upcoming year. And second, shareholder returns. We've been a good steward of our cash in our shareholder's capital, making strategic investments for the future.

I'll briefly discuss our initial guidance for fiscal 2012, which we're expecting to be another solid performance. Let me start with growth. After recent success and refocusing our strategies, we find ourselves deeply entrenched and committed to growing our business. And yes, we are in a growth mode. We're growing organically and merchandise is the key. We're expanding geographically in both the United States and Canada.

And we're growing our organizational capabilities with investments in associate training and development and in information technology.

For us, organic growth starts with merchandise. We offer a unique product assortment with extreme value on branded merchandise and a high penetration of discretionary items, another element of distinction or differentiation. Roughly 31% of our sales are in consumables, food, HPC, chemicals and plastics. Approximately 17% is in furniture where we sell upholstery items, mattresses, case goods, and RTA. We're the largest low-to-moderate price point furniture retailer coast-to-coast.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Home is approximately 16% of sales, which includes domestics, home dcor, tabletop, and food prep. Play & Wear is approximately 15%, primarily electronics and toys. And Seasonal, which is very important to us, is approximately 13%. It includes Christmas trim, lawn and garden, summer and other holiday merchandise. And finally Hardlines, our smallest category at roughly 8%, includes home maintenance, small appliances, automotive and tools.<br>We focus on merchandise on consumer buyer trends and strategically shift assortments in space towards hot categories as customer demands. Here's a good example. A year ago, we decided to strategically shift our business away from traditional toys, a declining category. Instead, we moved toward a hot consumer buying trend, electronics. We allocated more floor space and inventory to tablets, MP3 players, camcorders and accessories, the toys of a new age. These toys have screens and memory cards and appeal to a broad customer base. The results were great. Q4 comps were up nearly 20%; maybe the most exciting aspect of this strategy is the year-round appeal of these items.<br>Another example is home, a category shift you'll see pretty dramatic in the spring of 2012. This represents a market share opportunity to downsize less productive departments like infants, lingerie, and apparel and redirect our resources, inventory and space to more productive departments like top-of-bed, and food preparation. These departments have more relevancy with our customers and will create a buzz in our stores.<br>We're also growing through geographic expansion. In the United States, we added 92 new stores in 2011 after adding 80 stores the year before. We source real estate opportunities like our inventory. We look for excess space and over the last two years the quality of the space available for new stores has improved. Additionally, we've begun to see deals, opportunities, and new space. And we'd be open to new builds or ground-ups if the economic models make sense for our returns. We expect this trend to continue with a plan to add approximately 90 more new stores this year, with a 2012 year-end target of approximately 1,500 stores in the United States.<br>We've also expanded our growth outside the United States. I mentioned Canada a few minutes ago, international expansion for the first time in our company's history. In July 2011, we acquired Liquidation World, Canada's largest broad line closeout retailer. Headquartered in Brantford, Ontario, we now have approximately 80 Liquidation World, or LW stores. They're heavily concentrated in Ontario and on the West Coast, with an average store size of approximately 22,000 square feet.<br>This is a pure growth opportunity for us without cannibalizing or compromising any of our growth opportunities in our core U.S. business. There is limited competition in under-served customer, merchandizing opportunities, and a new vendor base to tap into. We see potential to increase our store fleet to approximately 150 locations.<br>To support growth, we've also made and we'll continue to make investments in our organizational capabilities. Associate training and development is a major initiative. We want to ensure that we have the next generation of leaders throughout the entire infrastructure of the organization.<br>The four programs I want to mention today are our Merchant and Training Program which is focused on developing our next generation of merchants, planners and allocators; A Thousand Ways to Succeed, a store manager program that pairs our best and brightest store managers with new store managers to help them learn the ropes. Our BEST Program, or Building Excellent Store Teams, which is a pilot with assistant store managers, and our Leadership Institute and Intensive Development Program for district mangers, market managers and district loss prevention managers.<br>Additionally, we are piloting an intern program to attract college students interested in retail store management opportunities throughout the entire United States. We recognize early on the critical nature and need to invest in the infrastructure. We're proactive in our approach to improvements in information technologies.<br>We believe the best time to make investments is when you do not have to. For example, we upgraded our registry systems in 2007 and 2008, a $40-million investment and we just completed a multi-year, multi-million-dollar implementation of a fully-integrated financial and retail system. It went live on January the 29th on schedule and on budget, another $45 million to $50 million investment.<br>Looking forward, we're now focused on other parts of our infrastructure, a new warehousing system which will move most of our U.S. distribution centers to a common platform over the next few years, a new human resource system which will improve our hiring practices and associate retention and a new real estate system which will improve the information for managing sites, costs and lease data.<br>For fiscal 2012, we are expecting another solid year. A U.S. comp store sales increase in the range of 2% to 3%, earnings per share of $3.40 to $3.50 per diluted share, a 14% to 17% increase over 2011 and $200 million of cash flow.<br>As I wrap up, we have a positive track record of success. Our prospects for the future are encouraging. We've delivered record earnings per share for a half a decade. We've generated strong returns for our shareholders, we've created meaningful employment opportunities for our associates and we have strategies, teams and capital for continued success in the future. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Thanks very much. I'll open the floor up the questions if you have any.
Q&A
<A - Steven S. Fishman>: Yes?
<Q>: (14:50)
<A - Steven S. Fishman>: The question was on ad spending in the last year, year-and-half, did we feel good about what we've spent and what are we doing to differentiate ourselves.
We've been fairly consistent in our spend, actually, in the last three or four years and, in fact, as a percent of total, we've taken our ad spend down. This year will be the first year we're taking our ad spend slightly up in pure dollars. We spend in round numbers $100 million, that's a pretty good
number. The level of spend has shifted fairly dramatically over the last three to four years in particular, where print advertising is probably about 55% of our spend today, but dramatically less than it has been in the past.
The media part of the business which, of course, is television and the Internet - and we do communicate on the Internet - which I didn't really allude to. But those of you who know our story know we have a rewards program
that we communicate now to - we have talked about the number before, so it's not that I can't - we communicate with 12 million members today directly via the Internet, via a rewards program. And probably, the biggest spend or increase in spend will come just like most retailers, via the Internet and social media and the things that we're planning in the next few years going forward.
Print advertising as a percent of total will continue to diminish. The way that we communicate with consumers today is completely different and shifting as fast as I've ever seen anything shift. So I feel good about the spend. I think we've been intelligent about how we are communicating. I think our television media plan continues to help brand what we try to do, and I think it's very, very important although television does do item price, in some cases. We spend probably as much as 45% of that spend in television today and we'll continue to do so.
<Q - Walton D. Pearson>: Walton Pearson with Brown Capital Management. You alluded to end of fiscal 2012 you would have 1,500 stores. If you look out the next several years, do you have a kind of a target number of stores or how big the potential store base can become and when you hit saturation, and just talk about that?
<A - Steven S. Fishman>: Yeah. We've spoken about it on a number of occasions
and I think probably to reiterate what we've said in the past, we haven't given long-term guidance and we're in the process of working on our next three-year plan. We've done it twice and every time we have done it, we've always communicated to the market and we'll talk about it after that.
The infrastructure as it sits today, the distribution network, the systems that we've invested in can handle no less than 1,800 stores. And probably a little bit more than that as we have really become more and more efficient with our distribution and transportation network and how efficiently we've been turning inventories in the past few years. I think when we started in 2005-2006 we were turning inventory 2.9 times and I think we've turned it 3.6 times this past year. And on an average store basis, have about the same or slightly more inventory. So, we get better and better at accommodating that, but we've spoken to 1,800 stores on many occasions. Question?
<A - Timothy A. Johnson>: That's specifically in the U.S.
<A - Steven S. Fishman>: Right.
<A - Timothy A. Johnson>: With the recent acquisition of Liquidation World in
Canada, we have spoken about a target of upwards of 150 stores in Canada.
<Q>: You mentioned that operating profit was up a little less due to the Canadian acquisition. Can you talk a little bit about that? What you have to do to bring it up to speed with the rest of chain, and how much money it's going to cost, et cetera?
<A - Timothy A. Johnson>: Yeah. Couple of things to think about with the acquisition of Liquidation World. As Steve mentioned in the prepared remarks,
it was a business that was struggling. We saw it as a very cost-effective way to enter a market that we wanted to be in long term.
So, in round numbers, in fiscal 2011, we invested about $45 million of cash. Our current guidance would suggest another $25 million of cash goes into it this year. So, in round numbers, you get $70 million of cash or a little over
$1 a share for what we think is a terrific long-term growth vehicle. The single biggest challenge when we got the keys midyear for the stores in Liquidation World was level of inventory and quality of inventory.
So keeping in mind there were a lot of empty shelves given the financial constraints that they had on the business and we immediately

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

went into a mode of liquidating the inventory that was in the store and replacing it with what
we would be comfortable with or what we would expect you to be comfortable with in a Big Lot store in the U.S. So there was a dilutive impact in the back half of 2011. We've guided to dilution this year in 2012 of about $0.21 to $0.26, but we are targeting a breakeven scenario for the business in 2013.
The single biggest challenge is getting inventory levels, getting a full store of inventory with the quality and the brands that we are comfortable with and we think that we get there by the latter part of spring this year. Then we start to understand how high is high in some of these locations. Early indications, as we flow newness to the store, have been very encouraging. It's now a velocity, how quickly can we get there and we're working real hard on that. So...
<Q>: (21:00)
<A - Timothy A. Johnson>: $70 million includes the inventory, it included paying some vendors who, quite frankly, hadn't been paid for a while, and it also includes funding the operating losses that occurred in the back half of last year and are guided to for this year.
So a little over $1 a share and cash, again, to enter a market that we think is 150 stores, give or take. And other industry data, if you follow other companies that have U.S. operations and Canadian operations, kind of the rule
of thumb out there is that your Canadian business can be upwards of 10% of your U.S business at operating margin rates or EBITDA rates, whichever you feel most comfortable looking at, that are similar to the U.S. if not better.
So if you extrapolate that on our guidance for U.S. and understand again a $70-million investment to get there, you start to understand what we see as a terrific long-term opportunity for the business.
<A - Steven S. Fishman>: It's really, to us, a short-term investment for a potential long-term, really big, big win. You have to understand, the business didn't make money for over five years. So if we can do it in a year-and-a-half or breakeven, we think that that's a huge victory. And we've demonstrated we can do that, just so that you understand that. Yes?
<Q - Rebecca Madigan>: Hi I'm Rebecca Madigan with the Performance Marketing Association. Two questions, well the first one's a request. My mother would really appreciate it if you open one of your new stores in Santa Barbara, so she doesn't have to drive an hour.
<A - Steven S. Fishman>: Where is that?
<Q - Rebecca Madigan>: California, Santa Barbara.
<A - Steven S. Fishman>: Oh, I'd like to open in Santa Barbara, too. All I
need is something reasonable in the $20 to $25 range. I'm being kind because I think our average store is probably $9 or $10 a square foot.
<Q - Rebecca Madigan>: Yes. It's probably a little higher.
<A - Steven S. Fishman>: But I'll see what I can do for her.
<Q - Rebecca Madigan>: Yeah. Thank you. Also you mentioned Internet advertising, what about e-commerce plan?
<A - Steven S. Fishman>: We'll talk more about that as we finish up our long range plan probably at the end of the year. We absolutely know we need to communicate and we need to have e-commerce plans. Our model's a little bit different and is a little bit more unique. And we want to make sure that when we come to market, it's something that we have a high degree of success potential.
And up into this point, we have not - and frankly, we don't see that a lot of other four wall retailers have demonstrated a lot of success either. In fact, I'm not so sure - you're probably much better at letting me know who that may be, but not many.
When you're in the opportunistic business, it tends to be slightly different, a slightly different challenge. And there are models out there. We fully recognize how some of the people call themselves close-out Internet retailers
which basically are relationships with manufacturers that they go online and sell their goods at prices that are just not going to move inventory. We're in the business of moving inventory. Our prices are value-oriented. And if we're going to go online, we better make sure that we're priced right as we do every day in our stores. So when we're ready, we'll talk about it. Yeah?
<Q - Joe Isaac Feldman>: Can you talk about store format changes, anything [inaudible] (24:39)?
<A - Steven S. Fishman>: Joe asked the question about creativity in store presentation and size and location and he mentioned the fact that we like to test. We do, those of you who have followed us, have heard us talk about testing all the time. We believe that there should be 20, 25, 30 different things that are being tested at any one time so we can figure out where we're
going to next. In this business, if you're not looking forward, you're out of business in a very short period of time.
When it comes to the new store formats, I think there's two or three things that we're looking at. We talked about an A store location about year ago that we're very, very happy with. It's not dramatically different as far as layouts and presentation. The locations are

**Big Lots Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | dramatically different from an economic standpoint.<br>Size of the stores probably are traditionally in around the 30,000 range, probably with 22,000 to 24,000 selling square feet. We always need 4,000, 5,000, 6,000 square feet in the back because we sell furniture uniquely different than anybody in the United States. When you come into our store and you see something on the floor, we have it in the backroom; you may take it with you right then and there. A unique strategy that we really like a lot, gives us a huge advantage.<br>We opened about 25, 27 of those A locations last year. We have about 75 in round numbers, Joe, right now in better locations, better neighborhoods, better economics of the customer base within a 3 to 5 mile radius, all doing very well, like it a lot. The number of those locations available are much smaller than the traditional stores that are available to us and we find some level of challenges and we'll admit to finding large numbers of them as we go forward, but we will open - 20 more?<br><A - Timothy A. Johnson>: Yeah.<br><A - Steven S. Fishman>: 20 more A locations out of the 90 that we're going to open this year, we'd like more.<br>What we kind of alluded to or I mentioned in the presentation is we're having discussions about ground-ups which we really hadn't done before. And we actually have some small number of them being built for us this year and we've had some discussions with commercial real estate folks who are looking to expand existing strip areas or they have land that they want to do relationships with us and we find because we've enhanced our performance on a per-store basis, we have the ability to take a look at some of those ground ups differently. So we'll do that.<br>The other thing that I haven't really talked about in a long time is the small store format, the 20,000 square foot to 22,000 square foot format, we have about six of them. Right now, the problem of not talking about them is half of them are doing really well and half of them aren't doing as well as we would like and we're really trying to understand why. The content does vary slightly by store location. We're trying to understand if that's as significant as we think it is. The locations are significantly different and so we're trying to understand that piece, too. All we're trying to do is expand the opportunity to take a look at real estate on our part.<br>The other major shift, I would say, Joe, that you'll see in our stores more than anything is electronics expanded this past fourth quarter because of what's going on with tablets, MP3 players, communications, the technical digital age.<br>The other thing that'll be expanding relatively dramatically starting at the end of April will be home, and I alluded to that in the presentation. And that's going to be taking I think about another 40 feet in the stores. That will be a cross-section of top-of-bed and table top, but don't hold me to that, I'm sorry. I don't remember exactly, if Doug Wurl was here, he'd be yelling at me. I know I should know that a little bit better, but we're expanding home.<br>And it's probably coming mostly out of play and we are particularly out at the ready-to-wear business. We're just not good at that. And our point of view is be good or as good as we possibly can be in the businesses we think we can execute. And those that we can't, we just don't belong in, and we have never been shy at walking away with businesses.<br>I will tell you I think that that's a big issue with our comps and it has been for the last five years and it has always been a bit of challenge because when we're really executing strategies in large businesses, we're exiting large businesses at the same time. And not a lot of retailers do it the way we do it. We're not afraid to do it; we think it's important to do, be relevant at the time.<br>So, on the other hand we've done a relatively admirable job, I think, in even the worst of times in 2007, 2008, particularly 2009 periods where our business held up quite well.<br>Steven S. Fishman:<br>So with that, we have ample time. Everybody can go out and have a cup of coffee. Thank you very much for spending a few minutes in listening to our story.<br>This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. |
| 3/28/2012 | 1,434,575 | $45.59 | -2.61% | (1.01) | |
| 3/29/2012 | 4,578,120 | $43.42 | -4.76% | (2.42) | *Mar 29 2012 9:41:01 Wire: Bloomberg First Word (BFW)*<br>**Big Lots Plunges 6.5%, Most Intraday Since Dec. 2.**<br>By Andrew Cinko<br>March 29 (Bloomberg) -- Trading is heavy with vol. 30% of full-day avg. in first 8 minutes of trading.<br>* NOTE: 5 insiders filed to sell total of 349.4k shrs |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*Mar 29 2012 10:12:10 Wire: Bloomberg First Word (BFW)*
**U.S. EQUITY MOVERS: AET AGEN AH BBY BIG BKI BNNY CHRS CHTP DEER**
By Brian Welcher
March 29 (Bloomberg) Decliners:
* AH -11.9%; Sees $62m-$68m revenue impact on revenue cycle ops changes
* BBY -6.1%; Closing 50 stores * GME -4.4%
* BIG -6.9%; Insider selling
* BKI -4.4%; Downgraded at RBC
* CHTP -24%; FDA rejects Northera
* JBLU -7.7%; Lufthansa to sell convertible bonds in co.
* MGA -3.8%; Downgraded at Citi
* SABA -11.5%; Delays 3Q release Decliners on earnings:
* MOS -3.5%
* TXI -4.6%

*Mar 29 2012 10:24:25Wire: Bloomberg First Word (BFW)*
**Big Lots Near-Term Sales Trends May Pressure Stock: Deutsche**
By Janet Freund
March 29 (Bloomberg) -- After meetings with Big Lots yday, Deutsche Bank now a "a bit more guarded" on N-T sales trends, writes analyst Charles Grom in note.
* Consumables (~30% of mix) appear to be under duress due to less closeout availability, departure of several buyers
* This, with "circular shift (March to May)", suggests ~+2%- 3% QTD comps (vs BIG 1Q comp guidance +2%-4% given March 2), which could be a N-T drag on shares
* BIG didn't "explicitly speak" to 1Q comp sales; sensed that March's warm temps have been positive catalyst for seasonal (~15% of mix), furniture (~15%)
* BIG down as much as 7.9% to lowest intraday since Feb. 2
* Rates buy, PT $48
* BIG has 12 buys, 5 holds; avg. PT $50: Bloomberg data

*Mar 29 2012 10:26:34Wire: Bloomberg News (BN)*
**Accretive Health, Big Lots, Millennial Media: U.S. Equity Movers**
By Lu Wang
March 29 (Bloomberg) -- Shares of the following companies are having unusual moves in U.S. trading. Stock symbols are in parentheses, and prices are as of 10 a.m. in New York.
Accretive Health Inc. (AH US) dropped 12 percent to $21.20 after sinking as much as 19 percent, the most intraday since it went public in May 2010. The company, which helps doctors with billing and records, expects 2012 sales to be reduced by about 6 percent because of revisions to an agreement with Fairview Health Services made to resolve "outstanding issues" with the Minnesota Attorney General, according to a regulatory filing.
Best Buy Co. (BBY US) slipped 5.7 percent to $25.11 for the second-biggest retreat in the Standard & Poor's 500 Index. The world's largest consumer-electronics retailer said it would close 50 U.S. big-box stores this year as it works to control costs.
Big Lots Inc. (BIG US) fell the most in the S&P 500, erasing 7.5 percent to $42.19. The discount retailer's sales trends are "not as good as we'd hoped," Charles Grom, an analyst with Deutsche Bank AG, wrote in a note after meeting with the company's management including Chief Executive Officer Steven Fishman.
Chelsea Therapeutics International Ltd. (CHTP US) slumped 25 percent, the most in the Russell 2000 Index, to $2.77. The Charlotte, North Carolina-based company failed to win U.S. regulatory approval for Northera, a drug to treat a cause of dizziness and fainting in people with nervous-system disorders.
Collective Brands Inc. (PSS US) rose 7.8 percent to $19.87 and climbed 9.5 percent earlier, the most intraday since Aug. 25. South Korean clothing company E-Land Group said it will bid for the retailer, which owns the Payless ShoeSource chain.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Illumina Inc. (ILMN US) rose 4.5 percent to $52.13 and advanced 4.8 percent earlier, the most intraday since Jan. 25. Roche Holding AG raised its hostile bid for the maker of DNA analysis equipment by 15 percent to about $6.7 billion, or $51 a share.
Millennial Media Inc. (MM US) more than doubled to $26.25 on the first day of trading. The second-largest mobile- advertising company in the U.S. sold 10.2 million shares for $13 each in an initial public offering.
Red Hat Inc. (RHT US) gained 11 percent to $57.02 for the biggest increase in the S&P 500. The software maker that specializes in the Linux operating system and other open-source programs' fourth-quarter adjusted earnings and revenue that exceeded analyst forecasts, according to the average estimates in a Bloomberg survey. The company also said it approved a program to repurchase as much as $300 million of its stock.
Rexnord Corp. (RXN US) climbed 9.5 percent to $19.71 on the first day of trading. The ball-bearing maker owned by Apollo Global Management LLC raised $426.3 million in an initial public offering, pricing the stock at the low end of the planned range.
Sykes Enterprises Inc. (SYKE US) rose 4.3 percent to $16.19 and reached $16.50 earlier, the highest intraday price since Feb. 27. The operator of call centers was raised to buy from hold at Craig Hallum Capital Group LLC.

*Mar 29 2012 14:34:14 Wire: Bloomberg News (BN)*
**U.S. Stocks Decline as Bank Shares Slump on Greek Debt Concern**
By Rita Nazareth
March 29 (Bloomberg) -- U.S. stocks declined, sending benchmark indexes lower for a third straight day, after Standard & Poor's said Greece may have to restructure its debt again.
Bank of America Corp. and Citigroup Inc. fell more than 2.1 percent to pace losses in financial companies. Best Buy Co., the world's largest consumer-electronics retailer, slumped 7.3 percent on plans to close 50 stores as sales missed forecasts. AT&T Inc., Verizon Communications Inc. and American Express Co. slid at least 1 percent on analysts' downgrades. Red Hat Inc. surged 19 percent after profit and sales topped projections.
The S&P 500 retreated 0.5 percent to 1,397.92 at 2:32 p.m. New York time. The benchmark gauge for U.S. equities has dropped 1.3 percent in three days. The Dow Jones Industrial Average lost 37.65 points, or 0.3 percent, to 13,088.56 today. The Russell 2000 Index of small companies declined 0.7 percent to 829.02.
"People are taking some chips off the table," said Matt McCormick, who helps oversee $5.8 billion at Bahl & Gaynor Inc. in Cincinnati. "It's been a good run and people are questioning: is that sustainable? The measures taken by European authorities have put those issues in the back burner. If that narrative changes, it makes people address something that they thought was already taken care of."
Stocks slumped as S&P said Greece may have to restructure again. There may be "down the road, I'm not predicting today when, another restructuring of the outstanding debt," said Moritz Kraemer, head of sovereign ratings at S&P. Holders of Greece's international bonds issued under foreign laws are pushing back against attempts to restructure their securities.
Economic Data
In the U.S., claims for unemployment benefits fell to the lowest since April 2008. The economy grew at a 3 percent annual rate from October through December, separate data showed.
"There's nothing to drive the market higher today," said Richard Sichel, who oversees $1.6 billion as chief investment officer at Philadelphia Trust Co. "Europe is still an ongoing work in progress. Investors need to get used to that. We were off to a wonderful start."
A three-day drop trimmed the S&P 500's gain since the start of this year to 11 percent. Stocks rallied this year amid better-than-estimated economic data and expectations Europe would tame its crisis. The benchmark measure has risen 2.3 percent in March, headed for a fourth straight month of gains.
Nine out of 10 groups in the S&P 500 fell as financial and telephone shares had the biggest losses. The Morgan Stanley Cyclical Index of companies most-tied to the economy slid 0.7 percent. The Dow Jones Transportation Average fell 0.5 percent. A gauge of homebuilders in S&P indexes sank 2.7 percent.
Banks Slump
The KBW Bank Index slumped 1.6 percent as all of its 24 stocks declined. A measure of European lenders dropped 2.9 percent. Bank of America lost 2.7 percent to $9.49. Citigroup slid 2.2 percent to $36.24.
Best Buy tumbled 7.3 percent to $24.67. Chief Executive Officer Brian Dunn trimmed discounts after the holiday shopping season,

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

sacrificing sales to maintain profitability. The retailer is closing big-box stores and cutting jobs to reduce costs while boosting online sales and opening smaller locations.

Some of the largest companies fell after analyst downgrades. American Express dropped 2.7 percent to $57.44 after Wells Fargo & Co. cut the stock to the equivalent of neutral. Robert W. Baird & Co. downgraded the shares of the two largest U.S. phone companies, sending AT&T down 1 percent to $31.04 and Verizon 1.3 percent lower to $37.78.

Mosaic Co. slid 5.9 percent to $54.78. The largest U.S. potash producer said earnings fell to 64 cents a share in the quarter ended Feb. 29 from $1.21 a year earlier. That missed the 69-cent average estimate of 19 analysts compiled by Bloomberg.

Big Lots

Big Lots Inc. sank 5.3 percent to $43.19. The discount retailer's sales trends are "not as good as we'd hoped," Charles Grom, an analyst with Deutsche Bank AG, wrote in a note after meeting with the company's management.

Red Hat surged 19 percent, the most in the S&P 500, to a 12-year high of $61.27. The company was surprised by demand for its Red Hat Enterprise Linux software from corporations preparing to move more applications to the so-called cloud, where they can be delivered to users over the Internet, Chief Executive Officer Jim Whitehurst said in an interview. Profit for the current fiscal year will be as much as $1.20 a share, the company projected, exceeding estimates.

Health maintenance organizations rose. Investors are speculating the U.S. Supreme Court will overturn aspects of the Affordable Care Act, benefiting managed care companies, according to Dave Shove, an analyst at BMO Capital Markets. Aetna Inc. added 5.9 percent to $49.27. UnitedHealth Group Inc. rallied 4.4 percent to $57.89.

M&A Deals

Illumina Inc. climbed 4.3 percent to $52. Roche Holding AG raised its hostile takeover offer for Illumina by 15 percent to about $6.7 billion, yielding to demands for a higher price from shareholders of the U.S. maker of gene-mapping tools.

Collective Brands Inc. jumped 8.4 percent to $19.98. South Korean clothing company E-Land Group said it will bid for the retailer, which owns the Payless ShoeSource chain.

Global dealmaking slumped for a third straight quarter as chief executive officers funneled cash into share buybacks and new products, a trend that may reverse in the coming months as the economic recovery gains momentum. Mergers and acquisitions so far this quarter fell 14 percent from the fourth quarter to $418 billion, making it the slowest three-month period in 2 1/2 years, according to data compiled by Bloomberg.

"I still think big cash surpluses will lead to more M&A because companies fundamentally want to grow," said Peter Tague, who started as co-head of global M&A at Citigroup in New York this month.

500-Point Range

The S&P 500 will likely remain stuck in the 500-point range where it's been four-fifths of the time since 2000 until the Federal Reserve allows interest rates to rise, according to Piper Jaffray Cos.

The benchmark measure fell in the previous two days after reaching 1,416.51, the highest level since May 2008 and 9.5 percent below its record high of 1,565.15 from 2007. The index has traded between 1,000 and 1,500 for about 80 percent of the time since 2000, according to data compiled by Bloomberg.

Equity gains stalled in the past 12 years as the economy suffered from the bursting of bubbles in technology and real estate, forcing the central bank to cut its benchmark interest rate to near zero from 6.5 percent to spur growth. Fed Chairman Ben S. Bernanke has pledged to keep borrowing costs low through at least late 2014.

"The S&P 500 is approaching the upper end of the secular trading range," Craig W. Johnson, a Minneapolis-based technical market strategist with Piper Jaffray, wrote in a note yesterday. "This resistance will likely remain intact until 2014-2015, and will correspond with a secular change in bond yields."

*Mar 29 2012 14:37:41 Wire: Bloomberg News (BN)*

**AT&T, Collective, Crimson, NetEase, Verizon: U.S. Equity Movers**

By Whitney Kisling

March 29 (Bloomberg) -- Shares of the following companies are having unusual moves in U.S. trading. Stock symbols are in parentheses, and prices are as of 1:40 p.m. in New York.

Health maintenance organizations rose. Investors are speculating the U.S. Supreme Court will overturn aspects of the Affordable Care Act, benefiting managed care companies, according to Dave Shove, an analyst at BMO Capital Markets Corp.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | Aetna Inc. (AET US) rose 5.8 percent to $49.21, after surging to $49.45, the highest intraday price since March 2008. Cigna Corp. (CI US) advanced 4.1 percent to $49.02. Health Net Inc. (HNT US) added 3.6 percent to $39.32. Humana Inc. (HUM US) rallied 3.1 percent to $91.41. UnitedHealth Group Inc. (UNH US) increased 4 percent to $57.65. WellPoint Inc. (WLP US) rose 2.5 percent to $71.75.<br>Accretive Health Inc. (AH US) dropped 17 percent to $20 after sinking as much as 19 percent, the most intraday since it went public in May 2010. The company, which helps doctors with billing and records, expects 2012 sales to be reduced by about 6 percent because of revisions to an agreement with Fairview Health Services made to resolve “outstanding issues” with the Minnesota Attorney General, according to a regulatory filing.<br>Best Buy Co. (BBY US) slipped 7.3 percent to $24.67 for the biggest retreat in the Standard & Poor’s 500 Index. The world’s largest consumer-electronics retailer said it would close 50 U.S. big-box stores this year as it works to control costs.<br>Big Lots Inc. (BIG US) fell the second-most in the S&P 500, erasing 5.5 percent to $43.10. The discount retailer’s sales trends are “not as good as we’d hoped,” Charles Grom, an analyst with Deutsche Bank AG, wrote in a note after meeting with the company’s management including Chief Executive Officer Steven Fishman.<br>Chelsea Therapeutics International Ltd. (CHTP US) slumped 27 percent, the most in the Russell 2000 Index, to $2.68. The Charlotte, North Carolina-based company failed to win U.S. regulatory approval for Northera, a drug to treat a cause of dizziness and fainting in people with nervous-system disorders.<br>Collective Brands Inc. (PSS US) rose 8.4 percent to $19.98, the most intraday since Aug. 25. South Korean clothing company E-Land Group said it will bid for the retailer, which owns the Payless ShoeSource chain.<br>Crimson Exploration Inc. (CXPO US) surged 17 percent to $3.85 after advancing 25 percent, the most intraday since Aug. 11. The Houston-based oil and natural gas producer said it completed its first horizontal oil well in the Woodbine formation in Madison Country, Texas, at a gross initial production rate of 1,017 barrels of oil and 87 barrels of natural gas liquids.<br>Illumina Inc. (ILMN US) rose 4.4 percent to $52.07 and advanced 4.8 percent earlier, the most intraday since Jan. 25. Roche Holding AG raised its hostile bid for the maker of DNA analysis equipment by 15 percent to about $6.7 billion, or $51 a share.<br>JetBlue Airways Corp. (JBLU US) declined 7.3 percent to $4.84 after losing 9.4 percent, the most intraday since Feb. 21. Deutsche Lufthansa AG said it would sell bonds exchangeable for its shares in the U.S. airline.<br>Kit Digital Inc. (KITD US) gained 13 percent to $7.38 after climbing 14 percent earlier, the most intraday since Nov. 9. The maker of online video software may be planning a sale, according to Roth Capital Partners, which said a private equity buyer “makes the most sense.” Kit Digital didn’t immediately return call seeking comment.<br>Merrimack Pharmaceuticals Inc. (MACK US) dropped 13 percent to $6.07 on the first day of trading. The Cambridge, Massachusetts-based biotechnology company sold 14.3 million shares at $7 each in its initial public offering.<br>Millennial Media Inc. (MM US) rallied 89 percent to $24.49 on the first day of trading. The second-largest mobile- advertising company in the U.S. sold 10.2 million shares for $13 each in an initial public offering.<br>Movado Group Inc. (MOV US) rose 9.9 percent to $24.49, the highest intraday price since September 2008. The watch and jewelry maker reported a 50 cent special cash dividend, and raised its quarterly dividend to 5 cents from 3 cents.<br>NetEase Inc. (NTES US) dropped 1.4 percent to $58.58 after slumping 4 percent, the most intraday since March 6. The operator of China’s second-largest online games website had its rating cut to hold from buy by Deutsche Bank AG on prospects it will lose market share to Tencent Holdings Ltd. (700 HK).<br>Red Hat Inc. (RHT US) gained 18 percent to $60.56 for the biggest increase in the S&P 500. The software maker that specializes in the Linux operating system and other open-source programs’ fourth-quarter adjusted earnings and revenue that exceeded analyst forecasts, according to the average estimates in a Bloomberg survey. The company also said it approved a program to repurchase as much as $300 million of its stock.<br>Rexnord Corp. (RXN US) climbed 16 percent to $20.87 on the first day of trading. The ball-bearing maker owned by Apollo Global Management LLC raised $426.3 million in an initial public offering, pricing the stock at the low end of the planned range.<br>Saba Software Inc. (SABA US) sank 16 percent to $10.21 and lost 18 percent earlier, the most intraday since July 21. The maker of Internet-based software for training and Web conferencing said an internal accounting review delayed the release of its third-quarter earnings.<br>Sykes Enterprises Inc. (SYKE US) rose 4 percent to $16.15 and reached $16.50 earlier, the highest intraday price since Feb. 27. The operator of call centers was raised to buy from hold at Craig Hallum Capital Group LLC. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*Mar 29 2012 16:27:15 Wire: Bloomberg News (BN)*
**AT&T, Collective, Crimson, Humana, Verizon: U.S. Equity Movers**
By Whitney Kisling
March 29 (Bloomberg) -- Shares of the following companies had unusual moves in U.S. trading. Stock symbols are in parentheses, and prices are as of 4 p.m. in New York.
Health maintenance organizations rose. Investors are speculating the U.S. Supreme Court will overturn aspects of the Affordable Care Act, benefiting managed care companies, according to Dave Shove, an analyst at BMO Capital Markets Corp.
Aetna Inc. (AET US) rose 6.5 percent to $49.56. Cigna Corp. (CI US) advanced 4 percent to $48.97. Health Net Inc. (HNT US) added 4 percent to $39.45. Humana Inc. (HUM US) rallied 3.3 percent to $91.54. UnitedHealth Group Inc. (UNH US) increased 4.8 percent to $58.11. WellPoint Inc. (WLP US) rose 2.3 percent to $71.62.
Accretive Health Inc. (AH US) dropped 19 percent, the most since it went public in May 2010, to $19.60. The company, which helps doctors with billing and records, expects 2012 sales to be reduced by about 6 percent because of revisions to an agreement with Fairview Health Services made to resolve “outstanding issues” with the Minnesota Attorney General, according to a regulatory filing.
Best Buy Co. (BBY US) slipped 7 percent to $24.77 for the biggest retreat in the Standard & Poor’s 500 Index. The world’s largest consumer-electronics retailer said it would close 50 U.S. big-box stores this year as it works to control costs.
Big Lots Inc. (BIG US) fell 4.8 percent, the most since Dec. 2, to $43.42. The discount retailer’s sales trends are “not as good as we’d hoped,” Charles Grom, an analyst with Deutsche Bank AG, wrote in a note after meeting with the company’s management including Chief Executive Officer Steven Fishman.
Chelsea Therapeutics International Ltd. (CHTP US) slumped 29 percent, the most in the Russell 2000 Index, to $2.62. The Charlotte, North Carolina-based company failed to win U.S. regulatory approval for Northera, a drug to treat a cause of dizziness and fainting in people with nervous-system disorders.
Collective Brands Inc. (PSS US) rose 8.4 percent, the most since Aug. 25, to $19.99. South Korean clothing company E-Land Group said it will bid for the retailer, which owns the Payless ShoeSource chain.
Crimson Exploration Inc. (CXPO US) surged 19 percent, the most since Aug. 11, to $3.92. The Houston-based oil and natural gas producer said it completed its first horizontal oil well in the Woodbine formation in Madison Country, Texas, at a gross initial production rate of 1,017 barrels of oil and 87 barrels of natural gas liquids.
Illumina Inc. (ILMN US) rose 5.1 percent, the most since Jan. 25, to $52.40. Roche Holding AG raised its hostile bid for the maker of DNA analysis equipment by 15 percent to about $6.7 billion, or $51 a share.
JetBlue Airways Corp. (JBLU US) declined 4.2 percent, the most since Feb. 24, to $5. Deutsche Lufthansa AG said it would sell bonds exchangeable for its shares in the U.S. airline.
Kit Digital Inc. (KITD US) gained 11 percent, the most since Nov. 9, to $7.20. The maker of online video software may be planning a sale, according to Roth Capital Partners, which said a private equity buyer “makes the most sense.” Kit Digital didn’t immediately return call seeking comment.
Merrimack Pharmaceuticals Inc. (MACK US) dropped 14 percent to $6.04 on the first day of trading. The Cambridge, Massachusetts-based biotechnology company sold 14.3 million shares at $7 each in its initial public offering.
Millennial Media Inc. (MM US) rallied 92 percent to $25 on the first day of trading. The second-largest mobile-advertising company in the U.S. sold 10.2 million shares for $13 each in an initial public offering.
Movado Group Inc. (MOV US) rose 9.7 percent to $24.43, the highest price since September 2008. The watch and jewelry maker reported a 50 cent special cash dividend, and raised its quarterly dividend to 5 cents from 3 cents.
Red Hat Inc. (RHT US) gained 20 percent to $61.43 for the biggest increase in the S&P 500. The software maker that specializes in the Linux operating system and other open-source programs’ fourth-quarter adjusted earnings and revenue that exceeded analyst forecasts, according to the average estimates in a Bloomberg survey. The company also said it approved a program to repurchase as much as $300 million of its stock.
Rexnord Corp. (RXN US) climbed 11 percent to $20 on the first day of trading. The ball-bearing maker owned by Apollo Global Management LLC raised $426.3 million in an initial public offering, pricing the stock at the low end of the planned range.
Saba Software Inc. (SABA US) sank 18 percent, the most since June 2006, to 9.94. The maker of Internet-based software for training and Web conferencing said an internal accounting review delayed the release of its third-quarter earnings.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Sykes Enterprises Inc. (SYKE US) rose 4 percent to $16.15, the highest price since Feb. 27. The operator of call centers was raised to buy from hold at Craig Hallum Capital Group LLC.

*Mar 29 2012 17:01:05Wire: Bloomberg News (BN)*
**S&P 500 Trims Loss Amid Speculation Equity Selloff Was Overdone**
By Rita Nazareth
March 29 (Bloomberg) -- The Standard & Poor’s 500 Index trimmed losses in the final two hours of trading ahead of data forecast to show growth in consumer confidence and spending tomorrow, the final day of the best first quarter since 1998.
The S&P 500 retreated 0.2 percent to 1,403.28 at 4 p.m. New York time, paring a loss of as much as 1 percent. The Dow Jones Industrial Average rose 19.61 points, or 0.2 percent, to 13,145.82 after reversing a drop of as much as 94 points to halt a two-day decline.
“It’s buying on weakness,” Tim Ghriskey, who oversees $2 billion as chief investment officer of Solaris Group in Bedford Hills, New York, said in a phone interview. “The corrections seem to be very short lived because money just seems to be flowing right in. The end of the quarter is imminent. Given that it’s been a positive quarter for stocks, many managers don’t want to show any cash in their client portfolios.”
The S&P 500 has risen 12 percent since the beginning of 2012 amid better-than-estimated economic data and expectations Europe would tame its crisis. The index has gained 2.8 percent in March, rallying for a fourth straight month and poised for the longest streak of monthly gains since September 2009.
Alcoa Inc., Caterpillar Inc. and Coca-Cola Co. climbed more than 1.5 percent for the biggest gains in the Dow today. Red Hat Inc. surged 20 percent after profit and sales topped projections. Bank of America Corp. and Citigroup Inc. fell more than 1.4 percent to pace losses in financial companies. Best Buy Co., the largest consumer-electronics retailer, slumped 7 percent on plans to close 50 stores as sales missed forecasts.
‘Down the Road’
Benchmark equity indexes slumped earlier as S&P said Greece may have to restructure its debt again. There may be “down the road, I’m not predicting today when, another restructuring of the outstanding debt,” said Moritz Kraemer, head of sovereign ratings at S&P.
In the U.S., claims for unemployment benefits fell to the lowest since April 2008. The economy grew at a 3 percent annual rate from October through December, separate data showed.
“People are taking some chips off the table,” said Matt McCormick, who helps oversee $5.8 billion at Bahl & Gaynor Inc. in Cincinnati. “It’s been a good run and people are questioning: is that sustainable? The measures taken by European authorities have put those issues in the back burner. If that narrative changes, it makes people address something that they thought was already taken care of.”
Gauges of utility and health-care companies in the S&P 500 gained, while financial shares slumped. Alcoa added 2 percent to $10.03. Caterpillar rose 1.7 percent to $106.02. Coca-Cola advanced 1.6 percent to $73.81.
Corporate Demand
Red Hat surged 20 percent, the most in the S&P 500, to a 12-year high of $61.43. The company was surprised by demand for its Red Hat Enterprise Linux software from corporations preparing to move more applications to the so-called cloud, where they can be delivered to users over the Internet, Chief Executive Officer Jim Whitehurst said in an interview. Profit for the current fiscal year will be as much as $1.20 a share, the company projected, exceeding estimates.
Health maintenance organizations rose. Investors speculated the Supreme Court will overturn aspects of the Affordable Care Act, benefiting managed care companies, according to Dave Shove, an analyst at BMO Capital Markets. Aetna Inc. added 6.5 percent to $49.56. UnitedHealth Group Inc. rallied 4.8 percent to $58.11.
Illumina Inc. climbed 5.1 percent to $52.40. Roche Holding AG raised its hostile takeover offer for Illumina by 15 percent to about $6.7 billion, yielding to demands for a higher price from shareholders of the U.S. maker of gene-mapping tools.
Collective Brands
Collective Brands Inc. jumped 8.4 percent to $19.99. South Korean clothing company E-Land Group said it will bid for the retailer, which owns the Payless ShoeSource chain.
Global dealmaking slumped for a third straight quarter as chief executive officers funneled cash into share buybacks and new products, a trend that may reverse in the coming months as the economic recovery gains momentum. Mergers and acquisitions so far

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

this quarter fell 14 percent from the fourth quarter to $418 billion, making it the slowest three-month period in 2 1/2 years, according to data compiled by Bloomberg.
"I still think big cash surpluses will lead to more M&A because companies fundamentally want to grow," said Peter Tague, who started as co-head of global M&A at Citigroup in New York this month.
The KBW Bank Index slumped 1.1 percent as 23 of its 24 stocks declined. A measure of European lenders dropped 2.9 percent. Bank of America lost 2.3 percent to $9.53. Citigroup slid 1.5 percent to $36.51.
Best Buy
Best Buy tumbled 7 percent to $24.77. Chief Executive Officer Brian Dunn trimmed discounts after the holiday shopping season, sacrificing sales to maintain profitability. The retailer is closing big-box stores and cutting jobs to reduce costs while boosting online sales and opening smaller locations.
Mosaic Co. slid 5.1 percent to $55.27. The largest U.S. potash producer said earnings fell to 64 cents a share in the quarter ended Feb. 29 from $1.21 a year earlier. That missed the 69-cent average estimate of 19 analysts compiled by Bloomberg.
Big Lots Inc. sank 4.8 percent to $43.42. The discount retailer's sales trends are "not as good as we'd hoped," Charles Grom, an analyst with Deutsche Bank AG, wrote in a note after meeting with the company's management.
The S&P 500 will likely remain stuck in the 500-point range where it's been four-fifths of the time since 2000 until the Federal Reserve allows interest rates to rise, according to Piper Jaffray Cos.
Trading Range
The benchmark measure fell in the previous two days after reaching 1,416.51, the highest level since May 2008 and 9.5 percent below its record high of 1,565.15 from 2007. The index has traded between 1,000 and 1,500 for about 80 percent of the time since 2000, according to data compiled by Bloomberg.
Equity gains stalled in the past 12 years as the economy suffered from the bursting of bubbles in technology and real estate, forcing the central bank to cut its benchmark interest rate to near zero from 6.5 percent to spur growth. Fed Chairman Ben S. Bernanke has pledged to keep borrowing costs low through at least late 2014.
"The S&P 500 is approaching the upper end of the secular trading range," Craig W. Johnson, a Minneapolis-based technical market strategist with Piper Jaffray, wrote in a note yesterday. "This resistance will likely remain intact until 2014-2015, and will correspond with a secular change in bond yields."

*March 29, 2012 Northcoast Research Partners, LLC Jeff Stein, CFA - Managing Director*
**BIG: Buy on Weakness; Expect Accelerating EPS Growth Over Next Several Years**
Overview
\ We believe the stock weakness in BIG today represents an excellent buying opportunity. The company is entering the new fiscal year with positive momentum, and we think that favorable weather trends will boost sales of high margin outdoor furniture and lawn and garden products, a poor performing category a year ago due to unseasonably cool and wet weather. We estimate that seasonal accounts for 25%-30% of 1H sales.
Seasonal is among the highest margin categories in the store. Consequently, we could see a favorable mix of sales during 1H.
There has been some speculation that consumables, a low margin category has been weak.
However, conversations with management this morning suggest that they have given no such indications to investors.
BIG is highly leveraged to comp store sales. Each 1% swing is worth an estimated $0.17 per share. Comparisons are relatively easy for 1H and we think there could be upside to 2H based upon favorable response to last year's seasonal programs, a positive response to the consumer electronics initiative and signs of early success in Canada.
The stock is cheap, currently trading at 5.4x EV/EBITDA on FY13E and 4.8x on FY14E. We see accelerating top and bottom line growth over the next several years based upon a faster pace of new store expansion and a sharp swing in profitability in Canada.
Risks to our forecast include higher food and gas prices that could cause moderate consumers to trim discretionary spending.
We estimate that about 70% of the store consists of discretionary products.
Conclusion
We see the weakness in the stock today as an attractive buying opportunity. We think there is an upward bias to EPS this year based upon strong momentum entering the year, favorable weather trends early in Q1 and positive progress seen in Canada.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Our price target of $53.00 assumes a P/E of 15.4x FY13E and EV/EBITDA of 6.9x.

*29 March 2012 Deutsche Bank Charles Grom, CFA, CPA*
**Not All Is Good in Buckeye Land, Meeting Notes**
Meetings In Boston Not As Good As We'd Hoped
We hosted a series of meetings with Big Lots in Boston yesterday (3/28), including CEO Steve Fishman and SVP of Finance Tim Johnson. On the heels of our bullish Kroger meeting last week in Cincinnati and favorable weather trends in March, our expectations were running high. Unfortunately, we walked away a bit more guarded on NT sales trends, which will likely pressure the stock at current levels. Our four key takes are outlined below and in more detail within:
Take #1: Weather Helping SSS . . . But Not In All Categories
While BIG didn't explicitly speak to 1Q SSS, we sensed that March's record breaking warm temps have been a + catalyst for seasonal (~15% of mix) and furniture (~15%). Unfortunately, consumables (~30%) appear to be under duress due to (1) less closeout availability and (2) the departure of several buyers. This, along with a circular shift (March to May), suggests ~+2-3% QTD comps (guid. of 2-4%), which could be a near-term drag on the shares.
Take #2: Multiple Catalysts On The Horizon for 2Q & Beyond
The good news: Helped by recent weak CPG volumes, BIG is seeing abnormally good closeout opportunities, which should help by 2Q/3Q. In addition, both Fresh Finds and International Foods will get expanded.
Separately, building on the success of its 4Q toy/seasonal allocation shift, BIG will be augmenting space (~40 ft.) to home.
Take #3: LT Goals = Consistency + 8% U.S. Margins
Great consistency across the business (especially SSS) should drive BIG's multiple higher. In our opinion, fewer closeouts in consumables and more predetermined buys/cooler development program should smooth recent volatility.
U.S EBIT margins should see 8% over time with both GPM and SG&A driving this 100+ bps opportunity.
Take #4: Canada Remains On Track; $0.40-$0.50 of EPS Power
BIG remains on track to break-even in Canada in '13, which will unleash ~$0.23 of EPS next year. Assuming $500M of revenue from 150 stores at an 8% EBIT suggests EPS power of ~$0.40-$0.50, excluding any NOL's.
Valuation and Risks
Our $48 PT is based on 12x our 2012 EPS est. Key risks include execution risk within its new Canadian operations or SSS coming in below forecasts.
Take #1: Weather Helping SSS . . . But Not In All Categories
While BIG didn't explicitly speak to 1Q SSS, we sensed that March's record breaking warm temps have been a + catalyst for seasonal sales (~15% of mix), which is good for comps/margins (limited markdown exp.). In addition, furniture sales (~15%) remain healthy. Unfortunately, consumables (~30%) appear to be under some duress due to (1) less closeout availability (75-80% of cat.) and (2) the recent departure of several buyers/merchants. Importantly, these issues seem ST in nature, but along with a circ.
shift (from March to May), could make 1Q comps softer than we'd envisioned a few weeks ago. Net, we think comps are in ~2-3% range QTD, which while not a catastrophe (guidance of 2-4%) could take some of the wind out of the biggie's sails.
Take #2: Multiple Catalysts On The Horizon for 2Q & Beyond
The good news is due to recent weak CPG volume trends, BIG is seeing abnormally good closeout opportunities in the consumable arena, which should help the aforementioned choppiness by 2Q/3Q. In addition, both Fresh Finds and International Foods will get expanded building on already strong momentum. Separately, building on the success of its 4Q toy/seasonal space allocation shift, BIG will be augmenting space (~40 ft.) to the home category (at the expense of some basic apparel/hardline areas, which have been weak).
Take #3: LT Goals = Consistency + 8% U.S. Margins
BIG realizes the ticket to a higher multiple (on the stock) is greater consistency across all facets of its business, mostly SSS. In our opinion, less closeouts in consumables and more pre-determined buys/cooler development program will help smooth out the volatility BIG has experienced recently. Moving down the P&L, U.S EBIT margins should see 8% over time with both GPM and SG&A driving this 100+ bps opportunity.
Take #4: Canada Remains On Track; $0.40-$0.50 of EPS Power

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | BIG remains on track to break-even in Canada in '13, which will unleash ~$0.23 of EPS next year. Of note, the stores are a quarter away from being properly inventoried and management seemed very pleased with progress to date. Looking out, assuming $500M of revenue from 150 stores (vs. 80 today) at an 8% EBIT (which is likely conservative) suggests EPS power of ~$0.40-$0.50 over time, excluding any NOL's, which could total $40M+ and lower BIG's effective tax rate in '14.<br>BIG Valuation<br>Our $48 Price Target on Big Lots is based on 12.0x our 2013 EPS estimate of $3.60, which seems reasonable based on the company's underlying growth prospects and healthy balance sheet. This valuation is fairly consistent with the company's average forward trading multiple of 12.4x over the past three years, given a modest discount due to potential execution risk with the integration in Canada. Given the fact that BIG has seen improved near-term SSS trends in many of its categories, could see increased domestic close out opportunities, and the potential for its future prospects in Canada, we believe it is possible its multiple could move closer to that of the Dollar Stores (14x) if sales trends improve near-term.<br>BIG Risks<br>The primary risk to our estimates for BIG is execution risk within its new Canadian operations as management attempts to turnaround this new segment. SSS could also come in below company and DB forecasts. This could be due to bad weather, the continued lack of turnaround in the US economy, stagnant job growth, and higher consumer fuel prices. All three contribute to potential issues for a retailer that is highly dependent on discretionary spend (70% of BIG purchases in this category). Moreover, gross profit margins could be pressured by higher freight costs, the inability to price merchandise properly, improper product assortment and product mix, and increased promotional activity in either the sector or at BIG itself. |
| 3/30/2012 | 1,333,073 | $43.02 | -0.92% | (0.57) | |
| 3/31/2012 | SATURDAY | | | | *Mar 31 2012 13:55:58Wire: Bloomberg First Word (BFW)*<br>**FITB, BIG, RGR Liked by Frank James, Barron's Reports**<br>By Mina Kawai<br>March 31 (Bloomberg) -- Fifth Third Bancorp, Big Lots and Sturm Ruger are among companies liked by Frank James, founder of James Investment Research in Alpha Ohio, Barron's reported, citing an interview.<br>* FITB is attractive for its lack of European business, strong return on assets, low valuation, James told Barron's in its April 2 edition<br>* BIG is poised to benefit as the European debt crisis boosts dollar against euro, allowing the discount retailer to import merchandise cheaply, according to James<br>* RGR looks good for its relatively low volatility, strong performance vs overall mkt, James told Barron's<br>* James's $1.5b Golden Rainbow Fund typically invests 40% in bonds, 60% equities; recently has shifted to 50-50 based on internal research that showed worsening of the stock-risk indicators, Barron's said<br>* FITB at $14.045, +10% YTD; Bloomberg PT $15.39<br>* BIG at $43.02, +14% YTD; Bloomberg PT $50.25<br>* RGR at $49.10, +47% YTD; Bloomberg PT $49.10 |
| 4/2/2012 | 1,458,900 | $43.84 | 1.91% | 0.59 | |
| 4/3/2012 | 1,098,274 | $43.86 | 0.05% | 0.07 | *Apr 3 2012 8:15:00 Wire: Marketwired (MWR)*<br>**Analytical Reports on Wal-Mart Stores Inc. and Big Lots Inc. - Discount Variety Navigating Trying Times**<br>NEW YORK, NY -- (Marketwire) -- 04/03/12 -- www.SignalWatcher.com provides members with proprietary analysis of over 10,000 stocks which is updated every day. Today, members can receive their complimentary stock analysis on Wal-Mart Stores Inc. (NYSE: WMT) and Big Lots Inc. (NYSE: BIG). Sign up now on www.SignalWatcher.com to get your free reports on these stocks.<br>The Discount Variety Stores industry, in which both Wal-Mart Stores Inc. and Big Lots Inc. operate, remains highly competitive. Though there have been some improvements to the U.S. economy, many consumers remain focused on value, and high fuel prices may continue to put pressure on disposable income levels. www.SignalWatcher.com gives traders a unique insight about Wal-Mart Stores Inc. and Big Lots Inc. by registering now at http://signalwatcher.com/WMT/April032012.php or http://signalwatcher.com/BIG/April032012.php.<br>www.SignalWatcher.com brings investors free classic analysis on Wal-Mart Stores Inc., Big Lots Inc. and other companies within the Discount, Variety Stores industry. This type of analysis is only a fragment of the information members have available to them. To learn more we encourage investors to sign up at http://signalwatcher.com/EmailSignup.php.<br>Despite these challenges, Wal-Mart recently announced that they have been successful in maintaining a strong sales pace through |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | January and February. The company has also announced that it intends to "invest in price" bringing down its grocery prices by $1 billion this year in a bid to gain customer loyalty, increase traffic and boost non-consumable sales.<br>Meanwhile, though Big Lots beat estimates in their most recent quarter, some are concerned over supply and demand issues in relation to its consumables, which make up approximately 30 percent of its product mix.<br>The shift of consumers to online options also poses a definite threat for the Discount Variety Stores industry. Online retailers are getting stronger and shoppers are becoming increasingly tech savvy, making it more difficult for stores to retain their market share. However, industry players seem to, at last, be taking the threat seriously and are investing heavily in their own online businesses.<br>About Signal Watch<br>Signal Watch's #1 goal is to help customers successfully engage the markets. For over 20 years, we have been developing the most powerful trading software available anywhere. But the software is only part of our mission. We also provide education and customer support designed to enable our customers to take control of their financial future. |
| 4/4/2012 | 1,257,127 | $43.93 | 0.16% | 0.43 | |
| 4/5/2012 | 974,642 | $43.75 | -0.41% | (0.30) | |
| 4/9/2012 | 1,683,589 | $43.02 | -1.67% | (0.39) | |
| 4/10/2012 | 1,987,778 | $42.80 | -0.51% | 0.89 | |
| 4/11/2012 | 1,368,198 | $44.36 | 3.64% | 1.38 | |
| 4/12/2012 | 1,517,809 | $45.35 | 2.23% | 0.50 | |
| 4/13/2012 | 1,042,844 | $45.51 | 0.35% | 0.58 | |
| 4/16/2012 | 1,755,160 | $45.00 | -1.12% | (0.61) | |
| 4/17/2012 | 1,669,989 | $45.32 | 0.71% | (0.40) | *17 April 2012 Canaccord, Laura Champine, CFA*<br>**DEEP DIVE: WE EXPECT PRODUCT INITIATIVES TO DRIVE SALES MOMENTUM AT BIG**<br>Investment recommendation<br>We believe BIG's improving product assortment will drive traffic and support the company's SSS momentum. The company should benefit from efforts to shift sales mix to higher-demand categories, broadening its selection of consumables and underpenetrated discretionary segments. At 13x our FY12 EPS estimate and 6x FY12E EV/EBITDA, we don't believe shares fully reflect the SSS growth we are projecting in FY12 and beyond. We believe BIG would only need to generate SSS growth in the LSD range to achieve the significant upside potential we project.<br>Investment highlights<br>• We estimate BIG will generate FY12 SSS growth of 2.9% on top of +0.1%, which would be the company's highest full-year increase since FY06.<br>• We forecast double-digit bottom-line growth in FY12 and expect EPS to increase at a five-year CAGR of 12%.<br>• Shares trade at only 13x our FY12 EPS estimate and 6x FY12E EV/EBITDA. BIG trades at lower multiples than its discounter retail peers despite above-average FY12 growth prospects.<br>WE BELIEVE AN IMPROVED ASSORTMENT WILL DRIVE TRAFFIC AND SUPPORT SSS MOMENTUM<br>In May 2011 BIG bolstered its merchandising team by hiring Doug Wurl to serve as EVP of merchandising. Wurl brought a wealth of merchandising experience, having served as general merchandise manager of Sears' home division for over four years and in leadership positions at Shopko and Macy's in the years prior.<br>Wurl's impact on the company's merchandising strategies and product assortment can already be seen in his short time as GMM. Since his arrival, BIG has taken a more aggressive approach to its closeout strategy, which has enabled it to broaden its product assortment, specifically in consumables. According to management, Wurl has been able to garner better deals from vendors on a more consistent basis than the company had in the past. BIG has also added more upscale vendors to its roster and has expanded the breadth of its global sourcing.<br>BIG has become more competitive in its pricing strategy, which we believe will continue to drive traffic as budget-conscious shoppers seek out values. Additional changes include a narrower focus on the merchandising schedule, with planning throughout the year now completed in nine-week increments, similar to how the company had previously planned for its Christmas assortment. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

The consumables segment is BIG's largest product category, accounting for 31% of total sales. BIG continued to improve its product assortment throughout FY11, specifically adding a more consistent mix of consumables. BIG has expanded its consumables assortment to include more gourmet and specialty items. BIG has also heightened its focused on improving marketing and in-store execution, including more prevalent signage and the addition of the "Wall of Values" which highlights deals within consumables. Closeout remains the focus within consumables, making up about 70%-80% on average of the total assortment. BIG has broadened its SKU base, which we believe will add some stability in the category. Management commented that an expanded selection of gourmet products and European imports have been well received by consumers. The Fresh Finds captive label program was expanded in Q3, and it continues to resonate with customers. BIG's captive label brands are developed jointly with various domestic and overseas manufacturers, using a well-respected third party to help develop the line. BIG has been able to generate brand identity and as a result pricing power with some of its captive label products. Sales trends improved in the consumables category in FY11, with comparable sales up in the mid- to high-single-digit range in the final three quarters of the year.
We believe an improved consumables assortment was largely responsible for BIG's SSS recovery in H2/11. We expect a broader mix of basics and the addition of specialty items and more captive label brands to drive traffic into stores in 2012.
BIG should benefit from an improved product mix within its discretionary assortment as well. The company has shifted its product mix away from apparel and its traditional toy business, increasing inventory and allocating more floor space to better-performing categories. BIG offered a larger seasonal assortment in Q4, adding square footage to display trees and trim. This resulted in a comparable sales increase in the low double digits for the category. We believe the seasonal business sustained momentum in Q1, boosted by warmer weather and a high-quality product assortment that will resonate with shoppers. The seasonal business faces an easy Q1 comparison as difficult weather resulted in DD comparable sales declines in northern regions of the country in FY11.
The company is in the process of completing the expansion of its home business, specifically adding floor space for merchandise such as bedding and table top items to better leverage the strength of its furniture business. Management expects sales growth within the category to accelerate as FY12 progresses. Our recent store checks revealed an attractive assortment of seasonal and home inventory. It is notable the company's new GMM has a wealth of experience in home, and we believe he has brought in buyers with whom he has worked in the past.
Electronics is a category BIG believes can excel beyond a seasonal business and be a full-year growth driver. Electronics turned in a strong performance in Q4 with comparable sales up nearly 20%, and management commented on the latest conference call that sales momentum has continued in Q1. We believe BIG will benefit from an increased inventory of popular products such as tablets, chargers, headphones and ear-buds, flash drives and memory cards, MP3 players, phone and tablet covers as well as other accessories for mobile devices. The focus here will be on low-end and discount models that will likely appeal to BIG shoppers.
The company has not significantly expanded floor space for electronics, but the merchandise is receiving greater exposure in stores. As small items are taking the place of TVs, the company can significantly improve SKU range without needing to take square footage from other categories.
We expect BIG will generate more-consistent SSS growth in FY12. Our Q1 estimate calls for SSS growth of 4% on top of -3.6%. Management guided for Q1 SSS to be up 2%-4%, and the consensus estimate is 2.7%. For FY12, we forecast a SSS increase of 2.9% on top of +0.1%, which is a 40bps improvement in the two year stacked SSS trend. This is at the high end of management's guidance range of +2% to +3% and would represent BIG's largest full-year SSS gain since FY06.
WE FORECAST A GROSS MARGIN RECOVERY IN H2/12
BIG's gross margin contracted 85bps in FY11, largely the result of more competitive pricing and the shift in sales mix to lower-margin consumable products. We believe consumables are in higher demand and turn faster in stores, which should translate to increased levels of store traffic as the assortment improves. The shift in mix within the discretionary businesses should help boost profit given the higher-margin nature of the home and furniture businesses.
Lower markdown activity should also help drive margin expansion. Warmer weather should result in improved pricing yr./yr. within seasonal in H1, while BIG plans to lessen its reliance on the segment in Q3, given the high level of markdowns that were necessary in the October quarter in FY11. We forecast gross margin expansion of 60bps in H2/12 as an improved product assortment supports SSS gains and BIG begins to lap a period of higher markdown activity.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | We estimate BIG's gross margin will expand 10bps in FY12 and increase 10bps-15bps annually in FY13-FY16. WE ESTIMATE DOUBLE-DIGIT EPS GROWTH IN FY12 AND BEYOND Our Q1 forecast calls for operating EPS of $0.81, at the high end of management's guidance range of $0.75-$0.81 and $0.02 above consensus. We project gross margin contraction of 55bps in Q1 as a result of the continued shift in mix to lower-margin consumables and more-competitive pricing. We forecast a flat SG&A expense rate with leverage on 4% SSS growth offset by higher depreciation and incentive costs. For FY12, we estimate EPS of $3.50. FY12 guidance is $3.40-$3.50, and the consensus estimate is $3.50 with a lower implied share count versus our model adding $0.04. We are projecting EPS to increase at a five-year CAGR of 12%. CANADA APPEARS TO BE IMPROVING, BUT IT IS STILL IN THE EARLY STAGES OF ITS TURNAROUND In mid-2011 BIG completed the $20MM acquisition of Liquidation World, an 89-store closeout franchise in Canada. Our initial visit to three LW locations in Calgary shortly after the acquisition revealed obscure locations, dated buildings, and sparse inventory excluding a solid furniture assortment. BIG closed seven locations and invested $46MM in the Canadian business over H2:11 to build inventory, staff operations, and refurbish store locations. Q4 sales of $37MM came in $7MM above the high end of guidance, which management credited to a strong initial response to the introduction of new products and categories within stores. We view this as a positive sign given the limited assortment available through much of the quarter. Inventory ended FY11 at $22MM, and management plans to sustain levels in the $25MM to $30MM range. BIG expects to reach this level by Q2, but adjustments to product assortment will continue through Q3. Similar to the U.S., we expect BIG to shift its product mix to more in-demand items. This translates to a broader assortment of consumables, which we believe will be a healthy traffic driver. The Canadian operations will not likely see significant marketing support in FY12 as BIG is focused on testing store execution once shelves are fully stocked before launching any sizable marketing agenda. For FY12 BIG guided for sales in Canada of $140MM-$150MM, up from $60MM over seven months in FY11. Guidance calls for the Canadian operations to be a drag on EPS of $0.21-$0.26 as BIG continues to build up inventory, recruit talent, and refurbish stores. Management indicated it was close to hiring a head merchant, which would largely complete the initial phase of its staffing efforts. Sales dollars are expected to increase and operating losses to decline sequentially throughout FY12 as inventory levels improve. BIG is targeting a breakeven bottom line by FY13. BIG TRADES AT ATTRACTIVE MULTIPLES COMPARED WITH ITS DISCOUNT RETAIL PEERS We believe shares of BIG are currently undervalued, trading at approximately a 20% discount to peers. We think this discount is based on BIG's inconsistent sales trends and expect the gap to close as the company reports improved SSS growth in 2012. Based on our FY12 EPS estimates, shares trade at 13x EPS and 6x EV/EBITDA, below the peer averages of 16x and 8x, respectively. We don't believe the discount is warranted given our forecast for above-average growth in EPS. OUR DCF ANALYSIS INDICATES POTENTIAL FOR FURTHER SHARE-PRICE GAINS On our FY12 estimates, BIG shares currently trade at 11x FY12 EV/NOPAT, but our model suggests the stock should trade at a 14x multiple. This suggests BIG holds potential upside of over 25% in the next 12 months. Valuation Our PT of $58 is based on our discounted NOPAT model. Shares currently trade at a FY12E EV/NOPAT multiple of 11x. Our model suggests BIG should trade at a multiple of 14x. Assuming shares approach their intrinsic value over the next 12 months, BIG offers potential upside of over 25% over its current price. Based on our FY12 estimates, shares currently trade at 13x EPS and 6x EV/EBITDA. Our PT implies multiples of 17x and 8x, respectively. Investment risks A slowdown in sales stemming from a product assortment that does not resonate with shoppers would pose a risk to our projections. Macroeconomic factors and extreme weather could also impact sales trends. Rising cost pressures could impact margins. The LW acquisition could require a greater capital investment to refurbish stores and replenish inventories than management anticipates. |
| 4/18/2012 | 1,068,347 | $45.04 | -0.62% | (0.35) | |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| 4/19/2012 | 875,517 | $45.31 | 0.60% | 0.57 | |
| 4/20/2012 | 1,035,324 | $45.87 | 1.24% | 0.58 | |
| 4/23/2012 | 1,199,309 | $45.71 | -0.35% | 0.28 | *Apr 23 2012 16:05:08 Wire: PR Newswire (PRN)* |

**Big Lots Updates First Quarter Sales Guidance**

*********************************************************************************

BFW 04/23 16:46 Big Lots Cuts 1Q U.S. Comp Sales Forecast; Shrs Tumble
BN 04/23 16:42 *BIG LOTS SEES 1Q CANADIAN RETAIL SALES ABOVE VIEW OF $25M-$30M
BN 04/23 16:41 *CORRECT:BIG LOTS SEES 1Q CAN. RETAIL SALES SLIGHTLY ABOVE VIEW
BN 04/23 16:06 *BIG LOTS SAW US COMP SALES UP 2%-4% 1Q :BIG US
BN 04/23 16:06 *BIG LOTS NOW SEES US COMP SALES SLIGHTLY NEGATIVE 1Q :BIG US
BN 04/23 16:05 *BIG LOTS CUTS FORECAST :BIG US

*********************************************************************************

Big Lots Updates First Quarter Sales Guidance
PR Newswire
COLUMBUS, Ohio, April 23, 2012

COLUMBUS, Ohio, April 23, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) today updated guidance for retail sales for the first fiscal quarter ending April 28, 2012.

Based on retail sales results quarter-to-date and assumptions for the balance of the first quarter of fiscal 2012, we now expect U.S. comparable store sales to be slightly negative compared to our prior guidance issued on March 2, 2012, which estimated a comparable store sales increase of 2% to 4%.

U.S. comparable store sales were on plan through the first six weeks of the quarter; however, sales compared to plan began to slow in late March and trends have further softened as we moved through the month of April.

From a merchandising perspective, furniture, hardlines, and seasonal, particularly lawn and garden, have been our best performing businesses; whereas, consumables and play n' wear, particularly electronics, are currently below expectations for the quarter.

In terms of our recently acquired Canadian operations, based on results quarter-to-date, we anticipate retail sales for the first quarter of fiscal 2012 will be slightly above our guidance which estimated sales in the range of $25 to $30 million.

On Wednesday, May 23, 2012, we will release our first quarter sales and earnings results and discuss our outlook for the second quarter and the balance of fiscal 2012.

Big Lots is North America's largest broadline closeout retailer.

The company currently operates 1,454 BIG LOTS stores in the 48 contiguous United States and 82 LIQUIDATION WORLD and LW stores in Canada. Wholesale operations are conducted through BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL, and WISCONSIN TOY and with online sales at www.biglotswholesale.com.

*Apr 23 2012 16:46:02 Wire: Bloomberg First Word (BFW)*

**Big Lots Cuts 1Q U.S. Comp Sales Forecast; Shrs Tumble**

*********************************************************************************

PRN 04/23 16:05 Big Lots Updates First Quarter Sales Guidance
BN 04/23 16:42 *BIG LOTS SEES 1Q CANADIAN RETAIL SALES ABOVE VIEW OF $25M-$30M
BN 04/23 16:41 *CORRECT:BIG LOTS SEES 1Q CAN. RETAIL SALES SLIGHTLY ABOVE VIEW
BN 04/23 16:06 *BIG LOTS SAW US COMP SALES UP 2%-4% 1Q :BIG US
BN 04/23 16:06 *BIG LOTS NOW SEES US COMP SALES SLIGHTLY NEGATIVE 1Q :BIG US
BN 04/23 16:05 *BIG LOTS CUTS FORECAST :BIG US

*********************************************************************************

By Brad Skillman

April 23 (Bloomberg) -- Big Lots sees 1Q U.S. comp sales to be slightly negative; had seen up 2%-4% “Trends have further softened as we moved through the month of April; cites consumables and play n’ wear, particularly electronics as below expectations

* Shrs down 15%
* NOTE: Earnings to be released May 23

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*Apr 23 2012 16:46:11 Wire: Bloomberg.com (BLC)*
**Big Lots Cuts Forecast**
April 23 (Bloomberg) -- Adam Johnson reports on Bog Lots first-quarter earnings. He speaks on Bloomberg Television's "Street Smart." (Source: Bloomberg)

*23 April 2012 Canaccord, Laura Champine, CFA*
**LOWERING ESTIMATES ON WEAKER SSS**
Investment recommendation
BIG lowered guidance for U.S. SSS sales as it now expects to report a slight decline on top of -3.6%, versus a prior outlook of 2%-4% and our estimate of +4%. Management commented that sales tailed off in late March and through April after trending in line with expectations through the first six weeks of Q1. We are reducing our Q1 EPS estimate by $0.06 to $0.75 on a 1% SSS decline. We are lowering our DCF-generated price target from $58 to $57. We are obviously disappointed with the announcement, as we thought the company was making progress in its weaker categories of consumables and electronics. At 13x our FY12 EPS estimate and 6x FY12E EV/EBITDA, BIG shares appear cheap enough to maintain a BUY rating.
Investment highlights
• Consumables and electronics performed below expectations. We had expected a broader consumables assortment would be a significant traffic driver for BIG, and we had thought smaller ticket electronics were driving improved sales.
• We have lowered our FY12 EPS estimate by $0.11 to $3.39.
BIG’s product assortment improvements are not gaining traction as fast as we had expected. We are now modeling for a SSS decline of 0.2% in FY12 on top of +0.1%.
• Our price target moves from $58 to $57 on our adjusted estimates.
Valuation
We are lowering our price target from $58 to $57 based on our adjusted estimates.
Shares currently trade at a FY12E EV/NOPAT multiple of 11x. Our model suggests BIG should trade at a multiple of 14x. Assuming shares approach this intrinsic value over the next 12 months, BIG offers potential upside of over 25% over last night’s closing price. Based on our adjusted FY12 estimates, shares trade at 13x EPS and 6x EV/EBITDA.
Investment risks
A prolonged slowdown in sales stemming from a product assortment that does not resonate with shoppers poses risks to our projections. Macroeconomic factors and extreme weather could also impact sales trends. Rising cost pressures could impact margins. The LW acquisition could require a greater capital investment to refurbish stores and replenish inventories than management anticipates.

*April 23, 2012 KeyBanc Bradley B. Thomas, CFA*
**BIG: 1Q Comp Trending Below Plan**
ACTION STATEMENT
Big Lots, Inc. (BIG-NYSE) provided an update on sales, with comps currently tracking slightly negative vs. original 1Q guidance of +2% to +4%. While the Company continues to perform well in home-related categories, it has had difficulty in consumables and consumer electronics, with a deterioration in trends in late March and April. We are lowering our estimates and maintain our HOLD rating at this time.
• 2012E: $3.43 from $3.58
• 2013E: $3.75 from $3.87
KEY INVESTMENT POINTS
1Q Update. Management updated sales guidance for its 1Q ending April 28.
Comps are now expected to be slightly negative vs. prior guidance of +2% to +4%.
Management noted that comps were on plan within the first six weeks, but began to slow in late March and have further

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | deteriorated in April. By category, furniture, hardlines, and seasonal have performed strongest, while consumables and play n' wear, specifically electronics, are running below expectations.<br>Canada Performing Better than Planned. Management noted that its recently acquired Canadian business is slightly above its guidance of $25 million-$30 million.<br>Recall that management believes there is an opportunity to operate up to 150 stores in Canada. Longer term, we believe the current number of Canadian locations could benefit EPS by $0.26 should management be able to bring the Canadian stores up to par with the Company's U.S. operations (7% operating margin and over $160 in sales per square foot). Even using conservative estimates of 4% operating margin (which is in line with BIG's 10 year average) and $140 per square foot (which is significantly below BIG's trough levels), this implies an additional $0.13 of EPS.<br>Adjusting Estimates. For the 1Q, our EPS estimate goes to $0.67 from $0.80. Our 2Q estimate goes to $0.56 from $0.58. Our 3Q estimate stays at $0.16, and our 4Q estimate also stays at $2.05. As such, our 2012 estimate goes to $3.43 from $3.58. For 2013 our estimate goes to $3.75 from $3.87.<br>VALUATION<br>Shares of BIG trade at 13.3x and 12.2x our 2012 and 2013 EPS estimates of $3.43 and $3.75, respectively. On an EV/EBITDA basis, shares trade at 6.6x and 6.3x our 2012 and 2013 estimates vs. its five-year EV/EBITDA average f 6.6x. Shares trade at an EV/Sales of 0.5x our 2012 sales estimate. As such, we rate the shares HOLD at this time.<br>RISKS<br>Risks that may affect the financial results of the Company and/or the stock price include:<br>• Real estate cost and availability could inhibit unit growth.<br>• Availability of closeout merchandise.<br>• Increased competition from dollars stores, discounters and warehouse retailers. |
| 4/24/2012 | 13,210,815 | $34.71 | -24.06% | (12.67) | *Apr 24 2012 2:19:13 Wire: Bloomberg First Word (BFW)*<br>**Big Lots Cut to Hold vs Buy at Deutsche Bank**<br><br>*Apr 24 2012 3:02:39 Wire: Bloomberg News (BN)*<br>**Big Lots Cut to 'Hold' at Deutsche Bank**<br>By Bloomberg Data Apr. 24 (Bloomberg) -- Big Lots Inc (BIG US) was downgraded to "Hold" from "Buy" at Deutsche Bank by equity analyst Charles Grom..<br>The 12-month target price is $34.00 per share<br><br>*Apr 24 2012 8:21:26 Wire: Bloomberg First Word (BFW)*<br>**Big Lots Cut to Market Perform vs Strong Buy at Raymond James**<br>By Clyde Eltzroth<br><br>*Apr 24 2012 8:39:17 Wire: Bloomberg First Word (BFW)*<br>**U.S. PRE-MARKET MOVERS: ALGN BHI BIG CXW NFLX RMBS RSH SYMC WAT**<br>By Andrew Cinko and Brian Welcher<br>DECLINERS:<br>* BIG -17%<br><br>*Apr 24 2012 8:51:46 Wire: Bloomberg News (BN)*<br>**3M, Big Lots, Netflix, Texas Instruments: U.S. Equity Preview**<br>By Joseph Ciolli<br>April 24 (Bloomberg) -- Shares of the following companies may have unusual moves in U.S. trading. Stock symbols are in parentheses, and prices are as of 8:45 a.m. in New York.<br>3M Co. (MMM US) increased 2.8 percent to $89.61. The maker of Post-It notes and fuel system tune-up kits reported first- quarter |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

earnings excluding some items of $1.63 a share, beating the average analyst estimate of $1.49.
AT&T Inc. (T US) rose 0.8 percent to $30.87. The largest U.S. phone company posted first-quarter earnings that beat analysts' estimates after wireless subscribers spent more on browsing the Web, downloading video and sending e-mail.
Big Lots Inc. (BIG US) plunged 17 percent to $37.80. The discount retailer cut its U.S. comparable-store sales forecast for the fiscal first quarter to "slightly negative," compared with a previous estimate for an increase of as much as 4 percent.
Charles Schwab Corp. (SCHW US) declined 1.9 percent to $13.56. The largest U.S. independent brokerage by client assets was cut to hold from buy at Stifel Nicolaus & Co.
Ford Motor Co. (F US) increased 2.5 percent to $11.63. The second-biggest U.S. automaker and its Ford Motor Credit Unit were raised to BBB-, the lowest investment grade rating, from BB+ at Fitch Ratings.
Health Management Associates Inc. (HMA US): The operator of acute-care hospitals had first-quarter adjusted earnings and revenue that exceeded the average analyst projection.
Illumina Inc. (ILMN US) decreased 1.1 percent to $43.40. The U.S. maker of DNA-mapping tools that fought off a hostile takeover bid from Roche Holding said it would repurchase $250 million of its shares.
McGraw-Hill Cos. (MHP US): The finance and publishing company that's splitting in two said first-quarter profit rose 2.5 percent on increased demand for Standard & Poor's credit- ratings and index funds.
Netflix Inc. (NFLX US) plunged 14 percent to $87.85. The world's largest video-subscription service projected a slowdown in growth of U.S. streaming customers.
Texas Instruments Inc. (TXN US) gained 3.2 percent to $32.91. The largest maker of analog semiconductors forecast second-quarter earnings that may top some analysts' estimates as customers stock up on electronic parts ahead of a projected rise in demand.
United Stationers Inc. (USTR US): The Deerfield, Illinois- based distributor of business products had first-quarter adjusted earnings of 45 cents a share, surpassing the 42-cent average projection of analysts surveyed by Bloomberg.
United Technologies Corp. (UTX US) advanced 1.6 percent to $81. The jet engine maker said first-quarter profit exceeded analysts' estimates as earnings at its climate, controls and security unit increased and the company received a larger tax settlement than it predicted from the U.S. government.
U.S. Steel Corp. (X US) rose 2.2 percent to $28.85. The country's largest producer of the metal by volume reported first-quarter earnings that exceeded analysts' estimates after falling natural-gas prices lowered costs at blast furnaces.

*Apr 24 2012 9:34:16 Wire: Bloomberg News (BN)*
**U.S. Stocks Rise as Better-Than-Forecast Earnings Offset Apple**
By Rita Nazareth
April 24 (Bloomberg) -- U.S. stocks rose, after yesterday's slump, as better-than-estimated earnings from Texas Instruments Inc. to 3M Co. offset a drop in Apple Inc.
The Standard & Poor's 500 Index advanced 0.2 percent to 1,369.84 at 9:32 a.m. New York time. Apple shares fell 1.2 percent ahead of its earnings report.
Data today may show that purchases of new homes increased to a 318,000 annual rate from 313,000 in February. Home prices in 20 U.S. cities dropped at a slower pace in February. Another report may show consumer confidence fell. Federal Open Market Committee members begin a two-day meeting today.
Yesterday's losses were driven by political uncertainty as Dutch Prime Minister Mark Rutte offered to quit after lawmakers split over austerity and French President Nicolas Sarkozy lost the first round of his re-election bid. The S&P 500 was still up 8.7 percent in 2012 amid better-than-estimated economic and corporate data. Earnings per share have topped forecasts at 83 percent of S&P 500 companies that reported results since April 10, according to data compiled by Bloomberg.
For Related News and Information: Developed Markets View: DMMV <GO> World stock indexes: WEI <GO> Most-active U.S. stocks: MOST US <GO> U.S. stock market map: IMAP US <GO> Top stories on stocks: TOP STK <GO> Stories on U.S. stocks: NI USS <GO> Graphing: GRAPH <GO> Equity derivatives: EDRV <GO> Stories on U.S. stock options: NI USO <GO>
--Editor: Jeff Sutherland

*Apr 24 2012 9:40:19 Wire: Bloomberg News (BN)*
**3M, Big Lots, Netflix, Texas Instruments: U.S. Equity Movers**

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

By Joseph Ciolli
April 24 (Bloomberg) -- Shares of the following companies are having unusual moves in U.S. trading. Stock symbols are in parentheses, and prices are as of 9:37 a.m. in New York.
3M Co. (MMM US) increased 2.6 percent to $89.37. The maker of Post-It notes and fuel system tune-up kits reported first- quarter earnings excluding some items of $1.63 a share, beating the average analyst estimate of $1.49.
AT&T Inc. (T US) rose 2.2 percent to $31.28. The largest U.S. phone company posted first-quarter earnings that beat analysts' estimates after wireless subscribers spent more on browsing the Web, downloading video and sending e-mail.
Big Lots Inc. (BIG US) plunged 20 percent to $36.76. The discount retailer cut its U.S. comparable-store sales forecast for the fiscal first quarter to "slightly negative," compared with a previous estimate for an increase of as much as 4 percent.
Ford Motor Co. (F US) increased 2 percent to $11.57. The second-biggest U.S. automaker and its Ford Motor Credit Unit were raised to BBB-, the lowest investment grade rating, from BB+ at Fitch Ratings.
Netflix Inc. (NFLX US) plunged 14 percent to $87.36. The world's largest video-subscription service projected a slowdown in growth of U.S. streaming customers.
Texas Instruments Inc. (TXN US) gained 2.5 percent to $32.69. The largest maker of analog semiconductors forecast second-quarter earnings that may top some analysts' estimates as customers stock up on electronic parts ahead of a projected rise in demand.
United Stationers Inc. (USTR US) rose 1.6 percent to $28.58. The Deerfield, Illinois-based distributor of business products had first-quarter adjusted earnings of 45 cents a share, surpassing the 42-cent average projection of analysts surveyed by Bloomberg.
For Related News and Information: Developed Markets View: DMMV <GO> World stock indexes: WEI <GO> Most-active U.S. stocks: MOST US <GO> U.S. stock market map: IMAP US <GO> Top stories on stocks: TOP STK <GO> Stories on U.S. stocks: NI USS <GO> Feature stories: TNI USS FEA <GO> Equity screening: EQS <GO> Graphing: GRAPH <GO> Equity derivatives: EDRV <GO> Stories on U.S. stock options: NI USO <GO>
--With assistance from Whitney Kisling in New York. Editors: Stephen Kleege, Jeff Sutherland

*Apr 24 2012 9:49:41 Wire: Bloomberg News (BN)*
**U.S. Stocks Rise as Better-Than-Estimated Earnings Offset Apple**
By Rita Nazareth
April 24 (Bloomberg) -- U.S. stocks rose, following yesterday's decline in the Standard & Poor's 500 Index, as better-than-estimated quarterly earnings reports offset the 10th loss in 11 days for Apple Inc. shares.
Texas Instruments Inc., the largest maker of analog semiconductors, climbed 1.1 percent. 3M Co., the maker of Post- it Notes, and AT&T Inc., the largest U.S. phone company, added at least 2.1 percent. Apple, the most valuable technology company, lost 2 percent ahead of its results. Netflix Inc., the largest video-subscription service, tumbled 15 percent after forecasting a slowdown in growth of U.S. streaming customers.
The S&P 500 advanced 0.2 percent to 1,370.17 at 9:47 a.m. New York time. The Dow Jones Industrial Average increased 67.13 points, or 0.5 percent, to 12,994.30 today.
Investors awaited data that may show that purchases of new homes increased to a 318,000 annual rate in March. Home prices in 20 U.S. cities dropped at a slower pace in February. Another report may show consumer confidence fell. Federal Open Market Committee members begin a two-day meeting today.
Yesterday's losses were driven by political uncertainty as Dutch Prime Minister Mark Rutte offered to quit after lawmakers split over austerity and French President Nicolas Sarkozy lost the first round of his re-election bid. The S&P 500 was still up 8.9 percent in 2012 amid better-than-estimated economic and corporate data. Earnings per share have topped forecasts at 83 percent of S&P 500 companies that reported results since April 10, according to data compiled by Bloomberg.
Texas Instruments
Texas Instruments added 1.1 percent to $32.25 after forecasting second-quarter earnings that may top some analysts' estimates. Texas Instruments' analog chips perform electronic functions that range from running car radios to controlling missiles, making the company's earnings a harbinger of demand in the broader economy.
3M increased 2.1 percent to $89.96 after beating analysts' first-quarter profit estimates as U.S. auto and industrial demand helped make up for slowing markets abroad.
AT&T Inc. added 2.8 percent to $31.48. The largest U.S. phone company posted first-quarter earnings that beat analysts' estimates

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

after wireless subscribers spent more on browsing the Web, downloading video and sending e-mail.
The company is promoting feature-rich devices such as Apple's iPhone to boost monthly bills and offset slower subscriber growth in a market where most people already have mobile phones. Some investors say that the carrier's earnings may give some indication of what Apple may say when it reports quarterly results after the close of the market.
Too High
Peter Misek, analyst at Jefferies & Co., says both AT&T and Verizon Communications Inc.'s results imply estimates for Apple are too high. On average, the analysts surveyed by Bloomberg forecast the company will report fiscal second-quarter profit of $10.03 a share. The shares declined 2 percent to $560.25 today and are up 39 percent so far in 2012.
Apple dipped below its 50-day average yesterday for the first time since December. A weekly close below that level may signal a decline of as much as 19 percent from its record high is under way, according to UBS AG.
Should Apple fail to hold above its 50-day average, it may trigger a retreat to as low as $515, according to Peter Lee, the New York-based chief technical analyst for UBS.
"Violation of this level on a weekly closing basis opens the door for a deeper correction," Lee wrote in an e-mail yesterday. "To convince traders to return, AAPL needs to rally" above $600 at least, he said, referring to the stock's ticker.
Investment Grade
Ford Motor Co. rallied 1.5 percent to $11.52. The company and its Ford Motor Credit unit were raised to investment grade by Fitch Ratings, which cited the company's "significantly improved financial performance."
Netflix tumbled 15 percent to $87. Chief Executive Officer Reed Hastings, presiding over the company's first loss since early 2005, cited higher seasonal customer turnover for the slowdown. The company is racing to add viewers to confront competition from Comcast Corp.'s StreamPix and Verizon Communication Inc.'s online venture with Coinstar Inc.'s Redbox. While Netflix may post a second-quarter profit, investors are focused on subscriber additions.
For Related News and Information: Developed Markets View: DMMV <GO> World stock indexes: WEI <GO> Most-active U.S. stocks: MOST US <GO> U.S. stock market map: IMAP US <GO> Top stories on stocks: TOP STK <GO> Stories on U.S. stocks: NI USS <GO> Graphing: GRAPH <GO> Equity derivatives: EDRV <GO> Stories on U.S. stock options: NI USO <GO>
--Editor: Jeff Sutherland

*4/24/2012 09:52 am ET S&P Analyst Research Notes*
**S&P REITERATES HOLD RECOMMENDATION ON SHARES OF BIG**
LOTS (BIG 36.21***): BIG reports Q1 U.S. comparable store sales growth will be slightly negative compared to March 2 guidance of 2% to 4% growth, below our estimate of 2.5% growth and the consensus forecast of 3.4% from Capital IQ. Softness reflects sales in consumables and electronics below the company's expectations. However, recently acquired Canadian operations performed slightly better than company expectations in Q1. As a result, we are reducing our Q1 and 2012 EPS estimates $0.05 to $0.74 and $3.41, and lowering our 12-month target price by $3 to $41, based on our P/E analysis. /J. Agnese

*Apr 24 2012 10:11:11Wire: Bloomberg First Word (BFW)*
**U.S. EQUITY MOVERS: BIG NFLX HSTM CRDN SANM ALIM ALGN CLS JJSF**
By Libby Sallaberry and Brian Welcher
April 24 (Bloomberg) -- Equity movers as of 10:10am:
Decliners after earnings:
* BIG -20%

*Apr 24 2012 10:33:24Wire: Bloomberg News (BN)*
**Baker Hughes, Big Lots, Hershey, Symantec: U.S. Equity Movers**
By Lu Wang
April 24 (Bloomberg) -- Shares of the following companies are having unusual moves in U.S. trading. Stock symbols are in

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

parentheses, and prices are as of 10:05 a.m. in New York.
3M Co. (MMM US) increased 2.6 percent to $89.37 and climbed 3 percent earlier, the most intraday since Jan. 3. The maker of Post-It notes and fuel system tune-up kits reported first- quarter earnings excluding some items of $1.63 a share, beating the average analyst estimate of $1.49.
AT&T Inc. (T US) rose the most in the Dow Jones Industrial Average, rallying 3.3 percent to $31.63. The largest U.S. phone company posted first-quarter earnings that beat analysts' estimates after wireless subscribers spent more on browsing the Web, downloading video and sending e-mail.
Baker Hughes Inc. (BHI US) rose 6.1 percent to $43.56 and advanced 6.2 percent earlier, the most intraday since Dec. 20. The oilfield-services contractor reported first-quarter earnings that exceeded analysts' estimates and said it expects to see "significant" benefits from supply-chain improvements in the second half.
Big Lots Inc. (BIG US) plunged 20 percent, the most in the Standard & Poor's 500 Index, to $36.22. The discount retailer cut its U.S. comparable-store sales forecast for the fiscal first quarter to "slightly negative," compared with a previous estimate for an increase of as much as 4 percent.
Corrections Corp. of America (CXW US) fell 10 percent to $27.26 and tumbled 11 percent earlier, the most intraday since May 16. California, which once locked up more prison inmates than any other state, may slash $4.1 billion in construction plans, reclaim inmates housed in other states and close one of its costliest facilities. Corrections Corp. runs prisons for public agencies.
Ford Motor Co. (F US) increased 1.2 percent to $11.50 and added 2.3 percent earlier, the most intraday since April 3. The second-biggest U.S. automaker and its Ford Motor Credit Unit were raised to BBB-, the lowest investment grade rating, from BB+ at Fitch Ratings.
Hershey Co. (HSY US) climbed 5.9 percent to $65.95 and jumped to $66.22 earlier, the highest intraday price since May 2005. The chocolate maker boosted its full-year forecast after first-quarter earnings beat analysts' estimates.
Netflix Inc. (NFLX US) plunged 13 percent to $88.21 after sinking as much as 15 percent, the most intraday since Oct. 25. The world's largest video-subscription service projected a slowdown in growth of U.S. streaming customers.
Symantec Corp. (SYMC US) fell 8.9 percent to $16.46 and dropped 10 percent earlier, the most intraday since July 2010. The maker of computer security software reduced its sales and profit forecast for the fiscal fourth quarter, citing an increase in contracts with deferred revenue.

*Apr 24 2012 11:23:29 Wire: Bloomberg First Word (BFW)*
**Elevated Options Volume in AAMRQ AMRN BIG CIT COP CXW ETN EW**
By Brian Welcher
April 24 (Bloomberg) -- Multiple of 4-wk average volume; most active line; execution price/bias; volatility.
* BIG: 5.3x: May 35P/37.5C

*Apr 24 2012 11:36:30 Wire: Bloomberg News (BN)*
**Big Lots Cut to 'Neutral' at MKM Partners**
By Bloomberg Data Apr. 24 (Bloomberg) -- Big Lots Inc (BIG US) was downgraded to "Neutral" from "Buy" at MKM Partners by equity analyst Patrick McKeever. The 12-month target price is $43.00 per share.

*Apr 24 2012 15:00:23 Wire: Bloomberg News (BN)*
**U.S. Stock Options With Biggest Changes in Implied Volatility**
By Bloomberg News
April 24 (Bloomberg) -- The following are the U.S. stock options that had the biggest percentage changes in implied volatility from the previous trading day as of 3:00 p.m. in New York. This {OSCH <GO>} search was limited to options that are more than 10 days from expiration, have trading volume of at least 500 contracts and have strike prices within 5 percent of the underlying security's price.
BIGBIG LOTS IN
BIG US 07/21/12 C35 53.2 34.3 2.35 -75.8841

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*Apr 24 2012 16:22:55Wire: Bloomberg News (BN)*

**Alimera, Parker Hannifin, RadioShack, Waters: U.S. Equity Movers**

By Whitney Kisling

April 24 (Bloomberg) -- Shares of the following companies had unusual moves in U.S. trading. Stock symbols are in parentheses, and prices are as of 4 p.m. in New York.

Homebuilders gained as sales of new U.S. homes were stronger than projected in March. PulteGroup Inc. (PHM US) rose 4.6 percent to $8.60. D.R. Horton Inc. (DHI US) advanced 3.2 percent to $15.54. Lennar Corp. (LEN US) added 2.2 percent to $25.27.

Alimera Sciences Inc. (ALIM US) surged 28 percent, the most in the Russell 2000 Index, to $3.44. The pharmaceutical company said it got approval to sell Iluvien in Austria as a treatment for diabetic macular edema, the first national authorization in the European Union.

AT&T Inc. (T US) rose the most in the Dow Jones Industrial Average, rallying 3.6 percent to $31.72. The largest U.S. phone company posted first-quarter earnings that beat analysts' estimates after wireless subscribers spent more on browsing the Web, downloading video and sending e-mail.

Baker Hughes Inc. (BHI US) rose 4.8 percent, the most since Jan. 3, to $43.04. The oilfield-services contractor reported first-quarter earnings that exceeded analysts' estimates and said it expects to see "significant" benefits from supply- chain improvements in the second half.

Big Lots Inc. (BIG US) plunged 24 percent, the most in the Standard & Poor's 500 Index, to $34.71. The discount retailer cut its U.S. comparable-store sales forecast for the fiscal first quarter to "slightly negative," compared with a previous estimate for an increase of as much as 4 percent.

Carlisle Cos. (CSL US) jumped 11 percent to $55.17, the highest price since at least 1980. The maker of construction materials, tires and trailers reported first-quarter earnings that beat the average analyst estimate by 54 percent, the most since 2009, according to data compiled by Bloomberg.

Ceradyne Inc. (CRDN US) dropped 15 percent, the most since February 2009, to $26.57. The maker of ceramic body armor for U.S. soldiers reduced its full-year forecast as first-quarter earnings trailed analysts' estimates.

Corrections Corp. of America (CXW US) fell 8.9 percent, the most since May 16, to $27.60.

California, which once locked up more prison inmates than any other state, may slash $4.1 billion in construction plans, reclaim inmates housed in other states and close one of its costliest facilities. Corrections Corp. runs prisons for public agencies.

Fusion-io Inc. (FIO US) rallied 4 percent, the most since April 17, to $27.25. The developer of flash-memory technology may be a target for enterprise server or storage vendors, such as Oracle Corp. (ORCL US), Hewlett-Packard Co. (HPQ US), International Business Machines Corp. (IBM US), Dell Inc. (DELL US), NetApp Inc. (NTAP US) or Cisco Systems Inc. (CSCO US), according to William Blair & Co.

Hershey Co. (HSY US) climbed 6 percent, the most since April 2010, to $66. The chocolate maker boosted its full-year forecast after first-quarter earnings beat analysts' estimates.

J&J Snack Foods Corp. (JJSF US) surged 14 percent, the most since June 2000, to $55.68. The maker of SuperPretzels reported second-quarter per-share earnings that surpassed the average projection of analysts surveyed by Bloomberg.

Juniper Networks Inc. (JNPR US) advanced 7.2 percent, the most since Dec. 20, to $21.63. The second-largest maker of networking equipment reported first-quarter revenue of $1.03 billion, beating the average analyst estimate of $977.1 million.

Lexmark International Inc. (LXK US) fell 6.5 percent, the most since Oct. 25, to $30.44. The maker of laser and inkjet printers forecast second-quarter earnings will be no more than $1.05 a share, compared with the average analyst projection for $1.14 a share, data compiled by Bloomberg show.

Netflix Inc. (NFLX US) plunged 14 percent, the most since Oct. 25, to $87.68. The world's largest video-subscription service projected a slowdown in growth of U.S. streaming customers.

Parker Hannifin Corp. (PH US) advanced 8.7 percent, the most since May 2010, to $87.96. The maker of fluid power systems and air-conditioning products boosted its full-year adjusted earnings forecast to at least $7.30 a share. That's higher than the average analyst estimate of $7.09 in a Bloomberg survey.

RadioShack Corp. (RSH US) slumped 11 percent to $5.34, the lowest price since 1981. The consumer-electronics retailer reported an unexpected first-quarter loss, hurt by falling U.S. demand for mobile phones and laptop computers.

Sanmina-SCI Corp. (SANM US) fell the second-most in the Russell 2000 Index, dropping 14 percent to $8.87. The maker of

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

computers and phones said third-quarter revenue and earnings would fall short of the average estimates of analysts surveyed by Bloomberg.
Symantec Corp. (SYMC US) fell 11 percent, the most since July 2009, to $16.01. The maker of computer security software reduced its sales and profit forecast for the fiscal fourth quarter, citing an increase in contracts with deferred revenue.
Waters Corp. (WAT US) slid 7.4 percent, the most since Oct. 7, to $81.80. The maker of laboratory products and instruments forecast full-year earnings of $5.15 a share at most, trailing the average analyst estimate of $5.24.
For Related News and Information: Developed Markets View: DMMV <GO> World stock indexes: WEI <GO> Most-active U.S. stocks: MOST US <GO> U.S. stock market map: IMAP US <GO> Top stories on stocks: TOP STK <GO> Stories on U.S. stocks: NI USS <GO> Feature stories: TNI USS FEA <GO> Equity screening: EQS <GO> Graphing: GRAPH <GO> Equity derivatives: EDRV

*Apr 24 2012 16:35:37 Wire: Bloomberg News (BN)*
**Big Lots Plunges Most in Three Years on Sales Forecast (Correct)**
(Corrects time period in first paragraph.)
By Chris Burritt
April 24 (Bloomberg) -- Big Lots Inc., the discontinued- merchandise retailer with more than 1,400 U.S. stores, tumbled the most in more than three years after cutting its fiscal first-quarter sales forecast amid lower demand for electronics.
The shares slid 20 percent to $36.67 at 11:13 a.m. in New York after earlier dropping as much as 21 percent for the biggest intraday decline since Nov. 6, 2008. The Columbus, Ohio- based company had gained 21 percent this year before today.
U.S. comparable-store sales in the quarter through April will be “slightly negative,” Big Lots said yesterday in a statement. That’s down from the company’s March 2 forecast for a gain of as much as 4 percent. Sales have been slowing since late March, with electronics and consumables, which includes packaged foods and beauty supplies, among categories trailing the company’s expectations.
“The first quarter is usually a period of strength,” Charles Grom, an analyst at Deutsche Bank AG in New York, wrote today in a note to clients. He downgraded the shares to hold from buy.
For Related News and Information: Big Lots Earnings: BIG US <Equity> FA IS Q <GO> Sales by segment: BIG US <Equity> PGEO CHART <GO> Peer comparison: BIG US <Equity> PPC <GO> Consumer and retail headlines: RTOP <GO> Retail sales: RTSL <GO>
--Editors: Kevin Orland, James Callan

*Apr 24 2012 16:39:43Wire: Bloomberg News (BN)*
**Big Lots Falls Most in Three Years as Sales Forecast Is Cut (1)**
(Updates with closing share price in second paragraph.)
By Chris Burritt
April 24 (Bloomberg) -- Big Lots Inc., the discontinued- merchandise retailer with more than 1,400 U.S. stores, tumbled the most in more than three years after cutting its fiscal first-quarter sales forecast amid lower demand for electronics.
The shares slid 24 percent to $34.71 at the close in New York, the biggest decline since Nov. 6, 2008. The Columbus, Ohio-based company has dropped 8.1 percent this year.
U.S. comparable-store sales in the quarter through April will be “slightly negative,” Big Lots said yesterday in a statement. That’s down from the company’s March 2 forecast for a gain of as much as 4 percent. Sales have been slowing since late March, with electronics and consumables, which includes packaged foods and beauty supplies, among categories trailing the company’s expectations.
“The first quarter is usually a period of strength,” Charles Grom, an analyst at Deutsche Bank AG in New York, wrote today in a note to clients. He downgraded the shares to hold from buy.
For Related News and Information: Big Lots Earnings: BIG US <Equity> FA IS Q <GO> Sales by segment: BIG US <Equity> PGEO CHART <GO> Peer comparison: BIG US <Equity> PPC <GO> Consumer and retail headlines: RTOP <GO> Retail sales: RTSL <GO>
--Editors: Kevin Orland, James Callan

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

*Apr 24 2012 17:01:16Wire: Bloomberg News (BN)*

**U.S. Stocks Rise Amid Home Sales Data as Earnings Beat Estimates**

By Rita Nazareth

April 24 (Bloomberg) -- U.S. stocks advanced, following yesterday's decline in the Standard & Poor's 500 Index, amid better-than-estimated earnings at companies from AT&T Inc. to 3M Co. and as data indicated the housing market is stabilizing.

AT&T, the largest U.S. telephone company, and 3M, the maker of Post-it Notes, rose at least 1.5 percent. International Business Machines Corp. added 0.7 percent after the company boosted its buyback plan by $7 billion and raised its dividend. Juniper Networks Inc. increased 7.2 percent as revenue beat analysts' projections. Apple Inc. jumped 7.5 percent at 5 p.m. New York time as profit almost doubled last quarter.

The S&P 500 rose 0.4 percent to 1,371.97 at 4 p.m. New York time. The Dow Jones Industrial Average added 74.39 points, or 0.6 percent, to 13,001.56. The Nasdaq Composite Index lost 0.3 percent to 2,961.60. About 6.2 billion shares changed hands on U.S. exchanges, or 7.8 percent below the three-month average.

"Stocks have room to move higher," said David Kelly, who helps oversee about $394 billion as chief market strategist at JPMorgan Funds in New York. "Earnings are healthy. The bar has been lowered so far that you can just walk over it. Housing is on the mend. A sign of a market top is when people are exuberant. There's no exuberance as witnessed yesterday."

Equities rebounded from yesterday's slump, extending this year's rally in the S&P 500 to 9.1 percent. Earnings per share beat forecasts at 82 percent of S&P 500 companies that reported results since April 10, according to data compiled by Bloomberg. Per-share profits grew 3.3 percent in the first-quarter, Bloomberg data show. That's up from the 0.8 percent growth projection before the earnings season started.

Economic Data

Economic optimism helped fuel gains today as new home sales data indicated that cheaper borrowing costs are helping stabilize the real estate market. Federal Open Market Committee members began a two-day meeting today and tomorrow will probably repeat their plan to keep the benchmark interest rate low at least through late 2014, economists say.

A gauge of homebuilders in S&P indexes jumped 2.4 percent. D.R. Horton Inc., the largest U.S. homebuilder by volume, rose 3.2 percent to $15.54. KB Home added 4.5 percent to $7.91.

Phone shares had the biggest gain among 10 S&P 500 groups, rallying 2.8 percent. AT&T added 3.6 percent to $31.72. Earnings beat estimates on lower smartphone upgrade costs and an increase in wireless data sales related to Apple's iPad.

3M increased 1.6 percent to $88.49. The U.S. market drove sales at the industrial and transportation unit, the largest division at the St. Paul, Minnesota-based company.

IBM's Dividend

IBM gained 0.7 percent to $200. The quarterly payout will rise 10 cents to 85 cents a share. IBM had $5.7 billion remaining from a previous buyback plan, bringing the total available for repurchases to $12.7 billion.

Technology companies are approaching consumer staples as the largest dividend payers, according data compiled by Howard Silverblatt, S&P's New York-based senior index analyst. The technology group contributes about 14 percent of the S&P 500's dividends, up from 5.1 percent in 2004. Consumer staples companies account for almost 15 percent.

Apple gained 7.5 percent to $602.25 after the close of regular trading. Net income in the fiscal second quarter climbed to $11.6 billion, or $12.30 a share, as revenue increased 59 percent to $39.2 billion. Analysts had predicted profit of $10.02 a share on revenue of $36.9 billion.

Chief Executive Officer Tim Cook is increasingly relying on regions outside the U.S. for sales growth. That helped make up for sales declines from the previous quarter at the top U.S. mobile-phone carriers, Verizon Wireless and AT&T. It also quelled speculation that Apple's growth pace may slacken.

'Fast-Growing Region'

"China has been a very fast-growing region for them," said Abhey Lamba, an analyst at Mizuho Securities USA Inc. in New York. "There's more disposable income, strong demand for high-end products and their penetration has been very low in that market. They have been highlighting that region as one of their focus areas."

The company's shares slumped 2 percent to $560.28 today, dropping for a fifth straight day. Motorola Mobility Holdings Inc. won a partial U.S. International Trade Commission judge's ruling in its bid to block imports of Apple's devices including the iPhone and iPad tablet computer.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Juniper Networks climbed 7.2 percent to $21.63. Results suggest that demand from cable companies and other Internet service providers for Juniper's switches and routers may be improving, said Brian Marshall, an analyst at ISI Group.
Wal-Mart Slumps
Wal-Mart Stores Inc. slumped 3 percent to $57.77. The shares dropped 7.5 percent in two days, the most since January 2009. The retailer is investigating allegations that executives in Mexico paid more than $24 million in bribes to speed expansion there. The company also is the subject of a U.S. Justice Department criminal investigation, a person familiar with the probe said yesterday.
Big Lots Inc. plunged 24 percent, the biggest decline in the S&P 500, to $34.71. The discontinued-merchandise retailer with more than 1,400 U.S. stores reduced its fiscal first- quarter sales forecast amid lower demand for electronics.
Netflix Inc. tumbled 14 percent to $87.68. The world's largest video-subscription service projected a slowdown in growth of U.S. streaming customers.
Coach Inc. lost 4.3 percent to $71.87. The largest U.S. luxury handbag maker reported fiscal third-quarter sales that beat analysts' estimates by the smallest margin in 11 quarters.
Slower Growth
Companies' failure to boost forecasts for future profits and sales will weigh on the S&P 500 as investors project slower growth, according to Barclays Plc's Barry Knapp.
Knapp predicts the S&P 500 will end the year at 1,330, 4 percent below the average forecast of 11 strategists surveyed by Bloomberg as of April 16. He forecasts combined profit by S&P 500 companies will be $103 a share this year. Analysts that cover companies in the index estimate earnings of $104.86 in 2012 and $118.06 in 2013, according to data compiled by Bloomberg.
"Guidance is not moving higher and as a result, even where companies are beating estimates, the stocks still aren't going up," Knapp, the New York-based head of equity strategy at Barclays, said in a radio interview on "Bloomberg Surveillance" with Tom Keene. "If the guidance doesn't move up, if the revenue's missed, really what you're discounting in terms of the growth outlook is not all that great."

*April 24, 2012 Benchmark, Ronald Bookbinder*
**Big Lots (BIG)**
**Reports Q1 Comps Below Expectations, Lowering Estimates and Price Target**
Big Lots lowered Q1 comp expectations to slightly negative, from its previous guidance of up 2%-4%. We lowered our Q1 EPS estimate to $0.69, from $0.81, on the weaker than expected comp in the US, while Canada was slightly above plan. We lowered our 2012 EPS estimate to $3.30, from $3.50, on the sales shortfall and likely deleveraging of the SG&A. We believe the gross margin should hold up as the merchandise mix shifts on the poor performance on the low-margin consumable category and strength in the high-margin seasonal category. We decreased our price target to $50, from $56 on the decrease in our estimates and a less aggressive multiple. Our new $50 price target is based on 15x 2012E EPS, or 7.5x 2012E EBITDA. We maintained our Buy rating given our belief that this management team has the talent and experience to fix this merchandise problem.
Consumables and Electronics show weakness. Big lots reported U.S. comparable store sales were on plan through the first six weeks of the quarter, sales compared to plan began to slow in late March and trends further softened through the month of April. The Company stated that from a merchandising perspective, furniture, hardlines, and the high-margin seasonal, particularly lawn and garden, were the best performing categories. The weakness came from low-margin consumables and electronics.
Given the weather and the traffic trends nationwide, we were surprised to see the shortfall. We were especially surprised to see the slowdown in consumables after comping in the high single digits in 4Q11. Consumables tend to be a very nice, steady category. Consumables (approximately one-third of the business) were experiencing a very nice turnaround from 3Q10 as the merchandising of food items had greatly improved. We do not know if one of the other areas of consumables, such as health and beauty aids or home cleaning supplies declined and or why. We do believe that Big Lots has decades of experience in the consumable category, and we do believe that this management team has the wherewithal to figure out what went wrong and how to fix it quickly, as they demonstrated in the food category most recently.
In Electronics, also a lower margin category, Big Lots had made somewhat of a gamble on tablets (iPad-type devices). We suspect that Big Lots may have been too aggressive and a bit ahead of their consumer in this category.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

We do not believe this shortfall is a sign of weakness in Big Lots customers, due to high gas prices, as the more discretionary categories out performed the consumable category.

*April 24, 2012 Wedbush, Joan Storms, CFA*

**Big Lots (BIG)**

**Negatively Pre-announces Q1 Comps; Reducing Estimates Yet Maintain OUTPERFORM on Expected Weakness**

BIG negatively pre-announces Q1 comps to be slightly negative versus original guidance for +2-4%. Comps were on plan for the first six weeks of the quarter and then sales trends began to slow in late October and have further softened in April. It appears that primarily Consumables and Electronics (both of which had been performing better recently) were the culprit as Furniture, Hardlines and Seasonal, especially lawn and garden, performed well. Regarding Canada, previously management had guided to Q1 sales of $25-30 million and sales should be better than expectations.

• While management has not provided specific new EPS guidance, we are lowering our forecast given the lower sales now expected for Q1. Given lower sales of consumables and electronics, which are typically lower margin goods, this should help gross margin but delever SG&A. We are lowering our Q1 comp to -1% from 3% and EPS to $0.70 from $0.80. We are also lowering our Q2comp from 2% to 1% and EPS to $0.57 from $0.59. Lastly, based on the lower base in 2012, we are reducing our 2013 forecast to EPS of $3.94 (from $4.05).

• We spoke with management and believe while the consumables business had been doing better, it still can again. The lapse in the consumables business trends occurred only recently and given its domestic sourcing and tight management focus going forward should be able to improve over the next couple quarters at most.

• We maintain our OUTPERFORM rating despite disappointing Q1 forecast because we believe stock will appear oversold and be at an attractive valuation and risk:reward ratio compared to peers. Comparisons remain relatively easy in 2012, new merchandising initiatives in higher margin categories are doing well and that consumables still has good potential. Although the Canadian acquisition is initially dilutive, we see good opportunities for 2012 and beyond.

• Our $50 price target assumes the stock should trade at roughly 13x (previously 14x) our revised 2013 EPS forecast o f $3.94 (was 2012) — in line with our projected longer-term earnings growth rate in the low to mid teens. Given the disappointing Q1 guidance, we slightly reduced our target multiple.

RISKS

• Risks to attainment of our share price target include uncertainty regarding any potential acquisition offers; sales volatility; decreases in store traffic and average ticket; discounts and mix shift changes negatively affecting gross margins; de-leveraging of SG&A; sourcing disruptions; competition from other discounters; consumer confidence; higher energy costs; rising interest rates; adverse weather; geo-politics, etc.

GUIDANCE (provided on 3/2/12)

• 2012 (53-week fiscal year) (updated on 3/2/12 and obviously subject to change given worse than expected Q1 comps)

Consolidated EPS: $3.40-$3.50 (below our prior forecast for $3.54, but in line with prior consensus of $3.46), which does not assume any additional share repurchases, but does include an expected benefit of $0.10 as a result of the extra week in the 2012 fiscal calendar, as well as a non-recurring, non-cash charge of $0.05 during Q1 as a result of improved inventory accounting:

§ U.S.: $3.63-$3.73

§ Canada: $(0.26)-$(0.21), representing a $14-$17 million loss, reflecting: 1) there will be no tax benefit from Canada's operating loss during 2012, 2) gross margins are expected to be lower than the U.S., and 3) investments in expense infrastructure will result in near-term de-leverage

§ GAAP EPS: $3.35-$3.45, reflecting the $0.05 non-recurring inventory accounting charge

Comps: up 2%-3% at U.S. stores (note: The company is changing its reporting for comparable store sales to now be based on stores open at least 15 months versus the prior basis for stores open at least two years, but the company said fiscal 2011 comps would not have been materially different using the new basis. Also, the company will no longer be reporting sales results prior to reporting full financial results)

Total sales:

§ U.S.: up 8%-9%

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

§ Canada: $140-$150 million
Cash flow: $200 million
Interest expense: $2 million
Diluted share count: 65 million, which does not assume any additional share repurchases
Operating margin: relatively flat in the U.S.
Tax rate: 38.0%-39.0%
Gross margin: slightly higher due to lower anticipated markdowns
SG&A: deleveraging slightly due to higher bonus expense; however, excluding higher bonus expense, the company expects some leverage (the company estimates its comp leverage point is at a 1% comp) coming from stores, DCs, credit card fees, utilities, and the 53rd week, partially offset by higher depreciation
Depreciation: $105 million vs. $88 million
Real estate: 90 new stores and 45 closures in the U.S. for net store growth of about 3%, with 70 in traditional locations and 20 in A-type locations; there are no plans to open new stores in Canada at this time while the company works on improving the store model and operations, but there might be additional store closures in Canada
Capex: $130-$135 million, reflecting maintenance capex of $40 million, new store capex of $50-$55 million, and capex of $40 million for other strategic initiatives (new systems including new warehouse management, HR, and real estate systems; retrofitting and refreshing a portion of the store base; and new fixturing initiatives to support certain merchandising strategies).
2012 Initiatives
• Growing the U.S. store base
• Turning around Canada
• Growing organizational capabilities (new warehouse management systems, new HR systems, and a new real estate system, all of which will be executed over the next couple years)
• Providing more consistent and predictable quarterly results
• Continuing to generate strong returns for shareholders (the company has begun to develop its next long-range plan to focus on years 2013-2015, and this process will take the better part of a year to complete)

*24 April 2012 J.P. Morgan Matthew R. Boss, CPA*
**Not All Quarters Created Equal – Inconsistency Continues; Company Specific; Lowering Estimates & PT - Stay Neutral**
After the market close, BIG reduced its 1Q same-store-sales guidance to "slightly negative" (from +2.0%-4.0% previously) – an update investors will have trouble digesting given BIG's easiest YOY comparison in 5+ years (-3.6%). With top-line inconsistency the basis for our Neutral rating today (see 2/9 initiation: Top-Line Turnaround with Momentum; but Consistency Will Be the Key), BIG's 1Q12 performance represents the company's 10th negative quarterly print in its past 25 (40%) and remains a significant overhang. While market expectations had been somewhat ratcheted down recently, the flow-through impact of a negative comp in 1Q, particularly given down double-digit seasonal/lawn & garden compares, changes the composition of the model looking forward. We lower our price target to $42 from $48 and reduce our 1Q EPS to $0.70 (from $0.80) and FY12 EPS to $3.40 (from $3.55) with further potential risk given tougher 2H12 top-line compares (+2.6% vs. -2.6% in 1H), particularly on the consumables side of the business (+6.5% vs. 3.6% in 1H).
 1Q same-store-sales pre-announced "slightly negative"… BIG pre-announced 1Q SSS of "slightly negative" – below original guidance of 2.0%-4.0%. On the cadence of the quarter, same-store-sales were trending on plan through the first six weeks (Feb and 1H March), with a deceleration in late March (aside from circular shift) and further softening in April. Breaking down the comp, furniture, hardlines and seasonal (notably lawn & garden) represented the best performing businesses, with notable underperformance in consumables and electronics. On a positive note, sales in Canada slightly exceeded BIG's guidance ($25-$30M).
 …represents a substantial deceleration on a 2-year basis. Facing its easiest year over- year comparison in 5+ years, BIG's implied 1Q comp (modeling to a consistent 2-year stack sequentially) was for positive mid-to-high single digits – making the "slightly negative" announcement hard to swallow. Also concerning is the 2H March and April slowdown given decelerating

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | trends seen a year ago in 1Q11 due to weather disruption (seasonal/lawn & garden off double digits in late March/April). The important question to us is the depth and duration of the consumables issue (down MSD+ on our math) with weakness reminiscent of disruption faced in 2H10 (consumables SSS down 7.0%). While cognizant that the consumables category is subject to greater volatility given its 70-80% closeout concentration, the magnitude of sales swings over the past few years is concerning particularly given tougher upcoming compares in 2H12 (+6.5% vs. 3.5% in 1H12).<br> BIG's weakness is company specific in our view. While the knee jerk reaction will be to point fingers across the dollar store space, our work continues to point to robust trends in the channel and we see BIG's weakness as more company specific particularly given its 70-80% closeout concentration within the consumables category (a culprit of regular inconsistency in the past) and weakness within consumer electronics (concentration lacking at dollar store peers). Specifically, FDO stated on its 2Q call (3/28) that March was trending "comfortably within the range of its quarterly 5-7% guidance range" – inconsistent with BIG's 2H March slowdown.<br> Lowering estimates and reducing PT from $48 to $42 – remain Neutral.<br>We are lowering our EPS estimates, reducing 1Q12 to $0.70 (from $0.80) or $0.05 below the low-end of initial guidance ($0.75-$0.81) given the sales shortfall (slightly negative SSS vs. our previous assumption of 4.0%). In addition, we have lowered our FY12 and FY13 estimates to $3.40 ($3.55 previously) and $3.85 ($4.00 previously), respectively. Importantly, we are lowering our price target to $42 from $48 based on (1) a 1 turn reduction of our target multiple from 12.0x to 11.0x given continued top-line inconsistency (10 of past 25 quarterly SSS negative) and (2) our new 2013 EPS estimate of $3.85 (reduced from $4.00).<br>Investment Thesis<br>While the company has posted six straight years of positive annual comps, we note that BIG's quarterly track record has been more choppy, posting negative comps in 10 of its past 25 prints. Furthermore, over the past five years, Big Lots has improved its EBIT margin by 660 basis points, rising from +0.6% in 2005 to 7.2% in 2010 driven by same-store-sales leverage, aggressive SG&A cuts (31.4% today from 36% in 2005), and higher initial mark-ups (IMU). Longer term, we think BIG can achieve its longer term goal of 8.0% EBIT margin (March 2010 3-year-plan), with the primary driver being SG&A leverage on consistent top-line performance. Finally, Big Lots slowed store growth and rationalized its store base from 2005 through 2008 closing 275 stores or roughly 20% of its store base given the economic backdrop at the time and the state of the commercial real estate market. In 2009 management started a new growth phase focused on increasing store productivity (as a result of the WIN Strategy) and to capitalize on a softening real estate market. Since 2009, management has opened a net 59 stores (132 new stores and 73 store closings).<br>Looking ahead, we are modeling 54 net new stores in 2012 (92 openings, 38 closings), with no additions in Canada.<br>Valuation<br>We are lowering our price target to $42 from $48 based on (1) a 1 turn reduction of our target multiple from 12.0x to 11.0x, inline with the company's three-year average of 10.9x, given continued top-line inconsistency (10 of past 25 quarterly SSS negative) and (2) our new 2013 EPS estimate of $3.85 (reduced from $4.00).<br>Risks to Rating and Price Target<br>There are inherent risks to the fundamental nature of a closeout retailer; central to those risks is the ability to procure the appropriate merchandise assortment in suitable volume. Due to the opportunistic "deal" nature of inventory purchasing, the company often signs lengthy advance notice contracts that present some inventory level inflexibility should the retail environment change. Lastly, BIG has noticeably higher exposure to supplier in China than many of its competitors, with roughly 25% of purchasing originating from China (vs. 8% of DG's goods are imported). We believe that BIG's acquisition of Liquidation World and planned expansion into the Canadian market will be long-term accretive to earnings. Should Canadian store productivity slow down (or not reach out estimated metrics) or should the Canadian retail environment deteriorate, there is risk to our Canadian earnings accretion analysis and near-term financial estimates. Conversely, should the Canadian stores perform better than our expectations, this would render our estimates too conservative, creating upside risk to our price target. We believe the customer will remain constrained in the near term; however any noticeable improvement in discretionary or big ticket purchases from the consumer would cause results to be better than our expectations. If the macro environment improves, driving increased levels of discretionary purchases, it would render our estimates too low, creating upside risk to our price target. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*24 April 2012 Deutsche Bank Charles Grom, CFA, CPA*

**Things Really Aren't Good In Buckeye Land; Move to Hold**

Downgrade to Hold; New Price Target $34

We are downgrading shares of B.I.G to Hold from Buy following its negative update on 1Q SSS. While we walked away concerned following our management meetings last month in Boston (see our 3/29 FC note entitled, “Not All Is Good in Buckeye Land, Meeting Notes”), the magnitude of the shortfall (given the compare) and the category of weakness (i.e. consumables) raises structural issues (again, ala 3Q10). Exacerbating the company’s credibility issues – the team at BIG is no longer attending a competitor’s conference tomorrow, which only deepens our concerns.

The Facts = 1Q SSS Seen Negative as Consumables & Electronics Soften Big Lots pre-announced disappointing 1Q U.S. sales results yesterday (4/23).

The company now expects 1Q SSS to come in “slightly negative” vs. prior guidance in the +2-4% range. On cadence, SSS were on plan throughout the first six weeks of the quarter (say up 3%), but began to slow in mid-March, with trends further softening throughout April. By category, Consumables (~30% of mix) and Play N’ Wear (which contains CE) are currently below expectations, while Furniture, Hardlines, and Seasonal (Lawn & Garden) have been the best performing businesses. BIG stated its Canadian operations would see 1Q sales “slightly above” guidance of $25 - $30 million, a lone bright spot.

The Concerns = Trajectory Ugly & 80% Closeout Segment Looks Broken The miss is concerning for 4 reasons. First, the company was cycling a neg. 3.6% from 1Q11 – its easiest compare of the year and the weather couldn’t have been more accommodating. Second, 1Q is usually a period of strength for BIG while 3Q/4Q tend to be more problematic. Third, with April likely down 4-5%, the 2-yr. stack is approaching down DD, which is troublesome. Fourth, for the second time in 2+ years, consumables has reared its ugly head as a problem, which suggests to us that structural issues (i.e. 80% closeout driven) are at play – an issue that needs to get addressed ASAP.

New PT = $34; 1Q EPS @ $0.63; ‘12 EPS @ $3.10

Post the pre-announcement, we are now forecasting EPS of $0.63, factoring in (0.5%) SSS and slightly better Canada sales. Our 2012 EPS is now $3.10, based on SSS of (0.4%). Our price target of $34 is based on 11x (was 12x) our new 2013 EPS of $3.30. Key risks to our rating involve stronger SSS than expected.

*April 24, 2012 The Buckingham Research Group John Zolidis*

**Earning its Way to a 10 P/E; Downgrade to Neutral**

• On 4/23 after the close Big Lots (BIG) lowered its 1QFY12 sales guidance.

• ACTION: Despite expecting a large decline in the value of the shares at the open, we would use the stock as a source of funds.

We see more upside in shares of Family Dollar (FDO), Dollar General (DG) and Dollar Tree (DLTR) all of which are rated Buy.

• Even with an easy -3.6% comparison, BIG now expects 1QFY12 same-store sales to be slightly negative compared to previous guidance for a 2-4% increase. (See Table II for historical comparisons.) According to the press release, comps were on plan through the first six weeks of the quarter with trends slowing progressively from late March through the present time. Furniture, hardlines and seasonal have been the best performing categories.

Consumables and electronics are currently below plan.

• We are reducing our forecasts. BIG did not update earnings guidance with the preannounced results which ironically Occurred during the first quarter when BIG intended to stop reporting sales separately from earnings. Our revised 1QFY12, FY12 and FY13 comp estimates are -1.0%, -0.2%, and +1.0% from +3.0%, +1.9%, and +1.5%, respectively.

Our revised EPS estimates are $0.59, $3.21 and $3.56 from $0.76, $3.53 and $3.92, respectively.

• Recent, meaningful insider selling is a concern. A group of 17 executives and directors including the CEO and CFO have sold apx. 900,000 shares YTD at an average price of $45. This continues a pattern of BIG insiders reducing positions near tops in the stock (see Table III).

• Lack of consistency equals a lower P/E for BIG shares. In several recent reports we’ve argued that BIG needed a traffic-driving initiative such as a cooler roll-out or improved loyalty program to offset the natural volatility in its business. Unfortunately, BIG has

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

not enacted such a program and indeed, does not report traffic metrics. Perhaps as a result, comp performance has been erratic. Accordingly, we believe BIG shares deserve to trade near the lowest multiples in our discount universe (Table IV). We have Suspended our previous $49 target which was based on 12.5x P/E and our prior FY13 estimate.

INVESTMENT OPINION

We are cutting our rating on shares of Big Lots (BIG) to Neutral from Buy and suspending our previous $49 price target. We advise investors to exit the stock and reinvest funds elsewhere. Within the space we continue to rate shares of Family Dollar (FDO), Dollar General (DG) and Dollar Tree (DLTR) Buy. We also like Wal-Mart (WMT) shares (also Buy) at current levels. BIG shares closed yesterday at $45.71 and we are definitely to blame for hanging onto this one too long. We upgraded it about 11 months ago at a price of $34 after the stock fell following the end of speculation that the company would be sold to private equity. Since then, BIG shares have done well, rising to a recent high of $47.22. Unfortunately, last night's preannouncement was a doozy.

There are two problems. First, the company is missing its sales plan and comping negative against its easiest comparison of the prior year during a period when retailers are doing exceptionally well. (Granted, BIG is not particularly sensitive to the favorable weather trends that are the source of a major tailwind for many other retailers.) This is pretty bad since it suggests that investors should question whether the company can even comp positive at all this year. Second, executives and directors of the company, including the CEO and CFO, sold nearly 900,000 shares for apx. $40 M near the stock's all-time high in the weeks and months ahead of the negative preannouncement. See Table III. This continues a pattern from years past of BIG management selling ahead of declines in the stock price.

We regret that we didn't downgrade the stock immediately upon seeing the insider selling hitting the tape. We had felt that the stock was safe through at least the first quarter given the easy comparison, expected padding of guidance related to the Canada acquisition, and the strong trends that most retailers have been reporting. Assuming the stock opens at $39 on Tuesday, a 15% decline, it will be trading at 12x and 11x our revised FY12 and FY13 EPS estimates of $3.21 and $3.56, respectively. This is probably an appropriate valuation for a company that lacks consistency in its same-store sales and may have experienced peak margins. The most positive investment consideration for BIG remains its free cash flow and share repurchase activity. We would probably consider buying the name at 9x. See Table I below for a revised upside/ downside analysis for BIG shares.

*April 24, 2012 Northcoast Research Jeff Stein, CFA - Managing Director*

**BIG: Est. and Price Target Lowered on Q1 Sales Shortfall; Reiterate BUY**

Overview

Yesterday after the market closed, BIG announced that comps for Q1 are now expected to be down low single-digit compared to a prior expectation of +2.0% to +4.0% and our forecast of 3.5%. Management cited weakness in consumables and electronics, two categories that were key drivers to Q4.

There was no update provided on EPS guidance, we believe, due to several potential mitigating factors. However, we are lowering our forecast for Q1 by $0.11 to $0.69 vs. $0.70 and full year forecast by $0.10 to $3.35. Our estimate for FY14E is reduced by $0.10 to $4.00. We see the stock opening lower but are maintaining a BUY rating with a revised $51.00 price target, down from $53.00 previously.

The weaker trend in consumables is a recent development that began in late March and accelerated into April. Consumables account for about 30% of total sales. The business had been one of the stronger performing areas of the store in Q4 and management is presently assessing the reasons for the weakness. We discussed the shortfall with management yesterday.

The supply chain on consumables is short—virtually all domestic—consequently, corrective measures could be implemented quickly once management determines the proper course of action.

The company indicated that lawn and garden and furniture sales are the best performing businesses. We have discussed our expectation for a strong spring in this category based upon unseasonably warm weather, and this trend appears to be playing out as expected. A favorable mix could offset a portion of the sales shortfall in consumables and electronics.

Canada is trending above the high end of the expected range. The company had forecast $25-$30 million in sales and our estimate had been $30 million.

The acquisition of Liquidation World in Canada has now beat sales forecasts for two consecutive quarters. Management

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

did not provide any update, however, on the profit outlook for Canada.
Conclusion
We see a tough day ahead for BIG stock but reiterate our BUY and recommend that investors buy on weakness. BIG is a unique one-of-a-kind retailer that has had a history of volatile sales results. However, execution has been at a consistently high level and we are confident that management will address the merchandising issues in consumables and electronics quickly. Meanwhile, mix should be favorable due to strength in outdoor products and Canada is tracking ahead of plan. BIG is only one good sales quarter from being back in favor with investors, in our opinion.
We are standing by our recommendation on BIG despite yesterday's disappointing news. We have seen this movie before, and BIG always seems to address selective category problems and land on its feet. Investors tend to fall in and out of love with the stock depending upon the strength of the latest reported sales quarter. Still, the historic sales volatility has been the Achilles heel for the stock and investors and has produced a lower valuation relative to several other value retailers that the company has often been benchmarked against. Management addressed the sales issue in its Q4 earnings call, making consistent top line performance a high priority.
What surprised us most about yesterday's news is the positive comments we heard in the Q4 call relating to a favorable product supply pipeline in consumables. The first six weeks of Q1 were on track and only recently did the weakness in consumables begin to surface. In our discussion with management yesterday they indicated that they are examining pricing, flow, and breadth of assortment among other factors to identify reasons behind the change in trend. Management suggested that they have had encouraging discussions with vendors regarding product availability in consumables, but indicated it's not going to show up in stores soon enough to reverse the Q1 trend. On the plus side, consumables are a quick turning category and the supply chain is almost exclusively domestic.
Management was not as clear regarding the reason for the slowdown in electronics. This too, was a strong performing category in Q4 and unlike toys could be a solid year round business.
While we do not make light of yesterday's disappointing news, BIG has maintained a very low expense leverage point over the past six years, and operating costs have historically been managed tightly during periods of sales weakness. Factors that could mitigate Q1/Q2 sales shortfalls include mix, stronger than expected results in Canada and cost containment. Estimated Q1E has been lowered by $0.11 to $0.69 vs. $0.70 and the full year estimate for FY13 has been reduced $0.10 to $3.35. We have also lowered FY14E by $0.10 to $4.00. First quarter EPS will be reported on May 23.
Valuation and Risks
We are reiterating our BUY rating on BIG but have lowered the price target to $51.00 from $53.00 based upon our estimate revision to $3.35 from $3.45 for FY13. Our new target assumes a P/E of 15.2x and EV/EBITDA of 6.8x on the current year's forecast. The five and 10 year average for the EBITDA multiples is 5.9x and 6.7x respectively. The five year and 10 year average P/E for the shares is 12.8x and 19.3x respectively. We are using the mid-point of the range for our target to normalize the effect that the recession had on retail valuations. Risks to our forecast include weather, higher gasoline prices, a high unemployment rate and discretionary spending trends.

*April 24, 2012 BB&T Capital Anthony Chukumba*
**BIG: BUMP IN THE ROAD, BUT LONG-TERM STORY REMAINS INTACT**
Key Points
• BIG LOTS LOWERS Q1'12 U.S. COMP GUIDANCE. After the close yesterday Big Lots lowered its Q1'12 U.S. comparable-store sales guidance. The company plans to announce full Q1 financial results on May 23rd.
• SALES SLOW IN SECOND HALF OF Q1. Big Lots expects Q1'12 U.S. comp to be slightly negative, down from prior guidance of 2%-4% growth and well below our prior +3.3% estimate. Management noted comps were on plan through the first six weeks of Q1 before slowing in late March and weakening further in April, with consumable and consumer electronics sales particularly weak.
• CHANGING MERCHANDISING A MARATHON, NOT A SPRINT. While we are disappointed in Big Lots' Q1'12 revised comp guidance, we believe making major merchandising changes is a process that takes time, and occasional bumps in the road

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

are to be expected. We also think late March and April sales were likely negatively impacted by the earlier Easter this year, which drove management's overly optimistic full quarter outlook.
• REDUCING ESTIMATES. We are reducing our Q1'12 diluted EPS estimate to $0.76 from $0.80 to reflect our lower sales estimate and the resulting selling, general, and administrative (SG&A) expense deleverage. We have also reduced our comp estimates for the remainder of FY'12, which resulted in our full-year EPS estimate falling to $3.40 from $3.48.
• LONG-TERM STORY REMAINS INTACT. Despite this setback, we believe our long-term investment thesis on Big Lots, including organic square footage growth; an attractive opportunity in Canada (management estimates Q1'12 Canadian sales will be slightly above its prior $25M-$30M guidance); and strong free cash flow generation remain intact. Thus, we would use any weakness in the stock today as a buying opportunity, and reiterate our Buy (1) rating and $51 price target.
Valuation Methodology & Risk Considerations
Our price target is based on a 13.2x multiple of our revised FY'13 diluted EPS estimate, which we believe is conservative given the higher valuations currently afforded other deep-discount retailers, including Dollar General (DG-$46.50-Hold), Dollar Tree (DLTR-$98.89-Hold), and Family Dollar (FDO-$68.09-Hold). Our investment thesis remains as follows:
• Big Lots has become the nation's largest broadline closeout retailer by far by offering a wide selection of merchandise at compelling price points.
• Big Lots has attractive square footage growth opportunities ahead of it, including the opening of higher productivity "A" locations.
• Big Lots recent acquisition of Liquidation World provides the company with a "low-cost" option to enter the Canadian market.
• Big Lots generates strong free cash flow, which the company regularly returns to its stockholders through share repurchases.
In our opinion, there are several risks associated with an investment in Big Lots and to achieving our price target on the shares. They include: (1) increased competition from discounters, deep discounters, department stores, and other retailers; (2) the inability to consistently procure quality closeout merchandise that can be sold at acceptable profit margins; (3) continued weakness in U.S. consumer spending, particularly during the holiday selling season; and (4) problems integrating the Liquidation World acquisition, including possible management distraction from the core U.S. business.

*April 24, 2012 Piper Jaffray Peter J. Keith, Sr Research Analyst*
**BIG Pre-Announces Q1 Sales Trends Below Expectations; Maintain Neutral**
CONCLUSION:
We are lowering our PT to $36 from $45 and maintaining our Neutral rating following BIG's negative Q1 comp pre-announcement. BIG guided the Q1 comp to slightly negative from previous guidance of +2% to +4%. Sales trends softened in 2H of Q1 (relative to plan) despite a very easy y/y compare. In speaking w/ mgmt, Consumables and Electronics were the primary category culprits but BIG is not yet sure why these categories underperformed. With tough compares ahead, and current uncertainty on why fundamentals have deteriorated, we recommend staying on the sidelines with BIG shares. Further, we are reducing our 2012 EPS estimate from $3.48 to $3.28.
• Updated Guidance Points to Negative Comp Trend. Yesterday following the close, BIG guided the Q1 comp to slightly negative from previous guidance of +2% to +4%. In the release BIG mentioned that sales in the first half of Q1 were on plan, but then slowed in late March and further decelerated in April. We note that this is the second consecutive year in which BIG has called out softening business trends in the second half of Q1 -- equating to a negative comp on a negative comp.
• Consumables and Electronics Main Areas of Weakness. BIG noted that Consumables and Electronics were the key areas of disappointment. Of concern, the company has yet to identify why sales in these two areas lagged plan. BIG felt inventory in each category was well positioned for the quarter, but customers as of late have not been interested in buying. Until a clear solution can be highlighted by management, we would remain on the sidelines.
• No Mention of EPS Guidance; Below Plan Still Likely. As it has done in the past, BIG made no mention of quarterly or full year EPS guidance with its sales update.
Q1 EPS will likely come in below the previous guided range of $0.75-$0.80 with the below-plan sales, as BIG will not update EPS guidance unless the quarter has abnormal adjustments that would alter the flow-through to EPS.
• Lowering Q1E EPS to Below Guidance Range. We are lowering our Q1E EPS from $0.81 to $0.72, which is below the guidance range of $0.75-$0.81. We have lowered our comp assumption to -0.5% from +4%. We also believe gross margin will be -35 bps y/y to 39.9% and 15 bps of operating expense deleverage on the negative comp. We are also adjusting our 2012 EPS estimate

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

from $3.48 to $3.28 and lowering our full year comp estimate from +2% to 0%.
Note: price reflects intraday trading as of 3:15PM EDT.
INVESTMENT RECOMMENDATION:
We are maintaining our Neutral and lowering our PT from $45 to $36 (11x FY12E EPS of $3.28). We have lowered our multiple from 13x to 11x to account for the uncertain sales trends.
RISKS TO ACHIEVEMENT OF TARGET PRICE:
Risk factors include competition, weather and general economic conditions.
COMPANY DESCRIPTION:
Big Lots, Inc. is a national closeout retailer offering consumables, seasonal furniture, housewares, toys, and gifts.
Stores average 28K sq. ft. and offer brand name merchandise at 20%-40% below discount retailers' prices.

*4/24/2012 MKM Partners Patrick McKeever*
**Downgrading to Neutral as Inconsistencies Reemerge**
Downgrading from Buy to Neutral After 1Q12 Sales Warning. A key part of our early February upgrade was that Big Lots' important, traffic-driving consumables business (31% of total sales LY) was fixed and that this would contribute to greater consistency overall in FY12. Unfortunately, consumables has slipped again and contributed to an unexpected 1Q12 sales warning, issued after the close yesterday. With the team only in an analysis stage at present, it could take another two to three quarters before we see a true, longstanding consumables fix.
Stock Unlikely to Work Without Top-Line Consistency. Our confidence in Big Lots' ability to generate consistent, low-single-digit same-store sales growth, necessary if the stock is to work, in our view, has been diminished. We note that the company faced its easiest sales comparison in 1Q12 (comps down 3.6% LY) and that comparisons become progressively more difficult each quarter of FY12.
Incremental Closeout Buys May Not Be Enough to Drive Traffic. We thought Big Lots would see some incremental closeout opportunities in the wake of the Sears/Kmart downsizing and ongoing upheaval in the consumer electronics space.
While it's tough to say if this is occurring or not, even if it is, it doesn't seem to be driving incremental traffic or otherwise providing a meaningful lift.
Earnings Visibility Diminished. With the reemergence of top-line inconsistencies and ongoing losses in Canada, margins could remain under pressure through FY12 vs. our prior expectation for a modest inflection in 2H12. We also think management's decision not to lower 1Q12 and FY12 earnings guidance in the sales pre-release could lead to a follow-on disappointment when 1Q12 results are reported on 5/23. We are lowering our 1Q12 and FY12 comp assumptions from 3% to (1%) and from 2.7% to 0.7% and our EPS estimates from $0.78 to $0.72 and from $3.47 to $3.35, respectively. Our fair value estimate of $43 (vs. a prior $54 price target) is 11.5x our new 2013E EPS of $3.75, down from a prior $3.85.
ADDITIONAL POINTS
Big Lots issued a press release after the close yesterday updating its 1Q12 sales outlook with only a few days left to go in the quarter. The company was scheduled to present at an investor conference tomorrow morning at 8:45 am ET, hence the timing of the release. We believe management is no longer planning to participate in the conference.
Updated guidance calls for a slight decrease in U.S. same-store sales and slightly above-plan sales in Canada. Prior guidance had called for a 2%-4% increase in U.S. same-store sales and $35-$30 million in sales in Canada. Management noted that U.S. comps were on plan through the first six weeks of the quarter but slowed in late March and softened further in April. Furniture, hardlines and seasonal, especially lawn & garden merchandise, have performed best, while consumables and electronics have been weakest relative to plan.
Management offered no explanation in the press release for the change in trend, but did cite execution as a possible factor when we spoke to them after the release. While "execution" seems a bit vague when thinking about most retailers, it is a particularly important element in Big Lots' success/failure, given the fluid nature of it merchandise mix (especially the closeout piece) and the company's greater reliance on promotional events than some of the small-format retailers it is frequently compared to, the dollar stores in particular (which have been comping up by a mid-single-digit rate for a number of quarters now).
Unfortunately, while we had hoped to see greater execution-driven consistency in FY12 and thought this would help narrow

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | the valuation gap between BIG and its peers, our confidence has been diminished. We note that the company faces progressively more difficult comparisons of (1.5%), 1.7% and 3.4%, respectively, over the next three quarters.<br>We are lowering our 1Q12 and FY12 comp assumptions from 3% to (1%) and from 2.7% to 0.7%, respectively, and our EPS estimates from $0.78 to $0.72 and from $3.47 to $3.35, respectively.<br>For 1Q12, we now expect total sales of $1.27 million, up 4% from last year and $49 million below our prior forecast. While we would normally expect a bigger hit to EPS than $0.06 from this type of shortfall, we believe gross margin held up relatively well in the quarter, given the mix of sales, and we now expect a smaller loss from Big Lots Canada than the $0.09-$0.12 that was incorporated into management's 3/12/12 adjusted consolidated EPS guidance of $0.75-$0.81. We also expect lower incentive compensation expense to provide some EPS offset.<br>On an all-in basis, including a previously discussed, non-recurring, non-cash inventory charge of $0.05 per share related to the recent implementation of new inventory systems, we look for EPS of $0.67 in the quarter vs. a reported $0.70 last year.<br>VALUATION<br>Our fair value estimate of $43 is 11.5x our new 2013 EPS estimate of $3.75, down from a prior $3.85. The multiple represents the low end of where a broad group of comparable retailers (from the dollar stores to Walmart) trade and is about 10% below the stock's five-year median forward multiple of 12.2x. Risks include Big Lots' more discretionary mix and less defensive model than some of its discount store competitors; execution risks; Big Lots' generation of more than 50% of its annual operating income in the fourth quarter; and unfavorable weather. |
| 4/25/2012 | 4,820,091 | $35.31 | 1.73% | 0.06 | *Apr 25 2012 9:31:05 Wire: PR Newswire (PRN)*<br>**Critical Alerts For Morgan Stanley, Big Lots, YUM! Brands, Dollar General, and Centene Released By InvestorsObserver**<br>PR Newswire<br>CHICAGO, April 25, 2012 /PRNewswire/ -- InvestorsObserver issues critical PriceWatch Alerts for MS, BIG, YUM, DG, and CNC. To see what our analysts have discovered about these stocks read the InvestorsObserver's PriceWatch Alerts at http://www.iotogo.com/s/042512A (Note: You may have to copy this link into your browser then press the [ENTER] key.)<br>Today's PriceWatch Alerts cover the following stocks: Morgan Stanley (NYSE: MS), Big Lots (NYSE: BIG), YUM! Brands (NYSE: YUM), Dollar General (NYSE: DG), and Centene (NYSE: CNC).<br>InvestorsObserver's PriceWatch Alerts contain concise, detailed strategies for each stock we cover, including position protection tactics designed to defend investors from potential market shifts. While many other market reports only provide stock news and opinion, we offer strategies that can bulwark investments against uncertainty and increase chances of making a profit, even if a stock goes down.<br>"We go above and beyond typical market coverage," said Bruce E. Frey II, Senior Analyst at InvestorsObserver. "Trading experts and beginning investors alike can find value in our PriceWatch Alerts. We provide actionable strategies that protect investments with basic hedging tactics, along with a concise explanation of our techniques."<br>For essential information on stocks poised to move go to: http://www.iotogo.com/s/042512A for InvestorsObserver's PriceWatch<br><br>*Apr 25 2012 11:40:58 Wire: Web Content - US (NS1)*<br>**Columbus Disp: Forecast a big hit to Big Lots' stock**<br>By Tim Feran The Columbus Dispatch, Ohio<br>April 25--Big Lots shares lost nearly a quarter of their value yesterday as Wall Street reacted strongly to a warning from the company that same-store sales will be disappointing this quarter.<br>The company's stock ended the day at $34.71 on the New York Stock Exchange, down $11, or 24.06 p ercent. It was the worst drop for the stock since 2008 and the biggest decline on the exchange yesterday.After the market closed Monday, the company said comparable-store sales -- or a comparison of sales at stores open at least two years -- would be negative for the first quarter, which ends this month, down from the 2 to 4 percent gain that had been forecast.Big Lots, which sells products that have been overproduced, discontinued or rejected by other retailers, said sales of consumables and electronic products have been sluggish during the quarter.<br>Company officials were unavailable for comment yesterday. Executives had been scheduled to speak at a Barclays Capital Retail and Restaurants Conference yesterday, but they canceled the talk.<br>The company's prediction of negative comparable-store sales troubled some analysts. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | "You don't know how bad the bottom line will be when they do announce first-quarter results," said Brian Sozzi of Wall Street Strategies. "Is their inventory out of whack? Can they turn things around by the holiday season? There are way too many negatives."More than 13 million Big Lots shares changed hands yesterday, 10 times the company's normal daily volume. Last month, Steven Fishman, the company's chairman, CEO and president, sold shares valued at more than $15 million.<br>"Our confidence in Big Lots' ability to generate consistent, low-single-digit, same-store sales growth, necessary if the stock is to work, has been diminished," analysts at MKM Partners wrote in a report.<br>Other analysts chose to focus on the expected benefit that may result from a recent shift in its merchandise mix -- from the heavily promotional toy segment to electronics, consumables and furniture.<br>"While we are disappointed in Big Lots' first-quarter revised comp guidance, we believe making major merchandising changes is a process that takes time, and occasional bumps in the road are to be expected," Anthony Chukumba of BB&T Capital Markets wrote in a report.<br>Chukumba, who reiterated his "buy" rating on the stock, cut his first-quarter earnings estimate to 76 cents from 80 cents to reflect the lower sales estimate. At least three brokerages cut their ratings.<br>Sozzi voiced concern about Big Lots' purchase of Canadian discounter Liquidation World last summer.<br>"While it's good to think about expanding internationally, they don't even look for profitability there until 2013," Sozzi said. "I don't even know if Big Lots is even relevant. I see T.J. Maxx and Marshalls, and they're much more inviting. I can't get excited about Big Lots."<br><br>*April 25, 2012 S&P Joseph Agnese*<br>**S&P Recommendation HOLD** |
| 4/26/2012 | 2,730,225 | $36.29 | 2.78% | 0.93 | |
| 4/27/2012 | 2,155,621 | $37.34 | 2.89% | 0.79 | |
| 4/30/2012 | 1,671,623 | $36.64 | -1.87% | (0.74) | *Apr 30 2012 10:00:13Wire: PR Newswire (PRN)*<br>**Big Lots Launches Fifth Annual Lots2Give Program**<br>250 Schools Across America Selected to Participate<br>PR Newswire<br>COLUMBUS, Ohio, April 30, 2012<br>COLUMBUS, Ohio, April 30, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG), North America's largest broadline closeout retailer, is announcing its 2012 Lots2Give program to help schools in need of financial support. Successful programs over the past four years have opened the door for this year's participating schools across America. The 250 selected schools will be recipients of an in-store donation program and will also have the opportunity to put their creativity to the test in an online video contest where they could win a share of $120,000 in cash prizes.<br>(Logo:<br>http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO)<br>"Big Lots is dedicated to enhancing the quality of education in the communities we serve," said Steve Fishman, Chairman, Chief Executive Officer and President. "We invite the public to join us in helping schools in need of financial support across the country."<br>Now through July 8, customers can help selected schools by donating $1 or $5 at participating Big Lots stores. One hundred percent of donations will go to participating schools.<br>"The Lots2Give program allows us to connect with schools in need of financial support," noted Rob Claxton, Senior Vice President of Marketing. "Seeing how schools have benefited from Lots2Give inspires and motivates all of us to support this program and continue to see its impact grow across the country – and this year we have increased the cash prizes, totaling $120,000."<br>Schools were selected based on geographic location and level of need as determined by Big Lots. The program could mean thousands of dollars for participating schools. As in years past, the public will be invited to vote online to determine the winners of the video contest and cash prizes.<br>For more information and a complete list of participating stores and schools, please visit www.biglots.com/lots2give. |
| 5/1/2012 | 1,156,048 | $36.45 | -0.52% | (0.55) | *May 1 2012 17:28:00Wire: Business Wire (BUS)*<br>**The Law Firm of Levi & Korsinsky, LLP Launches an Investigation into Possible Breaches of Fiduciary Duty by Big Lots** |

**Big Lots Securities Litigation**

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| 5/2/2012 | 1,331,215 | $37.15 | 1.92% | 0.78 | |
| 5/3/2012 | 1,724,858 | $37.29 | 0.38% | 0.65 | |
| 5/4/2012 | 1,086,029 | $36.53 | -2.04% | (0.20) | |
| 5/7/2012 | 1,335,298 | $37.20 | 1.83% | 1.04 | |
| 5/8/2012 | 2,161,760 | $36.07 | -3.04% | (1.22) | *May 8, 2012 Northcoast Research Jeff Stein, CFA - Managing Director*<br>**BIG: Pricing Survey Suggests Advantage Big Lots**<br>Overview<br>We compared the prices of eleven items from Big Lots' most recent newspaper circular—particularly focusing on consumables and electronics,<br>where the company has seen weakness—with nine other off-price, big box and online retailers.<br>Many of the items advertised were not carried by competitors. BIG carries a high percentage of close-outs in the consumables category and many of the items are no longer available on competitors' shelves. We consider the lack of comparability to be a competitive edge for BIG.<br>Big Lots was the lowest-priced retailer for 10 out of 11 items, coming in an average of 35% below the average price offered by other retailers and even more than 50% below for several items (see attached table).<br>The items selected represent a very small sample of the consumables and electronics sections in BIG stores. However, these are fresh items that have arrived recently and are used as weekly or bi-weekly traffic drivers. Several factors could have changed the prospects for these categories in recent weeks. Therefore, the survey results may not be representative of the entire category. The availability of merchandise can vary from week to week and consumables is a fast-turning category.<br>Also, it's possible that BIG has sharpened prices over the past several weeks in an effort to be more competitive.<br>Conclusion<br>Yesterday we conducted a price check on 11 advertised items in BIG's latest Sunday circular. This is the second consecutive price check we have done on BIG since the company announced that they were seeing softness in the consumables and electronics departments. Our conclusion based upon the survey is that BIG has extremely competitive prices relative to other specialty chains and most of the online sites we checked. Furthermore, the lack of comparable items gives the company a strong competitive edge, in our opinion.<br>While not conclusive, we think there could be other factors besides price contributing to the current weakness in sales. While it remains unclear what the near-term issues are in these two categories, we are confident, based upon merchandising issues that have cropped up in the past, that these too will be solved in fairly short order. Our rating remains BUY.<br>We can only speculate on the factors that might be contributing to the recent sales weakness in consumables and electronics. The change in trend between Q4 last year and Q1 is puzzling but we have seen volatility in this category in the past. Consumables are a fast-turning department consisting of 10-12 different categories. Besides price, BIG could also be impacted by store delivery issues, product availability and mix. In electronics we have noticed that many of the same items have been repetitive from one circular to the next. Perhaps the lack of newness could be an issue in this category. |
| 5/9/2012 | 1,629,603 | $36.21 | 0.39% | 0.36 | |
| 5/10/2012 | 1,874,612 | $36.73 | 1.44% | 0.69 | *May 10 2012 1:54:46 Wire: Bloomberg News (BN)*<br>**Big Lots Raised to 'Overweight' at Barclays Capital**<br>By Bloomberg Data May. 10 (Bloomberg) -- Big Lots Inc (BIG US) was raised to "Overweight" from "Equal weight" at Barclays Capital by equity analyst Meredith Adler</a>. The target price is $43.00 per share.<br><br>*May 10 2012 10:13:11 Wire: Bloomberg First Word (BFW)*<br>**U.S. EQUITY MOVERS: ALEX ARBA ARUN ARX ATPG AVP BIG BRCD BTE**<br>By Brian Welcher<br>May 10 (Bloomberg) -- Advacners:<br>* BIG +4%; Upgraded at Barclays<br><br>*May 10 2012 17:02:18Wire: Bloomberg News (BN)* |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

**S&P 500 Rebounds From 2-Month Low Amid Greece Government Talks**
By Rita Nazareth
May 10 (Bloomberg) -- The Standard & Poor's 500 Index rose, rebounding from the lowest level in two months, as Greece attempted to form a new government and a decline in American jobless claims helped allay concern of a labor market setback.
Wells Fargo & Co. and U.S. Bancorp rose at least 1.4 percent to pace gains in banks. News Corp., the media company run by Rupert Murdoch, and Monster Beverage Corp., an energy- drink maker, rallied more than 4.8 percent as earnings beat estimates. Cisco Systems Inc. sank 10 percent as its forecasts disappointed investors. S&P 500 futures fell 0.5 percent at 5:01 p.m. as JPMorgan Chase & Co. slumped 3.8 percent after saying one of its divisions had "significant" mark-to-market losses.
The S&P 500 rose 0.3 percent to 1,357.99 at 4 p.m. New York time. The Dow Jones Industrial Average added 19.98 points, or 0.2 percent, to 12,855.04. The Nasdaq-100 Index dropped 0.2 percent to 2,616.24, led by Cisco, which comprises 3.1 percent of the measure. About 6.6 billion shares changed hands on U.S. exchanges, almost in line with the three-month average.
"They are still talking in Greece and that brings some relief," said Walter "Bucky" Hellwig, who helps manage $17 billion at BB&T Wealth Management in Birmingham, Alabama. "The crash off the cliff in terms of an extreme political alliance didn't play out today. In the U.S., jobless claims didn't surprise negatively. That was seen as a positive."
U.S. equities joined a global rally and the euro halted an eight-day slump, its longest since 2008. Greece's Evangelos Venizelos, the socialist Pasok leader and former finance minister, said his goal is to form a government that keeps the nation in the euro area. Investors also watched economic data as initial claims for jobless benefits fell to a one-month low.
Political Turmoil
Greek political turmoil extended into a fourth day after the inconclusive May 6 elections, with coalition talks deadlocked, raising the possibility that another election will have to be held as early as next month. The standoff has reignited European concerns over Greece's ability to hold to terms of its two bailouts negotiated since May 2010.
"There's an attempt to patch things together in Greece," said Michael Strauss, who helps oversee about $27 billion of assets as the chief investment strategist at Commonfund in Wilton, Connecticut. "They will try to stay in the euro, though I'm not sure they can. Greece is a failed chemistry experiment even if they put something together."
Banks had the biggest gain in the S&P 500 among 24 groups, adding 1.5 percent, as a measure of European lenders rallied. The KBW Bank Index rose 1 percent as 22 of its 24 stocks advanced. Wells Fargo climbed 1.7 percent to $33.19. US Bancorp increased 1.4 percent to $31.91.
Bernanke on Banks
Federal Reserve Chairman Ben S. Bernanke said the U.S. banking system is stronger and more resilient while still facing challenges on credit quality and liquidity.
"Banks still have more to do to restore their health and adapt to the post-crisis regulatory and economic environment," Bernanke said today in a speech at the Chicago Fed's annual conference on banks. As the economic expansion proceeds, "a financially stronger banking system will be well positioned to expand its lending."
Some corporate reports also helped drive stocks higher today. Per-share profits have topped projections at about 70 percent of S&P 500 companies that reported results since the start of the earnings season.
News Corp. climbed 4.9 percent to $20.32 after revenue growth at its cable networks and film studio helped it exceed analysts' third-quarter profit estimates. The owner of Fox Broadcasting and Fox News derives at least 70 percent of its annual profit from television, and is working to expand in markets outside the U.S. with investments in pay-TV operators.
International Markets
Monster Beverage surged 9 percent to $71.17. Net sales rose 28 percent to $454.6 million as Chief Executive Officer Rodney Sacks expands into international markets, including Hong Kong and Macau last month.
Big Lots Inc. gained 1.4 percent to $36.73. The discount retailer was raised to the equivalent of buy at Barclays Plc. The share-price estimate is $43.
Technology shares had the biggest decline in the S&P 500 among 10 industries, falling 0.8 percent, as 47 out of its 71 stocks retreated. The group comprises 20 percent of the S&P 500.
Cisco, the largest maker of computer-networking equipment, tumbled 10 percent to $16.81. Chief Executive Officer John Chambers said orders from big companies fell in the third quarter, and it's taking longer to sign large deals with corporate customers. Cisco is also concerned about demand from Europe, India and government agencies, he said.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Rival Juniper Networks Inc. plunged 4.9 percent to $18.07. Salesforce.com Inc., the biggest provider of online customer- management software, sank 9.1 percent to $135.44.<br>Higher Offer<br>Avon Products Inc. dropped 3.3 percent to $20.89. Coty Inc. raised its offer to acquire Avon to about $10.7 billion, or $24.75 a share, and said Warren Buffett's Berkshire Hathaway Inc. will provide financing as the perfume-maker seeks to draw Avon into negotiations. Avon traded below Coty's offer, suggesting investors aren't convinced the bid will succeed.<br>MEMC Electronic Materials Inc. sank 25 percent to $2.45, the lowest level since November 2001. The second-largest U.S. polysilicon maker posted a first-quarter loss 20 times greater than a year earlier as solar sales fell by more than one-third.<br>Priceline.com Inc. dropped 5.3 percent to $681.11. The biggest U.S. online travel agency by market value forecast second-quarter earnings that trailed analysts' estimates.<br>Pessimism about stocks rose to the highest level since October and optimism plunged to an eight-month low, according to a survey from the American Association of Individual Investors.<br>Bulls vs Bears<br>The proportion of investors who anticipate a decline in the next six months jumped 13.6 percentage points to 42.1 percent in the past week, according to the Chicago-based company, which has tracked individual investors' projections since 1987. Bullish sentiment, or expectations that stocks will rise over the next six months, slumped 10 percentage points to 25.4 percent, the data showed.<br>It's the fourth time in the past five weeks that bearish sentiment has topped its average of 30 percent, according to the survey. While many technical analysts usually see a surge in pessimism as a contrarian sign that will give way to a rally, AAII Vice President Charles Rotblut said it may not be high enough compared to historical levels.<br>"A bearish sentiment reading above 50 percent would be a stronger contrarian signal," he wrote. |
| 5/11/2012 | 968,559 | $36.27 | -1.25% | (0.56) | |
| 5/14/2012 | 1,007,043 | $35.74 | -1.46% | (0.18) | *May 14 2012 11:00:20Wire: PR Newswire (PRN)*<br>**Big Lots Salutes U.S. Troops With Armed Forces Day Discount**<br>PR Newswire<br>COLUMBUS, Ohio, May 14, 2012<br>COLUMBUS, Ohio, May 14, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG), North America's largest broadline closeout retailer, is recognizing Armed Forces Day by offering a special discount for armed forces personnel and their families. On Saturday, May 19, all active, reserve, and retired service members will receive a 10% discount on their qualifying in-store purchases by presenting military identification. The discount can also be applied to sale and clearance items.<br>(Logo:<br>http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO )<br>"We recognize the effort and sacrifice of all those who serve and protect," said CEO Steve Fishman, himself a former U.S. Army Reservist. "We hope many members of the military will take advantage of this offer and enjoy a special day of shopping in their honor."<br>Military identification includes the following: military ID card, military dog tags, Veteran ID card, Veterans organization card (e.g. American Legion, VFW), military discharge/separation document, VA benefits card, or other military designations.<br>The discount will be available at all Big Lots stores nationwide. To find a local store, visit www.biglots.com.<br>About Big Lots, Inc. Headquartered in Columbus, Ohio, Big Lots (NYSE: BIG) is a Fortune 500 company with more than 1,450 stores in 48 states and over 80 Liquidation World and LW stores in Canada. As North America's largest broadline closeout retailer, Big Lots offers consumers a wide range of bargain-priced merchandise, including brand-name closeouts, seasonal products, consumables, furniture, housewares, toys, and gifts. The Company also sells merchandise through BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL, WISCONSIN TOY, and www.biglotswholesale.com |
| 5/15/2012 | 1,069,705 | $36.23 | 1.37% | 0.81 | *May 15 2012 16:23:32 Wire: Bloomberg First Word (BFW)*<br>**RBS PARTNERS LP Cut Stakes in AN, AZO, CIT, STX, BIG in 1Q**<br><br>*May 15 2012 16:47:28 Wire: Bloomberg First Word (BFW)*<br>**THIRD POINT LLC Exited Stakes in GILD, PXP, BIG, SUN, SWKS in 1Q** |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | *May 15 2012 18:13:19Wire: Bloomberg News (BN)*<br>**Lampert's Hedge Fund Cut CIT, Seagate Stakes in First Quarter**<br>By Miles Weiss<br>May 15 (Bloomberg) -- Billionaire Edward Lampert took advantage of surging stock prices during the first quarter to cut stakes that his hedge fund holds in Capital One Financial Corp., CIT Group Inc. and Seagate Technology Plc.<br>RBS Partners LP held 661,495 CIT Group shares as of March 31, according to a Form 13 filed today with the U.S. Securities and Exchange Commission, down from 5.13 million shares at the end of last year. The New York-based commercial lender's shares rose more than 18 percent during the first quarter.<br>Lampert's hedge fund cut its Seagate stake to 1.02 million shares at March 31 from 6.98 million shares at year end, according to filing, while the money manager's holdings in Capital One fell to 4.48 million shares from 5.09 million. Seagate soared more than 64 percent during the first quarter, while Capital One rose almost 32 percent.<br>The firm also reduced its stake in Big Lots Inc. to 545,772 shares from 1.65 million during the first quarter.<br>RBS Partners, based in Greenwich, Connecticut, is a management entity for Lampert's primary hedge fund, ESL Partners LP. RBS disclosed that the total value of its U.S. traded equities was $6.48 billion at March 31 compared with $5.72 billion at Dec. 31.<br>Lampert disclosed that his controlling stake in Sears Holdings Corp. declined to 43 million shares as of March 31 from 48 million shares as of Dec. 31. The decline may stem from changes in Lampert's management contracts with clients rather than outright sales, which he would have had to disclose during the quarter in insider reports.<br>Lampert is also the chairman of Hoffman Estates, Illinois- based Sears, which he acquired through an $11.9 billion merger with Kmart Holding Corp. in 2005. |
| 5/16/2012 | 1,024,052 | $36.15 | -0.22% | 0.21 | *May 16 2012 16:05:03Wire: PR Newswire (PRN)*<br>**Big Lots, Inc. to Broadcast First Quarter 2012 Conference Call**<br>PR Newswire<br>COLUMBUS, Ohio, May 16, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) will report first quarter 2012 results on Wednesday, May 23, 2012, and host a conference call live at 8:00 a.m. Eastern Time.<br>(Logo: http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO )<br>FIRST QUARTER RESULTS WHAT: Big Lots, Inc. invites you to listen to the live audio webcast of its First Quarter Conference Call DATE: Wednesday, May 23, 2012 TIME: 8:00 a.m. Eastern Time WHERE:<br>Big Lots is hosting the live webcast through the Investor Relations section of its website at http://www.biglots.com. To listen to the call, click on the microphone link on the Investor Relations page at least 10-15 minutes before the broadcast begins.<br>If you are unable to join the live webcast, an archive of the call will be available at www.biglots.com in the Investor Relations section of our website after 12:00 noon Eastern Time and will remain available through midnight on Wednesday, June 6, 2012.<br>A replay of this call will also be available beginning May 23 at 12:00 noon Eastern Time through June 6 by dialing 1.888.203.1112 (United States and Canada) or 1.719.457.0820 (International), and entering Replay Confirmation Code 1866714. |
| 5/17/2012 | 1,005,239 | $34.94 | -3.35% | (0.37) | |
| 5/18/2012 | 1,368,075 | $35.43 | 1.40% | 0.98 | *18 May 2012 Deutsche Bank Charles Grom, CFA, CPA*<br>**The 1Q Set-Up: Our Thoughts Ahead of the Print**<br>Another Retailer In Purgatory; Don't Like Set-Up Into 1Q Print on 5/23<br>Post BIG's negative pre-release on 4/23 and subsequent air pocket in the stock, shares remain in purgatory given the uncertainty surrounding both the compvolatility and more importantly, the structural uncertainty that exists within the company's consumables segment. In the NT, we think the set-up into 1Q results is negative for 2 reasons. First, the Street looks way too high for FY12; BIG likely to considerably lower the bar. Second, we're not confident that BIG has had enough time to do a full autopsy on its consumables business nor install a formidable action plan, so today's cloud of uncertainty will remain.<br>A Closer Look At Our 1Q12 EPS of $0.63 vs. Street At $0.70<br>We're forecasting consolidated 1Q EPS of $0.63, based on a 0.5% SSS decline – in-line with the "slightly negative" SSS guidance given on 4/23. By segment, we believe the U.S. will deliver $0.73 in EPS, with Canada providing a $0.10 drag (per guidance). In terms of margins, we see GPM down 48 bps to 39.8%, an improvement from the 87 bps T4Q avg. SG&A will |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | likely de-lever (weaker SSS vs. plan, increased D&A, lapping YOY bonus accrual benefits, Canadian impact absent LY) and we forecast a 113 bps decline as a result. All told we see EBIT margins falling 160 bps, similar to the decline seen in 3Q11 (176 bps).<br>Our Thoughts on FY12 Guidance –Street Looks Too High<br>Post BIG's 1Q pre-announcement, we lowered our FY12 EPS view to $3.10 on roughly flat comps for FY12 (neg. 0.4%). While it's possible that SSS bounce back as 2012 progresses we'd be surprised to see BIG guide to such an improvement, suggesting the Street's $3.30 looks too high. Layer in a team searching for credibility and more consistent results, we expect the company to offer a very sobering, yet potentially realistic outlook for the balance of '12.<br>As a reminder, on sensitivity, every 1% on SSS yields ~$0.19 in EPS power.<br>Questions Ahead of 1Q Print & Conference Call<br>(1) What is being done to turn around Consumable/CE segments (lead-time needed); (2) update on the direction of seasonal; and (3) discuss/update Canadian integration and general consumer trends.<br>Valuation & Risk; See Details Herein on Quarterly Expectations<br>Our PT is based on ~11x our 2013 EPS. Key downside risks: SSS slowdown, lack of suitable closeout opportunities. Upside risks: Margin ahead of forecasts. |
| 5/21/2012 | 1,948,537 | $35.16 | -0.76% | (1.13) | *May 21, 2012 Wedbush, Joan Storms, CFA*<br>**Big Lots (BIG)**<br>**Expect Q1 In Line With Reduced Outlook; Maintain OUTPERFORM**<br>Big Lots will report Q1 earnings before the market open on Wednesday, May 23. Conference call at 5:00 am PT (dial-in: 888-455-2265, passcode: 1866714).<br>• On April 23, BIG negatively pre-announced Q1 comps to be slightly negative versus original guidance for +2-4%. Comps were on plan for the first six weeks of the quarter, but sales trends began to slow in late March and then further softened in April. It appears that primarily Consumables and Electronics (both of which had been performing better recently) were the culprit as Furniture, Hardlines and Seasonal, especially lawn and garden, performed well. Management commented that Canadian sales were likely to come in ahead of previous guidance for Q1 sales of $25-$30 million.<br>• Although management did not provided specific new EPS guidance, we lowered our forecast given the lower sales expected for Q1. Given lower sales of consumables and electronics, which are typically lower margin goods, this should help gross margin but de-lever SG&A. However, management was cautious as it was still tallying up final adjustments for markdowns and shrink. We lowered our Q1 comp to -1% from 3% and EPS to $0.70 from $0.80.<br>• Our conversation with management afterwards led us to believe that while the consumables business had been doing better, it still can again. The lapse in the consumables business trends occurred only recently and given its domestic sourcing and tight management focus going forward should be able to improve over the next couple quarters at most.<br>• We forecast Q1 EPS of $0.70 vs. $0.70 with comps of -1.0% vs. -3.6%; consensus is at EPS of $0.69 with comps of -1.5%.<br>• We maintain our OUTPERFORM rating despite disappointing Q1 forecast because we believe stock appears oversold and trades at an attractive valuation and risk:reward ratio compared to peers. Comparisons remain relatively easy in 2012, new merchandising initiatives in higher margin categories are doing well and consumables still has good potential. Although the Canadian acquisition is initially dilutive, we see good opportunities for 2012 and beyond.<br>• Our $50 price target assumes the stock should trade at roughly 13x our 2013 EPS forecast of $3.94. This is in line with our projected longer-term earnings growth rate in the low to mid teens.<br>RISKS<br>• Risks to attainment of our share price target include uncertainty regarding any potential acquisition offers; sales volatility; decreases in store traffic and average ticket; discounts and mix shift changes negatively affecting gross margins; de-leveraging of SG&A; sourcing disruptions; competition from other discounters; consumer confidence; higher energy costs; rising interest rates; adverse weather; geo-politics, etc.<br>Q4 Review<br>• Q4 EPS of $1.75 was above guidance for $1.71-$1.74 and our/consensus estimates of $1.74/$1.73. Excluding the impact of the acquisition of Canada's Liquidation World (which closed during Q2), EPS was $1.83. Gross margin was down 50 bps, to |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

40.3%, due to the continued shift of merchandise mix toward consumables, lower IMU, and higher shrink. SG&A improved 90 bps, to 28.3%, due to leverage of store payroll, distribution, insurance, lower debit card fees, utilities, and lower bonus expense, partially offset by higher depreciation. Q4 comps were up 3.4% vs. 0.0% - above guidance for 1%-2% and our/consensus estimates of 2.0%/1.7%. Total U.S. retail sales were up 7.7% to $1.62 billion.
GUIDANCE (provided on 3/2/12)
• 2012 (53-week fiscal year) (updated on 3/2/12 and obviously subject to change given worse than expected Q1 comps)
Consolidated EPS: $3.40-$3.50 (below our prior forecast for $3.54, but in line with prior consensus of $3.46), which does not assume any additional share repurchases, but does include an expected benefit of $0.10 as a result of the extra week in the 2012 fiscal calendar, as well as a non-recurring, non-cash charge of $0.05 during Q1 as a result of improved inventory accounting:
§ U.S.: $3.63-$3.73
§ Canada: $(0.26)-$(0.21), representing a $14-$17 million loss, reflecting: 1) there will be no tax benefit from Canada's operating loss during 2012, 2) gross margins are expected to be lower than the U.S., and 3) investments in expense infrastructure will result in near-term de-leverage
§ GAAP EPS: $3.35-$3.45, reflecting the $0.05 non-recurring inventory accounting charge
Comps: up 2%-3% at U.S. stores (note: The company is changing its reporting for comparable store sales to now be based on stores open at least 15 months versus the prior basis for stores open at least two years, but the company said fiscal 2011 comps would not have been materially different using the new basis. Also, the company will no longer be reporting sales results prior to reporting full financial results)
Total sales:
§ U.S.: up 8%-9%
§ Canada: $140-$150 million
Cash flow: $200 million
Interest expense: $2 million
Diluted share count: 65 million, which does not assume any additional share repurchases
Operating margin: relatively flat in the U.S.
Tax rate: 38.0%-39.0%
Gross margin: slightly higher due to lower anticipated markdowns
SG&A: deleveraging slightly due to higher bonus expense; however, excluding higher bonus expense, the company expects some leverage (the company estimates its comp leverage point is at a 1% comp) coming from stores, DCs, credit card fees, utilities, and the 53rd week, partially offset by higher depreciation
Depreciation: $105 million vs. $88 million
Real estate: 90 new stores and 45 closures in the U.S. for net store growth of about 3%, with 70 in traditional locations and 20 in A-type locations; there are no plans to open new stores in Canada at this time while the company works on improving the store model and operations, but there might be additional store closures in Canada
Capex: $130-$135 million, reflecting maintenance capex of $40 million, new store capex of $50-$55 million, and capex of $40 million for other strategic initiatives (new systems including new warehouse management, HR, and real estate systems; retrofitting and refreshing a portion of the store base; and new fixturing initiatives to support certain merchandising strategies).
2012 Initiatives
• Growing the U.S. store base
Turning around Canada
• Growing organizational capabilities (new warehouse management systems, new HR systems, and a new real estate system, all of which will be executed over the next couple years)
• Providing more consistent and predictable quarterly results
• Continuing to generate strong returns for shareholders (the company has begun to develop its next long-range plan to focus on years 2013-2015, and this process will take the better part of a year to complete)

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| 5/22/2012 | 2,507,072 | $34.79 | -1.05% | (0.69) | *May 22 2012 16:51:35Wire: Bloomberg First Word (BFW)* |

**U.S. WRAP: Greek Concerns Send Stocks Lower Late in Session**
By Patrick McHale
May 22 (Bloomberg) -- Stocks reversed gains in the final hour of trading, S&P 500 had been up as much as 1%, as concern that Greece was making preparations to exit the euro overshadowed optimism after a better-than-estimated U.S. housing report.
* S&P 500 +0.05% to 1316.63
* DJIA -0.01% to 12502.81
* Gold down 1.32% to 1567.8
* WTI Crude down 1.36% to 91.6
* 10-yr Treasury +3.26bp to 1.774%

*May 22, 2012 Benchmark, Ronald Bookbinder*
**Big Lots (BIG)**
**Q1 Earnings Preview; Expect In Line with Consensus**
Big Lots is expected to report Q1 earnings Wednesday, May 23 before the market open. We expect earnings to be in line with our estimate and consensus of $0.69.
In late April, Big Lots lowered Q1 comp expectations to slightly negative, from its previous guidance of up 2%-4%, on weakness in consumables and electronics, while Canada was slightly above plan. We believe the gross margin should hold up as the merchandise mix shifts on the poor performance on the low-margin consumable category and strength in the high-margin seasonal category. We expect some deleverage on SG&A from the sales shortfall. Our $50 price target is based on 15x 2012E EPS, or 7.5x 2012E EBITDA. We maintain our Buy rating given our belief that this management team has the talent and experience to fix this merchandise problem.
Our 1Q12 EPS estimate is $0.69, versus $0.70 last year, with a $0.05 drag from the newly acquired Canadian operations.
We are modeling Q1 total revenue of $1,266 million, up 5.6%, or $68.3 million, on a comp decrease of 2.0% and 49 more stores or 3.5% store unit increase. The high margin seasonal area was one of the strongest categories, particularly lawn and garden, along with furniture and hardlines. The weakness came from low-margin consumables and electronics.
Given the weather and the traffic trends nationwide, we were surprised to see the shortfall. We were especially surprised to see the slowdown in consumables after comping in the high single digits in 4Q11. Consumables tends to be a very nice steady business. Consumables (approximately one-third of the business) was experiencing a very nice turnaround from 3Q10 as the merchandising of food items had greatly improved. We do not know if one of the other areas of consumables, such as health and beauty aids or home cleaning supplies declined, and/or why.
Big Lots has decades of experience in the consumable category, and we do believe this management team has the wherewithal to figure out what went wrong and how to fix it quickly, as they recently demonstrated in the food category. In Electronics, also a lower margin category, Big Lots had made somewhat of a gamble on tablets (I-Pad type devices). We suspect that Big Lots may have been too aggressive and a bit ahead of their consumer in this category. We do not believe this shortfall is a sign of weakness in Big Lots customers, due to high gas prices, as the more discretionary categories out performed the consumable category. We expect a 10 basis point increase in gross margin to 40.3%, on the mix shift to the high margin seasonal category and SG&A to increase 120 bp on deleverage of the comp decline. We expect the share count to decrease 13.8% year over year.

*May 22, 2012 The Buckingham Research Group John Zolidis*
**After 1QFY12 Debacle, Will BIG Have New Ideas?**
Reporting date: May 23rd before the open.
ACTION: We would use Big Lots (BIG) shares as a source of funds.
The business is too inconsistent and management too eager to sell its own shares to justify owning this except at the cheapest possible valuations.
We prefer shares of Dollar Tree (DLTR), Family Dollar (FDO) or Dollar General (DG). All three are rated Buy.
• BIG already cut sales guidance for 1QFY12. Revised guidance (from 4/24) is for slightly negative same-store sales

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | despite an easy - 3.6% comparison (Table II). Our model is based on a 1.0% decline.<br>The company did not provide updated EPS guidance. The Street is at $0.69 vs. $0.70 LY. We're at $0.59. EPS could be in-line with the Street but we don't think it matters that much one way or the other.<br>• We expect a revised FY12 outlook. Comp comparisons get more difficult as the year goes on. We are assuming slightly negative comps for the year and have EPS at $3.21. The Street's at slightly positive comps and EPS of $3.34. Previous guidance was $3.40-$3.50 on a 2-3% comp gain. The Street looks a bit optimistic to us.<br>• Time for new ideas: It's time for management to acknowledge that "raise the ring" has run its course. What's going drive comps going forward? We are tired of "more of the same". It's not working.<br>• How are insiders so good at selling their shares in BIG? A group of 17 executives and directors including the CEO and CFO sold 900,000 shares YTD at an average price of $45. With the stock at $35 today smart selling saved $9 M for this group. Must be nice.<br>See Table III for insider sales.<br>• CEO Fishman overcompensated? The WSJ yesterday ran a piece on executive compensation and identified CEO Howard Levine of Family Dollar (FDO; BUY) with total comp of $4.7 M as a bargain relative to the performance of FDO shares. Mr. Fishman earned more than 2x this figure while stewarding the company to flat comps and a 7% decline in net income last year. Over the last three years, we estimate that Mr. Fishman has been paid $0.68 for every one dollar of net income growth the company has produced. This compares to $0.10, $0.06 and $0.02 for FDO, DLTR and DG CEOs, respectively. See Tables IV and V for a comparison of retailer CEO compensation. |
| 5/23/2012 | 4,163,891 | $36.31 | 4.37% | 1.75 | *May 23 2012 5:32:53 Wire: Bloomberg First Word (BFW)*<br>**U.S. DAYBOOK: Hewlett-Packard Earnings, Home Sales, Facebook**<br>By Joanna Ossinger and Heather Burke<br>May 23 (Bloomberg) -- European stocks fell for the 1st time in 3 days, U.S. futures declined as European leaders prepared to meet in Brussels, data showed Japan's exports expanded slower than est., U.K. retail sales fell more than forecast. Hewlett- Packard, Big Lots report earnings today. Watch for continued Facebook IPO scrutiny, new home sales data.<br>AM EARNS:<br>* Big Lots (BIG) 6am, $0.69<br><br>*May 23 2012 6:00:17 Wire: PR Newswire (PRN)*<br>**Big Lots Reports First Quarter Adjusted EPS From Continuing Operations Of $0.68 Per Diluted Share**<br>**********************************************************************************<br>BN 05/23 06:04 *BIG SEES $2Q EPS CONT OPS 37C-42C, EST. 54C:BIG US<br>BN 05/23 06:04 *BIG NOW SEES YR CASH FLOW $190M, SAW $200M :BIG US<br>BN 05/23 06:04 *BIG NOW SEES YR U.S. COMP SALES UNCHANGED-UP 1%, VS UP 2%-3%<br>BN 05/23 06:03 *BIG LOTS NOW SEES YR EPS $3.25-$3.40, VS $3.40-$3.50, EST.$3.33<br>BN 05/23 06:01 *BIG LOTS CUTS FORECAST FOR YR U.S. COMP SALES:BIG US<br>BN 05/23 06:01 *BIG LOTS SEES 2Q COMP SALES IN US SLIGHT POSITIVE TO SLIGHT NEG<br>BN 05/23 06:01 *BIG LOTS 1Q REV. $1.29B, EST. $1.30B :BIG US<br>BN 05/23 06:01 *BIG LOTS SEES 2Q EPS CONT OPS 37C-42C:BIG US<br>BN 05/23 06:00 *BIG LOTS CUTS FORECAST FOR YR EPS:BIG US<br>BN 05/23 06:00 *BIG LOTS 1Q U.S. COMP SALES FELL 0.8%:BIG US<br>BFW 05/23 06:00 *BIG LOTS 1Q ADJ. EPS CONT OPS 68C, EST. 69C<br>BN 05/23 06:00 *BIG LOTS 1Q ADJ. EPS CONT OPS 68C, EST. 69C:BIG<br>BN 05/23 06:00 *BIG LOTS TO BUY BACK $200M SHRS:BIG US<br>BN 05/23 06:00 *BIG LOTS 1Q ADJ EPS FROM CONT OPS OF $0.68-SHR<br>BN 05/23 06:00 *BIG LOTS SEES 2Q EPS CONT OPS OF 37C TO 42C :BIG US<br>BN 05/23 06:00 *BIG LOTS HAD $83M CASH AT END OF QUARTER:BIG US<br>********************************************************************************** |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

Big Lots Reports First Quarter Adjusted EPS From Continuing Operations Of $0.68 Per Diluted Share
COMPANY PROVIDES UPDATED EPS AND CASH FLOW GUIDANCE
COMPANY ANNOUNCES NEW $200 MILLION SHARE REPURCHASE PROGRAM
PR Newswire
COLUMBUS, Ohio, May 23, 2012
COLUMBUS, Ohio, May 23, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) today reported income from continuing operations of $40.8 million, or $0.63 per diluted share, for the first quarter of fiscal 2012 ended April 28, 2012. As previously disclosed in our March 2, 2012 press release, we incurred an after-tax charge of $3.4 million, or $0.05 per diluted share, during the first quarter related to an inventory accounting change associated with the successful implementation of new retail inventory systems. Excluding this non-recurring, non-cash charge, adjusted income from continuing operations totaled $44.2 million, or $0.68 per diluted share (non-GAAP), for the first quarter of fiscal 2012. This compares to income from continuing operations of $52.5 million, or $0.70 per diluted share, for the first quarter of fiscal 2011.
(Logo: http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO )
FIRST QUARTER HIGHLIGHTS
o Adjusted income from continuing operations of $0.68 per diluted share (non-GAAP) versus income from continuing operations of $0.70 per diluted share last year
o Generated $108 million of Cash Flow (defined as operating activities less investing activities)
o Opened 10 new stores
o Invested $99 million to repurchase 2.5 million shares and completed our 2011 $400 million share repurchase program by repurchasing 11.7 million shares, or 16% of our outstanding shares, at an average price per share of $34.11
EPS from Continuing Operations
Q1 '12 (1)
Q1 '11 (2) U.S. Operations $0.72 $0.70 Add back: Inventory charge$0.05 - U.S. Operations - adjusted$0.77 $0.70 basis Canada Operations (3) ($0.09) - Consolidated - adjusted $0.68 $0.70 basis (1) Non-GAAP (2) GAAP (3) Canadian operations were acquired on July 18, 2011. Based on materiality, we have not provided pro-forma 2011 results.
First Quarter Results
U.S. Operations
Net sales for U.S. operations for the first quarter of fiscal 2012 increased 2.8% to $1,262.2 million, compared to $1,227.3 million for the same period of fiscal 2011. Comparable store sales for U.S. stores open at least fifteen months decreased 0.8% for the quarter. Adjusted income from continuing U.S. operations totaled $0.77 per diluted share (non-GAAP) compared to income from continuing operations of $0.70 per diluted share for the same period of fiscal 2011.
Canadian Operations
Net sales for Canadian operations for the first quarter of fiscal 2012 totaled $32.2 million, while incurring a net loss of $6.1 million, or $0.09 per diluted share (non-GAAP). We acquired our Canadian operations on July 18, 2011. Based on materiality to our total operations, we are not required to and have not provided pro-forma information for Canadian operations.
Inventory and Cash Management
On a consolidated basis, inventory ended the first quarter of fiscal 2012 at $848 million compared to $785 million last year. The increase of approximately 8% represents growth in the number of U.S. stores, approximately 1% per store growth of inventory in our U.S. stores, and our Canadian acquisition.
We ended the first quarter of fiscal 2012 with $83 million of Cash and Cash Equivalents and no borrowings under our credit facility compared to $284 million of Cash and Cash Equivalents and no borrowings under our credit facility as of the end of the first quarter of fiscal 2011. Our net use of cash and debt during the last twelve months was focused on share repurchase activity, acquiring and funding our Canadian operations, and repaying borrowings under our credit facility offset by positive cash flow (defined as operating activities less investing activities) generated by our U.S. business.
Share Repurchase Activity
During the first quarter of fiscal 2012, we invested $99 million to repurchase 2.5 million of our shares at an average price of $39.32 per share. This activity exhausted our 2011 share repurchase program which resulted in a total investment of $400 million to

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

repurchase 11.7 million shares at an average share price of $34.11 per share.
On May 22, 2012, our Board of Directors approved a new share repurchase program ("2012 share repurchase program") providing for the repurchase of up to $200 million of our common shares. The $200 million authorization is expected to be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the repurchase program will be available to meet obligations under equity compensation plans and for general corporate purposes. The 2012 share repurchase program is eligible to begin on May 25, 2012 and will continue until exhausted.
FISCAL Q2 2012 GUIDANCE
o Provides initial Q2 guidance for income from continuing operations of $0.37 to $0.42 per diluted share versus income from continuing operations of $0.50 per diluted share for the same period last year
o Provides initial Q2 guidance for U.S. comparable store sales in a range of slightly positive to slightly negative
For the second quarter of fiscal 2012, we estimate consolidated income from continuing operations will be in the range of $0.37 to $0.42 per diluted share, compared to income from continuing operations of $0.50 per diluted share for the second quarter of fiscal 2011
We estimate income from U.S. operations in a range of $0.44 to $0.49 per diluted share (non-GAAP), compared to last year's $0.52 per diluted share (non-GAAP). This is based on U.S. comparable store sales in a range of slightly positive to slightly negative and a total U.S. sales increase in the range of 3% to 4%.
Sales from our Canadian operations are expected to be in the range of $32 to $35 million for the second quarter of fiscal 2012, resulting in an operating loss in the range of $4 to $6 million, or $0.07 to $0.10 per diluted share (non-GAAP).
2012 OUTLOOK
o Updates fiscal 2012 annual guidance for adjusted income from continuing operations to $3.25 to $3.40 per diluted share (non-GAAP) versus income from continuing operations of $2.99 per diluted share for fiscal 2011
o Updates fiscal 2012 U.S. comparable stores sales estimates to be in a range of flat to 1% increase
o Updates Cash Flow guidance to $190 million
Based on first quarter operating results and our expectations for the second fiscal quarter, we now estimate our fiscal 2012 consolidated adjusted income from continuing operations to be in the range of $3.25 to $3.40 per diluted share (non-GAAP), compared to our prior guidance of $3.40 to $3.50 per diluted share (non-GAAP). We have revised our Cash Flow guidance to $190 million compared to our prior guidance of $200 million.
We now estimate adjusted income from U.S. operations will be in the range of $3.50 to $3.60 per diluted share (non-GAAP), compared to our prior guidance of $3.63 to $3.73 per diluted share (non-GAAP). This is based on U.S. comparable store sales in the range of flat to a 1% increase and a total U.S. sales increase in the range of 5.5% to 6.5%.
For our Canadian operations, sales are expected to be in the range of $142 to $152 million for fiscal 2012 resulting in an operating loss in the range of $14 to $16 million, or $0.23 to $0.26 per diluted share (non-GAAP).

*May 23 2012 6:11:25 Wire: Bloomberg First Word (BFW)*
**Big Lots Cuts Year Sales, EPS View; 1Q Rev., EPS Miss Ests.**
By Laura Kaster
May 23 (Bloomberg) -- Big Lots sees year cont. ops. EPS $3.25-$3.40 vs prior $3.40-3.50 given March 2; est. $3.33
* Now sees year U.S. comp. sales unch. to up 1% vs prior up 2%-3%
* Sees 2Q U.S. comp sales slightly negative to slightly positive
* Sees 2Q EPS cont ops. 37c-42c vs est. 54c
* 1Q adj. cont. ops EPS 68c vs est. 69c
* 1Q rev. $1.29b vs est. $1.30b
* 1Q comp. sales fell 0.8%
* * NOTE: BIG down 24% since Apr. 23 when it cut 1Q comp.
sales outlook to slightly negative, had seen 2%-4% {NSN
M2Y7SK3TCF0G <GO>}
* 1Q gross margin 39.6% vs 40.3% Y/y

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

* Call 8am www.biglots.com; annual meeting today Statement: {NSN M4GZSH3TCF0G <go>}
Link to Company News:{BIG US <Equity> CN <GO>}

*May 23 2012 9:23:15 Wire: Bloomberg Transcripts (BT)*
**Big Lots Earnings Teleconference BIG US**
**Company Name: Big Lots Event Description:Q1 2012 Earnings Call**
**Q1 2012 Earnings Call**
MANAGEMENT DISCUSSION SECTION
Operator:
Ladies and gentlemen, welcome to the Big Lots First Quarter 2012 Teleconference. This call is being recorded. During this session, all lines will be muted until the question-and-answer portion of the call. At this time, I would like to introduce today's first speaker, Senior Vice President of Finance, Tim Johnson. Please go ahead, sir.
Unverified Participant:
Thanks, Chris, and thank you everyone for joining us for our first quarter conference call. With me here today in Columbus are Steve Fishman, our Chairman, CEO and President; Chuck Haubiel, Executive Vice President, Real Estate, Legal and General Counsel; Joe Cooper, Executive Vice President and Chief Financial Officer of Big Lots and President of Big Lots Canada; and Tim Johnson, Senior Vice President of Finance.
Before we get started, I'd like to remind you that any forward-looking statements we make on today's call involve risk and uncertainties and are subject to our Safe Harbor provisions as stated in our press release and SEC filings and that actual results can differ materially from those described in our forward-looking statements.
Our consolidated financials include results from our U.S. operations and from our Canadian business that was acquired on July 18, 2011. Our statements also include immaterial amounts of discontinued operations activity. All commentary today is focused on adjusted non-GAAP results from continuing operations that is excluding the non-recurring, non-cash, after-tax charge of $3.4 million or $0.05 per diluted share mentioned in today's press release.
As a reminder, this charge relates to our previously announced change in accounting principle related to inventory valuation and was the direct result of our successful go-live of a new merchandising system at the beginning of the fiscal year.
A reconciliation of GAAP to non-GAAP adjusted earnings is available on today's press release. Given our Annual Meeting of Shareholders begins at 9 a.m., our comments will be brief to allow for Q&A to be completed by 8:45 a.m.
With that, I will turn it over to T. J.
Timothy A. Johnson:
Thanks, Andy, and good morning, everyone. I'm going to briefly cover Q1 results and then turn it over to Joe to update on our progress in Canada and also to speak to our forward guidance. After Joe, Steve will finish with his perspective on results in our merchandising efforts going forward.
Sales for U.S. operations were $1.262 billion, an increase of 2.8% compared to the $1.227 billion we reported for the first quarter of last year. Comparable store sales for stores opened at least 15 months decreased 0.8%, which was below our original guidance of 2% to 4% increase. Comp trends to plan varied widely during the quarter. For the first half of the quarter, comps were positive and sales dollars were essentially on plan. In the last half of the quarter, we expected to see higher comps against the softer compares from Q1 of 2011. This trend did not unfold and comps were actually down to the prior year.
To give you a sense of magnitude, the month of April alone accounted for nearly 75% of the sales shortfall for the quarter. So our miss to plan was rather abrupt and the variance to plan widened in the higher volume weeks of April, driving Q1 results below our guidance.
From a merchandise perspective, furniture and hardlines were the best performing categories, each comping up mid single-digits. Next was lawn and garden, which was up low single-digits. Actually the department was planning to stronger result per-Easter but did slow in the last two weeks of April. The balance of the seasonal category was down slightly. The home category comps were essentially flat for Q1. The two most challenging areas in merchandising are consumables and electronics. Consumables was down low singles and electronics was slightly positive after a 20% comp in Q4. The combination of the miss in consumables and the slowdown in electronics trends contributed to nearly three points of the comp miss to our original forecast,

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

or said in another way, was the last majority of our miss.
In a moment, Steve will go through more details of category learnings, adjustments and go forward expectations. For the first quarter of fiscal 2012, adjusted operating profit dollars for our U.S. operations were $80.6 million, as our rate declined to 6.4% compared to 7% last year. As anticipated, our adjusted gross margin rate was down slightly at 40.1% compared to last year, due to higher fuel costs and a higher markdown rate to turn inventory and stay fresh. These challengers were partially offset by a favorable merchandise mix and improving shrink results.
Total expense dollars were $426 million, and the first quarter SG&A rate was 33.7%, up 50 basis points the last year. Expense deleverage over a lower-than-expected sales base came from higher depreciation costs and higher occupancy related costs along with an increase in advertising spend.
Interest expense for U.S. operations was essentially unchanged to the prior year. Our U.S. tax rate of 37.3% was below last year's rate of 38.9% with the lower rate related to settlement activity, which was planned and was included in our initial guidance. In total, our U.S. business reported adjusted income from continuing operations of $50.3 million, or off approximately 4% to last year.
EPS from U.S. operations was $0.77 per diluted share for the first quarter, compared to last year's $0.70 per diluted share. From a real estate perspective, we opened 10 new stores and closed six in the first quarter, leaving us with 1,454 stores and total selling square footage of 31.6 million.
Joe will touch on Canada in a moment, but in terms of the P&L, sales in the first quarter were $32.2 million with a net loss of $6.1 million or $0.09 per diluted share. This result was on plan and actually at the better end of our original guidance. So, in total, from a consolidated point of view, we reported adjusted income from continuing operations of $44.2 million or $0.68 per diluted share. This compares to $52.5 million or $0.70 per diluted share a year ago, when we had only U.S. operations.
Moving on to the balance sheet, inventory on a consolidated basis ended the first quarter of fiscal 2012 at $848 million, up 8% to last year, with the key drivers being an increase in U.S. store count, a 1% increase in U.S. per store inventory and the impact of the acquisition of our Canadian operations.
CapEx for the quarter totaled $18.3 million compared to $19.2 million last year, and depreciation expense was $25.3 million, an increase of $4.6 million to last year.
Consolidated cash flow, defined as operating activities less investing activities, for the quarter was $108 million or up slightly to $106 million last year. Included in the $108 million of cash flow was approximately $12 million of cash investment in Canada to fund building of inventory levels and operating losses incurred during the quarter. We ended the quarter with $83 million of cash and cash equivalents and no borrowings under our credit facility compared to $284 million of cash and cash equivalents and no borrowings under our credit facility for the same period last year.
Our net use of cash and debt over the last 12 months was focused on repurchase activity - share repurchase activity, funding our Canadian operations, and paying off borrowings under our credit facility. During the first quarter of fiscal 2012, we invested $99 million to repurchase 2.5 million shares of our stock at an average price of $39.32. This activity exhausted the May 2011 share repurchase program, which resulted in a total investment of $400 million to repurchase 11.7 million shares at an average price of $34.11 per share. As noted in today's press release, last night our Board of Directors approved a new share repurchase program providing for the repurchase of up to $200 million of our common stock.
I'll now turn it over to Joe for an update on Canada and our forward guidance.
Joe R. Cooper:
Thanks T. J. During the first quarter of fiscal 2012, we continued to make progress in the turnaround strategy for Big Lots Canada. From a merchandising perspective, our inventory levels grew and the quality and breadth of assortment continued to improve. Inventory ended the quarter at approximately $25 million with our target level to be consistently in that $25 million to $30 million range. Based on sales results for the quarter, we believe the customer feedback to our changes in assortment and quality continues to be encouraging, particularly in the areas of furniture, seasonal, and consumables.
The last major category where we continue to build our assortment is home. We believe we're on track to have a fully assorted store by early Q3. On the talent front, we're essentially staffed at this point with our last executive team member, a Head of Merchandising with extensive experience in the Canadian market, joining us in the last 30 days. With this final hire the team is now in place. We also continue to raise our in-store standards and build our store team to help us achieve our goals. Additionally, we continue to evaluate the potential of our stores given our current real estate. From a

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | stores perspective, we ended Q1 with 82 Liquidation World and LW stores.<br>Now turning to forward guidance, for Q2 we expect income from U.S. operations to be in the range of $0.44 to $0.49 per diluted share, compared to $0.52 per diluted share in the second quarter of fiscal 2011. This is based on a total U.S. sales increase in the range of 3% to 4% and comparable store sales in the range of slightly negative to slightly positive.<br>The gross margin rate for the second quarter of fiscal 2012 is expected to be above last year's second quarter rate, while our expense rate is expected to increase, driven by higher depreciation and occupancy related costs, higher advertising spend, higher incentive costs, and incremental head count to support the merchandising and marketing areas of our business.<br>In Canada, second quarter sales are expected to be in the range of $32 million to $35 million resulting in a net loss in the range of $4 million to $6 million or $0.07 to $0.10 per diluted share. And for the consolidated company, income from continuing operations is estimated to be in the range of $0.37 to $0.42 per diluted share, compared to income of $0.50 per diluted share for the second quarter of fiscal 2011.<br>Our updated outlook for the full year of fiscal 2012 calls for consolidated, adjusted income from continuing operations to be in the range of $3.25 to $3.40 per diluted share. This compares to fiscal 2011 of $2.99 per diluted share. As noted last quarter, we are operating under a 53-week retail calendar for fiscal 2012 and we anticipate the impact of the extra week adds approximately $0.10 per diluted share to our earnings for the year. We expect this financial performance will result in cash flow of approximately $190 million. The average diluted share count is now forecasted to be approximately $64 million for fiscal 2012 with no assumption for additional share repurchase activity.<br>For our U.S. operations, we estimate adjusted income from continuing operations to be in the range of $3.50 to $3.60 per diluted share. This compares to our 2011 result of $3.18 per diluted share. Our updated guidance is based on a total sales increase of 5.5% to 6.5% and comparable store sales in the range of flat to up 1%. We estimate the adjusted operating profit rate for the U.S. operations for 2012 will be similar to last year.<br>The adjusted gross margin rate for fiscal 2012 is expected to be slightly higher than 2011 driven by lower anticipated markdowns. Expenses as a percent of sales are expected to increase slightly in this model with the entire increase and more coming from higher depreciation, bonus and equity related expense, and occupancy related costs. You may recall our 2011 operating profit was below plan for most of the year, resulting in lower bonus expense and payout to management, stores and DC operations.<br>Excluding bonus, we see expense leverage in our 2012 model with a comp leverage point, which is estimated to be approximately a 1% comp, which by most industry comparisons is very low. Expense leverage comes from stores, DCs, credit card fees, utilities and the 53rd week, partially offset by higher depreciation expense. Filling out the rest of the U.S. P&L for 2012, we expect net interest expense of approximately $2 million and the effective income tax rate is forecasted to be in the neighborhood of 38.0% to 39.0%. For our Canadian operations, we expect sales to be in the range of $142 million to $152 million, resulting in a net loss in the range of $14 million to $16 million or $0.23 to $0.26 per diluted share.<br>Now to Steve for some closing remarks.<br>Steven S. Fishman:<br>Thanks, Joe. So, we've shared some details on results and thoughts on Q2. I want to focus my time on the merchandising elements; what worked in Q1, where we were off track and how we expect to improve trends. From a category perspective, as T. J. mentioned, furniture and hardlines were the leaders. Furniture delivered strong results in its largest volume quarter of the year, capitalizing on tax time. Hardlines offered great brands and deals and the customer responded. Lawn and garden, our single largest seasonal business, was good where and when the weather was good. Home comps were flat and the expansion of the footage allocated to this category was completed on time and by quarter's end. Which leads me to consumables and electronics where we came up short for the quarter.<br>In each of these areas, we completed a deep-dive assessment, have an action plan and a general understanding of when change in the store should start to be visible to the customer. At that point, we will start to learn if we've made the appropriate adjustments. First, consumables, our largest business comp down low single digits when we would've expected an increase of low single digits. Certain aspects of our pre-planned business were actually quite good, namely, specialty food and direct to store.<br>The challenges were isolated to our business, which were more close-out nature; food, HBC, chemicals, businesses like that. In our review of these categories, we looked at all aspects of what can impact sales and in the final analysis we believe our execution was off. We do not believe competition was an issue. We do not believe where we will beat on price or see any issues in our - with our value |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | proposition. We don't believe placement in the store or marketing change from Q4 to any significant degree that would explain a slowdown in sales, and I won't allow or acknowledge macro excuses for what I believe is a straightforward execution issue.<br>I'm the first to say this is a complicated business model, particularly in consumables where our merchants are heavily dependent on closeout flow, while also managing never outs and replenishable type goods. I think we learned that sufficient closeout opportunities existed and the goods were available during the quarter.<br>Our shortfall was either we bought the wrong brand or item or we weren't broad enough in our selections, particularly in food. With closeouts come risks. Most of the time the deal's performed very well, other times not so good, and when we make a mistake, it can slow us down and create choppiness in our sales and merchandise flow, but we work through it, learn from the experience and move on to the next great deal.<br>We're refocusing the buying efforts and provide additional resources to the team and it's ongoing - it's an ongoing process, but it wouldn't - it would be my expectation that later in Q2 and into early Q3 the assortments in consumables should improve.<br>At that time, we will reassess the business to understand if our adjustments were successful. This was a good reminder and exercise for the team to go through, while we are in the midst of developing our next three-year long range plan. It stretches our thinking and also reminds us of the challenges of operating a closeout business model and raises the question what if any tweaks or adjustments to the strategy should we be thinking about are testing for the future of this business.<br>Turning to electronics, I believe execution came up short here as well, although the reasons for the miss were different than consumables. Certain elements of electronics business were quite good, particularly in accessories, which was a major focus in store and in ads. In this merchandise category, we are really good when we are close second. Meaning, if we are one version behind the curve or technology at a red-hot price, we win.<br>We believe, the slowdown from Q4 2011 into Q1 2012 was a result of not keeping pace with technology. For example, in certain classifications like tablets and video games, we underestimated the end-of-life impact and our sales slowed significantly, possibly impacting related selling and transactions.<br>Additionally, our DVD business slumped during the quarter as our inventories were out of balance and titles were somewhat out of date. New receipts and new presentations are delivering now and we are hopeful this will help. As we move through Q2, we will have change in content and presentation.<br>As we look forward, I would anticipate that certain of our businesses will remain solid, while a few could remain stressed. However, as we exit Q2 and enter the back half of the year, we're forecasting comps to move back into positive territory. As I believe, the content changes coming from consumables and electronics will improve those businesses.<br>I believe the recently completed home expansion will provide an incremental sales opportunity. After walking off back-to-school's floor sets and reinvigorating the in-store marketing, I believe we're prepared to have a good Q2 to Q3 transition and maybe most important, I believe we have another solid nine weeks of Christmas strategy and the holiday calendar this year is quite favorable with two extra shopping days between Christmas and Thanksgiving.<br>So, to summarize, clearly, we're not happy with the start to the year, but we believe we've identified our misses and have a plan to correct them. The closeout model is truly unique and more complex than most understand. However, it does yield opportunities to change trends in short order. We've turned around categories and entire businesses before and we see the opportunity ahead of us again. So with that, I'll turn the call back over to Andy.<br>Unverified Participant:<br>Thanks, Steve. Chris, we would now like to open the lines for questions at this time.<br>Q&A<br>Operator:<br>Thank you. [Operator Instructions] And we'll take our first question from Laura Champine, Canaccord Genuity.<br><Q - Laura A. Champine>: Good morning. My question, Steve, is about the guidance for the same-store sales trends to improve in the back half when you do have difficult comparisons, and I'm just wondering, and I hear you saying that consumables you expect to show some improvement, but how do you get visibility into what closeouts you'll buy in consumables? And can you just give us more color on what the change is in the buying strategy there that should drive that comp improvement in the back half?<br><A - Steven S. Fishman>: I think there's a couple of things that we've been working on that actually were good for us in the third and fourth quarter of last year particularly and continue to be good. The basic never-out programs that we've developed over the last 12 months, Fresh Finds in particular in International Foods, have really performed well and continue to grow as a percent to our total |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

business, and we have some pretty exciting plans for the second and into the third quarter, particularly with expanding Fresh Finds and in an international event that we did not have, so that's number one.
Number two, we actually have, although we don't like to talk about it, a little bit more visibility for the balance of the second quarter into the third quarter of closeout availability, and we're pretty pleased with what we
believe will be coming in. And I think you'll see changes, actually you'll probably start to see some of the inventory in the stores in the next two weeks and will continue flowing through June, a pretty substantial closeout opportunity that we've taken advantage of. So we feel particularly good about that.
And then I think we pre-planned back-to-school period really, really well and I think you'll start to see a transitional set in July there. I think Doug and the team have done a job that we've really never done before, so I'm pretty excited about that. And he also has a plan to transition after back-to-school for the balance of the third quarter, again another program that we've never done before that's extremely similar to what we've done and we've always talked about, which is the nine weeks of Christmas before. So we
kind of have nine weeks of Christmas plan for back-to-school through the third quarter and is actually expanded and extended the nine weeks of Christmas for the fourth quarter to a 14-week period so that we can transition well not only during Christmas, but out of Christmas into January this year. So I think we really have our arms around the business, probably more substantially than we've had in a long time.
<Q - Laura A. Champine>: Thank you.
Operator:
And we'll take our next question from Matt Boss at JPMorgan.
<Q - Matt R. Boss>: Hey, guys. With 70% to 80% of the consumables category more closeout nature, are you seeing any signs of opportunity for an increased level of direct from manufacturer goods over time in this category and is it something that you'd be interested in and just in terms of stabilizing the consistency and the category?
<A - Steven S. Fishman>: Yeah, Matt, that's the question of the hour that we've asked ourselves a hundred times and I think it's a really good one. I think we have always said that we've challenged ourselves about what's the right amount of closeout business to day-in and day-out or in-and-out business and I think going through this process of the next three-year long range plan, we're going to challenge ourselves there. We talked forever about the fact that the largest piece of the closeout business is consumables, which is the largest piece of our overall business, and we've built a very large business over the last five years, particularly with that level of success.
And you know and as we do, when it's good, it's really good and when it's not, it's not. And I think the relationship building that Doug has really initiated with his team and with some of the major manufacturers, the best manufacturers in the country that we probably didn't have as close a relationship within the past few years, is only going continue to grow. He is
not only structuring the business or restructuring at around giving him some more talent in those businesses, but also infusing some relationship people that we've really never had before to continue to grow those things.
The answer to your question is, is there are some opportunities for day-in and day-out business from some of these manufacturers to just manufacture goods for us? The answer is yes to that too.
<Q - Matt R. Boss>: That's great. The second question I had is, given some of the changes that you outlined in the category and it sounds like more back-end weighted in terms of the second quarter in the second half. Have you
seen any signs of stabilization in consumables and electronics in May thus far?
<A - Timothy A. Johnson>: Yeah, Matt, this is T. J. I guess from our guidance perspective, what we're communicating here is that this is kind of a flow issue or flow process through the second quarter as some of the opportunities
that surfaced in the deep-dive start to come into store, that will happen gradually through the quarter. So it's a little premature for us to sit here three weeks into the quarter and talk about trends changing when really those
deep dives with the merchants really just finished in the latter part of April.
So I think from a guidance perspective, I would remind people that we do have an extra add here in the month of May. So we would have an expectation that May would be a little bit better than the balance of the quarter, that's why we'd be advertising there, but it's a little premature for us to comment on current trends coming out of those deep dives, which just finished in the latter part of April.
<Q - Matt R. Boss>: Okay, great. Good luck, guys.
Operator:
And we'll take our next question from Jeff Stein of Northcoast Research.
<Q - Jeff S. Stein>: Okay. I've got a financial question, given the fact guys

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

that you're looking for a down second quarter, I'm wondering if you could perhaps get us from A to B. Obviously, you're still guiding to a decent full fiscal year. So is it - it's obviously going to be heavily backend weighted. Is it going - should we expect all of the increase to come in Q4? Or Is - are
you currently looking at the possibility of having an up third quarter as well?
<A - Timothy A. Johnson>: Yeah, Jeff, this is T. J. We're not breaking out the third and fourth quarter at this point. That is something we typically do not do on this call. I think from our perspective, though, as we move through
the second quarter and into the back half of the year based on Steve's comments earlier, we would expect gradual improvement in the merchandising area and hopefully sales will follow that. I would like to remind everybody of a couple of things, in our annual comp guidance of flat to plus 1 comp for the year, if you kind a squeeze the math on that, you're looking the back half of the year of a comp of a little over 1% to get in that range.
So it's not like we've got a terrific hockey stick here, where we're expecting big, big comps in the back half of the year. I'd also like to remind people that this is one of the more favorable retail calendars that we
will have. We've got the two extra shopping days between Thanksgiving and Christmas.
Clearly, we have an expectation that will help us in the fourth quarter as well. I guess the one wildcard in the fourth quarter will - it would be something we're very aware of is that in the early part of November with the national election that historically has caused consumers to be a little cautious. So we try to take all of that into account, Jeff, when we set our quarters for the back half of the year.
<Q - Jeff S. Stein>: Got it. Thank you.
Operator:
Our next question comes from David Mann, Johnson Rice.
<Q - David M. Mann>: Hi, yes, thank you, good morning. Can you talk a little bit about the comment about adding resources to the team? Talk about any - some of the changes that may have happened in the buying team and where your plans are for the future in terms of the merchant team?
<A - Steven S. Fishman>: I think, it might be slightly preliminary to talk about what it's going to look like as we go forward, David. And I think the fact that we're working on a long-range plan that how we want to structure
this business for the next 36 months and take it from $5.5 billion to whatever the number is that we'll talk about next February, March. I'd like to hold the opportunity in reserve, but I will tell you consumables particularly being one of the largest businesses that we have, we think the opportunities continue to exist to add some more support staff there from a relationship standpoint, and that's what I was kind of speaking to.
We've run a business for a number of years called Big Lots Capital and I think you're following the company for many years, remember that and in that business there were what we called finders. We made a conscious decision to take those finders and infuse five of the six of them - five into five of our six businesses, answering directly to the vice presidents, so that they can, one, concentrate on specific businesses. One will go to home, one will go to furniture, one to hardlines, one would go to consumables. And I'm sorry, I missed one, but the only division that won't have one right now is seasonal because so much of their business is done overseas and is preplanned, we don't at this particular point feel like we need that additional support.
So that's occurring as we speak, David. We haven't filled every one of the finders, but I think the majority of them have been filled. And that's going to allow the merchants to do their jobs and really make great decisions, and it's going to allow finders to continue to develop and establish relationships with major manufacturers, so that we can do the kinds of things
that was asked of me before like continue to build existing relationships of one being first and foremost topical of the major manufacturers when it comes to closeouts. And number two, to take a look at opportunities to build potential, create closeout opportunities for us on existing merchandise at the same time too. And it frees up the buyers to be capable of making the day-in and day-out decision. So we think that that's going to be a real plus.
And that's just a function of us just getting bigger and bigger. That's all. But I think it'll help an awful lot.
<Q - David M. Mann>: Okay, great. Thank you.
Operator:
Next is Peter Keith with Piper Jaffray.
<Q - Peter J. Keith>: Hi, good morning. I just want to ask about the Q2 guidance, which came in below I think most people expected. It seems that the sales guidance was not off and the gross margin is going to up. So, as I am trying to get to your numbers, it looks like something funny might be going on with the SG&A. Is there something very specific to Q2 that may be a little

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

bit more expense-heavy than the rest of the year?
<A - Timothy A. Johnson>: Yeah. Peter, this is T. J. I think, first off, at a real high level, we adjusted our Q2 guidance. From a flow standpoint you've heard us talk about before, for every dollar above or below plan, we typically flow about 30% to operating profit. Now, in the first quarter, we did much better than that, the flow-through, when you work through your model from our original guidance it was probably more like 20% of the downside. So that clearly - expenses flexed real well in the first quarter and margins held. The team did a good job managing inventory in a tough month, particularly in April. But for the second quarter, when you flow that 30% model through your forecast, you're going to find the same type of thing.
So, for us internally, when we moved off of plan and reset our guidance for second quarter, we saw that same 30% flow-through. We do expect the margin rate to be up slightly. That is something that we've said from day one. We took heavy, heavy markdowns last year in lawn and garden as you'll recall. But also in the second quarter, keep in mind, we will de-leverage for a couple of different reasons. First off, we do have an extra add in the month of May and in the second quarter and with that comes incremental costs. We do have higher depreciation expense, as we've talked about, and obviously on a lower sales base, that's going to create some de-leverage. We do have incremental bonus expense year-over-year. We called that out in our Qs and Ks last year, so that shouldn't be a surprise to people. So there certainly are some elements that are creating de-leverage, but from our perspective from beginning of the year to today, the model for second quarter is flexing as anticipated. I can't really speak to street models per se because each one of them are a little bit different.
I would say though and I would remind people that included in our estimates for the year is an operating loss in the range $0.07 to $0.10 in Canada and I'm not - it's not always clear to me exactly how that's factored into the street models because we don't always have good visibility to that, but that is consistent with what we said at the beginning of the year. We would expect from first quarter to second quarter that we would make improvements and that is reflected in our guidance as well. So a long way of answering you, but hopefully enough detail for people to understand that internally when we flexed our model based on the sales changes, the flow-through was appropriate and consistent with what we had told you in the past.
<Q - Peter J. Keith>: Okay, that's helpful, Tim and good luck this coming quarter.
<A - Timothy A. Johnson>: Thanks.
Operator:
And our next question comes from Dan Wewer of Raymond James.
<Q - Dan Wewer>: Steve, I've become concerned that Big Lots philosophy of not adding coolers and freezers is placing the company at a competitive disadvantage in consumables. Looking at companies such as Family Dollar, Dollar General collectively will open almost 1,200 stores this year. Many of those are in neighborhoods where Big Lots compete and they've been increasing the number of coolers and freezers from five stores to as many as 20 stores. So, again, I understand your view about the economics of coolers not being favorable, but I'm not sure that customer really cares about the economics. They're looking for a more convenient shopping trip. So, what are your thoughts on as to whether or not that type of investment will ultimately be needed to make yourself more competitive?
<A - Steven S. Fishman>: Dan, I think that's a very fair challenge, and I think it's something that we question all the time to ourselves also and try to understand the potential complicated nature of making that decision and trying to execute it versus just saying we want to do it. And I think very clearly it's fair enough that I along with Doug are challenging ourselves to understand what we should be doing and how we should be running the consumables business and probably in the long range of plan next spring we can speak much more to that.
<Q - Dan Wewer>: Okay, and just one other thing real quick. You were calling out the execution issues in consumer electronics. But when I look at the results being put up by Best Buy and RadioShack and HHGregg in consumer electronics, this just looks like an industry that is definitely in a cyclical, maybe a secular decline, not an execution issue.
<A - Steven S. Fishman>: Well, when we say execution, we're talking about how we make decisions and how we go to market for the merchandise content that we're talking about. And I think the real surprise to us in the first quarter was the change in the trend from the fourth quarter to the first quarter. If you really take a look at our business versus those people, and of course we're not even remotely in the electronics business the way that Best Buy and HHGregg and some of the other people are. We're in classifications of the business and as we mentioned we'll like to be a close second in those businesses.
The business still trended up comp in the first quarter. It's just that the trend shifted so dramatically from the fourth quarter to the first

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

quarter and that was the real surprise to us. We still think that there is a great opportunity. We're selling the heck out of accessories. It's just a booming business for us and it's a high margin business, we like that piece of the business.
The tablet business is really right for us to be in, in great values and we're in that as long as we stay up with the technology and we don't allow ourselves to get behind it, and that's what happened to us moving to a 4.0 Android versus a two point something in the fourth quarter, that sold very, very well that they didn't sell in the fourth quarter. And then the execution
issue was in the DVD business, which is a very large business of ours that we didn't execute well. We had choppy inventory in the first quarter. We had the wrong titles. We had inconsistent inventories there and in the gaming business, and that is probably just about fixed at this particular point.
<Q - Dan Wewer>: Okay. I'd like to say, for what it's worth, Best Buy indicated their DVD and gaming software business was down about 24% in comp stores, so it sounds like you did better than they did.
<A - Steven S. Fishman>: Yeah. Fair challenge, fair challenge, we understand that but we're in the real value business too. We're selling DVDs in the $3, $5, $8 and $10 range, not in the $15, $20 and $30 range. So there's still a large customer out there, who is buying an awful lot of that value from us.
<Q - Dan Wewer>: Fair enough. Well, thank you.
Operator:
Up next, we go to Charles Grom of Deutsche Bank.
<Q - Chuck P. Grom>: Thanks, good morning, Steve, T. J., and Joe. So on this consumables issue second time in two years it's flared up. Do you guys as you kind of do this and complete the deep dive, do you guys believe there is a structural problem here? If you look at 80% roughly of your business is closeouts in that category. It seems like that's the area of weakness, but then when you call out the preplanned business, it seems like that's the area that you've changed over the past couple of years and it's really been an area of strength. So I'm wondering as we go through the year, will we hear about more changes structurally to the segment and do you believe there is an issue there?
<A - Steven S. Fishman>: Chuck, I'm going to be repetitive because I think I commented on that very same question earlier on today. We challenge ourselves all the time; we need to understand what's the right mix of business to be doing in every one of our businesses, not just consumables.
By the way, last year was a really good consumables year. So it was a couple of years ago that
we had the same challenge. It's very clear that it's the level of closeouts that we have and the quality of those closeouts and we've worked at establishing some of the business, particularly in the food area that we've done a better job in. With Fresh Finds and International Foods, we've talked about the consistency of trying to build that business. I think it's a very fair challenge on your part and all the other analysts who were questioning us and we're doing the same thing about questioning ourselves. And I think we're adjusting as quickly as we possibly can to run the business so that we continue to grow the top line not just the bottom line of the business. Operator:
And up next we go to Anthony Lebiedzinski of Sidoti & Company.
<Q - Anthony C. Lebiedzinski>: Yes, good morning. I was wondering if you could comment on your lack of e-commerce, do you think that's hurting your business and do you have any updated thoughts on e-commerce?
<A - Joe R. Cooper>: No. Anthony, I think to Steve's point earlier, we are right in the middle of a long-range plan process, really looking at the next, next three years. So if there's any - that's obviously a pretty significant undertaking to move into that business. So if there's anything to comment on there, it would be in light of a 3-year plan we would speak to next year.
<Q - Anthony C. Lebiedzinski>: Okay. Thank you.
Operator:
And our final question comes from Patrick McKeever, MKM Partners.
<Q - Patrick G. McKeever>: Thanks. Good morning, everyone. Just wondering if you could comment about the closeout deal opportunity outside of consumables?
How are things looking there? Has there been any change in availability? Anything exciting coming down the road here over the next few months? Any big
deals envisioned? Thanks.
<A - Steven S. Fishman>: I think the secret sauce to our business is the fact
that you'll see the deals in the stores when you see them. And I think that's something we've always held very, very close to our vest.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

But I think that there's good flow in every one of the businesses that we deal in at this particular point. Consumables, home, hardlines, all three of those businesses, I think as we move through the second quarter and into the third quarter, we feel particularly good about right now. But I think you'll have to judge that on your own when you go into the stores and see what those great deals are.
But we feel pretty good about it.
<Q - Patrick G. McKeever>: And then, Steve, you've talked over the past couple of years or so about how your customer is not resistant so to speak to higher price points, if the value is there. I mean does that - again looking outside of the consumables business, does that still hold true today? I mean,
has there been any change there?
<A - Steven S. Fishman>: Absolutely none, absolutely none. And in fact, it continues to be about the quality of the deal and the brand and the value relationship, not about a price point. Our average sales check continues to rise. Our average unit retail continues to rise. The deals that we're getting are better quality from better name-brand manufacturers than ever before, and
we're real excited about all that potential. And there's been absolutely no resistance whatsoever to individual price points by classification. It's all about the great value that we're presenting. And the thing that we continue to hear, and we continue to be told by our customer, is it's all about the deal, it's not about the price. We continue to be a leader in value proposition and what we're offering. And there's absolutely no resistance and probably the number one reason why a customer comes to us continue is the great values that we're offering. So I wish I could find even better, more deals at higher retails if they became available to us with wonderful branded manufacturers.
<Q - Patrick G. McKeever>: Sounds good, thanks very much.
Timothy A. Johnson:
All right. Thank you Chris and thank you everyone for joining us here on our first quarter call. We look forward to talking to you again at the end of May.
Operator:
Ladies and gentlemen, a replay of this call will be available to you within the hour and will end at 11:59 p.m. on Wednesday, June 6, 2012. You can access the replay by dialing 888-203-1112, that's toll free U.S. and Canada, or 719-457-0820 international and entering passcode 1866714. Again that phone
number is 888-203-1112 or 719-457-0820 and the international passcode is 1866714.
This concludes today's presentation. Thank you for your participation. You may now disconnect.
This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind.

*May 23 2012 9:38:35 Wire: Bloomberg First Word (BFW)*
**Big Lots Spikes Higher, Rebounds from Pre-Market Drop**
By Andrew Cinko
May 23 (Bloomberg) -- BIG, now little changed, rose as much as 2.7% to $35.73 after earnings call; now up 11.7% from pre- market low of $32.
* Earlier, cut yr sales forecast, see {NSN M4H0B16K50XZ <go>} Link to Company News:{BIG US <Equity> CN <GO>}
For Related News and Information: First Word scrolling panel: {FIRST<GO>} First Word newswire: {NH BFW<GO>}

*5/23/2012 11:37 am ET S&P Analyst Research Notes*
**S&P REITERATES HOLD RECOMMENDATION ON SHARES OF BIG**
LOTS (BIG 35.37***): Apr-Q operating EPS of $0.68, vs. $0.70, is $0.06 below our estimate and $0.01 below consensus from Capital IQ. Comparable store sales contracted 0.8%, wider than the 0.3% contraction we expected. Margins narrowed more than we expected reflecting markdowns needed to clear excess inventory and negative sales leverage. The company has made merchandising adjustments which we look to help sales in second half of FY 13 (Jan.).We are reducing our FY 13 EPS estimate by $0.07 to $3.34, and lowering our 12-month target price by $2 to $39, based on our updated P/E analysis. /J. Agnese

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*23 May 2012 Canaccord, Laura Champine, CFA*
**REDUCING OUR EPS ESTIMATES TO THE LOW END OF GUIDANCE**
Investment recommendation
BIG reported Q1 operating EPS of $0.68 excluding a previously announced charge of $0.05 related to a change in inventory accounting. Our estimate was $0.75, and consensus was $0.69.
U.S. SSS declined 0.8% on top of -3.6%, primarily as a result of poor execution in consumables. The SG&A expense rate was up 75bps yr./yr., worse than the 25bps increase we had forecast.
We are reducing our FY12 EPS estimate by $0.14 to $3.25, which is at the low end of the updated guidance range of $3.25-$3.40. Shares look cheap enough intra-day at 11x our FY12 EPS estimate and 5x FY12E EV/EBITDA to maintain a BUY rating, but it will clearly take better execution for BIG to reach our long term DCF-generated price target, which we are lowering from $57 to $52. We believe there is risk to our projections given the lack of visibility in consumables closeouts.
Investment highlights
• We are reducing our Q2 operating EPS estimate by $0.20 to $0.37. Our projections call for the SG&A expense rate to increase 195bps yr./yr., driven by higher bonus-related expenses, occupancy costs, and advertising.
• We are lowering our DCF-generated price target to $52 following adjustments to our estimates. Shares trade intraday at 11x our FY12 EPS estimate and 5x FY12E EV/EBITDA.
Valuation
We are lowering our DCF-generated price target from $57 to $52 following adjustments to our estimates. Our DCF indicates shares should trade at 13x FY12E EV/NOPAT, above the current multiple of 9x. Based on our FY12 estimates, BIG trades intra-day at 11x EPS and 5x EV/EBITDA. Our price target implies shares should trade at 16x our FY12 EPS estimate and 8x FY12E EV/EBITDA.
Investment risks
A prolonged slowdown in sales stemming from a product assortment that does not resonate with shoppers poses risks to our projections. Macroeconomic factors and extreme weather could also impact sales trends. Rising cost pressures could impact margins. The LW acquisition could require a greater capital investment to refurbish stores and replenish inventories than management anticipates.

*23 May 2012 Credit Suisse, Michael Exstein*
**2012 Survey of Retail Industry Capital Spending and Returns**
**SECTOR REVIEW**
**Cash Capital Spending to Increase 6.4% in '12 After Rising 15% in '11**
Cash capital spending for the industry is expected to increase 6.4% in 2012 to $45.0 billion, and most sub-segments are projecting double digit % increases except for mass merchants (+6%), and hardlines (-2.8%).
Although capital spending will be up for the second year in 2012, it will continue to be below absolute levels of spending that occurred during the last similar cyclical recovery in retail spending (2004-2005). Capital spending is also well below 2007's peak of $56 billion. At the peak, a significant portion of spending was dedicated to new store growth. This is not the case now as the emphasis will be on maintenance, infrastructure upgrades, ecommerce, and remodels. Overall, we believe a more rational capital strategy in terms of growth continues to be the right approach at this stage of the maturity curve for the industry. The key will be in managing the fixed asset base to further improve returns.
■ In 2011, retail industry cash capital spending increased 14.5% to $42.3 billion, as measured by our survey of 81 companies versus our estimates of 16%. This compares to a -0.1% decrease in '10. 2012 marks the second year of a cyclical recovery in capital spending for the retail industry, although the rate of spend remains well below the most recent comparable stage of recovery (in 2005). All sectors of retail increased spending during 2011. Softlines retail led the increase in '11, as spending rose 33.4% on a year-over-year basis. The mall anchors saw the second largest increase in spending on a percentage basis, as capital expenditures rose 33.0%, the biggest increase we have seen for the group since the start of our survey in 1991.
Keep in mind that the group lowered capex spending significantly in '08 and '09 so we are comparing against the lowest levels in over 10 years. Hardlines increased spending by 14.9%, followed by mass merchants (+11%), and food & drug retail (+8%).

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

■ Spending on merger and acquisitions increased 468% year over year to $7.9 billion in 2011, a dramatic rise in % terms, but lower than 2008 levels.
■ Total inventory turnover for the industry improved for the 6th consecutive year, and payables as a % of inventory increased 180 basis points to 69.3% in 2011.
■ ROE and ROA declined for the retail industry in 2011. ROE decreased from 16.8% in 2010 to 15.5% in 2011. ROA also declined from 7.8% to 7.1%.
Despite the decline in both metrics, ROE and ROA both remain above bottom levels seen in 2001 (ROE of 14.0% and ROA of 6.5%), reflecting lower levels of overall leverage.
■ Return on Invested Capital (ROIC) slightly declined year over year.
ROIC measured in at 11.1 % vs, 11.5% in 2010. However, taking Sears out of the equation for both years would have resulted in a relatively flat ROIC y/y.

May 23, 2012 Wedbush, Joan Storms, CFA
**Big Lots (BIG)**
**Q1 Results Basically Inline; Guidance Infers Backloaded EPS; But Improvements Are Coming; Reducing Forecast and PT to $49; Maintain OUTPERFORM**
Q1 pro forma EPS of $0.68 was below original guidance for $0.75-$0.81 and slightly below our/consensus revised estimates of $0.70/$0.69. Excluding the impact of the acquisition of Canada's Liquidation World (which closed during Q2), pro forma EPS was $0.77. GAAP EPS of $0.63 (including $0.09 LPS from Canada) reflects a $0.05 charge associated with the implementation of new retail inventory system. Q1 comps of -0.8% vs. -3.6% were in line with recently updated guidance for slightly negative and our/consensus -1.0%/-1.5%, but well below original guidance for up 2%-4%. EPS guidance had not been revised when the company negatively pre-announced Q1 comps on April 23. Comps were on plan for the first six weeks of the quarter, but sales trends began to slow in late March and then further softened in April. Excluding the inventory charge, U.S. gross margin was down 20 bps, to 40.1%, due to higher fuel costs and higher markdowns, partially offset by favorable merchandise mix shift and lower shrink.
SG&A de-levered 50 bps, to 33.7%, due to higher depreciation, occupancy, and advertising spend. Total U.S. retail sales were up 2.8% to $1.26 billion.
• Guidance for 2012 consolidated EPS was reduced to $3.25-$3.40 (from $3.40-$3.50). Guidance for Q2 EPS of $0.37-$0.42 was below our/consensus estimates of $0.57-$0.54), but we believe this guidance is conservative.
• Reducing our forecast for 2012 EPS to $3.35 (from $3.42). For Q2, we are reducing our EPS forecast to $0.42 (from $0.57). For 2013, we are reducing our EPS forecast to $3.80 (from $3.94).
• We maintain our OUTPERFORM rating despite disappointing Q1 results and outlook because we believe stock appears oversold and trades at an attractive valuation and risk:reward ratio compared to peers. Although comparisons get more challenging in 2H, new merchandising initiatives in higher margin categories are doing well and consumables and electronics still have good potential with initial improvements already being made. Although the Canadian acquisition is initially dilutive, we see good opportunities for 2013 and beyond.
• Reducing our price target slightly to $49 (from $50), which assumes the stock should trade at roughly 13x our revised 2013 EPS forecast of $3.80. This is in line with our projected longer-term earnings growth rate in the low to mid teens.
RISKS
• Risks to attainment of our share price target include uncertainty regarding any potential acquisition offers;
sales volatility;
decreases in store traffic and average ticket; discounts and mix shift changes negatively affecting gross margins; de-leveraging of SG&A; sourcing disruptions; competition from other discounters; consumer confidence; higher energy costs; rising interest rates;
adverse weather; geo-politics, etc.
SUMMARY
The Positive(s):

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | • Management has added additional resources to its buying teams and expects assortments to improve during Q2 and into early Q3.<br>• The company is forecasting comps to turn positive during 2H as a result of content changes within consumables and electronics, which is already hitting stores and sees the recently completed home expansion as providing an incremental sales opportunity.<br>• The company has significantly pre-planned back-to-school and Holiday even more so than last year, which should provide an easier transition during the seasons.<br>• Canada continues to exceed expectations.<br>• There are two extra shopping days between Thanksgiving and Christmas this year.<br>Our Concern(s):<br>• The company faces challenges in turning around its now-struggling consumables and electronics businesses, which should take at least one to two quarters.<br>• Guidance for 2012 is now very back-end weighted.<br>• The company has yet to introduce an e-commerce strategy to capitalize on the growing trend of online shopping.<br>What to Do with the Stock:<br>• For patient value players, we would buy shares on the current valuation, although we acknowledge there are not a lot of near-term catalysts. Longer-term, we believe the market has overreacted to what it perceives as yet another inconsistency in category performance resulting in disappointing guidance. However, we do believe the company is being very conservative in order to deliver more consistent results and a couple of swing factors, including share buybacks and Canada, could favorably affect results in 2H and 2013.<br>Q1 Details<br>• Sales: Q1 comps of -0.8% vs. -3.6% were in line with recently updated guidance for slightly negative and our/consensus -1.0%/-1.5%, but well below original guidance for up 2%-4%. Estimates had been revised when the company negatively pre-announced Q1 comps on April 23. Comps were on plan for the first six weeks of the quarter, but sales trends began to slow in late March and then further softened in April. Total U.S. retail sales were up 2.8% to $1.26 billion – below original guidance for up 6%-8%.<br>Canadian sales of $32.2 million were above original guidance for $25-$30 million. Furniture and hardlines were the best performing categories, each comping up mid-single digits. Lawn & garden was up in low single digits, while the balance of the seasonal category was down slightly. Comps in the home category were essentially flat for Q1. The two most challenging categories were consumables and electronics. The consumables category comped down in low single digits (versus management's expectations for up in low-single digits) and electronics was slightly positive after a 20% comp in Q4. With respect to consumables, management believes there were sufficient close-out opportunities; however the shortfall was due to either buying the wrong merchandise or not being broad enough in its selections, particularly in food. The miss in electronics was due to not keeping pace with technology. The combination of the miss in consumables and the slowdown in electronic trends contributed to nearly 3 points of the comp miss versus the original forecast, representing the vast majority of the miss.<br>• Gross Margin: Excluding the inventory charge, U.S. gross margin was down 20 bps, to 40.1%, due to higher fuel costs and higher markdowns, partially offset by favorable merchandise mix shift and lower shrink.<br>• SG&A: SG&A de-levered 50 bps, to 33.7%, due to higher depreciation, occupancy, and advertising spend.<br>• Operating Profit: U.S. operating profit was down 13% to $75 million and down 120 bps to 5.8% of sales<br>• Interest Expense: $0.3 million vs. $0.5 million<br>• Tax Expense: U.S. tax rate of 37.3% vs. 38.9% was in line with management's expectations (and included in guidance)<br>• EPS: Q1 pro forma EPS of $0.68 was below original guidance for $0.75-$0.81 and slightly below our/consensus revised estimates of $0.70/$0.69. Estimates had been revised when the company negatively pre-announced Q1 comps on April 23. Excluding the impact of the acquisition of Canada's Liquidation World (which closed during Q2), pro forma EPS was $0.77. GAAP EPS of $0.63 (including $0.09 LPS from Canada) reflects a $0.05 charge associated with the implementation of new retail inventory system.<br>• Balance Sheet: Big Lots ended the quarter with cash of $83 million vs. $284 million and no borrowings |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | vs. none last year, reflecting expenditures for share repurchases, investments in Canada, and repaying of borrowings under its credit facility.<br>Inventories were up 8% to $848 million, but up only 1% YoY on a U.S. per-store basis. Shareholders' equity was $809 million vs.$1.01 billion.<br>• Capex: $18 million vs. $19 million<br>• Real Estate: During Q1, the company opened 10 new stores and closed six, ending the quarter with 1,454 stores (31.6 million selling square feet) in the U.S. and 82 stores in Canada (down from 92 stores when the deal was announced).<br>• Share Repurchases: During Q1, the company spent $99 million to repurchase 2.5 million shares at an average price of $39.32, which completed the $400 million March 2011 Repurchase Program (11.7 million shares were acquired at an average price of $34.11). On May 22, the company's board approved a new $200 million share repurchase program.<br>• Canada: Inventory levels grew and the quality and breadth of assortment continued to improve. Inventory ended the quarter at approximately $25 million, in line with management's target level to be consistently in a range of $25-$30 million. Customer feedback to changes in assortment and quality continued to be encouraging, particularly in the areas of furniture, seasonal, and consumables. The company has yet to complete its assortment in the home category, but it believes it is on track to have a fully assorted store by early Q3. The management team for Canada is now in place. Big Lots continues to evaluate the potential of Canadian stores given the current real estate. Canada ended Q1 with 82 Liquidation World and LW stores.<br>GUIDANCE (updated 5/23/12)<br>• Q2<br>Consolidated EPS: $0.37-$0.42<br>§ U.S.: $0.44-$0.49<br>§ Canada: $(0.10)-$(0.07)<br>Sales<br>§ U.S.: up 3%-4%, with slightly positive to slightly negative comps<br>§ Canada: $32-$35 million<br>Gross margin: higher YoY<br>SG&A expenses: higher YoY, driven by higher costs for depreciation, occupancy, advertising, incentives, and headcount<br>• 2012 (53-week fiscal year)<br>Consolidated EPS: $3.25-$3.40 (previously: $3.40-$3.50, which does not assume any additional share repurchases, but does include an expected benefit of $0.10 as a result of the extra week in the 2012 fiscal calendar, as well as a nonrecurring, non-cash charge of $0.05 during Q1 as a result of improved inventory accounting):<br>§ U.S.: $3.50-$3.60 (previously: $3.63-$3.73)<br>§ Canada: $(0.26)-$(0.21) (previously: $(0.26)-$(0.21)), representing a $14-$16 million loss (previously: $14-$17 million loss), reflecting: 1) there will be no tax benefit from Canada's operating loss during 2012, 2) gross margins are expected to be lower than the U.S., and 3) investments in expense infrastructure will result in nearterm de-leverage<br>Comps: flat to +1% at U.S. stores (note: Starting in Q1, the company modified its reporting for comparable store sales to now be based on stores open at least 15 months versus the prior basis for stores open at least two years, but the company said fiscal 2011 comps would not have been materially different using the new basis. Also beginning in Q1, the company discontinued reporting sales results prior to reporting full financial results.)<br>Total sales:<br>§ U.S.: up 5.5%-6.5% (previously: up 8%-9%)<br>§ Canada: $142-$152 (previously: $140-$150 million)<br>Cash flow: $190 million (previously: $200 million)<br>Interest expense: $2 million<br>Diluted share count: 64 million (previously: 65 million), which does not assume any additional share repurchases |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

Operating margin: relatively flat in the U.S.
Tax rate: 38.0%-39.0%
Gross margin: slightly higher due to lower anticipated markdowns
SG&A: deleveraging slightly due to higher depreciation, bonus expense, and occupancy; however, excluding higher bonus expense, the company expects some leverage (the company estimates its comp leverage point is at a 1% comp) coming from stores, DCs, credit card fees, utilities, and the 53rd week, partially offset by higher depreciation
Depreciation: $105 million vs. $88 million
Real estate: 90 new stores and 45 closures in the U.S. for net store growth of about 3%, with 70 in traditional locations and 20 in A-type locations; there are no plans to open new stores in Canada at this time while the company works on improving the store model and operations, but there might be additional store closures in Canada
Capex: $130-$135 million, reflecting maintenance capex of $40 million, new store capex of $50-$55 million, and capex of $40 million for other strategic initiatives (new systems including new warehouse management, HR, and real estate systems; retrofitting and refreshing a portion of the store base; and new fixturing initiatives to support certain merchandising strategies).
2012 Initiatives
• Growing the U.S. store base
• Turning around Canada
• Growing organizational capabilities (new warehouse management systems, new HR systems, and a new real estate system, all of which will be executed over the next couple years)
• Providing more consistent and predictable quarterly results
• Continuing to generate strong returns for shareholders (the company has begun to develop its next long-range plan to focus on years 2013-2015, and this process will take the better part of a year to complete)

*May 23, 2012 KeyBanc Bradley B. Thomas, CFA*
**BIG – Quick Alert: Results in Line with Pre-Release; 2Q Guidance Disappoints**
KEY INVESTMENT POINTS
INITIAL REACTION – PLEASE NOTE THAT THESE THOUGHTS ARE A PRELIMINARY REACTION. PLEASE SEE OUR FULL NOTE FOLLOWING THE COMPANY'S CONFERENCE CALL AND ADDITIONAL ANALYSIS.
1Q Results Above Recently-Lowered KBCM Estimate. BIG reported 1Q EPS from continuing operations of $0.68. Results were above our recently lowered estimate of $0.67 but below consensus of $0.69, which still reflected a number of estimates that did not appear to be updated in the wake of BIG’s pre-release. The range on the Street was $0.59-$0.76. Prior to the Company’s April 23 sales update, our estimate and consensus were at $0.80. Results were below management’s guidance of $0.75-$0.81, which was not updated in conjunction with the April sales update. Reported EPS of $0.63 included a $3.4 million after-tax charge relating to an inventory accounting change.
Sales in Line with Pre-Release Guidance. Domestic sales increased 2.8% to $1.26 billion in the quarter. Comps were -0.8%, which was in line with management’s updated guidance of slightly negative, as well as our estimate of -0.5%. Comps were below management’s original guidance of +2.0-4.0%, as well as our original estimate of +4.0%, and represented a significant deceleration on a one-, two-, and three-year rate. Sales in Canada were $32.2 million, which was better than initial guidance. As part of BIG’s April sales update, management noted that sales in Canada were tracking slightly above their original $25 million-$30 million guidance. Total sales, including Canadian operations, increased 5.5% to $1.29 billion (vs. our 5.5% estimate).
Gross Margin Pressure and Sales Deleverage Drive Margin Decline. Gross margin decreased 24 basis points to 40.0% (vs. our estimate of 39.7%). This marked the sixth consecutive quarter of gross margin declines, though the smallest loss during that time. SG&A deleveraged 104 basis points to 34.3% (vs. our 34.2% estimate). Within SG&A, selling and administrative expenses accounted for 77 basis points of the deleverage (to 32.3% of sales vs. our 32.4% estimate). As a result, operating margin declined 128 basis points to 5.8%, which was above our 5.5% estimate.
Management Lowers 2012 Guidance. For 2012, management now expects EPS from continuing operations of $3.25-$3.40 (representing 8-13% earnings growth). This compares to our current estimate of $3.43 and consensus of $3.34. This is lowered from previous guidance of $3.40-$3.50 (which represented 13-17%). Excluding the estimated $0.10 benefit from the Company’s 53rd week,

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

EPS is expected to grow 5-10%. Management now anticipated U.S. sales to grow 5.5-6.5% (vs. prior guidance of 8-9%) and U.S. comps to be flat to up 1% (vs. prior guidance of a 2-3% increase). The Company believes adjusted income from U.S. operations will be $3.50-$3.60, which is down from previous guidance of $3.63-$3.73. Sales in Canada are now expected to be $142 million-$152 million for the year (vs. previous guidance of $140 million-$150 million). Canadian operations are now expected to post an operating loss of $14 million-$16 million (or $0.23-$0.26 per share). This is better than prior guidance for a loss of $14 million-$17 million ($0.21-$0.26 per share).
2Q Outlook. For the 2Q, management anticipates EPS from continuing operations of $0.37 -$0.42. This compares to our current estimate of $0.56 and consensus of $0.54. U.S. sales are expected to increase 3-4%, with comps ranging from slightly negative to slightly positive. U.S. operations are expected to post EPS of $0.44-$0.49. Sales in Canada are expected to be $32 million-$35 million.
Operating loss from Canadian operations is anticipated to be $4 million-$6 million (or $0.07-$0.10 per share).
A conference call will be held at 8:00 am EDT. Dial in: (888) 455-2265; passcode: 1866714.
Our estimates are currently under review.

*May 23, 2012 The Buckingham Research Group John Zolidis*
**When It's Not Working, Why Change Anything?**
BIG reported final 1QFY12 operating results and cut its full-year guidance on May 23 before the open.
ACTION: We would use BIG shares as a source of funds. Revised guidance could still be too high.
• 1QFY12 results reflect poor execution and weakening competitive positioning. 1QFY12 same-store sales fell 0.8% on top of a 3.6% decline in the prior year (Table II). Including losses in Canada but excluding an inventory accounting change net income fell 16% and EPS fell 3% to $0.68.
• The revised outlook assumes improvement but no new strategies were offered. The company cut its FY12 EPS outlook to $3.25-$3.40 from $3.40-$3.50. This includes a lower than expected 2QFY12 with EPS of $0.37-$0.42 including Canada vs. $0.50 LY. BIG has just completed “deep dives” on its underperforming businesses and hopes to execute better later in the year against modestly more difficult comparisons. Nevertheless, nothing new was offered in terms of merchandising initiatives. Our forecasts are mostly unchanged.
• Our message to BIG: The times they are a changing. Compared to five years ago BIG’s customer has a lot more options. This reflects recent improvements at Wal-Mart (WMT; Buy), the Pfresh roll-out at Target (TGT; Neutral) and nearly 5,000 new dollar stores opened since CEO Steve Fishman came on board. There is also the internet.
Meanwhile, BIG is pretending nothing is different. The company can’t compete on the internet. Stubbornness is preventing the company from reversing Mr. Fishman’s early decision to remove coolers and freezers from the stores and reinstall them, which would be the easiest way to stem market share losses, in our opinion.
• FCF is one positive we can identify. BIG generated $187 M in FCF LY and we are currently forecasting $164 M this year ($2.59/ share).
The company typically returns all excess capital to shareholders via share repurchase.
• Is this stock uninvestable? If there is a long-term secular disadvantage valuation does not matter. Perhaps that’s why insiders as so keen to reduce their positions. See Table III for YTD selling.

*23 May 2012 J.P. Morgan Matthew R. Boss, CPA*
**1Q Review & CC Takes: "Deep Dive" Underway w/2H Guidance Leaving a Level of Risk on the Table**
Big Lots reported 1Q EPS of $0.68 (below our $0.70 model/Street at $0.69), setting its initial 2Q guidance below the Street with a level of top-line/margin improvement baked into 2H assumptions (i.e. return to positive comps). While this setup is normally a punishable offense, the BIG model is historically more volatile in nature and miscues, particularly on the consumables side of the house have reversed course in the past (i.e. 2H10) under CEO Fishman’s leadership. While we believe 2H12 guidance embeds a level of risk, we will be monitoring stores closely over the coming months (2Q closeout in consumables) for signs of improvement in the assortment and increased top-line traction. While the stock is "cheap" from a valuation perspective (9.6x P/E / 4.4x EBITDA), we remain on the sidelines for now awaiting further details around the turnaround roadmap and stability of 2H EPS guidance.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

 1Q Review – Consumables the Primary Culprit. BIG reported 1Q EPS of $0.68 (excluding a $0.05 1x inventory accounting change) - below our model at $0.70 and the Street at $0.69. Comparable sales growth came in at -0.8% (pre-announced at slightly negative / JPM at -0.2%) with consumables (down LSD) and electronics (slightly positive) accounting for a 300bps detriment versus management's initial 2-4% 1Q comp guidance. Moving down the P&L, the primary downside delta versus our model was GPM (-68bps to 39.6% vs. JPM at Flat to 40.3%), driven by higher markdowns and fuel costs partially offset by favorable mix and improved shrink. Operating expenses came in more/less in line with our model with SG&A ($418.3M vs. JPM: $424.1M) representing deleverage of 77bps driven by higher depreciation, occupancy, and advertising. Other line items, (income tax of 40.5% vs. JPM at 40.6% and interest expense of $0.3mil vs. JPM at $0.5mil) were more/less in line with our model. Below the line, share buybacks in the quarter were higher than modeled (2.5mil at an average price of $39.92 –vs. JPM at 0.5mil) worth $0.01 of upside. Other line items, (income tax of 40.5% vs. JPM at 40.6% and interest expense of $0.3 mil vs. JPM at $0.5mil) were more/less in line with our model.
 5 Key Takeaways from the 1Q Conference Call. (1) Consumables (down LSD) & Electronics (up slightly) performance drove 300bps of the SSS miss versus plan – an execution issue in both cases according to management, with assortment issues in food, and a new product cycle in electronics, (2) Closeout opportunity exists within the consumables business in 2Q (hitting stores over the next few weeks), but lack of stabilization in the category quarter-to-date, (3) Longer term opportunity for expansion of direct-from-manufacturer branded consumables a current initiative underway (relationships key), (4) Full execution game-plan to come with current “deep dives” underway in the consumables and electronics category, and (5) Canada will be fully merchandised by 3Q and turnaround remains on track today.
 2Q Guidance Reduced w/ Implied 2H EPS Set $0.14 Above the Street. BIG set its initial 2Q12 guidance at $0.37-0.42 (vs. JPM at $0.56/ Street at $0.54) based on flattish same-store-sales, positive gross margin, and SG&A deleverage. For FY12, BIG lowered its guidance range by $0.125 at the midpoint (missed initial 1Q guidance midpoint by $0.10) from $3.40-3.50 to $3.25-$3.40 (vs. Street at $3.33/JPM at $3.40) based on same-store sales of flat to 1.0% (JPM at +2.0%), a Canadian loss of $0.23-$0.26 per share (JPM at loss of $0.12). Importantly, using the midpoint of guidance provided for 2Q and 2012 would imply 2H12 EPS of $2.25, which stands $0.10 above our model, and $0.14 above the Street. While embedded assumptions are not heroic on the surface – the implied sequential improvement from 1H is substantial with SSS guided up ~1% and GPM expected up 50-100bps in 2H on our math – raising a level of risk moving forward.
 Consumables “Deep Dive” Underway w/ Greater Consistency Key. A key longer term opportunity for BIG, in our view, is expansion direct-from-manufacturer brands in the consumables category. To explain, BIG's consumables category (~30% of mix today) is made up of 70-80% closeout goods today, which increases the level of inconsistency and overall comp volatility quarter to quarter. On the call, CEO Fishman spoke to seeing increased opportunities to infuse day to day replenishment businesses into the mix longer term with the company working on building better relationships with top manufacturers today. This is something we see as a structural positive, but it will not take place overnight. On the closeout pipeline in consumables, the company is pleased with “a substantial close-out opportunity" that will hitting the stores over the next few weeks (2Q and 3Q opportunity) and expects the assortment to improve with expansion of fresh finds and the addition of an International foods event (first time event).
 Balance Sheet Metrics In-Check. Inventories came in +8.0% YOY (+1.0% growth per store) versus total revenue growth of up 5.5% (-0.8% SSS). BIG’s liquidity position remains strong ending 1Q with $82.6mil of cash on hand (from $69mil at 4Q-end) with no debt on the balance sheet. Given annual FCF guidance of $190mil (previously $200) in 2012 (vs. $146mil in 2011), BIG has ample flexibility looking forward with uses of cash focused on new store growth and share repurchases. To that end, the company announced an authorization for a $200 million share repurchase program beginning on May 25 in conjunction with 1Q EPS this morning.
 Lowering 2012 & 2013 EPS and Reduce PT to $41 (from $42). We have lowered our FY12 and FY13 estimates to $3.30 ($3.40 previously) and $3.70 ($3.85 previously), respectively based on downwardly revised 2012 EPS guidance of $3.25-$3.40 (previously $3.40-$3.50) and more conservative top-line assumptions. We are also adjusting our quarterly EPS estimates reducing 2Q12 to $0.41(from $0.56 – compares with guidance of $0.37-$0.42) and 3Q12 to $0.12 (from $0.14), and raising 4Q12 to $2.13 (from $2.01). Our December price target is $41 (reduced from $42) based on 11.0x (in ine with 10.9x 3-year average) our 2013 EPS of $3.70.

*May 23, 2012 KeyBanc Bradley B. Thomas, CFA*

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

**BIG: 1Q in Line with Tempered Expectations; Disappointing 2Q Guidance**

ACTION STATEMENT

Big Lots, Inc. (BIG-NYSE) reported 1Q12 results that were generally in line with investor expectations, but issued 2Q guidance that was significantly below Street estimates.

Sales were in line with the Company's April pre-release but significantly below original expectations and management's prior guidance. Additionally, management lowered full-year guidance (which was expected as guidance was not updated along with the April pre-release) and issued disappointing 2Q guidance, which is $0.15 below current consensus at the midpoint. Canada remains a bright spot and is tracking at the high end of (if not slightly above) management's plan. We believe the Company has significant growth opportunities, especially in Canada, but believe near-term results will remain pressured. We would look to become more positive on the shares should the Company show improvement in key categories, which we believe could happen in the 2H. We currently rate the shares HOLD.

• 2012E: $3.29 from $3.43
• 2013E: $3.65 from $3.75

KEY INVESTMENT POINTS

1Q Results Above Recently-Lowered KBCM Estimate. BIG reported 1Q EPS from continuing operations of $0.68. Results were above our recently-lowered estimate of $0.67, but below consensus of $0.69 (which still reflected a number of estimates that did not appear to be updated in the wake of BIG's pre-release). The range on the Street was $0.59-$0.76. Prior to the Company's April 23 sales update, our estimate and consensus were at $0.80. Results were below management's guidance of $0.75-$0.81, which was not updated in conjunction with the April sales update. Reported EPS of $0.63 included a $3.4 million aftertax charge relating to an inventory accounting change.

Sales in Line with Pre-Release Guidance. Domestic sales increased 2.8% to $1.26 billion in the quarter. Comps were -0.8%, which was in line with management's updated guidance of slightly negative as well as our estimate of -0.5%. Comps were below management's original guidance of +2.0-4.0%, as well as our original estimate of +4.0%, and represented a significant deceleration on a one-, two- and three-year rate. Sales in Canada were $32.2 million, which was better than initial guidance. As part of BIG's April sales update, management noted that sales in Canada were tracking slightly above its original $25 million-$30 million guidance. Total sales, including Canadian operations, increased 5.5% to $1.29 billion (vs. our 5.5% estimate). From a category perspective, the furniture and hardlines categories were the strongest, each posting comp increased in the MSD. Comps in the lawn and garden category increased in the LSD. Management noted that the category tracked in line with weather trends, performing well when and where weather was good.

Home category comps were essentially flat. The weakest results relative to expectations were in the consumables and electronics categories. The consumables category, which is the largest category, posted comp declines in the LSD. Management attributed the weakness to company missteps and poor execution, particularly in the closeout portion of the business. Management believes that BIG bought the wrong brands/items and did not have a broad enough selection, particularly in food closeouts. Encouragingly, within the category, management was pleased with the performance of the Fresh Finds and International Food Fair initiatives. Electronics comps were up slightly but slowed from the 4Q and were below expectations. Management again attributed the shortfall to poor execution. The Company believes its offering was too out-of-date (particularly in tablets, video games and DVDs). Within electronics, accessories were a bright spot. BIG has spent time understanding the issues within these two categories and is working to improve its offering.

Sales Deleverage Drive Margin Declines. Gross margin decreased 24 basis points to 40.0% (vs. our estimate of 39.7%) due to higher fuel costs and increased markdowns, partially offset by favorable mix and lower shrink. This marked the sixth consecutive quarter of gross margin declines, though the smallest loss during that time. SG&A deleveraged 104 basis points to 34.3% (vs. our 34.2% estimate) due to comp deleverage, as well as higher depreciation, occupancy and advertising. Within SG&A, selling and administrative expenses accounted for 77 basis points of the deleverage (to 32.3% of sales vs. our 32.4% estimate). As a result, operating margin declined 128 basis points to 5.8%, which was above our 5.5% estimate. Looking ahead, in the 2Q, gross margin is expected to be up year-over-year as the Company anniversaries heavy markdowns within the lawn and garden

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | category in 2Q11. SG&A for the quarter is expected deleverage due to increased advertising (an extra ad in May), higher depreciation expense, incremental bonus expense and comp deleverage.<br>Healthy Balance Sheet. At the end of the 1Q, BIG had $82.6 million in cash (vs. $283.9 million in 1Q11) and no debt.<br>The decrease in cash debt is a result of investment in Canada and continued share repurchases. During the 1Q, BIG repurchased 2.5 million shares of stock for $99 million (an average price of $39.32). During the quarter, BIG exhausted its existing repurchase authorization and on May 22, the Company's Board approved a new $200 million authorization that expires in May 2013. The Company has not made any purchases under the new authorization yet. We believe the Company's free cash flow is sufficient to support ongoing maintenance and investments in the business, moderate unit growth in the United States, the acquisition of Liquidation World and growth in Canada, as well as further share repurchase.<br>Canadian Expansion Represents Near-Term Drag, but Offers Significant Long-Term Potential. In 2Q11, BIG expanded into Canada with its acquisition of Liquidation World (LW). Management had previously explored ways to enter the Canadian market but, after significant due diligence, felt that organic growth would take too long to reach critical mass in the country and that acquisition<br>was the best way to expand north. Liquidation World posted $153 million in revenue in 2010 and operated 87 locations (which are slightly smaller than Big Lots stores in the United Stats) concentrated in Ontario and the West Coast. LW struggled over the past four to five years due to poor merchandising and in-store execution, but BIG plans to implement its WIN strategy and Ready for Business initiative, which places an emphasis on merchandising and store-level execution, to help turnaround the chain. Management noted that inventory levels and quality have improved, particularly in seasonal, toys and furniture categories. In 2012, BIG will focus on broadening the assortment and developing the home and consumables areas. Management targets an 18-month turnaround before the chain becomes profitable and believes, longer term, the Company has an opportunity to operate up to 150 stores in Canada. The acquisition is currently dilutive to earnings, though management outlook has improved. Longer term, we believe current number of Canadian locations could benefit EPS by $0.26 should management be able to bring the Canadian stores up to par with the Company's U.S. operations (7% operating margin and more than $160 in sales per square foot). Even using conservative estimates of 4% operating margin (which is in line with BIG's 10-year average) and $140 per square foot (which is significantly below BIG's trough levels), this implies an additional $0.13 of EPS.<br>Management Lowers 2012 Guidance. For 2012, management now expects EPS from continuing operations of $3.25-$3.40 (representing 8-13% earnings growth). This compares to the current consensus of $3.34. This is lowered from previous guidance of $3.40-$3.50 (which represented 13-17%). Excluding the estimated $0.10 benefit from the Company's 53rd week, EPS is expected to grow 5-10%. Management now anticipated U.S. sales to grow 5.5-6.5% (vs. prior guidance of 8-9%) and U.S. comps to be flat to up 1% (vs. prior guidance of a 2-3% increase). The Company believes adjusted income from U.S. operations will be $3.50-$3.60, which is down from previous guidance of $3.63-$3.73. Sales in Canada are now expected to be $142 million-$152 million for the year (vs. previous guidance of $140 million-$150 million). Canadian operations are now expected to post an operating loss of $14 million-$16 million (or $0.23-$0.26 per share). This is better than prior guidance for a loss of $14 million-$17 million ($0.21-$0.26 per share).<br>2Q Outlook. For the 2Q, management anticipates EPS from continuing operations of $0.37-$0.42. This compares to the current consensus of $0.54. U.S. sales are expected to increase 3-4%, with comps ranging from slightly negative to slightly positive. U.S. operations are expected to post EPS of $0.44-$0.49. Sales in Canada are expected to be $32 million-$35 million. Operating loss from Canadian operations is anticipated to be $4 million-$6 million (or $0.07-$0.10 per share).<br>Adjusting Estimates. For the 2Q, our EPS estimate goes to $0.41 from $0.56. Our 3Q and 4Q estimates remains $0.16 and $2.05, respectively. As such, our 2012 estimate goes to $3.29 from $3.43. For 2013, our estimate goes to $3.65 from $3.75.<br>VALUATION<br>Based on an intraday price of $35.81, shares of BIG trade at 10.9x and 9.8x our 2012 and 2013 EPS estimates of $3.29 and $3.65, respectively. On an EV/EBITDA basis, shares trade at 5.1x and 4.8x our 2012 and 2013 estimates vs. its five-year EV/EBITDA average of 6.4x. Shares trade at an EV/Sales of 0.4x our 2012 sales estimate. This compares to a five-year average of 0.5x. The stock has traded as high as 0.8x and as low as 0.2x during that time. As such, we rate the shares HOLD at this time.<br>RISKS<br>Risks that may affect the financial results of the Company and/or the stock price include:<br>• Real estate cost and availability could inhibit unit growth.<br>• Availability of closeout merchandise. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

• Increased competition from dollars stores, discounters and warehouse retailers.

*May 23, 2012 BB&T Capital Anthony Chukumba*
**BIG: REITERATE BUY (1) RATING AFTER MANAGEMENT RESETS THE BAR FOR FY'12**
Key Points
• BIG LOTS REPORTS WORSE-THAN-EXPECTED Q1'12 EARNINGS. Net sales increased 5.5% to $1.3B and diluted EPS declined 2.9% to $0.68, missing our estimate and consensus by $0.08 and $0.01, respectively. Management also reduced its FY'12 earnings guidance.
• MERCHANDISING MISSTEPS MERELY BUMP IN THE ROAD. While we were disappointed by the worse-than-expected consumable and consumer electronics sales in Q1, we believe making major merchandising changes is a process that takes time, and occasional bumps in the road are to be expected.
• CONTINUE TO LIKE CANADIAN OPPORTUNITY. We continue to be encouraged by the progress Big Lots is making in Canada, which gives us additional confidence in the company's long-term prospects north of the border.
• GUIDANCE REDUCTION RESETS EARNINGS EXPECTATIONS. We believe management's FY'12 guidance reduction has reset earnings expectations to a more easily achievable level, setting Big Lots up to "under promise and over deliver."
• REITERATE BUY (1) RATING, $51 PRICE TARGET. While we were not pleased by Big Lots' Q1'12 "miss and lower," we believe management has reset FY'12 earnings expectations to a more easily achievable level, which we view as a positive. We reiterate our Buy (1) rating and $51 price target.
Additional Discussion
Big Lots' Q1'12 net sales increased 5.5% to $1.3B (missing our estimate by $8M), with comparable-store sales down 0.8% (below our -0.2% estimate). Gross margin (excluding onetime items) decreased 30 bps yr/yr to 40.0% (missing our estimate by 20 bps) and selling, general, and administrative (SG&A) expenses as a percentage of net sales increased 80 bps to 32.3% (in line with our estimate). Operating margin decreased 130 bps to 5.7% and diluted EPS declined 2.9% to $0.68, missing our estimate and consensus by $0.08 and $0.01, respectively.
Management reduced its FY'12 diluted EPS guidance to $3.25-$3.40 from $3.40-$3.50, as compared to our prior estimate and consensus of $3.40 and $3.33, respectively. For Q2'12, management forecast diluted EPS of $0.37-$0.42, as compared to our prior estimate and consensus of $0.55 and $0.54, respectively. Other notable comments from the earnings call were as follows:
• Consumable comps declined by a low-single-digit percentage, driven by weak sales of food, health and beauty care (HBC), and chemical products. Management attributed the disappointing top-line results to Big Lots own execution issues, and expects to see improved consumable sales trends beginning in late Q2 or early Q3. Electronic sales increased slightly yr/yr but missed management's expectations, driven by an outdated assortment of tablet PCs, video games, and DVDs.
• Big Lots' Canadian operations reported a net loss of $0.09/sh in Q1, which was at the low end of management's guidance range. The company ended Q1 with $25M of inventory in Canada, at the low end of management's targeted normalized run rate of $25M-$30M.
Management is encouraged by the consumer response to its furniture, seasonal, and consumable merchandise, while necessary changes to its home assortment are expected to be completed by early Q3. Big Lots recently filled out its Canadian leadership team with the hiring of a head merchant.
• Management's revised FY'12 diluted EPS guidance assumes the following for its U.S. operations: 1) slight yr/yr gross margin expansion; 2) a slight yr/yr increase in SG&A expenses as a percentage of net sales, driven by higher depreciation and incentive compensation expenses; 3) a flat operating margin; 4) $2M of interest expense; and 5) a 38%-39% tax rate. Big Lots' FY'12 financial results will benefit from two extra shopping days between Thanksgiving and Christmas this year and a 53rd week, which management expects will contribute $0.10 to diluted EPS.
• Big Lots bought back the $99M of common stock remaining on the company's prior share repurchase authorization in Q1 and announced a new $200M buy back program.
Management slightly lowered its FY'12 free cash flow guidance to $190M from $200M.
While we were not pleased by Big Lots' Q1'12 "miss and lower," we believe management has reset FY'12 earnings expectations to a more easily achievable level, which we view as a positive.
Below are our key takeaways on the company's Q1 results:

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

• We were disappointed by the worse-than-expected consumable and consumer electronics sales in Q1'12, particularly given the outperformance during the just past holiday selling season and management's recent focus on upgrading both categories. That said, we believe making major merchandising changes is a process that takes time, and occasional bumps in the road are to be expected—especially when closeouts account for ~50% of a retailers' sales as they do for Big Lots. We think the true test will come later this year when management has had time to absorb the lessons from the recent underperformance and make the necessary assortment changes.
• We continue to be encouraged by the progress Big Lots is making in Canada, which gives us additional confidence in the company's long-term prospects north of the border. We also note Fishman is an experienced turnaround expert, having orchestrated the remarkable revival of Big Lots' fortunes since joining in 2005, including expanding the operating margin nearly 600 bps and growing diluted EPS more than sixteen-fold. We expect Big Lots Canada's results to continue to improve in FY'12 as the company increases inventory levels; raises store operating standards; and eventually begins to advertise the "new and vastly improved" Liquidation World.
• We were happy to see Big Lots take advantage of the stock's attractive valuation by aggressively repurchasing stock in Q1, which we estimate is highly EPS accretive at recent levels. We were also pleased to see the board of directors authorize a new share repurchase program given the recent weakness in the stock price (down 4% year to date, as compared to a 3% increase in the S&P 500). Given the facts Big Lots is currently debt free and plans to generate $190M in free cash flow, we believe share repurchases are an effective method of returning value to stockholders.
• While we never like to see companies miss earnings expectations and reduce guidance, we believe management has reset FY'12 earnings expectations to a more easily achievable level, setting Big Lots up to "under promise and over deliver" (in sharp contrast to Q1, in which it "overpromised and under delivered.") We note the company executed a similar playbook in FY'11, when it announced disappointing Q1 sales and reduced full-year earnings guidance soon after, only to roundly outperform the lowered bar (in fact, adjusted for the Liquidation World acquisition, Big Lots' FY'11 diluted EPS actually exceeded the high end of its original forecast range). We also note management reduced the midpoint of its FY'12 diluted EPS guidance by less than 3%, which we would categorize as more of a "trim" than a "buzz cut."
Valuation Methodology & Risk Considerations We reiterate our Buy (1) rating and $51 price target on Big Lots. Our price target is based on a 13.5x multiple of our FY'13 diluted EPS estimate, which we believe is conservative given the higher valuations currently afforded other deep-discount retailers, including Dollar General (DG-$46.34-Hold), Dollar Tree (DLTR-$98.18-Buy), and Family Dollar (FDO-$64.22-Hold). Our investment thesis remains as follows:
• Big Lots has become the nation's largest broadline closeout retailer by far by offering a wide selection of merchandise at compelling price points.
• Big Lots has attractive square footage growth opportunities ahead of it, including the opening of higher productivity "A" locations.
• Big Lots recent acquisition of Liquidation World provides the company with a "low-cost" option to enter the Canadian market.
• Big Lots generates strong free cash flow, which the company regularly returns to its stockholders through share repurchases.
In our opinion, there are several risks associated with an investment in Big Lots and to achieving our price target on the shares. They include: (1) increased competition from discounters, deep discounters, department stores, and other retailers; (2) the inability to consistently procure quality closeout merchandise that can be sold at acceptable profit margins; (3) continued weakness in U.S. consumer spending, particularly during the holiday selling season; and (4) problems integrating the Liquidation World acquisition, including possible management distraction from the core U.S. business.

*5/23/2012 MKM Partners Patrick McKeever*
**Consumables Fix Could Take a While; Trimming Forecast and FV**
• Stock Showing Signs of Bottoming, but Confidence in Outlook Lacking. BIG shares are up about 5% intraday vs. a 1% decrease in the S&P 500 and despite weak 1Q12 results and disappointing near-term guidance. The stock's action suggests a pricing in of lower expectations and a possible bottoming, but with a third of the businesses struggling and no quick fix in sight, we think it's best to err on the side of caution and maintain our Neutral rating.
• No Meaningful Improvement 2Q12 to Date. First quarter comps decreased 0.8% on top of a 3.6% decrease last year as

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | consumables comps fell by a low-single digit rate and electronics sales slowed considerably. Unfortunately, we believe there has been no material change in trend 2Q12 to date and think it could take two to three quarters for changes in the consumables strategy to gain traction.<br>We believe the problems are largely company-specific and not due to greater competition with the dollar stores, as Big Lots did well in consumables last year.<br>• Canada Doing Fine vs. Plan, but Will Continue to Pressure Results. Adjusted 1Q12 EPS were $0.68, down modestly from last year and below our $0.72 estimate on a lower gross margin and higher tax rate vs. our model. Big Lots Canada lost $0.09 per share vs. guidance for a loss of $0.09-$0.12, but remains a work in progress. The executive team is in place, and stores should have a full assortment by 3Q11, but the operation is still likely to lose about $0.25 this year.<br>• Lowering Earnings Forecast. We are largely maintaining our sales forecast for the balance of FY12 and continue to expect flat to slightly positive comps over the remaining quarters, but we are lowering our 2Q12 EPS significantly to reflect new guidance of $0.37-$0.42 vs. our prior $0.54 estimate. We are raising our 2H12 EPS forecast, consistent with implied guidance, and taking only $0.05 out of our adjusted FY12 estimate, but this may be too aggressive. We are lowering our fair value estimate from $43 to $39, or 10.5x our new 2013 EPS estimate.<br>ADDITIONAL POINTS<br>• Adjusted 1Q12 EPS were $0.68, down modestly from last year and below our $0.72 estimate on a lower gross margin and higher tax rate vs. our model. Big Lots Canada lost $0.09 per share vs. guidance for a loss of $0.09-$0.12, but remains a work in progress. The executive team is in place, and stores should have a full assortment by 3Q11, but the operation is still likely to lose about $0.25 this year. Reported EPS were $0.63 and included a net $0.05 negative impact from a previously disclosed change in accounting principles associated with the recent implementation of new inventory management systems.<br>• Consistent with management's late April warning, 1Q12 same-store sales decreased 0.8% on top of a 3.6% decrease last year, as consumables comps fell by a low-single-digit rate and electronics sales slowed considerably. Unfortunately, we believe there has been no material change in trend 2Q12 to date and think it could take two to three quarters for changes in the consumables strategy to gain traction. U.S. segment sales were $1.26 billion, a 2.8% increase vs. last year. Canadian segment sales were $32.2 million, better than guidance of $25-$30 million.<br>• Comp trends were volatile throughout the quarter. Management's plan for comps to increase against easier comparisons in the second half of the quarter never materialized, as sales were particularly soft in April. We believe below-plan April sales contributed almost 75% of the quarter's sales shortfall.<br>• By category, sales were strongest in furniture and hardlines, where comps increased midsingle-digits. Lawn and garden comps increased by low single digits, while the rest of the seasonal category saw slight comp decreases. Home comps were essentially flat.<br>• Consumables and electronics were the most challenging categories. Consumables decreased by low single digits and electronics were only slightly positive (after comp increases of 20% in 4Q11), with management citing execution issues in each category. The below-plan sales in consumables and electronics contributed 3% of the miss vs. original guidance of 2%-4%.<br>• We believe the problems in consumables are largely company-specific and not due to greater competition with the dollar stores, which have been aggressively expanding their consumables assortment. While this may be one factor, we think the problems stem more from execution stumbles and see this as fixable, though not quickly. We note that Big Lots did well in consumables last year, and we do think the company can effectively compete in this area, it just can't afford to slip.<br>• U.S. segment adjusted operating margin decreased 60 basis points, to 6.4%. Segment gross margin decreased to 40.1%, reflecting higher markdowns and fuel costs, partially offset by favorable merchandise mix and improving shrink. SG&A increased 50 basis points, to 33.7%, reflecting expense deleveraging from below-plan sales combined with increased occupancy related costs and advertising spending. The Canadian segment recorded an operating loss of $6.1 million, or $0.09 per diluted share, at the low end of management's guidance for a loss of $0.09-$0.12.<br>• Adjusted consolidated operating margin decreased 130 basis points, to 5.7%, 40 basis points below our estimate, driven by gross margin pressure, increased SG&A and increased depreciation expense. Gross margin decreased 30 basis points, to 40.0%, 20 basis points below our estimate. SG&A increased 110 basis points, to 34.3%, 170 basis points above our estimate, and depreciation expense also increased 30 basis points, to 2.0%, higher than our 1.8% estimate.<br>• The company continues to make progress improving its Canadian operations, both from a merchandising and talent perspective. Inventory levels have increased, assortment has improved (particularly in furniture, seasonal and consumables category), and |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

the management team is now fully staffed, with the final executive team member joining the company within the last 30 days.
• The U.S. segment opened 10 stores and closed six stores in 1Q12, ending the quarter with 1,454 stores with 31.6 million of selling square feet. The company also operates 82 Liquidation World stores in Canada, unchanged vs. 4Q11.
• Big Lots ended 1Q12 with $848 million in cash and equivalents, up 8% vs. last year and reflecting share buybacks and payments on revolving credit facilities. Inventory also ended 1Q12 up 8%, reflecting a 1% increase in U.S. per-store inventories, as well as the 2Q11 acquisition of Liquidation World.
FORECAST
We are largely maintaining our sales forecast for the balance of FY12 and continue to expect flat to slightly positive comps over the remaining quarters, but we are lowering our 2Q12 EPS estimate significantly to reflect new guidance of $0.37-$0.42 vs. our prior $0.54 estimate.
Second quarter EPS guidance assumes U.S. comps will be slightly positive to slightly negative and incorporates a $0.07-$0.09 loss from Big Lots Canada.
We are raising our 2H12 forecast, consistent with implied guidance, and taking only $0.05 out of our FY12 estimate, but we note that this may be too aggressive. For the year, we now expect adjusted EPS of $3.30 vs. a prior $3.35 and new guidance of $3.25-$3.40, down from a prior $3.40-$3.50. Big Lots Canada is expected to lose $0.23-$0.26 per share this year.
We note that our new EPS estimates do not incorporate any significant share buybacks, per guidance, even though Big Lots announced this morning that its Board had approved a new $200 million share repurchase authorization. At the current stock price, excluding any transaction fees, this would purchase 5.5 million shares, or about 8% of all outstanding shares.
The new program is eligible to begin on 5/25/12 and will continue until it is exhausted.
Please see our quarterly model at the end of this report for additional details.

*M a y 2 3 , 2 0 1 2 Piper Jaffray Peter J. Keith*
**Our View On BIG Remains Mixed Post Q1 Earnings**
C O N C L U S I O N
We continue to have a mixed view on BIG shares after Q1 earnings. To the negative, the company cannot seem to get all product categories working at once, and its revised 2012 outlook maintains the same plan for 2H sales despite a sales miss in 1H. Therefore revised guidance still seems at risk. To the positive, the company is showing healthy improvement in its Canadian business which, while small, should be a sales and margin driver in 2013 (these 82 store enter the comp base in Q1 next year).
All in, we remain on the sidelines on concerns of a future top line miss that can be modestly offset through share repurchases.
Last, our price target increases slightly from $36 to $37 based on 11x (unchanged) our 2012 EPS est of $3.35).
• Q1 F12 results fall short of expectations. Q1 EPS of $0.68 miss our estimate of $0.72 and consensus of $0.69. BIG's Q1 comp of -0.8% led to sales of $1.294B which was light of PJC and consensus of $1.298B and $1.299B. Additionally gross margin of 40% was roughly in line with PJC and consensus of ~39.9% and was -24 bps y/y due to higher fuel costs and markdowns. As a result of the negative comp, BIG deleveraged total SG&A 104 bps to 34.3% which resulted in an operating margin of 5.7% and EPS of $0.68 vs. PJC of $0.72.
• Canada continues to improve and is on track to breakeven next year. We believe management continues to make progress on the Liquidation World turnaround in Canada. The company expects to have a full merchandise assortment in stores by early Q3 and stores are ramping up meaningfully with estimated sales growth of 30-50% in the last three quarters of F12. Additionally, we note that the Canadian stores will be entering the comp base by Q4 or Q1 . Long-term, we believe Canada can eventually represent 10% of the BIG store base and achieve margins at or above US locations.
• Sales improvement in 2H remains a wildcard. BIG did not adjust its sales plan for 2H despite the 1H sales miss. While our estimate on 2H comps do not imply anything heroic (0% to +2%), this guidance suggests material acceleration on a 2- and 3-year basis. Mgmt on the call highlighted that it is confident in its 2H plan to fix Consumables and Electronics, but it was also confident on its 1H sales plan in early March (which it clearly missed). We believe the sales pressure on its Electronics business is driven by weak consumer demand for the category, and is therefore unlikely to improve any time soon. Also, Consumables improvement seems tough to predict given its high closeout nature. Failure to improve would be most impactful on Q3 when Consumables peak as a % of the sales mix (34%).
R I S K S T O A C H I E V E M E N T O F P R I C E TA R G E T

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Risk factors include competition, weather and general economic conditions.<br>C O M P A N Y D E S C R I P T I O N<br>Big Lots, Inc. is a national closeout retailer offering consumables, seasonal furniture, housewares, toys, and gifts. Stores average 28K sq. ft. and offer brand name merchandise at 20%-40% below discount retailers' prices.<br>Q2 EPS guidance below expectations, driven by higher expenses. BIG's Q2 US comp guidance is for slightly negative to slightly positive vs. consensus of +1%. In addition, gross margin is expected to be higher y/y due to fewer markdowns, while expenses are expected to be higher due to depreciation and occupancy, additional advertising, higher incentive costs as well as personnel investments in merchandising and marketing. As a result, Q2 EPS was guided to a range of $0.37 to $0.42 vs. current consensus of $0.49. For F12, US operations were guided to a comp of flat to +1% while the consolidated company was guided to an EPS range of $3.35 to $3.40 vs. previous guidance of +2% to +4% comp and consolidated EPS of $3.40 to $3.50 (current consensus of +0.9% and ~$3.31).<br><br>*23 May 2012 - 07:59:52 AM EDT Deutsche Bank Charles Grom, CFA, CPA*<br>**The Columbus Blue Jackets Would Be Proud, 1Q Take**<br>Even if we include $150M of buybacks in 2Q-4Q (which BIG would need to borrow $ to complete), the company's guidance implies a material improvement in both SSS/EBIT margins (see below) that we're not willing to wager on at this point. Frankly, we're surprised that in light of (1) its down 0.8% SSS in 1Q (770 bps of deterioration sequentially on 2-yr. stack); (2) heavy inventory levels (+8%); (3) increased uncertainty around its consumables segment (~33% of mix); and (4) mounting mgmt. credibility issues – that BIG would appear so optimistic. Regardless, we tend to avoid co's that guide for large second half hockey stick like improvements and the B.I.G. will not be treated any differently.<br>1Q Print Above Our Model, But Still Well Below Initial View<br>BIG reported 1Q EPS of $0.68, $0.05 above our $0.63 estimate but below Street consensus at $0.69 and well below its original view of $0.75-$0.81.<br>To this end, 1Q SSS declined 0.8% versus initial guidance for a 2.0%-4.0% increase. Upside to our model came from better GPM (+25 bps), and 30 bps better leverage on SG&A than we had forecast which contributed $0.03 and $0.02 of upside, resp. Depr. provided a $0.01 hit vs. our est. Net, EBIT rate came in at 5.7% (vs. 5.4%E). Below the line, a higher tax rate provided a benefit of $0.01.<br>2Q Guidance Well Below Street, Implying Hockey Stick 2H<br>In light of increased skepticism around the story and credibility issues mounting, we thought BIG missed an opportunity to lower the bar with its '12 guidance. To this end, the updated view implies U.S. EBIT margins down approximately 60 bps on a 2-year stacked basis in 2H12 versus down 120 bps in 1H. Also, flattish comps over the balance of the year suggests an improving 2-year stack cadence (-4.4% in 1Q, -1.5% in 2Q, +1.7% in 3Q, +3.4% in 4Q) despite SSS falling 700 bps sequentially from 4Q to 1Q on a 2-year stacked basis.<br>Updated Guidance and Revised DB EPS, Price Target now $35<br>Specifically, BIG updated its consolidated 2012 EPS guidance to a range of $3.25-$3.40 (prior $3.40 - $3.50). In terms of segments, the U.S. forecast is a range of $3.50-$3.60 on SSS growth of flat to 1%. Can. Segment range is forecast to be ($0.23)-($0.26) vs. prior expectations of a loss of ($0.21)-($0.26). In terms of 2Q12 guidance, BIG sees consolidated EPS of $0.37-$0.42 vs. current Street view of $0.54. We are updating our 2012 EPS to$3.22 and 2Q EPS to $0.40. |
| 5/24/2012 | 1,941,332 | $35.75 | -1.54% | (1.02) | *May 24 2012 19:36:00 Wire: Business Wire (BUS)*<br>**Robbins Umeda LLP Announces an Investigation of Big Lots, Inc.**<br><br>*May 24, 2012 Benchmark, Ronald Bookbinder*<br>**Big Lots (BIG)**<br>**Reports Q1; Maintaining Estimates, Lowering Price Target**<br>Lowering price target on merchandise concerns. Big Lots' Q1 EPS was $0.68, versus our and consensus estimate of $0.69, after the Company pre-announced a weakness in comps. While we maintained our FY estimates, we lowered our price target to $45, from $50, on a more conservative multiple. In Q1, comps of consumables, 30% of revenues, |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | declined in the low-single digits, versus plan of up low-single digits. While we got the impression consumable buyers may have made aggressive bad bets on items, we are not entirely confident that management has the merchandising problem under control and that it won't happen again. New consumable merchandise arrives in two weeks, though the company did not say how it would differ from the failed merchandise. Until we get more confident with the merchandising, we reduced our price target multiple to 7 times our 2012 EBITDA or 13.6x our 2012 EPS estimate. We maintained our Buy rating given our belief that this management team has the talent and experience to fix this merchandise problem. We maintain our 2012 EPS estimate of $3.30. While the Canadian operations are expected to be a great vehicle for growth, in the next 12 months we expect them to be a drag on earnings of $0.22. In 2012, we expect total revenues to increase 9%, with the addition of a 53rd week and a full year of Canadian revenue. We expect US revenue to increase 7.2% to $5.51 billion, on a 0.5% comp increase and a 3.0% store unit increase. In Canada, we expect revenues of $152 million, up from $62 million. We expect the total company operating margin to decrease 30 bp to 6.3%, on the integration of the Canadian operations, which we expect to lose $16.2 million from operations. On the core US business, we expect a 30 bp decrease in operating margin as the gross margin should benefit from fewer markdowns, but be offset by an increase in SG&A from performance bonus, higher depreciation, and occupancy-related costs. We believe there could be upside potential to our 2012 EPS estimate driven by the possibility of the Company continuing to repurchase shares. Our 2Q12 EPS estimate of $0.41 includes a $0.08 drag from the Canadian operations. We expect revenue to increase 7.0% with $35 million from Canada and US revenues increasing 4.4% to $1.214 billion, driven by a flat comp increase and a 3.7% store unit increase. We expect a 20 basis point decline in gross margin to 39.3%, on higher fuel costs and the impact of Canada. We expect SG&A to increase 150 bp on the lack of leverage and increases in depreciation, occupancy, advertising, bonus expense, payroll, and the integration of Canada. Our 2013 EPS estimate remains $3.80. Lowering our price target to $45, from $50, on a more conservative multiple given the uncertainty surrounding consumables. Our $45 price target is based on 13.6x our 2012 EPS estimate or 7x our 2012 EBITDA. Given the solid balance sheet, cash flow, and profitability, we still contend that the shares show value. We believe over the past couple years, Big Lots has improved its store base, and could continue to improve its store base and expand it customer base, which could lead to years of growth. Big Lots reported 1Q12 EPS of $0.68 from continuing operations, including a negative $0.09 impact from recent Canadian Liquidation World acquisition. The discontinued operations reflect 130 stores closed in January 2006 and KB Toys-related items. Revenue increased 5.5%, or $67.2 million, on the inclusion of $32.2 million from Canada. Q1 US revenues of $1,262.2 million increased 2.8%, or $35.0 million, on the comp decrease of 0.8% and 49 more stores or 3.5% store unit increase. Furniture and hardlines were the strongest categories with comps up in the mid single digits. Strength was also seen in lawn and garden, up low single digits. The comp was challenged by the lower margin consumable category, down low-single digits, versus an up low single digit plan and by electronics up slightly after up 20% in Q4. Consumables appeared to have a merchandising problem of wrong brand and items, though management was not clear how the mistakes were made and how it will be fixed, giving us some concern going forward. We do believe that Big Lots has decades of experience in the consumable category, and we do believe that this management team has the wherewithal to figure out what went wrong and how to fix it quickly, as they demonstrated in the food category most recently. Management stated that new product should be arriving in a couple weeks and the category should be repositioned by the end of 2Q12. We expect to monitor the progress. Gross margin decreased, 30 basis points, due to higher fuel costs and a higher markdown rate to clear inventory, partially offset by a favorable merchandise mix and improving shrink results. SG&A increased 110 bp, on deleverage from the comp decline, higher depreciation, higher occupancy costs, an increase in advertising, and the integration of Canada. Operating margin decreased 130 bp for the quarter. The effective tax rate in the quarter was 40.4%, versus 38.9% last year. The balance sheet remained solid, despite an aggressive share repurchase program. Cash net of debt decreased $201 million to a net cash position of $82.6 million, as the Company repurchased approximately $458 million worth of its own stock over the past year, funded the acquisition of Liquidation World in Canada, and inventory increased $63 million. Inventory increased 8.0% on the Canadian acquisition, and the 3.5% increase in store count, or an inventory increase of 1% on a per store basis. We expect 2012 inventory to grow in line with the legacy store count, plus inventory to resupply the Canadian acquisition. Accounts payables leverage was up slightly, to approximately 51.1%, versus 47.5% last year. Capital expenditures for the quarter were approximately $18.3 million, versus $19.2 million last year. During 1Q12, Big Lots opened 10 stores and |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

closed 6, ending with 1,454 stores. We expect free cash flow of approximately $190 million for 2012, similar to 2011. We believe the cash could used to repurchase shares. During 1Q12, the Company repurchased 2.5 million shares for $99 million or an average price of $39.32 per share. The Q1 share repurchases exhausted the 2011 share repurchase program which resulted in a total investment of $400 million to repurchase 11.7 million shares at an average share price of $34.11 per share.
On May 22, 2012, the Board of Directors approved a new share repurchase program to repurchase of up to $200 million in shares. The 2012 share repurchase program is eligible to begin on May 25, 2012 and is expected to continue until exhausted. The diluted share count declined 13.4%, or 10.1 million shares, adding about $0.09 to EPS in 1Q12.

*May 24, 2012 Northcoast Research Jeff Stein, CFA - Managing Director*
**BIG: Q1 in Line; No Immediate Catalyst but Cheap With Potential 2H EPS Upside**
Overview
We continue to like BIG because we have confidence that management will get the consumables and electronics categories back on track by Q3 and see a cheap stock that over-reacted to disappointing Q1 sales results. We have revised our quarterly models to take into account the timing of marketing spend, incentive compensation accruals and expected quarterly losses in Canada but still come up with $3.35 for the year, unchanged from our forecast heading into today's Q1 release. Our FY14 forecast has been trimmed by $0.10 to $3.90 to reflect more conservative sales assumptions.
EPS in the quarter was $0.68 vs $0.70 last year after adjusting for a one time non-cash $0.05 inventory charge associated with the Q1 SAP implementation. Comp store sales in the quarter were -0.8%, a little better than our revised estimate of -1.5%.
Adjusted GM% in the quarter was 40.0% vs. 40.3% last year and SG&A increased 80 bps to 32.3% due to increased advertising spend and increased occupancy expenses.
In the quarter BIG repurchased 2.5 million shares totaling $99 million at an average cost of $39.32. Also, the Board approved a new $200 million share repurchase program. We have assumed no additional repurchases this year but have factored the new buyback into our FY14 model.
Management discussed its strategy to restore positive growth in consumables and improve its electronics business. In consumables BIG believes that its sales shortfall was related to purchasing the wrong goods brands and assortments that were too narrow.
Corrective measures have been taken and new merchandise is expected to begin arriving in the stores in about two weeks.
The electronics weakness is suffering from product obsolescence in several categories, including tablets and video games.
Accessories sales in the category remain strong.
Conclusion
BIG is a cheap stock and we think it should be bought now. We have seen management successfully address merchandising issues in the past and expect the outcome to be no different this time around. BIG operates a challenging business model, which at times creates volatility in sales and earnings results.
However, these are the times that often have proven to be the best time to buy the stock, and we think this is one of those times.
Management has set a fairly low bar for the back half of the year and has a number of merchandise initiatives in place that could still yield upside surprises. We are reiterating our BUY rating with a 12 month target of $51.00.
Outlook
Management has a plan in place to correct the merchandise issues in consumables and electronics that led to the disappointing Q1 sales results. However, the reality is that until the goods arrive in the stores and the customer votes, there is no certainty that the fix will be complete. Management has not closed the door on any options as they work through their long-term strategic plan, including the possibility of adding coolers to the stores to expand never out categories such as milk or expanding the mix of private label consumables to fill in holes when close-out goods are in short supply.
Electronics is a bit different. While not a new category for BIG, the company has expanded its assortment in an effort to make it a solid year-round contributor. We think there is a learning curve issue and found through our channel checks that many items offered over the holiday season were still being sold during Q1.
Consumables, including food, health and beauty care and household chemicals were the key problem areas for BIG in Q1. BIG generates over 70% of its consumables sales in close-outs. The category is fast turn, we estimate 5.0x-10.0x per year, and the supply chain is among the shortest of any category in the store. Consequently, what’s in

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | the store today may be gone tomorrow and not easily replenished. We expect BIG to increase its private label exposure to fill gaps when close-out deals might not be plentiful. Also, management is bolstering its merchandise team in this area. New merchandise is expected to begin arriving in the stores in approximately two weeks and the stores should look a lot better by the end of Q2. Only time will tell if BIG can find a way to make it more consistent.<br>Canada was not discussed in great detail on the call but we think it could become an important swing factor by Q4. The division has beat its sales plan by a healthy margin for two consecutive quarters and consumers are responding favorably to furniture, seasonal and consumables. The division is still working to expand its home assortments. Sales in Canada are estimated at $32-$35 million for Q2. Sales for the year are now expected to be $142-$152 million.<br>For Q2 we have modeled comp store sales to be flat and +2.0% in the back half of the year. For the quarter we are estimating GM% down 20 bps and SG&A up 120 bps as a result of increased marketing spending, higher incentive compensation and an estimated $0.07-$0.10 per share loss in Canada. Estimated EPS for Q2 is $0.41 vs. $0.50 last year. We see both Q3 and Q4 as up quarters, driven by modest improvement in the U.S., lower losses in Canada and a reduction in share count.<br>We have not assumed any additional share buyback in the model for this year. The company completed its previous buyback authorization in Q1 and has authorized another $200 million. We are now estimating $188 million of free cash flow for the year and estimate over $90 million of net cash on the balance sheet by fiscal year end.<br>Q1 Review<br>Earnings in the quarter (non-GAAP) were $0.68 vs. $0.70 last year. Comp store sales declined 0.8% with growth in both average unit retail and average dollar transaction. GM% in the quarter, adjusted for the accounting change, was down 30 bps due to higher fuel costs and an increased markdown rate. Partial offsets included a more favorable mix and lower shrink. SG&A expenses de-leveraged by 80 bps due to higher occupancy costs and an increase in advertising spend.<br>The Canadian operation exceeded the high end of its $25-$30 million sales plan, posting sales of $32.2 million and an operating loss of $6.1 million. The guidance in Canada had been for an operating loss of $6.0-$8.0 million.<br>At the end of the quarter inventories were up 8% to $848 million. Comp inventories in the U.S. were +1%. The balance came from new stores and the acquired locations in Canada. During the quarter, BIG opened 10 new stores.<br>Valuation and Risks<br>Our $51.00 price target assumes a P/E of 15.2x and EV/EBITDA of 7.1x on the current year's forecast. The five and 10 year average for the EBITDA multiples is 5.9x and 7.2x respectively. The five year and 10 year average P/E for the shares is 12.8x and 19.3x respectively. We are using the mid-point of the range for our target to normalize the effect that the recession had on retail valuations. Risks to our forecast include weather, higher gasoline prices, a high unemployment rate and discretionary spending trends. |
| 5/25/2012 | 2,123,499 | $37.30 | 4.34% | 2.24 | *May 25, 2012 S&P Joseph Agnese*<br>**S&P Recommendation HOLD** |
| 5/29/2012 | 2,011,787 | $37.86 | 1.50% | 0.23 | |
| 5/30/2012 | 2,055,018 | $37.07 | -2.09% | (0.37) | *May 30 2012 12:20:16 Wire: Bloomberg News (BN)*<br>**Sears, Kohl's Lead Retail Drops Before Monthly Sales Report (1)**<br>(Updates with analyst's comment in third paragraph.)<br>By Sapna Maheshwari<br>May 30 (Bloomberg) -- Sears Holdings Corp., the department- store chain controlled by hedge fund manager Edward Lampert, and Kohl's Corp. led declines in retail stocks ahead of tomorrow's industrywide monthly sales report, amid concerns the deepening European crisis will curb consumer confidence.<br>Sears, based in Hoffman Estates, Illinois, declined 8.2 percent to $52.80 at 11:51 a.m. New York time after falling as much as 11 percent for the largest drop in the Standard & Poor's 500 Index. Kohl's slumped 3.1 percent. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

The International Council of Shopping Centers, a trade group tracking retailers, today cut its monthly U.S. same-store sales forecast to 2 percent from 3 percent, citing weakened consumer confidence leading to a slowdown in discretionary spending. Concerns that the European crisis may spread globally are hurting Sears in particular, because its customers seek loans to buy appliances such as washing machines, said Paul Swinand, an analyst at Morningstar Inc. in Chicago.
“They’re generally more affected by anything that’s credit-sensitive,” Swinand said. “If there’s a global contagion of Lehman proportions, then there’s a credit crunch, then a liquidity withdrawal, anybody that needs to sell stuff for housing or big appliances is going to get hurt worse.”
Out of the 32 companies in the S&P 500 Retailing Index, 28 recorded declines today, including J.C. Penney Co. and Limited Brands Inc., owner of the Victoria’s Secret lingerie chain. The index decreased 1.4 percent, compared with a 1.3 percent decline for the S&P.
Global Stocks Drop
Global stocks slumped after Italy failed to meet its maximum target at a debt sale, Spain struggled to bolster its banks and a Greek poll showed increased support for anti- austerity parties.
At Sears, domestic same-store sales may have declined this month in the “high single-digits,” driven by weakness in apparel, boutique firm Cleveland Research wrote in a note to clients today.
Retailers are scheduled to report same-store sales, which exclude recently opened locations, for May tomorrow. Sales are anticipated to rise 1.8 percent, compared with a gain of 5.5 percent in May 2011, according to estimates compiled by Retail Metrics Inc.
For Related News and Information: Sears earnings matrix: SHLD US <Equity> EM <GO> Top Retail stories: RTOP <GO>
Bloomberg Industries Department Stores: BI DEPT <GO>
--With assistance from Joshua Fineman in New York. Editors: Cecile Daurat, Ben Livesey

*May 30 2012 17:50:10 Wire: Bloomberg News (BN)*
**Sears, Abercrombie Lead Retail Drops Before Sales Report (2)**
(Updates with closing share prices in second paragraph.)
By Sapna Maheshwari
May 30 (Bloomberg) -- Sears Holdings Corp., the department- store chain controlled by hedge fund manager Edward Lampert, and Abercrombie & Fitch Co. led declines in retail stocks ahead of tomorrow’s industrywide monthly sales report, amid concerns the European crisis will curb consumer confidence.
Sears, based in Hoffman Estates, Illinois, declined 9 percent to $52.34 at the close in New York, the biggest decline since Dec. 27, and largest drop in the Standard & Poor’s 500 Index. Abercrombie slumped 5.5 percent.
The International Council of Shopping Centers, a trade group tracking retailers, today cut its monthly U.S. same-store sales forecast to 2 percent from 3 percent, citing weakened consumer confidence leading to a slowdown in discretionary spending. Concerns the European crisis may spread globally hurt Sears in particular, because many of its customers seek loans to buy appliances such as washing machines, said Paul Swinand, an analyst at Morningstar Inc. in Chicago.
“They’re generally more affected by anything that’s credit-sensitive,” Swinand said. “If there’s a global contagion of Lehman proportions, then there’s a credit crunch, then a liquidity withdrawal, anybody that needs to sell stuff for housing or big appliances is going to get hurt worse.”
Out of the 32 companies in the S&P 500 Retailing Index, 30 recorded declines today, including J.C. Penney Co. and Limited Brands Inc., owner of the Victoria’s Secret lingerie chain. The index decreased 1.6 percent, compared with a 1.4 percent decline for the S&P 500
Global Stocks Drop
Global stocks slumped after Italy failed to meet its maximum target at a debt sale, Spain struggled to bolster its banks and a Greek poll showed increased support for anti- austerity parties.
At Sears, domestic same-store sales may have declined this month in the “high single-digits,” driven by weakness in apparel, boutique firm Cleveland Research wrote in a note to clients today.
Retailers are scheduled to report same-store sales, which exclude recently opened locations, for May tomorrow. Sales are anticipated to rise 1.8 percent, compared with a gain of 5.5 percent in May 2011, according to estimates compiled by Retail Metrics Inc.
For Related News and Information: Sears earnings matrix: SHLD US <Equity> EM <GO> Top Retail stories: RTOP <GO>
Bloomberg Industries Department Stores: BI DEPT <GO>

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | --With assistance from Joshua Fineman in New York. Editors: Ben Livesey, John Lear |
| 5/31/2012 | 2,211,125 | $36.75 | -0.86% | (0.17) | *May 31 2012 6:31:30 Wire: Bloomberg First Word (BFW)*<br>**Expect S&P 500 to Fall Below March 2009 Low of 666, SocGen Says**<br>By Jan Dahinten<br>May 31 (Bloomberg) -- Supposedly 'cheap' equities have become cheaper and cheaper, will get cheaper still before equity valuation de-rating is over, Societe Generale strategists Albert Edwards and Dylan Grice write in client note.<br>* Euro area crisis will be 'a sideshow' when the main act appears on stage as U.S. expected to slide back into recession, China hard landing will crush any residual optimism of equity bulls; global equities to drop below April 2009<br>* Investors will lose all hope, most particularly in their belief that policy makers have any idea what they are doing<br>* Expect savage market retribution as investors see impotence of their last two supposed saviors:<br>* * China growth story * the Fed<br>* China stimulus package will be 'futile' amid mounting evidence of economic hard landing<br>* Polls of Greek elections are erratic, result too close to call; risk remains large<br>* Pop in equity markets at the start of the week was due, given bearish, oversold levels<br>* Slide in 30-yr German Bund yields 2%, converging toward Japanese rates, is a taster of what is to come in U.S., U.K. in months ahead; expects 10-yr treasury yields to drop below 1% on China, U.S. hard landing |
| 6/1/2012 | 1,585,668 | $36.52 | -0.63% | 0.87 | *Jun 1 2012 16:05:06 Wire: PR Newswire (PRN)*<br>**Big Lots, Inc. To Participate At The 32nd Piper Jaffray Consumer Conference**<br>PR Newswire<br>COLUMBUS, Ohio, June 1, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) announced today that it is participating in the Piper Jaffray Consumer Conference being held in New York City, New York.<br>(Logo: http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO)<br>Timothy A. Johnson, Senior Vice President of Finance and Charles W. Haubiel II, Executive Vice President, Real Estate, Legal, and General Counsel are scheduled to participate in a Fireside Chat on Tuesday, June 5, 2012 which will be broadcast live beginning at approximately 11:55 a.m. Eastern Time. This live audio webcast will be available through www.biglots.com in the Investor Relations section of the website.<br>If you are unable to join the live webcast, an archive of the presentation will be available through www.biglots.com and will remain available through midnight June 12, 2012.<br>Big Lots is North America's largest broadline closeout retailer. Currently, we operate 1,459 BIG LOTS stores in the 48 contiguous United States and 82 LIQUIDATION WORLD and LW stores in Canada. Wholesale operations are conducted through BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL, and WISCONSIN TOY and with online sales at www.biglotswholesale.com.<br>SOURCE Big Lots, Inc. |
| | | | | | *01 June 2012 J.P. Morgan Matthew R. Boss, CPA*<br>**West Coast Road Trip - Mgmt Meetings Highlight Changes Underway w/ 2H Game Plan in Place**<br>We hosted meetings with Big Lots senior management (CEO Steve Fishman, SVP Finance Tim Johnson, and Director-IR Andy Regrut) on the West Coast this week.<br>While change will not occur overnight, CEO Fishman spoke to execution as opposed to structural issues plaguing 1Q and near-term top-line results (consumables & CE primarily) outlining a 2H12 game plan based on (1) Consumables: improved content (branded deal in July), (2) Home: expanded branded value offering (domestics & housewares), and (3) Back to College: more relevant offering (storage/stationary). Not for the faint of heart, BIG's model is certainly volatile (on a quarterly basis), but more consistent (13 straight years of flat to positive annual SSS) than it's given credit for and while we don't believe top-line trends have materially changed from 1Q, management's turnaround track record is strong – something hard to ignore. With BIG trading at 9.9x P/E and 4.6x EBITDA (full turn discount to its 3-year avg) we will be monitoring stores closely for signs of any changes taking hold.<br> Top focus on deals w/ organizational changes underway. Effective immediately, management spoke to infusing "finders" |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

into individual business segments (from more generalist in nature in the past). Specifically, 5 of 6 business segments (ex seasonal) will have dedicated specialists focused on building relationships and identifying deals in their business lines – something that should increase the frequency of closeouts and improve top-line consistency (on a quarterly basis). CEO Fishman spoke to direct-from-manufacturer branded opportunities over time (relationships key), particularly on the consumables side, but taking a measured approach given the higher margin nature of closeout deals (40%+ vs. mid 30's replenishment). Management is comfortable with BIG's 50% total closeout concentration today, but spoke to examination underway within each business segment to identify the optimal mix (10% in seasonal / 80% in consumables today).

 2H roadmap in place w/ execution the key. Looking forward, CEO Fishman is confident in the 2H12 turnaround strategy given (1) content changes underway in consumables (Specialty/Fresh Finds/branded closeout pipeline), (2) organizational changes (new buyer in place) and increased branded opportunities in Home (domestics & housewares) – a key focus for the 3Q transitional period to Holiday (greater pre-planned assortment YOY), and (3) a more relevant Back to College offering with greater stationary/storage emphasis. Taking a step back, CEO Fishman clarified BIG's 1Q topline weakness (-0.8% SSS) as more execution related (particularly in consumables & CE) rather than structural in nature and firmly believes BIG can hit or exceed company guidance of 1-1.5% SSS in 2H12 with economic uncertainty the largest hurdle cited (~70% discretionary mix). While we believe the team has stabilized the ship post April (accounted for 70% of the 1Q miss versus 2-4% initial SSS guidance), the first signs of top-line turnaround are not likely to take hold until July (branded consumables closeout content hits shelves).

 Changes in motion in the consumables category (30% of mix). CEO Fishman spoke to a "deep dive" approach currently underway in the consumables category given notable volatility in the category over the past few years. Importantly, consumables represent just 30% of BIG's mix – a key point of competitive differentiation versus the dollar stores at 60-70% today and something not likely to drastically change over time. While BIG has identified lack of top-line consistency as an issue in this category, introduction of coolers or expansion of never-out replenishable goods does not appear to be the answer given (1) BIG's treasure hunt model (2) higher basket size ($20 vs. dollar stores at HSD), and (3) longer term margin implications (BIG's consumables margin is low-to-mid 30's vs. cooler margins in the 20% range). Looking ahead, management spoke to a branded closeout opportunity hitting shelves in late June/early July with a greater relationship focus (aforementioned organizational change) key to consistency. Additionally, management spoke to increased emphasis on its successful Specialty foods category (patterned after Trader Joe's) and broadening of its Fresh Finds assortment.

 Measured square footage growth w/ Canada the next frontier. Big Lots management sees a substantial square footage opportunity over time but plans to grow at a measured pace speaking to 2,000 stores domestically (vs. 1,459 today) and a minimum of 150 stores in Canada over time (vs. 88 today) implying roughly a decade of growth ahead (extrapolating today's annual growth rates). Speaking to its methodical expansion approach, BIG slowed its growth from 2005-2008 reaccelerating its pace in 2009 given more favorable commercial real estate opportunities – a prudent move in our view.

Additionally, BIG has improved its real estate profile since 2009 expanding its presence in A-grade locations with ~25% of new stores per year planned for A or B locations. On Canada, CEO Fishman is confident in the opportunity given lack of closeout competition and an underserved low-end consumer, but success will not occur overnight given name brand recognition and existing closeout relationships today.

 Balance sheet stance conservative, but shareholder friendly. On balance sheet options (given no debt currently on the books today), CEO Fishman stated that BIG will always operate from a position of power during his tenure, but he is not averse to leverage under the right circumstances. Given $82M of cash on hand, annual FCF generation of $200M ($190M guidance for 2012), and capital expenditure needs likely tapering off (into FY13) given SAP implementation completed (maintenance capex of only ~$40M), BIG's liquidity position provides flexibility. To this end, management spoke to uses of cash including (1) continued square footage growth, (2) opportunistic share repurchases, and (3) a potential dividend. As a reminder, BIG announced a $200 million share repurchase program in conjunction with 1Q EPS (beginning on May 25) – something we believe is likely active today.

Investment Thesis

While the company has posted six straight years of positive annual comps, we note that BIG's quarterly track record has been more choppy posting negative comps in 10 of their past 25 prints. Furthermore, over the past five years, Big Lots has improved its EBIT margin by 660 basis points, rising from +0.6% in 2005 to 7.2% in 2010 driven by same-store-sales leverage, aggressive SG&A cuts (31.4% today from 36% in 2005), and higher initial mark-ups (IMU). Longer-term, we think BIG can achieve its longer term goal of 8.0% EBIT margin (March 2010 3-year-plan), with the primary driver being SG&A leverage on consistent top-line performance.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Finally, Big Lots slowed store growth and rationalized its store base from 2005 through 2008 closing 275 stores or roughly 20% of its store base given the economic backdrop at the time and the state of the commercial real estate market. In 2009 management started a new growth phase focused on increasing store productivity (as a result of the WIN Strategy) and to capitalize on a softening real estate market. Since 2009, management has opened a net 59 stores (132 new stores and 73 store closings).<br>Looking ahead, we are modeling 54 net new stores in 2012 (92 openings, 38 closings), with no additions in Canada<br>Valuation<br>Our December 2012 price target of $41 is based on (1) an 11.0x multiple which stands below its peers today given continued top-line inconsistency (10 of past 25 quarterly SSS negative) and (2) our 2013 EPS estimate of $3.70. Specifically, our P/E multiple stands relatively in line with the company's three-year average of 10.9x.<br>Risks to Rating and Price Target<br>There are inherent risks to the fundamental nature of a closeout retailer; central to those risks is the ability to procure the appropriate merchandise assortment in suitable volume. Due to the opportunistic "deal" nature of inventory purchasing, the company often signs lengthy advance notice contracts which present some inventory level inflexibility should the retail environment change.<br>Lastly, BIG has noticeably higher exposure to suppliers in China than many of their competitors, with roughly 25% of purchasing originating from China (vs. 8% of DG's goods are imported). We believe that BIG's acquisition of Liquidation World and planned expansion into the Canadian market will be long-term accretive to earnings. Should Canadian store productivity slow down (or not reach out estimated metrics) or should the Canadian retail environment deteriorate, there is risk to our Canadian earnings accretion analysis and near-term financial estimates. Conversely, should the Canadian stores perform better than our expectations; this would render our estimates too conservative, creating upside risk to our price target. We believe the customer will remain constrained in the near-term; however any noticeable improvement in discretionary or big ticket purchases from the consumer would cause results to be better than our expectations. If the macro environment improves, driving increased<br>levels of discretionary purchases, it would render our estimates too low, creating upside risk to our price target. |
| 6/4/2012 | 1,279,828 | $37.12 | 1.64% | 0.71 | |
| 6/5/2012 | 1,368,609 | $37.77 | 1.75% | 0.73 | *Jun 5 2012 5:34:41 Wire: Bloomberg First Word (BFW)*<br>**U.S. DAYBOOK: Fed Speeches, ISM Non-Manufacturing, ASCO, E3**<br>By Joanna Ossinger and Toby Alder<br>June 5 (Bloomberg) -- Asian and European stocks rose amid speculation policy makers will take more steps to stimulate economic growth. U.S. Treasury yields climbed while stock futures were down. ASCO, E3, Goldman conferences continue; Bob Evans, FuelCell among companies scheduled to report earnings today.<br>WHAT TO WATCH:<br>* Spain calls for EU aid for banks to battle financial crisis<br>* U.S. service industries probably held at a 4-mo. low<br>* JPMorgan to report $4.2b trading loss, ISI forecasts<br>* Apple denied ban on Samsung Galaxy tab during U.S. patent trial<br>* MF Global bankruptcy trustee Freeh sees claims of $3b<br>* J&J to stop selling vaginal implants after safety complaints<br>* Wynn Macau plans to invest $4b for new casino resort<br>* BlackRock's Robert Doll to retire as chief equity strategist<br>* Goldman Sachs said to cut <50 jobs as revenue outlook worsens<br>* Amylin said to receive initial offers at $25-$29/shr<br><br>*Jun 5 2012 12:43:08 Wire: Bloomberg Transcripts (BT)*<br>**Big Lots Presentation Teleconference BIG US**<br>**Piper Jaffray Consumer Conference**<br>MANAGEMENT DISCUSSION SECTION<br>Peter J. Keith:<br>Okay, thanks. Good morning everyone. It's still morning. I'm Peter Keith, hardline consumer products analyst at Piper Jaffray. Very pleased to have Big |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | Lots presenting today. With us we have Chuck Haubiel, EVP of Real Estate and Legal and then Tim Johnson, who is SVP of Finance. We won't have them make any introductory remarks. Most of you probably know Big Lots. They're the nation's largest closeout retailer. They have a little over 1400 stores in the U.S. They recently entered Canada with an acquisition last year which we'll talk about, which is Liquidation World. And we'll just jump right into Q&A. And I'll ask a couple of questions and then certainly, please step up to<br>the mic with your own questions and we'll have a good time.<br>Q&A<br><Q - Peter J. Keith>: So, I just wanted to ask you guys, one question that a few of us are asking generally is, how do you feel about your consumer right now, your customer? Scale of one to five, one being your customer's very concerned and five being, they are pretty resilient. You guys have a good mix<br>of consumables and discretionaries. So, kind of very curious on how you feel about your overall customer and what they're buying right now?<br><A - Timothy A. Johnson>: Sure. I will start off and ask Chuck to chime in. I<br>think it might be difficult to put a number to it. But I guess, from our perspective, we still see a consumer out there who is making some tough choices. He is concerned about where the economy currently sits. I don't know<br>that we have seen or noticed a significant change from quarter to quarter, or<br>in the first quarter compared to last year. But we still see a customer that's very - they're making tough choices right now. They're certainly responding to great value. They may be making some choices though, and not filling out their trip or making as many trips as maybe in the past. I think we are very sensitive, as we move through this year and into the back half of<br>the year, particularly in a general election year.<br>This is a new element of anxiety or difficulty that we're trying to be mindful of when we plan our business. Historically, every four years, when we<br>come across the general election, the periods of October and November can be very challenging. And those are big periods of the year for us, as they are for most retailers. And it's something certainly to be mindful of with the consumer right now.<br>You are correct, we have a broad customer base. We have customers who are more economically challenged that might line up closer to a dollar store type<br>customer. And we certainly have customers at the higher income demographic that shop our store much differently. But overriding all of that, we think there is still a little bit of anxiety, a little bit of caution on the part of the consumer.<br><Q - Peter J. Keith>: Okay. I have a couple of big picture questions. But of course, you're coming off of a quarter recently that was somewhat disappointing for you. So it's presented perhaps a nice investment opportunity for people. I guess, one thing that I'm getting questions from investors on is, sort of, we understand, consumables and electronics were weak, but I guess people still don't understand exactly what happened with the merchandise offering and where you maybe got it wrong. So perhaps looking<br>at some very specific examples within those categories that didn't work for you and, then, how that changes in the back-half of the year that gives you confidence in your positive comp guidance?<br><A - Timothy A. Johnson>: Sure, sure. I think, when analyzing the business, looking at each of those categories, the outcomes are slightly differently but the consistence theme in both of them is we believe that internally we did not execute as well as we're capable of in those categories. So you haven't heard us talk about anything external, blaming macro-environment. We did not come across anything externally from a competitive standpoint that indicated to us in a meaningful way that there was anything that our key competitors did differently that impacted our business. Instead, we focused internally on our own execution.<br>I'll start with electronics first. That is a meaningful category for the business. It's similar to our toy business in that it's meaningful to the customer. We provide great value. It's actually reported similarly [indiscernible] (04:41) category for those of you who follow our reportings. In electronics, we had very good performance in the fourth quarter of last year. We comped up almost 20% in that category and it was a key driver for holiday.<br>A couple of things we had real good success with, most notably, was in tablets. Almost everybody in this room has one in front of them. I can see them in front of me. We're not in the tablet business like you may be using it in terms of an iPad for instance or a higher price lines.<br>Instead, what we tend to be real good at is being a close second in technology. So where we may not have the most current version of a software application, being a close second at it in price lines that we can be meaningful, and it's important to our business. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

In the fourth quarter that was very successful for us. Where we got off track, we think in the first quarter is the technology moved, meaning it moved to the next version and we did not move quick enough. So we underestimated the impact of the end of the life-cycle in electronics and specifically in tablets. So, we had a fair amount of inventory committed to it. It didn't perform and if you're in stores today, we're in markdown mode on that product.

All of that is, as best we can, baked into our guidance for the second quarter. The important learning though is, when we learned that we fell a step or two behind on technology, we reacted quickly. We got more current and you've seen it as recently as last week in our [indiscernible] (06:18) Memorial Day, a tablet with Android 4.0 technology and that's where we need to be, to be successful in that category.

The other parts of our electronics category actually have done quite well, accessories, car chargers, [ph] wall chargers (06:35), earphones, ear buds, iPad or iPod like accessories, docking stations, things like that have continued to perform very well for us. Our misstep in electronics was really isolated to a couple of select areas like I just mentioned.

Consumables is a little broader conversation, and the business has operated a little bit differently than electronics and much differently than the rest of retail [indiscernible] (07:04) about consumables. We are not a consumable strategy at Big Lots that is the same item on the shelf, same location, everyday at same price. Instead, we are very focused on closeouts in consumables. it's about 70% to 80% of that business, which in contrast means the preplanned or more consistent offering in the business is about 20% to 30%.

I'll start off by saying the 20% to 30% that is more preplanned in nature, that business performed very well during first quarter. So that is our specialty food business, our new Fresh Finds, captive label food business. Our [ph] never out (07:50) business, which is daily replenishable type of items that is the same stuff everyday and in the same location on the shelves, which leads me to the closeout piece of consumables. That's roughly, in round numbers, 70% to 80% of our business.

It's excess inventory that's sourced from some of the largest consumer packaged goods companies out there, whether it's in food or HVC, paper, plastic, pets, et cetera. With closeouts can come inconsistency and volatility in what's available for us to purchase, both in total or in specific departments. That volatility or that inconsistency again can translate to a little more volatility in the top line than we would like. So as we did our deep dives in trying to understand where we got off track in the closeout piece, two or three things came to mind, or became evident to us anyway. There were certain instances where we had deals last year that we did not have deals this year.

Part of that may have been because it was not available to us, part of that may have been because we might have not made the right phone call or tried to source it through the right vendor or come up across it in the right way or might not have been aggressive enough in trying to find alternatives to offset that deal. Part of that may have been that we may not have had the breadth of assortment.

So if I would have picked a specific department and say we've got 12 feet of square footage allocated in the store instead of having two or three brands associated with that category, maybe we should have had six or eight brands. Maybe in the fourth quarter or even in the last fiscal year when consumables was a leading category, we had more breadth of assortment. I think that's one thing that we learned in kind of a post-mortem.

And I think the third thing just being candid is the close-out business for us, when it's good, it's really, really good. And when we in buy a deal that performs well, it's like gold. When we have deals and we will have them from time to time where we make a mistake, it's not gold and they don't perform well and we need to move into markdown mode. We had examples without getting specific on brands, which we don't like to do publicly on an open mic. But without getting specific on brands, if you were to go into store today, you will find a deal that we bought during the first quarter, and we had every intentions of being very good. It's a brand and a deal that we have had on more than one occasion. And in this year, in first quarter, for whatever reason, it did not perform.

So, it was surprising to us as it probably would be to you. But our reaction to that then is after a week or two or three weeks, if it's not performing, typically deals don't get better with age in our store. So we mark it down and we move on and we try to bring in the next thing behind it. So, it's a combination of breadth of assortment, deals that had not worked for us in the first quarter that might have worked in the past and potentially some consistency or lack of availability in certain departments to anniversary deals from a year ago.

<Q - Peter J. Keith>: Okay. Thank you for the detailed answer. I appreciate it, Tim. To give you a break, let's see if we can check a question here, particularly on the stores on the real estate. You're at 1450 stores in the US. You've got about 85 stores in Canada. You're doing some interesting things with your real estate. You're testing - you're no longer testing. You're moving into some higher-

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | end locations. How can we think about maybe the total number of stores that the enterprise could support now with the US and Canada? And then, how would that impact your store growth rate, which I think is been going at a net rate of about 3%? So how can we can think about some of those metrics over the next couple of years?<br><A - Charles W. Haubiel>: Well, I think, obviously north of the border and the south of the border are very different. We entered Canada and I'll start there. The chain had about 88 stores. I think there was - we've obviously closed a few of those and we kind of thought about Canada on kind of a two-step phase if you will. First of all, Canadian real estate is very different. There is about 50% less space in Canada per capita than there is in the US. So the Canadian market looks very different to us.<br>What we've said, and we believe is without the province of Quebec included, we think there is probably an opportunity for 135 to 145 of our stores up there. So there is a lot of growth still to occur in the Canadian market. And<br>that's without really trying to figure out a smaller store strategy, because one thing we found out with Liquidation World was they've got a number of different sizes of boxes. Their boxes are far more diverse than what ours are. So we're just trying to focus first and foremost on a footprint that we have similar here to the US.<br>With respect to the US market, you're right, we have been growing [indiscernible] (13:13) about 3% type growth rate. It shouldn't be a surprise to anybody that there's not a lot of new growth or a lot of new development happening right now. And also there hasn't been a lot of the big box failures that you've seen in the past. So, we remain very focused on not only what we call our [ph] A store concept (13:30) but that is being in the best location within the market and kind of being in line with what you would maybe picture as the premiere discount strip, if you will. You may have everything from a big box electronics guy to an [indiscernible] (13:49) or whoever else may be there.<br>We're still very focused on that and as are we with our traditional sites, which historically have been more of the B type centers if you will and/or may have been where a big box moved to go to a super box if you will and have<br>kind of split that one up. So, I think you'll continue to see growth in that.<br>I think what's interesting right now is with the stagnation of new property coming on the market is a lot of the other big box retailers kind of downsizing. And you'd be surprised [indiscernible] (14:23) surprised some of office guys or the electronic guys are saying, I'd rather take my box and split it in two or kind of give 75% to somebody else because we're going to try a smaller format right now, which kind of leaves some opportunity for us and kind of our sweet spot [indiscernible] (14:41).<br><Q>: Okay. What about U.S. total target? Do you think - do you see a magic number out there you could see long-term?<br><A - Charles W. Haubiel>: We don't. I mean, very candidly we've talked about,<br>with our productivity today and our distribution networks that we have now, it's very easy to see something in the low 2000's as we are. And that's assuming the productivity doesn't increase within the distribution facilities. But we're very opportunistic with our real estate. So, unlike some of the drug store guys that may say, I know how many street corners I want to be on and I'm going to build where I want to be, we're doing a lot of<br>back-filling, quite frankly. And that's been our model [indiscernible] (15:20). So we truly don't know how high is high, but we certainly focused very much on our markets that we're either in, that we want to reposition in and where the markets that we want to enter.<br><Q>: Okay. Thanks. Let's see if anyone out there has a question they'd like to ask? Yeah. Go ahead.<br><Q>: (15:37)<br><Q - Peter J. Keith>: I'll just repeat the question for the webcast. It's a good one. It's on the volatility of consumables. Consumables were a disappointment for you guys as well in 2010. So, how do you think about the balance between the preplanned and closeout and sort of that 80%-20% balance that you've just highlighted?<br><A - Timothy A. Johnson>: Sure, sure. A couple of thoughts. I guess, within the category, typically - I'll answer the second question first. Typically, closeouts come with a little bit better margin or initial markup opportunity than "regular goods". And candidly, they need to have a little better [ph] IMU (16:37) opportunity, because of the risk that we're taking by taking the excess inventory in my example of the deal we bought that didn't do well. So on average, typically, the margin rate - gross margin rate, when it all sorts out, is going to be a little bit better on the closeout compared to a regular<br>item or a standard replenishable item. I think the challenge for us, as we mentioned on the call, we're in the middle of developing our next long range plan.<br>And as we think about the four or five key areas of the store that we're going to be most focused on, clearly, consumables will be one of those. We have plenty of examples of that 70% to 80% closeout model working quite well for us. It did not in the first quarter. I |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

think the key for us going forward
is going to be how can we get more consistency in that business without potentially going head-to-head with other competitors or without - kind of start to look like everyone else. We differentiate on extreme value in saving
that customer money in the challenge around talking about going to allocating
to a little less closeouts as you run the risk of starting to look a little bit like others.
I think what we did a real good job of last year, which helped in this regard
was introducing a captive label food brand with Fresh Finds as our label. It's not a Big Lots label, but it's our product, we developed and it's made specifically for us. We expanded our specialty food offering, which was a small business into a much bigger business and a very event-driven business, but a business that has consistency of product as well.
So, in hindsight, maybe there is more we can do with each of those to provide
more consistency in the food area. I think that's something that certainly wants a discussion going forward. But how can we provide consistency in consumables kind of in the Big Lots way where, again, we're differentiating and not going head-to-head on an item is absolutely a robust conversation right now in the business.
In a perfect world, you'd love to see a scenario where we can differentiate and that the closeout percent, if you're focused on that number, might come down slightly because other parts are growing faster. And you're providing more consistency. Because again, we exist to provide extreme value and save customer's money. And it's much, much easier to see that value in closeouts than it is day-in, day-out product.
<Q - Peter J. Keith>: Okay. Go ahead.
<Q>: (19:39)
<A - Timothy A. Johnson>: Yes. We don't specifically break out the numbers. But the strategy over the longer period of time has been one of building the basket.
<Q>: (19:58)
<A - Timothy A. Johnson>: Yes. Yes. Now, clearly when you look at last year, let's say, for instance, in the fourth quarter, when our comps were up 3.5%, the largest quarter of the year, we did extremely well. There were a lot of things that really worked well for the business. So clearly, we're probably to a better mix of baskets and transactions there than we had been in a number of quarters and that worked well for us. Come across into the first quarter, where our single largest category, consumables, which is traffic and transaction intensive, didn't do well. Obviously, you can drive your own conclusions from that. Our customers consistently tell us over time, they want better value, better quality and better brands. It's not about price, it's about value.
So I think, going forward, whether it's consistency in consumables that hopefully will help on transactions or whether it's different marketing efforts or different things that we try to do with our rewards loyalty program that could help on transactions. We absolutely will go after that. But understand, we're 70% discretionary in our offering in the store, and that typically is better ticket. And we see those as really the key differentiators compared to pretty much anyone else you want to compare us to. So this have to be part of the strategy going forward and basket will need to be part of the strategy going forward.
<Q - Peter J. Keith>: If I could actually just follow up on that, Tim, is there a reason why you guys don't disclose traffic versus ticket, have you discussed that? A lot of companies do, certainly sometimes when you have a disappointing quarter, it give people some nervousness around the stock, the fact that you're not reporting it, so maybe could you highlight the company's
thinking around that disclosure?
<A - Timothy A. Johnson>: Actually, that disclosure, if you go way back in history, we used to disclose comps, way, way back, we used to provide comp direction weekly. We got away from that and went to monthly comps with transaction and basket. We moved away from monthly comps and went to quarterly comps and not disclosing transaction and basket when we had a strategy change, when Steve Fishman, our Chairman and CEO, joined us. That would have been effective with fiscal 2006. So it's been a number of years where we've provided monthly comps and no specifics on transaction and basket.
The early thinking in that, I'd say, it's probably true today is, our strategy was solely focused on driving the basket in the early years 2006 or 2007 and 2008 and are - not just from a merchandising standpoint, but from a marketing standpoint and things that we were doing in store, we felt that it was most appropriate and most profitable to build the basket with our existing customer who knows us and loves us the most, versus trying to spend a lot of money going after a new customer who doesn't know the first thing about Big Lots. So, it was a strategic decision to go after basket and to report the elements of it and generate a lot of conversation, or a lot of focus on transactions when building the basket was the strategy and was very successful. We didn't think it was going to be in our best

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | interest.<br><Q - Peter J. Keith>: No questions, okay. I want to move on to margin, so I think you're working on a long-term plan, but I guess, as we sit here today, how can we as investors think about your sort of long-term gross margin potential? Gross margins, if we look back five years, it's essentially flat, it's kind of moved up, it's moved down [indiscernible] (23:51) markdowns, do you have any kind of key drivers within your business that could drive some sustainable gross margin improvement over time?<br><A - Timothy A. Johnson>: Yeah. We look at this a little bit differently than [indiscernible] (24:06) others and that we're very focused on the operating margin of the business. So, gross margin less expenses. And that's the key metric that management and a large majority of the store incentive potential is based on. So operating profit dollar growth, or controllable profit dollar growth in the case of the stores. We certainly are aware of the gross margin rate. Each merchant knows their margin rate. Each merchant understands their history. I guess, the way I would characterize it is, we're more focused on gross margin in dollars, gross margin dollars growth, less so than rate.<br>The challenge with focusing our merchants and the team on gross margin rate is, we would be concerned about the value perception deteriorating, or prices being something more than we were comfortable with. Instead, we focus our merchants on gross margin dollars, inventory turnover and raise the ring, which supports the basket strategy. Those are the key metrics that they are incented on.<br>Having said that, when we look out longer-term, our stated goal has been to stabilize the gross margin rate, which if you look over the last two or three years or four years, it's kind of bounced right around that 40% mark. And instead, the opportunity we see is sales productivity, expansion and leveraging the cost structure. I would suggest that our expense leverage rate, or our comp leverage rate, is probably very competitive out there, if not one of the lower in the industry over the last three or four years, essentially needing a flat comp to leverage SG&A in years gone by.<br>This year, it's slightly above flat for different reasons, most of which center around depreciation and capital that's been invested in the business and also timing of incentive cost year-over-year. So to answer your question, Peter, I think the model we've been focused on, and will likely to be focused in the next [ph] LRP, (26:23) is expanding the operating margin rate through sales productivity and expense leverage.<br><Q - Peter J. Keith>: Okay. Any questions from the audience? Okay. You had talked about that leverage point, which is helpful as we are looking at some of your metrics and building our model. I guess, what's the sustainability of your ability to lever on kind of a one comp? And let's assume that we're in maybe in a normalized environment, where you're are putting up low single-digit comps and maybe incentive compensation would be up year-on-year.<br>Is that 1% sustainable, or is it going to see some upward pressure over time?<br><A - Timothy A. Johnson>: Well. We've actually received that question for the last four or five years, as you know. So we've figured out collectively, as a business, how to keep that leverage point low. As I mentioned earlier, we're in the middle parts of developing our next long-range plan and historically, when we finished that process, we've communicated to investors what we think the next two or three years look like. And that would be an element of that conversation. So I can't forecast that for you sitting here today. I can tell you that a large majority of the executive team that's in place today was in place for the last three or four years.<br>We all understand the value of being frugal in the way that we go about our business, but we also all understand the opportunity we think that's ahead of us, in terms of sales productivity longer term. And that's speaking to the U.S. business, obviously the Canadian model is in a much different position right now and turnaround mode than the U.S. But absent some large capital investment, which we have not talked about any, it would still be our goal long-term to keep that SG&A rate, or the leverage point, low. Okay?<br><Q - Peter J. Keith>: Great. One potential margin driver, Tim, that you and I have discussed, which I think is interesting is that you've implemented SAP recently, and that we haven't heard anything bumps going off [indiscernible] (28:35) assume that's been successful.<br><A - Timothy A. Johnson>: (28:37) around SAP.<br><Q - Peter J. Keith>: Right. Yeah. That's right. But you and I discussed the opportunity, maybe you could do some price optimization, which I think would be very interesting for your business, as you have a number of different competitors. What would be some of the benefits that we can think about on sales and/or margin from SAP, and what might be the timing of some of those benefits?<br><A - Timothy A. Johnson>: Sure. I think, taking a big step back, as most of you probably know, we've made some pretty consistent and pretty good size investments in systems over the last three or four, five years. And we've committed to some investments this year as it relates to systems, all of which has a goal of getting to a common platform and staying current. As most |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

of you probably know, any kind of deferral on investment in systems creates maintenance costs, creates opportunities where we could be off a version or out of service from vendors, and that's not a position that we think is good for us long-term.
So, back in 2007 and 2008, we put in new register systems across the entire fleet of stores, that was a little over a $40 million capital investment. Significant efficiencies at store level in terms of execution, and has been one of a number of initiatives that have helped keep that comp leverage point low. Upon completing the register systems, then we moved on to kind of an enterprise-wide opportunity or solution, which, you are correct, we did choose SAP as that common platform. So two years ago, we went live with new financial systems, general ledger essentially, and a new system for our wholesale business.
Obviously, that's gone well. You guys have not heard us talk about that, which is always a good thing. And we filed many Qs and a couple of Ks since then. So clearly, that's working for us. What Peter specifically referred to is, we went live with a new merchandizing system the first day of this new fiscal year. And at a real high level, it replaces an old system that had been with us for probably 10 or 11 years that was becoming a little bit old, a little bit cumbersome, to execute the business, but still provided us with enough information that we had a record year last year.
With SAP, for new merchandizing systems, we believe that it provides more stability to the infrastructure, more visibility - better visibility to unit integrity. So our merchants and planners and allocators have always had pretty good visibility to dollars, but not as good a visibility to units at store level. But the opportunity longer-term is essentially zone pricing or price optimization. The combination of the new merchandizing system, with the
register systems we put in, gives us that opportunity to start to test that, probably later this year, early next year.
So you can imagine a scenario in our business, where picked furniture is a category, it's very important to our business. If we have a sofa in our assortment that's $299, its priced $299 in rural Ohio and in Intercity L.A., and clearly the economics of that customer base are much different. And the cost of us doing business in those markets are much different. So any headway
we can make in terms of pricing goods appropriate to the market is certainly a benefit that SAP would help drive that we would not have been able to execute to prior.
Again, it's not something that's embedded in our guidance for this year. It's something that we'll test first, rather than rush into and potentially make a mistake that's more costly, very much a test and learn environment at Big Lot. So it's certainly something that's on our radar.
<Q - Peter J. Keith>: Okay. That bears watching, I guess the way to think about it, testing in 2012, maybe rolling out in 2013 and [indiscernible] (32:44)?
<A - Timothy A. Johnson>: Testing later in 2012 and probably the early parts of 2013. It ought to be something that we consider as part of our long-range plan that will speak to you next spring.
<Q - Peter J. Keith>: That will come out - your long range plan will come out
in the Q4 call at the end of the year?
<A - Timothy A. Johnson>: Typically on the Q4 call, we would talk about not only the next fiscal year, but also the new long range plan.
Peter J. Keith:
Okay. That's great. Well, we'll just wrap up here. Tim and Chuck, we really appreciate you participating today. It's a great discussion and hope everyone
has a great rest of the conference. Thank you very much.
This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use.

*June 5, 2012 Piper Jaffray Peter J. Keith*
**Highlights from the 32nd Annual Piper Jaffray Consumer Conference**
CONCLUSION
We are maintaining our Neutral rating and $37 price target on BIG shares following management's presentation at the 32nd Annual Piper Jaffray Consumer Conference. A recent Q1 stumble in the consumables and electronics categories keep us on the sidelines due to concerns around topline growth. However, last year's acquisition of (Liquidation World) looks to be on a path to profitability by 2013 and may put less drag on operating margin once the acquisition is lapped in Q3. Below are highlights from management's

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | presentation at the Piper Jaffray Consumer Conference.<br>• Presenting at the conference was Chuck Haubiel (EVP, Real Estate and Legal) as well as Tim Johnson (SVP, Finance).<br>• Operating margin outlook. Management declined to set out either a specific long term gross margin rate or operating margin rate during the presentation. However, the company did say that they continue to focus on stabilizing gross margin which has been running at ~40% for several years. BIG instead focuses merchants on gross profit growth, inventory turns and the Raise the Ring Strategy. Finally, the company continues to believe the organization remains fairly lean and can maintain its ability to leverage SG&A on a ~1%comp going forward. BIG will lay out a long-term operating plan on its Q4 call in early 2013.<br>• Store growth opportunities. BIG sees the opportunity for 135-145 stores in Canada (ex. Quebec), up from the current store count of ~85 stores. In addition, in the US the company continues to evaluate the potential for more "A" store expansions.<br>BIG brought up shrinking square footage for consumer electronic and office supply retailers as a potential opportunity for their long-term growth.<br>• Price optimization potential is an intriguing margin driver for 2013. With its recent completion of implementing SAP, BIG now has capability to do zone pricing across its store base. Management stated that it uses standard pricing on all merchandise across the chain but has an opportunity to adjust prices according to market demographics and competition. Zone pricing will be tested in 2012 and early 2013, and could be an intriguing margin driver in 2013 and beyond.<br>• Adjusting offering in Consumables and Electronics. Management walked through some of the category misses it experienced in consumables and electronics during Q1, and how it is moving aggressively to adjust its offering to improve performance in 2H 2012. The adjustments in electronics seem more tangible, while the improvements in consumables seem more wait-and-see based on dependency of closeouts.<br>• We rate BIG shares Neutral with a $37 price target based on 11x F12E EPS of $3.35.<br>R I S K S T O A C H I E V E M E N T O F P R I C E TA R G E T<br>Risk factors include competition, weather and general economic conditions.<br>C O M P A N Y D E S C R I P T I O N<br>Big Lots, Inc. is a national closeout retailer offering consumables, seasonal furniture, housewares, toys, and gifts. Stores average 28K sq. ft. and offer brand name merchandise at 20%-40% below discount retailers' prices. |
| 6/6/2012 | 1,164,713 | $38.18 | 1.09% | (0.61) | *6/6/2012 SEC 16:03:35*<br>**Form 10Q Filed with SEC** |
| 6/7/2012 | 881,887 | $37.77 | -1.07% | (0.36) | *Jun 7 2012 15:00:00 Wire: Bloomberg News (BN)*<br>**Consumer Credit in U.S. Rose in April for Eighth Month, Fed Says**<br>By Shobhana Chandra<br>June 7 (Bloomberg) -- Consumer credit in the U.S. rose in April for the eighth consecutive month, boosted by financing for education and automobiles.<br>The $6.51 billion increase followed a $12.4 billion gain in the previous month, the Federal Reserve said today in Washington. Non-revolving credit, which includes student loans and automobile lending, climbed by the most in three months.<br>Consumer credit is likely to continue growing as households rely on borrowing to buy large-ticket items like cars and to maintain their spending, which accounts for about 70 percent of the economy. Demand for student loans may have also picked up ahead of the looming rise in interest rates on such financing.<br>“People are taking advantage of cheap borrowing costs,” Guy LeBas, chief fixed-income strategist at Janney Montgomery Scott LLC in Philadelphia, said before the report. “It shows some confidence in the economy, but more than that, it’s just about higher demand.”<br>The median forecast of 36 economists surveyed by Bloomberg News called for an $11 billion increase in consumer credit. Estimates ranged from gains of $5 billion to $18.9 billion.<br>Non-revolving debt, including educational loans and loans for motor vehicles and mobile homes, rose by $10 billion in April, today’s report showed.<br>Lending by the federal government, which is mainly for student loans, climbed by $6.1 billion before adjusting for seasonal variations.<br>Revolving Debt<br>Revolving debt, which includes credit cards, dropped by $3.44 billion. The report doesn’t track debt secured by real estate, such as |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | home equity lines of credit and home mortgages.<br>Credit is improving and the economy maintained a moderate pace of growth from early April to late May, the Fed said this week in its survey based on reports from its 12 district banks.<br>“Overall economic activity expanded at a moderate pace” the central bank said in its Beige Book report on June 6. “Lenders in most Districts noted an improvement in loan demand and credit conditions.”<br>The interest rate on the student loans is set to double on July 1 unless Congress takes action. The rate increase would affect about 7.4 million students, according to the White House, adding an average of $1,000 a year in payments on college loans.<br>President Barack Obama is trying to keep pressure on lawmakers to freeze the rate on federally subsidized student loans, saying a higher education can’t be an unaffordable luxury for middle-income Americans.<br>Employment Cooling<br>The job market is cooling. Payrolls grew by 69,000 workers in May, less than half the median estimate in a Bloomberg survey of economists and down from this year’s high of 275,000 in January, the Labor Department reported on June 1. Unemployment rose to 8.2 percent from 8.1 percent.<br>Consumer spending climbed 0.3 percent in April as incomes rose 0.2 percent, according to Commerce Department data.<br>“We still see a consumer out there who is making some tough choices,” Timothy A. Johnson, senior vice president of finance at Columbus, Ohio-based retailer Big Lots Inc., said in an earnings call this week. “He is concerned about where the economy currently sits.”<br>While automobile sales eased in May to a 13.7 million annual rate from April’s 14.4 million pace, they were still up 17 percent from a year earlier, according to Ward’s Automotive Group.<br>For Related News and Information: Top stories about the economy: TOP ECO <GO> For stories on U.S. consumers: TNI US CONS <GO> For credit card stories: NI CARD <GO> For economic statistics: ECOR <GO><br>--With assistance from Chris Middleton in Washington. Editors: Carlos Torres, Vince Golle |
| 6/8/2012 | 642,405 | $38.57 | 2.12% | 0.48 | *Jun 8 2012 10:00:01Wire: Bloomberg News (BN)*<br>**U.S. April Wholesale Inventories Rise 0.6%, Sales Climb 1.1%**<br>By Lorraine Woellert<br>June 8 (Bloomberg) -- Inventories at U.S. wholesalers rose in April at a faster pace than the prior month as companies strove to keep unsold goods in line with demand.<br>The 0.6 percent gain in stockpiles followed a 0.3 percent increase in March, the Commerce Department reported today in Washington. Sales climbed 1.1 percent in April after rising 0.4 percent a month earlier.<br>Moderating economic growth combined with a global slowdown may encourage companies to refrain from building up inventories in anticipation of a pickup in sales. Wholesalers had goods on hand to last 1.17 months at the current sales pace, unchanged from the prior month.<br>“We’re in an uncertain situation with everything going on in Europe,” Jay Bryson, senior global economist at Wells Fargo Securities LLC in Charlotte, North Carolina, said before the report. “You don’t want to be building a lot of inventory. If things don’t turn out really badly and we continue to grow, businesses will wake up.”<br>The median estimate in a Bloomberg survey of 28 economists called for a 0.4 percent gain. Forecasts ranged from no change to an increase of 1.1 percent.<br>Wholesalers make up about 30 percent of all business stockpiles. Factory inventories, which comprise about 38 percent of the total, were little changed in April after a 0.1 percent rise, the Commerce Department said on June 4. Retail stockpiles, which make up the rest, will be included in the June 13 business inventory report.<br>Durable Goods<br>Wholesalers’ inventories of durable goods, or those meant to last several years, rose 1.1 percent, today’s report showed. Sales of durable goods increased 0.1 percent, led by car sales, which jumped 3.8 percent.<br>Stockpiles of non-durable goods fell 0.1 in April following a 0.6 percent decline in March.<br>Stockpiles contributed less to economic growth in the first three months of 2012 than in the fourth quarter. The world’s largest economy expanded at a 1.9 percent annual rate in the first quarter, slower than the fourth quarter’s 3 percent pace. Stockpiles contributed 0.21 percentage point to gross domestic product during the period, down from 1.81 percentage points in the final three |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | months of 2011.<br>Customers remain cautious, said Tim Johnson, senior vice president of Big Lots Inc., a Columbus, Ohio, retailer that sells excess and closeout goods.<br>“We still see a consumer out there who is making some tough choices,” Johnson said at a June 5 conference. “We think there is still a little bit of anxiety, a little bit of caution on the part of the consumer.” |
| 6/11/2012 | 827,038 | $37.83 | -1.92% | (0.24) | *Jun 11 2012 10:00:10Wire: PR Newswire (PRN)*<br>**Big Lots Invites the Public to Vote for Winner of Lots2Give Video Contest**<br>Thirty-seven schools will share $120,000 in cash prizes<br>PR Newswire<br>COLUMBUS, Ohio, June 11, 2012 /PRNewswire/ -- Big Lots (NYSE: BIG) is turning to America to determine the 37 winners in this year's Lots2Give video contest by voting online for their favorite video. The contest is part of the fifth-annual Lots2Give program launched by Big Lots to help schools in need of financial support across America.<br>Big Lots asked participating schools to put their creativity to the test by submitting a short video and brief essay explaining why their school is in need of financial support. Cash prizes include thirty $2,000 third place prizes, four $5,000 second place prizes, two $10,000 first place prizes and one $20,000 grand prize – the contest's biggest prize amount total yet!<br>From June 11 through July 8, the public can vote for their favorite video entries up to three times a day by visiting www.biglots.com/lots2give. Those votes will determine the schools that will share $120,000 in cash prizes.<br>"The Lots2Give program allows us to connect with schools in need of financial support across the country," said Steve Fishman, Chairman, Chief Executive Officer and President.<br>"We invite America to join us in selecting the winners of our Lots2Give video contest and promoting an important cause."<br>In addition to the Lots2Give video contest, participating schools will be the recipients of an in-store donation program. Customers can help selected schools by donating $1 or $5 at participating Big Lots stores through July 8. One hundred percent of donations will go to participating schools.<br>For additional information and to vote for your favorite video, please visit www.biglots.com/lots2give.<br>About Big Lots, Inc.<br>Headquartered in Columbus, Ohio, Big Lots (NYSE: BIG) is a Fortune 500 company with more than 1,450 stores in 48 states and over 80 Liquidation World and LW stores in Canada. As North America's largest broadline closeout retailer, Big Lots offers consumers a wide range of bargain-priced merchandise, including brand-name closeouts, seasonal products, consumables, furniture, housewares, toys, and gifts. The Company also sells merchandise through BIG LOTS WHOLESALE, CONSOLIDATED |
| 6/12/2012 | 706,804 | $38.23 | 1.06% | (0.11) | |
| 6/13/2012 | 926,925 | $37.56 | -1.75% | (0.35) | |
| 6/14/2012 | 1,408,253 | $37.74 | 0.48% | (0.31) | *06/14/2012 MKM Partners Katie Stockton, CMT*<br>**MKM Coverage Focus: Big Lots, Inc. (BIG, Neutral, $39 FV)**<br> Short-Term Overbought Conditions. BIG ($38.00) has rebounded since gapping down in late April. The relief rally has been impressive, likely driven in part by share buybacks under a $200 million share repo announced in late May, but it has generated a short-term overbought condition. The daily stochastics have turned down from overbought extremes, supporting a nearterm pullback that could be dramatic, based on the proximity of initial support at the April low near $34.50. There is resistance nearby, based on the 200-day moving average, which previously was a gauge of support for the stock. In addition, volume has been decreasing throughout the relief rally, which reflects a lack of conviction.<br> Struggling in Consumables. MKM Partners<br>Discount and Off-Price Retail Analyst Patrick McKeever notes BIG is struggling in the area of consumables, which other dollar stores are going after very aggressively. Consumables represent one-third of BIG’s business, so management needs to fix this, although Patrick believes a fix will likely take two to three quarters. Meanwhile, it poses some downside risk to 2Q12, which will be reported in early August. If consumables are weaker than expected, that could bring down the overall comp/EPS, which would be a negative fundamental catalyst.<br> Long-Term Outlook Better. BIG is clearly prone to sharp intermediate-term swings, but it has trended higher over the long term. The uptrend channel shows secondary support near $32.50, where Patrick’s fair value estimate of $39 would |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | certainly become more compelling. For now, the stock still has downside momentum, so we think it could go lower before establishing its final low for this downswing.<br> Trade Recommendation. We recommend short exposure to BIG, with a downside target of initial support at the April low. Our time horizon is short-term because we believe the broader market could reverse up in the weeks ahead. To manage risk, a stop loss can be implemented on two consecutive daily closes above the 200-day moving average.<br> Problems Are BIG-Specific. Patrick believes BIG's problems in consumables are largely company-specific and therefore addressable, though he is becoming more concerned about the company's ability to compete in food and health & beauty aids as the dollar stores aggressively expand their offerings in those areas. Thus, it is not unexpected for the stock to be a laggard. The following Relative Rotation Graph shows 12 weeks of relative strength history for BIG and the dollar stores in our coverage universe versus the S&P Supercomposite Retailing Index. BIG is the only stock in the Lagging quadrant of the graph, meaning it is underperforming the retail sector and its peers with negative momentum. We think it will take at least a few weeks for a meaningful shift.<br> Other Dollar Stores at New Highs. The dollar stores in the Leading quadrant of the Relative Rotation Graph have outperformed not only the retail sector, but also the broader market. Dollar General Corporation (DG, Buy, $56 PT, McKeever), Dollar Tree Stores, Inc. (DLTR, Neutral, $98 FV, McKeever) and Family Dollar Stores Inc. (FDO, Buy, $76 PT, McKeever) all reached new all-time highs this week, making them seemingly immune to a tenuous macro environment. Their uptrends still have the support of positive long-term momentum, although overbought conditions could lead to near-term consolidation. Because of this, MKM Partners Derivatives Strategist Jim Strugger likes setting up synthetic long directional exposure and accordingly featured a bullish trade in FDO this morning. |
| 6/15/2012 | 1,367,388 | $37.97 | 0.61% | (0.36) | |
| 6/18/2012 | 1,094,245 | $38.12 | 0.40% | (0.05) | |
| 6/19/2012 | 864,450 | $39.14 | 2.68% | 0.94 | |
| 6/20/2012 | 826,424 | $39.52 | 0.97% | 0.59 | *Jun 20 2012 11:08:25 Wire: PR Newswire (PRN)*<br>**Big Lots Recalls Portable Ceramic Space Heaters Due to Fire, Electric Shock Hazard**<br>********************************************************************************<br>BN 06/20 11:09 *US CPSC SAYS BIG LOTS GOT 4 REPORTS OF OVERHEATING/MELTING<br>BN 06/20 11:09 *US CPSC SAYS RECALL AFFECTS ABOUT 70,500 UNITS<br>BN 06/20 11:08 *BIG LOTS RECALLS PORTABLE CERAMIC SPACE HEATERS DUE TO FIRE,<br>********************************************************************************<br>Big Lots Recalls Portable Ceramic Space Heaters Due to Fire, Electric Shock Hazard<br>PR Newswire<br>WASHINGTON, June 20, 2012<br>WASHINGTON, June 20, 2012 /PRNewswire-USNewswire/ -- The U.S. Consumer Product Safety Commission, in cooperation with the firm named below, today announced a voluntary recall of the following consumer product. Consumers should stop using recalled products immediately unless otherwise instructed.<br>It is illegal to resell or attempt to resell a recalled consumer product.<br>Name of product: Portable<br>Space Heater and Portable Oscillating Space Heater Units: About 70,500 Importer: Big Lots, of Columbus, Ohio Hazard: The heaters can overheat and melt, posing a fire or electric shock hazard. Incidents/Injuries: Big Lots has received four reports of the product overheating and melting. There are no reports of injury, fire or property damage. Description: This recall is of two models of 1500 watt Climate Keeper ceramic heaters. Both models have a fan, two dials on top, a wire mesh panel in front and the name "Climate Keeper" and a label on the bottom with the model number and ETL 3130679. Model #FH107A has grey plastic housing. Model #PTC-902T is an oscillating heater with silver-grey plastic housing, a molded handle on top of the heater and a small extra button between the two dials which controls the oscillation. Sold exclusively at: Big Lots stores nationwide from September 2010 through March 2012 for about $20 for Model #FH107A and $25 for Model #PTC-902T. Manufactured in: China Remedy: Consumers should stop using the recalled product immediately and return it to a Big Lots store for a full refund. Consumer Contact:<br>For additional information, contact Big Lots toll-free at (866) 244-5687 between 9 a.m. through 5 p.m. ET Monday through Friday, or visit the firm's website at www.biglots.com. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Photos available at http://www.cpsc.gov/cpscpub/prerel/prhtml12/12200.html<br>The U.S. Consumer Product Safety Commission (CPSC) is still interested in receiving incident or injury reports that are either directly related to this product recall or involve a different hazard with the same product. Please tell us about your experience with the product on SaferProducts.gov. |
| 6/21/2012 | 974,566 | $38.60 | -2.33% | 0.16 | *June 21, 2012 BB&T Capital Anthony Chukumba*<br>**BIG: PERIODIC PRICING STUDY**<br>Key Points<br>• UPDATED PERIODIC BIG LOTS PRICING STUDY. We have updated our periodic Big Lots pricing study in which we compare the company's prices to those of a variety of other discounters and department and grocery stores.<br>• PRICE GAP BETWEEN BIG LOTS AND PEERS NARROWS SLIGHTLY. Big Lots' prices were 46% lower than the other chains we surveyed on average, as compared to 49% in March.<br>• STORE VISITS INDICATE COMPELLING MERCHANDISE OFFERING. Our store visits indicate Big Lots continues to offer plenty of highly-recognizable name brand products, including a variety of Keurig single-serve K-cups and several other high-end food items.<br>• BETTER MERCHANDISING SHOULD DRIVE IMPROVED CONSISTENCY.<br>We are pleased by the continued improvement in Big Lots' merchandising, which we believe should help the company achieve management's goal of more consistent quarterly performance.<br>• MAINTAINING ABOVE CONSENSUS ESTIMATES, REITERATE BUY (1) RATING. Based on our most recent pricing study, we believe Big Lots continues to offer a wide assortment of recognizable brand name merchandise at compelling price points. We are maintaining our above consensus earnings estimates and reiterate our Buy (1) rating and $51 price target.<br>Additional Discussion<br>We have updated our periodic Big Lots pricing study in which we compare the company's prices to those of a variety of other discounters and department and grocery stores. We believe the central component to Big Lots' success is its ability to offer a wide selection of merchandise at price points that are typically substantially lower than those of other retailers. Thus, we believe periodically comparing the company's prices will provide us with insights on future top-line trends.<br>We gathered pricing data on a basket of 30 items, including consumables, home furnishings, and consumer electronics from a Big Lots store in Northern New Jersey. We then compared Big Lots' prices to those of other discounters and department and grocery stores (net of any sale-related discounts or other price reductions) in the same market area, including Bed Bath & Beyond (BBBY-$73.67-Hold), J.C. Penney, Target, Wegmans, Sears, and Walmart. Below are our key takeaways from our most recent study:<br>• Big Lots' prices were 46% lower than the other chains we surveyed on average, as compared to 49% in March (see Figure 1). Big Lots' prices were lower on all 30 items in our basket, with a low discount of 5% (on a bag of Bob's Red Mill rolled oats) and a high of 85% (on a Farberware euro peeler). The average price difference between Big Lots and its peers was 31% on consumables, 46% on consumer electronics, and 50% on home furnishings.<br>• Our store visits indicate Big Lots continues to offer plenty of highly-recognizable name brand products, which is counter to some investors' concerns the company may struggle to source enough quality merchandise as retailers and manufacturers focus on tightly managing inventory levels. For example, Big Lots currently offers Cuisinart and Black & Decker kitchen products and RCA and iHome consumer electronics. In addition, the company recently began offering a variety of Keurig single-serve K-cups and prominently displayed them in a recent weekly advertising circular (see Figure 2).<br>• Similar to our last channel checks, we saw several high-end food brands, including Godiva chocolates and an expanded assortment of Bob's Red Mill Natural Foods, which are commonly carried in upscale grocery stores such as Whole Foods (WFM-$96.14-Hold). One change we noted was a smaller assortment of DVDs, which appear to have been moved to the front of the store; given the ongoing shift of movies from physical media to digital distribution (e.g., Netflix, Hulu, iTunes), we believe pulling back on this product category is a wise move.<br>• Big Lots continues to feature tablet PCs in its advertisements, including offering a Polaroid Android-based tablet PC on clearance for $79.99 in this week's circular (see Figure 3). The company has displayed tablet PC's in its advertising circular |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | consistently over the past few weeks, offering a couple of different models from lesser-known manufacturers such as Polaroid, Sylvania, and Velocity Micro Cruz. Given the underwhelming consumer response to many of the "non-iPad" tablet PCs, we believe Big Lots will be able to opportunistically purchase additional models over the next several months, which should drive incremental store traffic and sales (particularly during the upcoming back-to-school and holiday selling seasons).<br>• We are pleased by the continued improvements in Big Lots' merchandising, particularly in the food category. We have been impressed by the increased assortment of high-end food items we have seen on the shelves during our recent store checks, and support management's efforts to continue to upgrade this traffic-driving product category. We believe better merchandising should help Big Lots achieve management's goal of more consistent quarterly comparable-store sales growth and overall financial performance which we think would ultimately lead to valuation multiple expansion, as evidenced by the higher multiples currently enjoyed by the dollar store chains.<br>Based on our most recent pricing study, we believe Big Lots continues to offer a wide assortment of recognizable brand name merchandise at compelling price points. We are maintaining our current above consensus earnings estimates.<br>Valuation Methodology & Risk Considerations<br>We reiterate our Buy (1) rating and $51 price target on Big Lots. Our price target is based on a 13.5x multiple of our FY'13 diluted EPS estimate, which we believe is conservative given the higher valuations currently afforded other deep-discount retailers, including Dollar General (DG-$52.60-Hold), Dollar Tree (DLTR-$111.14-Buy), and Family Dollar (FDO-$71.74-Hold).<br>Our investment thesis remains as follows:<br>• Big Lots has become the nation's largest broadline closeout retailer by far by offering a wide selection of merchandise at compelling price points.<br>• Big Lots has attractive square footage growth opportunities ahead of it, including the opening of higher productivity "A" locations.<br>• Big Lots recent acquisition of Liquidation World provides the company with a "low-cost" option to enter the Canadian market.<br>• Big Lots generates strong free cash flow, which the company regularly returns to its stockholders through share repurchases.<br>In our opinion, there are several risks associated with an investment in Big Lots and to achieving our price target on the shares. They include: (1) increased competition from discounters, deep discounters, department stores, and other retailers; (2) the inability to consistently procure quality closeout merchandise that can be sold at acceptable profit margins; (3) continued weakness in U.S. consumer spending, particularly during the holiday selling season; and (4) problems integrating the Liquidation World acquisition, including possible management distraction from the core U.S. business. |
| 6/22/2012 | 1,202,135 | $38.98 | 0.98% | 0.28 | *June 22, 2012 Northcoast Research Jeff Stein, CFA - Managing Director*<br>**BIG: Channel Checks Show Improving Selection of Consumables; Reiterate BUY**<br>Overview<br>Yesterday we visited several stores in northeast Ohio. We noticed new signage when we walked in the door advertising a large manufacturer's buyout of brand name consumable items. The sign listed a dozen prominent Proctor & Gamble (PG-not rated) brands including Tide, Bounty, Gillette, Secret, Febreeze, Olay and Crest among others. While we are not suggesting that any one deal is the cure for BIG's consumables weakness, it has certainly re-energized the look of the stores in just over a week and could be one of several catalysts to boost sales momentum in the final month of the quarter.<br>Consumables are the most close-out intensive category carried in the stores with approximately 70%-80% of the consumables business generated in name brand products. Management had previously indicated that there were consumables deals in the pipeline and we expect others to follow prior to the July 4 holiday.<br>Consumables turn quickly, allowing for volatility in the category depending upon the quality and availability of deals. Management has indicated that they are working on several strategies to smooth the lumpiness in sales, including integrating finders into the merchandising organization to serve as relationship managers with key vendors. BIG has also expanded its Fresh Finds private label in the food category and expanded its offering of specialty foods.<br>Conclusion<br>We like what we saw in our store visits yesterday. The consumables section has improved dramatically over the past week and could be one of several catalysts to jump-start sales momentum. The shares look cheap, trading at 4.9x EV/EBITDA and we are reiterating our BUY rating with a $51.00 price target.<br>Our target implies a 15.2x P/E and 6.8x EV/EBITDA our current year forecasts. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Risks to our price target include availability of close-out merchandise, weather, gasoline prices and general consumer spending trends. |
| 6/25/2012 | 752,469 | $38.66 | -0.82% | 0.42 | |
| 6/26/2012 | 1,067,592 | $39.95 | 3.34% | 1.33 | |
| 6/27/2012 | 1,004,778 | $39.94 | -0.03% | 0.11 | |
| 6/28/2012 | 1,623,007 | $40.12 | 0.45% | 0.23 | *June 28, 2012 Piper Jaffray Peter J. Keith* |

**Cautiously Optimistic: Meeting w/ Management in Columbus, OH**

CONCLUSION

Yesterday, we hosted an investor meeting in Columbus, OH with Big Lots management.

The tone of the meeting was one of cautious optimism. We walked away not only incrementally more confident about the company hitting its full year guidance but also more enthused with drivers for 2013. Near-term, the company has just brought in a sizable Consumables closeout from P&G that should improve performance in this category. Longer-term, we are upbeat on initiatives such as zone pricing, improved profitability from Liquidation World, and changes to merchandising teams -- all of which could drive better EPS growth in 2013. We are maintaining our Neutral rating at this point given the recent rally in BIG shares and uncertainty in general consumer spending trends, but we would look to get more constructive on near-term pull backs.

Our visit to Big Lots consisted of a visit to the Polaris store in Columbus and a lunch.

In attendance from the company was a broad mix of management including Steve Fishman (Chairman & CEO), Doug Wurl (EVP, Merchandising), John Martin (EVP, Administration), TJ Slade (SVP, Store Operations), Tim Johnson (SVP, Finance), and Andy Regrut (Director, Investor Relations). Key takeaways were:

• Improvement in Consumables on the horizon; Helped by P&G closeout. A large closeout of P&G brands has recently hit stores which should drive near-term improvement in Consumables. Brands now offered include Tide, Bounce, Oral B, Puffs, Old Spice, Bounty, Crest, Olay, Gillette, Mr. Clean, Secret, and Febreze.

Additionally in Consumables, BIG has expanded its offering in private label Fresh Finds and in salty snacks, and it is using sharper pricing.

• New Back-to-School (BTS) display now in stores. BIG's 9 weeks of Back to School is utilizing a more holistic approach by offering furniture, home goods, stationary, school supplies, food, etc. The offering will be marketed aggressively by BIG in the coming weeks, and our early read based on the impressive merchandise offering is that it should be beneficial to comp in Q2 and Q3.

• Interesting business drivers in place for 2013. BIG appears to have several notable initiatives that could ultimately allow for EPS growth acceleration in 2013. Specifically, (1) zone pricing could become a healthy gross margin driver.

(2) Liquidation World appears on track to be breakeven in 2013 (vs. a $14M-$16M loss for 2012); these stores entering the comp base by at least Q1 should provide a 1-2% comp benefit. (3) Buying teams have been restructured to reduce choppiness in the flow of closeouts.

RISKS TO ACHIEVEMENT OF PRICE TARGET

Risk factors include competition, weather and general economic conditions.

COMPANY DESCRIPTION

Big Lots, Inc. is a national closeout retailer offering consumables, seasonal furniture, housewares, toys, and gifts. Stores average 28K sq. ft. and offer brand name merchandise at 20%-40% below discount retailers' prices.

Wine & Beer is an interesting long-term opportunity. BIG lots has offered wine and beer in 120 California stores for many years, but it now has alcohol in 70-80 stores outside of California and will look to expand this on a state-by-state basis going forward. Interestingly, the company just hired a wine buyer from Cost Plus which could help to expand its offering through improved supplier relationships.

New fixtures in Electronics could help Q4 sales. BIG will be rolling out new fixtures in Electronics to a few hundred stores. The new fixtures, which are currently in test mode, provide for an improved display with certain products tethered for security purposes. This approach should fit well with some of its high ticket electronics items (e.g. tablets and e-Readers) where customers may want to test the product before buying.

Expanding categories by listening to customer. BIG noted that its product mix in general has trended with Consumables at 30% of sales, with the remaining categories each clustered around 15% of sales. However, as part of its long-term plan that will be announced on its Q4 call in early 2013, this mix could change over time as it is expanding square footage to certain categories

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | where its customers are indicating a strong preference for merchandise. In particular, areas that have seen expansion include product lines within Home such as bedding and kitchen, Pet products, and Furniture which is being expanded in smaller stores.<br>Business drivers for 2013. BIG could see earnings acceleration in 2013 as a result of several business initiatives which include:<br>• Zone Pricing: Currently, the company uses flat pricing across the entire country for products but believes it has some opportunity to take pricing up in urban or more densely populated markets where rent is higher and they are less likely to compete directly against a Wal-mart.<br>The new SAP merchandising system is allowing for new capabilities in this area. Testing on zone pricing is expected to start in 2H 2012, with a broader rollout anticipated for 2013.<br>• Improvement in Liquidation World (LW). While LW will lose $14M-$16M this year the business remains on track to be breakeven by 2013. This change would eliminate a significant profit headwind for the company as it transitions from 2012 to 2013 and could contribute to accelerating EPS growth. Additionally, LW stores are seeing a lift in sales from better stocking of inventory but have plenty of opportunity to improve productivity. LW stores generate $70-75 per square foot vs. BIG stores of $125-$130 per square foot. Last, by our math, LW stores will be growing sales quite significant for the next quarters and should provide a comp lift of approximately +1.5% upon entering the comp base by Q1 2013 at the latest.<br>• Changes to buying teams. BIG has recently assigned a closeout specialist to each category division. These individuals, currently called Finders, are tasked with aggressively going after closeouts by building relationships and maintaining constant contact with key vendors.<br>Ultimately, BIG sees these new roles helping to eliminate some of the choppiness it sees in closeout merchandise flow. |
| 6/29/2012 | 2,149,870 | $40.79 | 1.67% | (0.51) | *Jun 29 2012 15:55:46 Wire: Bloomberg First Word (BFW)*<br>**Elevated Options Volume in ARO AVP BIG BPAX BX CL LVLT MDRX MJN**<br>By Brian Welcher<br>June 29 (Bloomberg) -- Multiple of 4-wk average volume; most active line; execution price/bias; volatility.<br>* BIG: 8.8x: Aug 35P/40P |
| 7/2/2012 | 1,280,605 | $40.88 | 0.22% | (0.12) | *Jul 2 2012 9:35:00 Wire: Marketwired (MWR)*<br>**Big Lots, Inc. (BIG) Investor Lawsuit Against Directors Over Alleged Wrongdoing Announced by Shareholders Foundation**<br>SAN DIEGO, CA -- (Marketwire) -- 07/02/12 -- The Shareholders Foundation, Inc. announces that a lawsuit was filed by an investor in shares of Big Lots, Inc. (BIG) against certain officers and directors of Big Lots, Inc. over alleged wrongdoing in connection with certain statements and certain insider trading. |
| 7/3/2012 | 565,288 | $40.62 | -0.64% | (0.49) | |
| 7/5/2012 | 1,107,103 | $40.70 | 0.20% | (0.34) | |
| 7/6/2012 | 693,579 | $40.67 | -0.07% | 0.22 | *Jul 6 2012 12:22:14 Wire: Bloomberg First Word (BFW)*<br>**J&J, Big Lots Among S&P Cos. Making or Near 'Golden Cross'**<br>By Andrew Cinko and Sara Silverstein<br>July 6 (Bloomberg) -- 3 S&P 500 cos. formed golden cross pattern this wk (where 50-DMA crosses above 200-DMA), according to Bloomberg data.<br>* AN JNJ STZ<br>* S&P 500 cos. nearing golden cross (Criteria: rising 50-DMA less than 5% below 200-DMA): ABC AEP BIG CAH COG COP CVX DE ETR HSP LM NSC PEG POM STJ SYY TE VLO<br>* S&P 500 cos. which rallied above 200-DMA this wk and may soon form Golden Cross because 50-DMA is less than 5% below 200-DMA: none |
| 7/9/2012 | 849,988 | $40.24 | -1.06% | (0.43) | *Jul 9 2012 16:29:00 Wire: Business Wire (BUS)*<br>**Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Big Lots, Inc.** |
| 7/10/2012 | 1,001,171 | $40.34 | 0.25% | 0.45 | |
| 7/11/2012 | 1,447,530 | $39.21 | -2.80% | (1.26) | *Jul 11 2012 8:05:00 Wire: Marketwired (MWR)*<br>**Equity Research on Big Lots Inc. and Dollar Tree Inc. - Discount Variety Stores Splitting Stock and Facing Lawsuits** |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | NEW YORK, NY -- (Marketwire) -- 07/11/12 -- www.ShinesRooms.com has a handpicked team of market professionals with over 100 years of combined investing experience. Today they are providing members comprehensive research on the Discount, Variety Stores industry and are offering free analytical research on Big Lots Inc. (NYSE: BIG) and Dollar Tree Inc. (NASDAQ: DLTR). Register with us now to have free access to these research reports. Simply click on the link below.<br>http://www.ShinesRooms.com/index.php?_controller=RegisterMember&_method =index<br>Discount variety stores, such as Big Lots Inc. and Dollar Tree Inc., seem to be in the enviable position of generally doing well in both a low economy and a recovering one. However, the industry is notoriously competitive as industry players work hard to attract consumers and maintain profits on stressed margins. Get your free reports on Big Lots Inc. and Dollar Tree Inc. at http://www.ShinesRooms.com/index.php?_controller=RegisterMember&_method=index. There is no commitment to join.<br>ShinesRooms.com is the Ultimate Trading Environment for investors. If you are considering owning Big Lots Inc. and Dollar Tree Inc. then you should sign up for a free membership and our complimentary reports today. Over the last 5 years our returns outpaced any of the major indexes. Sign up today by clicking on the link below to find out what you are missing.<br>www.ShinesRooms.com<br>So far this year discounters seem to be doing relatively well with many of the industry's stocks rising substantially. The industry may have seen a further boost last month as father's day spending increased over last year. In an effort to enhance its liquidity and build shareholder value, Dollar Tree recently completed a 2-for-1 stock split for which the new shares were distributed as a stock dividend on June 26th. Dollar Tree Inc. report is accessible for free by registering today at<br>http://www.ShinesRooms.com/DollarTreeInc110712.pdf<br>Several companies in the industry are currently facing individual challenges. For example, of potential concern to Big Lots is the recent filing of a lawsuit by an investor over alleged wrongdoing in connection with certain statements and insider trading. Big Lots Inc. report is accessible for free by registering today at<br>http://www.ShinesRooms.com/BigLotsInc110712.pdf<br>The two Discount, Variety Stores stocks research reports are available for free by signing up now on the link below.<br>www.ShinesRooms.com<br><br>*Jul 11 2012 14:28:41 Wire: Bloomberg First Word (BFW)*<br>**Big Lots Inc. Outlook to Stable From Negative by S&P**<br>************************************************************************************<br>BN 07/11 14:19 *BIG LOTS INC. OUTLOOK TO STABLE FROM NEGATIVE BY S&P:BIG US<br>************************************************************************************<br>By Cara Moffat<br>July 11 (Bloomberg) -- Corp credit rating affirmed<br>Link to Statement: {NSN M70DWU3PWT1E <go>} Link to Company News:{BIG US <Equity> CN <GO>}<br>For Related News and Information: First Word scrolling panel: {FIRST<GO>} First Word newswire: {NH BFW<GO>}<br>To contact the editor responsible for this story: Cara Moffat at +1-323-782-4226 or cmoffat@bloomberg.net<br><br>*Jul 11 2012 19:27:00 Wire: Business Wire (BUS)*<br>**Rigrodsky & Long, P.A. Announces A Securities Fraud Class Action Lawsuit Has Been Filed Against Big Lots, Inc.** |
| 7/12/2012 | 2,034,658 | $39.12 | -0.23% | (0.01) | |
| 7/13/2012 | 895,343 | $39.03 | -0.23% | (0.90) | *Jul 13 2012 16:16:11Wire: Bloomberg News (BN)*<br>**Green Mountain Falls After Stifel Analyst Cites K-Cup Rivals (1)**<br>(Updates with closing share price in second paragraph.)<br>By Chris Burritt<br>July 13 (Bloomberg) -- Green Mountain Coffee Roasters Inc., maker of Keurig single-cup coffee machines and pods, fell to its lowest price in more than two years after a Stifel Nicolaus analyst said competition for K-Cups is increasing.<br>Green Mountain dropped 7.4 percent to $19.70 in New York, the lowest closing price since September 2009. The shares have lost 56 percent this year.<br>Intensifying competition “will pressure K-Cup pricing, increase promotional activity and result in share loss for Green Mountain,” |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | Mark Astrachan, a Stifel analyst in New York, wrote today in a note to clients. He recommends selling the shares.<br>Green Mountain, based in Waterbury, Vermont, is seeing more competition from private-label capsule makers before the main patents for its K-Cups expire in September. Department stores, drugstores and big-box retailers are increasing promotions of K- Cups, which are more plentiful at closeout retailers such as Big Lots Inc., signaling slowing demand or an oversupply of the product, according to Astrachan.<br>Suzanne DuLong, a Green Mountain spokeswoman, declined to comment on its share price.<br>For Related News and Information: Top Retail Stories: RTOP <GO> Restaurant Stories: NI RES <GO> Bloomberg Industries Food: BI FOOD <GO><br>--Editors: Kevin Orland, James Callan |
| 7/16/2012 | 607,290 | $38.63 | -1.02% | (0.37) | |
| 7/17/2012 | 757,328 | $38.80 | 0.44% | (0.21) | |
| 7/18/2012 | 777,962 | $38.96 | 0.41% | (0.21) | |
| 7/19/2012 | 528,050 | $39.16 | 0.51% | (0.03) | |
| 7/20/2012 | 604,451 | $39.14 | -0.05% | 0.49 | |
| 7/23/2012 | 671,899 | $39.05 | -0.23% | 0.22 | *Jul 23 2012 9:33:00 Wire: Marketwired (MWR)*<br>**Big Lots, Inc. (BIG) Investor Lawsuit Against Big Lots, Inc. Over Alleged Securities Laws Violations Announced by Shareholders Foundation** |
| 7/24/2012 | 946,036 | $38.93 | -0.31% | 0.24 | *Jul 24 2012 16:15:28 Wire: GlobeNewswire, Inc. (PZM)*<br>**Morgan & Morgan Announces a Class Action Lawsuit Was Filed on Behalf of Investors Against Big Lots, Inc.** |
| 7/25/2012 | 758,028 | $38.68 | -0.64% | (0.02) | |
| 7/26/2012 | 885,787 | $39.68 | 2.59% | 0.72 | |
| 7/27/2012 | 876,739 | $41.01 | 3.35% | 0.53 | |
| 7/30/2012 | 749,045 | $40.89 | -0.29% | (0.10) | |
| 7/31/2012 | 692,911 | $40.51 | -0.93% | (0.07) | *Jul 31 2012 20:16:00 Wire: Business Wire (BUS)*<br>**Glancy Binkow & Goldberg LLP Announces Investigation of Big Lots, Inc.** |
| 8/1/2012 | 611,279 | $40.52 | 0.02% | 0.38 | |
| 8/2/2012 | 947,738 | $40.31 | -0.52% | (0.10) | |
| 8/3/2012 | 846,505 | $41.51 | 2.98% | 0.64 | |
| 8/6/2012 | 945,399 | $41.94 | 1.04% | 0.22 | *Aug 6 2012 20:30:00 Wire: Business Wire (BUS)*<br>**Law Offices of Howard G. Smith Announces Investigation on Behalf of Investors of Big Lots, Inc.** |
| 8/7/2012 | 1,415,157 | $41.66 | -0.67% | (0.86) | |
| 8/8/2012 | 457,178 | $41.72 | 0.14% | 0.11 | *Aug 8 2012 9:30:09 Wire: PR Newswire (PRN)*<br>**Zacks Industry Outlook Highlights: Starbucks, Nike, Big Lots, Deckers Outdoor and Family Dollar Stores**<br>PR Newswire<br>CHICAGO, Aug. 8, 2012<br>CHICAGO, Aug. 8, 2012 /PRNewswire/ -- Today, Zacks Equity Research discusses the U.S. Retail, including Starbucks Corp. (Nasdaq:SBUX), Nike Inc. (NYSE:NKE), Big Lots Inc. (NYSE:BIG), Deckers Outdoor Corporation (Nasdaq:DECK), and Family Dollar Stores Inc. (NYSE:FDO).<br>(Logo: http://photos.prnewswire.com/prnh/20101027/ZIRLOGO)<br>A synopsis of today's Industry Outlook is presented below. The full article can be read at<br>Link: http://www.zacks.com/stock/news/80584/retail-industry-stock-outlook-aug-2012<br>The retail industry is highly competitive and has significant challenges. Although the U.S. economy has started witnessing a recovery, we still believe that 2012 will not fully mark the return of the retail market. Consumers are slowly regaining confidence and cautiously increasing their spending.<br>Moreover, consumers remain sensitive to macro-economic factors including interest rate hikes, increase in fuel and energy costs, credit availability, unemployment levels and high household debt levels, which may negatively impact their discretionary spending, and in turn, adversely affect the growth and profitability of retail companies. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Macroeconomic Conditions: Retail is no different from other U.S. industries, which remain affected by the slow economic recovery. While the unemployment rate has decreased considerably over time, consumers are now beginning to draw out their savings to spend, hoping for some economic recovery. Though this is a positive sign, there has been a considerable rise in prices of commodities, which is making it difficult for consumers to make ends meet. On the other hand, the retailers are struggling as they are unable to pass these increased costs to consumers and their employees, given the already shrinking income levels.
Changes in Consumer Needs, Attitudes and Behavior: The growth of modern retail is linked to consumer needs, attitudes and behavior. Adapting to the sluggish economic environment prevalent over the last few years, consumer behavior has shifted to being more conservative. This has now become the normal behavior of consumers as they remain budget conscious, seeking more and more value. In the process, buyers are swiftly switching to the less expensive brands and consolidating shopping trips.
Moreover, people today prefer to cook and eat at home against their prior habits of eating out. This shift in the consumer behavior is inducing retailers to adopt various strategies to stay in competition. Retailers are offering trend-right and well-designed assortments at compelling prices, without compromising on quality, in order to drive traffic.
Higher Fuel Prices: As a new trend noticed of late, shoppers are making fewer shopping trips. This has emerged from the rise in gas prices as well as the hectic lives of consumers, while incomes are squeezed. Looking ahead, we expect this trend to continue for the next few years.
Apart from cutting down on the number of trips, shoppers also chalk out their shopping mission before stepping out. Today, consumers look for multichannel retail outlets, which offer variety of goods, rather than making separate visits for paper goods, health and beauty items, grocery, etc. Thus, retailers now need to understand the consumers' shopping missions and get the most out of their visits by broadening their assortments with the appropriate depth, breadth and freshness to appeal to their shoppers' missions.
Staging Stores: The waning popularity of brick-and-mortar store formats has made it essential for retailers to adopt new techniques like 'staging stores' to woo customers. Staging basically refers to the act of making the company's stores attractive destinations, where people like to spend their time. One example for this is Starbucks Corp. (Nasdaq:SBUX). The idea behind this strategy is to make shopping interesting for consumers, so that they would want to walk-in the stores, rather than shop online.
Use of Internet and Mobiles in Shopping: With shoppers becoming more and more tech-savvy these days, a new era of shopping via internet, smartphones and tablets has taken over. Today, consumers are increasingly using the tech-media to make purchases, find coupons and search for the best deals.
The rate of electronic retail shopping is expected to increase significantly over the next four to five years. To take advantage of this growing trend, retailers need to identify the best possible means of benefiting from the use of technology in shopping while implementing relevant strategies. By integrating the digital mode into the shopping experience, retailers can earn rewards in the form of increased shopper demand and greater shopper loyalty.
Shrinking Margins Raise Concerns: In the current strained economy, retailers are struggling to grow and maintain decent profit margins due to the inflated input costs, rising inventory levels, market saturation, the rise of multichannel buying, an aging population, fewer prosperous shoppers, reduced customer loyalty and the rise of digital media to influence purchase decisions.
Further, fashion obsolescence remains the key concern for retailers as this may lower the comparable-store sales and deplete margins. Some retail chains which have been struggling with margins pressures, of late, includeNike Inc. (NYSE:NKE), Big Lots Inc. (NYSE:BIG), Deckers Outdoor Corporation (Nasdaq:DECK), and Family Dollar Stores Inc. (NYSE:FDO).
In the fight against shrinking margins, retailers should work toward easing pricing pressures through reformulations, innovating product lines, redefining supply agreements, altering merchandise mix and boosting distribution channel tie-ups. Further, well-defined cost reduction programs along with proper implementation will help gain a competitive advantage and maintain profitable growth.
Zacks "Profit from the Pros" e-mail newsletter provides highlights of the latest analysis from Zacks Equity Research. Subscribe to this free newsletter today by visiting http://at.zacks.com/?id=2679.

*Aug 8 2012 10:00:17 Wire: PR Newswire (PRN)*
**Big Lots Announces Lots2Give Video Contest Winners**
More than 413,000 votes cast to determine 37 schools to share $120,000 in cash prizes.
250 schools to share funds from in-store donation program.
PR Newswire
COLUMBUS, Ohio, Aug. 8, 2012

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | COLUMBUS, Ohio, Aug. 8, 2012 /PRNewswire/ -- Thirty-seven schools across the country will start the school year with extra cash for class as Big Lots (NYSE: BIG) announced today the winners of the 2012 Lots2Give video contest. One hundred seventy-nine schools competed for a share of $120,000 in cash prizes, with the $20,000 grand prize going to Felton Elementary School in Lennox, California.<br>Big Lots asked participating schools to submit a video and essay explaining why their school is in need of financial support. From June 11 through July 8, the public voted for their favorite video at www.biglots.com/lots2give. More than 413,000 votes were cast to determine the 37 winners, which included one $20,000 grand prize, two $10,000 first place prizes, four $5,000 second place prizes, and thirty $2,000 third place prizes.<br>In addition to the video contest, Big Lots hosted an in-store donation program to help the 250 schools participating in the Lots2Give program. From April 30 through July 8, Big Lots customers were invited to make $1 or $5 donations at participating stores with 100% of donations going to participating schools. This initiative raised over $98,000.<br>"Big Lots is dedicated to programs that give back to the communities we serve, and the Lots2Give program allows us to help schools in need of financial support," said Steve Fishman, Chairman, Chief Executive Officer and President. "We invited our customers to support an important cause, and it was inspiring to see the overwhelming response the program received."<br>Fishman and Senior Vice President of Marketing Rob Claxton will present Felton Elementary School with the $20,000 grand prize on Friday, August 10 at the Big Lots store located in Los Angeles, Calif. Additionally, 36 schools will each receive their prize amounts of $10,000, $5,000 or $2,000 as first, second or third place prize winners in separate ceremonies in their communities.<br>In conjunction with the Lots2Give program, Big Lots stores across the country will acknowledge the outstanding efforts of educators by hosting an in-store Teacher Appreciation Day on Saturday, August 11. All educators with a valid school identification card will receive 10% off their entire purchase that day. View all 37 winning videos at www.biglots.com/lots2give beginning Saturday, August 11<br>About Big Lots, Inc. Headquartered in Columbus, Ohio, Big Lots (NYSE: BIG) is a Fortune 500 company with more than 1,450 stores in 48 states and over 80 Liquidation World and LW stores in Canada. As North America's largest broadline closeout retailer, Big Lots offers consumers a wide range of bargain-priced merchandise, including brand-name closeouts, seasonal products, consumables, furniture, housewares, toys, and gifts. The Company also sells merchandise through BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL, WISCONSIN TOY, and www.biglotswholesale.com<br>SOURCE Big Lots, Inc. |
| 8/9/2012 | 482,082 | $41.31 | -0.98% | (0.52) | *Aug 9 2012 14:40:48 Wire: PR Newswire (PRN)*<br>**Bernstein Liebhard LLP Announces That One Month Remains To File A Motion For Lead Plaintiff In A Securities Class Action Against Big Lots, Inc.** |
| 8/10/2012 | 3,104,639 | $38.44 | -6.95% | (3.80) | *Aug 10 2012 3:29:19 Wire: Bloomberg News (BN)*<br>**Big Lots Cut to 'Underweight' at JPMorgan**<br>By Bloomberg Data Aug. 10 (Bloomberg) -- Big Lots Inc (BIG US) was downgraded to "Underweight" from "Neutral" at JPMorgan by equity analyst Matthew Boss. The 18-month target price is $34.00 per share.<br><br>*Aug 10 2012 3:29:40 Wire: Bloomberg First Word (BFW)*<br>***BIG LOTS CUT TO UNDERWEIGHT VS NEUTRAL AT JPMORGAN**<br>--ROGER NEILL<br>-0- Aug/10/2012 07:29 GMT<br><br>*Aug 10 2012 15:40:54 Wire: Bloomberg News (BN)*<br>**Most U.S. Stocks Decline Amid Disappointing Chinese Trade Report**<br>By Rita Nazareth<br>Aug. 10 (Bloomberg) -- Most U.S. stocks declined, trimming the longest weekly advance since March for the Standard & Poor's 500 Index, after a worse-than-expected Chinese trade report intensified concern that global economic growth is slowing.<br>Yahoo! Inc. slid 5.7 percent as Chief Executive Officer Marissa Mayer has embarked on a strategy that may end in a change in plans |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | to return cash to shareholders. Monster Beverage Corp. sank 12 percent as the company disclosed a probe by an unspecified attorney general. Chesapeake Energy Corp. lost 3.6 percent as it received a subpoena from the antitrust office.<br>About nine stocks fell for every seven rising on U.S. exchanges at 3:39 p.m. New York time. The S&P 500 fell less than 0.1 percent to 1,402.64, paring an earlier decline of as much as 0.5 percent. It's still on pace for a fifth weekly advance. The Dow Jones Industrial Average rose 8.63 points, or 0.1 percent, to 13,173.82. Trading in S&P 500 companies was 22 percent below the 30-day average at this time of day.<br>"The market is looking at the worldwide slowdown," said Nick Sargen, chief investment officer at Fort Washington Investment Advisors in Cincinnati, which oversees about $40 billion. "China is slowing down, Europe is in a recession. Everybody realizes that we're on a tough situation. The question is -- can it get weaker or not?"<br>The U.S. joined a global decline in stocks after data showed that China's export growth collapsed and imports and new yuan loans trailed estimates in July. Concern about Europe's debt crisis also grew as French industrial output stagnated in June, the latest sign that the euro area's second-largest economy may be heading for its first recession in three years.<br>Growing Pains<br>Caterpillar Inc., the world's largest maker of construction and mining machinery, says its long-term view of China remains positive as the country experiences growing pains. China's government has returned to more growth-oriented policies such as interest-rate cuts, Caterpillar Chief Financial Officer Ed Rapp said in an interview today with Bloomberg Television's Carol Massar on "In the Loop".<br>"We've been to this movie before," Rapp said. "History has been as they go through those transition periods between growth, or trying to drive inflation down, you get through rough spots. I think 2012 has been a rough spot but the fundamentals are still the same."<br>Bets on global central bank action to stimulate the economy have driven the S&P 500 up almost 10 percent since June 1. The index rose for five straight days through yesterday amid better- than-estimated corporate profits and data on the jobs market. About 72 percent of the S&P 500 companies which reported second- quarter results so far have beaten earnings estimates, according to data compiled by Bloomberg.<br>'Midyear Stall'<br>David Bianco, Deutsche Bank AG's chief U.S. equity strategist, cut his 2012 earnings estimate for S&P 500 companies amid lower commodity prices, weak capital markets, a stronger dollar and a "midyear stall" in global manufacturing. His forecast was cut to $102 a share from $105. The analysts surveyed by Bloomberg estimate profit of $104.24 a share.<br>Five out of 10 groups in the S&P 500 fell today as commodity, consumer discretionary and financial shares had the biggest losses. The Chicago Board Options Exchange Volatility Index, which measures the cost of using options as insurance against S&P 500's declines, retreated 2.3 percent to 14.93, the lowest on a closing basis since March.<br>Yahoo dropped 5.7 percent to $15.10. The review could mean that the company alters plans to return to shareholders the proceeds from the sale of Yahoo's stake in Alibaba Group Holding Ltd., Sunnyvale, California-based Yahoo said.<br>Monster Beverage<br>Monster Beverage tumbled 12 percent to $53.67. The attorney general sent a subpoena in July, the Corona, California-based company said. The investigation, which is looking into the company's flagship drink and ingredients as well as advertising, marketing and promotions, is in an early stage.<br>Chesapeake Energy slid 3.6 percent to $19.59. The subpoena from the antitrust division of the Justice Department's Midwest Field Office comes amid an investigation into possible violations of antitrust laws related to the purchase of oil and gas rights, the Oklahoma City-based company said.<br>Cisco Systems Inc. retreated 1.2 percent to $17.50. The outlook for the biggest maker of computer-networking equipment may be worse than estimated, said Ryan Hutchinson, an analyst at Lazard Capital Markets LLC.<br>Big Lots Inc. dropped 7.1 percent to $38.38. The discount retailer was downgraded to underweight from neutral at JPMorgan Chase & Co. by equity analyst Matthew Boss. The 18-month share- price estimate is $34.<br>'On Track'<br>J.C. Penney Co. rose 5.9 percent to $23.40. Chief Executive Officer Ron Johnson said his overhaul of the department-store chain is "on track" amid quarterly losses and plunging sales.<br>Facebook Inc. climbed 2.9 percent to $21.63.<br>Chief Financial Officer David Ebersman is meeting with investors in New York today, a person familiar with the matter said, days before the lifting of a ban on stock sales by some of the company's biggest shareholders. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

Broadcom Corp. rose 2.8 percent to $35.30. The maker of chips that help mobile devices connect to the Internet was raised to outperform at Sanford C. Bernstein & Co.
Research In Motion Ltd. jumped 5.8 percent to $8.26. The company's enterprise-services unit has attracted the interest of International Business Machines Corp., according to two people familiar with the situation.
Manchester United Plc was unchanged at $14. The English soccer club with a record 19 championships raised $233.3 million in its U.S. initial public offering, less than first sought. The 134-year-old team and the Glazer family that bought it in 2005 sold 16.7 million shares for $14 each yesterday.
Bank Deposits
Investors put $356 billion into U.S. checking and savings accounts in the first six months of this year, almost double the $188 billion they deposited into bond mutual funds and exchanged-traded funds, according to TrimTabs Investment Research.
Equity mutual funds and ETFs attracted $6 billion in net deposits, Sausalito, California-based TrimTabs said in a statement yesterday. Retail money-market funds lost $21.3 billion to withdrawals in the first half, according to the firm.
"People are risk-averse in a risky world and don't trust the powers that be to manage the economy and the markets," Charles Biderman, chief executive officer of TrimTabs, said in a telephone interview. "When that happens, you hunker down and put money away for better times."
Some investors are avoiding equities even as stock markets have rallied this year. The MSCI All-Country World Index rose 7.9 percent and the S&P 500 increased 12 percent through yesterday. Europe's crisis has sent some investors into the perceived safety of bonds.
Economic Indicators
Economic indicators may need to change for the better by October in order for U.S. stocks to sustain this year's gains, according to Myles Zyblock, chief institutional strategist at RBC Capital Markets.
Shares of companies most affected by the pace of economic growth have been out of favor for months, according to data tracking the ratio of Morgan Stanley indexes for cyclical and consumer-product shares since 2009, when a bull market began.
"We see one of two likely scenarios" unfolding for stocks, Zyblock wrote two days ago in a report. The first is that the economic gauges will rebound during the next month or two to confirm the gains in stocks. The second is that share prices will decline as the indicators fall further.
More Pronounced
The cyclical-consumer ratio, cited in the Toronto-based strategist's report, rose only 0.2 percent for the year through yesterday as the S&P 500 gained 12 percent. The contrast became more pronounced in the past two months as the S&P 500 rebounded from its second-quarter low.
Rather than tracking the S&P 500, the cyclical-consumer ratio tended to move in lockstep with the Institute for Supply Management's factory index, as the report showed. ISM readings for June and July were less than 50, pointing to a contraction in manufacturing.
Based on the backdrop, Zyblock wrote, higher stock prices can be attributed to "fast money investors who've been caught short, corporations with excess cash, and international equity investors running away from their home markets."
For Related News and Information: Developed Markets View: DMMV <GO> Emerging Markets View: EMMV <GO> Stock Market Map: IMAP G <GO> World Equity Markets: WEI <GO> World Bond Markets: WB <GO> World Currency Ranker: WCRS 1 <GO> Commodity Ranked Returns: CRR1 <GO> CDS Sector Graph: GCDS <GO> World Trends and Reversals: WTR <GO> Graphing: GRAPH <GO>
--With assistance from Peter Levring in Copenhagen and David Wilson and Alexis Leondis in New York. Editors: Jeff Sutherland, Michael P. Regan

*Aug 10 2012 15:57:59 Wire: Bloomberg First Word (BFW)*
**Elevated Options Volume in BIG CBOU DGIT SAH SYY UBNT**
By Brian Welcher
Aug. 10 (Bloomberg) -- Multiple of 4-wk average volume; most active line; execution price/bias; volatility.
* BIG: 5.3x: Aug 40P; 1.05 bid; 20.9 vs 4-wk range 28.5-35.6

*Aug 10 2012 16:27:10 Wire: Bloomberg News (BN)*

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

**U.S. Stocks Rise on Speculation Fed Will Boost Economy (Correct)**
(Corrects date in lead paragraph.)
By Rita Nazareth
Aug. 10 (Bloomberg) -- U.S. stocks rose, giving the Standard & Poor's 500 Index its longest rally since December 2010, amid speculation the Federal Reserve will step in with additional stimulus measures.
The Standard & Poor's 500 Index added 0.2 percent to 1,405.87, erasing an earlier decline of 0.5 percent following a worse-than-expected Chinese trade report that intensified concern global economic growth is slowing.
"The weaker the data the higher the likelihood of stimulus from central banks," said Alan Gayle, a senior strategist at RidgeWorth Capital Management in Richmond, Virginia, which oversees about $47 billion. "The weakness in China is likely to prompt a move there. What happens in the rest of the world can affect the U.S. Global growth is weak and getting weaker. While the Fed has been clear it will do anything to support growth, some people tend to think it's inevitable."
The U.S. joined a global decline in stocks after data showed that China's export growth collapsed and imports and new yuan loans trailed estimates in July. Concern about Europe's debt crisis also grew as French industrial output stagnated in June, the latest sign that the euro area's second-largest economy may be heading for its first recession in three years.
Growing Pains
Caterpillar Inc., the world's largest maker of construction and mining machinery, says its long-term view of China remains positive as the country experiences growing pains. China's government has returned to more growth-oriented policies such as interest-rate cuts, Caterpillar Chief Financial Officer Ed Rapp said in an interview today with Bloomberg Television's Carol Massar on "In the Loop".
"We've been to this movie before," Rapp said. "History has been as they go through those transition periods between growth, or trying to drive inflation down, you get through rough spots. I think 2012 has been a rough spot but the fundamentals are still the same."
Bets on global central bank action to stimulate the economy have driven the S&P 500 up 10 percent since June 1. The index has risen for six straight days amid better-than-estimated corporate profits and data on the jobs market. About 72 percent of the S&P 500 companies which reported second-quarter results so far have beaten earnings estimates, according to data compiled by Bloomberg.
For Related News and Information: Developed Markets View: DMMV <GO> Emerging Markets View: EMMV <GO> Stock Market Map: IMAP G <GO> World Equity Markets: WEI <GO> World Bond Markets: WB <GO> World Currency Ranker: WCRS 1 <GO> Commodity Ranked Returns: CRR1 <GO> CDS Sector Graph: GCDS <GO> World Trends and Reversals: WTR <GO> Graphing: GRAPH <GO>
--With assistance from Peter Levring in Copenhagen and David Wilson and Alexis Leondis in New York. Editors: Jeff Sutherland, Michael P. Regan

*Aug 10 2012 16:30:54 Wire: Bloomberg News (BN)*
**U.S. Stocks Rise on Speculation Fed Will Act to Boost Economy**
By Rita Nazareth
Aug. 10 (Bloomberg) -- U.S. stocks rose, giving the Standard & Poor's 500 Index its longest rally since December 2010, amid speculation the Federal Reserve will step in with additional stimulus measures.
The Standard & Poor's 500 Index added 0.2 percent to 1,405.87, erasing an earlier decline of 0.5 percent following a worse-than-expected Chinese trade report that intensified concern global economic growth is slowing.
"The weaker the data the higher the likelihood of stimulus from central banks," said Alan Gayle, a senior strategist at RidgeWorth Capital Management in Richmond, Virginia, which oversees about $47 billion. "The weakness in China is likely to prompt a move there. What happens in the rest of the world can affect the U.S. Global growth is weak and getting weaker. While the Fed has been clear it will do anything to support growth, some people tend to think it's inevitable."
The U.S. joined a global decline in stocks after data showed that China's export growth collapsed and imports and new yuan loans trailed estimates in July. Concern about Europe's debt crisis also grew as French industrial output stagnated in June, the latest sign that the euro area's second-largest economy may be heading for its first recession in three years.
Growing Pains
Caterpillar Inc., the world's largest maker of construction and mining machinery, says its long-term view of China remains positive as the country experiences growing pains. China's government has returned to more growth-oriented policies such as interest-rate cuts, Caterpillar Chief Financial Officer Ed Rapp said in an interview today with Bloomberg Television's Carol Massar on "In the Loop".

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

"We've been to this movie before," Rapp said. "History has been as they go through those transition periods between growth, or trying to drive inflation down, you get through rough spots. I think 2012 has been a rough spot but the fundamentals are still the same."
Bets on global central bank action to stimulate the economy have driven the S&P 500 up 10 percent since June 1. The index has risen for six straight days amid better-than-estimated corporate profits and data on the jobs market. About 72 percent of the S&P 500 companies which reported second-quarter results so far have beaten earnings estimates, according to data compiled by Bloomberg.
For Related News and Information: Developed Markets View: DMMV <GO> Emerging Markets View: EMMV <GO> Stock Market Map: IMAP G <GO> World Equity Markets: WEI <GO> World Bond Markets: WB <GO> World Currency Ranker: WCRS 1 <GO> Commodity Ranked Returns: CRR1 <GO> CDS Sector Graph: GCDS <GO> World Trends and Reversals: WTR <GO> Graphing: GRAPH <GO>
--With assistance from Peter Levring in Copenhagen and David Wilson and Alexis Leondis in New York. Editors: Jeff Sutherland, Michael P. Regan

*Aug 10 2012 16:51:14 Wire: Bloomberg News (BN)*
**S&P 500 Caps Longest Rally Since December 2010 on Stimulus Bets**
By Rita Nazareth
Aug. 10 (Bloomberg) -- U.S. stocks rose, giving the Standard & Poor's 500 Index its longest advance since December 2010, as optimism the Federal Reserve will act to stimulate the economy helped the market recover from an earlier decline.
J.C. Penney Co. rose 5.9 percent as Chief Executive Officer Ron Johnson said his overhaul of the department-store chain is "on track." Facebook Inc. added 3.8 percent as Chief Financial Officer David Ebersman is said to be meeting with investors in New York days before the lifting of a ban on stock sales by some of the company's biggest shareholders. Broadcom Corp. gained 3 percent as the maker of chips that help mobile devices connect to the Internet was raised at Sanford C. Bernstein & Co.
The S&P 500 rose 0.2 percent to 1,405.87, reversing a loss of as much as 0.5 percent and rising for a sixth day. It capped a fifth weekly advance, the longest streak since March. The Dow Jones Industrial Average added 42.76 points, or 0.3 percent, to 13,207.95. Volume for exchange-listed stocks in the U.S. was 5 billion shares, 24 percent below the three-month average.
"The weaker the data the higher the likelihood of stimulus," said Alan Gayle, a senior strategist at RidgeWorth Capital Management in Richmond, Virginia, which oversees about $47 billion. "The weakness in China is likely to prompt a move there. While the Fed has been clear it will do anything to support growth, some people tend to think it's inevitable."
Stocks rebounded after the San Francisco Chronicle reported that Fed Bank of San Francisco President John Williams said the lack of progress in reducing the unemployment rate and the slow economic recovery have convinced him it's time to move ahead with a third round of asset purchases. Earlier losses were driven by a worse-than-expected Chinese trade report which intensified concern that global economic growth is slowing.
'Worldwide Slowdown'
"The market is looking at the worldwide slowdown," said Nick Sargen, chief investment officer at Fort Washington Investment Advisors in Cincinnati, which oversees about $40 billion. "China is slowing down, Europe is in a recession. Everybody realizes that we're on a tough situation. The question is -- can it get weaker or not?"
Bets on global central bank action to stimulate the economy have driven the S&P 500 up 10 percent since June 1. The index rose for five straight days through yesterday amid better-than- estimated corporate profits and data on the jobs market. About 72 percent of the S&P 500 companies which reported second- quarter results so far have beaten earnings estimates, according to data compiled by Bloomberg.
David Bianco, Deutsche Bank AG's chief U.S. equity strategist, cut his 2012 earnings estimate for S&P 500 companies amid lower commodity prices, weak capital markets, a stronger dollar and a "midyear stall" in global manufacturing. His forecast was cut to $102 a share from $105.
Biggest Gains
Eight out of 10 groups in the S&P 500 rose today as phone, industrial and health-care shares had the biggest gains. The Chicago Board Options Exchange Volatility Index, which measures the cost of using options as insurance against S&P 500's declines, slid 3.5 percent to 14.74, the lowest since March.
J.C. Penney rallied 5.9 percent to $23.40. Johnson, the former Apple Inc. retail chief who joined as CEO in November, is tweaking his pricing strategy after the previous plan confused customers by reducing sales events and coupons.

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | Facebook gained 3.8 percent to $21.81. Goldman Sachs Group Inc., Microsoft Corp. and other large investors that bought equity before the initial public offering will have freedom to sell their stakes starting Aug. 16. That's after the lifting of limits imposed by underwriters on the sale of shares for a preset period after an IPO. A person with knowledge of the meetings declined to elaborate on the plans, which are private.<br>Broadcom Rallies<br>Broadcom rose 3 percent to $35.35. The company was raised to outperform at Sanford C. Bernstein.<br>Research In Motion Ltd. jumped 6.3 percent to $8.29. The company's enterprise-services unit has attracted the interest of International Business Machines Corp., according to two people familiar with the situation.<br>Yahoo! Inc. lost 5.4 percent to $15.15. Chief Executive Officer Marissa Mayer has embarked on a strategy review that may result in a reversal of plans to restructure operations and return billions of dollars in cash to shareholders.<br>Monster Beverage Corp. tumbled 11 percent to $54.27. The largest U.S. energy drink maker by volume sales said an unspecified attorney general is investigating the company's flagship drink and ingredients.<br>Chesapeake Energy Corp. slid 3.1 percent to $19.68. The second-largest U.S. natural-gas producer received a subpoena in June from the antitrust division of the U.S. Justice Department's Midwest Field Office.<br>Cisco Drops<br>Cisco Systems Inc. retreated 0.9 percent to $17.54. The outlook for the biggest maker of computer-networking equipment may be worse than estimated, said Ryan Hutchinson, an analyst at Lazard Capital Markets LLC.<br>Big Lots Inc. dropped 7 percent to $38.44. The discount retailer was downgraded to underweight from neutral at JPMorgan Chase & Co. by equity analyst Matthew Boss. The 18-month share- price estimate is $34.<br>Manchester United Plc was unchanged at $14. The English soccer club with a record 19 championships raised $233.3 million in its U.S. initial public offering, less than first sought. The 134-year-old team and the Glazer family that bought it in 2005 sold 16.7 million shares for $14 each yesterday.<br>Investors put $356 billion into U.S. checking and savings accounts in the first six months of this year, almost double the $188 billion they deposited into bond mutual funds and exchanged-traded funds, according to TrimTabs Investment Research.<br>Net Deposits<br>Equity mutual funds and ETFs attracted $6 billion in net deposits, Sausalito, California-based TrimTabs said in a statement yesterday. Retail money-market funds lost $21.3 billion to withdrawals in the first half, according to the firm.<br>"People are risk-averse in a risky world and don't trust the powers that be to manage the economy and the markets," Charles Biderman, chief executive officer of TrimTabs, said in a telephone interview. "When that happens, you hunker down and put money away for better times."<br>Some investors are avoiding equities even as stock markets have rallied this year. The MSCI All-Country World Index rose 7.9 percent and the S&P 500 increased 12 percent through yesterday. Europe's crisis has sent some investors into the perceived safety of bonds.<br>Economic indicators may need to change for the better by October in order for U.S. stocks to sustain this year's gains, according to Myles Zyblock, chief institutional strategist at RBC Capital Markets.<br>Most Affected<br>Shares of companies most affected by the pace of economic growth have been out of favor for months, according to data tracking the ratio of Morgan Stanley indexes for cyclical and consumer-product shares since 2009, when a bull market began.<br>"We see one of two likely scenarios" unfolding for stocks, Zyblock wrote two days ago in a report. The first is that the economic gauges will rebound during the next month or two to confirm the gains in stocks. The second is that share prices will decline as the indicators fall further.<br>The cyclical-consumer ratio, cited in the Toronto-based strategist's report, rose only 0.2 percent for the year through yesterday as the S&P 500 gained 12 percent. The contrast became more pronounced in the past two months as the S&P 500 rebounded from its second-quarter low.<br>Rather than tracking the S&P 500, the cyclical-consumer ratio tended to move in lockstep with the Institute for Supply Management's factory index, as the report showed. ISM readings for June and July were less than 50, pointing to a contraction in manufacturing.<br>Based on the backdrop, Zyblock wrote, higher stock prices can be attributed to "fast money investors who've been caught short, corporations with excess cash, and international equity investors running away from their home markets." |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

For Related News and Information: Developed Markets View: DMMV <GO> Emerging Markets View: EMMV <GO> Stock Market Map: IMAP G <GO> World Equity Markets: WEI <GO> World Bond Markets: WB <GO> World Currency Ranker: WCRS 1 <GO> Commodity Ranked Returns: CRR1 <GO> CDS Sector Graph: GCDS <GO> World Trends and Reversals: WTR <GO> Graphing: GRAPH <GO>
--With assistance from Peter Levring in Copenhagen and David Wilson and Alexis Leondis in New York. Editors: Jeff Sutherland, Michael P. Regan

*10 August 2012 J.P. Morgan Matthew R. Boss, CPA*
**Micro Issues & Discretionary Mix; Wrong Place at The Wrong Time; Downgrade to Underweight**
We are downgrading Big Lots to Underweight from Neutral and establishing a Dec ’13 PT of $34. Shares of BIG have significantly outperformed over the past three months (+19% since its 1Q pre-announcement vs. SPX +2%) based on constructive top-line sentiment (reversal in trends) – something we believe is premature today. In our view, BIG is in the wrong place at the wrong time with a stretched core consumer demographic ($42-45K household income) and more discretionary shopping profile (~70% treasure hunt focus w/ 45% furniture, home & seasonal) with only a 30% need-based consumables mix (vs. FDO/DG ~70%). Structurally, BIG’s EPS profile has changed with EBIT $ falling in 2011 and a similar scenario likely this year (share buybacks representing more than 100% of EPS growth). At a micro level, the consumables category remains the company’s Achilles heel (lack of top-line consistency) – an area undergoing change, but tougher compares (+520bps in 2H) and stronger competition (private label pricing, CA expansion) likely extends the turnaround. Looking ahead, we see downside to 2H12 and 2013 estimates given continued top-line (consumables competition; discretionary exposure) and margin (mix shift) concerns. Our $34 Dec ’13 PT is based on 10x our 2013 EPS of $3.43.
 Discretionary mix + tougher compares = risk to 2H EPS. While we believe BIG’s P&G deal (sizable consumables deal launched in late June/July) provided a 2Q top-line (and likely GPM) lift (JPM $0.04 above Street for 2Q given deal), we believe underlying business trends remain lackluster, raising risk in our view. Importantly, BIG’s 2H guidance calls for improvement across the P&L embedding +1.0%-1.5% SSS, positive gross margin, and SG&A leverage. Taking a step back, BIG’s category mix is 70% discretionary (including 17% furniture, 15% home, and 13% seasonal) with a treasure hunt as opposed to need-based customer draw (only 30% consumables) putting BIG in a tough spot given employment concerns (less disposable income) w/ election uncertainty weighing on consumer psyche. Looking ahead, we are modeling flat SSS in 2H, GPM up 10bps with SG&A (% of sales) down 20bps resulting in 2H12 EPS of $2.09 ($0.14 below Street at $2.23) with incremental top-line and gross margin risk possible in our view.
 Consumables issues remain w/ competition rising. Our recent in-store work pointed to subtle changes in the consumables category underway (Fresh Finds, Intl Foods expansion), but believe a fix will not take place overnight. We are modeling a 400-500bps boost to the consumables category in 2Q given the P&G closeout deal (vs. down LSD in 1Q), but believe the underlying business trend remains negative in this category raising risk in 2H given a +HSD compare in 3Q and +MSD compare in 4Q. While BIG is conducting a deep dive in this area, we cite an increasing level of competition in the category with branded initiatives underway at FDO (under direction of COO M. Bloom), DG sharpening its price points (25% private label today), and grocery competition fierce – concerns worth noting in our view particularly as DG and FDO enter CA for the first time this year (174 stores or 12% of BIG’s store base). Looking ahead, we will be monitoring structural changes in the category (80% closeout mix today) with BIG recently infusing specialist finders (as opposed to generalists in the past) – something which could foster incremental direct relationships resulting in greater top-line consistency, but would structurally alter the margin profile (closeout deals generally higher margin).
 Structurally changing EPS profile w/ 2 years of EBIT $ decline.
Breaking down BIG’s earnings growth (page 6), the company’s earnings composition has changed over the past year, with operating income growth moving from an average of +21.4% (from 2007-2010) to -3.3% in 2011 (first EBIT decline since 2005) and we are modeling a decline
of -3.4% in 2012. Taking a closer look, BIG’s earnings growth (MSD in FY11 / modeling similar in FY12) has been driven entirely by share repurchases over the past two years with flattish same-store-sales, gross margin degradation, and SG&A deleverage resulting in a 6.9% reduction in FY11 net income and -3.5% in 2012 (JPM). Raising a level of concern,
BIG is a top-line story with gross margin flattish longer term and EBIT margin driven dependant on driving SG&A leverage

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

(FC hurdle 2% in FY12 w/ 1% LT goal).
 2H discretionary compares a high bar to clear. Taking a step back, ~70% of BIG's product mix is more discretionary in nature (namely furniture/home/seasonal) – areas that have remained resilient to date, but represent tough 2H12 comparisons. Specifically, BIG's home and furniture comps posted negative low-to-mid-single digit comps in 1H11 with acceleration seen in 2H11 (home +LSD / furniture +HSD) –
a risk worth noting particularly with lateral retail reads slipping in the category (ala BBBY) and The Furniture Buying Index (America's Group) slowing in June to its lowest level since February. On hardlines, we cite a high-single digit performance in CE in 4Q11 driven by Android tablet sales (given launch of Ipad 2) – a product cycle change hard to lap this holiday season in our view.
 Balance sheet remains firmly intact today. With $82M of cash on hand and annual FCF generation of ~$200M (capital expenditure needs likely tapering off into FY13 given SAP implementation completed) BIG's liquidity is ample, with our call not balance sheet oriented today. Looking
ahead, management has spoken to uses of cash including (1) continued square footage growth (3% today), (2) opportunistic share repurchases ($200M authorization in place), and (3) a potential dividend.  $34 Dec 2013 PT w/ incremental risk to 2H12 & 2013 numbers. Our $34 price target is based on 10.0x our 2013 EPS of $3.43 (below BIG's 10.8x 1-year average) – reasonable given our expectation of mid-to-high single digit EPS growth (next 2 years) and the combination of a structurally changing EPS profile (EBIT dollars moving negative) and likely incremental EPS risk. Based on 2H top-line and margin concerns, we are reducing our 3Q EPS estimate from $0.12 to $0.07, 4Q from $2.13 to $2.02 (FY12 to $3.20 from $3.30 previously) and reducing our 2013 EPS to $3.43 from $3.70.

Top Line Turnaround to Take Time

While Big Lots has posted six straight years of positive annual comps (+1.6% on average), we note that the company's quarterly track record is much more choppy.
Specifically, Big Lots has posted negative comps in ten of its past 25 prints or 40% – something we will be closely monitoring looking forward for an increased level of consistency (Figure 1 below).

Tougher Compares in 2H12 Raise Concern . . .

Raising concern given recent top-line weakness, we point out that BIG faces more difficult compares in 2H12, particularly within the consumables and furniture categories. As illustrated in Figure 2 below, BIG's compares accelerate to 2.6% in 2H12 from -2.6% in 1H12, a 520bps swing. While the recent P&G closeout (launched in June/July) likely provided a 2Q boost (JPM modeling SSS +0.8%), we believe underlying business trends remain lackluster – an issue given rising competition (consumables) and tougher compares on the discretionary side (namely furniture).

. . . Particularly in Consumables & Furniture

Breaking down 2H comps, BIG faces a difficult +520bps swing in compares. More specifically, we point out significantly tougher comparisons within consumables and furniture. On the consumables side, we estimate that BIG faces a 2H compare of +MSD in consumables (+HSD in 3Q and +MSD in 4Q) vs. a LSD compare in 1H.
In Furniture, BIG faces a positive MSD compare in 2H compared with a negative LSD compare in 1H, a difficult comparison to overcome given the discretionary nature of that business. To that end, BIG faces a difficult electronics compare in 4Q, with the category being driven by sales of android tablets (1Q12 weakness driven by iPad 2 launch).

More Discretionary Mix Raises Risk

While BIG has stated its intent to increase its mix of consumables similar to dollar store retailers (DG/FDO), the company's mix stands at just 30.2% consumables mix today (vs. FDO at 67%, DG at 73%, and DLTR at 51%). While this remains a tailwind to its gross margins (consumables are lower margin), it does expose the company to a higher mix of discretionary, a risk in our view given elevated unemployment levels and a reduced level of discretionary income.

Low income consumer backdrop remains unfavorable

With Big Lots' average customer household income between $42,000 and $45,000, the company faces top-line pressure from an uncertain macro-economic environment particularly given its "treasure hunt" merchandising strategy. We point to elevated unemployment, particularly at the High School graduate level of 8.4% (above the national rate of 8.3%) resulting in a lack of discretionary income for customers and a more need-based shop (higher consumables, less discretionary).

California Competition Heating Up

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | Currently 12% of Big Lots' store base or 174 stores is located in the state of California. With the recent entry of two new low-end competitors (Family Dollar and Dollar General), we would expect the competition in that market to increase. In particular we believe pricing on consumables will be worth watching given a likely aggressive advertising campaign from its dollar store peers.<br>Furniture Could Be Next to Fall<br>With BIG facing difficult furniture compares in 2H, we are particularly concerned about discretionary trends, particularly as the Furniture Buying Index (below) fell to its 2-year lows in the month of July which we outline in Figure 5 below EBIT Profile Structurally Changing From 2007-2010, Big Lots grew its operating income by an impressive average of 21.4% driven by same-store-sales leverage, aggressive SG&A cuts (31.4% today from 36% in 2005), and higher initial mark-ups (IMU). Reversing the trend however, in 2011, the company experienced its first operating income decline of -3.3% since 2005 driven primarily by GPM declines, and we forecast a further decline of 52bps in 2012. Looking to the remainder of the year, we point to modest SG&A deleverage in 2012 on weak sales (average 0.0% comp) driven primarily by increased compensation costs year-over year. Longer term we model flattish GPM driven by category mix shift to lower margin consumables and consumer electronics.<br>Flattish Gross Margin Story Longer Term<br>Looking back, from 2005 through 2010, BIG increased its gross margin by 150 basis points from 39.1% in 2005 to 40.6% in 2010 driven by higher initial markups, reduced markdowns and lower shrink. Moving forward, key areas of focus include (1) mix of business, (2) markdown activity, and (3) freight. We are modeling flattish gross profit margin in 2012E, and 22bps of GPM contraction in 2013E.<br>While a higher percentage of Big Lots' sales mix is discretionary, the company has seen a mix shift towards lower margin consumables similar to its dollar store competitors (FDO, DG, DLTR). As we outline in Table 5 below, consumables have increased as a percentage of sales from 23% in 2006 to 30% in 2011 (GPM is lower for consumables than for discretionary).<br>With SG&A to Remain Lean Over Time – Leverage Story<br>Given headwinds of (1) higher advertising, (2) higher bonus accruals, and (3) increased rent from store openings in "A" retail locations, we are modeling SG&A deleverage of 26bps in 2012, a decline from 2011 results of 41bps of leverage.<br>Headwind #1: Bonus accrual cycling constrains EBIT in 1H12<br>Big Lots has been able to manage expenses on the store level due to lackluster sales performance through reducing bonus accruals and scheduling fewer hours for employees. This has enabled the company to achieve fixed cost leverage at flat to slightly positive in 2011 but leaves little room for further reduction. Furthermore, we expect the company to cycle this in 2H12, when it should serve as a headwind YOY.<br>Headwind #2: "A" locations (higher occupancy costs) = higher rent<br>Big Lots guided to opening 25-30 "A" retail locations in 2011, and has plans to open more locations opportunistically in 2012. Importantly, given supply and demand for top notch real estate, these locations carry higher occupancy costs due to their superior retail locations (higher rent). We point out in Figure 7 below, that Big Lots' rent per square foot has increased by approximately 16% since 2005, with the most notable increase in 2009 of 6.6% YOY – when the company began opening new stores at better retail locations.<br>Breaking Down Our Model<br>2Q EPS: Modeling $0.04 above Street consensus<br>Our 2Q12 EPS estimate for Big Lots is $0.45, which stands $0.04 above the Street consensus and above management's guidance of $0.37-$0.42. Our SSS estimate of 0.8% is above management's guidance for Flat in 2Q as result of the P&G deal lift. Importantly, we are modeling a 400-500bps boost to the consumables category in 2Q (vs. down LSD in 1Q), but believe the underlying trend remains negative in this category raising risk in 2H given tougher comparisons.<br>On margins, we are modeling gross margin expansion of 10basis points to 39.6% (US up 17bps – in-line with guidance for positive). We are modeling SG&A dollar growth of 9.4% (US up 5-6% given cycling of reduced bonus accruals - 8.5M headwind) which reflects approximately 83bps of deleverage. Finally, we have modeled share repurchases of ~$123 million (note management's earnings guidance does factor in their buyback activity).<br>20 12 EPS $3.20 of versus the Street at $3.29<br>For 2012E, we model EPS of $3.20, which is $0.09 below the Street consensus of $3.29, and reflects 7.3% EPS growth YOY |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | (compared to 5.4% earnings growth in FY11 and 24% earnings growth in FY10). We estimate flat same-store-sales with 2H comps facing more difficult compares. We estimate an EBIT margin contraction of 52bps with essentially flat gross margins driven largely by unfavorable mix shift, and SG&A deleverage (26bps). We are also modeling share repurchases of ~$300M assuming that the company continues its healthy appetite for share repurchase.<br>Investment Thesis<br>We rate BIG Underweight. In our view, BIG is in the wrong place at the wrong time with a stretched core consumer demographic ($42-45K household income) and more discretionary shopping profile (~70% treasure hunt focus w/ 45% furniture, home & seasonal) with only a 30% need-based consumables mix (vs. FDO/DG ~70%).<br>Structurally, BIG's EPS profile has changed with EBIT $ falling in 2011 and a similar scenario likely this year (share buybacks representing more than 100% of EPS growth). At a micro level, the consumables category remains the company's Achilles heel (lack of top-line consistency) – an area undergoing change, but tougher compares (+520bps in 2H) and stronger competition (private label pricing, CA expansion) likely extends the turnaround. Looking ahead, we see downside to 2H12 and 2013 estimates given continued top-line (consumables competition; discretionary exposure) and margin (mix shift) concerns.<br>Valuation<br>Our December 2013 price target of $34 (reduced from our 2012 PT of $41 on our lower estimates) is based on 10.0x our new 2013 EPS of $3.43. Specifically, our BIG multiple stands slightly below its three year average (10.9x) given a structurally changing model (EBIT dollar growth moving negative), continued top-line inconsistency (10 of past 25 quarterly SSS negative), and 2H12 and 2013 earnings risk.<br>Risks to Rating and Price Target<br>There are inherent risks to the fundamental nature of a closeout retailer; central to those risks is the ability to procure the appropriate merchandise assortment in suitable volume. Due to the opportunistic "deal" nature of inventory purchasing, the company often signs lengthy advance notice contracts which present some inventory level inflexibility should the retail environment change. Conversely, a strong pipeline of closeout deals could generate higher sales, rendering our estimates too low and creating upside risk to our price target. We believe that BIG's acquisition of Liquidation World and planned expansion into the Canadian market will be long term accretive to earnings. Should Canadian store productivity slow down (or not reach out estimated metrics) or should the Canadian retail environment deteriorate, there is risk to our Canadian earnings accretion analysis and near-term financial estimates. Conversely, should the Canadian stores perform better than our expectations; this would render our estimates too conservative, creating upside risk to our price target. We believe the customer will remain constrained in the near-term; however any noticeable improvement in discretionary or big ticket purchases from the consumer would cause results to be better than our expectations and create upside risk to our price target. If the macro environment improves, driving increased levels of discretionary purchases, or if the housing market improves driving more home improvement purchases it would render our estimates too low, creating upside risk to our price target. |
| 8/13/2012 | 1,524,054 | $38.02 | -1.09% | (0.57) | |
| 8/14/2012 | 710,257 | $38.11 | 0.24% | 0.06 | |
| 8/15/2012 | 619,326 | $38.13 | 0.05% | (0.17) | *Aug 15 2012 16:05:11 Wire: PR Newswire (PRN)*<br>**Big Lots, Inc. to Broadcast Second Quarter 2012 Conference Call**<br>PR Newswire<br>COLUMBUS, Ohio, Aug. 15, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) will report second quarter fiscal 2012 results on Thursday, August 23, 2012 and host a conference call live at 8:00 a.m. Eastern Time.<br>SECOND QUARTER RESULTS WHAT:<br>Big Lots, Inc. invites you to listen to the live audio<br>webcast of its Second Quarter Conference Call DATE:<br>Thursday, August 23, 2012 TIME:<br>8:00 a.m. Eastern Time WHERE: Big Lots is hosting the live webcast through the Investor<br>Relations section of its website at http://www.biglots.com.<br>To listen to the call, click on the microphone link on the<br>Investor Relations page at least 10-15 minutes before the<br>broadcast begins. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | If you are unable to join the live webcast, an archive of the call will be available at www.biglots.com in the Investor Relations section of our website after 12:00 noon Eastern Time and will remain available through midnight on Thursday, September 6, 2012.<br>A replay of this call will also be available beginning August 23 at 12:00 noon Eastern Time through September 6 by dialing 1.888.203.1112 (Toll Free USA and Canada) or 1.719.457.0820 (International), and entering Replay Confirmation Code 9878343.<br>SOURCE Big Lots, Inc. |
| 8/16/2012 | 765,323 | $38.43 | 0.79% | (0.08) | |
| 8/17/2012 | 618,256 | $38.47 | 0.10% | (0.25) | *Aug 17 2012 11:55:00 Wire: Bloomberg First Word (BFW)*<br>**U.S. CONSUMER WEEKLY AGENDA: AEO, BBY, BKS, DSW, LOW Earnings**<br>By Courtney Dentch<br>Aug. 17 (Bloomberg) -- What to watch for 8/20-8/24 (all times ET unless noted):<br>MONDAY 8/20<br>* Earnings pre-mkt: LOW<br>* Earnings post-mkt: TUES, URBN<br>TUESDAY 8/21<br>* ICSC weekly sales 7:45am<br>* Johnson/Redbook weekly sales 8:55am<br>* Earnings pre-mkt: BBY, BKS, DFRG, DSW<br>* Earnings post-mkt: LZB, WSM, WTSLA<br>WEDNESDAY 8/22<br>* July existing home sales 10am<br>* Earnings pre-mkt: AEO, EXPR, CHS, Heineken 1H<br>* Earnings post-mkt: GES, HAIN, KKD, PSUN, TLYS<br>* LAZB annual meeting 11am<br>THURSDAY 8/23<br>* Weekly jobless claims 8:30am<br>* July new home sales 10am<br>* Bloomberg Consumer Comfort Index 9:45am<br>* Earnings pre-mkt: FLWS, FRED, HRL, LANC, RGS, SIG, Diageo FY<br>* Earnings post-mkt: BEBE, BIG, RUE, SCVL<br>FRIDAY 8/24<br>* July durable goods orders 8:30am<br>EU Consumer Agenda |
| 8/20/2012 | 1,191,882 | $38.75 | 0.73% | 0.53 | *August 20, 2012 Wedbush, Joan Storms, CFA*<br>**Believe Q2 Results May Top Conservative Guidance;**<br>**Reiterate OUTPERFORM**<br>Big Lots will report Q2 results before the market open on Thursday, August 23rd. Conference call at 5:00 am P T (dial-in: 888-500-6974, passcode: 9878343).<br>• Guidance includes Q2 EPS of $0.37-$0.42, with flattish comps. Full-year guidance includes EPS of $3.25-$3.40, with comps of flat to +1% at U.S. stores.<br>Management forecasted comps to turn positive during 2H as a result of content changes within consumables and electronics, and believed that the expansion of the home category would provide an incremental sales opportunity.<br>• We forecast Q2 EPS of $0.42 vs. $0.50 with comps of 0.0% vs. -1.5%; consensus is at EPS of $0.41 with comps of 0.0%. On its Q1 earnings call, management said it had added additional resources to its buying teams and expected assortments to improve during Q2 and into early Q3. This year the company significantly pre-planned its back-to-school and Holiday offering even more so than last year, which should provide an easier transition during the seasons. However, we believe Big Lots faces challenges in turning around its now struggling consumables and electronics businesses, which should take at least one to two quarters after a disappointing Q1. We view full-year guidance as conservative, despite being |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

very back-end weighted. We believe management is trying to deliver more consistent results, and a couple of swing factors, including share buybacks and Canada, could favorably affect results in 2H and 2013.
• We reiterate our OUTPERFORM rating despite disappointing Q1 results and outlook because we believe stock appears oversold and trades at an attractive valuation and risk:reward ratio compared to peers. Although comparisons get more challenging in 2H, new merchandising initiatives in higher margin categories are doing well and consumables and electronics still have good potential with initial improvements already being made. While the Canadian acquisition is initially dilutive, we see good opportunities for 2013 and beyond, and Canadian stores have continued to exceed expectations.
• Our $49 price target assumes the stock should trade at roughly 13x our 2013 EPS forecast of $3.80. This is in line with our projected longer-term earnings growth rate in the low to mid teens.
RISKS
• Risks to attainment of our share price target include uncertainty regarding any potential acquisition offers; sales volatility; decreases in store traffic and average ticket; discounts and mix shift changes negatively affecting gross margins; de-leveraging of SG&A; sourcing disruptions; competition from other discounters; consumer confidence; higher energy costs; rising interest rates; adverse weather; geo-politics, etc.
Q1 Review
• Q1 pro forma EPS of $0.68 was below original guidance for $0.75-$0.81 and slightly below our/consensus revised estimates of $0.70/$0.69. Excluding the impact of the acquisition of Canada's Liquidation World (which closed during Q2), pro forma EPS was $0.77. GAAP EPS of $0.63 (including $0.09 LPS from Canada) reflects a $0.05 charge associated with the implementation of new retail inventory system. Q1 comps of -0.8% vs. -3.6% were in line with recently updated guidance for slightly negative and our/consensus -1.0%/-1.5%, but well below original guidance for up 2%-4%. EPS guidance had not been revised when the company negatively pre-announced Q1 comps on April 23. Comps were on plan for the first six weeks of the quarter, but sales trends began to slow in late March and then further softened in April. Excluding the inventory charge, U.S. gross margin was down 20 bps, to 40.1%, due to higher fuel costs and higher markdowns, partially offset by favorable merchandise mix shift and lower shrink. SG&A de-levered 50 bps, to 33.7%, due to higher depreciation, occupancy, and advertising spend. Total U.S. retail sales were up 2.8% to $1.26 billion.
• Guidance for 2012 consolidated EPS was reduced to $3.25-$3.40 (from $3.40-$3.50). Guidance for Q2 EPS of $0.37-$0.42 was below our/consensus estimates of $0.57-$0.54), but we believe this guidance is conservative.
GUIDANCE (updated 5/23/12)
• Q2
Consolidated EPS: $0.37-$0.42
§ U.S.: $0.44-$0.49
§ Canada: $(0.10)-$(0.07)
Sales
§ U.S.: up 3%-4%, with slightly positive to slightly negative comps
§ Canada: $32-$35 million
Gross margin: higher YoY
SG&A expenses: higher YoY, driven by higher costs for depreciation, occupancy, advertising, incentives, and headcount
• 2012 (53-week fiscal year)
Consolidated EPS: $3.25-$3.40 (previously: $3.40-$3.50, which does not assume any additional share repurchases, but does include an expected benefit of $0.10 as a result of the extra week in the 2012 fiscal calendar, as well as a nonrecurring, non-cash charge of $0.05 during Q1 as a result of improved inventory accounting):
§ U.S.: $3.50-$3.60 (previously: $3.63-$3.73)
§ Canada: $(0.26)-$(0.21) (previously: $(0.26)-$(0.21)), representing a $14-$16 million loss (previously: $14-$17 million loss), reflecting: 1) there will be no tax benefit from Canada's operating loss during 2012, 2) gross margins are expected to be lower than the U.S., and 3) investments in expense infrastructure will result in nearterm de-leverage
Comps: flat to +1% at U.S. stores (note: Starting in Q1, the company modified its reporting for comparable store sales to now be based on stores open at least 15 months versus the prior basis for stores open at least two years, but the

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | company said fiscal 2011 comps would not have been materially different using the new basis. Also beginning in Q1, the company discontinued reporting sales results prior to reporting full financial results.)<br>Total sales:<br>§ U.S.: up 5.5%-6.5% (previously: up 8%-9%)<br>§ Canada: $142-$152 (previously: $140-$150 million)<br>Cash flow: $190 million (previously: $200 million)<br>Interest expense: $2 million<br>Diluted share count: 64 million (previously: 65 million), which does not assume any additional share repurchases<br>Operating margin: relatively flat in the U.S.<br>Tax rate: 38.0%-39.0%<br>Gross margin: slightly higher due to lower anticipated markdowns<br>SG&A: deleveraging slightly due to higher depreciation, bonus expense, and occupancy; however, excluding higher bonus expense, the company expects some leverage (the company estimates its comp leverage point is at a 1% comp) coming from stores, DCs, credit card fees, utilities, and the 53rd week, partially offset by higher depreciation<br>Depreciation: $105 million vs. $88 million<br>Real estate: 90 new stores and 45 closures in the U.S. for net store growth of about 3%, with 70 in traditional locations and 20 in A-type locations; there are no plans to open new stores in Canada at this time while the company works on improving the store model and operations, but there might be additional store closures in Canada<br>Capex: $130-$135 million, reflecting maintenance capex of $40 million, new store capex of $50-$55 million, and capex of $40 million for other strategic initiatives (new systems including new warehouse management, HR, and real estate systems; retrofitting and refreshing a portion of the store base; and new fixturing initiatives to support certain merchandising strategies).<br>2012 Initiatives<br>• Growing the U.S. store base<br>• Turning around Canada<br>• Growing organizational capabilities (new warehouse management systems, new HR systems, and a new real estate system, all of which will be executed over the next couple years)<br>• Providing more consistent and predictable quarterly results<br>• Continuing to generate strong returns for shareholders (the company has begun to develop its next long-range plan to focus on years 2013-2015, and this process will take the better part of a year to complete) |
| 8/21/2012 | 673,065 | $38.73 | -0.05% | (0.10) | *Aug 21 2012 0:01:03 Wire: Bloomberg News (BN)*<br>**Christmas in August as Trucking Shares Offer Bet on U.S. Holiday**<br>By Anna-Louise Jackson and Anthony Feld<br>Aug. 21 (Bloomberg) -- Holiday sales probably will grow at a slower rate this year than last. That may present an opportunity for investors prepared to wager they'll be better.<br>Most investors aren't betting on a strong shopping season in the U.S. because of unemployment that's remained above 8 percent since February 2009 and ambiguity about future tax rates, said Jack Ablin, chief investment officer at Harris Private Bank in Chicago, part of the BMO Financial Group which oversees about $60 billion of assets. Even so, now is the time to consider a trucking-stocks strategy because these conditions may offer a favorable risk-reward, he said.<br>"Everyone associates retail stocks with the holiday season, but trucking companies may be a smarter play for a positive surprise from the consumer," Ablin said. Truckers are "an interesting" opportunity because their shares have trailed the market since 2009, reflecting pessimism about the economy; meanwhile, retailers have enjoyed an "enormous rally" -- a sign more optimism has been priced into these stocks, he said.<br>Retail sales, excluding restaurants, vehicles and gasoline, rose 0.9 percent last month from June, the biggest gain since January, based on data from the Census Bureau. Robert Dye, chief economist at Comerica Inc. in Dallas, estimates they may increase an inflation-adjusted 2 percent to 3 percent in November and December, the traditional holiday rush, compared with 2.7 percent last year.<br>"It's not doom and gloom, but it's not a robust forecast, either," Dye said, adding that holiday sales rose as much as 4.7 percent on an |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

inflation-adjusted basis in 2005.
Fiscal Cliff
Weak consumer confidence is hurting discretionary spending and probably will continue through the rest of this year because of anemic job growth and the looming fiscal cliff, he said. The U.S. faces higher taxes and reductions in spending on defense and other government programs that will take effect at year-end unless Congress acts.
The Bloomberg U.S. Asset-Heavy Trucking Index -- with 14 companies including Knight Transportation Inc. and Werner Enterprises Inc. -- has lagged behind the Russell 2000 Index by about 51 percent since Dec. 31, 2008. In the same period, the Standard & Poor’s Retail Select Industry Index has led the broader S&P 500 by 146 percent.
Trucking stocks continue to trail the Russell 2000 and now are at the same “key support level” as a year ago, in part because earnings for several companies -- including Werner and Con-way Inc. -- were weaker than investors anticipated, said Jim Stellakis, founder and director of research at New York-based research company Technical Alpha Inc.
Relative Performance
Although investors may be wary about identifying this level as a bottom, trucking stocks last year outperformed the Russell 2000 by 10.6 percent between mid-September and Dec. 30, when their relative performance was previously this low, he said.
Based on the depth of the current underperformance, investors appear to be bracing for “very anemic volume growth,” said Art Hatfield, an analyst in Memphis, Tennessee, with Raymond James & Associates. “Nobody’s pricing in anything positive in terms of a pick-up in economic activity in the near-term.”
The rally in the retail index has stalled after it broke an uptrend that began in February 2011, indicating investor sentiment has become a little bearish in recent months, said Stellakis, a chartered market technician. “Retail stocks may be a group investors are looking to underweight now.”
No Comfort
Gross domestic product grew at a 1.5 percent annual rate in the second quarter, after expanding 2 percent in the period ended March 31. The jobless rate rose to 8.3 percent in July, the 42nd consecutive month above 8 percent; and consumer sentiment, measured by the Bloomberg Comfort Index, fell to minus 44.4 in the week ended Aug. 12, the lowest since January.
One bright spot: The U.S. added 163,000 jobs in July, the most since February, after four consecutive months when gains trailed the median estimate of economists surveyed by Bloomberg.
Amid continued weakness in “big-picture drivers” of spending, investors are “a little squeamish” about what to expect from this year’s holiday-sales season, said John Manley, chief equity strategist for Wells Fargo Funds Management in New York. Still, it “wouldn’t be unusual” for consumers to figure out a way to splurge, even if it means skimping on other purchases, he said, adding that if shoppers can exceed what will probably be “fairly conservative” sales estimates, trucking companies may benefit.
“Betting against the American consumer is a tough bet to make,” he said.
Short-Lived Rally
The same things holding back shoppers may inhibit trucking stocks from overcoming the years of underperformance, Hatfield said. Even if Americans deliver on a strong holiday season, a rally in this group may be short-lived until the U.S. economy exhibits sustained signs of improvement and expands at a faster pace, he said.
For now, companies that transport items including retail goods have indicated activity remains stable, Hatfield said, adding that even though volumes and the prices truckers charge their customers are weak by historic standards, there’s no indication another recession is imminent.
Kevin Knight, chairman and chief executive officer of Phoenix-based Knight Transportation, sees reason for “some optimism” that the second half of this year will “end up being more seasonal,” he said on a July 25 conference call. “Compared to my expectations, I would say that June has been a little bit behind what I would have hoped for and that July has been a little bit ahead.”
‘Strong Note’
Volume for Con-way ended June “on a strong note” after it was a “little light” early in the month, President and Chief Executive Officer Douglas Stotlar said on an Aug. 1 conference call. The Ann Arbor, Michigan-based company also saw daily tonnage strengthen in July to finish “slightly ahead” of last year, he said.
Based on conversations with customers, “we continue to see people pretty optimistic about their business, even with really, really slow economic growth,” Greg Lehmkuhl, president of Con- way’s freight division, said on the same call.
While freight volume of companies including retailers and consumer packaged-goods makers -- a barometer of the broader economy -

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

- fell 0.7 percent in July from the prior month, it exceeded the trailing 10-year average of minus 2.5 percent for July's sequential change in shipments, based on data compiled by Bloomberg from Cass Information Systems.
Forecasting holiday sales this year still is more difficult than in the past, Dye said. In addition to all the economic impediments, Americans also are saving more -- 4.4 percent of their disposable personal income in June, the highest in a year -- which could hurt spending if people are worried about jobs and taxes, he said.
Nonetheless, consumers have to be "hit over the head pretty hard" to cut back meaningfully on gift-giving, Wells Fargo's Manley said.
"When expectations are modest, Americans rarely disappoint when it comes to holiday sales," he said.
For Related News and Information: Bloomberg U.S. Asset-Heavy Trucking Index member weighting: BNUSAHTD <Index> WGT <GO> U.S. retail sales: RSTATOTL <Index> GP <GO> U.S. economic snapshot: ESNP US <GO> Bloomberg Industries: Asset-Based Trucking Services: BI TRCKN <GO> Top retail and consumer stories: TOP CON <GO> Top transportation stories: TOP TRN<GO> Top economy stories: TOP ECO <GO>
--Editors: Melinda Grenier, Carlos Torres

*August 21, 2012 Benchmark Morning Call, Ronald Bookbinder*
**Q2 Earnings Preview; Expect In Line with Consensus**
Big Lots is expected to report Q2 earnings Thursday, August 23 before the market open. We expect earnings to be in line with our estimate and consensus of $0.41. In Q1, Big Lots failed to execute in the consumables category. We believe we have seen a great increase in merchandising in the consumable category. While we worry a bit that we have seen some excess summer seasonal, we believe comps and gross margin should come in line with our estimates. Our $45 price target is based on 7 times our 2012 EBITDA or 13.6x our 2012 EPS estimate. We maintained our Buy rating given our belief that this management team has the talent and experience to fix the merchandise problem of Q1.

*August 21, 2012 Benchmark, Ronald Bookbinder*
**Q2 Earnings Preview; Expect In Line with Consensus**
Big Lots is expected to report Q2 earnings Thursday, August 23 before the market open. We expect earnings to be in line with our estimate and consensus of $0.41. In Q1, Big Lots failed to execute in the consumables category. We believe we have seen a great increase in merchandising in the consumable category. While we worry a bit that we have seen some excess summer seasonal, we believe comps and gross margin should come in line with our estimates. Our $45 price target is based on 7 times our 2012 EBITDA or 13.6x our 2012 EPS estimate. We maintained our Buy rating given our belief that this management team has the talent and experience to fix the merchandise problem of Q1.
Our 2Q12 EPS estimate is $0.41, in line with consensus and versus $0.50 last year, with a $0.08 drag from the newly acquired Canadian operations. We expect revenue to increase 7.0% with $35 million from Canada and US revenues increasing 4.4% to $1.214 billion, driven by a flat comp increase and a 3.7% store unit increase. While we have noticed some clearance in the typically high margin seasonal area such as summer lighting, outdoor furniture, and pool and pool accessories, we have noticed an improvement in the low margin consumables with exciting buys in major household brands. Given the hot dry weather throughout much of the nation and the improved merchandise in consumables, we believe the comp should come in line with guidance of slightly negative to slightly positive. Consumables (approximately one-third of the business) were experiencing a very nice turnaround from 3Q10 as the merchandising of food items had greatly improved, until last quarter. We expect a 20 basis point decrease in gross margin to 39.3%, on higher fuel costs and the impact of Canada. We expect SG&A to increase 150 bp on the lack of leverage and increases in depreciation, occupancy, advertising, bonus expense, payroll, and the integration of Canada. We expect the share count to decrease 10%, year over year.
We maintain our 2012 EPS estimate of $3.30. While the Canadian operations are expected to be a great vehicle for growth, in the next 12 months we expect them to be a drag on earnings of $0.22. In 2012, we expect total revenues to increase 9%, with the addition of a 53rd week and a full year of Canadian revenues. We expect US revenues to increase 7.2% to $5.51 billion, on a 0.5% comp increase and a 3.0% store unit increase.
In Canada, we expect revenues of $152 million, up from $62 million. We expect the total company operating margin to decrease 30 bp to 6.3%, on the integration of the Canadian operations, which we expect to lose $16.2 million in operations.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

On the core US business, we expect a 30 bp decrease in operating margin as the gross margin should benefit from fewer markdowns, but be offset by an increase in SG&A from performance bonus, higher depreciation, and occupancy-related costs. We believe there could be upside potential to our 2012 EPS estimate driven by the possibility of the Company continuing to repurchase shares.

*August 21, 2012 Northcoast Research Jeff Stein, CFA - Managing Director*
**BIG: Expecting Better News Beginning in Q3; Reiterate BUY**
Overview
BIG will be reporting Q2 this Thursday before the market opens. We continue to estimate EPS at $0.41 vs $0.50 last year based on a 0.0% comp assumption. However, we think the momentum will be positive coming out of the quarter based upon the boost we expect from the Proctor & Gamble (PG-not rated) deal which landed in the stores in July. Although BIG appears to be at the tail end of this deal, stores have continued to receive new P&G merchandise during the first half of August.
We have noticed improvements across the food section of the store, which suffered from out-of-stock issues in Q1 and a limited assortment of prominent brands. Our store visits yesterday revealed a strong supply of prominent branded breakfast cereals. The company also had displays of Frito Lay products priced nearly 30% below a nearby dollar store.
In early July BIG began to ship its first back-to-school program into the stores. If successful this could be a cure for what has been a historically slow and erratic Q3. We estimate that the program occupies 10%-15% of the selling space of the stores and like all seasonal programs is designed to generate well above average gross margins. As a point of reference, BIG comps in Q3 last year were up 1.7%. We are estimating that improving consumables and a successful back-to-school program could help to drive an estimated 2.0% comp in Q3.
Canada has posted two consecutive quarters of better than plan results since being acquired in July 2011. The business lost $7.0 million in Q3 last year and we are projecting that the loss will be cut in half in Q3, a $0.05 per share swing. We see Canada as a bigger tailwind for the next 12 months beginning in Q4.
BIG has a $200 million buyback authorization and we suspect that the company has or will be active in repurchasing shares at current levels. Our model assumes no additional repurchases this year.
Conclusion
BIG will be reporting this Thursday before the market opens and we are continuing to look for EPS of $0.41 vs $0.50 last year. However, we think the company exited the quarter with positive momentum and we see this trend continuing into Q3. Stores we have visited recently look great and we look for improved EPS visibility over the next four quarters driven by improving execution in consumables, heightened focus on seasonal programs and YOY improvements in Canada. We reiterate our BUY rating.
Outlook
Following a disappointing Q1, we think that the company has made significant strides in its consumables business and will begin Q3 with an expanded back-to-school program that has potential, we believe, to be an important catalyst for Q3. We do not have a good feel for the Canadian business heading into Thursday's release, however, BIG closed on the acquisition of business in July of 2011 and has posted favorable sales results to plan thus far. Q3 will be an easy comparison in Canada and we look for about a $0.05 per share positive swing in EPS from this business alone.
In Q2, the household chemicals business received a boost from the P&G deal that showed up in stores beginning in July. New shipments have continued to trickle in during August and we think that the deal will have a lingering positive impact on sales results in Q3. We have also noticed improved assortments in the food aisle, particularly in breakfast cereals. Stores in our area are also carrying an expanded assortment of the company's Fresh Finds label in soft drinks and chips.
Launching a major new seasonal program such as back-to-school carries inherent risks. While BIG has carried some of these items/categories in the past, we have never seen this level of attention paid to this seasonal program. We estimate that 10%-15% of the store is currently focused on this program. BIG is carrying an expanded assortment of dorm related categories including bedding, storage, organizers, electronics, paper and cookware etc. Margins on seasonal programs are typically significantly higher than the corporate average. However, if BIG does not see a

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | positive response to the program, markdowns could be equally as large a drag. We are betting that the program will be well received and have factored this into our modeling assumptions for Q3.<br>Valuation and Risks<br>Our $51.00 price target assumes a P/E of 13.1x and EV/EBITDA of 5.8x on the FY14E. The five and 10 year average for the EBITDA multiples is 5.9x and 6.7x respectively. The five year and 10 year average P/E for the shares is 12.8x and 19.3x respectively. Risks to our forecast include weather, higher gasoline prices, a high unemployment rate and discretionary spending trends.<br><br>*8/21/2012 MKM Partners Patrick McKeever*<br>**2Q12 Preview: Expect Flat Comps and Down EPS**<br> Maintain Neutral in Front of 2Q12 Results Thursday. We continue to expect sluggish sales and operating margin pressure and view the stock, which trades at 10.5x our 2013 EPS estimate vs. the peer group's roughly 14x multiple and vs. its five-year median forward multiple of 12.0x, as being close to fair value.<br>Accordingly, we don't have an actionable trading call into the print.<br> Looking for Flat Comps on Top of 1.5% Decrease Last Year. Our forecast is within the 5/23/12 guided range and assumes modest sequential improvement from 1Q12's (0.8%), though we think business overall remained challenging in the second quarter. We saw generally light traffic in our store visits and noticed light baskets as well, and while we believe management is making some progress fixing the important consumables category (31% of total sales in FY11), we believe challenges in consumables continued to hold back sales.<br> Expect Down EPS. We continue to expect EPS of $0.40, down from $0.50 last year, incorporating the sluggish sales and a lower operating margin (modeling gross margin up slightly because of heavy markdowns last year, but we look for expense pressures in D&A, occupancy, incentive comp, advertising and personnel). Our forecast assumes a $4-$6 million loss ($0.07-$0.10 per share) at Big Lots Canada. Share buybacks under a new $200 million program – not incorporated in 5/23/12 guidance of $0.37-$0.42 – could drive some EPS upside.<br> Modeling Slightly Positive Comps in 2H12 but Conviction Not High. We are looking for 1% growth in 3Q12 and 4Q12 against more difficult comparisons of 1.7% and 3.4%. Our forecast assumes improvement in consumables and better execution around close-out deals in more discretionary areas. The presidential election could have a negative impact on sales (has happened in the past), while two extra shopping days between Thanksgiving and Christmas should help. |
| 8/22/2012 | 1,245,301 | $38.84 | 0.28% | 0.08 | *Aug 22 2012 14:59:01 Wire: Bloomberg Social Velocity Alerts (BSV)*<br>**Social Velocity Alert for Big Lots Inc (BIG)**<br>BSV 5779574024310358016 <GO><br>Bloomberg Social Velocity alert for Big Lots Inc (BIG) Expected Postings: 0.1 Actual Postings: 5 Time Range: AUG 22 14:30-15:00 EDT<br>A BSV alert is triggered by an unusually high number of social media postings on a company.<br>Run {BSV<GO>} to see more alerts.<br>-0- Aug/22/2012 18:59 GMT<br><br>*Aug 22 2012 16:43:28 Wire: Bloomberg First Word (BFW)*<br>**U.S. WRAP: Stocks Climb After Fed Minutes Released**<br>By Patrick McHale<br>Aug. 22 (Bloomberg) -- Stocks erase losses after Fed minutes released. Indexes were negative for most of the morning, climbed after Fed minutes.<br>* S&P 500 +0.02% to 1413.49<br>* DJIA -0.23% to 13172.76<br>* Nasdaq 100 +0.4% to 2783.417<br>* Gold down 0.15% to 1637.4<br>* WTI Crude up 0.5% to 97.32 |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | * 10-yr Treasury -9.82bp to 1.7002%<br>MAJOR STORY:<br>* Many FOMC participants saw new QE as bolstering U.S. recovery<br>* * Many on FOMC favored easing soon if no sustained growth pickup * Minutes of last meeting<br>TOP NEWS:<br>* U.S. existing home sales rose 2.3% M/m in July to 4.47m annualized rate vs est. 4.51m; June unrevised at 4.37m<br>* MBA mortgage applications index fell 7.4% in week ended Aug. 17 after prior week's 4.5% drop<br>* Germany gets bids for EU6.24b of 2 yr notes vs EU5b max target<br>MARKET DATA:<br>* S&P 500 +0.02%; DJIA -0.23%; Nasdaq 100 +0.4%<br>* * S&P 400 -0.2%; S&P 600 -0.32%; Russell 2K -0.34%; SOX -0.78%<br>* DHI PHM DFS LEN PPG gained most in the S&P 500<br>* S&P 500: 197 stocks, 39% of the index, climbed<br>* 5 of 10 S&P sector groups positive<br>* * Materials 0.97%, energy 0.27%, consumer discretionary 0.26%, tech 0.26%, health care 0.01% * Financials -0.15%, utilities -0.2%, consumer staples -0.32%, telecom -0.41%, industrials -0.44%<br>* HPQ CAT INTC KO MSFT lagged in the DJIA; 15 components negative<br>* ADSK ALXN EBAY AAPL AMZN led to the upside in the Nasdaq 100<br>* Decliners beat advancers 1.7 to 1 on the NYSE<br>* Total number of shares traded 5.4b; below 50-, 100-, 200- DMAs<br>RISK ON/RISK OFF:<br>* VIX Index up 0.6% to 15.11<br>* ON:<br>* * SPDR-Consumer Discretionary up 0.29% to 45.31 * iShares MSCI Emerging Markets up 0.05% to 40.41 * MSCI Emerging Markets down 0.45% to 971.04<br>* OFF:<br>* * iShares DJ U.S. Healthcare Sector up 0.12% to 80.84 * SPDR-Consumer Staples down 0.31% to 35.57<br>TREASURIES:<br>* 30-yr -8.77bp to 2.812%<br>* 10-yr -9.82bp to 1.7002%<br>* 2-yr -2.41bp to 0.2625%<br>CURRENCIES:<br>* Dollar Index Spot down 0.42% to 81.567<br>* Euro/dollar up 0.35% to 1.2517<br>* GBP/dollar up 0.49% to 1.5864<br>* Dollar/Yen up 0.93% to 78.56<br>COMMODITIES:<br>* Crude climbs to 3-mo. high; corn and soybean futures declined on speculation drought caused less crop damage than expected in Indiana, wheat also fell; gold hits 16 week high<br>* Metals:<br>* * Gold down 0.15% to 1637.4 * Silver up 1.42% to 29.845 * Copper up 0.61% to 347.4 * Aluminum up 0.66% to 1856.75 * Platinum up 1.97% to 1537.5<br>* Fuels:<br>* * WTI Crude up 0.5% to 97.32 * Nat Gas up 3.06% to 2.86 * Gasoline up 1.57% to 311.32 * Heating Oil up 0.28% to 313.29<br>* Agriculture: |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

* * Corn down 0.12% to 830.25 * Wheat down 0.44% to 896.5 * Orange Juice up 6.55% to 139.1 * Soybeans down 0.31% to 1748 * Coffee down 1.06% to 158.95 * Cotton down 0.5% to 76.07 * Sugar up 0.81% to 19.94 * Cocoa down 2.14% to 2420
MERGERS & ACQUISITIONS:
* Kar Auction Services Approached PE Firms for Sale: Reuters
* Health Care REIT to Buy Sunrise Senior Living for $14.50-Shr
* * Sunrise Senior Living Had Sale Process: dealReporter
* McGraw-Hill Education Bids Due Early Oct.: dealReporter
GOVERNMENT:
* Verizon-Cable Spectrum Deal Said to Have Unanimous FCC Approval
EUROPE:
* European stocks slid most in almost 3 weeks as Japan reported a wider-than-expected trade deficit, investors awaited outcome of euro area leader meetings
* First Word Europe wrap
* First Word European crisis wrap
* FTSE 100 down 1.42%
* CAC 40 down 1.47%
* DAX down 1.01%
* IBEX 35 down 2.7%
* FTSE MIB down 1.1%
* Swiss Market Index down 0.66%
ASIA:
* Asian stocks dropped after Japan reported a wider-than- expected trade deficit and as investors await developments from a euro-area finance ministers meeting
* First Word Asia wrap
* Nikkei 225 down -0.27%
* Hang Seng Index down -1.06%
* Shanghai SE Composite down -0.5%
* Taiwan Taiex Index down -0.14%
* S&P/ASX 200 Index down -0.17%
WHAT TO WATCH TOMORROW:
* Earnings: CRM ARUN BEBE HRL SCHS BIG PDCO FLWS RGS TTC MENT MCRS ZIGO SCVL IMMU SLH VSNT RUE FRED ADSK
* Economic: Initial jobless claims, Aug. Markit US PMI preliminary, Bloomberg Consumer Comfort, July new home sales, June Home Price Index

*Aug 22 2012 19:02:10 Wire: Bloomberg First Word (BFW)*
**U.S. AFTER-HOURS WRAP: H-P Warns; Rambus Restructures**
By Patrick McHale
Aug. 22 (Bloomberg) -- Major post-mkt U.S. news:
* Hewlett-Packard Sees 2012 Adj. EPS at Low End of Prev. Guidance
* * Will give FY2013 guidance on Oct. 3
* Rambus Cutting 15% Jobs, Sees $6m Charge With More Possible
* * Rambus to Restructure, Cut 15% of Jobs; Changes Org. Structure
* VIX Rises 0.6% to 15.11, Gaining a Third Straight Day
* Best Buy Due Diligence Talks Focus on Standstill Timing: NYT
* Hertz Said to Solicit Dollar Thrifty Shareholders on Bid Price
* American Pilots Said to Study Labor Deal With US Airways Peers
EARNINGS

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

* Synopsys 3Q Adj. EPS Beats Est.; Boosts Yr. EPS Forecast
* * Synopsys 3Q Adj. EPS Beats
* Guess? Cuts Yr EPS, Rev. Views, Sees 3Q Below Ests.; Shrs Fall
* Hain Celestial Sees Yr EPS Above Est.
* * Hain to Buy Some Premier Brands for GBP 170m Cash, GBP 30m Shrs
* Prospect Capital 4Q EPS Beats Est.
* Tilly’s 2Q Adj. EPS Beat Ests.
* Krispy Kreme Doughnuts 2Q Adj. EPS, Rev. Beat Ests.
* International Rectifier 4Q Adj. EPS Misses Est., to Restructure
* DFC Global Sees Yr Adj. EPS $2.35-$2.55, Est. $2.52
* Pacific Sunwear 2Q Loss-Shr Narrower Than Expected; Shrs Gain
* Heico Sees 2012 Net Income Growth High End of Prev. Forecast
* Semtech Sees 3Q EPS, Rev. Below Ests.; 2Q EPS Inline With Est.
* Focus Media 2Q EPS Adj./ADS 62c, Est. 59c
* Kayak 2Q Adj. EPS, Rev. Beat Ests.
PHARMA
* Pfizer and Mylan to Develop, Market Generic Drugs in Japan
* Affymetrix Declines; Mizuho Cites Budgetary, Europe Concerns
* FDA Recalls CareFusion’s Alaris Pump Module: Reuters
ANALYST ACTIONS
* Whole Foods Rated New Outperform at Wells Fargo
* GNC Holdings Rated New Outperform at Wells Fargo
* Vitamin Shoppe Rated New Market Perform at Wells Fargo
* Joy Global Rated New Underperform at Credit Agricole, PT $60
* Boingo Wireless Rated New Buy at DA Davidson, PT $9
* Towerstream Rated New Buy at DA Davidson, PT $7
* Clearwire Rated New Neutral at DA Davidson, PT $1.90
* Affirmative Insurance IFS Cut to B3 From B1 by Moody’s
* Friendfinder Networks Rating Cut to CCC from CCC+ by S&P
OFFERINGS/BUYBACKS
* Viewpoint Financial Sets 5% Share Buyback
* Malvern Bancorp Starts 2.3m-3.2m Shr Sale at $10
* Whitestone REIT Sets 4m-Shr Secondary via Robert W. Baird
* Xoma Files $100m Mixed Shelf
* Analog Devices Files Debt Securities Shelf
* RLJ Lodging Trust Files Automatic Mixed Securities Shelf
WHAT TO WATCH TOMORROW:
* Earnings: CRM ARUN BEBE HRL SCHS BIG PDCO FLWS RGS TTC MENT MCRS ZIGO SCVL IMMU SLH VSNT RUE FRED ADSK
* Economic: Initial jobless claims, Aug. Markit US PMI preliminary, Bloomberg Consumer Comfort, July new home sales, June Home Price Index
* U.S. WRAP: Stocks Climb After Fed Minutes Released
* U.S. AFTER-HOURS MOVERS
* WASHINGTON DAY AHEAD: Quinnipiac to Release Swing States Poll
* ASIA DAYBOOK: China Flash PMI, Fed Minutes, PetroChina, BoC, BHP
* Australian Stocks To Watch: Qantas, Fairfax, David Jones, Iluka
* Japan Stocks to Watch: Sony, Sharp, Canon, Toshiba, Nissan, OSE
* SE Asian Stocks to Watch: Telkom Indonesia, KrisAssets, Petron

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | * South Korea Stocks Preview: KT, Woongjin, CJ Cheil, Hanwha, LGE<br><br>*A u g u s t 2 2 , 2 0 1 2 Piper Jaffray Peter J. Keith*<br>**Q2 Preview: Important Qtr To Prove Merch Initiatives are Working; Neutral**<br>C O N C L U S I O N<br>Thursday's Q2 earnings announcement is an important event for BIG shares, as it will help investors ascertain if BIG's merchandising initiatives are driving better results after a disappointing Q1. Furthermore, full year comp guidance of 0%-1% and EPS guidance of $3.25-$3.40 already implies a modestly improving trend. While we have no specific actionable call into the quarter, our best read is that sales trends improved in the back half of the quarter due to new merchandise (e.g. P&G closeout) and a modestly better retail environment. As a result, we are maintaining our Q2 EPS estimate of $0.41 (vs. consensus of $0.41 and guidance of $0.37-$0.42) and our Q2 comp estimate of -0.5% (vs. consensus of 0% and guidance of slightly negative to slightly positive).<br>• Concerns around full year guidance. BIG's outlook for the remainder of the year is perhaps more important than reported Q2 results this quarter. Investors have been concerned, as we have, with BIG's full year comp guidance of 0%-1%, which was adjusted down modestly (from 2%-3%) after a disappointing Q1 print and weak outlook for Q2. Despite the slow start to the year, BIG did not adjust its outlook for 2H. Given meaningfully tougher compares in 2H, full year guidance implies healthy comp acceleration on a 2- and 3-year stack basis. This is not impossible given several new merchandising initiatives, but Q2 will at least need to be in line in order to prove that BIG has stabilized sales trends.<br>• Our read that sales improved in the back half of the quarter. As we wrote about in late June after hosting a store tour in Columbus, OH, we walked away cautiously optimistic about BIG hitting its full year comp guide. We saw two new merchandising initiatives including a large (and impressive) closeout from P&G that had just hit stores the last week of June. We also saw the early set-up of BIG's 9-weeks of Back-to-School, which subsequently was marketed heavily in circulars. Separately, as we recently saw from WMT and TGT, broadline sales trends in July improved from June. All in, we believe BIG saw an improving sales trend in the back half of the quarter – sufficient enough for comp to land near the consensus mean of 0%.<br>• Last quarter of meaningful y/y drag from Liquidation World (LW); stores could hit comp base in Q4. BIG will anniversary its acquisition of ~80 store and Canada-based LW in Q3. LW is forecasted to lose $4M-$6M (or $0.07-$0.10) in Q2 alone but should be less of a drag on a y/y basis in Q3/Q4. Importantly, LW stores are expected to comp 40-50% in 2H and can technically enter the comp base in Q4. In doing so, we estimate the comp benefit to Q4 would be 2%-2.5%.<br>R I S K S T O A C H I E V E M E N T O F P R I C E TA R G E T<br>Competition, weather and general economic conditions.<br>C O M P A N Y D E S C R I P T I O N<br>Big Lots, Inc. is a national closeout retailer offering consumables, seasonal furniture, housewares, toys, and gifts. Stores average 28K sq. ft. and offer brand name merchandise at 20%-40% below discount retailers' prices. |
| 8/23/2012 | 16,059,076 | $30.76 | -20.80% | (10.77) | *Aug 23 2012 5:30:00 Wire: Bloomberg First Word (BFW)*<br>**U.S. DAYBOOK: Jobless Claims, New-Home Sales, Big Lots Earnings**<br>By Joanna Ossinger and Nadine Skoczylas<br>Aug. 23 (Bloomberg) -- Stocks advanced around the world, gold climbed to 16-week high on speculation central banks in U.S., China will ease monetary policy to support growth. Soybeans rallied to record, emerging-market currencies rose. S&P 500 futures up 0.2%.<br>WHAT TO WATCH:<br>* Best Buy said to resume talks with founder Richard Schulze about agreement to allow him to conduct due diligence<br>* Sales of new homes in U.S. probably climbed 4.3% in July<br>* Euro-area services, manufacturing contract for seventh mo.<br>* Pfizer lawyers to ask federal judge today to throw out claims the fen-phen diet pills caused fatal disease<br>* Hertz said to start soliciting Dollar Thrifty shareholders to gauge their selling price<br>* EU regulators resumed review of UPS’s bid for TNT Express; set new deadline of Dec. 20 to rule on deal<br>* David’s Bridal agreed to be acquired by Clayton, Dubilier for $900m: N.Y. Post<br>* U.S. to expand missile defense system in Asia: WSJ<br>* Chesapeake Energy accused of letting CEO McClendon profit from Texas oil, gas wells while denying same chance to leaseholders |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | on properties<br>* Qantas cancels order for 35 Dreamliners after annual loss<br>* Pilots at American Airlines, US Airways said to be considering terms of transitional labor pact if carriers merge<br>* Sirius holders lost bid to stop Liberty Media from seeking to acquire controlling stake<br>* SEC Chairman Mary Schapiro canceled vote on proposal to tighten money-market fund rules amid opposition<br>* Tropical Storm Isaac enters Caribbean on path toward Florida<br>* Ancestry said to seek higher buyout bids from Permira, TPG<br>* Facebook won FTC approval for acquisition of Instagram<br>* Citigroup urges SEC to block Nasdaq's Facebook plan to pay $62m in compensation<br>* China manufacturing may contract at faster pace in August<br>* First Solar plans to develop solar farms in India<br>* Broadview Networks filed for bankruptcy protection yesterday<br>* Lawyers for Kazuo Okada return to Nevada court today to argue for access to Wynn Resorts's books<br>* Brazil may need to import U.S. ethanol if fuel mix raised this year, CEO for Bunge in Brazil told Bloomberg News<br>EARNINGS: (All times ET, with Bloomberg est.)<br>* Big Lots (BIG) 6am, $0.41<br>* Hormel Foods (HRL) 6:30am, $0.41<br>* Patterson (PDCO) 7am, $0.49<br>* Lancaster Colony (LANC) 7:16am, $0.79<br>* Signet Jewelers Ltd (SIG) 7:30am, $0.83<br>* Toro (TTC) 8:30am, $0.63<br>* Micros Systems (MCRS) 4:02pm, $0.60<br>* Autodesk (ADSK) 4:02pm, $0.49<br>* Aruba Networks (ARUN) 4:03pm, $0.17<br>* Salesforce.com (CRM) 4:05pm, $0.39<br>* Solera Holdings (SLH) 4:05pm, $0.62<br>* Mentor Graphics (MENT) 4:15pm, $0.17<br>ECONOMY:<br>* 8:30am: Initial Jobless Claims, Aug. 18 wk., est. 365k (prior 366k)<br>* 9am: Markit US PMI Preliminary, Aug., est. 51.5 (prior 51.8)<br>* 9:45am: Bloomberg Consumer Comfort, Aug. 19 (prior -44.4)<br>* 10am: New Home Sales, July, est. 365k (prior 350k)<br>* 10am: New Home Sales, M/m, July, est. 4.3% (prior -8.4%)<br>* 10am: Freddie Mac mortgage rates<br>* 10:30am: EIA natural-gas change<br>* 11am: Fed to purchase $1.5b-2b notes 11/15/2022-2/15/2031<br>* 1pm: U.S. Treasury to sell $14b 5-yr TIPS (reopening)<br>GOVERNMENT:<br>* House, Senate not in session<br>* Quinnipiac U,, CBS News, NY Times discuss swing-state poll on Obama/Romney matchup conducted in Fla, Ohio, Wisc., 10am<br>* Federal Election Commission holds audit hearing on McCain- Palin 2008, McCain-Palin Compliance Fund, 10am<br>* FERC meets on natural gas, electricity market coordination in U.S. Southeast, 9am<br>* Oxfam America holds a conference call briefing on final rules for oil, mining transparency provision of Dodd-Frank Act Consumer Protection Act after SEC vote, 10am<br>* SEC holds closed meeting on enforcement matters, 2pm<br>ANALYST ACTIONS:<br>* Joy Global (JOY) rated new underperform at Credit Agricole<br>* L-3 Communications (LLL) raised to sector perform at RBC |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

* Northrop Grumman (NOC) cut to underperform at RBC
* Safeway (SWY) downgraded to hold at Jefferies
* Whole Foods Market (WFM) rated new outperform at Wells Fargo
IPO WATCH:
* No IPOs expected to price today: Bloomberg data
* Priced:
* * Sound Financial Bancorp (SFBC) sold 1.42m shares, below
target, at $10 each
CONFERENCES:
* Citi MLP/Midstream Infrastructure Conference: CPNO, EROC, NSH
* IVT Validation and cGMP Compliance Week Canada: BMY, JNJ
* Latin American Cities Conference: CVX
* Mitsubishi UFJ Securities Tech Tour: EQIX, INTC, RVBD, V
CORPORATE EVENTS:
* Annual Meeting: MDT, QLGC
* Investor Meeting: SYNT
EQUITY PREVIEW:
* Best Buy (BBY): Due dilligence talks focus on standstill timing, NYT says
* Calix (CALX): To buy fiber-access assets from Ericsson
* DFC Global Corp (DLLR): Declines after earnings
* Guess (GES): Declines after earnings
* Hain Celestial (HAIN): Advances after earnings
* Heico (HEI): Advances after earnings
* Hewlett-Packard (HPQ): Declines after earnings
* International Rectifier (IRF): Declines after earnings; to restructure
* Kayak Software (KYAK): Declines after earnings
* Krispy Kreme (KKD): Advances after earnings
* Pacific Sunwear (PSUN): Advances after earnings
* Prospect Capital (PSEC): Advances after earnings
* Semtech Corp (SMTC): Declines after earnings
* Suntrust Banks (STI): Says Fed didn’t find object to capital plan
* Synopsys (SNPS): 3Q adj. EPS beat
* Tilly’s (TLYS): 2Q adj. EPS beat, boosts year EPS forecast
* Vanguard Health Systems (VHS): Advances after earnings
* Wet Seal (WTSLA): Holder Clinton Group names board candidates to replace the board
* Whitestone REIT (WSR): 4m-shr secondary
* Xoma (XOMA): Files $100m mixed shelf
MARKETS:
* Stoxx 600 Europe Index up 0.1%
* MSCI Asia Pacific Index rises 1%
* S&P 500 index futures gain 0.2%
* U.S. 10-year note yield 1.69%
* Dollar index down 0.1%
* WTI crude oil up 0.8% at $98.05, Brent gains 1.2%
* Gold rises 1.5%, silver up 2.9%
BLOOMBERG TV:
* 6am: Chris Low of FTN Financial
* 6:30am: Mitch Pinheiro of Janney Montgomery Scott

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

* 7am: Dan Clifton of Strategas Research
* 7:15am: Randall Kroszner of the Chicago Booth School
* 7:30am: Helane Becker of Dahlman Rose
* 7:45am: John Makin of AEI
* 8am: Rick Rieder, CIO of BlackRock/Fixed Income
* 11am: Robert Marquardt, Chairman and Co-Head of Signet
* 11:35am: Christopher Marlett, CEO/Founder, MDB Capital Group
* 1:45pm: Dan Malloy, Governor of Connecticut
* 3pm: Larry Kramer, President/Publisher of USA Today
BLOOMBERG RADIO:
* 8am: Margie Patel of Wells Capital Management
* 8:30am: John Ryding of RDQ Economics
* 9:15am: Gene Munster of Piper Jaffray
For Related News and Information: First Word scrolling panel: FIRST<GO> First Word newswire: NH BFW<GO>
--With assistance from Vincent Del Giudice in Denver, Cary O'Reilly in Washington, Sarah Gill in Sydney and Brad Skillman in New York. Editor: Joanna Ossinger

*Aug 23 2012 6:00:27 Wire: PR Newswire (PRN)*
**Big Lots Announces Promotions and Organizational Changes**
**********************************************************************************
BFW 08/23 06:05 Big Lots Appoints Tim Johnson SVP, CFO BFW 08/23 06:01 Big Lots Says Bachmann Named Evp, COO
BN 08/23 06:01 *BIG LOTS SAYS EVP MERCHANDISING WURL RESIGNED :BIG US
BN 08/23 06:01 *BIG LOTS NAMES CHARLES W. HAUBIEL ADMIN CHIEF :BIG US
BN 08/23 06:01 *BIG LOTS SAYS JOHN MARTIN NAMED EVP, MERCHANDISIGN CHIEF
BN 08/23 06:01 *BIG LOTS ANNOUNCES TIMOTHY A. JOHNSON AS SVP, CFO :BIG US
BN 08/23 06:00 *BIG LOTS SAYS BACHMANN NAMED EVP, COO:BIG US
BN 08/23 06:00 *BIG LOTS REPORTS PROMOTIONS-ORGANIZATIONAL CHANGES
**********************************************************************************
Big Lots Announces Promotions and Organizational Changes
PR Newswire
COLUMBUS, Ohio, Aug. 23, 2012
COLUMBUS, Ohio, Aug. 23, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG), North America's largest broadline closeout value retailer, today announced executive promotions and certain organizational changes.
(Logo: http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO )
Commenting on today's announcement, Steve Fishman, Chairman, CEO and President stated, "I've always believed our people are our greatest asset and that we continue to develop some of the most talented leaders in the retail industry. As our business continues to evolve, we are positioning our company for the future and rewarding performance of five of our more tenured executives."
The following promotions are effective immediately:
Lisa M. Bachmann has been promoted to EVP, Chief Operating Officer. In her new role, she will assume responsibility for Store Operations, while retaining responsibility for the Merchandise Planning and Allocation, Information Technology and Distribution and Transportation Services departments. Ms. Bachmann will continue to serve as the company's Chief Information Officer and will continue to report directly to Mr. Fishman.
Bachmann joined Big Lots in 2002 as Senior Vice President, Merchandise Planning/Allocation, and in July 2005, she assumed the additional role of Chief Information Officer. In March 2010, she was promoted to Executive Vice President and assumed responsibility for Distribution and Transportation services.
Charles W. Haubiel II
has been promoted to EVP, Chief Administrative Officer. In his new role, he will assume responsibility for the Human Resources and Loss Prevention departments, while retaining responsibility for the Legal and Real Estate departments. Mr. Haubiel will continue to

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

serve as the company's General Counsel and Corporate Secretary and will continue to report directly to Mr. Fishman. Haubiel joined Big Lots in 1997, and was promoted to Vice President, General Counsel and Corporate Secretary in 2000. He became Senior Vice President, General Counsel and Corporate Secretary in November 2004, and assumed the responsibility for Real Estate in January 2008. In March 2010, he was promoted to Executive Vice President.
John C. Martin has been promoted to EVP, Chief Merchandising Officer. In his new role, he will assume responsibility for the company's Merchandising, Global Sourcing and Marketing departments. Mr. Martin will continue to report directly to Mr. Fishman. Martin joined Big Lots in 2003 as Executive Vice President, Merchandising, and in April 2011, he shifted his focus to Executive Vice President, Administration.
Timothy A. Johnson has been promoted to SVP, Chief Financial Officer. In his new role, he will assume responsibility for the Treasury and Risk Management departments and will now have responsibility for overseeing all of the financial activities of the company. Mr. Johnson will report directly to Mr. Fishman.
Johnson joined Big Lots in 2000 as Director of Strategic Planning and was promoted to Vice President, Strategic Planning and Investor Relations in February 2004. He was promoted to Senior Vice President, Finance in July 2011.
Michael A. Schlonsky
has been promoted to Senior Vice President, Human Resources. In his new role, he will combine responsibility for talent management with his current areas of responsibility and will have primary oversight of the Human Resources department. Mr. Schlonsky will report to Mr. Haubiel.
Schlonsky joined Big Lots in 1993, was promoted to Director of Risk Management in 1998 and became a Vice President in 2000. He most recently served as Vice President, Associate Relations and Benefits.
Big Lots also announced today that Douglas N. Wurl, Executive Vice President, Merchandising, has resigned his position with the Company.
SOURCE Big Lots, Inc.
Website: http://www.biglots.com Contact: Andrew D. Regrut, Director, Investor Relations, +1-614-278-6622
-0- Aug/23/2012 10:00 GMT

*Aug 23 2012 6:05:09 Wire: Bloomberg First Word (BFW)*
**Big Lots Appoints Tim Johnson SVP, CFO**
*********************************************************************************
BFW 08/23 06:01 Big Lots Says Bachmann Named Evp, COO
PRN 08/23 06:00 Big Lots Announces Promotions and Organizational Changes
BN 08/23 06:01 *BIG LOTS SAYS EVP MERCHANDISING WURL RESIGNED :BIG US
BN 08/23 06:01 *BIG LOTS NAMES CHARLES W. HAUBIEL ADMIN CHIEF :BIG US
BN 08/23 06:01 *BIG LOTS SAYS JOHN MARTIN NAMED EVP, MERCHANDISIGN CHIEF
BN 08/23 06:01 *BIG LOTS ANNOUNCES TIMOTHY A. JOHNSON AS SVP, CFO :BIG US
BN 08/23 06:00 *BIG LOTS SAYS BACHMANN NAMED EVP, COO :BIG US
BN 08/23 06:00 *BIG LOTS REPORTS PROMOTIONS-ORGANIZATIONAL CHANGES
*********************************************************************************
By Janet Freund
Aug. 23 (Bloomberg) -- Big Lots announces executive changes in statement.
* Also names John Martin as merchandising chief, replacing Douglas Wurl who resigned

*Aug 23 2012 6:30:14 Wire: PR Newswire (PRN)*
**Big Lots Reports Second Quarter EPS From Continuing Operations of $0.36 Per Diluted Share**
*********************************************************************************
BFW 08/23 06:31 Big Lots 2Q Adj. EPS Cont Ops 36c, Est. 42c
BN 08/23 06:32 *BIG LOTS 2Q REV. $1.22B, EST. $1.24B :BIG US
BN 08/23 06:31 *BIG LOTS 2Q ADJ. EPS CONT OPS 36C, EST. 42C:BIG US
BN 08/23 06:30 *BIG LOTS CUTS FORECAST:BIG US

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

BN 08/23 06:30 *BIG LOTS SEES FY ADJUSTED EPS CONT OPS $2.80 TO $2.95 :BIG US
BN 08/23 06:30 *BIG LOTS BOUGHT BACK 4,000,000 SHARES IN 2Q :BIG US
BN 08/23 06:30 *BIG LOTS INVENTORIES $881M AT END OF 2Q :BIG US
BN 08/23 06:30 *BIG LOTS HAD $62M CASH AT END OF QUARTER:BIG US
BN 08/23 06:30 *BIG LOTS 2Q EPS CONT OPS 36C:BIG US
******************************************************************************
Big Lots Reports Second Quarter EPS From Continuing Operations of $0.36 Per Diluted Share
Company Provides Updated EPS and Cash Flow Guidance
PR Newswire
COLUMBUS, Ohio, Aug. 23, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG) today reported income from continuing operations of $22.1 million, or $0.36 per diluted share, for the second quarter of fiscal 2012 ended July 28, 2012. This compares to income from continuing operations of $35.7 million, or $0.50 per diluted share, for the second quarter of fiscal 2011.
For the year-to-date period ended July 28, 2012, income from continuing operations totaled $62.9 million, or $1.00 per diluted share. As previously disclosed in our March 2, 2012, press release, we incurred an after-tax charge of $3.4 million, or $0.05 per diluted share, during the first quarter of fiscal 2012 related to an inventory accounting change associated with the successful implementation of new retail inventory systems. Excluding this non-recurring, non-cash charge, adjusted income from continuing operations for the year-to-date period ending July 28, 2012 totaled $66.3 million, or $1.05 per diluted share (non-GAAP), compared to income from continuing operations of $88.2 million, or $1.21 per diluted share, for the same period in fiscal 2011. Discontinued operations activity was minimal for the second quarter and year-to-date period of fiscal 2012 and the corresponding periods in fiscal 2011.
SECOND QUARTER HIGHLIGHTS
o Income from continuing operations of $0.36 per diluted share versus income from continuing operations of $0.50 per diluted share last year
o Opened 18 new stores
o Invested $149 million to repurchase 4 million shares, or 6% of our outstanding shares, as part of our $200 million share repurchase program announced in May 2012
Canadian operations were acquired on July 18, 2011; therefore, Q2 '11 and YTD '11 results include 12 days of ownership and financial results.
Based on materiality, we have not provided pro forma financial results.
Note:
See detailed segment reporting attached.
Second Quarter Results
U.S. Operations
Net sales for U.S. operations for the second quarter of fiscal 2012 increased 1.7% to $1,183.0 million, compared to $1,163.2 million for the same period of fiscal 2011. Comparable store sales for U.S. stores open at least fifteen months decreased 1.9% for the quarter. Income from continuing U.S. operations totaled $0.42 per diluted share (non-GAAP) compared to income from continuing U.S. operations of $0.52 per diluted share (non-GAAP) for the same period of fiscal 2011.
Canadian Operations
Net sales for Canadian operations for the second quarter of fiscal 2012 totaled $35.0 million, while incurring a net loss of $3.3 million, or $0.05 per diluted share (non-GAAP), compared to net sales of $3.9 million and a net loss of $1.2 million, or $0.02 per diluted share (non-GAAP) for the same period of fiscal 2011. As a reminder, we acquired our Canadian operations on July 18, 2011; therefore, prior year results include only our 12 days of ownership in the second quarter of fiscal 2011. Based on materiality to our total operations, we are not required to and have not provided pro-forma information for Canadian operations.
Inventory and Cash Management
On a consolidated basis, Inventory ended the second quarter of fiscal 2012 at $881 million compared to $780 million the second quarter of fiscal 2011. The increase represents growth in the number of U.S. stores, per store growth of inventory in our U.S. stores, and growth and improvement of inventory content related to our Canadian operations.
We ended the second quarter of fiscal 2012 with $62 million of Cash and Cash Equivalents and $243 million of borrowings under our credit facility compared to $58 million of Cash and Cash Equivalents and $60 million of borrowings under our credit facility as of the

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

end of the second quarter of fiscal 2011. Our net use of cash and debt during the last twelve months was focused on share repurchase activity, acquiring and funding our Canadian operations, partially offset by positive cash flow (defined as operating activities less investing activities) generated by our U.S. operations.
Share Repurchase Activity
During the second quarter of fiscal 2012, we invested $149 million to repurchase 4.0 million of our shares. On a year-to-date basis through August 22, 2012, we have invested $254 million to repurchase 6.7 million of our common shares, or 10% of our outstanding share base as of the beginning of fiscal 2012. As of close of the market on August 22, 2012, we had $45 million available under our $200 million share repurchase program announced in May 2012. The remaining authorization is expected to be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the repurchase program will be available to meet obligations under equity compensation plans and for general corporate purposes. The 2012 share repurchase program will continue until exhausted.
2012 OUTLOOK
o Updates fiscal 2012 annual guidance for adjusted consolidated income from continuing operations to $2.80 to $2.95 per diluted share (non-GAAP) versus income from continuing operations of $2.99 per diluted share for fiscal 2011
o Updates Cash Flow guidance to $125 million
Based on operating results for the first two quarters and our revised expectations for the third and fourth quarters of fiscal 2012, we now estimate our fiscal 2012 consolidated adjusted income from continuing operations to be in the range of $2.80 to $2.95 per diluted share (non-GAAP), compared to our prior guidance of $3.25 to $3.40 per diluted share (non-GAAP). As a reminder, this guidance excludes the previously mentioned non-recurring, non-cash inventory charge. We have revised our Cash Flow guidance to approximately $125 million compared to our prior guidance of $190 million.
We now estimate adjusted income from U.S. operations will be in the range of $3.05 to $3.15 per diluted share (non-GAAP), compared to our prior guidance of $3.50 to $3.60 per diluted share (non-GAAP). This guidance assumes U.S. comparable store sales decline in the low single digit range and a total U.S. sales increase in the range of 3% to 4%.
For our Canadian operations, sales are expected to be in the range of $152 to $158 million for fiscal 2012 resulting in an operating loss in the range of $13 to $15 million, or $0.22 to $0.26 per diluted share (non-GAAP). This compares to our prior guidance of sales in the range of $142 to $152 million for fiscal 2012 resulting in an operating loss in the range of $14 to $16 million, or $0.23 to $0.26 per diluted share (non-GAAP).
EPS from Continuing OperationsFull Year (non-GAAP)2012 Guidance 2011 U.S. Operations $3.00 - $3.10
$3.18 Add back: Inventory charge$0.05
- U.S. Operations - adjusted basis $3.05 - $3.15
$3.18 Canada Operations ^(1)($0.22) - ($0.26)
($0.19) Consolidated - adjusted basis $2.80 - $2.95
$2.99 (1)
Canadian operations were acquired on July 18, 2011 and full year fiscal 2011 results reflect performance from acquisition date through the end of our fiscal year (January 28, 2012). Based on materiality to our total operations, we are not required and have not provided pro forma fiscal 2011 results.
Conference Call/Webcast
We will host a conference call today at 8:00 a.m. to discuss our financial results for the second quarter and provide commentary on our outlook for fiscal 2012. We invite you to listen to the webcast of the conference call through the Investor Relations section of our website (www.biglots.com).

*Aug 23 2012 6:32:09 Wire: Bloomberg First Word (BFW)*
**Big Lots Cuts FY Forecast; 2Q Adj. EPS Below Est.**
By Joanna Ossinger
Aug. 23 (Bloomberg) -- Big Lots 2Q EPS cont. ops. 36c, est. 42c; sees FY adj. EPS $2.80-$2.95, saw $3.25-$3.40, est. $3.
* Earlier: BIG announces org. changes, incl. new COO, CFO: {NSN M97DCK6S972Q <go>}
* BIG up 2.9% YTD vs. 16% gain for S&P 500 consumer- discretionary index Link to statement: {NSN M97EID3MMTC0 <go>}
Link to Company News:{BIG US <Equity> CN <GO>}

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*Aug 23 2012 6:40:19 Wire: Bloomberg First Word (BFW)*
**MORE: Big Lots Cuts Yr EPS Forecast; 2Q EPS, Rev. Miss Est.**
By Janet Freund
Aug. 23 (Bloomberg) -- Big Lots sees year adj. cont. ops. EPS $2.80-$2.95, saw $3.25-$3.40 (May 23); est. $3.30.
* Sees yr cash flow $125m vs prior view $190m
* 2Q adj. cont. ops EPS 36c, saw 37c-42c May 23; est. 42c,
* 2Q rev. $1.22b vs est. $1.24b
* 2Q U.S. comp. sales down 1.9%
* Opened 18 new stores in qtr
* Bought back 4m shrs in 2Q for total $149m
* Had $62m cash at end of qtr, inventories $881m
* NOTE: Earlier named Timothy Johnson CFO: {NSN M97DCK6S972Q <go>}
* BIG indicated $34.06/$36.95 vs yday close $38.84
* Call 8am www.biglots.com Statements: {NSN M97EID3MMTC0 <go>} Link to Company News:{BIG US <Equity> CN <GO>}

*Aug 23 2012 7:21:02 Wire: Bloomberg Social Velocity Alerts (BSV)*
**Social Velocity Alert for Big Lots Inc (BIG)**
BSV 5779827083783438337 <GO>
Bloomberg Social Velocity alert for Big Lots Inc (BIG) Expected Postings: 0.1 Actual Postings: 9 Time Range: AUG 23 07:00-07:30 EDT
A BSV alert is triggered by an unusually high number of social media postings on a company.
Run {BSV<GO>} to see more alerts.
-0- Aug/23/2012 11:21 GMT

*Aug 23 2012 7:30:48 Wire: Bloomberg First Word (BFW)*
**Big Lots Drops 18% Pre-Mkt After Cutting Year EPS Forecast**
By Janet Freund
Aug. 23 (Bloomberg) -- Big Lots falls $18 to $32 pre-mkt; open here would be lowest price since Sept. 2011.
* NOTE: Earlier Big Lots Cuts Yr EPS Forecast; 2Q EPS, Rev. Miss Est.: {NSN M97EZ66S972R<GO>}

*Aug 23 2012 7:41:03 Wire: Bloomberg First Word (BFW)*
**U.S. PRE-MARKET MOVERS: ANH BBY BIG FB HPQ MT TOT WSR**
By Brian Welcher
Aug. 23 (Bloomberg) --
Decliners:
* BIG -15.3% (4.4k); 3Q EPS misses est.; cuts FY view

*Aug 23 2012 7:56:01 Wire: Bloomberg Social Velocity Alerts (BSV)*
**Social Velocity Alert for Big Lots Inc (BIG)**
BSV 5779836103214759936 <GO>
Bloomberg Social Velocity alert for Big Lots Inc (BIG) Expected Postings: 0.1 Actual Postings: 11 Time Range: AUG 23 07:30-08:00 EDT
A BSV alert is triggered by an unusually high number of social media postings on a company.
Run {BSV<GO>} to see more alerts.
-0- Aug/23/2012 11:56 GMT

*Aug 23 2012 8:05:36 Wire: Bloomberg News (BN)*

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

**Big Lots Plunges After Cutting Full-Year Earnings Forecast**
By James Callan
Aug. 23 (Bloomberg) -- Big Lots Inc., the Columbus, Ohio- based discount retailer, plunged as much as 23 percent in early trading after cutting its full-year earnings forecast.
The shares fell 19 percent to $31.60 at 7:47 a.m. New York time after declining as low as $29.97. The stock had gained 2.9 percent this year, while the Standard & Poor’s 500 Index rose 12 percent.
Profit excluding some items will decline to $2.80 to $2.95 a share this year, reduced from a previous projection of $3.25 to $3.40 a share, Big Lots said today in a statement. Analysts anticipated $3.30, the average of 16 estimates compiled by Bloomberg.
Big Lots promoted Timothy Johnson to chief financial officer as part of a broader reorganization, according to a separate statement today.
The retailer operated 1,463 Bigs Lots stores in the U.S. and 81 Liquidation World locations in Canada at the end of the second quarter.
Last year’s annual profit totaled $2.99 a share, excluding certain items.
For Related News and Information: Big Lots relative value: BIG US <Equity> RV <GO> Top Stories: TOP<GO>
--Editors: Cecile Daurat, James Callan

*Aug 23 2012 8:18:50 Wire: Bloomberg First Word (BFW)*
**Big Lots Sees FY12 Gross Margin Lower Y/Y**
**********************************************************************************
BFW 08/23 08:36 Big Lots Sees 3Q Consolidated Loss Cont Ops 20c-30c Shr
BN 08/23 08:43 *BIG LOTS SEES 4Q U.S. COMPS DOWN IN LOW-SINGLE DIGITS :BIG US
BN 08/23 08:41 *BIG LOTS SEES 3Q U.S. COMPS IN NEGATIVE MID-SINGLE DIGITS
BN 08/23 08:40 *BIG LOTS SEES 4Q EPS CONT OPS $1.97-$2.12, EST. $2.08 :BIG US
BN 08/23 08:39 *CORRECT:BIG LOTS SEES 4Q CONSOLIDATED EPS CONT OPS $1.97-$2.12
BN 08/23 08:39 *BIG LOTS SEES 4Q CONSOLIDATED EPS CONT OPS $1.97-$2.12 :BIG US
BN 08/23 08:34 *BIG LOTS SEES 3Q CONSOLIDATED LOSS CONT OPS 20C-30C SHR :BIG US
BN 08/23 08:34 *BIG LOTS SAYS AUG-TO-DATE COMPS IN NEGATIVE MID-SINGLE DIGITS
BN 08/23 08:32 *BIG LOTS SEES 3Q, 4Q CHALLENGED MARGINS :BIG US
BN 08/23 08:17 *BIG LOTS SEES FY12 GROSS MARGIN LOWER Y/Y :BIG US
BN 08/23 08:06 *BIG LOTS EARNINGS CONFERENCE CALL BEGINS:BIG US
**********************************************************************************
By Andrew Cinko
Aug. 23 (Bloomberg) --
Makes comment on earnings call.
Link to Company News:{BIG US <Equity> CN <GO>}

*Aug 23 2012 8:36:04 Wire: Bloomberg First Word (BFW)*
**Big Lots Sees 3Q Consolidated Loss Cont Ops 20c-30c Shr**
**********************************************************************************
BFW 08/23 08:18 Big Lots Sees FY12 Gross Margin Lower Y/Y
BN 08/23 08:43 *BIG LOTS SEES 4Q U.S. COMPS DOWN IN LOW-SINGLE DIGITS :BIG US
BN 08/23 08:41 *BIG LOTS SEES 3Q U.S. COMPS IN NEGATIVE MID-SINGLE DIGITS
BN 08/23 08:40 *BIG LOTS SEES 4Q EPS CONT OPS $1.97-$2.12, EST. $2.08 :BIG US
BN 08/23 08:39 *CORRECT:BIG LOTS SEES 4Q CONSOLIDATED EPS CONT OPS $1.97-$2.12
BN 08/23 08:39 *BIG LOTS SEES 4Q CONSOLIDATED EPS CONT OPS $1.97-$2.12:BIG US
BN 08/23 08:34 *BIG LOTS SEES 3Q CONSOLIDATED LOSS CONT OPS 20C-30C SHR :BIG US
BN 08/23 08:34 *BIG LOTS SAYS AUG-TO-DATE COMPS IN NEGATIVE MID-SINGLE DIGITS
BN 08/23 08:32 *BIG LOTS SEES 3Q, 4Q CHALLENGED MARGINS :BIG US
BN 08/23 08:17 *BIG LOTS SEES FY12 GROSS MARGIN LOWER Y/Y :BIG US

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

BN 08/23 08:06 *BIG LOTS EARNINGS CONFERENCE CALL BEGINS:BIG US
*******************************************************************************
By Andrew Cinko
Aug. 23 (Bloomberg) -- Makes comment on earnings call.
Link to Company News:{BIG US <Equity> CN <GO>}
For Related News and Information: First Word scrolling panel: {FIRST<GO>} First Word newswire: {NH BFW<GO>}
To contact the editor responsible for this story: Andrew Cinko at +1-212-617-2651 or cinko@bloomberg.net

*Aug 23 2012 8:37:17 Wire: Bloomberg First Word (BFW)*
**U.S. PRE-MARKET MOVERS: ACOM ADTN AG AKS ANH BBY BIG BRD CDE**
By Brian Welcher
Aug. 23 (Bloomberg) --
Decliners:
* BIG -17.9% (469.3k); 3Q EPS misses est.; cuts FY view

*Aug 23 2012 8:42:45 Wire: Bloomberg First Word (BFW)*
**Big Lots Sees 3Q Loss Cont Ops 20c-30c/Shr, Est. EPS 14c**
*******************************************************************************
BFW 08/23 08:36 Big Lots Sees 3Q Loss Cont Ops 20c-30c/Shr, Est. EPS 14c
BN 08/23 08:36 *BIG LOTS SEES 3Q LOSS CONT OPS 20C-30C/SHR, EST. EPS 14C
*******************************************************************************
By Courtney Dentch
Aug. 23 (Bloomberg) -- Big Lots sees 4Q consolidated EPS cont. ops $1.97-$2.12, est. $2.08, co. says on conf. call. Shrs down 16% pre-mkt.
* Sees challenging margins in 3Q, 4Q
* Says Aug.-to-date comps. down in mid-single digits, sees 3Q U.S. comps. down mid-single digits
* NOTE earlier: Big Lots Cuts Yr EPS Forecast; 2Q EPS, Rev. Miss Est. {NSN M97EZ66S972R <go>}

*Aug 23 2012 8:47:33 Wire: Bloomberg News (BN)*
**U.S. Stock Futures Fall as Investors Weigh Stimulus Outlook**
By Inyoung Hwang
Aug. 23 (Bloomberg) -- U.S. stock futures fell, as the Standard & Poor's 500 Index headed toward its first weekly decline in seven weeks, amid speculation whether central banks in the U.S. and China will ease monetary policy further and European leaders will be able to solve the region's debt crisis.
Hewlett-Packard Co. dropped 5.4 percent after forecasting full-year earnings that missed analysts' estimates as demand slumped. Big Lots Inc. erased 17 percent after lowering its annual earnings projection. Best Buy Co. rose 3.8 percent as the company is said to have resumed talks with founder Richard Schulze about a due diligence agreement.
S&P 500 futures expiring in September slumped 0.3 percent to 1,408.3 at 8:45 a.m. in New York. U.S. stocks erased losses yesterday as minutes from the Federal Open Market Committee's last meeting showed many members judged that more stimulus "would likely be warranted fairly soon." Dow Jones Industrial Average futures lost 27 points, or 0.2 percent, to 13,129.
"Fed minutes back liquidity in the stock market, while China plays too," said Graham Bishop, an equity strategist at Exane BNP Paribas in London. "The weak Chinese manufacturing data puts monetary easing back on the agenda."
Fed Bank of St. Louis President James Bullard said the FOMC minutes were no longer as relevant because the U.S. economy has picked up in the past month. The S&P 500 has rallied 11 percent since June 1 on speculation global central banks will take action to stimulate growth.
In China, a report today indicated that manufacturing will contract at a faster pace in August, signaling the country's economy needs more monetary and fiscal stimulus to secure a second-half rebound in growth.
China Manufacturing

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

A preliminary reading of 47.8 for a purchasing managers' index released today by HSBC Holdings Plc and Markit Economics compared with July's final 49.3 figure. If confirmed, it would be the lowest level since November and the 10th month that the reading has stayed below 50, the longest run in the index's eight-year history.
European stocks pared gains earlier after German Finance Minister Wolfgang Schaeuble said that allowing Greece more time to meet its debt obligations would not solve the country's problems and would increase costs for creditors.
German Chancellor Angela Merkel said Europe is in one of its deepest crises and while the path to a solution is inevitably "long and arduous," the euro region will emerge stronger. She hosts French President Francois Hollande as the leaders of Europe's two biggest economies seek common ground on Greece and the wider euro-area debt crisis. Greece's Prime Minister, Antonis Samaras, will follow Hollande to Berlin tomorrow and travel on to Paris on Aug. 25.
New Homes
Purchases of new homes in the U.S. probably rose in July for the third time in four months, economists said before a report today, scheduled to be released in Washington by the Commerce Department at 10 a.m. in New York. Sales, tabulated when contracts are signed, climbed 4.3 percent to a 365,000 annual pace, according to the median estimate in a Bloomberg survey of 72 economists.
The number of Americans filing applications for unemployment benefits climbed last week to a one-month high, showing little progress in the labor market. Jobless claims rose by 4,000 for a second week to reach 372,000 in the period ended Aug. 18, Labor Department figures showed today in Washington. The median forecast of 41 economists surveyed by Bloomberg called for 365,000.
Hewlett-Packard
Hewlett-Packard, the biggest maker of personal computers, dropped 5.4 percent to $18.17. Profit excluding some costs will be $4.05 to $4.07 a share in the year that ends in October, Palo Alto, California-based Hewlett-Packard said yesterday in a statement. That's at the low end of a forecast for $4.05 to $4.10 issued in May and below the average $4.08 analyst estimate compiled by Bloomberg.
The company suffered another quarter of slumping demand for personal computers and services aimed at businesses, underscoring the turnaround challenge facing Chief Executive Officer Meg Whitman.
Big Lots, the Columbus, Ohio-based discount retailer, plunged 17 percent to $32.42. Profit excluding some items will decline to $2.80 to $2.95 a share this year, reduced from a previous projection of $3.25 to $3.40 a share. Analysts anticipated $3.30, the average of 16 estimates compiled by Bloomberg.
Best Buy rose 3.8 percent to $18.40. The largest U.S. electronics retailer has resumed talks with Schulze about an agreement that would allow him to conduct due diligence in his effort to acquire the company, said two people with knowledge of the matter.
Hertz Global Holdings Inc. gained 1.2 percent to $12.55. The auto-rental company, which has been trying to acquire Dollar Thrifty Automotive Group Inc. for more than two years, has begun soliciting Dollar Thrifty shareholders to gauge their selling price, according to three people with knowledge of the process.
For Related News and Information: Developed Markets View: DMMV <GO> World stock indexes: WEI <GO> Most-active U.S. stocks: MOST US <GO> U.S. stock market map: IMAP US <GO> Top stories on stocks: TOP STK <GO> Stories on U.S. stocks: NI USS <GO>
--With assistance from Peter Levring in Copenhagen. Editor: Jeff Sutherland

*Aug 23 2012 8:58:08 Wire: Associated Press (APW)*
**US Market Futures Slip as Jobless Claims Rise**
New York (AP) -- U.S. stock market futures are down after the government reported a slight increase in unemployment benefit applications last week.
Dow Jones futures are off 27 points to 13,129. S&P 500 futures dipped 3.9 points to 1,408.40. Nasdaq 100 futures are 8.25 points to 2,773.00
European markets surrendered early gains with Greece still seeking more time from creditors to address its debt problems, and data showed the eurozone is firmly in recession.
Britain's FTSE 100 is up 0.1 percent. Germany's DAX and France's CAC 40 both dropped 0.6 percent.
Asian indexes closed higher on hopes for new stimulus in China.
Stocks to watch include Hewlett-Packard Co., down 4.3 percent premarket on weak third-quarter results. Big Lots Inc., plunged 17 percent after cutting guidance as second-quarter profit dropped 38 percent.
-0- Aug/23/2012 12:58 GMT

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*Aug 23 2012 9:04:01 Wire: Bloomberg Social Velocity Alerts (BSV)*
**Social Velocity Alert for Big Lots Inc (BIG)**
BSV 5779853626681327616 <GO>
Bloomberg Social Velocity alert for Big Lots Inc (BIG) Expected Postings: 0.1 Actual Postings: 5 Time Range: AUG 23 09:00-09:30 EDT
A BSV alert is triggered by an unusually high number of social media postings on a company.
Run {BSV<GO>} to see more alerts.
-0- Aug/23/2012 13:04 GMT

*Aug 23 2012 9:36:11 Wire: Bloomberg First Word (BFW)*
**CORRECT: Big Lots Sinks to Lowest in 11 Months in Early Trade**
By Janet Freund
Aug. 23 (Bloomberg) -- (Corrects to remove reference to pre-mkt trade)
Big Lots falls as much as 19% to lowest since Sept. 13 on 90% avg. 3-mo. vol.
* NOTE: Earlier Big Lots Cuts Yr EPS Forecast; 2Q EPS, Rev. Miss Est.: {NSN M97EZ66S972R<GO>}
Link to Company News:{BIG US <Equity> CN <GO>}

*Aug 23 2012 9:40:40 Wire: Bloomberg News (BN)*
**U.S. Stocks Fall as Investors Weigh Stimulus Outlook, Europe**
By Inyoung Hwang
Aug. 23 (Bloomberg) -- U.S. stocks fell, as the Standard & Poor's 500 Index headed toward its first weekly decline in almost two months, amid speculation whether central banks will ease monetary policy further and European leaders will be able to solve the region's debt crisis.
Hewlett-Packard Co. dropped 7.6 percent after forecasting full-year earnings that missed analysts' estimates as demand slumped. Big Lots Inc. erased 19 percent after lowering its annual earnings projection. Best Buy Co. rose 1.5 percent as the company is said to have resumed talks with founder Richard Schulze about a due diligence agreement.
The S&P 500 slumped 0.4 percent to 1,408.41 at 9:39 a.m. in New York. The Dow Jones Industrial Average lost 53.59 points, or 0.4 percent, to 13,119.17 today.
"People aren't willing to invest," said Stephen Hammers, the chief investment officer at Brentwood, Tennessee-based Compass EMP Funds, which manages about $1 billion in assets. "Any time you get news we might get additional stimulus, you'll have some short-term pick up in the markets but it doesn't last."
U.S. stocks erased losses yesterday as minutes from the Federal Open Market Committee's last meeting showed many members judged that more stimulus "would likely be warranted fairly soon."
Fed Bank of Chicago President Charles Evans told reporters in Beijing today that easing policies would support economic growth around the world, including in China, broadening his call for more stimulus in the U.S. James Bullard, the Fed Bank of St. Louis President, said the minutes of this month's meeting were no longer as relevant because the U.S. economy has picked up in the past month.
China Manufacturing
The preliminary reading for a purchasing managers' index for China released today by HSBC Holdings Plc and Markit Economics was 47.8 after July's final 49.3 figure. If confirmed, it would be the weakest level since November and the 10th month that the reading has stayed below 50, the longest run in the index's eight-year history.
German Chancellor Angela Merkel said Europe is in one of its deepest crises and while the path to a solution is inevitably "long and arduous," the euro region will emerge stronger. She hosts French President Francois Hollande as the leaders of Europe's two biggest economies seek common ground on Greece and the wider euro-area debt crisis. Greece's Prime Minister, Antonis Samaras, will follow Hollande to Berlin tomorrow and travel on to Paris on Aug. 25.
European stocks pared gains earlier after German Finance Minister Wolfgang Schaeuble said that allowing Greece more time to meet its debt obligations would not solve the country's problems and would increase costs for creditors.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

New Homes
Purchases of new homes in the U.S. probably rose in July for the third time in four months, economists said before a report today, scheduled to be released in Washington by the Commerce Department at 10 a.m. in New York. Sales, tabulated when contracts are signed, climbed 4.3 percent to a 365,000 annual pace, according to the median estimate in a Bloomberg survey of 72 economists.
The number of Americans filing applications for unemployment benefits climbed last week to a one-month high, showing little progress in the labor market. Jobless claims rose by 4,000 for a second week to reach 372,000 in the period ended Aug. 18, Labor Department figures showed today in Washington. The median forecast of 41 economists surveyed by Bloomberg called for 365,000.
Hewlett-Packard
Hewlett-Packard, the biggest maker of personal computers, dropped 7.6 percent to $17.75 for the biggest decline in a year. Profit excluding some costs will be $4.05 to $4.07 a share in the year that ends in October, Palo Alto, California-based Hewlett-Packard said yesterday in a statement. That’s at the low end of a forecast for $4.05 to $4.10 issued in May and below the average $4.08 analyst estimate compiled by Bloomberg.
The company suffered another quarter of slumping demand for personal computers and services aimed at businesses, underscoring the turnaround challenge facing Chief Executive Officer Meg Whitman.
Big Lots, the Columbus, Ohio-based discount retailer, plunged 19 percent to $31.52. Profit excluding some items will decline to $2.80 to $2.95 a share this year, reduced from a previous projection of $3.25 to $3.40 a share. Analysts anticipated $3.30, the average of 16 estimates compiled by Bloomberg.
Best Buy rose 1.5 percent to $17.99. The largest U.S. electronics retailer has resumed talks with Schulze about an agreement that would allow him to conduct due diligence in his effort to acquire the company, said two people with knowledge of the matter.
Hertz Global Holdings Inc. gained 4.2 percent to $12.92. The auto-rental company, which has been trying to acquire Dollar Thrifty Automotive Group Inc. for more than two years, has begun soliciting Dollar Thrifty shareholders to gauge their selling price, according to three people with knowledge of the process.
For Related News and Information: Developed Markets View: DMMV <GO> World stock indexes: WEI <GO> Most-active U.S. stocks: MOST US <GO> U.S. stock market map: IMAP US <GO> Top stories on stocks: TOP STK <GO> Stories on U.S. stocks: NI USS <GO>
--With assistance from Peter Levring in Copenhagen. Editor: Jeff Sutherland
To contact the reporter on this story: Inyoung Hwang in New York at +1-212-617-6289 or ihwang7@bloomberg.net
To contact the editor responsible for this story: Lynn Thomasson at +1-212-617-0506 or lthomasson@bloomberg.net
[TAGINFO]
BBY US <Equity> BIG US <Equity> HPQ US <Equity> HTZ US <Equity>
NI FRNEWS NI GER NI GRNEWS NI USS
-0- Aug/23/2012 13:40 GMT

*Aug 23 2012 9:53:02 Wire: Bloomberg Social Velocity Alerts (BSV)*
**Social Velocity Alert for Big Lots Inc (BIG)**
BSV 5779866253885177858 <GO>
Bloomberg Social Velocity alert for Big Lots Inc (BIG) Expected Postings: 0.1 Actual Postings: 20 Time Range: AUG 23 09:30-10:00 EDT
A BSV alert is triggered by an unusually high number of social media postings on a company.
Run {BSV<GO>} to see more alerts.
-0- Aug/23/2012 13:53 GMT

*Aug 23 2012 10:17:25 Wire: Bloomberg First Word (BFW)*
**Big Lots Sinks as Much as 22% on Vol. 417% 3-Mo. Avg.**
By William Maloney
Aug. 23 (Bloomberg) -- Potential L-T Fibonacci support at $29.75 (50% retracement of Jan 2008 low - March 2012 high)
* Big Lots Fibonacci chart {AVAT 98752462<go>}
* NOTE: Reported pre-mkt, sees 3Q loss cont ops 20c-30c/shr. {NSN M97KN96K50YU <go>}

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Link to Company News:{BIG US <Equity> CN <GO>}

*Aug 23 2012 10:39:14 Wire: Bloomberg First Word (BFW)*
**U.S. EQUITY MOVERS: BIG DTG FII HAIN HEI HTZ IOC LANC TWER**
By Cristin Flanagan
DECLINERS:
* BIG -21%: Cuts yr EPS forecast

*Aug 23 2012 10:58:40 Wire: Bloomberg First Word (BFW)*
**Elevated Options Volume in ACOM ADTN ASNA BIG DAL FCN GES HAIN**
By Brian Welcher
Aug. 23 (Bloomberg) -- Multiple of 4-wk average volume; most active line; execution price/bias; volatility.
* ACOM: 2x: Oct 30C/35C
* ADTN: 5.2x: Nov 21C/21P
* ASNA: 2.4x: Sep 19P; 0.80 ask; 43.5 vs 4-wk range 34-40.4
* BIG: 7.2x: Sep 30P/32.5C
* DAL: 1.1x: Dec 8P; 0.48 ask; 51.7 vs 4-wk range 48.2-57.4
* FCN: 5.4x: Sep 26P/Mar 25P
* GES: 4.6x: Sep 28P/30P/33P
* HAIN: 9.1x: Sep 60P/65P
* RCL: 9.1x: Sep 25P/Oct 25P
* XLNX: 12x: Sep 26P/31P/30P

*Aug 23 2012 11:04:42 Wire: Bloomberg News (BN)*
**Big Lots Plunges After Cutting Profit Forecast: Detroit Mover**
By Matt Townsend
Aug. 23 (Bloomberg) -- Big Lots Inc., the Columbus, Ohio- based discount chain, plunged the most in almost four months after cutting its full-year earnings forecast amid declining sales of furniture and garden equipment.
The shares fell 21 percent to $30.67 at 10:41 a.m. New York time after declining as much as 22 percent for the biggest intraday drop since April 24. The stock had gained 2.9 percent this year through yesterday, while the Standard & Poor’s 500 Index rose 12 percent.
Slowing demand for the lawn and garden category as well as furniture will force discounting and pressure profit margins for the rest of the year, Chief Executive Officer Steve Fishman said on a conference call today with analysts.
Profit excluding some items will decline to $2.80 to $2.95 a share this year, reduced from a previous projection of $3.25 to $3.40 a share, Big Lots said today in a statement. Analysts anticipated $3.30, the average of 16 estimates compiled by Bloomberg.
In an effort to improve results, the company also made several management changes, according to a separate statement today. Big Lots named Timothy Johnson chief financial officer. He most recently served as senior vice president of finance and joined the company in 2000. He replaced Joe Cooper, who will remain president of Big Lots Canada.
Management Changes
The retailer promoted Lisa Bachmann to chief operating officer. She will oversee store operations as well as continuing her current role as chief information officer.
The company named John Martin chief merchandising officer. Douglas Wurl, executive vice president of merchandising, left the retailer.
Same-store sales, a key measure of a retailer’s growth because new stores are excluded, declined 1.9 percent in the second quarter, the second straight drop. Revenue by that measure will decline in the mid-single digits in this quarter, the company said.
Big Lots, which is considered a so-called close-out retailer because it buys unsold inventory from other stores and sells it, will improve sales by testing coolers and freezers to sell more food and will begin accepting food stamps, Fishman said.
The retailer operated 1,463 Bigs Lots stores in the U.S. and 81 Liquidation World locations in Canada at the end of the second quarter.
Last year’s annual profit totaled $2.99 a share, excluding certain items.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

(Big Lots held a conference call to discuss the results at 8 a.m. New York time. To listen, visit BIG US <EQUITY> EVT <GO>.)
For Related News and Information: Consumer & Retail headlines: RTOP <GO> Peer comparison: BIG US <Equity> PPC <GO> Relative value: BIG US <Equity> RV <GO> Big Lots relative value: BIG US <Equity> RV <GO> Bloomberg Industries Mass Merchants: BI MMER <GO>
--With assistance from Kevin Orland in Chicago. Editors: James Callan, Kevin Orland

*Aug 23 2012 11:10:25 Wire: Bloomberg News (BN)*
**Big Lots Cut to 'Equal weight' at Johnson Rice**
************************************************************************************
BFW 08/23 11:12 *BIG LOTS CUT TO EQUALWEIGHT VS OVERWEIGHT AT JOHNSON RICE
************************************************************************************
By Bloomberg Data Aug. 23 (Bloomberg) -- Big Lots Inc (BIG US) was downgraded to "Equal- weight" from "Overweight" at Johnson Rice by equity analyst David Mann.

*Aug 23 2012 12:13:04 Wire: Bloomberg News (BN)*
**U.S. Stocks Retreat as Investors Weigh Europe, Stimulus Outlook**
By Inyoung Hwang
Aug. 23 (Bloomberg) -- U.S. stocks fell, as the Standard & Poor's 500 Index headed toward its first weekly decline in almost two months, amid concern European leaders will fail to solve the region's debt crisis and speculation on whether central banks will ease monetary policy further.
Hewlett-Packard Co. dropped 6.7 percent after forecasting full-year earnings that missed analysts' estimates as demand slumped. Big Lots Inc. tumbled 22 percent after lowering its annual earnings projection. Boeing Co. retreated 2.5 percent after losing 35 orders for 787-9 planes, the biggest Dreamliner cancellation. Alcoa Inc. erased 1.9 percent, pacing declines among raw-material stocks.
The S&P 500 slumped 0.6 percent to 1,405.38 at 12:10 p.m. in New York. The Dow Jones Industrial Average lost 87.73 points, or 0.7 percent, to 13,085.03 today. Trading in S&P 500 companies was 17 percent below the 30-day average at this time of day.
"We're tipping over into a corrective phase in stocks," Barry James, who helps oversee $3.3 billion as president of James Investment Research in Xenia, Ohio, said in a telephone interview. "Europe is the key driver in the world right now. European leaders aren't really addressing the root problems."
The S&P 500 has rallied 9.9 percent since June 1 on speculation global central banks will take action to stimulate growth. U.S. stocks erased losses yesterday as minutes from the Federal Open Market Committee's last meeting showed many members judged that more stimulus "would likely be warranted fairly soon."
Stimulus Debate
James Bullard, the Fed Bank of St. Louis President, said today on CNBC the minutes of this month's meeting were no longer as relevant because the U.S. economy has picked up in the past month. Earlier today, Fed Bank of Chicago President Charles Evans said in Beijing that easing policies would support economic growth around the world, including in China, broadening his call for more stimulus in the U.S.
A Chinese report today indicated that manufacturing will contract at a faster pace in August, signaling the country's economy needs more stimulus to secure a rebound in growth. The preliminary reading for a purchasing managers' index for China was 47.8. If confirmed, it would be the weakest level since November and the 10th month that the reading has stayed below 50, the longest run in the index's eight-year history.
Investors also watched developments in Europe. German Chancellor Angela Merkel said Europe is in one of its deepest crises, and while the path to a solution is "arduous," the euro region will emerge stronger. She hosts French President Francois Hollande as the leaders of Europe's two biggest economies seek common ground on Greece and the wider debt crisis. Greece's Prime Minister, Antonis Samaras, will follow Hollande to Berlin tomorrow and travel on to Paris on Aug. 25.
More Time
Stocks in Europe erased early gains after German Finance Minister Wolfgang Schaeuble said that allowing Greece more time to meet its debt obligations would not solve the country's problems and would increase costs for creditors.
"People aren't willing to invest," Stephen Hammers, the chief investment officer at Brentwood, Tennessee-based Compass EMP

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Funds, which manages about $1 billion in assets, said in a telephone interview. “If Europe gets worse, U.S. investors will see that as a warning sign.”
Purchases of new U.S. homes rose more than projected in July. Sales climbed 3.6 percent to a 372,000 annual pace, compared with the median estimate of 365,000. A separate report showed the number of applications for unemployment benefits climbed last week to a one-month high, showing little progress in the labor market. Jobless claims rose for a second week to reach 372,000. The median forecast called for 365,000.
Personal Computers
Hewlett-Packard, the biggest maker of personal computers, dropped 6.7 percent to $17.92 after earlier falling as much as 7.9 percent for the biggest decline in a year. Profit excluding some costs will be $4.05 to $4.07 a share in the year that ends in October, Palo Alto, California-based Hewlett-Packard said yesterday in a statement. That’s at the low end of a forecast for $4.05 to $4.10 issued in May and below the average $4.08 analyst estimate compiled by Bloomberg.
The company suffered another quarter of slumping demand for personal computers and services aimed at businesses, underscoring the turnaround challenge facing Chief Executive Officer Meg Whitman.
Other technology stocks also declined. Intel Corp., the world’s largest chipmaker, slid 2.3 percent to $25.13, while Microsoft Corp., the biggest software maker, slumped 1 percent to $30.24.
Big Lots
Big Lots, the Columbus, Ohio-based discount retailer, plunged 22 percent to $30.11 for the biggest drop in the S&P 500. Profit excluding some items will decline to $2.80 to $2.95 a share this year, reduced from a previous projection of $3.25 to $3.40 a share. Analysts anticipated $3.30, the average of 16 estimates compiled by Bloomberg.
Boeing slumped 2.5 percent to $70.97, after losing 35 orders for 787-9 planes, the biggest Dreamliner cancellation, as Qantas Airways Ltd. scrapped a contract after delivery delays and losses on international routes. Qantas’s pullback on jets worth about $8.5 billion at current list prices reduced Chicago- based Boeing’s backlog for the 787-9 by about 10 percent.
Raw-material stocks fell 1.3 percent for the biggest drop out of 10 groups in the S&P 500. Alcoa, the largest aluminum producer in the U.S., erased 1.9 percent to $8.70, while DuPont Co., the most valuable U.S. chemicals producer, lost 0.8 percent to $50.38.
Patterson Cos. tumbled 5.5 percent to $33.92. The St. Paul, Minnesota-based maker of medical devices for dental and veterinary clinics reported first-quarter earnings of 45 cents a share, missing the average analyst estimate by 4 cents.
Guess? Inc., an apparel maker that operates 511 stores in the U.S. and Canada, sank 21 percent to $26.64 after cutting its annual profit and revenue forecasts amid a drop in North American store sales. Comparable-store sales, a measure of a retailer’s growth that excludes new stores, fell 8.5 percent in the quarter ended July 28.
For Related News and Information: Developed Markets View: DMMV <GO> World stock indexes: WEI <GO> Most-active U.S. stocks: MOST US <GO> U.S. stock market map: IMAP US <GO> Top stories on stocks: TOP STK <GO> Stories on U.S. stocks: NI USS <GO>
--With assistance from Peter Levring in Copenhagen. Editor: Jeff Sutherland

*Aug 23 2012 12:16:05 Wire: Marketwired (MWR)*
**Dyer & Berens LLP Announces Class Action on Behalf of Big Lots,**

*Aug 23 2012 13:41:54 Wire: Bloomberg First Word (BFW)*
**Big Lots Extends Drop to 24.5%, Largest Intraday Since Nov. 2008**
By Andrew Cinko
Aug. 23 (Bloomberg) -- Vol. heavy at 10x full-day avg.
Link to Company News:{BIG US <Equity> CN <GO>}

*Aug 23 2012 13:45:06 Wire: Associated Press (APW)*
**Big Lots Shares Plunge on Weak 2Q, Guidance Cut**
Columbus, Ohio (AP) -- Big Lots Inc. shares lost nearly a quarter of their value on Thursday, after the discount retailer said its second-quarter net income tumbled 38 percent to miss expectations and slashed its profit forecast for the full year.
The company also announced a shakeup in its executive ranks, promoting two executives to the roles of CFO and chief operating

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

officer and bringing back its previous head of merchandising.
On a conference call with analysts, newly named Chief Financial Officer Timothy Johnson said revenue from electronics and food improved from the first quarter at stores open at least 15 months, but sales of higher-profit furniture, home goods and seasonal items declined.
Johnson added that Big Lots had to mark down prices more than planned because of soft sales of seasonal lawn and garden items over the hotter-than-normal summer. Johnson forecast declines in revenue at U.S. stores open at least 15 months, an important measure of retail health, for the rest of the year and weaker profit margins due to a higher-than-expected rate of markdowns.
Looking ahead, Chairman and CEO Steven S. Fishman said on the call that Big Lots will start testing coolers and freezers in some of its stores in a move to sell more food. It also will test accepting food stamps.
"There's no debating that a growing percentage of the consumer base is economically stressed and becoming more dependent on the government assistance. In each of the last two years over 6 million Americans have been added to snap (the Federal Food Stamps Program) resulting in the neighborhood of 15 percent or more of our total population being enrolled in this program," he said. "Our business needs to provide customers multiple reasons to shop at our stores."
The company also said Douglas Wurl has resigned as merchandising chief and it has brought back John Martin, its executive vice president for administration, to lead merchandising and head up marketing strategy. Martin previously served as executive vice president of merchandising from 2003 to 2011.
For the quarter ended July 28, the Columbus, Ohio-based company earned $22.1 million, or 36 cents per share, down from $35.7 million, or 50 cents per share, in the same quarter last year.
Revenue rose 4 percent to $1.22 billion from $1.17 billion. Sales from U.S. operations rose 1.7 percent to $1.18 billion but sales at U.S. stores open at least 15 months fell 1.9 percent. That's a key measure for retailers because it strips out results of recently opened and closed stores.
Analysts, on average, had expected a higher profit of 42 cents per share on $1.24 billion in revenue, according to a FactSet poll.
Canaccord analyst Laura Champine said the company's woes reveal serious merchandising problems. She backed her "Buy" rating for the company, but cut her price target by $11 to $41 and reduced her 2012 profit prediction by 44 cents to $2.81 per share.
While the shares still appear cheap, Champine wrote in a note to investors, "our conviction has faded given the continued poor execution."
Canadian sales jumped to $35 million from $3.9 million a year ago. The company acquired the Canadian operations on July 18, 2011, so the prior-year period only included 12 days of Canadian sales.
Based on its results for the first half of the year and its expectations for the second, Big Lots said it now expects to post a 2012 profit of $2.80 to $2.95 per share. That's down from its previous prediction of $3.25 to $3.45 per share and far below the $3.30 per share forecast by analysts.
Separately on Thursday, the company said it promoted Lisa Bachmann to the job of chief operating officer, assuming responsibility for store operations, in addition to her current role as chief information officer. Timothy Johnson, former senior vice president for finance, was named chief financial officer to allow Joe Cooper to focus solely on running the Canadian operation.
Big Lots opened 18 new stores during the quarter and runs more than 1,500 Big Lots, Liquidation World and LW stores in North America. The company said it will be testing full market remodels in the fall in an effort to draw customers.
"Our business needs to be constantly evolving," Fishman said. "Our model is different. When we're not changing in merchandising and driving it all the way to the store and ultimately the customer, we fall behind."
Big Lots shares dropped $9.39, or 24 percent, to $29.39, after falling as low as $29.45 earlier in the day and passing their previous 52-week low of $30.79.
-0- Aug/23/2012 17:45 GMT

*Aug 23 2012 16:01:38 Wire: Bloomberg News (BN)*
**U.S. Stocks Fall Amid Concern Europe Isn’t Solving Debt Crisis**
By Inyoung Hwang
Aug. 23 (Bloomberg) -- U.S. stocks fell, giving the Standard & Poor’s 500 Index its biggest decline in a month, amid concern European leaders aren’t making progress in solving the region’s debt crisis.
The S&P 500 slumped 0.8 percent to 1,402.30 at 4 p.m. in New York. The benchmark index has declined 1.1 percent for the week.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

"We're tipping over into a corrective phase in stocks," Barry James, who helps oversee $3.3 billion as president of James Investment Research in Xenia, Ohio, said in a telephone interview. "Europe is the key driver in the world right now. European leaders aren't really addressing the root problems."

German Chancellor Angela Merkel said Europe is in one of its deepest crises, and while the path to a solution is "arduous," the euro region will emerge stronger. She hosts French President Francois Hollande as the leaders of Europe's two biggest economies seek common ground on Greece and the wider debt crisis. Greece's prime minister, Antonis Samaras, will follow Hollande to Berlin tomorrow and travel on to Paris on Aug. 25.

Stocks extended declines after the European Union said it is focused on its aid program for Spain's banks and hasn't received a request for a full bailout from the euro-area nation. Earlier, German Finance Minister Wolfgang Schaeuble said that allowing Greece more time to meet its debt obligations would not solve the country's problems and would increase costs for creditors.

'Warning Sign'

"People aren't willing to invest," Stephen Hammers, the chief investment officer at Brentwood, Tennessee-based Compass EMP Funds, which manages about $1 billion in assets, said in a telephone interview. "If Europe gets worse, U.S. investors will see that as a warning sign."

Investors also watched for signs of future monetary policy. The S&P 500 has rallied 9.7 percent since June 1 on speculation global central banks will take action to stimulate growth. U.S. stocks erased losses yesterday as minutes from the Federal Open Market Committee's last meeting showed many members judged that more stimulus "would likely be warranted fairly soon."

James Bullard, the Fed Bank of St. Louis President, said today on CNBC the minutes of this month's meeting were no longer as relevant because the U.S. economy has picked up in the past month. Earlier today, Fed Bank of Chicago President Charles Evans said in Beijing that easing policies would support economic growth around the world, including in China, broadening his call for more stimulus in the U.S.

Home Sales

Purchases of new U.S. homes rose more than projected in July. Sales climbed 3.6 percent to a 372,000 annual pace, compared with the median estimate of 365,000. A separate report showed the number of applications for unemployment benefits climbed last week to a one-month high, showing little progress in the labor market. Jobless claims rose for a second week to reach 372,000. The median forecast called for 365,000.

A Chinese report today indicated that manufacturing will contract at a faster pace in August, signaling the country's economy needs more stimulus to secure a rebound in growth. The preliminary reading for a purchasing managers' index for China was 47.8. If confirmed, it would be the weakest level since November and the 10th month that the reading has stayed below 50, the longest run in the index's eight-year history.

For Related News and Information: Developed Markets View: DMMV <GO> World stock indexes: WEI <GO> Most-active U.S. stocks: MOST US <GO> U.S. stock market map: IMAP US <GO> Top stories on stocks: TOP STK <GO> Stories on U.S. stocks: NI USS <GO>

--With assistance from Peter Levring in Copenhagen. Editor: Jeff Sutherland

*Aug 23 2012 16:27:02 Wire: Bloomberg Social Velocity Alerts (BSV)*

**Social Velocity Alert for Big Lots Inc (BIG)**

BSV 5779967786912055297 <GO>

Bloomberg Social Velocity alert for Big Lots Inc (BIG) Expected Postings: 0.1 Actual Postings: 5 Time Range: AUG 23 16:00-16:30 EDT

A BSV alert is triggered by an unusually high number of social media postings on a company.

Run {BSV<GO>} to see more alerts.

-0- Aug/23/2012 20:27 GMT

*Aug 23 2012 16:37:23 Wire: Bloomberg First Word (BFW)*

**U.S. WRAP: Stocks Drop on European Concerns; Gold Climbs**

By Patrick McHale

Aug. 23 (Bloomberg) -- Stocks falls on concerns Europe isn't making progress on debt crisis. Indexes started out weak, drifted lower

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

and closed near session lows.
* S&P 500 -0.81% to 1402.08
* DJIA -0.88% to 13057.46
* Nasdaq 100 -0.77% to 2762.021
* Gold up 1.95% to 1669.4
* WTI Crude down 1.37% to 95.93
* 10-yr Treasury -2.39bp to 1.6677%
MAJOR STORY:
* Initial jobless claims 372k vs est. 365k; prior week revised to 368k from 366k; 4-wk moving avg. 368k
TOP NEWS:
* Bloomberg Consumer Comfort Index for week of Aug. 19 slumps to -47.4 vs -44.4 prior week
* 30-year fixed-rate mortgage for week ended today climbs to 3.66% from 3.62% last week: Freddie Mac
* * 15-year fixed-rate mortgage at 2.89% vs 2.88% last week
* New home sales rose 3.6% M/m in July to 372k annual pace, matching 2-yr high, vs est. 365k; prior revised to 359k from 350k
* Citigroup’s private bank said to pull $410m from Paulson funds
* HSBC outlook to negative from stable by S&P, ratings affirmed
* U.S. 4-yr. 8-mo. TIPS draw -1.286%; alloted at high 70.23%
* China’s Economy May Be Weaker Than Data Shows: Dallas Fed
* Spain in Talks With Euro Officials on Sovereign Aid Terms: Rtrs
MARKET DATA:
* S&P 500 -0.81%; DJIA -0.88%; Nasdaq 100 -0.77%
* * S&P 400 -0.69%; S&P 600 -0.7%; Russell 2K -0.81%; SOX -0.63%
* BIG HPQ ANR X SWN fell most in the S&P 500
* S&P 500: 417 stocks, 83% of the index, dropped
* All 10 S&P sector groups negative
* * Materials -1.67%, utilities -1.05%, energy -0.98%,
financials -0.98%, tech -0.96% * Industrials -0.81%, consumer staples -0.79%, consumer discretionary -0.64%, telecom -0.35%, health care -0.13%
* HPQ BA AA INTC KO lagged in the DJIA; 27 components negative; only KFT FE positive
* BIDU STX DELL SNDK SHLD led to the downside in the Nasdaq 100
* Decliners beat advancers 3.8 to 1 on the NYSE
* Total number of shares traded 5.3b; below 50-, 100-, 200- DMAs

*Aug 23 2012 16:58:27 Wire: Bloomberg First Word (BFW)*
**S&P Places Big Lots BBB Rtg on Watch Negative**
*****************************************************************************************
BN 08/23 16:55 *S&P PLACES BIG LOTS 'BBB' RTG ON WATCH NEG
*****************************************************************************************
By Sarah Kopit
Aug. 23 (Bloomberg) -- Cites assessment that Big Lots may not be able to restore profitability and credit measures to levels previously anticipated.
Link to Company News:{BIG US <Equity> CN <GO>}
For Related News and Information: First Word scrolling panel: {FIRST<GO>} First Word newswire: {NH BFW<GO>}
To contact the editor responsible for this story: Sarah Kopit at +1-212-617-4294 or skopit@bloomberg.net

*Aug 23 2012 17:01:51Wire: Bloomberg News (BN)*
**S&P 500 Falls Most in One Month Amid Concern Over Europe Crisis**

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

By Inyoung Hwang
Aug. 23 (Bloomberg) -- U.S. stocks fell, as the Standard & Poor's 500 Index posted its biggest decline in a month, amid investor concern that European leaders aren't making progress in solving the region's debt crisis.
Hewlett-Packard Co. dropped 8.2 percent after forecasting full-year earnings that missed analysts' estimates as demand slumped. Big Lots Inc. tumbled 21 percent after lowering its annual earnings projection. Boeing Co. retreated 3.4 percent after losing 35 orders for 787-9 planes, the biggest Dreamliner cancellation. Alcoa Inc. erased 2.7 percent, pacing declines among raw-material stocks.
The S&P 500 slumped 0.8 percent to 1,402.08 at 4 p.m. in New York. The benchmark index for American equities is heading for its first weekly decline in almost two months, with a four- day drop of 1.1 percent. The Dow Jones Industrial Average lost 115.3 points, or 0.9 percent, to 13,057.46 today. Volume for exchange-listed stocks in the U.S. was 5.3 billion shares, 16 percent below the three-month average.
"We're tipping over into a corrective phase in stocks," Barry James, who helps oversee $3.3 billion as president of James Investment Research in Xenia, Ohio, said in a telephone interview. "Europe is the key driver in the world right now. European leaders aren't really addressing the root problems."
German Chancellor Angela Merkel said Europe is in one of its deepest crises, and while the path to a solution is "arduous," the euro region will emerge stronger. She hosted French President Francois Hollande today as the leaders of Europe's two biggest economies seek common ground on Greece and the wider debt crisis. Greece's prime minister, Antonis Samaras, will follow Hollande to Berlin tomorrow and travel on to Paris on Aug. 25.
Aid Program
Stocks extended declines after the European Union said it is focused on its aid program for Spain's banks and hasn't received a request for a full bailout from the euro-area nation. Earlier, German Finance Minister Wolfgang Schaeuble said that allowing Greece more time to meet its debt obligations would not solve the country's problems and would increase costs for creditors.
"People aren't willing to invest," Stephen Hammers, the chief investment officer at Brentwood, Tennessee-based Compass EMP Funds, which manages about $1 billion in assets, said in a telephone interview. "If Europe gets worse, U.S. investors will see that as a warning sign."
Investors also watched for signs of future monetary policy. The S&P 500 has rallied 9.7 percent since June 1 on speculation global central banks will take action to stimulate growth. U.S. stocks erased losses yesterday as minutes from the Federal Open Market Committee's last meeting showed many members judged that more stimulus "would likely be warranted fairly soon."
Stimulus Debate
James Bullard, the Fed Bank of St. Louis President, said today on CNBC the minutes of this month's meeting were no longer as relevant because the U.S. economy has picked up in the past month. Earlier, Fed Bank of Chicago President Charles Evans said in Beijing that easing policies would support economic growth around the world, including in China, broadening his call for more stimulus in the U.S.
Purchases of new U.S. homes rose more than projected in July. Sales climbed 3.6 percent to a 372,000 annual pace, compared with the median estimate of 365,000. A separate report showed the number of applications for unemployment benefits climbed last week to a one-month high, showing little progress in the labor market. Jobless claims rose for a second week to reach 372,000. The median forecast called for 365,000.
China Manufacturing
A Chinese report today indicated that manufacturing will contract at a faster pace in August, signaling the country's economy needs more stimulus to secure a rebound in growth. The preliminary reading for a purchasing managers' index for China was 47.8. If confirmed, it would be the weakest level since November and the 10th month that the reading has stayed below 50, the longest run in the index's eight-year history.
Companies most tied to economic growth posted declines. The Morgan Stanley Cyclical Index fell for the fourth straight day, losing 1.2 percent for the biggest drop in a month. The Dow Jones Transportation Average, a gauge of 20 shipping companies from FedEx Corp. to Southwest Airlines Co., tumbled 1 percent for the biggest retreat since Aug. 1. The KBW Bank Index, made up of 24 lenders, slid 1.1 percent.
Hewlett-Packard, the biggest maker of personal computers, dropped 8.2 percent to $17.64 for the biggest decline in a year. Profit excluding some costs will be $4.05 to $4.07 a share in the year that ends in October, Palo Alto, California-based Hewlett-Packard said yesterday in a statement. That's at the low end of a forecast for $4.05 to $4.10 issued in May and below the average $4.08 analyst

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

estimate compiled by Bloomberg.
Slumping Demand
The company suffered another quarter of slumping demand for personal computers and services aimed at businesses, underscoring the turnaround challenge facing Chief Executive Officer Meg Whitman.
Other technology stocks also declined. Intel Corp., the world’s largest chipmaker, slid 2.7 percent to $25.04, while Microsoft Corp., the biggest software maker, slumped 0.9 percent to $30.26.
Big Lots, the Columbus, Ohio-based discount retailer, plunged 21 percent to $30.76 for the biggest drop in the S&P 500. Profit excluding some items will decline to $2.80 to $2.95 a share this year, reduced from a previous projection of $3.25 to $3.40 a share. Analysts anticipated $3.30, the average of 16 estimates compiled by Bloomberg.
Boeing slumped 3.4 percent to $70.36, after losing 35 orders for 787-9 planes, the biggest Dreamliner cancellation, as Qantas Airways Ltd. scrapped a contract after delivery delays and losses on international routes. Qantas’s pullback on jets worth about $8.5 billion at current list prices reduced Chicago- based Boeing’s backlog for the 787-9 by about 10 percent.
Alcoa, DuPont
Raw-material stocks fell 1.7 percent for the biggest drop out of 10 groups in the S&P 500. Alcoa, the largest aluminum producer in the U.S., erased 2.7 percent to $8.63, while DuPont Co., the most valuable U.S. chemicals producer, lost 1.1 percent to $50.24.
Patterson Cos. tumbled 4.9 percent to $34.15. The St. Paul, Minnesota-based maker of medical devices for dental and veterinary clinics reported first-quarter earnings of 45 cents a share, missing the average analyst estimate by 4 cents.
Guess? Inc., an apparel maker that operates 511 stores in the U.S. and Canada, sank 23 percent to $25.95 after cutting its annual profit and revenue forecasts amid a drop in North American store sales. Comparable-store sales, a measure of a retailer’s growth that excludes new stores, fell 8.5 percent in the quarter ended July 28.
For Related News and Information: Developed Markets View: DMMV <GO> World stock indexes: WEI <GO> Most-active U.S. stocks: MOST US <GO> U.S. stock market map: IMAP US <GO> Top stories on stocks: TOP STK <GO> Stories on U.S. stocks: NI USS <GO>
--With assistance from Peter Levring in Copenhagen. Editor: Jeff Sutherland

*Aug 23 2012 17:10:46 Wire: Associated Press (APW)*
**Big Lots, HP, Boeing Are Market Movers**
New York (AP) -- Stocks that moved substantially or traded heavily Thursday on the New York Stock Exchange and Nasdaq Stock Market:
NYSE
Big Lots Inc., down $8.08 at $30.76
The discount retailer said that its second-quarter net income fell 38 percent and it cuts its profit outlook for the full year.
Hewlett-Packard Co., down $1.57 at $17.64
The technology company posted a $8.9 billion quarterly loss due to the shrinking value of a company it bought in 2009.
Guess Inc., down $7.59 at $25.95
The clothing company said that second-quarter net income fell 29 percent from a year ago. It also cut full-year guidance.
Tilly's Inc., up $1.54 at $18.12
A Stifel Nicolaus analyst upgraded shares of the surfer- inspired clothing seller to "Buy," citing improved sales.
The Boeing Co., down $2.44 at $70.36
Australia's Qantas Airways canceled an order for 35 of the airplane maker's 787-9s, worth about $8.5 billion.
Nasdaq
A123 Systems Inc., down 2 cents at 36 cents
The maker of batteries for electric cars said that it is in danger of being delisted from the Nasdaq if its shares stay below $1.
WebMD Health Corp., down 39 cents at $14.96
A Raymond James analyst downgraded shares of the online health information provider saying earnings and revenue could fall in 2013
Pacific Sunwear of California Inc., up 2 cents at $2.19
The California lifestyle clothing retailer said its second- quarter loss narrowed, helped by better sales. Results beat analysts'

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

expectations.
-0- Aug/23/2012 21:10 GMT

*Aug 23 2012 17:38:14 Wire: Financial Times (FTI)*
**Big Lots hit following earnings miss**
By Anora Mahmudova in New York
Aug. 23 (Financial Times) -- Shares in Big Lots, the retailer, dropped sharply after the company reported quarterly profits that missed investors' expectations. The st...
The full story is available on Bloomberg to Financial Times corporate subscribers.
Click here to see the story as it appeared on the Financial Times web site.
Registration is required.

*Aug 23 2012 17:49:14 Wire: Associated Press (APW)*
**S&P Says It May Downgrade Big Lots**
New York (AP) -- Standard & Poor's Ratings Services said Thursday it is reviewing its ratings for retailer Big Lots Inc. for a possible downgrade after the company shocked investors with a weak earnings report.
Earlier Thursday, the Columbus, Ohio-based retailer reported a 38 percent drop in its second-quarter net income and slashed its profit forecast for the year. The company also announced a shake-up in its executive ranks.
Shares of Big Lots plunged nearly 21 percent to $30.76 after touching a 52-week low of $29.33 and then shed an additional 11 cents in after-hours trading.
S&P said it is assessing Big Lots' "BBB" corporate credit rating and expects to complete the review within three months. The company has $243 million in debt outstanding as of July 28.
"We could lower Big Lots' ratings if we believe the company will not be able to restore profitability and credit measures consistent with our previous expectations," said Standard & Poor's credit analyst Gerald Phelan.
-0- Aug/23/2012 21:49 GMT

*Aug 23 2012 18:57:03 Wire: Bloomberg First Word (BFW)*
**U.S. AFTER-HOURS WRAP: Salesforce.com Sees 3Q Adj. EPS Below Est**
By Patrick McHale
Aug. 23 (Bloomberg) -- Major post-mkt U.S. news:
* Salesforce.com Boosts Forecast; 2Q Adj. EPS Beats
* * Sees 3Q Adj. EPS Forecast Below Est.; Rev. Above * MORE: Salesforce.com Falls; 2Q Billings Growth ~29.7% Y/y
* Autodesk Cuts 2013 Forecast; Restructuring, Reducing Staff
* Supervalu Said to Seek Bids for Entire Company
* * Said to Seek Bids for Whole Amid Piecemeal Interest
* Bristol-Myers Squibb Stops Development of BMS-986094
* * Stops Hep-C Candidate Development; Idenix Falls
* QEP Resources to Buy Williston Basin Oil Properties for $1.38b
* Hartford Financial to Terminate President Wealth Management David Levenson
* VIX Gains 5.6% to 15.96, Rising a Fourth Straight Day
* U.S. Muni Funds Add $436 Million in Past Week, Lipper Data
* * U.S. HY Funds Add $583m Week Ending August 22: Lipper Data
* Kodak Begins Sales Processes for Personalized Imaging Business
* Gyrodyne Hires Fincl, Legal Advisers for Strategic Alternatives
* RBS May Get Bigger Libor Fine Than Barclays, MP Says: Telegraph
* Japan May Freeze Plan to Buy S. Korean Govt. Bonds, Yomiuri

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

EARNINGS
* Aruba 4Q Beats Adj EPS, Rev. Ests.; Starts $100m Buyback
* * Aruba Sees 1Q Adj. EPS 17c, Est. 17c
* Mentor Graphics Boosts 2013 Adj. EPS Forecast
* Solera Holdings Sees Yr Adj. EPS, Sales Below Ests.
* Immunomedics 4Q Loss/Share, Rev. Miss Ests.
* Shoe Carnival 2Q EPS 14c, Est. 11c
* Bebe Stores Sees 1Q Loss Cont Ops 1c-4c
* Rue21 Sees Yr. EPS $1.80-1.85, Saw $1.76-$1.81, Est. $1.81
PHARMA
* Pozen Doesn't Plan to Do Further Bioequivalence PA32540 Study
* Watson's Generic Lidoderm Gets FDA Approval
* * Endo Drops Post-Mkt After Watson Wins Generic Lidoderm
Approval * Endo Foresaw Lidoderm Generic Pursuant to Watson Pact
* Amerigroup, Wellpoint Got Requests From DOJ on Merger Review
* Pfizer Settles Patent Lawsuit With Impax Over Copy of Detrol
* Synergy Acquires FV-100 Shingles Drug From Bristol-Myers Squibb
ANALYST ACTIONS
* Alexion Rated New Hold at ThinkEquity, PT $105
* PDL BioPharma Rated New Hold at ThinkEquity, PT $7
* Moody's Lowers Synagro's CFR to Caa3 from Caa2
* S&P Places Big Lots BBB Rtg on Watch Negative
* S&P: Washington Reit Cut to BBB from BBB+
* S&P Revises 'BBB-' Rating Outlook On Universal Corp To Stable
* Broadview Network PDR Cut to D From Ca by Moody's
OFFERINGS/BUYBACKS
* AECOM announces $300 million share-repurchase program
* Oil States to Buy Back Shares Up to $200m
* Coinstar Files Mixed Securities Shelf
* SunTrust Bank Files Automatic Mixed Securities Shelf
* Panera Bread Company May Buy Back Shrs Up to $600m
* Computer Sciences Files Automatic Mixed Securities Shelf
* Fifth Third to Buy $350m Thru Buyback Pact With Goldman
WHAT TO WATCH TOMORROW:
* Earnings: MSG
* Economic: July durable goods, July capital goods orders nondefense ex-air
* U.S. WRAP: Stocks Drop on European Concerns; Gold Climbs
* U.S. AFTER-HOURS MOVERS
* Bernanke; Romney; India, Brazil GDP: Week Ahead Aug. 25- Sept. 1
* ASIA DAYBOOK: China Unicom, Chalco, BoJ, Woolworths, N.Z. Trade
* Australian Stocks To Watch: Fairfax, Woolworths, Whitehaven
* Japan Stocks to Watch: Citizen, Daikin, Marubeni, Mitsui, Nomura
* South Korea Stocks Preview: Hanwha, Kogas, LG Chem, Woongjin
* SE Asian Stocks to Watch: UOA Development, IPVG Corp, Juken

*23 August 2012 Canaccord, Laura Champine, CFA*
**SALES TRENDS ARE DETERIORATING**
Investment recommendation

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

BIG reported Q2 EPS of $0.36, missing our estimate by $0.01and consensus by $0.05. U.S. SSS declined 1.9% on top of -1.5%. Our forecast and consensus were for a flat yr./yr. showing. Gross margin contracted 25bps compared with our +10bps estimate, offset by 50bps of less SG&A deleverage. Items below the EBIT line drove the downside to our estimate. FY12 EPS guidance was reduced by $0.45 to $2.80-$2.95 versus prior consensus of $3.29. We are reducing our FY12 EPS estimate by $0.44 to $2.81. Shares still appear cheap in our view, trading at 11x our FY13 EPS estimate and 6x FY13E EV/EBITDA, but our conviction has faded given the continued poor execution.

Investment highlights

• Weaker sales and margins drive our EPS estimates lower.

We forecast a Q3 loss of $(0.24) per share, versus our prior estimate and consensus of $0.13. We project Q3 U.S. SSS -4% on top of +2% and for 190bps of gross margin contraction yr./yr. as a result of higher markdowns and greater mix pressure. For FY12, we estimate U.S. SSS down 2% on top of a flat showing and a gross margin decline of 80bps.

• We believe SSS declines and the recent reorganization illustrate serious problems in merchandising. Doug Wurl resigned as head of merchandising after a 15-month stint.

John Martin, who was replaced by Wurl, will leave his role in administration to become chief merchant.

• Our DCF-generated price target moves from $52 to $41.

Valuation

Our DCF-generated price target decreases from $52 to $41 based on our updated projections. Shares currently trade at 10x our FY12 NOPAT estimate, and our model indicates BIG should trade at a multiple of 13x. The stock trades at 11x our FY13 EPS estimate and 6x FY13E EV/EBITDA. Our price target implies multiples of 14x EPS and 7x EV/EBITDA are appropriate.

Investment risks

A prolonged slowdown in sales stemming from a product assortment that does not resonate with shoppers poses risks to our projections. Macroeconomic factors and extreme weather could also impact sales trends. Rising cost pressures could impact margins. The LW acquisition could require a greater capital investment torefurbish stores and replenish inventories than management anticipates.

*August 23, 2012 Wedbush, Joan Storms, CFA*

**Disappointing Q2 Results and Guidance Reflect Tough Trends for Discretionary Merchandise; Reducing PT to $42; Maintain OUTPERFORM on Valuation**

Q2 EPS of $0.36 was below guidance for $0.37-$0.42 and our/consensus estimates of $0.42/$0.41. Excluding the impact from the company's Canadian division (acquired during Q2:11), Q2 EPS was $0.42. Q1 comps of -1.9% vs.-1.5% were below guidance for flattish and our/consensus 0.0% estimates. Total U.S. retail sales were up 1.7% to $1.18 billion. Best-performing categories were electronics (which comped up in low-double digits), hardlines (which comped up in mid-single digits), and consumables (flat comps). Electronics and consumables showed a nice turnaround from a tough Q1. However, most discretionary categories were challenged during Q2, particularly furniture and home (which were down in low-single digits), and seasonal (which comped down in mid-single digits).

U.S. gross margins were down 20 bps, to 39.3%, due to unfavorable merchandise mix shift. SG&A was up 140 bps, to 35.7%, due to higher depreciation, occupancy, advertising spend, and healthcare costs, as well as de-leverage on the negative comps.

• Guidance for 2012 consolidated EPS was reduced to $2.80-$2.95 (from $3.25-$3.40). Guidance for Q3 EPS of $(0.30)-$(0.20) was well below our/consensus estimates of $0.16/$0.14, although we believe this guidance is very conservative.

• Reducing our forecast for 2012 EPS to $2.90 (from $3.35) and 2013 EPS to$3.34 (from $3.80). Reducing our forecast for Q3 EPS to $(0.25) from $0.16.

• We reiterate our OUTPERFORM rating despite disappointing 1H results and outlook because we believe stock appears oversold and trades at an attractive valuation and risk/reward ratio compared to peers. Although comparisons get more challenging in 2H, guidance is now very conservative, and the company has a number of initiatives in the works to drive better results going forward. While the Canadian acquisition is initially dilutive, we see good opportunities for 2013 and beyond, and Canadian stores have continued to exceed expectations.

• Reducing our price target to $42 (from $49), which assumes the stock should trade at roughly 12.5x (previously 13x)

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | our revised 2013 EPS forecast of $3.34. This is in line with our projected longer-term earnings growth rate in the low to mid-teens.<br>RISKS<br>• Risks to attainment of our share price target include uncertainty regarding any potential acquisition offers; sales volatility; decreases in store traffic and average ticket; discounts and mix shift changes negatively affecting gross margins; de-leveraging of SG&A; sourcing disruptions; competition from other discounters; consumer confidence; higher energy costs; rising interest rates; adverse weather; geo-politics, etc.<br>SUMMARY<br>The Positive(s):<br>• Consumables and electronics, which were lagging categories during Q1, showed improving trends during Q2<br>• Three major new tests are in the works:<br>Planning to test installation of coolers and freezers during 2013, which will also allow the company to test acceptance of SNAP benefits at those stores<br>Testing a new Rewards loyalty program in several markets beginning in Q3:12, designed to encourage increased shopping frequency<br>Completely remodeling all stores within two major [unspecified] markets to enhance the shopping experience in larger, successful, more-mature markets during Q3 and Q4<br>• A number of changes in the management team were made to facilitate better performance:<br>John Martin has returned to the role of chief merchant and marketer, bringing nearly 10 years of experience at Big Lots, in order to provide stability to the organization and to improve the company’s execution<br>Tim Johnson has been promoted to CFO, and we would note that he is well-liked by the Street, having previously served as the company’s investor relations interface<br>Lisa Bachman has been promoted to Chief Operating Officer, having served in a variety of leadership roles at Big Lots since 2002<br>Our Concern(s):<br>• Softening of the company’s discretionary merchandise business is expected to continue<br>• Organizational changes could take some time to positively impact results<br>What to Do with the Stock:<br>• For patient value players, we would buy shares on the current valuation, although we acknowledge there are not a lot of near-term catalysts. Longer-term, we believe the market has overreacted to what it perceives as yet another inconsistency in category performance resulting in disappointing guidance. However, we do believe the company is being very conservative in order to deliver more consistent results and a couple of swing factors, including share buybacks and Canada, could favorably affect results in 2H and 2013.<br>Q2 Details<br>• Sales: Q1 comps of -1.9% vs. -1.5% were below guidance for flattish and our/consensus 0.0% estimates. Total U.S. retail sales were up 1.7% to $1.18 billion. Best-performing categories included electronics (which comped up in low-double digits), hardlines (which comped up in mid-single digits), and consumables (flat comps). Electronics and consumables showed a nice turnaround from a tough Q1. Most discretionary categories were challenged during Q2, particularly furniture and home (which were down in low-single digits), and seasonal (which comped down in mid-single digits).<br>• Gross Margin: U.S. gross margins were down 20 bps, to 39.3%, due to unfavorable merchandise mix shift. Lower-margin categories such as consumables, hardlines, and electronics performed well, while higher-margin discretionary categories underperformed. The company’s overall markdown rate was similar to last year, but above the company’s forecast as a result of the softness in seasonal sales of lawn & garden and summer merchandise.<br>• SG&A: SG&A was up 140 bps, to 35.7%, due to higher depreciation, occupancy, advertising spend, and healthcare costs, as well as de-leverage on the negative comps.<br>• Operating Profit: U.S. operating profit was down 160 bps to 3.6% of sales<br>• Interest Expense: $0.8 million vs. $0.5 million<br>• Tax Expense: U.S. tax rate of 39.1% vs. 38.2%<br>• EPS: Q2 EPS of $0.36 was below guidance for $0.37-$0.42 and our/consensus estimates of $0.42/$0.41. Excluding the impact |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | from the company's Canadian division (acquired during Q2:11), Q2 EPS was $0.42.<br>• Balance Sheet: Big Lots ended the quarter with cash of $62 million vs. $58 million and $253 million in long-term borrowings vs. $60 million last year, reflecting expenditures for share repurchases and investments in Canada. Inventories were up 13% to $881 million, and up 6% YoY on a U.S. per-store basis. Shareholders' equity was $690 million vs. $817 million.<br>• Capex: $42 million vs. $28 million<br>• Real Estate: During Q2, the company opened 18 new stores and closed 9, ending the quarter with 1,464 stores (31.8 million selling square feet) in the U.S. and 81 stores in Canada (down from 92 stores when the chain was acquired in Q2:11).<br>• Share Repurchases: During Q2, the company spent $149 million to repurchase 4.0 million shares. As of August 22, the company had $45 million remaining on its May 2012 authorization for $200 million.<br>• Canada: Q2 sales of $35 million were at the high end of guidance for $32-$35 million, driven by consumables, seasonal, and furniture. Inventory levels and content improved, ending Q2 with a fully assorted store with most major categories well represented. Canada ended the quarter with 81 stores.<br>GUIDANCE (updated 8/23/12)<br>• Q3<br>Consolidated EPS: $(0.30)-$(0.20)<br>§ U.S.: $(0.20)-$(0.13)<br>§ Canada: $(0.10)-$(0.07)<br>Sales<br>§ U.S.: comping down in mid-single digits<br>§ Canada: $35-$38 million<br>Gross margin: lower YoY due to higher markdowns and unfavorable merchandise mix shift, reflecting expectations for tougher sales discretionary merchandise<br>SG&A expenses: de-leveraging on the negative comps, despite per-store expenses expected to be flat to down slightly<br>• Q4<br>Consolidated EPS: $1.97-$2.12<br>§ U.S.: $2.00-$2.12<br>§ Canada: $(0.04)-$0.00<br>Sales<br>§ U.S.: comping down in low-single digits<br>§ Canada: $48-$52 million<br>Gross margin: lower YoY due to higher markdowns and unfavorable merchandise mix shift<br>SG&A expenses: leveraging due to lower bonus expense and the extra week in Q4 this year<br>• 2012 (53-week fiscal year)<br>Consolidated EPS: $2.80-$2.95 (previously: $3.25-$3.40, which does not assume any additional share repurchases, but does include an expected benefit of $0.10 as a result of the extra week in the 2012 fiscal calendar, as well as a nonrecurring, non-cash charge of $0.05 during Q1 as a result of improved inventory accounting):<br>§ U.S.: $3.05-$3.15 (previously: $3.50-$3.60)<br>§ Canada: $(0.26)-$(0.22) (previously: $(0.26)-$(0.21))<br>Comps: down in low-single digits (previously: flat to +1%) at U.S. stores<br>Total sales:<br>§ U.S.: up 3%-4% (previously: up 5.5%-6.5%)<br>§ Canada: $152-$158 million (previously: $142-$152 million)<br>Cash flow: $125 million (previously: $190 million)<br>Interest expense: $4 million (previously: $2 million)<br>Diluted share count: 61 million (previously: 64 million), which does not assume any additional share repurchases<br>Operating margin: 5.5%-6.0% (previously: ~7%) in the U.S.<br>Tax rate: 38.0%-39.0%<br>Gross margin: lower (previously: slightly higher) due to higher anticipated markdowns |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

SG&A: deleveraging due to higher expenses for depreciation, healthcare, and occupancy, as well as negative comps
Depreciation: $105 million vs. $88 million
Real estate: 90 new stores and 45 closures in the U.S. for net store growth of about 3%, with 70 in traditional locations and 20 in A-type locations; there are no plans to open new stores in Canada at this time while the company works on improving the store model and operations, but there might be additional store closures in Canada
Capex: $130-$135 million, reflecting maintenance capex of $40 million, new store capex of $50-$55 million, and capex of $40 million for other strategic initiatives (new systems including new warehouse management, HR, and real estate systems; retrofitting and refreshing a portion of the store base; and new fixturing initiatives to support certain merchandising strategies).
2012 Initiatives
• Growing the U.S. store base
• Turning around Canada
• Growing organizational capabilities (new warehouse management systems, new HR systems, and a new real estate system, all of which will be executed over the next couple years)
• Providing more consistent and predictable quarterly results
• Continuing to generate strong returns for shareholders (the company has begun to develop its next long-range plan to focus on years 2013-2015, and this process was expected to take nearly a year to complete)

*23 August 2012 Deutsche Bank Charles Grom, CFA, CPA*
**Is 2008 Bear Case Playing Out? 2Q Recap**
BIG's 2Q results and updated FY12 guidance were far worse than expected and we are not surprised to see shares trading down meaningfully today. 5 disturbing observations in 2Q: (1) U.S. SSS comped negatively (-1.9%) on top of negative SSS last year, for the second quarter in a row; (2) BIG was unable to reduce expenses in 2Q12, as it has done historically during periods of sales shortfall, which led to deleverage (113 bps) for U.S. segment; (3) inventories are the heaviest we have ever seen at BIG, up 13.0% (vs. sales growth of 4.4%); (4) BIG surprisingly repurchased $149 million of shares during 2Q ($254 million YTD) leaving it with only $62 million of cash on its b-sheet; and (5) FY12 guidance was reduced by ~14% at the mid-point, suggesting 2012 will be the first year of an earnings decrease YOY since 2005. On a positive note, while it will not help near-term results, BIG announced that it will begin 3 major instore tests, including: Coolers & Freezers (+ for traffic); the acceptance of SNAP benefits (have been a + for Dollar Stores); an extensive store remodel program; as well as a new loyalty program.
2Q Print Misses Expectations, Quality Mixed
Big Lots reported 2Q EPS of $0.36, below Street expectations of $0.42 and our forecast of $0.40. 2Q SSS declined 1.9%, below guidance of ‘Slightly Negative to Slightly Positive.’ Taking a look at the P&L, weaker sales than forecast were a ($0.01) hit to the model. On Margins, GPM was in-line with our forecast, while SG&A was a $0.04 hit to our model, 33.8% vs. 33.5% (30 bps higher than forecast). Net, EBIT rate came in at 3.2% (vs. 3.6%E). Below the line, a lower share count and lower tax rate each provided a benefit of $0.01.
Inventory Growth, Share Buyback Raise Flags
BIG spent $149M on share repo (avg price of ~$37) due to a 10b5-1 plan, and added leverage (debt at $242M vs. flat 1Q12) to its BS to do so, which looks like a poor investment in hindsight. Also, while we understand that some of the inventory growth (+13%) was due to the Canadian ramp of business (by Spring ’12 was the plan since the purchase), additional stores in the U.S., and the bet on Back to School, etc, we still find it concerning.
Guidance Well Below Street, Lower EPS Forecasts, PT now $31; 11x 2013 EPS BIG cut its guidance for the second time in 2012. Consolidated 2012 EPS is now expected to be $2.80-$2.95 (vs. prior $3.25 - $3.40). By segment, the U.S. forecast took the biggest hit, and is now expected in a range of $3.05-$3.15 ($3.50-$3.60 prior). Canada saw a minor EPS tightening, ($0.22)-($0.26) vs. prior expectations of ($0.23)-($0.26). As a result, we now forecast 2012 EPS of $2.85 (vs. $3.32 prior expectations) on SSS -2.1%, 3Q12 is now ($0.24) vs. $0.10 prior on SSS -4.0%, and 4Q EPS of $2.08 vs. $2.18 prior on -2.0% SSS.

*August 23, 2012 BB&T Capital Quick Take Note Anthony Chukumba*
**BIG: Q2'12 RESULTS WORSE THAN EXPECTED, MANAGEMENT REDUCES FY'12 GUIDANCE**

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

Key Points
• BIG LOTS REPORTS WORSE-THAN-EXPECTED Q2’12 RESULTS, LOWERS FY’12 GUIDANCE. This morning Big Lots reported worse-than-expected Q2'12 results and lowered its FY’12 guidance. The conference call begins at 8:00 A.M. ET (call in number: 888-500-6974, passcode: 9878343).
• Q2’12 RESULTS BELOW EXPECTATIONS. Q2'12 net sales increased 4.4% to $1.2B (missing our estimate by $20M), with comparable-store sales down 1.9% (below our -0.4% estimate). Operating margin decreased 190 bps yr/yr to 3.2% (missing our estimate by 50 bps), and diluted EPS declined 28.0% to $0.36, missing our estimate and consensus by $0.06 and $0.05, respectively.
• MANAGEMENT LOWERS FY’12 GUIDANCE. Management lowered its FY’12 diluted EPS guidance (excluding one-time items) to $2.80-$2.95 from $3.25-$3.40, as compared to our estimate and consensus of $3.39 and $3.29, respectively.
• BIG LOTS ANNOUNCES EXECUTIVE PROMOTIONS. In a separate press release, Big Lots promoted several executives, including Lisa Bachman to EVP, COO; Charles Haubiel II to EVP, Chief Administrative Officer; John Martin to EVP, Chief Merchandising Officer; Tim Johnson to SVP, CFO; and Michael Schlonsky to SVP, Human Resources. Douglas Wurl, EVP, Merchandising resigned from the company.
• RATING, ESTIMATES UNDER REVIEW. We were disappointed by Big Lots’ second consecutive quarter of missing consensus expectations and lowering its FY’12 guidance, which damages management’s credibility in our opinion. We are placing our rating and estimates under review pending the earnings call this morning.

*August 23, 2012 KeyBanc Bradley B. Thomas, CFA*
**BIG - Quick Alert: Challenges Continue in 2Q; Guidance Lowered**
KEY INVESTMENT POINTS
INITIAL REACTION – PLEASE NOTE THAT THESE THOUGHTS ARE A PRELIMINARY REACTION. PLEASE SEE OUR FULL NOTE FOLLOWING THE COMPANY'S CONFERENCE CALL AND ADDITIONAL ANALYSIS.
2Q Results Below Expectations. Big Lots, Inc. (BIG-NYSE) reported 2Q EPS of $0.36, which was below our estimate of $0.41, the consensus of $0.42 and management’s guidance of $0.37-$0.42. The range of estimates on the Street was $0.37-$0.49.
U.S. Sales Disappoint; Canada Turnaround on Track. Domestic sales increased 1.7% to $1.18 billion in the quarter. Comps declined 1.9%, below our estimate of 0%, compared to management’s guidance of slightly negative to slightly positive. Comps represented a deceleration on a one-year rate, but an acceleration on a two-year rate. Sales in Canada were $35 million, which was at the high end of guidance, and management raised its outlook for Canada. Total sales, including Canadian operations, increased 4.7% (vs. our 5.5% estimate).
Margins Pressured. Gross margin decreased 23 basis points to 39.2% (vs. our estimate of 39.5%). This marked the seventh consecutive quarter of gross margin declines, though this quarter actually marked the smallest loss during that time. Management had been expecting gross margin to be up as the Company anniversaried heavy markdowns within the lawn and garden category in 2Q11. SG&A deleveraged 171 basis points to 36.0% (vs. our 35.9% estimate). Management had expected SG&A for the quarter to deleverage due to increased advertising (an extra ad in May), higher depreciation expense, incremental bonus expense and comp deleverage. Within SG&A, selling and administrative expenses accounted for 139 basis points of the deleverage (to 33.8% of sales vs. our 33.9% estimate). As a result, operating margin declined 194 basis points to 3.2%, which was below our 3.6% estimate.
Management Lowers 2012 Guidance. For 2012, management now expects EPS from continuing operations of $2.80-$2.95 (representing 2-6% earnings decline) vs. prior guidance of $3.25-$3.40 (which represented earnings growth of 8-13%). This compares to the current consensus of $3.30. Excluding the estimated $0.10 benefit from the Company’s 53rd week, EPS is expected to decline 5-10%. Management also lowered free cash flow guidance to $125 million from $190 million. The Company believes adjusted income from U.S. operations will be $3.05-$3.15, which is down from previous guidance of $3.50-$3.60. Sales in the United States are expected to increase 3-4% (vs. prior guidance of a 5.5-6.5% increase) and comps are expected to decline LSD (vs. prior guidance of flat to up 1%). Sales in Canada are now expected to be $152 million-$158 million for the year (vs. previous guidance of $142 million-$152 million. Canadian operations are now expected to post an operating loss of $14 million-$16 million (or $0.23-$0.26 per share), which is consistent with prior guidance.
A conference call will be held at 8:00 am ET. Dial in: (888) 500-6974; passcode: 9878343.
Our estimates are currently under review.

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*23 August 2012 J.P. Morgan Matthew R. Boss, CPA*

**BIG 2Q Miss/Guide-Down w/ Initial Discretionary Slowdown; Tougher 2H Bar + Mgmt Shakeup Raises Risk; Reit UW Rating**

In the midst of a recently more robust retail tape, the magnitude of BIG's 2Q weakness ($0.36: below JPM at $0.45 w/ SSS down 1.9%) and substantial guide-down (lowering full-year mid-point by $0.33 & guiding 3Q to a 20-30 cent loss vs. Street +$0.14) stands out like a sore thumb this AM. Importantly – BIG's weakness was derived from the discretionary side of the house (Home / Furniture / Seasonal down LSD-MSD) – the first weakness noted on this front with tougher 2H compares raising risk in 2H. While the consumables category illustrated improvement in the quarter (30% of mix) – BIG had a large P&G deal in stores worth noting with rising competitive pricing pressures (WMT/Dollar stores) prolonging the turnaround in our view. In addition, BIG announced the departure of its CMO and a change at CFO – transition which we believe could result in near-term disruption. While the BIG model is historically more volatile, we believe increasing competitive pressures on the consumables side (Dollar store private label pricing / WMT) combined with rising discretionary pressure and online competition (AMZN / casa.com) raises LT structural concerns. Reiterate Underweight rating w/ #'s and PT under review.

 2Q Review – 1st Signs of Discretionary Weakness w/ Higher 2H Bar. BIG reported 2Q EPS of $0.36 below our model at $0.45 and the Street at $0.41.

Comparable sales growth came in at -1.9% (JPM at +0.8%) versus management's 2Q comp guidance of slightly positive to slightly negative with primary weakness driven by a slowdown in the furniture, home and seasonal categories noted in the second half of the quarter. Moving down the P&L, the primary downside delta versus our model was GPM (-23bps to 39.2% vs. JPM at +10bps to 39.6%). We will be waiting for further clarity on what drove lower GPM on the call given the P&G closeout within the quarter (closeouts typically higher GPM). Operating expenses came in slightly better than our model with SG&A of $412.2M up 8.7% YOY (JPM:$414.9M, up 9.4% or 83bps deleverage) representing deleverage of 134bps. Other line items, (income tax of 42.5% vs. JPM at 42.0% and interest expense of $0.9mil vs. JPM at $0.4mil) were more/less in line with our model. Below the line, share buybacks in the quarter were higher than modeled (4.0mil at an avg. price of $37.25 –vs. JPM at 3.5mil) or $0.01 of upside.

 Management Changes Pose Near-Term Transition Risk. Big Lots announced the departure of Chief Merchant Douglas Wurl (hired April 2011), with his role to be filled by the promotion of John C. Martin to EVP, Chief Merchandising Officer. Importantly, the resignation of CMO Wurl comes as a surprise given he joined the company only a year ago with the promotion of John Martin (replaced by Wurl in July 2011), a confusing move in our view. Additionally, Tim Johnson was promoted to CFO from Senior Vice President, Finance, formerly President, Strategic Planning and Investor Relations through July 2011) replacing Joe Cooper who will be focusing on the Canadian transition. Additional promotions included Lisa M. Bachmann to EVP, Chief Operating Officer, Charles W. Haubiel II to EVP, Chief Administrative Officer and Michael A. Schlonsky to SVP, Human Resources.

 2H EPS ~17% Below the Street w/ 4Q Risk Remaining on the Table. For FY12, BIG lowered its guidance mid-point by $0.45 to $2.80-2.95 from $3.25-$3.40 (vs. Street at $3.30/JPM at $3.20) based on same-store sales down LSD (JPM at Flat), and a Canadian loss of $0.22-$0.26 per share (JPM at loss of $0.20). Importantly, 3Q guidance is for a loss of 20-30 cents versus the Street at +$0.14 based on a mid-single digit comp decline and margin degradation based on mix shift (consistent w/ August-to date run-rate of down MSD). Leaving risk on the table, BIG set its 4Q EPS range at $1.97-$2.12 back-end weighting the year.

 Balance Sheet Review - Cash Flow Forecast Cut 35%. Inventories came in +13.0% YOY (+8.8% per sq. ft) versus total revenue growth of up 4.4% (-1.9% SSS). BIG's liquidity position took a slight leg down ending 2Q with $61.7mil of cash on hand ($83mil at 2Q-end) with debt to cap of 26%. Worth noting, BIG cut its annual FCF guidance by 35% to $125mil from $190M in 2012 (vs. $146mil in 2011) with uses of cash focused on new store growth and share repurchases.

 Key Questions for the 2Q Conference Call (8:00AM). (1) 2H discretionary game plan and initiatives in place to stem the recent shortfall (down LSD), (2) Gross margin impact on consumables given the testing of coolers (lower margin), (3) Closeout pipeline, particularly on the consumables side given recent availability concerns, (4) top-line consistency vs. longer term gross margin trade-off given a greater concentration of direct-from-manufacturer brands vs. higher margin closeouts, (5) Basis behind CMO/CFO transition.

Investment Thesis

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

While the company has posted six straight years of positive annual comps, we note that BIG's quarterly track record has been more choppy posting negative comps in 10 of their past 25 prints. Furthermore, over the past five years, Big Lots has improved its EBIT margin by 660 basis points, rising from +0.6% in 2005 to 7.2% in 2010 driven by same-store-sales leverage, aggressive SG&A cuts (31.4% today from 36% in 2005), and higher initial mark-ups (IMU). Longer-term, we think BIG can achieve its longer term goal of 8.0% EBIT margin (March 2010 3-year-plan), with the primary driver being SG&A leverage on consistent top-line performance. Finally, Big Lots slowed store growth and rationalized its store base from 2005 through 2008 closing 275 stores or roughly 20% of its store base given the economic backdrop at the time and the state of the commercial real estate market. In 2009 management started a new growth phase focused on increasing store productivity (as a result of the WIN Strategy) and to capitalize on a softening real estate market.
Since 2009, management has opened a net 59 stores (132 new stores and 73 store closings). Looking ahead, we are modeling 54 net new stores in 2012 (92 openings, 38 closings), with no additions in Canada
Valuation
Our December 2013 price target of $34 (reducing from 2012PT of $41) is based on 10.0x our new 2013 EPS of $3.43. Specifically, our BIG multiple stands slightly below its three year average (10.9x) given a structurally changing model (EBIT dollar growth moving negative), continued top-line inconsistency (10 of past 25 quarterly SSS negative), and 2H12 and 2013 earnings risk.
Risks to Rating and Price Target
There are inherent risks to the fundamental nature of a closeout retailer; central to those risks is the ability to procure the appropriate merchandise assortment in suitable volume. Due to the opportunistic "deal" nature of inventory purchasing, the company often signs lengthy advance notice contracts which present some inventory level inflexibility should the retail environment change. Conversely, a strong pipeline of closeout deals could generate higher sales, rendering our estimates too low and creating upside risk to our price target. We believe that BIG's acquisition of Liquidation World and planned expansion into the Canadian market will be long term accretive to earnings. Should Canadian store productivity slow down (or not reach out estimated metrics) or should the Canadian retail environment deteriorate, there is risk to our Canadian earnings accretion analysis and near-term financial estimates. Conversely, should the Canadian stores perform better than our expectations; this would render our estimates too conservative, creating upside risk to our price target. We believe the customer will remain constrained in the near-term; however any noticeable improvement in discretionary or big ticket purchases from the consumer would cause results to be better than our expectations and create upside risk to our price target. If the macro environment improves, driving increased levels of discretionary purchases, or if the housing market improves driving more home improvement purchases it would render our estimates too low, creating upside risk to our price target.

*August 23, 2012 Piper Jaffray Peter J. Keith*
**Another Disappointing Qtr; Improvement Seems at Least Several Qtrs Out; Neutral**
CONCLUSION
We are maintaining our Neutral rating and lowering our PT to $31 from $37 following disappointing Q2 results and a meaningful guide down in 2012 EPS. The US business appears to be adrift right now as management is trying to stabilize all categories within the business. Meanwhile, the much smaller Liquidation World is showing healthy improvement. BIG announced a slate of intriguing initiatives for US stores set for the coming quarters (including the installation of coolers/freezers in five test markets), but we believe that these initiatives will take a while to drive improvement. Therefore, despite the strong sell-off in shares today, we continue to recommend that investors stay on the sidelines. Our new PT is 10x F13E EPS of $3.11 -- we have rolled our multiple forward and lowered it from 11x to 10x to account for lack of earnings growth.
• Light of Estimates for Second Straight Quarter. Q2 EPS of $0.36 missed PJC and consensus EPS of $0.41. BIG's Q2 comp of -1.9% led to net sales of ~$1.22B which was also light of PJC and consensus of ~$1.24B. Gross margin of 39.2% was -23 bps y/y (light of our estimate of 39.7%) and was dragged lower by merchandise mix with markdowns being similar to last year due to soft sales of lawn and garden as well as seasonal. BIG deleveraged total SG&A 166 bps to 36% due largely to the negative comp and resulted in an operating margin of 3.2%.
• Several New Initiatives Announced; Freezers/Coolers Will be Tested in 5 Markets.
The strongest performing categories in Q2 were Electronics (+LDD), Hardlines (+MSD) and Consumables (flat). Conversely, the most challenged categories were Furniture and Home (-LSD), Seasonal (-MSD) and Play and Wear (-LDD). In order to help drive

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

better sales BIG announced several initiatives on the call including the testing of coolers and freezers in five different markets in Spring 2013. Additionally, BIG will begin to accept SNAP, as well as launch a new rewards program. Finally, management plans to test full market remodels this fall. While adding coolers and freezers is an intriguing move that has served other discount retailers well, we are slightly concerned that BIG is entering a large investment cycle which may hamper repurchase activity. Additionally, BIG may need to increase ad spend.

• F12 Guidance Slashed; Lowering Estimates. Following the Q2 miss, BIG cut F12 EPS guidance to a range of $2.80 to $2.95 from $3.25 to $3.40 and cash flow to $125M from $190M previously. As a result, we are lowering our F12E EPS from $3.35 to $2.88. Our EPS is based on a -2.6% comp, gross margin erosion of almost 20 bps to 39.6%, and total SG&A deleverage of 91 bps to 34.1% leading to an operating margin of 5.6%.

R I S K S T O A C H I E V E M E N T O F P R I C E TA R G E T

Competition, weather and general economic conditions.

C O M P A N Y D E S C R I P T I O N

Big Lots, Inc. is a national closeout retailer offering consumables, seasonal furniture, housewares, toys, and gifts. Stores average 28K sq. ft. and offer brand name merchandise at 20%-40% below discount retailers' prices.

*August 23, 2012 KeyBanc Bradley B. Thomas, CFA*

**BIG: Disappointing 2Q; Outlook for 2H Lowered**

ACTION STATEMENT

Big Lots, Inc. (BIG-NYSE) reported 2Q12 results that were below expectations as sales challenges have persisted, exacerbated by markdowns and deleverage. Guidance was lowered significantly, and we are optimistic that the new outlook is achievable as it is predicated on trends for the 2H that are relatively consistent with the 2Q. To offset some of the sales headwinds, management outlined leadership changes, as well as several areas to drive growth (freezers/coolers, accepting food stamps and remodeling actions) that will be tested as one part of the upcoming three-year plan expected to be unveiled in early 2013. BIG has done a tremendous job of improving productivity of its business through cost efficiencies and ticket improvement. Going forward, we believe incremental investments may be required to support sustainable comp growth.

BIG remains a strong free cash flow generator, and has consistently returned its excess cash to shareholders. Likewise, we expect to see continued improvement in the Canadian operations. We are optimistic that domestic trends will improve in the 2H, but maintain our HOLD rating at this time as we await further signs of stabilization in results.

• 2012E: $2.85 from $3.29

• 2013E: $3.15 from $3.65

KEY INVESTMENT POINTS

2Q Results Below Expectations. BIG reported 2Q EPS of $0.36, which was below our estimate of $0.41, the consensus of $0.42 and management’s guidance of $0.37-$0.42. The range of estimates on the Street was $0.37-$0.49.

U.S. Sales Disappoint; Canada Turnaround on Track. Domestic sales increased 1.7% to $1.18 billion in the quarter. Comps declined 1.9%, below our estimate of 0%, and compares to management’s guidance of slightly negative to slightly positive. Comps represented a deceleration on a one-year rate, but an acceleration on a two-year rate. Sales in Canada were $35 million, which was at the high end of guidance, and management raised its outlook for Canada. Total sales, including Canadian operations, increased 4.7% (vs. our 5.5% estimate). From a category perspective, stronger categories were electronics (which comped up low double digits), hardlines (up MSD) and consumables (essentially flat). Improvement in electronics and consumables (which were weak in the 1Q) was particularly encouraging. On the other side, comps were weak in furniture and home (which declined LSD), seasonal (down MSD) and play & wear (down low double digits). Management noted that trends deteriorated in July and have remained weak thus far in August.

Gross Margin Remains Pressured by Markdowns. Gross margin decreased 23 basis points to 39.2% (vs. our estimate of 39.5%) due to unfavorable mix toward lower margin categories such as consumables and electronics. This marked the seventh consecutive quarter of gross margin declines, though this quarter actually marked the smallest loss during that time. Markdowns during the quarters were approximately in line with last year; however, this was higher than management anticipated. Management had been expecting gross margin to be up as the Company anniversaried heavy markdowns within the lawn and garden category in 2Q11. SG&A deleveraged 171 basis points to 36.0% (vs. our 35.9% estimate) due to

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | higher depreciation, occupancy, advertising and healthcare costs, as well as comp deleverage. Management had expected SG&A for the quarter to deleverage due to increased advertising (an extra ad in May), higher depreciation expense, incremental bonus expense and comp deleverage. Within SG&A, selling and administrative expenses accounted for 139 basis points of the deleverage (to 33.8% of sales vs. our 33.9% estimate). As a result, operating margin declined 194 basis points to 3.2%, which was below our 3.6% estimate.<br>Healthy Balance Sheet. At the end of the 2Q, BIG had $61.7 million in cash (a 6.7% increase vs. last year) and $242.8 million in debt (vs. $60.4 million in 2Q11). During the quarter, BIG repurchased 4.0 million shares of stock for $149 million (an average price of $37.25). Through August 22, BIG has repurchased 6.7 million shares for a total of $254 million and has $45 million remaining under authorization. The Company expects to generate approximately $125 million in free cash flow in 2012 (representing 6.8% FCF yield).<br>We believe the Company's free cash flow is sufficient to support ongoing maintenance and investments in the business, moderate unit growth in the United States, the acquisition of Liquidation World and growth in Canada, as well as further share repurchase.<br>Preliminary Outlook for 2013 Highlights Several Opportunities for Growth. While the Company's new three-year plan is not complete, management did provide some color on three tests that it is undertaking in the coming quarters (full details of the new long range plan are expected during the 4Q earnings call). First, BIG will be installing coolers and freezers in five markets to expand its consumables offering and provide more consistency within the category. Along with the installing coolers, BIG will also begin accepting SNAP benefits (food stamps) at some of these locations. While sales from coolers and freezers (which could comprise a higher mix of everyday consumables) would likely represent a drag on gross margin, it could also provide a halo effect to overall traffic and other categories. Additionally, management will have to make some investments in systems to accept the SNAP benefits. Each of the test stores will receive eight to ten freezers. BIG will then roll out the SNAP portion of the test to 70-80 locations in late 1Q and early 2Q. BIG will also begin testing a new loyalty program in several markets. The current rewards program has provided the Company with a cost effective way to communicate with its customers; however, BIG has not seen a meaningful lift in transaction as a result of the program. As such, the new test program will focus on several alternative rewards schemes designed to encourage increase frequency. Lastly, BIG will test some full market remodels in 2H12 to create a better customer experience by improving the physical plan and appearance of the stores. After leveraging SG&A for six years in a row and bringing operating expenses as a percentage of sales down by almost 600 basis points over that time, we believe BIG may need to make more investments to drive improved traffic.<br>While opportunities to cut costs may still remain, we believe this may be offset by investments to drive growth and would look for more details when the Company presents its detailed three-year plan.<br>Management Lowers 2012 Guidance. For 2012, management now expects EPS from continuing operations of $2.80-$2.95 (representing 2-6% earnings decline) vs. prior guidance of $3.25-$3.40 (which represented earnings growth of 8-13%). This compares to the current consensus of $3.29. Excluding the estimated $0.10 benefit from the Company's 53rd week, EPS is expected to decline 5-10%. Management also lowered free cash flow guidance to $125 million from $190 million. The Company believes adjusted income from U.S. operations will be $3.05-$3.15, which is down from previous guidance of $3.50-$3.60. Sales in the United States are expected to increase 3-4% (vs. prior guidance of a 5.5-6.5% increase) and comps are expected to decline LSD (vs. prior guidance of flat to up 1%). Sales in Canada are now expected to be $152 million-$158 million for the year (vs. previous guidance of $142 million -$152 million. Canadian operations are now expected to post an operating loss of $14 million-$16 million (or $0.23-$0.26 per share), which is consistent with prior guidance.<br>2H Outlook. For the 3Q, management anticipates EPS from continuing operations of a loss of $0.30 to a loss of $0.20. Comps in the United States are expected to be decrease MSD. U.S. operations are expected to post EPS of a loss of $0.20 to a loss of $0.13. Sales in Canada are expected to be $35 million-$38 million. Operating loss from Canadian operations is anticipated to be $4 million-$6 million (or a loss of $0.10 to a loss of $0.07 per share). For the 4Q, management anticipates EPS from continuing operations of $1.97-$2.12. Comps in the United States are expected to be decrease LSD. U.S. operations are expected to post EPS of $2.00-$2.12. Sales in Canada are expected to be $48 million-$52 million. Managements expects 4Q operating results to range from a $2 million loss to break even (or a loss of $0.04 to $0.00).<br>Canadian Expansion Represents Near-Term Drag, but Offers Significant Long-Term Potential. In 2Q11, BIG expanded into Canada with its acquisition of Liquidation World (LW). Management had previously explored ways to enter the Canadian market but, |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

after significant due diligence, felt that organic growth would take too long to reach critical mass in the country and that acquisition was the best way to expand north. Liquidation World posted $153 million in revenue in 2010 and operated 87 locations (which are slightly smaller than Big Lots stores in the United Stats) concentrated in Ontario and the West Coast. LW struggled over the past four to five years due to poor merchandising and in-store execution, but BIG plans to implement its WIN strategy and Ready for Business initiative, which places an emphasis on merchandising and store-level execution, to help turnaround the chain. Management noted that inventory levels and quality have improved, particularly in seasonal, toys and furniture categories. In 2012, BIG will focus on broadening the assortment and developing the home and consumables areas. Management targets an 18-month turnaround before the chain becomes profitable and believes, longer term, the Company has an opportunity to operate up to 150 stores in Canada. The acquisition is currently dilutive to earnings, though management outlook has improved. Longer term, we believe current number of Canadian locations could benefit EPS by $0.26 should management be able to bring the Canadian stores up to par with the Company's U.S. operations (7% operating margin and more than $160 in sales per square foot). Even using conservative estimates of 4% operating margin (which is in line with BIG's 10-year average) and $140 per square foot (which is significantly below BIG's trough levels), this implies an additional $0.13 of EPS.

Adjusting Estimates. For the 3Q, our estimate goes to a loss per share of $0.25 from EPS of $0.16. Our 4Q EPS estimate goes to $2.10 from $2.05. As such, our 2012 estimate goes to $2.85 from $3.29. For 2013, our estimate goes to $3.15 from $3.65.

VALUATION

Based on an intraday price of $30.22, shares of BIG trade at 10.6x and 9.6x our 2012 and 2013 EPS estimates of $2.85 and $3.15, respectively. On an EV/EBITDA basis, shares trade at 4.5x and 4.5x our 2012 and 2013 estimates, respectively, vs. its five-year EV/EBITDA average of 6.2x. Shares trade at an EV/Sales of 0.3x our 2012 sales estimate. This compares to a five-year average of 0.5x. The stock has traded as high as 0.7x and as low as 0.2x during that time. As such, we rate the shares HOLD at this time.

RISKS

Risks that may affect the financial results of the Company and/or the stock price include:

• Real estate cost and availability could inhibit unit growth.
• Availability of closeout merchandise.
• Increased competition from dollars stores, discounters and warehouse retailers.

*August 23, 2012 BB&T Capital Anthony Chukumba*

**BIG: LOWERING PRICE TARGET FOLLOWING SECOND CONSECUTIVE "MISS AND LOWER"**

Key Points

• BIG LOTS REPORTS WORSE-THAN-EXPECTED Q2'12 RESULTS, LOWERS FY'12 GUIDANCE. Q2'12 net sales increased 4.4% to $1.2B and diluted EPS declined 28.0% to $0.36, missing our estimate and consensus by $0.06 and $0.05, respectively. Management lowered its FY'12 diluted EPS guidance to $2.80-$2.95 from $3.25-$3.40.

• ENCOURAGED BY MANAGEMENT'S PROACTIVE APPROACH. We are encouraged to hear about Big Lots' forthcoming initiatives, which we believe indicates management is being proactive about making changes to attempt to turn around the recent weak performance trends.

• INSTALLING COOLERS A POSITIVE CATALYST. We believe installing coolers could be a positive catalyst for Big Lots, driving additional store traffic and increasing the frequency of customer visits.

• NOW A "SHOW ME" STOCK. We believe Big Lots' second consecutive quarter of missing consensus earnings expectations and lowering FY'12 guidance has rendered the company a "show me" stock, as management is unlikely to receive the benefit of the doubt from many investors.

• LOWERING PRICE TARGET, BUT MAINTAINING BUY (1) RATING. There was not much to like about Big Lots' Q2'12 results and revised FY'12 guidance. That said, we believe the shellacking the stock took today was overdone; we are lowering our price target from $51 to $39, but are maintaining our Buy (1) rating.

Additional Discussion

Big Lots' Q2'12 net sales increased 4.4% to $1.2B (missing our estimate by $20M), with comparable-store sales down 1.9% (below our -0.4% estimate). Gross margin decreased 30 bps yr/yr to 39.2% (beating our estimate by 10 bps), driven by increased sales of lower-margin products and higher markdowns. Selling, general, and administrative (SG&A) expenses as a percentage of net sales increased 130 bps to 33.8% (missing our estimate by 40 bps), driven by higher depreciation, occupancy, advertising,

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | and healthcare expenses and top-line deleverage.<br>Operating margin decreased 190 bps to 3.2% and diluted EPS declined 28.0% to $0.36, missing our estimate and consensus by $0.06 and $0.05, respectively.<br>Management lowered its FY'12 diluted EPS guidance (excluding one-time items) to $2.80-$2.95 from $3.25-$3.40, as compared to our prior estimate and consensus of $3.39 and $3.29, respectively. For Q3'12, management forecast a loss per share of $0.20-$0.30, as compared to our prior EPS estimate and consensus of $0.19 and $0.14, respectively. Other notable comments from the earnings call were as follows:<br>• Big Lots' strongest product categories in Q2 were electronics (up a low-double-digit percentage yr/yr), hardlines (up a mid-single-digit percentage), and consumables (flat). On the other hand, seasonal item sales declined by a mid-single-digit percentage, driven by hot, dry weather throughout most of the country and product quality issues in the company's patio assortment. In addition, play n' wear sales fell by a low-double-digit percentage and furniture and home sales decreased by low-single-digit percentages.<br>• Big Lots' Canadian operations reported a net loss of $0.05/sh in Q2, ahead of management's expectations. The strongest product categories in Q2 were consumables, furniture, and seasonal items. The company ended Q2 with $33M of inventory in Canada, and management noted it is pleased with current levels. Big Lots currently operates 81 stores in Canada.<br>• Management's revised FY'12 diluted EPS guidance assumes the following for its U.S. operations: 1) 3%-4% sales growth with comparable-store sales down by a low-single-digit percentage; 2) a yr/yr gross margin decline, driven by higher markdowns and increased sales of lower-margin products; 3) a yr/yr increase in operating expenses as a percentage of net sales, driven by higher depreciation, healthcare, occupancy, and rent expenses and topline deleverage; 4) a 5.5%-6.0% operating margin; 5) $4M of interest expense; 6) a 38%-39% tax rate; and 7) diluted EPS of $3.05-$3.15. In Canada, management expects to generate net sales of $152M-$158M and a loss of $0.22-$0.26/sh.<br>• Management's Q3'12 guidance assumes the following for its U.S. operations: 1) a mid-single digit comparable-store sales decline; 2) a yr/yr gross margin decline, driven by higher markdowns and increased sales of lower-margin products; 3) a yr/yr increase in operating expenses as a percentage of net sales, driven by top-line deleverage; and 4) a loss of $0.13-$0.20/sh. Management noted August month-to-date comps are down by a mid-single-digit percentage. In Canada, management expects to generate net sales of $35M-$38M and a loss of $0.07-$0.10/sh.<br>• Big Lots plans to install coolers and freezers in stores in five markets in Spring of next year and begin accepting Supplemental Nutrition Assistance Program (SNAP) payments shortly thereafter. The company will test a new loyalty rewards program in Q3, noting its current Buzz Club program has failed to drive incremental sales. Big Lots plans to test full store remodels in the fall, which will kick off the most extensive store renovation program in company history.<br>• Big Lots bought back $149M of common stock in Q2 and currently has $45M remaining on its $200M share repurchase authorization. Management lowered its FY'12 free cash flow guidance to $125M from $190M.<br>There was not much to like about Big Lots' Q2'12 results and revised FY'12 guidance. That said, we believe the shellacking the stock took today was overdone; we are lowering our price target from $51 to $39, but are maintaining our Buy (1) rating. Below are our key takeaways on the company's Q2 results:<br>• We are encouraged to hear about Big Lots' forthcoming initiatives (i.e., coolers and freezers, a new customer loyalty program, full store remodels), which we believe indicates management is being proactive about making changes to attempt to turn around the recent weak performance trends. While we think there are legitimate questions about how successful some of these programs will ultimately be, we would much rather have management try and fail with new ideas than place their heads in the sand and continue with "business as usual."<br>• We believe installing coolers could be a positive catalyst for Big Lots. As evidenced by the strong recent performances of Dollar General (DG-$49.71-Hold), Dollar Tree (DLTR-$48.50-Buy), and Family Dollar Stores (FDO-$62.68-Hold), we think adding Refrigerated and frozen food items will drive additional store traffic and increase the frequency of customer visits. That said, we believe the challenge for Big Lots will be offsetting lower food margins by convincing food customers to cross shop for higher-margin discretionary products.<br>• One of the few silver linings in Big Lots' Q2 performance was the continued progress the company is making in Canada, which gives us additional confidence in the company's long term prospects north of the border. We also note CEO Steve Fishman is an experienced turnaround expert, having orchestrated the remarkable revival of Big Lots' fortunes (current trends notwithstanding) |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

since joining in 2005. We are particularly pleased to hear the Canadian operations may actually breakeven in Q4'12, which is much earlier than we anticipated they would cease to be a profitability drag.
• We believe Big Lots' second consecutive quarter of missing consensus earnings expectations and lowering FY'12 guidance has rendered the company a "show me" stock, as management is unlikely to receive the benefit of the doubt from many investors for the foreseeable future.
That said, we think the 21% drop in the stock price today (as compared to a 1% decline in the S&P 500) was overdone. While we are reducing our price target to reflect our revised earnings estimates and a lower target multiple given less confidence in management's ability to consistently meet financial targets, we think current stock price levels present an attractive buying opportunity for investors with a long-term horizon.
Valuation Methodology & Risk Considerations
Our new price target is based on a 11.6x multiple of our revised FY'13 diluted EPS estimate, which we believe is conservative given the higher valuations currently afforded other deep discount retailers, including Dollar General, Dollar Tree, and Family Dollar. Our investment thesis remains as follows:
• Big Lots has become the nation's largest broadline closeout retailer by far by offering a wide selection of merchandise at compelling price points.
• Big Lots has attractive square footage growth opportunities ahead of it, including the opening of higher productivity "A" locations.
• Big Lots' recent expansion into Canada provides the company with an additional compelling long-term growth opportunity.
• Big Lots generates strong free cash flow, which the company regularly returns to its stockholders through share repurchases.
In our opinion, there are several risks associated with an investment in Big Lots and to achieving our price target on the shares. They include: (1) increased competition from discounters, deep discounters, department stores, and other retailers; (2) the inability to consistently procure quality closeout merchandise that can be sold at acceptable profit margins; (3) continued weakness in U.S. consumer spending, particularly during the holiday selling season; and (4) problems integrating the Liquidation World acquisition, including possible management distraction from the core U.S. business.

*August 23, 2012 S&P*
**S&P Recommendation HOLD**

*August 23, 2012 The Buckingham Research Group John Zolidis*
**2QFY12 Review; Unfavorable Glide Path**
BIG reported 2QFY12 results on Aug. 23 before the market open.
ACTION: We would use the stock as a source of funds.
• 2QFY12 results miss: BIG reported a 2% decline in same-store sales on top of a 1.5% decline the prior year (see Table II for historicals). Guidance was +/-1%. Total sales grew 4% to $1.2 B.
GM fell 30 bps vs. guidance for a slight increase. OpM fell to 3.2% from 5.1%. EPS came in at $0.36 including a nickel loss in Canada vs. $0.50 LY, missing the low end of $0.37-$0.42 guidance.
• The company slashed guidance: Revised outlook is $2.80-$2.95 (was $3.25-$3.40). The company earned $2.99 LY. For 3QFY12 BIG guided to a MSD comp decline, in-line with current trends. As a reminder, insiders sold 900 K shares at an average price of $45 earlier this year when guidance was $3.40-$3.50. (See Table III.) In a separate release today, BIG announced the promotions of a number of members of the current management team.
• Share repurchase continues apace. During the quarter, the company spent $149 M to buy 4.0 M shares at ~ $37. The company ended the quarter with $242 M in LT debt and $62 M in cash. FCF guidance was reduced to $125 M from $190 M. Inventories per foot were up 3% at Qtr end vs. a 5% decline in sales per square foot.
• Bad results are prompting some soul searching. The company did not announce any new strategies to address the comp and profit declines but did say that it would (finally) begin testing coolers and freezers next year. BIG will also remodel some stores and reevaluate its loyalty program (which is poorly conceived in its current form, in our opinion).
• We are cutting our estimates. Our revised estimates are ($0.08), $2.93 and $3.08 from $0.09, $3.28 and $3.58 for 3QFY12, FY12 and FY13, respectively.
• 20% decline to $31 (around 10x our revised estimate) seems about right. Generally, investors have done well buying BIG shares

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

on large reductions to guidance and trading out of the stock when insiders sell. However, it feels like BIG has lost its competitive footing given the proliferation of dollar stores, a revitalized Wal-Mart and the rise of the internet as a vehicle for clearing close-outs. Comp declines and poor results could continue for some time, in our opinion. See Table I for an upside/ downside analysis.

*8/23/2012 MKM Partners Patrick McKeever*

**Consumables Getting a Bit Better, Discretionary Categories Slipping**

 Stock Takes a Pounding but Could Remain in Penalty Box. BIG is down 22% intra-day vs. a 1% decrease in the SPX. The drop follows disappointing 2Q12 results and a sharp reduction in FY12 guidance. The shares are now trading at 9.0x our 2013 EPS estimate, with the multiple falling near the low-ends of the five- and ten-year ranges of 7.9x-20.0x and 7.9x-52.6x, respectively. While the stock could see a little oversold bounce, a near-the-low-end-of-range valuation seems appropriate given what is shaping up to be a tough year for Big Lots.

 Consumables Improve, Discretionary Areas Slip. U.S. same-store sales decreased 1.9% vs. our flat estimate and marking the second quarter of sequential deterioration. While the important consumables business improved, comping flat after a low-single-digit decrease in 1Q12, key higher-margin, discretionary areas slipped into negative territory and could remain negative through the more seasonal, more discretionary back half of the year against tougher comparisons.

Consumer anxiety in front of the early-November election is another concern.

 Earnings Disappoint. Operating income fell 34% on a lower gross margin and higher expenses, and operating margin decreased 190 bps, to 3.2%, below our 3.4% forecast. EPS were $0.36, down from $0.50 last year and including a $0.05 loss at Big Lots Canada. With elevated markdowns needed to clear slow-moving seasonal merchandise and mix pressures, the unfavorable operating margin dynamic is likely to continue, with some help from a 53rd week in 4Q12.

 Lowering Forecast and Fair Value. We are lowering our 3Q12 comp assumption from 1% to (5%) and EPS from $0.19 to ($0.26), with both metrics falling within new guided ranges. For FY12, we now expect (2.7%) comps and EPS of $2.82, down from a prior $3.30 and vs. lowered guidance of $2.80-$2.95, down from a prior $3.25-$3.40. We are lowering our fair value estimate from $39 to $33, or 10x our new 2013 EPS estimate of $3.30, down from a prior $3.70.

ADDITIONAL POINTS

 Net sales for Big Lots' U.S. operations increased 2%, to $1.18 billion, while net sales for the company's Canadian operations were $35.0 million, or 3% of total sales. For the U.S. operations, stronger areas included electronics, which comped up by a low-double-digit rate, hardlines, up mid-singles, and consumables, which were flat. Weaker areas included furniture and home, both down low-single digits, seasonal, down mid-single digits, and play and wear, down low-double digits. Unfortunately, we believe same-store sales have slipped further and are currently tracking down about 5% August month-to-date. Note that the $0.36 in EPS included $0.42 from the U.S. operations, down from $0.52 last year and vs. guidance of $0.44-$0.49, and a loss of $0.05 from Big Lots Canada, vs. a loss of $0.02 in 2Q11 and vs. guidance for a loss of $0.07-$0.10 per share.

 Gross margin decreased 20 basis points, to 39.2%, about 30 basis points lower than our model and reflecting merchandise mix pressures. Markdown rates were similar to last year but above internal plans, with much of the variance stemming from weather-related weakness in lawn & garden (too hot and dry) and summer merchandise. SG&A expenses de-leveraged by 135 basis points but were 15 basis points favorable to our model. The increase reflected higher occupancy costs as a percent of sales, an increase in advertising spending, higher healthcare costs and the de-leveraging effect of a (1.9%) comp.

 Consolidated inventories were 13% higher at quarter's end, well above total sales growth of 4% and higher than we'd like to see. The increase was driven by growth and improvement in inventory content in Canada, a 3% increase in the domestic store base and a 6% increase in domestic per-store inventory levels. Management indicated that the increase in domestic store inventories was concentrated in consumables and furniture, with the buildup in the former category designed to fill in holes in the assortment and the increase in the latter category geared toward capturing more back-to-school and Labor Day holiday business. Inventories in the two categories also incorporated a recent, branded consumables closeout buy and a more aggressive approach to the growing fireplace business.

 Big Lots spent $149 million in 2Q12 to buy back 4.0 million shares of stock and has spent $254 million since the beginning of the year to buy back 6.7 million shares, or 10% of the outstanding shares at the beginning of the fiscal year. There is $45 million remaining for buybacks under the $200 million authorization that was announced in May, but EPS guidance assumes no additional share buybacks. Reflecting the aggressive year-to-date buyback activity, Big Lots ended 2Q12 with $242.8

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | million drawn on its revolving credit facility vs. $60.4 million a year ago. This put the debt-to-total-capital ratio a 26%, up from 7% at the end of 2Q11.<br> Management has decided to test coolers/freezers in 70-80 stores in five markets beginning toward the end of 1Q13, and Big Lots will begin accepting SNAP benefits (food stamps) in conjunction with the cooler/freezer program. Test stores will have 10 cooler doors. While the test is good news, and while we think the reintroduction of frozen and refrigerated food items could help the company more effectively compete against the dollar stores in the important food business, any rollout could be too little, too late, as the dollar stores and others (including Target (TGT, Buy, $62.99, $74 PT)) have made substantial inroads in this area already, and it's tough to see how Big Lots will effectively differentiate itself.<br>FORECAST<br>We are lowering our 3Q12 comp assumption from 1% to (5%) and EPS from $0.19 to ($0.26), with both metrics falling within new guided ranges of down mid-single digits and ($0.20)-($0.30), respectively. Guidance includes a $0.13-$0.20 loss from the U.S. operations and a $0.07-$0.10 loss from the Canadian operations.<br>For FY12, we now expect (2.7%) comps and EPS of $2.82, down from a prior $3.30 and vs. lowered guidance of $2.80-$2.95, down from a prior $3.25-$3.40. New guidance includes EPS of $3.05-$3.15 from the U.S. operations and a $0.22-$0.26 loss from the Canadian operations. |
| 8/24/2012 | 3,788,042 | $30.28 | -1.56% | (1.17) | *Aug 24 2012 6:14:44 Wire: Bloomberg First Word (BFW)*<br>***BIG LOTS CUT TO HOLD VS BUY AT BENCHMARK CO.**<br>--CLYDE ELTZROTH<br>-0- Aug/24/2012 10:14 GMT<br><br>*Aug 24 2012 6:25:44 Wire: Web Content - US (NS1)*<br>**Columbus Disp: Big Lots' profit dips; stock falls 21%**<br>By Mark Williams The Columbus Dispatch, Ohio<br>Aug. 24--Big Lots reported disappointing earnings yesterday for the second quarter and a weak outlook for the year, sending shares down almost 21 percent.<br>The Columbus-based closeout retailer also announced an executive shake-up, including returning its former merchandising executive to his old post and accepting the resignation of its executive vice president of merchandising.<br>The company reported profit fell to $22.1 million, or 36 cents per share, for the quarter ended July 28 while sales rose nearly 4 percent to $1.2 billion for the quarter.<br>Analysts were looking for a profit of 42 cents per share for the second quarter and $3.29 for the full year.Big Lots also lowered its earnings expectations for the year to between $2.80 and $2.95 per share, down from its previous estimate of $3.25 to $3.40 per share.<br>The results sent Big Lots' shares tumbling $8.08, or 20.8 percent, to close at $30.76 yesterday.<br>The company's CEO, Steve Fishman, told analysts on a conference call that sales of electronics and food items improved in the second quarter, but sales of furniture, home goods and seasonal items were weaker.<br>The company said profit margins will be hurt by higher markdowns, and sales at stores open at least 15 months, a barometer of retail performance, are expected to fall for the rest of the year.<br>Fishman noted that hotter-than-normal weather hurt the company's lawn and garden business this summer and that consumers still are struggling.<br>"I think the customer continues to be stressed," he said.<br>Analyst Brian Sozzi of NBG Productions blamed Big Lots' merchandise selection for its loss of sales to other low-priced retailers such as Target, Walmart and the dollar stores.<br>"I walk into the (Big Lots) stores, and I feel like I don't want to fill my basket," he said.<br>He said the food items that Big Lots sells have not been a hit with consumers, who are looking for more name-brand products.<br>Customers also have turned to other low-cost retailers that have greater selections of home furnishings.<br>Sozzi said the company continues to promise a turnaround in business but fails to deliver.<br>Big Lots said that John Martin, the company's executive vice president of administration, has returned to his old job as executive vice president of merchandising, a job he held from 2003 until 2011. |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

Timothy Johnson, formerly senior vice president of finance, has been promoted to chief financial officer, and Lisa Bachmann, the company's chief information officer, is the new chief operating officer. She will assume responsibility for store operations while keeping her current responsibilities.
Big Lots also said Douglas Wurl, executive vice president of merchandising, has left the company.
Fishman said the company is planning to test coolers and freezers in five markets, which it did not identify, beginning next spring as part of a plan to bolster its food offerings. It also will test taking food stamps in recognition that a growing percentage of the company's customer base receives them.
mawilliams@dispatch.com
EARNINGS
Big Lots
Second quarter 2012 2011 Revenue $1.22 billion $1.17 billion Net income $22.1 million $35.7 million Earnings per share 36 cents 50 cents
Year-to-date 2012 2011 Revenue $2.51 billion $2.39 billion Net income $62.8 million $88.2 million Earnings per share $1.00 $1.20

*Aug 24 2012 6:43:24 Wire: Bloomberg News (BN)*
**Big Lots Cut to 'Hold' at Benchmark**
By Bloomberg Data Aug. 24 (Bloomberg) -- Big Lots Inc (BIG US) was downgraded to "Hold" from "Buy" at Benchmark by equity analyst <a href="bloomberg:%3CF%23%3E1%3CBBDP%203106087%3E" title="Analyst%20Profile">Ronald Bookbinder</a>. The 12-month target price is $33.00 per share.
For Related News and Information: Graph of stock price: {BIG US <Equity> GP D <GO>} Analyst Recommendations:{BIG US

*Aug 24 2012 8:58:15 Wire: Bloomberg First Word (BFW)*
**CORRECT: U.S. ANALYST RATINGS: Upgrades, Downgrades, Initiations**
By Joshua Fineman
Aug. 24 (Bloomberg) -- (Correct Merck, Bristol-Myers ratings Merck. MRK cut, BMY raised at BofA-ML.) Recent analyst changes:
UPGRADES:
* Bristol-Myers (BMY) to buy: BofA-ML
* Federated Investors (FII) to buy: Citi
* TCF Financial (TCB) to outperform: BMO
* Trip Advisor (TRIP) to buy: Citi
DOWNGRADES:
* Autodesk (ADSK) to underperform: BoFA-ML
* Autodesk (ADSK) to hold: Canaccord
* Autodesk (ADSK) to neutral: JPMorgan
* Big Lots (BIG) to hold: Benchmark
* Bio-Reference Labs (BRLI) to neutral: UBS
* General Growth Properties (GGP) to hold: UBS
* Merck (MRK) to neutral: BofA-ML
* Shoe Carnival (SCVL) to neutral: Sterne Agee
* Staples (SPLS) to equal-weight: Morgan Stanley
INITIATIONS:
* Alexion (ALXN) hold: ThinkEquity
* Computer Programs and Systems (CPSI) buy: UBS
* Discovery Labs (DSCO) buy: Stifel
* Forum Energy (FET) overweight: Stephens
* Immunogen (IMGN) hold: Stifel
* McDermott (MDR) overweight: Stephens
* Oncothyreon (ONTY) buy: Stifel

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

* Pharmacyclics (PCYC) hold: Stifel
* Puma Biotechnology (PBYI) buy: Stifel
* Threshold Pharma (THLD) buy: Stifel
* Western Asset Mortgage (WMC) buy: Wunderlich
Story Link:{NSN M99DTL6S9735<GO>}

*Aug 24 2012 9:46:25 Wire: PR Newswire (PRN)*
**The Zacks Analyst Blog Highlights: American Eagle Outfitters, Abercrombie & Fitch, Gap, Big Lots and Target**
PR Newswire
CHICAGO, Aug. 24, 2012 /PRNewswire/ -- Zacks.com announces the list of stocks featured in the Analyst Blog. Every day the Zacks Equity Research analysts discuss the latest news and events impacting stocks and the financial markets. Stocks recently featured in the blog include
American Eagle Outfitters Inc. (NYSE:AEO), Abercrombie & Fitch Co. (NYSE:ANF), Gap Inc. (NYSE:GPS), Big Lots Inc. (NYSE:BIG) and Target Corporation (NYSE:TGT).
(Logo: http://photos.prnewswire.com/prnh/20101027/ZIRLOGO)
Get the most recent insight from Zacks Equity Research with the free Profit from the Pros newsletter: http://at.zacks.com/?id=5513
Here are highlights from Thursday's Analyst Blog:
AEO's Profits Jump, Guides Higher
American Eagle Outfitters Inc.'s (NYSE:AEO) adjusted earnings of 21 cents per share for the second quarter of fiscal 2012 climbed nearly 62% from the prior-year quarter's adjusted earnings of 13 cents. The year-over-year growth in earnings were driven by a double-digit growth in top line, coupled with lower input and operating expenses. Moreover, quarterly adjusted earnings were in line with the Zacks Consensus Estimate.
Adjusted figures do not include income generated from 77Kids business, since the company announced its plan to exit from children's business in May 2012. On a reported basis, including loss from discontinued business, the company earned 9 cents per share compared with 10 cents in the year-ago period.
Quarter in detail
During the quarter, American Eagle's adjusted net sales went up 11% year over year to $739.7 million, while beating the Zacks Consensus Estimate of $738 million. Growth in revenue was driven by a 9% increase in comparable store sales compared with a rise of 1% registered in the year-ago quarter.
The company's AE Brand, aerie and AEO Direct segments reported a growth of 7%, 13% and 28%, respectively, in comparable store sales.
Adjusted gross profit increased 17% to $276.6 million, while gross margin improved 210 basis points (bps) to 37.4%. The year-over-year increase in gross profit and margin was primarily driven by strong top-line performance along with lower cost of goods sold and a benefit of 90 bps rising from leveraged buying, occupancy and warehousing expenses.
Adjusted selling, general and administrative (SG&A) expense increased 9.1% to $178 million. However, as a percentage of sales, it improved 40 bps to 24% compared with 24.4% in the prior-year quarter. Adjusted figure excludes the $4 million expense incurred during the quarter towards restructuring purpose.
Consequently, adjusted operating income surged 76% to $67 million. Moreover, adjusted operating margin expanded 340 bps to 9.1%, primarily due to increased sales, lower input costs and leveraged SG&A expenses.
Financial Position
American Eagle ended the quarter with cash and short term investments of $702 million compared with $514 million in the year-ago period. During the first six months of fiscal 2012, the company generated $47.7 million cash from operating activities while it deployed $48.2 million toward capital expenditure.
The company's total inventory was $462 million at the end of second quarter compared with $457 million in the prior-year period. Cost per square foot was up 3% from the previous-year quarter.
Guidance
Looking ahead into fiscal 2012, the company raised its earnings guidance range to $1.33 - $1.36 per share from $1.16 - $1.22 forecasted earlier. The improved guidance range is based on the company's expectation of mid-single-digit and low-sing-digit growth

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | in comparable store sales for third and fourth quarters of fiscal 2012. Moreover, the company still anticipates incurring a capital expenditure of $100 million in fiscal 2012.<br>For the third quarter of fiscal 2012, American Eagle expects to earn in the range of 37 - 38 cents per share compared with 30 cents in the prior-year period. In addition, the company is anticipating a decline in the range of mid-single-digit in inventory per square foot.<br>Our Recommendation<br>American Eagle now plans to focus more on merchandise assortments, adding more compelling brands, managing inventory level much diligently and augmenting e-commerce business. Further, in order to emphasize more on the core business while generating the best possible return for shareholders, the company has decided to exit its children's brand, 77Kids.<br>We remain impressed with the company's continued momentum in denim along with improved merchandise assortments in the women's business segment, which will likely augment its top-line performance as well as enhance the gross margin.<br>Moreover, we believe that American Eagle's cost-saving initiatives and long-term growth strategy will not only provide financial flexibility, but will also help to drive value proposition. In an effort to boost its bottom line, the company is relentlessly focusing on initiatives to cut down costs through supply chain efficiencies and updated product allocation system.<br>American Eagle, which competes with Abercrombie & Fitch Co. (NYSE:ANF) and Gap Inc. (NYSE:GPS), carries a Zacks #2 Rank, translating into short-term Buy rating for the next 1-3 months. Moreover, we maintain our long-term 'Outperform' recommendation on the stock.<br>Big Lots Misses, Lowers Outlook<br>Big Lots Inc. (NYSE:BIG) reported second-quarter 2012 earnings of 36 cents a share that missed the Zacks Consensus Estimate of 42 cents and plunged 28% from 50 cents earned in the year-ago quarter. Excluding the Canadian operations, earnings came in at 42 cents.<br>Quarter Details<br>Total revenue came in at $1,218 million, up 4.4% from the prior-year period. However, the reported revenue also missed the Zacks Consensus Estimate of $1,240 million.<br>Net sales for U.S. operations inched up 1.7% year over year to $1,183 million during the quarter. However, comparable store sales for the U.S. stores decreased 1.9%.<br>During the quarter under review, Canadian operations net sales came in at $35 million. Big Lots commenced its Canadian operations with 89 stores and 1000 committed associates, after the company completed the acquisition of Liquidation World Inc.<br>The company has been exploring numerous options for over two years in order to foray into the Canadian market. Big Lots expects the acquisition to be accretive to its top line in the coming years, while generating long-term growth for the company.<br>Gross profit for the quarter increased 3.8% year over year to $477.8 million, whereas gross margin declined 30 basis points to 39.2%.<br>Operating profit marked a significant decline of 34.2% year over year to $39.3 million, whereas operating margin decreased 190 basis points to 3.2%, reflecting a rise in SG&A expenses as a percentage of sales.<br>Guidance Lowered<br>Sluggish results forced management to lower its guidance for the second time during the current fiscal. The company now expects earnings in the range of $2.80 to $2.95 a share on a consolidated basis for fiscal 2012, down from its prior guidance range of $3.25 to 3.40.<br>For U.S. operations, adjusted earnings are forecasted to be in the range of $3.05 to $3.15 a share, down from its earlier guidance range of $3.50 to $3.60.<br>For fiscal 2012, the company expects U.S. comparable store sales to decline in the low single digit range, while total U.S. sales are expected to ascend by 3% to 4%. The company earlier forecasted comparable store sales to remain flat or increase by 1%, while total U.S. sales were expected to augment by 5.5% to 6.5%.<br>Moreover, for fiscal 2012, Canadian sales are forecasted to be in the range of $152 to $158 million with operating loss of $13 to $15 million.<br>Share Buybacks<br>Big Lots is returning much of its free cash to shareholders via share repurchases. Besides, it authorized a $200 million share repurchase program in May 2012. During the quarter under review, Big Lots spent $149 million to repurchase 4 million shares. Year-to-date, the company repurchased shares worth $254 million and has $45 million remaining under its current share repurchase program.<br>Other Financial Details |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

Based in Columbus, Ohio, Big Lots ended the quarter with cash and cash equivalents of $61.7 million and shareholders' equity of $690 million. The company, at the end of the quarter, had $242.8 in its long-term obligations under bank credit facility.
At the end of the quarter, net cash provided by operating activities was $88.7 million. Management projects cash flow of $125 million for fiscal 2012.
Big Lots, which operates as a broad-line closeout retailer in the United States, offers food, health, beauty, plastic, paper, chemical and pet products as well as home decorative products, besides other product lines.
Currently, we have a long-term 'Underperform' rating on the stock. However, Big Lots, which competes with retailers like Target Corporation (NYSE:TGT), holds a Zacks #3 Rank, translating into a short-term 'Hold' rating.
Want more from Zacks Equity Research? Subscribe to the free Profit from the Pros newsletter: http://at.zacks.com/?id=5515.
About Zacks Equity Research
Zacks Equity Research provides the best of quantitative and qualitative analysis to help investors know what stocks to buy and which to sell for the long-term.
Continuous coverage is provided for a universe of 1,150 publicly traded stocks. Our analysts are organized by industry which gives them keen insights to developments that affect company profits and stock performance. Recommendations and target prices are six-month time horizons.
Zacks "Profit from the Pros" e-mail newsletter provides highlights of the latest analysis from Zacks Equity Research. Subscribe to this free newsletter today: http://at.zacks.com/?id=5517
About Zacks
Zacks.com is a property of Zacks Investment Research, Inc., which was formed in 1978 by Leon Zacks. As a PhD from MIT Len knew he could find patterns in stock market data that would lead to superior investment results. Amongst his many accomplishments was the formation of his proprietary stock picking system; the Zacks Rank, which continues to outperform the market by nearly a 3 to 1 margin. The best way to unlock the profitable stock recommendations and market insights of Zacks Investment Research is through our free daily email newsletter; Profit from the Pros. In short, it's your steady flow of Profitable ideas GUARANTEED to be worth your time! Register for your free subscription to Profit from the Pros at http://at.zacks.com/?id=5518.
Visit http://www.zacks.com/performance for information about the performance numbers displayed in this press release.
Follow us on Twitter: http://twitter.com/zacksresearch
Join us on Facebook: http://www.facebook.com/home.php#/pages/Zacks-Investment-Research/57553657748?ref=ts
Disclaimer: Past performance does not guarantee future results. Investors should always research companies and securities before making any investments. Nothing herein should be construed as an offer or solicitation to buy or sell any security.
Media Contact Zacks Investment Research 800-767-3771 ext. 9339 support@zacks.com http://www.zacks.com
SOURCE Zacks Investment Research, Inc.
Website: http://www.zacks.com -0- Aug/24/2012 13:46 GMT

*August 24, 2012 Benchmark Morning Call, Ronald Bookbinder*
**Downgrading to Hold on Stressed Consumer Environment**
Lowering price target on consumer environment. Big Lots Q2 EPS was a nickel below expectations, but the Company lowered guidance by $0.45 as its customer becomes strapped. Given that the Company products are 70% discretionary, we believe the consumer environment could negatively impact Q4 and beyond. We are downgrading our rating to Hold, from Buy, given the stress that the consumer is experiencing. We lowered our price target to $33, from $45, on lower estimates and a more conservative multiple. Until we get more confident, we reduced our price target multiple to 5.5 times our 2012 EBITDA or 11.5x our 2012 EPS estimate. While we believe that this management team has the talent and experience to fix merchandise problems, the problem seems more macro and beyond their control.

*August 24, 2012 Benchmark, Ronald Bookbinder*
**Downgrading to Hold on Stressed Consumer Environment**
Lowering price target on consumer environment. Big Lots Q2 EPS was a nickel below expectations, but the Company lowered guidance by $0.45 as its customer becomes strapped. Given that the Company products are 70% discretionary, we believe the consumer environment could negatively impact Q4 and beyond. We are downgrading our rating to Hold, from Buy, given the

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | stress that the consumer is experiencing. We lowered our price target to $33, from $45, on lower estimates and a more conservative multiple. Until we get more confident, we reduced our price target multiple to 5.5 times our 2012 EBITDA or 11.5x our 2012 EPS estimate. While we believe that this management team has the talent and experience to fix merchandise problems, the problem seems more macro and beyond their control.<br>We lowered our 2012 EPS estimate to $2.85, from $3.30, and 2013 to $3.15, from $3.80. We lowered our EPS estimates on the stressed consumer environment. While discretionary items performed well in Q1, they underperformed in Q2. It appears that even with hot, dry weather in much of the nation even discretionary items such as swimming pools and suntan lotion were below expectations. Furniture and home items were also below expectations. While management believes the product could be improved to make the merchandise more compelling, we believe if their consumer is tapped out, it should be a tough uphill battle. In 2012, we expect total revenue to increase 6%, with the addition of a 53rd week and a full year of Canadian revenue. We expect US revenue to increase 4.3% to $5.52 billion, on a 2% comp decline and a 3.0% store unit increase. In Canada, we expect revenue of $157 million, up from $62 million last year. We expect the total company operating margin to decrease 120 bp to 5.4%, on lack of leverage, markdowns and a mix shift to lower margin consumables, and on the integration of the Canadian operations, which we expect to lose $14 million in operations. On the core US business, we expect a 130 bp decrease in operating margin as the gross margin should be pressured from markdowns and mix shift, in addition to a lack of leverage of SG&A on the weak comp. We believe there could be downside potential to our 2012 EPS estimate driven by the possibility of decorative discretionary items in Q4 performing weaker than expected on a tough consumer environment.<br>Our 2013 EPS estimate decreased to $3.15, from $3.80, on lower comp expectations and increased initiatives spending. We lowered our comp expectation from 3% to 1% on the stressed consumer environment. We lowered our operating margin to 5.6%, from 6.9% as we believe the gross margin could be negatively impacted by a continued mix shift towards lower margin consumables and by initiative spending. The Company has planned test coolers and freezers, which could enable them to accept food stamps, further driving the mix towards lower margin consumables. The Company will also test full remodels which, if expanded nationally in 2013, could add to SG&A. We also believe the increase in initiative spending may limit share repurchases in 2013. |
| 8/25/2012 SATURDAY | | | | | *Aug 25 2012 0:00:01 Wire: Bloomberg News (BN)*<br>**U.S. Stocks Snap Six-Week Rally Amid Concern Over Europe Crisis**<br>By Rita Nazareth<br>Aug. 25 (Bloomberg) -- The Standard & Poor's 500 Index snapped a six-week gain amid concern European leaders may fail to tame the region's debt crisis and as investors speculated whether central banks will provide further economic stimulus.<br>Equities rallied the final day on bets the Federal Reserve will act to boost growth. Dell Inc. and Hewlett-Packard Co. slumped at least 7.8 percent for the week while discount chain Big Lots Inc. plunged 21 percent on disappointing forecasts. Best Buy Co., the retailer resisting a takeover attempt by its founder, sank 15 percent after profit trailed estimates. Apple Inc. rose 2.3 percent and set a record U.S. market value.<br>The S&P 500 declined 0.5 percent to 1,411.13, after the benchmark index for American equities briefly topped a four-year high during the week. The Dow Jones Industrial Average dropped 117.23 points, or 0.9 percent, to 13,157.97.<br>"There's lack of data or news to push the market," Wayne Lin, a money manager at Baltimore-based Legg Mason Inc., said in a phone interview. His firm oversees $636 billion. "The European situation is not resolved. The market wants the global economic environment to look weak enough to trigger central bank action, but not so weak that it's going to threaten earnings."<br>Stocks started the week lower as Germany's Bundesbank stepped up criticism of the European Central Bank's bond-buying program. German Chancellor Angela Merkel said Europe is in one of its deepest crises and while the path to a solution is "long and arduous," the region will emerge stronger. In the U.S., Fed minutes showed many policy makers backed monetary easing and Chairman Ben S. Bernanke cited the ability to stimulate growth.<br>2008 High<br>Concern about a global slowdown and a worsening of Europe's debt has prevented the S&P 500 from rallying further, according to Peter Gunning at Russell Investments. On Aug. 21, the gauge briefly traded above a four-year high of 1,419.04 reached in April. The S&P 500 has rallied 2.3 percent in August and is on pace for its third straight monthly gain.<br>The index has struggled to break out of a narrow trading range as price swings have averaged 0.7 percent a day since Aug. 6, the |

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|

smallest fluctuation over any comparable periods since January 2011, according to data compiled by Bloomberg.
"The market has run ahead of itself," said Gunning, the global chief investment officer at Seattle-based Russell. His firm oversees $160 billion. "There are lots of dark clouds. It's problematic to solve what Europe needs to solve given the political landscape. The U.S economy really hasn't grown much."
Attention now turns to Bernanke's Aug. 31 speech in Jackson Hole, Wyoming, where he may clarify his thinking on the need for stimulus. While data showed sales of existing homes in the U.S. climbed from an eight-month low, a slump in demand for U.S. capital goods signaled a factory slowdown.
Biggest Declines
Companies which are most dependent on the pace of economic growth slumped during the week. The Morgan Stanley Cyclical Index dropped 1.2 percent, ending a five-week rally.
Technology shares, which comprise about 20 percent of the S&P 500, declined 0.6 percent amid disappointing outlooks at some of the industry's largest companies.
Dell sank 7.9 percent to $11.26. The company's strategy of using acquisitions to add software, storage and networking equipment has been slow to offset declining sales of desktops and laptops, which account for half of revenue. Consumers and businesses increasingly favor Apple's iPad and other tablet computers over traditional machines.
Hewlett-Packard slid 9.9 percent, the most since February, to $17.58. The company posted a record quarterly loss and reported slumping sales for personal computers and services aimed at businesses, underscoring the turnaround challenge facing Chief Executive Officer Meg Whitman.
Big Lots
Big Lots plunged 21 percent, the most in the S&P 500, to $30.28. Slowing demand for lawn and garden items as well as furniture will force discounting and pressure profit margins for the rest of the year, Chief Executive Officer Steve Fishman said on a conference call with analysts.
Best Buy slipped 15 percent, the biggest decline since December, to $17.31. The company suspended providing an earnings forecast as sales of computers and televisions dropped. Best Buy also hired Hubert Joly as its chief executive officer to oversee a turnaround plan that entails shifting to smaller locations in a bid to fend off Amazon.com Inc. and Wal-Mart Stores Inc.
Boeing Co. fell 3.8 percent to $71.09. It lost an order for 35 Dreamliners with a list price of $8.5 billion in the biggest 787 cancellation yet as Qantas Airways Ltd. scrapped a contract after delivery delays and losses on international routes.
Lower Rating
Groupon Inc. declined 6.5 percent to $4.44, a record low. Barclays Plc cut the price estimate and rating for the shares, citing the potential for increasing marketing costs and narrowing profit margins amid sales of discounted items.
Apple, the world's most valuable company, rose 2.3 percent to $663.22. The company climbed to a record $665.15 on Aug. 20, giving it a market value of $623.5 billion, the highest ever for a U.S.-based company.
While the stock has jumped more than 80-fold in the past decade, earnings have gained more than 300-fold to $28.05 a share last fiscal year. Projections for further gains reflect optimism that Chief Executive Officer Tim Cook will use $117.2 billion in cash to keep growing in markets such as mobile devices, while pushing into new ones, including televisions.
"Apple has more fundamentals backing the company's market cap," said Shaw Wu, an analyst at Sterne Agee & Leach in San Francisco. "They have a lot of earnings, and lot of cash, which a lot of companies can't really claim."
Newmont Mining Corp., the largest U.S. gold producer, increased 4.4 percent to $49.23. Freeport-McMoRan Copper & Gold Inc., the biggest publicly traded copper producer, gained 2.2 percent to $36.13. Gold capped its biggest weekly gain since January amid speculation that potential Fed stimulus measures would boost demand for the metal as an inflation hedge.

*August 24, 2012 Northcoast Research Jeff Stein, CFA - Managing Director*
**BIG: Rating Downgraded to NEUTRAL; Estimates Reduced Sharply**
Overview
We are lowering our estimates on BIG for FY13 and FY14 to $2.80 and $3.10, respectively, from $3.35 and $3.90. Our rating is also being lowered to NEUTRAL from BUY. A second consecutive disappointing quarter and poor visibility over the balance of the year are the reasons for our downgrade.
While the valuation on revised numbers is attractive on an absolute basis (4.5x EV/EBITDA on FY14E), we see no near-term

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

catalysts that might drive the shares to appreciably higher levels.
Earnings for the quarter were $0.36 vs. $0.50 last year, $0.05 below our forecast and $0.01 below the low end of the guidance range put out by management at the end of Q1. While the company made some progress in addressing the merchandising issues in consumables and electronics, other categories, including furniture, home and seasonal weakened throughout the quarter.
Comp store sales were -1.9%, below our 0.0% forecast. August is worse with comps presently trending down mid-single digit.
Our Q3 comp assumption has been revised down to -5.0%. There was much discussion on the earnings call regarding the effect of macro vs. execution issues. We think the vast majority of the problem is execution related. When management has become laser focused on correcting an problem (such as consumables and electronics), they have had success getting back on track, however, new problems are beginning to surface with greater frequency. We wonder if the model has become too complex to deliver consistent results.
John Martin was promoted to EVP, Chief Merchandising Officer, replacing Douglas Wurl, who resigned. Mr. Martin served in this position from 2003-11 before moving to EVP Administration.
In the quarter the company repurchased 4 million shares for $149 million.
BIG has $45 million remaining under its current $200 million purchase authorization.
Conclusion
The quarter was a surprise and very disappointing. While the shares are still cheap on our revised forecast, visibility is poor and there is a price to be paid for uncertainty, in this case a lower P/E and EV/EBITDA multiple. We believe that BIG will need to right the ship and begin delivering more consistent performance in order to earn back a higher valuation. Our rating has been lowered to NEUTRAL from BUY.
Outlook
BIG began to see weakness in several of its key discretionary categories—seasonal, home and furniture—in late July and the trend has worsened thus far in August with comps trending down mid-single digit. We believe the weakness in seasonal can be explained by the unseasonably hot summer, with below average rainfalls discouraging consumers from engaging in normal gardening activities. We think the weakness in furniture and home is more execution related. The low-end consumer has been under duress for a considerable time but has not prevented BIG from posting impressive gains in this business until recently.
BIG runs a complicated business model, which serves as a competitive barrier to entry, but has also made it difficult for the company to deliver consistent results. At times the company has made big bets on deals that did not work out and at other times did not buy deep enough in successful deals. Also, the company has a seasonal component to its business that during the spring can be impacted by weather and at other times by macro and competitive issues. Success in one season does little to provide insights into the results of the next. These programs are planned well in advance making it difficult to make mid-course corrections once a season is underway. Ultimately, the company's success in overcoming these challenges will determine whether or not they can achieve their objective of consistent performance.
Yesterday, the company announced a change in its leadership of the merchant group, moving John Martin back to the position that he held between 2003 and 2011. Earlier this year the company announced plans to add finders to its staff to develop relationships with key vendors that might assist the company to provide a more consistent flow of close-out products.
The company announced a series of tests that are designed to drive more customers into the stores. Management stressed that the tests are limited, and consequently are not expected to have a material benefit to results over the next 12 months. This quarter the company will begin to test full market remodels in several of its larger mature markets. Remodels have been met with mixed results in the past and it remains to be seen if the outcome will be any different this time around. BIG is also testing several versions of its loyalty rewards programs that are designed to be more transaction specific. Its Buzz Club program has 13 million members but has not produced a meaningful lift in sales to date.
Finally, the company will test freezers and coolers in five markets beginning next spring and will begin accepting SNAP benefits (previously referred to as Federal Food Stamps Program). The company has until now resisted making the investment due to technology issues and lower margins in these programs. However, registers are now

| Date | Reported Volume | Closing Price | % Change | t-statistic | **Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts** |
|---|---|---|---|---|---|
| | | | | | enabled to accept electronic benefit transfers (EBT) and competitors have expanded aggressively into this area and the number of Americans covered under these programs has risen sharply over the past several years.<br>The third quarter is the weakest seasonally and is off to a poor start. The company under-bought its back-to-school program and has sold out of many key items too early. Furniture and home have been weak and inventories entering the quarter are above plan in furniture. We are assuming a 5% decline in comp sales for the quarter and a 100 bps decline in GM% to reflect expectations for higher markdowns. In Canada we are estimating sales at $37 million and a loss of $3.5 million vs. a loss of $6.9 million last year. EPS for the quarter is estimated at ($0.29) vs. $0.06 last year. The average share count is estimated to decline by 7.5% to about 61.0 million shares due to year to date repurchases of 6.7 million shares totaling $254 million.<br>We have lowered our forecast sharply for this year and next to reflect uncertainty regarding the timing and magnitude of a stabilization in comps. FY13E has been lowered to $2.80 and FY14E to $3.10. If Canada gets to breakeven, our model would imply low single digit EPS growth in the U.S. business, which could end up being conservative if comps turn positive.<br>Q2 EPS REVIEW<br>Earnings in the quarter were $0.36 vs. $0.50, which was $0.05 below our estimate. Though total sales increased 4.4%, comparable store sales declined 1.9% due to weakness in discretionary sales, which are roughly 70% of the business, that more than offset improvements in other merchandise categories. Electronics and hard lines posted low double-digit and mid double-digit increases, respectively, while consumables, a struggling category in Q1, comped flat. However, furniture and home both produced low single-digit decreases while play & wear declined low double-digits.<br>Gross margin declined 20bps to 39.2%, which was 10bps below our estimate. Gross margin was pressured by a higher level of markdowns from poor sell through along with an unfavorable sales mix comprised of lower margin items selling better than higher margin items.<br>SG&A dollars increased 8.7%, but remained flat as a percent of sales, which was 10bps above our estimate at 33.8% of sales. The company saw a de-leverage from higher occupancy costs, increased advertising spend and higher healthcare costs combined with the 1.9% comp decline.<br>Operating profit dollars dropped 34.2%, driving a 190bps decline to 3.2% of sales. The tax rate increased 360bps to 42.5%, which was 190bps higher than forecast.<br>Though domestic results were poor, Canada performed better than expected with a ($0.05) loss compared to prior guidance of a ($0.10 -$0.07) loss due to sales driven by strength in consumables, seasonal and furniture.<br>Total inventories increased 13% and 6% on a per store basis in the U.S. and 3% increase in Canada, respectively. Higher inventories were focused in consumables and furniture in the U.S. and consumables, furniture and home in Canada due to intentional efforts build inventory.<br>The company repurchased 4 million shares for a cost of $149million, ending the quarter with $62million in cash and $243million of borrowing under its credit facility.<br>Risks<br>Risks to our forecast include general consumer spending trends, increased unemployment trends, successful execution of seasonal programs and a consistent pipeline of name brand close-out goods. |
| 8/27/2012 | 1,915,006 | $30.64 | 1.19% | 0.67 | *Aug 27 2012 9:50:02 Wire: Bloomberg Social Velocity Alerts (BSV)*<br>**Social Velocity Alert for Big Lots Inc (BIG)**<br>BSV 5781349821488562176 <GO><br>Bloomberg Social Velocity alert for Big Lots Inc (BIG) Expected Postings: 0.2 Actual Postings: 5 Time Range: AUG 27 09:30-10:00 EDT<br>A BSV alert is triggered by an unusually high number of social media postings on a company.<br>Run {BSV<GO>} to see more alerts.<br>-0- Aug/27/2012 13:50 GMT |

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|

*August 27, 2012 Wedbush, Joan Storms, CFA*
**Strip Search: Takeaways from Late August Store Visits**
General Observations:
• Our checks in Southern CA were very strong this weekend as consumers end their summer, start Back-To-School (BTS) shopping, and get ready for early Fall and Halloween (8/24-8/26).
• Among our covered companies, the busiest stores were PetSmart, Dollar Tree, and Bed Bath & Beyond, followed by good traffic at Big Lots and core Williams-Sonoma, which is still offering a lot of clearance merchandise.
• The overall themes this weekend are Back-To-School, including Back-to-College (BTC) especially for BBBY, which owns that business. We have been to competitors such as WMT, TGT and Kohls and no one has the assortment or destination that BBBY offers. The other theme is Fall/Harvest.
• We received newspaper weekend inserts/catalogs from Bed Bath & Beyond, Big Lots, Cost Plus, Pottery Barn, Pottery Barn Kids, and West Elm.
• Overall, we remain comfortable with our Top Picks (DLTR, DG, BBBY and PETM) as well as some others, including Select Comfort and Tractor Supply.
Individual Channel Check Comments:
• Bed Bath & Beyond (BBBY, OUTPERFORM): Traffic was very strong at core BBB stores, driven by basic shopping and Back-To-College. Many parents were shopping with kids to get their assortments sent to their local college stores to be ready for pickup. The dorm check list is excellent. We did not detect an overabundance of clearance merchandise. BBBY maintains the biggest assortment of coffee-related merchandise that we have seen among many retailers. And we did not see any excessive markdowns on Keurig. Brands they carry continue to be: Keurig, CBTL, Tassimo, Coffee People, SBUX, Celestial and Bigelow, and Wolfgang Puck.
• Big Lots (BIG, OUTPERFORM): Big Lots was promoting its P&G closeout, which promises competitive prices on leading brands of consumables such as laundry detergent, cleaning chemicals, paper towels, and personal care. Traffic in those aisles was particularly strong, reflecting the better performance of that category during Q2. The other big category which improved during Q2 was electronics, which has a more modern assortment, including items such as Barnes & Noble's Nook e-reader ($130), Vizio's Andriod tablet ($150), Polaroid's e-reader ($40), as well as numerous headphones and mp3 players and a Blu-ray player for $57. The seasonal category was lean, as the assortment shifts from patio and summer themes (pool was on clearance at 50% off) toward tailgating, Halloween, and fall/harvest themes. Back-to-school merchandise was available as well, but this did not appear to be a strong focus area. There were a number of discounts on more discretionary big-ticket items such as furniture, which was the major laggard during Q2.
• Pier 1 (PIR, OUTPERFORM): We were very pleased with traffic and conversion in stores over the weekend, although clearance seemed a little high. The newer Fall and Halloween looks great and customers were shopping those areas of the store. Fall and Halloween is now in stores and attracting a lot of customer attention.
• PetSmart (PETM, OUTPERFORM): Traffic was very busy at PetSmart generally with multiple demographics and animals shopping with families. The grooming department was full as well as the pet obedience classes, which are full at this store for several weeks, so for us that is a nice indication that adoptions are picking up here. The private brands seem to be doing well and customer service is throughout the store. We also wanted to comment that the small animal departments are nicely remerchandised, including aquatics, and seem to be garnering a lot of traffic in the stores (chinchillas are cute and energetic).
• Dollar Tree Stores (DLTR, OUTPERFORM): We have a newer and larger DLTR near us in Southern California and the store is always packed, despite the fact that the parking and entry is not always convenient. Nevertheless, this store has an amazing assortment of everything for $1 with lots of major brand names. Seasonal now is BTS notebooks, etc. and "Teachers' Corner", as well as early Fall and Halloween. Great Stuff.
• Williams-Sonoma (WSM, NEUTRAL):
Williams-Sonoma brand: Core W-S stores saw OK traffic this past weekend. Customers are very interested in the cooking and techniques programs the larger stores are offering as well as a lot of the new consumables products that are gluten-free. We believe there seemed to be a lot of clearance at the stores we visited but nevertheless, the last earnings report showed that should not be a major concern.
Pottery Barn brand: Pottery Barn saw decent traffic as customers appeared to actually be furniture shopping after doing

| Date | Reported Volume | Closing Price | % Change | t-statistic | Selected Press Release Headlines, Conference Calls, Analyst Reports and Media Accounts |
|---|---|---|---|---|---|
| | | | | | some solid research. Otherwise, we continue to be on the sidelines here. We still have some concerns about the "Artisanal" product that is more fashion-forward and could be subject to markdown risk. |
| 8/28/2012 | 1,774,670 | $31.10 | 1.50% | 0.73 | *8/28/12 SEC 16:09:17* **Form 8K Filed with SEC** |
| 8/29/2012 | 1,042,923 | $30.43 | -2.15% | (1.43) | |
| 8/30/2012 | 1,060,006 | $30.37 | -0.20% | 0.12 | |
| 8/31/2012 | 944,903 | $30.44 | 0.23% | (0.06) | |

# Exhibit D

# Big Lots Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| # | Institutional Investor | 3/31/2012 | 6/30/2012 | 9/30/2012 |
|---|---|---|---|---|
| 1 | A.R.T. Advisors, LLC | 34,036 | 0 | 13,989 |
| 2 | Abbot Downing Investment Advisors | 380,109 | 380,109 | 380,109 |
| 3 | Aberdeen Asset Investments Limited | 350 | 9,201 | 9,201 |
| 4 | Aberdeen Asset Managers Ltd. | 7,121 | 3,663 | 3,663 |
| 5 | Absolute Return Capital, LLC | 0 | 37,990 | 0 |
| 6 | Acadian Asset Management LLC | 22,501 | 0 | 0 |
| 7 | Adage Capital Management, L.P. | 91,389 | 88,689 | 87,889 |
| 8 | Advantus Capital Management, Inc. | 5,704 | 5,404 | 5,104 |
| 9 | Advisors Asset Management, Inc. | 400 | 400 | 400 |
| 10 | AJO, LP | 93,800 | 0 | 0 |
| 11 | AllianceBernstein L.P. | 141,858 | 129,808 | 115,571 |
| 12 | Allianz Global Investors GmbH | 49,978 | 0 | 0 |
| 13 | Allianz Global Investors U.S. LLC | 0 | 2,800 | 0 |
| 14 | Allianz of America, Inc. | 1,881 | 1,881 | 1,881 |
| 15 | Allstate Investments LLC | 5,520 | 4,720 | 0 |
| 16 | American Century Investment Management, Inc. | 155,157 | 143,523 | 0 |
| 17 | Amica Mutual Insurance Company | 83,875 | 83,875 | 0 |
| 18 | Amundi Asset Management | 2,000 | 2,000 | 0 |
| 19 | AQR Capital Management, LLC | 615,609 | 681,909 | 911,849 |
| 20 | Argyll Research, LLC | 0 | 205,000 | 0 |
| 21 | Arizona State Retirement System | 30,384 | 30,184 | 21,938 |
| 22 | Arrowstreet Capital, Limited Partnership | 27,352 | 0 | 0 |
| 23 | Ashfield Capital Partners, LLC | 1,142 | 1,142 | 1,142 |
| 24 | Aviva Investors France S.A. | 0 | 0 | 90,000 |
| 25 | Aviva Investors Global Services Limited | 15,970 | 19,734 | 21,488 |
| 26 | AXA Investment Managers Deutschland GmbH | 0 | 2,300 | 2,300 |
| 27 | AXA Investment Managers Paris | 78,800 | 78,800 | 78,800 |
| 28 | AXA Investment Managers UK Ltd. | 8,000 | 80,500 | 1,700 |
| 29 | AXA Rosenberg Investment Management LLC | 354,200 | 356,800 | 294,395 |
| 30 | AXA Rosenberg Investment Management Ltd. | 17,864 | 28,200 | 11,000 |
| 31 | Babson Capital Management LLC | 12,365 | 0 | 21,474 |
| 32 | Bailard, Inc. | 4,300 | 0 | 0 |
| 33 | Baird Investment Management | 47,940 | 81,486 | 0 |
| 34 | Balyasny Asset Management LP | 413,600 | 0 | 0 |
| 35 | Bank of America Merrill Lynch (US) | 100,413 | 79,459 | 76,867 |
| 36 | Bank of Oklahoma, N.A. | 0 | 13,872 | 30,102 |
| 37 | Barclays Capital | 22,197 | 71,954 | 18,866 |
| 38 | Barclays Capital Inc. | 1,855 | 20,877 | 30,219 |
| 39 | Barclays Wealth Managers Portugal SGFIM, S.A. | 47,433 | 0 | 0 |
| 40 | Bartlett & Company | 200 | 200 | 200 |
| 41 | BB&T Scott & Stringfellow, LLC | 0 | 11,411 | 10,550 |
| 42 | BBVA Asset Management, S.A., S.G.I.I.C. | 924 | 891 | 891 |
| 43 | BlackRock Advisors (UK) Limited | 20,936 | 16,157 | 12,076 |
| 44 | BlackRock Asset Management Australia Limited | 7,565 | 5,438 | 2,546 |
| 45 | BlackRock Asset Management Canada Limited | 37,842 | 37,319 | 37,354 |
| 46 | BlackRock Asset Management Ireland Limited | 57,278 | 57,607 | 53,693 |
| 47 | BlackRock Financial Management, Inc. | 347,782 | 1,174,127 | 216,988 |
| 48 | BlackRock Institutional Trust Company, N.A. | 2,456,195 | 2,567,318 | 2,244,499 |
| 49 | BlackRock International Ltd. | 22,194 | 18,187 | 18,187 |
| 50 | BlackRock Investment Management (Australia) Ltd. | 123 | 0 | 0 |
| 51 | BlackRock Investment Management (UK) Ltd. | 88,781 | 218,214 | 11,192 |
| 52 | BlackRock Investment Management, LLC | 255,790 | 340,069 | 100,987 |
| 53 | BlackRock Japan Co., Ltd. | 208,011 | 126,993 | 1,157 |
| 54 | BMO Asset Management Inc. | 65,000 | 3,500 | 1,146 |
| 55 | BMO Asset Management U.S. | 349,302 | 3,210 | 0 |

# Big Lots Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| # | Institutional Investor | 3/31/2012 | 6/30/2012 | 9/30/2012 |
|---|---|---|---|---|
| 56 | BMO Capital Markets (US) | 9,338 | 4,434 | 2,183 |
| 57 | BMO Harris Bank N.A. | 579 | 0 | 2,861 |
| 58 | BMO Nesbitt Burns Inc. | 3,890 | 0 | 0 |
| 59 | BNP Paribas Investment Partners (France) | 0 | 5,437 | 0 |
| 60 | BNP Paribas Securities Corp. North America | 15,050 | 0 | 0 |
| 61 | BNY Mellon Asset Management | 334,450 | 386,595 | 378,340 |
| 62 | BNY Mellon Wealth Management | 4,294 | 2,716 | 9,111 |
| 63 | Boston Private Bank & Trust Company | 200 | 200 | 200 |
| 64 | Brandywine Global Investment Management, LLC | 534,439 | 686,100 | 593,579 |
| 65 | Brant Point Capital Management | 120,000 | 0 | 0 |
| 66 | Bridgewater Associates, LP | 68,322 | 0 | 0 |
| 67 | British Columbia Investment Management Corp. | 52,705 | 56,692 | 30,436 |
| 68 | Bryn Mawr Trust Company | 0 | 212,735 | 207,726 |
| 69 | Buckhead Capital Management, L.L.C. | 86,251 | 83,686 | 0 |
| 70 | CA Indosuez (Switzerland) S.A. | 6,333 | 0 | 0 |
| 71 | Caisse de Depot et Placement du Quebec | 44,800 | 46,300 | 46,400 |
| 72 | California Public Employees' Retirement System | 237,761 | 252,724 | 237,791 |
| 73 | California State Teachers Retirement System | 114,613 | 118,334 | 107,634 |
| 74 | Campbell & Company, Inc. | 0 | 32,594 | 0 |
| 75 | Candriam Belgium S.A. | 0 | 122,068 | 0 |
| 76 | Capital Fund Management S.A. | 0 | 19,553 | 0 |
| 77 | Capital Research Global Investors | 0 | 767,500 | 3,286,200 |
| 78 | Capstone Asset Management Company | 5,767 | 6,127 | 0 |
| 79 | Carlson Capital, L.P. | 673,294 | 0 | 0 |
| 80 | Cavanal Hill Investment Management, Inc. | 0 | 546 | 546 |
| 81 | Centaur Capital Partners, L.P. | 0 | 97,500 | 100,000 |
| 82 | Certium Asset Management LLC | 1,299 | 1,253 | 0 |
| 83 | Charles Schwab Investment Management, Inc. | 156,824 | 155,664 | 155,478 |
| 84 | Chevy Chase Trust Company | 36,211 | 37,088 | 38,662 |
| 85 | Chicago Equity Partners, LLC | 525 | 0 | 0 |
| 86 | CIBC Asset Management Inc. | 9,366 | 9,170 | 9,108 |
| 87 | CIBC World Markets Inc. | 0 | 15,070 | 16,787 |
| 88 | Citadel LLC | 6,628 | 196,079 | 83,089 |
| 89 | Citi Investment Research (US) | 35,066 | 20,812 | 47,005 |
| 90 | City National Asset Management, Inc. | 83,403 | 165,689 | 171,119 |
| 91 | City National Rochdale, LLC | 12,266 | 11,016 | 0 |
| 92 | ClariVest Asset Management LLC | 9 | 0 | 0 |
| 93 | ClearArc Capital, Inc. | 1,425 | 1,425 | 1,421 |
| 94 | ClearBridge, LLC | 293,980 | 293,980 | 181,330 |
| 95 | Cloud Capital LLC | 808 | 837 | 924 |
| 96 | Columbia Threadneedle Investments (US) | 310,805 | 378,133 | 365,011 |
| 97 | Comerica, Inc. | 9,005 | 11,846 | 8,631 |
| 98 | Commerzbank AG | 36,429 | 17,013 | 11,767 |
| 99 | Commonwealth Financial Network | 11,875 | 0 | 0 |
| 100 | Connor, Clark & Lunn Investment Management Ltd. | 12,300 | 0 | 0 |
| 101 | Copper Rock Capital Partners LLC | 41,800 | 82,400 | 0 |
| 102 | CornerCap Investment Counsel, Inc. | 0 | 0 | 54,420 |
| 103 | Cornerstone Capital Management Holdings LLC | 268,792 | 367,302 | 217,181 |
| 104 | CPP Investment Board | 43,000 | 43,000 | 43,000 |
| 105 | Creative Planning, Inc. | 46 | 446 | 151 |
| 106 | Credit Suisse Asset Management | 5,146 | 5,146 | 3,633 |
| 107 | Credit Suisse Asset Management, LLC (US) | 5,580 | 5,580 | 5,580 |
| 108 | Credit Suisse Private Banking (Switzerland) | 7,087 | 7,087 | 4,067 |
| 109 | Credit Suisse Securities (USA) LLC | 159,215 | 400,893 | 455,637 |
| 110 | Curian Capital, LLC | 36,856 | 38,567 | 0 |

# Big Lots Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| # | Institutional Investor | 3/31/2012 | 6/30/2012 | 9/30/2012 |
|---|---|---|---|---|
| 111 | D. E. Shaw & Co., L.P. | 8,289 | 143,083 | 0 |
| 112 | D.A. Davidson & Co. | 510 | 510 | 510 |
| 113 | Dacheng Fund Management Co., Ltd. | 1,063 | 930 | 930 |
| 114 | Daiwa Asset Management Co., Ltd. | 172 | 0 | 0 |
| 115 | Davidson Trust Company | 211,170 | 211,170 | 211,170 |
| 116 | Davis Selected Advisers, L.P. | 0 | 0 | 5,600 |
| 117 | DB Platinum Advisors | 516 | 451 | 938 |
| 118 | Deere & Company | 9,888 | 9,888 | 15,567 |
| 119 | DekaBank Deutsche Girozentrale | 143 | 143 | 160 |
| 120 | Delaware Investments | 719,083 | 789,418 | 751,624 |
| 121 | Delta Asset Management, LLC | 0 | 0 | 100 |
| 122 | Denver Investments | 211,650 | 0 | 0 |
| 123 | Deutsche Asset & Wealth Management Investment GmbH | 4,800 | 4,800 | 4,800 |
| 124 | Deutsche Asset Management Americas | 85,729 | 118,625 | 282,795 |
| 125 | Deutsche Asset Management Investmentgesellschaft mbH | 2,000 | 1,500 | 0 |
| 126 | Deutsche Bank Securities Inc. | 1,717 | 3 | 9,757 |
| 127 | Deutsche Investment Management Americas, Inc. | 180,749 | 182,097 | 178,697 |
| 128 | Dibanisa Fund Managers (Pty) Ltd. | 0 | 500 | 500 |
| 129 | Diker Management LLC | 0 | 0 | 62,000 |
| 130 | Dimensional Fund Advisors, L.P. | 217,730 | 214,029 | 210,704 |
| 131 | Dimensional Fund Advisors, Ltd. | 700 | 1,069 | 1,689 |
| 132 | Diversified Trust Company | 0 | 14,300 | 20,890 |
| 133 | DP Fund Management Ltd | 17,689 | 0 | 0 |
| 134 | Dreman Value Management, L.L.C. | 154,506 | 155,294 | 155,463 |
| 135 | Dubuque Bank and Trust Company | 58,190 | 57,855 | 0 |
| 136 | DuPont Capital Management Corporation | 168,059 | 32,571 | 38,678 |
| 137 | Dynamic Capital Management LLC | 0 | 70,500 | 41,958 |
| 138 | Dynamic Technology Lab Pte Ltd. | 5,885 | 5,885 | 5,885 |
| 139 | Eaton Vance Management | 578,761 | 8,415 | 0 |
| 140 | Employees Retirement System of Texas | 10,000 | 10,000 | 10,000 |
| 141 | Endex Capital Management, LLC | 697 | 697 | 697 |
| 142 | Endurance Wealth Management, Inc. | 0 | 0 | 120,211 |
| 143 | Envestnet Asset Management, Inc. | 4,498 | 4,424 | 4,525 |
| 144 | ESL Investments, Inc. | 545,772 | 526,372 | 1,427,397 |
| 145 | Euclid Advisors LLC | 24,222 | 29,052 | 19,802 |
| 146 | Evercore Asset Management, LLC | 25,101 | 25,101 | 25,101 |
| 147 | Evercore Wealth Management, LLC | 9,434 | 10,463 | 2,834 |
| 148 | ExxonMobil Investment Management, Inc. | 19,735 | 21,262 | 19,376 |
| 149 | FBR Fund Advisers, Inc | 22,080 | 17,080 | 9,080 |
| 150 | Federated Equity Management Company of Pennsylvania | 120,000 | 2,049 | 708 |
| 151 | Federated MDTA LLC | 9,136 | 8,838 | 7,598 |
| 152 | Ferguson Wellman Capital Management, Inc. | 248,656 | 264,546 | 0 |
| 153 | FFCM LLC | 2,702 | 2,241 | 6,363 |
| 154 | Fidelity Management & Research Company | 23,020 | 23,661 | 22,042 |
| 155 | Fidelity Worldwide Investment (UK) Ltd. | 0 | 1,259,241 | 1,135,664 |
| 156 | Fiera Capital Corporation | 0 | 34,100 | 34,600 |
| 157 | FIL Investment Management (Hong Kong) Limited | 0 | 3,082 | 4,918 |
| 158 | FIL Investment Management (Singapore) Ltd. | 0 | 5,327 | 10,168 |
| 159 | FineMark National Bank & Trust | 258 | 442 | 54 |
| 160 | First Allied Asset Management, Inc. | 2,124 | 499 | 0 |
| 161 | First Citizens Bank & Trust Company | 5,848 | 6,107 | 0 |
| 162 | First Mercantile Trust Company | 0 | 10,280 | 0 |
| 163 | First Quadrant L.P. | 1,400 | 149,000 | 0 |
| 164 | First Trust Advisors L.P. | 166,347 | 116,534 | 144,067 |
| 165 | FirstMerit Bank, N.A. | 4,789 | 0 | 0 |

# Big Lots Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| # | Institutional Investor | 3/31/2012 | 6/30/2012 | 9/30/2012 |
|---|---|---|---|---|
| 166 | Florida State Board of Administration | 121,086 | 120,902 | 121,409 |
| 167 | FocusShares, LLC | 425 | 759 | 759 |
| 168 | Första AP-Fonden | 36,340 | 0 | 0 |
| 169 | Fort Washington Investment Advisors, Inc. | 210,702 | 298,597 | 317,877 |
| 170 | Foxhall Capital Management, Inc. | 8,147 | 8,147 | 8,147 |
| 171 | Franklin Advisers, Inc. | 0 | 859 | 813 |
| 172 | Freestone Capital Management, LLC | 0 | 0 | 7,398 |
| 173 | Friess Associates LLC | 1,096,800 | 0 | 0 |
| 174 | Galaxy Capital Trading Ltd | 6,000 | 0 | 0 |
| 175 | GE Asset Management Inc. | 0 | 8,673 | 0 |
| 176 | Geewax + Partners, LLC | 7,000 | 0 | 0 |
| 177 | Genesee Valley Trust Co | 5,574 | 0 | 0 |
| 178 | GenSpring Family Offices, LLC | 64 | 64 | 0 |
| 179 | Geode Capital Management, L.L.C. | 397,692 | 391,473 | 373,594 |
| 180 | Gerry Farber, LLC | 47,500 | 0 | 0 |
| 181 | Glenmede Investment Management LP | 1,280 | 1,280 | 8 |
| 182 | Global Capital Management, Inc. | 97,081 | 0 | 0 |
| 183 | Global Index Advisors, Inc. | 112,645 | 0 | 0 |
| 184 | GlobalBridge, Inc. | 6,443 | 7,048 | 7,751 |
| 185 | GlobeFlex Capital, L.P. | 12,500 | 0 | 0 |
| 186 | GM Asset Management | 9,347 | 8,038 | 0 |
| 187 | GMO LLC | 7,600 | 25,500 | 7,000 |
| 188 | Golden Capital Management, L.L.C. | 137,764 | 183,279 | 157,172 |
| 189 | Goldman Sachs & Company, Inc. | 102,700 | 245,962 | 134,983 |
| 190 | Goldman Sachs Asset Management (US) | 1,348,945 | 1,217,049 | 29,095 |
| 191 | Goldman Sachs Asset Management International | 2,667 | 4,183 | 13,208 |
| 192 | Goldman Sachs Financial Markets LP | 0 | 19,698 | 19,693 |
| 193 | Gotham Asset Management, LLC | 0 | 83,250 | 45,302 |
| 194 | Green Arrow Capital Management LLC | 0 | 0 | 25,000 |
| 195 | Group One Trading, L.P. | 0 | 0 | 5,612 |
| 196 | GSA Capital Partners LLP | 33,990 | 7,525 | 18,027 |
| 197 | Guardian Investor Services LLC | 1,022 | 1,000 | 975 |
| 198 | Guggenheim Funds Investment Advisors, LLC | 14,164 | 0 | 0 |
| 199 | Guggenheim Investment Management, L.L.C. | 155,983 | 0 | 0 |
| 200 | Guggenheim Investments | 190,534 | 193,113 | 225,239 |
| 201 | GVC Gaesco Gestión SGIIC S.A. | 3,706 | 3,706 | 3,706 |
| 202 | GWL Investment Management Ltd. | 170,776 | 173,368 | 242,629 |
| 203 | HAGIN Investment Management | 0 | 0 | 123 |
| 204 | Hahn Capital Management, LLC | 161,782 | 168,660 | 175,421 |
| 205 | Hancock Horizon Investments | 181,653 | 24,913 | 13,657 |
| 206 | Hartford Investment Management Company | 16,614 | 16,192 | 15,083 |
| 207 | HBK Investments, L.P. | 41,700 | 11,599 | 0 |
| 208 | Hennessy Advisors, Inc. | 0 | 0 | 9,080 |
| 209 | Herndon Capital Management, LLC | 44,209 | 62,924 | 106,241 |
| 210 | Hershey Trust Company | 592 | 1,582 | 1,582 |
| 211 | Highbridge Capital Management, LLC | 355,047 | 53,339 | 0 |
| 212 | HighMark Capital Management Inc. | 4,580 | 1,390 | 0 |
| 213 | Highstreet Asset Management Inc. | 16,472 | 0 | 0 |
| 214 | Hillsdale Investment Management Inc. | 47,850 | 0 | 0 |
| 215 | HSBC Bank USA, N.A. | 0 | 181 | 163 |
| 216 | HSBC Global Asset Management (France) | 60,605 | 50,115 | 48,755 |
| 217 | HSBC Global Asset Management (UK) Limited | 19,302 | 17,805 | 17,770 |
| 218 | HSBC Global Asset Management (USA) Inc. | 200 | 0 | 0 |
| 219 | Huntington Private Financial Group | 2,227 | 1,397 | 1,396 |
| 220 | Hutchin Hill Capital, LP | 29,800 | 109,000 | 0 |

# Big Lots Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| # | Institutional Investor | 3/31/2012 | 6/30/2012 | 9/30/2012 |
|---|---|---|---|---|
| 221 | IBM Retirement Fund | 38,338 | 32,702 | 32,702 |
| 222 | ICON Advisers, Inc. | 23,200 | 14,300 | 0 |
| 223 | INTECH Investment Management LLC | 629,460 | 1,029,560 | 1,266,260 |
| 224 | Intrepid Capital Management, Inc. (FL) | 0 | 0 | 341,441 |
| 225 | Intrinsic Value Investments Limited | 30,814 | 30,814 | 30,814 |
| 226 | Invesco Advisers, Inc. | 56,724 | 1,388,708 | 1,432,287 |
| 227 | INVESCO Global Structured Products Group | 56,724 | 56,187 | 63,349 |
| 228 | Invesco PowerShares Capital Management LLC | 17,453 | 20,837 | 18,054 |
| 229 | Investment Counselors of Maryland, LLC | 91,540 | 59,065 | 56,615 |
| 230 | Invictus RG Pte. Ltd. | 0 | 4,621 | 2,638 |
| 231 | Irish Life Investment Managers Ltd. | 2,326 | 2,326 | 2,189 |
| 232 | ITAU USA Asset Management Inc. | 2,000 | 0 | 8,450 |
| 233 | J.P. Morgan Securities LLC | 62,448 | 58,718 | 64,772 |
| 234 | James Investment Research Inc. | 59,205 | 38,255 | 430 |
| 235 | Jane Street Capital, L.L.C. | 0 | 8,137 | 15,066 |
| 236 | Janney Montgomery Scott LLC | 10,394 | 10,178 | 0 |
| 237 | Jefferies LLC | 15,027 | 8,915 | 42,989 |
| 238 | Jennison Associates LLC | 1,311,182 | 1,177,077 | 675,010 |
| 239 | Johnson Financial Group Inc. | 480 | 480 | 0 |
| 240 | JP Morgan Asset Management | 76,849 | 17,217 | 40,668 |
| 241 | JPMorgan Asset Management U.K. Limited | 800 | 800 | 0 |
| 242 | JPMorgan Private Bank (United States) | 21,969 | 19,127 | 10,548 |
| 243 | Kacela Capital LLC | 60,298 | 0 | 0 |
| 244 | KB Asset Management Co., Ltd. | 0 | 0 | 109 |
| 245 | KBC Asset Management N.V. | 27,663 | 52,309 | 56,711 |
| 246 | KBC Fund Management Limited | 5,119 | 1,746 | 2,054 |
| 247 | KBC Group NV | 79,213 | 71,787 | 80,556 |
| 248 | KCG Americas LLC | 0 | 14,692 | 9,064 |
| 249 | Kentucky Teachers' Retirement System | 16,300 | 16,300 | 13,200 |
| 250 | Ladenburg Thalmann Asset Management Inc. (LTAM) | 7,302 | 7,706 | 7,617 |
| 251 | Lazard Asset Management, L.L.C. | 1,342,823 | 374 | 1,110,105 |
| 252 | LBBW Asset Management Investmentgesellschaft mbH | 147 | 105 | 105 |
| 253 | Legal & General Investment Management Ltd. | 17,061 | 17,061 | 17,761 |
| 254 | Legg Mason Asset Management (Japan) Co., Ltd. | 27,200 | 0 | 0 |
| 255 | Leuthold Weeden Capital Management | 167,123 | 188,248 | 103,842 |
| 256 | Liberty Mutual Insurance Group | 10,945 | 5,578 | 0 |
| 257 | LLB Asset Management AG | 8,000 | 0 | 0 |
| 258 | LMR Partners LLP | 0 | 33,880 | 12,755 |
| 259 | London Capital Management Ltd. | 59,264 | 59,461 | 59,461 |
| 260 | Los Angeles Capital Management And Equity Research, Inc. | 398,824 | 220,820 | 65,444 |
| 261 | LPL Financial LLC | 7,360 | 0 | 0 |
| 262 | LS Investment Advisors, LLC | 60 | 60 | 60 |
| 263 | LSV Asset Management | 3,363,570 | 3,451,870 | 3,428,070 |
| 264 | Lyxor Asset Management | 1,686 | 1,435 | 1,008 |
| 265 | Mackenzie Financial Corporation | 8,885 | 10,030 | 13,243 |
| 266 | Macquarie Investment Management Ltd. | 10,274 | 0 | 0 |
| 267 | Man Investments, Ltd. | 34,563 | 6,443 | 30,788 |
| 268 | Managed Account Advisors LLC | 212,198 | 333,651 | 172,456 |
| 269 | Manulife Asset Management (Asia) | 5,503 | 5,394 | 5,038 |
| 270 | Manulife Asset Management (US) LLC | 0 | 33,505 | 32,316 |
| 271 | Manulife Asset Management Limited | 83,522 | 42,906 | 130,388 |
| 272 | Marshall Wace LLP | 8,618 | 0 | 0 |
| 273 | Martingale Asset Management, L.P. | 18,035 | 17,318 | 15,410 |
| 274 | Mason Street Advisors, LLC | 8,900 | 8,600 | 8,500 |
| 275 | Meeder Asset Management, Inc. | 6,097 | 5,967 | 6,127 |

# Big Lots Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| # | Institutional Investor | 3/31/2012 | 6/30/2012 | 9/30/2012 |
|---|---|---|---|---|
| 276 | Meiji Yasuda Asset Management Company Ltd. | 0 | 0 | 800 |
| 277 | Mellon Capital Management Corporation | 790,710 | 856,219 | 900,359 |
| 278 | Menora Mivtachim Insurance Ltd. | 3,900 | 3,900 | 3,200 |
| 279 | Menta Capital LLC | 0 | 12,946 | 0 |
| 280 | Mesirow Advanced Strategies Inc | 2,657 | 2,657 | 2,657 |
| 281 | Mesirow Financial Investment Management, Inc. | 156,168 | 151,542 | 0 |
| 282 | Metropolitan Life Insurance Co. (US) | 44,347 | 45,467 | 41,705 |
| 283 | MFP Investors, LLC | 0 | 0 | 50,000 |
| 284 | Michigan Department of Treasury | 29,842 | 29,042 | 25,742 |
| 285 | MIG Capital, LLC | 6,205 | 0 | 0 |
| 286 | Millennium Management LLC | 16,156 | 0 | 12,500 |
| 287 | Mizuho Securities USA Inc. | 239 | 37 | 173 |
| 288 | Moody Aldrich Partners, LLC | 11,375 | 11,175 | 13,265 |
| 289 | Morgan Stanley & Co. International Plc | 43 | 43 | 43 |
| 290 | Morgan Stanley & Co. LLC | 686,385 | 21,405 | 132,700 |
| 291 | Morgan Stanley Investment Management Inc. (US) | 4,363 | 102,563 | 13,027 |
| 292 | Morgan Stanley Wealth Management | 69,344 | 20,435 | 10,386 |
| 293 | Motley Fool Asset Management, LLC | 104,000 | 112,341 | 147,341 |
| 294 | Mt. Eden Investment Advisors, LLC | 21,450 | 22,500 | 21,850 |
| 295 | Mutual of America Capital Management LLC | 5,391 | 6,356 | 6,032 |
| 296 | Nantahala Capital Management, LLC | 0 | 0 | 266,700 |
| 297 | Natcan Investment Management Inc. | 30,700 | 30,700 | 30,700 |
| 298 | Natixis Asset Management | 220 | 1,225 | 800 |
| 299 | New Amsterdam Partners, LLC | 23,485 | 23,485 | 23,485 |
| 300 | New Jersey Division of Investment | 62,100 | 22,100 | 0 |
| 301 | New Mexico Educational Retirement Board | 12,245 | 11,545 | 11,245 |
| 302 | New York Life Investment Management, LLC | 990 | 2,399 | 2,091 |
| 303 | New York State Common Retirement System | 565,313 | 481,433 | 477,083 |
| 304 | New York State Teachers' Retirement System | 198,470 | 172,949 | 152,966 |
| 305 | NISA Investment Advisors, L.L.C. | 20,129 | 20,129 | 17,029 |
| 306 | NNIP Advisors B.V. | 6,600 | 0 | 0 |
| 307 | Nomura Securities Co., Ltd. | 5,158 | 0 | 0 |
| 308 | Nordea Funds Oy | 518 | 518 | 518 |
| 309 | Norges Bank Investment Management (NBIM) | 499,024 | 499,024 | 535,065 |
| 310 | Northern Trust Global Investments Limited | 72,715 | 75,415 | 65,516 |
| 311 | Northern Trust Global Investments Ltd. | 104,071 | 96,244 | 97,400 |
| 312 | Northern Trust Investments, Inc. | 485,949 | 516,553 | 497,915 |
| 313 | Numeric Investors LLC | 112,100 | 23,400 | 15,300 |
| 314 | Nuveen Asset Management, LLC | 8,399 | 7,763 | 7,687 |
| 315 | OakBrook Investments, LLC | 29,798 | 28,415 | 0 |
| 316 | Ohio National Investments, Inc. | 1,000 | 900 | 900 |
| 317 | Ohio Public Employees Retirement System | 532,172 | 346,586 | 345,186 |
| 318 | Olstein Capital Management, L.P. | 0 | 0 | 166,000 |
| 319 | OMERS Administration Corporation | 9,100 | 11,530 | 10,760 |
| 320 | Ontario Teachers' Pension Plan Board | 8,817 | 11,117 | 11,272 |
| 321 | OppenheimerFunds, Inc. | 261,512 | 260,540 | 219,326 |
| 322 | Optimix Vermogensbeheer N.V. | 0 | 27,601 | 27,601 |
| 323 | Opus Capital Management, Inc. | 784,063 | 490,301 | 481,421 |
| 324 | Oregon Public Employees Retirement System | 11,347 | 12,347 | 12,347 |
| 325 | O'Shaughnessy Asset Management, LLC | 116,635 | 129,620 | 104,832 |
| 326 | OxFORD Asset Management | 124,951 | 124,951 | 0 |
| 327 | Palisade Capital Management, LLC | 264,835 | 245,200 | 340,969 |
| 328 | Paloma Partners Management Company | 17,116 | 0 | 8,800 |
| 329 | PanAgora Asset Management Inc. | 6,678 | 11,236 | 13,714 |
| 330 | Paradigm Capital Management, Inc. | 269,765 | 274,590 | 0 |

# Big Lots Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| # | Institutional Investor | 3/31/2012 | 6/30/2012 | 9/30/2012 |
|---|---|---|---|---|
| 331 | Parametric Clifton | 2,300 | 0 | 0 |
| 332 | Parametric Portfolio Associates LLC | 186,076 | 172,036 | 154,418 |
| 333 | PartnerRe Asset Management Company | 1,791 | 2,012 | 2,281 |
| 334 | Pavilion Advisory Group Inc. | 9,693 | 9,693 | 9,693 |
| 335 | PDT Partners Fusion Fund, LLC | 9,900 | 0 | 0 |
| 336 | Peak 6 Capital Management, LLC | 3,200 | 8,132 | 90,297 |
| 337 | PEH Wertpapier AG | 0 | 0 | 40,000 |
| 338 | Pennsylvania Public School Employees Retirement System | 55,201 | 42,237 | 32,124 |
| 339 | Perkins Investment Management LLC | 0 | 1,555,025 | 1,453,146 |
| 340 | Permit Capital, LLC | 5,100 | 5,530 | 5,530 |
| 341 | Pershing, L.L.C. | 0 | 362 | 0 |
| 342 | Phocas Financial Corporation | 129,454 | 59,505 | 0 |
| 343 | Pictet Asset Management Ltd. | 7,800 | 7,800 | 7,200 |
| 344 | PIMCO (US) | 0 | 0 | 637 |
| 345 | PineBridge Investments LLC | 0 | 5,196 | 26,981 |
| 346 | Pioneer Investments Kapitalanlagegesellschaft mbH | 7,017 | 13,900 | 0 |
| 347 | Pitcairn | 10,145 | 10,054 | 0 |
| 348 | Placemark Investments, Inc. | 0 | 14,354 | 0 |
| 349 | PNC Capital Advisors, LLC | 1,383 | 1,295 | 1,268 |
| 350 | PNC Wealth Management | 2,296 | 3,257 | 2,613 |
| 351 | Point72 Asset Management, L.P. | 65,651 | 0 | 0 |
| 352 | Principal Global Investors (Equity) | 243,189 | 93,766 | 94,029 |
| 353 | Principal Global Investors (Japan) Ltd. | 3,710 | 0 | 0 |
| 354 | Pro-Financial Asset Management, Inc. | 200 | 100 | 100 |
| 355 | ProFund Advisors LLC | 5,773 | 5,866 | 0 |
| 356 | PSP Investments | 22,635 | 19,335 | 19,135 |
| 357 | Public Employees' Retirement Association of CO | 49,685 | 38,944 | 38,944 |
| 358 | Putnam Investment Management, L.L.C. | 114,395 | 117,594 | 175,183 |
| 359 | Quantbot Technologies, LP | 6,700 | 7,858 | 0 |
| 360 | Quantitative Management Associates LLC | 122,153 | 89,691 | 88,091 |
| 361 | Rafferty Asset Management LLC | 1,228 | 902 | 934 |
| 362 | Raymond James & Associates, Inc. | 61,971 | 11,739 | 14,015 |
| 363 | RBC Capital Markets Wealth Management | 470 | 848 | 869 |
| 364 | RBC Capital Partners | 13,067 | 8,444 | 26,312 |
| 365 | RBC Dominion Securities, Inc. | 2,487 | 2,980 | 3,000 |
| 366 | RBC Wealth Management, International | 143 | 202 | 48 |
| 367 | RBF Capital, LLC | 0 | 20,000 | 0 |
| 368 | RBS Collective Investment Funds Limited | 0 | 0 | 1,392 |
| 369 | RCM Capital Management LLC | 0 | 0 | 7,000 |
| 370 | Reilly Financial Advisors, LLC | 300 | 300 | 300 |
| 371 | Renaissance Technologies LLC | 134,800 | 0 | 0 |
| 372 | Rhumbline Advisers Ltd. Partnership | 98,538 | 104,159 | 107,256 |
| 373 | River Road Asset Management, LLC | 1,940,291 | 2,154,281 | 2,441,898 |
| 374 | RiverPoint Capital Management, Inc. | 246,135 | 228,685 | 203,710 |
| 375 | Riversville Capital, Inc. | 31,995 | 31,995 | 31,995 |
| 376 | Rothschild Asset Management, Inc. | 158,923 | 37,215 | 0 |
| 377 | Rothschild et Cie Gestion | 90,000 | 90,000 | 90,000 |
| 378 | Royal Capital Management, LLC | 0 | 886,000 | 937,500 |
| 379 | Royce & Associates, LLC | 350 | 200 | 0 |
| 380 | S.B. Carr Investments, Inc. | 6,840 | 0 | 0 |
| 381 | Sanders Morris Harris LLC. | 48 | 48 | 48 |
| 382 | Sasco Capital, Inc. | 4,522,151 | 4,980,901 | 4,918,000 |
| 383 | Savitr Capital LLC | 0 | 15,000 | 0 |
| 384 | Schroder Investment Management Ltd. (SIM) | 36,700 | 68,200 | 55,900 |
| 385 | Schroder Investment Management North America Inc. | 2,114,394 | 2,026,700 | 0 |

# Big Lots Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| # | Institutional Investor | 3/31/2012 | 6/30/2012 | 9/30/2012 |
|---|---|---|---|---|
| 386 | SEB Investment Management AB | 2,225 | 2,225 | 2,225 |
| 387 | SEI Trust Company (Sibling) | 22,100 | 238,500 | 57,400 |
| 388 | SG Americas Securities, L.L.C. | 46,767 | 16,251 | 33,801 |
| 389 | Shelton Capital Management | 489 | 0 | 0 |
| 390 | Siemens Fonds Invest GmbH | 0 | 0 | 310 |
| 391 | Skylands Capital, LLC | 9,850 | 3,000 | 9,600 |
| 392 | Skyline Asset Management, L.P. | 82,700 | 91,900 | 84,300 |
| 393 | Smith & Williamson Investment Management LLP | 31,000 | 0 | 0 |
| 394 | Smith Hayes Advisers, Inc. | 14,000 | 14,000 | 12,600 |
| 395 | Smith, Salley & Associates, LLC | 2,450 | 2,560 | 2,860 |
| 396 | Snow Capital Management, L.P. | 1,391,894 | 1,261,140 | 541,193 |
| 397 | Spot Trading LLC | 0 | 13,683 | 8,197 |
| 398 | Stafford Asset Management LLC | 15,093 | 15,093 | 15,093 |
| 399 | State of Wisconsin Investment Board | 234,457 | 221,547 | 224,637 |
| 400 | State Street Global Advisors (UK) Ltd. | 3,384 | 3,384 | 3,384 |
| 401 | State Street Global Advisors (US) | 2,366,567 | 2,443,918 | 2,571,960 |
| 402 | State Street Global Advisors Ltd. (Canada) | 873 | 873 | 1,137 |
| 403 | State Teachers Retirement System of Ohio | 1,300 | 257,600 | 256,300 |
| 404 | Stevens Capital Management LP | 40,806 | 0 | 17,860 |
| 405 | Stevens First Principles Investment Advisors | 890 | 2,955 | 4,665 |
| 406 | Storebrand Kapitalforvaltning AS | 316 | 316 | 316 |
| 407 | Stux Capital Management, LLC | 30,180 | 0 | 0 |
| 408 | SunAmerica Asset Management, LLC | 21,375 | 20,372 | 19,328 |
| 409 | SunTrust Bank | 13,895 | 14,453 | 0 |
| 410 | Susquehanna Financial Group, LLLP | 38,695 | 5,750 | 38,526 |
| 411 | Symphony Asset Management LLC | 0 | 29,334 | 0 |
| 412 | Systematic Financial Management, L.P. | 2,315,204 | 0 | 0 |
| 413 | T. Rowe Price Associates, Inc. | 221,942 | 227,942 | 235,332 |
| 414 | T2 Partners Management, LP | 0 | 62,500 | 67,500 |
| 415 | TCW Asset Management Company | 0 | 21,500 | 20,400 |
| 416 | TD Asset Management Inc. | 160,865 | 192,800 | 183,100 |
| 417 | TD Asset Management USA, Inc. | 0 | 8,400 | 7,890 |
| 418 | TD Securities, Inc. | 17,062 | 20,314 | 18,720 |
| 419 | TD Waterhouse Private Investment Counsel, Inc. | 0 | 17,805 | 17,830 |
| 420 | Teacher Retirement System of Texas | 11,070 | 10,052 | 5,666 |
| 421 | Texas Permanent School Fund | 39,677 | 37,912 | 34,880 |
| 422 | TFS Capital LLC | 4,850 | 0 | 0 |
| 423 | The Bank of Kentucky, Inc. | 3,725 | 3,750 | 3,750 |
| 424 | The Boston Company Asset Management, LLC | 19,304 | 20,919 | 30,754 |
| 425 | The Northern Trust Company of Connecticut | 277,555 | 291,574 | 276,941 |
| 426 | The Private Trust Company, N.A. | 41 | 0 | 0 |
| 427 | The Retirement Planning Group, Inc. | 0 | 0 | 650 |
| 428 | The Vanguard Group, Inc. | 4,092,875 | 4,162,497 | 4,155,315 |
| 429 | Thrivent Asset Management, LLC | 525,800 | 464,100 | 0 |
| 430 | TIAA-CREF | 794,817 | 578,397 | 645,612 |
| 431 | Timber Hill LLC | 11,462 | 28,909 | 0 |
| 432 | Tocqueville Asset Management LP | 4,987 | 5,825 | 0 |
| 433 | Tower Research Capital LLC | 3,684 | 6,299 | 320 |
| 434 | TradeLink Capital LLC | 10,100 | 0 | 0 |
| 435 | Tradeworx Inc. | 16,833 | 0 | 11,049 |
| 436 | Tudor Investment Corporation | 6,900 | 0 | 18,500 |
| 437 | Turner Investment Partners, Inc. | 299,480 | 0 | 0 |
| 438 | Twin Capital Management, LLC | 0 | 100,900 | 0 |
| 439 | Two Sigma Investments, LLC | 825,543 | 0 | 0 |
| 440 | U.S. Bancorp Asset Management, Inc. | 6,366 | 6,824 | 5,468 |

# Big Lots Securities Litigation

Quarterly Share Ownership for Reporting Institutions

| # | Institutional Investor | 3/31/2012 | 6/30/2012 | 9/30/2012 |
|---|---|---|---|---|
| 441 | U.S. Global Investors, Inc. | 4,000 | 0 | 0 |
| 442 | UBS Global Asset Management (UK) Ltd. | 0 | 10,843 | 10,843 |
| 443 | UBS Securities LLC | 98,973 | 30,279 | 19,130 |
| 444 | Union Bank & Trust Company (Nebraska) | 202 | 202 | 202 |
| 445 | Universal-Investment-Gesellschaft mbH | 0 | 13,900 | 0 |
| 446 | USCA RIA LLC | 0 | 700 | 600 |
| 447 | Utah Retirement Systems | 0 | 0 | 9,880 |
| 448 | Validea Capital Management, LLC | 30,700 | 34,100 | 34,600 |
| 449 | Van Berkom & Associates Inc. | 629,744 | 557,739 | 654,548 |
| 450 | Vaughan Nelson Investment Management, L.P. | 1,378,400 | 1,445,250 | 13,075 |
| 451 | Vega Asset Management SGR S.p.A. | 0 | 503 | 11,329 |
| 452 | Vegasoul Capital Management (Asia) Ltd | 13,600 | 0 | 0 |
| 453 | Verition Fund Management LLC | 8,337 | 6,493 | 0 |
| 454 | VG Asset Management SA | 5,950 | 8,060 | 4,350 |
| 455 | Virginia Retirement System | 16,600 | 15,700 | 15,700 |
| 456 | Virtu Financial BD LLC | 0 | 0 | 10,080 |
| 457 | Voya Investment Management LLC | 80,355 | 133,223 | 105,022 |
| 458 | W & W Asset Management GmbH | 16,256 | 15,860 | 15,860 |
| 459 | Waddell & Reed Investment Management Company | 88,957 | 88,957 | 88,957 |
| 460 | Wallace Capital Management Inc. | 0 | 0 | 68,883 |
| 461 | Walleye Trading, LLC | 864 | 0 | 0 |
| 462 | Walthausen & Co., LLC | 725 | 0 | 0 |
| 463 | WealthTrust-Arizona, LLC | 0 | 253 | 0 |
| 464 | WEDGE Capital Management, L.L.P. | 549,045 | 99,584 | 513,852 |
| 465 | Wellington Management Company, LLP | 721 | 721 | 369,030 |
| 466 | Wells Capital Management Inc. | 2,479 | 2,275 | 2,199 |
| 467 | Wells Fargo Advisors | 20,361 | 102,586 | 8,858 |
| 468 | Wells Fargo Bank, N.A. | 246,971 | 247,342 | 249,055 |
| 469 | Westport Asset Management, Inc. | 1,940,277 | 2,043,963 | 1,726,429 |
| 470 | Westwood Management Corp. (Texas) | 0 | 1,860,994 | 0 |
| 471 | WFG Advisors LP | 22 | 22 | 22 |
| 472 | White Pine Capital, L.L.C. | 7,450 | 7,250 | 0 |
| 473 | Whitebox Advisors, L.L.C. | 0 | 0 | 28,800 |
| 474 | Whittier Trust Company of Nevada, Inc. | 46 | 46 | 46 |
| 475 | William Blair & Company, L.L.C. | 0 | 910 | 910 |
| 476 | Wilmington Trust Investment Advisors, Inc. | 0 | 0 | 82 |
| 477 | Winslow Asset Management, Inc. | 179,751 | 187,841 | 192,206 |
| 478 | Winton Capital Management Ltd. | 71,800 | 163,981 | 340,650 |
| 479 | Wolverine Asset Management, LLC | 0 | 0 | 10,250 |
| 480 | World Asset Management, Inc. | 37,327 | 37,623 | 37,701 |
| 481 | Yorktown Management & Research Company, Inc. | 0 | 0 | 2,500 |
| 482 | Ziegler Capital Management, LLC | 1,957 | 0 | 0 |
| | TOTAL | 65,006,418 | 65,411,590 | 59,064,452 |

Source: Thomson Financial

# Exhibit E

## Big Lots Securities Litigation

| | Big Lots | | | Market & Industry Indices | | Regression Analysis (1) | | | Statistically Significant | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reported | Closing | | | | Predicted | Abnormal | | at 5% level | at 1% level |
| Date | Volume | Price | Return | S&P 500 | Peer Group | Return | return | t-statistic | \|P-Value\| < 5% | \|P-Value\| < 1% |
| 2/1/2012 | 1,316,450 | $39.55 | 0.15% | 0.91% | 0.46% | 0.69% | -0.54% | (0.29) | | |
| **2/2/2012** | **3,471,793** | **$42.82** | **8.27%** | **0.12%** | **0.14%** | **0.18%** | **8.09%** | **4.30** | **Yes** | **Yes** |
| 2/3/2012 | 1,595,710 | $43.59 | 1.80% | 1.47% | 1.44% | 1.45% | 0.35% | 0.19 | | |
| 2/6/2012 | 522,000 | $43.48 | -0.25% | -0.04% | 0.08% | 0.08% | -0.33% | (0.18) | | |
| 2/7/2012 | 592,447 | $43.91 | 0.99% | 0.20% | 0.54% | 0.43% | 0.56% | 0.30 | | |
| 2/8/2012 | 961,569 | $43.98 | 0.16% | 0.25% | -0.18% | 0.07% | 0.09% | 0.05 | | |
| 2/9/2012 | 764,091 | $43.84 | -0.32% | 0.15% | 0.48% | 0.37% | -0.69% | (0.37) | | |
| 2/10/2012 | 583,347 | $44.00 | 0.37% | -0.69% | -0.68% | -0.59% | 0.96% | 0.51 | | |
| 2/13/2012 | 928,851 | $43.78 | -0.50% | 0.70% | 0.38% | 0.56% | -1.06% | (0.56) | | |
| 2/14/2012 | 732,478 | $44.02 | 0.55% | -0.08% | 0.48% | 0.27% | 0.27% | 0.15 | | |
| 2/15/2012 | 657,352 | $43.32 | -1.59% | -0.50% | -0.62% | -0.48% | -1.11% | (0.59) | | |
| 2/16/2012 | 986,486 | $43.86 | 1.25% | 1.12% | 0.57% | 0.83% | 0.41% | 0.22 | | |
| 2/17/2012 | 568,855 | $44.12 | 0.59% | 0.24% | 0.85% | 0.61% | -0.01% | (0.01) | | |
| 2/21/2012 | 489,683 | $43.69 | -0.97% | 0.07% | -0.33% | -0.08% | -0.89% | (0.48) | | |
| 2/22/2012 | 766,575 | $43.32 | -0.85% | -0.33% | -0.29% | -0.23% | -0.61% | (0.33) | | |
| 2/23/2012 | 929,029 | $43.70 | 0.88% | 0.45% | 0.39% | 0.45% | 0.42% | 0.23 | | |
| 2/24/2012 | 738,442 | $43.60 | -0.23% | 0.18% | -0.23% | 0.01% | -0.24% | (0.13) | | |
| 2/27/2012 | 1,408,426 | $43.84 | 0.55% | 0.14% | 0.36% | 0.31% | 0.24% | 0.13 | | |
| 2/28/2012 | 1,282,238 | $44.27 | 0.98% | 0.35% | 1.40% | 0.94% | 0.04% | 0.02 | | |
| 2/29/2012 | 2,108,873 | $43.85 | -0.95% | -0.46% | -1.12% | -0.73% | -0.22% | (0.12) | | |
| 3/1/2012 | 1,196,510 | $44.49 | 1.46% | 0.62% | 1.28% | 0.99% | 0.47% | 0.25 | | |
| **3/2/2012** | **3,287,550** | **$42.71** | **-4.00%** | **-0.32%** | **-0.03%** | **-0.10%** | **-3.90%** | **(2.08)** | **Yes** | **No** |
| 3/5/2012 | 2,407,365 | $44.15 | 3.37% | -0.38% | 0.33% | 0.07% | 3.30% | 1.76 | | |
| 3/6/2012 | 2,065,108 | $44.39 | 0.54% | -1.53% | -1.03% | -1.14% | 1.69% | 0.90 | | |
| 3/7/2012 | 1,267,634 | $44.90 | 1.15% | 0.72% | 0.95% | 0.86% | 0.29% | 0.15 | | |
| 3/8/2012 | 1,251,500 | $45.00 | 0.22% | 0.99% | 1.24% | 1.13% | -0.91% | (0.49) | | |
| 3/9/2012 | 783,572 | $45.43 | 0.96% | 0.36% | 0.46% | 0.46% | 0.50% | 0.27 | | |
| 3/12/2012 | 697,055 | $45.31 | -0.26% | 0.02% | -0.22% | -0.05% | -0.22% | (0.12) | | |
| 3/13/2012 | 705,881 | $45.84 | 1.17% | 1.85% | 0.64% | 1.19% | -0.02% | (0.01) | | |
| 3/14/2012 | 673,863 | $45.61 | -0.50% | -0.12% | 0.27% | 0.15% | -0.65% | (0.35) | | |
| 3/15/2012 | 854,568 | $45.56 | -0.11% | 0.60% | 0.61% | 0.63% | -0.74% | (0.40) | | |
| 3/16/2012 | 1,126,549 | $45.42 | -0.31% | 0.11% | -0.43% | -0.12% | -0.19% | (0.10) | | |
| 3/19/2012 | 723,643 | $45.52 | 0.22% | 0.40% | 0.45% | 0.47% | -0.24% | (0.13) | | |
| 3/20/2012 | 875,923 | $45.52 | 0.00% | -0.30% | 0.90% | 0.40% | -0.40% | (0.21) | | |
| 3/21/2012 | 812,502 | $45.53 | 0.02% | -0.18% | 0.55% | 0.27% | -0.25% | (0.13) | | |
| 3/22/2012 | 527,242 | $45.36 | -0.37% | -0.72% | -0.08% | -0.29% | -0.08% | (0.04) | | |
| 3/23/2012 | 603,729 | $45.66 | 0.66% | 0.31% | 0.02% | 0.20% | 0.46% | 0.24 | | |
| 3/26/2012 | 853,146 | $46.40 | 1.62% | 1.39% | 1.44% | 1.41% | 0.21% | 0.11 | | |
| 3/27/2012 | 1,717,378 | $46.81 | 0.88% | -0.27% | -0.36% | -0.25% | 1.13% | 0.60 | | |
| 3/28/2012 | 1,434,575 | $45.59 | -2.61% | -0.47% | -1.08% | -0.71% | -1.90% | (1.01) | | |
| 3/29/2012 | 4,578,120 | $43.42 | -4.76% | -0.16% | -0.41% | -0.22% | -4.54% | (2.42) | | |
| 3/30/2012 | 1,333,073 | $43.02 | -0.92% | 0.37% | -0.13% | 0.15% | -1.07% | (0.57) | | |
| 4/2/2012 | 1,458,900 | $43.84 | 1.91% | 0.76% | 0.80% | 0.80% | 1.11% | 0.59 | | |
| 4/3/2012 | 1,098,274 | $43.86 | 0.05% | -0.38% | 0.03% | -0.09% | 0.14% | 0.07 | | |
| 4/4/2012 | 1,257,127 | $43.93 | 0.16% | -1.02% | -0.50% | -0.64% | 0.80% | 0.43 | | |
| 4/5/2012 | 974,642 | $43.75 | -0.41% | -0.03% | 0.21% | 0.16% | -0.57% | (0.30) | | |
| 4/9/2012 | 1,683,589 | $43.02 | -1.67% | -1.13% | -0.98% | -0.95% | -0.72% | (0.39) | | |
| 4/10/2012 | 1,987,778 | $42.80 | -0.51% | -1.71% | -2.87% | -2.18% | 1.67% | 0.89 | | |
| 4/11/2012 | 1,368,198 | $44.36 | 3.64% | 0.76% | 1.26% | 1.05% | 2.60% | 1.38 | | |
| 4/12/2012 | 1,517,809 | $45.35 | 2.23% | 1.38% | 1.22% | 1.29% | 0.94% | 0.50 | | |
| 4/13/2012 | 1,042,844 | $45.51 | 0.35% | -1.25% | -0.51% | -0.75% | 1.10% | 0.58 | | |
| 4/16/2012 | 1,755,160 | $45.00 | -1.12% | -0.05% | 0.00% | 0.03% | -1.15% | (0.61) | | |
| 4/17/2012 | 1,669,989 | $45.32 | 0.71% | 1.55% | 1.41% | 1.46% | -0.75% | (0.40) | | |
| 4/18/2012 | 1,068,347 | $45.04 | -0.62% | -0.40% | 0.31% | 0.05% | -0.66% | (0.35) | | |
| 4/19/2012 | 875,517 | $45.31 | 0.60% | -0.59% | -0.54% | -0.48% | 1.08% | 0.57 | | |
| 4/20/2012 | 1,035,324 | $45.87 | 1.24% | 0.12% | 0.09% | 0.16% | 1.08% | 0.58 | | |
| 4/23/2012 | 1,199,309 | $45.71 | -0.35% | -0.84% | -1.10% | -0.88% | 0.53% | 0.28 | | |
| **4/24/2012** | **13,210,815** | **$34.71** | **-24.06%** | **0.37%** | **-0.92%** | **-0.26%** | **-23.80%** | **(12.67)** | **Yes** | **Yes** |
| 4/25/2012 | 4,820,091 | $35.31 | 1.73% | 1.38% | 1.84% | 1.61% | 0.12% | 0.06 | | |
| 4/26/2012 | 2,730,225 | $36.29 | 2.78% | 0.67% | 1.29% | 1.02% | 1.75% | 0.93 | | |
| 4/27/2012 | 2,155,621 | $37.34 | 2.89% | 0.24% | 2.39% | 1.42% | 1.48% | 0.79 | | |
| 4/30/2012 | 1,671,623 | $36.64 | -1.87% | -0.39% | -0.73% | -0.49% | -1.39% | (0.74) | | |
| 5/1/2012 | 1,156,048 | $36.45 | -0.52% | 0.57% | 0.41% | 0.51% | -1.03% | (0.55) | | |
| 5/2/2012 | 1,331,215 | $37.15 | 1.92% | -0.24% | 0.94% | 0.45% | 1.47% | 0.78 | | |
| 5/3/2012 | 1,724,858 | $37.29 | 0.38% | -0.75% | -1.11% | -0.84% | 1.22% | 0.65 | | |
| 5/4/2012 | 1,086,029 | $36.53 | -2.04% | -1.61% | -1.97% | -1.67% | -0.37% | (0.20) | | |
| 5/7/2012 | 1,335,298 | $37.20 | 1.83% | 0.04% | -0.36% | -0.12% | 1.95% | 1.04 | | |
| 5/8/2012 | 2,161,760 | $36.07 | -3.04% | -0.41% | -1.19% | -0.75% | -2.29% | (1.22) | | |
| 5/9/2012 | 1,629,603 | $36.21 | 0.39% | -0.64% | -0.13% | -0.29% | 0.67% | 0.36 | | |
| 5/10/2012 | 1,874,612 | $36.73 | 1.44% | 0.28% | -0.07% | 0.14% | 1.30% | 0.69 | | |
| 5/11/2012 | 968,559 | $36.27 | -1.25% | -0.33% | -0.23% | -0.20% | -1.05% | (0.56) | | |
| 5/14/2012 | 1,007,043 | $35.74 | -1.46% | -1.10% | -1.34% | -1.12% | -0.35% | (0.18) | | |

## Big Lots Securities Litigation

| | Big Lots | | | Market & Industry Indices | | Regression Analysis (1) | | | Statistically Significant | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Reported Volume | Closing Price | Return | S&P 500 | Peer Group | Predicted Return | Abnormal return | t-statistic | at 5% level \|P-Value\| < 5% | at 1% level \|P-Value\| < 1% |
| 5/15/2012 | 1,069,705 | $36.23 | 1.37% | -0.56% | 0.06% | -0.15% | 1.52% | 0.81 | | |
| 5/16/2012 | 1,024,052 | $36.15 | -0.22% | -0.41% | -0.96% | -0.62% | 0.40% | 0.21 | | |
| 5/17/2012 | 1,005,239 | $34.94 | -3.35% | -1.50% | -3.95% | -2.66% | -0.69% | (0.37) | | |
| 5/18/2012 | 1,368,075 | $35.43 | 1.40% | -0.74% | -0.33% | -0.43% | 1.84% | 0.98 | | |
| 5/21/2012 | 1,948,537 | $35.16 | -0.76% | 1.61% | 1.18% | 1.37% | -2.13% | (1.13) | | |
| 5/22/2012 | 2,507,072 | $34.79 | -1.05% | 0.05% | 0.30% | 0.24% | -1.29% | (0.69) | | |
| **5/23/2012** | **4,163,891** | **$36.31** | **4.37%** | **0.17%** | **1.80%** | **1.08%** | **3.29%** | **1.75** | **No** | **No** |
| 5/24/2012 | 1,941,332 | $35.75 | -1.54% | 0.15% | 0.46% | 0.36% | -1.91% | (1.02) | | |
| 5/25/2012 | 2,123,499 | $37.30 | 4.34% | -0.22% | 0.30% | 0.12% | 4.21% | 2.24 | | |
| 5/29/2012 | 2,011,787 | $37.86 | 1.50% | 1.12% | 1.01% | 1.07% | 0.43% | 0.23 | | |
| 5/30/2012 | 2,055,018 | $37.07 | -2.09% | -1.40% | -1.62% | -1.39% | -0.69% | (0.37) | | |
| 5/31/2012 | 2,211,125 | $36.75 | -0.86% | -0.22% | -0.97% | -0.54% | -0.32% | (0.17) | | |
| 6/1/2012 | 1,585,668 | $36.52 | -0.63% | -2.46% | -2.39% | -2.25% | 1.63% | 0.87 | | |
| 6/4/2012 | 1,279,828 | $37.12 | 1.64% | 0.01% | 0.48% | 0.32% | 1.33% | 0.71 | | |
| 6/5/2012 | 1,368,609 | $37.77 | 1.75% | 0.58% | 0.13% | 0.37% | 1.38% | 0.73 | | |
| 6/6/2012 | 1,164,713 | $38.18 | 1.09% | 2.33% | 2.24% | 2.24% | -1.15% | (0.61) | | |
| 6/7/2012 | 881,887 | $37.77 | -1.07% | -0.01% | -0.87% | -0.40% | -0.67% | (0.36) | | |
| 6/8/2012 | 642,405 | $38.57 | 2.12% | 0.81% | 1.54% | 1.22% | 0.90% | 0.48 | | |
| 6/11/2012 | 827,038 | $37.83 | -1.92% | -1.26% | -1.87% | -1.46% | -0.46% | (0.24) | | |
| 6/12/2012 | 706,804 | $38.23 | 1.06% | 1.17% | 1.35% | 1.27% | -0.21% | (0.11) | | |
| 6/13/2012 | 926,925 | $37.56 | -1.75% | -0.67% | -1.66% | -1.10% | -0.66% | (0.35) | | |
| 6/14/2012 | 1,408,253 | $37.74 | 0.48% | 1.08% | 1.04% | 1.07% | -0.59% | (0.31) | | |
| 6/15/2012 | 1,367,388 | $37.97 | 0.61% | 1.03% | 1.49% | 1.28% | -0.68% | (0.36) | | |
| 6/18/2012 | 1,094,245 | $38.12 | 0.40% | 0.15% | 0.69% | 0.48% | -0.09% | (0.05) | | |
| 6/19/2012 | 864,450 | $39.14 | 2.68% | 0.98% | 0.83% | 0.91% | 1.76% | 0.94 | | |
| 6/20/2012 | 826,424 | $39.52 | 0.97% | -0.16% | -0.24% | -0.14% | 1.11% | 0.59 | | |
| 6/21/2012 | 974,566 | $38.60 | -2.33% | -2.21% | -3.30% | -2.62% | 0.29% | 0.16 | | |
| 6/22/2012 | 1,202,135 | $38.98 | 0.98% | 0.72% | 0.18% | 0.46% | 0.52% | 0.28 | | |
| 6/25/2012 | 752,469 | $38.66 | -0.82% | -1.58% | -1.87% | -1.61% | 0.78% | 0.42 | | |
| 6/26/2012 | 1,067,592 | $39.95 | 3.34% | 0.48% | 1.10% | 0.84% | 2.50% | 1.33 | | |
| 6/27/2012 | 1,004,778 | $39.94 | -0.03% | 0.92% | -1.31% | -0.23% | 0.21% | 0.11 | | |
| 6/28/2012 | 1,623,007 | $40.12 | 0.45% | -0.21% | 0.08% | 0.01% | 0.44% | 0.23 | | |
| 6/29/2012 | 2,149,870 | $40.79 | 1.67% | 2.50% | 2.85% | 2.63% | -0.96% | (0.51) | | |
| 7/2/2012 | 1,280,605 | $40.88 | 0.22% | 0.25% | 0.52% | 0.44% | -0.22% | (0.12) | | |
| 7/3/2012 | 565,288 | $40.62 | -0.64% | 0.65% | -0.10% | 0.28% | -0.92% | (0.49) | | |
| 7/5/2012 | 1,107,103 | $40.70 | 0.20% | -0.47% | 1.87% | 0.84% | -0.64% | (0.34) | | |
| 7/6/2012 | 693,579 | $40.67 | -0.07% | -0.91% | -0.28% | -0.48% | 0.41% | 0.22 | | |
| 7/9/2012 | 849,988 | $40.24 | -1.06% | -0.16% | -0.44% | -0.24% | -0.81% | (0.43) | | |
| 7/10/2012 | 1,001,171 | $40.34 | 0.25% | -0.81% | -0.58% | -0.60% | 0.85% | 0.45 | | |
| 7/11/2012 | 1,447,530 | $39.21 | -2.80% | 0.01% | -0.94% | -0.43% | -2.37% | (1.26) | | |
| 7/12/2012 | 2,034,658 | $39.12 | -0.23% | -0.50% | -0.12% | -0.22% | -0.01% | (0.01) | | |
| 7/13/2012 | 895,343 | $39.03 | -0.23% | 1.65% | 1.32% | 1.46% | -1.69% | (0.90) | | |
| 7/16/2012 | 607,290 | $38.63 | -1.02% | -0.23% | -0.53% | -0.32% | -0.70% | (0.37) | | |
| 7/17/2012 | 757,328 | $38.80 | 0.44% | 0.74% | 0.88% | 0.84% | -0.40% | (0.21) | | |
| 7/18/2012 | 777,962 | $38.96 | 0.41% | 0.68% | 0.87% | 0.81% | -0.40% | (0.21) | | |
| 7/19/2012 | 528,050 | $39.16 | 0.51% | 0.28% | 0.75% | 0.57% | -0.06% | (0.03) | | |
| 7/20/2012 | 604,451 | $39.14 | -0.05% | -1.00% | -1.15% | -0.97% | 0.92% | 0.49 | | |
| 7/23/2012 | 671,899 | $39.05 | -0.23% | -0.89% | -0.61% | -0.64% | 0.41% | 0.22 | | |
| 7/24/2012 | 946,036 | $38.93 | -0.31% | -0.90% | -0.81% | -0.75% | 0.45% | 0.24 | | |
| 7/25/2012 | 758,028 | $38.68 | -0.64% | -0.03% | -1.25% | -0.61% | -0.03% | (0.02) | | |
| 7/26/2012 | 885,787 | $39.68 | 2.59% | 1.66% | 0.88% | 1.23% | 1.35% | 0.72 | | |
| 7/27/2012 | 876,739 | $41.01 | 3.35% | 1.91% | 2.81% | 2.35% | 1.00% | 0.53 | | |
| 7/30/2012 | 749,045 | $40.89 | -0.29% | -0.05% | -0.26% | -0.10% | -0.19% | (0.10) | | |
| 7/31/2012 | 692,911 | $40.51 | -0.93% | -0.43% | -1.29% | -0.80% | -0.13% | (0.07) | | |
| 8/1/2012 | 611,279 | $40.52 | 0.02% | -0.29% | -1.19% | -0.69% | 0.71% | 0.38 | | |
| 8/2/2012 | 947,738 | $40.31 | -0.52% | -0.73% | -0.15% | -0.34% | -0.18% | (0.10) | | |
| 8/3/2012 | 846,505 | $41.51 | 2.98% | 1.92% | 1.69% | 1.77% | 1.21% | 0.64 | | |
| 8/6/2012 | 945,399 | $41.94 | 1.04% | 0.24% | 0.88% | 0.62% | 0.41% | 0.22 | | |
| 8/7/2012 | 1,415,157 | $41.66 | -0.67% | 0.51% | 1.28% | 0.95% | -1.62% | (0.86) | | |
| 8/8/2012 | 457,178 | $41.72 | 0.14% | 0.09% | -0.31% | -0.06% | 0.21% | 0.11 | | |
| 8/9/2012 | 482,082 | $41.31 | -0.98% | 0.09% | -0.18% | 0.00% | -0.98% | (0.52) | | |
| 8/10/2012 | 3,104,639 | $38.44 | -6.95% | 0.22% | 0.07% | 0.19% | -7.14% | (3.80) | | |
| 8/13/2012 | 1,524,054 | $38.02 | -1.09% | -0.11% | -0.07% | -0.02% | -1.07% | (0.57) | | |
| 8/14/2012 | 710,257 | $38.11 | 0.24% | 0.00% | 0.11% | 0.12% | 0.12% | 0.06 | | |
| 8/15/2012 | 619,326 | $38.13 | 0.05% | 0.15% | 0.48% | 0.37% | -0.32% | (0.17) | | |
| 8/16/2012 | 765,323 | $38.43 | 0.79% | 0.72% | 1.08% | 0.93% | -0.15% | (0.08) | | |
| 8/17/2012 | 618,256 | $38.47 | 0.10% | 0.19% | 0.83% | 0.58% | -0.47% | (0.25) | | |
| 8/20/2012 | 1,191,882 | $38.75 | 0.73% | 0.00% | -0.61% | -0.26% | 0.99% | 0.53 | | |
| 8/21/2012 | 673,065 | $38.73 | -0.05% | -0.35% | 0.42% | 0.13% | -0.18% | (0.10) | | |
| 8/22/2012 | 1,245,301 | $38.84 | 0.28% | 0.03% | 0.10% | 0.12% | 0.16% | 0.08 | | |
| **8/23/2012** | **16,059,076** | **$30.76** | **-20.80%** | **-0.81%** | **-0.53%** | **-0.57%** | **-20.24%** | **(10.77)** | **Yes** | **Yes** |
| 8/24/2012 | 3,788,042 | $30.28 | -1.56% | 0.66% | 0.57% | 0.64% | -2.20% | (1.17) | | |

## Big Lots Securities Litigation

| | Big Lots | | | Market & Industry Indices | | Regression Analysis (1) | | | Statistically Significant | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reported | Closing | | | | Predicted | Abnormal | | at 5% level | at 1% level |
| Date | Volume | Price | Return | S&P 500 | Peer Group | Return | return | t-statistic | \|P-Value\| < 5% | \|P-Value\| < 1% |
| 8/27/2012 | 1,915,006 | $30.64 | 1.19% | -0.05% | -0.21% | -0.07% | 1.26% | 0.67 | | |
| 8/28/2012 | 1,774,670 | $31.10 | 1.50% | -0.07% | 0.20% | 0.13% | 1.37% | 0.73 | | |
| 8/29/2012 | 1,042,923 | $30.43 | -2.15% | 0.11% | 0.83% | 0.54% | -2.69% | (1.43) | | |
| 8/30/2012 | 1,060,006 | $30.37 | -0.20% | -0.77% | -0.29% | -0.43% | 0.23% | 0.12 | | |
| 8/31/2012 | 944,903 | $30.44 | 0.23% | 0.51% | 0.14% | 0.35% | -0.12% | (0.06) | | |
| 9/4/2012 | 1,045,727 | $30.57 | 0.43% | -0.11% | -0.21% | -0.10% | 0.53% | 0.28 | | |
| 9/5/2012 | 901,237 | $30.56 | -0.03% | -0.08% | -0.21% | -0.09% | 0.06% | 0.03 | | |
| 9/6/2012 | 974,468 | $30.60 | 0.13% | 2.06% | 1.99% | 1.99% | -1.86% | (0.99) | | |
| 9/7/2012 | 1,101,887 | $30.67 | 0.23% | 0.41% | 0.18% | 0.33% | -0.10% | (0.05) | | |
| 9/10/2012 | 1,152,395 | $30.51 | -0.52% | -0.61% | -0.30% | -0.36% | -0.16% | (0.09) | | |
| 9/11/2012 | 1,110,519 | $30.43 | -0.26% | 0.31% | -0.04% | 0.17% | -0.43% | (0.23) | | |
| 9/12/2012 | 850,985 | $30.39 | -0.13% | 0.24% | 0.59% | 0.47% | -0.60% | (0.32) | | |
| 9/13/2012 | 1,632,405 | $30.46 | 0.23% | 1.64% | 0.95% | 1.26% | -1.03% | (0.55) | | |
| 9/14/2012 | 2,160,897 | $31.83 | 4.50% | 0.40% | 0.41% | 0.44% | 4.06% | 2.16 | | |
| 9/17/2012 | 1,281,358 | $31.74 | -0.28% | -0.31% | -0.86% | -0.52% | 0.24% | 0.13 | | |
| 9/18/2012 | 982,243 | $31.56 | -0.57% | -0.13% | -0.77% | -0.40% | -0.17% | (0.09) | | |
| 9/19/2012 | 937,045 | $31.44 | -0.38% | 0.12% | 1.14% | 0.71% | -1.09% | (0.58) | | |
| 9/20/2012 | 1,355,334 | $31.19 | -0.80% | -0.04% | -0.26% | -0.10% | -0.70% | (0.37) | | |
| 9/21/2012 | 1,803,406 | $30.90 | -0.93% | -0.01% | -0.46% | -0.19% | -0.74% | (0.40) | | |
| 9/24/2012 | 743,422 | $30.87 | -0.10% | -0.22% | -0.90% | -0.51% | 0.41% | 0.22 | | |
| 9/25/2012 | 1,897,423 | $29.59 | -4.15% | -1.04% | -1.28% | -1.06% | -3.09% | (1.64) | | |
| 9/26/2012 | 1,308,456 | $29.65 | 0.20% | -0.55% | 0.09% | -0.14% | 0.34% | 0.18 | | |
| 9/27/2012 | 1,289,374 | $29.43 | -0.74% | 0.97% | 0.33% | 0.65% | -1.39% | (0.74) | | |
| 9/28/2012 | 1,794,898 | $29.58 | 0.51% | -0.45% | -0.29% | -0.29% | 0.80% | 0.42 | | |
| 10/1/2012 | 1,320,980 | $30.14 | 1.89% | 0.27% | 0.23% | 0.30% | 1.60% | 0.85 | | |
| 10/2/2012 | 1,360,289 | $29.65 | -1.63% | 0.09% | -0.31% | -0.07% | -1.56% | (0.83) | | |
| 10/3/2012 | 978,631 | $29.80 | 0.51% | 0.38% | 1.27% | 0.89% | -0.38% | (0.20) | | |
| 10/4/2012 | 914,145 | $30.29 | 1.64% | 0.72% | 1.05% | 0.92% | 0.73% | 0.39 | | |
| 10/5/2012 | 737,627 | $30.71 | 1.39% | 0.00% | 0.48% | 0.31% | 1.08% | 0.57 | | |
| 10/8/2012 | 1,203,917 | $30.43 | -0.91% | -0.35% | 0.61% | 0.23% | -1.14% | (0.61) | | |
| 10/9/2012 | 1,455,931 | $30.07 | -1.18% | -0.99% | -1.33% | -1.07% | -0.12% | (0.06) | | |
| 10/10/2012 | 718,366 | $30.38 | 1.03% | -0.61% | -0.73% | -0.59% | 1.62% | 0.86 | | |
| 10/11/2012 | 1,132,038 | $30.32 | -0.20% | 0.04% | -0.44% | -0.16% | -0.04% | (0.02) | | |
| 10/12/2012 | 703,996 | $30.07 | -0.82% | -0.29% | -0.53% | -0.35% | -0.48% | (0.25) | | |
| 10/15/2012 | 1,274,969 | $30.84 | 2.56% | 0.81% | 0.44% | 0.63% | 1.93% | 1.03 | | |
| 10/16/2012 | 633,526 | $30.89 | 0.16% | 1.03% | 0.95% | 1.00% | -0.84% | (0.45) | | |
| 10/17/2012 | 1,520,425 | $30.60 | -0.94% | 0.42% | 0.14% | 0.31% | -1.25% | (0.67) | | |
| 10/18/2012 | 1,177,924 | $29.94 | -2.16% | -0.24% | -0.23% | -0.16% | -1.99% | (1.06) | | |
| 10/19/2012 | 1,591,525 | $29.22 | -2.40% | -1.66% | -1.34% | -1.35% | -1.05% | (0.56) | | |
| 10/22/2012 | 1,287,731 | $29.43 | 0.72% | 0.05% | -0.41% | -0.14% | 0.86% | 0.46 | | |
| 10/23/2012 | 1,593,291 | $28.65 | -2.65% | -1.44% | -0.15% | -0.64% | -2.01% | (1.07) | | |
| 10/24/2012 | 1,637,100 | $29.00 | 1.22% | -0.31% | -1.10% | -0.65% | 1.87% | 1.00 | | |
| 10/25/2012 | 814,401 | $29.21 | 0.72% | 0.30% | -0.29% | 0.04% | 0.69% | 0.37 | | |
| 10/26/2012 | 920,212 | $28.78 | -1.47% | -0.07% | 1.09% | 0.60% | -2.07% | (1.10) | | |
| 10/31/2012 | 828,895 | $29.13 | 1.22% | 0.03% | 0.88% | 0.53% | 0.68% | 0.36 | | |
| 11/1/2012 | 1,156,529 | $30.52 | 4.77% | 1.10% | 1.29% | 1.21% | 3.56% | 1.90 | | |
| 11/2/2012 | 892,255 | $30.29 | -0.75% | -0.94% | -0.49% | -0.60% | -0.15% | (0.08) | | |
| 11/5/2012 | 539,140 | $30.53 | 0.79% | 0.23% | 0.51% | 0.42% | 0.37% | 0.20 | | |
| 11/6/2012 | 980,327 | $31.14 | 2.00% | 0.79% | 0.60% | 0.71% | 1.29% | 0.69 | | |
| 11/7/2012 | 740,874 | $30.57 | -1.83% | -2.28% | -1.42% | -1.67% | -0.16% | (0.09) | | |
| 11/8/2012 | 874,109 | $29.65 | -3.01% | -1.22% | -2.03% | -1.53% | -1.48% | (0.79) | | |
| 11/9/2012 | 1,323,583 | $28.93 | -2.43% | 0.17% | -0.48% | -0.12% | -2.31% | (1.23) | | |
| 11/12/2012 | 1,087,162 | $28.91 | -0.07% | 0.01% | -0.26% | -0.07% | 0.00% | 0.00 | | |
| 11/13/2012 | 3,685,172 | $27.48 | -4.95% | -0.37% | 0.41% | 0.12% | -5.06% | (2.70) | | |
| 11/14/2012 | 1,250,287 | $26.86 | -2.26% | -1.35% | 0.19% | -0.42% | -1.83% | (0.98) | | |
| 11/15/2012 | 682,797 | $27.39 | 1.97% | -0.15% | 0.41% | 0.21% | 1.77% | 0.94 | | |
| 11/16/2012 | 1,118,712 | $27.19 | -0.73% | 0.49% | 0.24% | 0.40% | -1.13% | (0.60) | | |
| 11/19/2012 | 609,322 | $27.90 | 2.61% | 1.99% | 2.52% | 2.24% | 0.37% | 0.20 | | |
| 11/20/2012 | 580,846 | $27.55 | -1.25% | 0.07% | -0.09% | 0.04% | -1.30% | (0.69) | | |
| 11/21/2012 | 581,371 | $27.61 | 0.22% | 0.23% | 0.40% | 0.37% | -0.15% | (0.08) | | |
| 11/23/2012 | 331,687 | $28.48 | 3.15% | 1.32% | 1.12% | 1.21% | 1.94% | 1.03 | | |
| 11/26/2012 | 1,090,157 | $27.72 | -2.67% | -0.20% | -0.29% | -0.18% | -2.49% | (1.33) | | |
| 11/27/2012 | 893,414 | $27.35 | -1.33% | -0.51% | -0.19% | -0.26% | -1.07% | (0.57) | | |
| 11/28/2012 | 1,014,446 | $27.79 | 1.61% | 0.82% | 1.41% | 1.15% | 0.46% | 0.24 | | |
| 11/29/2012 | 943,186 | $28.12 | 1.19% | 0.44% | -1.09% | -0.32% | 1.51% | 0.80 | | |
| 11/30/2012 | 1,312,240 | $28.16 | 0.14% | 0.02% | 0.27% | 0.21% | -0.06% | (0.03) | | |
| 12/3/2012 | 1,914,681 | $28.04 | -0.43% | -0.47% | -1.24% | -0.79% | 0.37% | 0.20 | | |
| **12/4/2012** | **10,390,116** | **$31.27** | **11.52%** | **-0.17%** | **-0.42%** | **-0.23%** | **11.75%** | **6.26** | **Yes** | **Yes** |
| 12/5/2012 | 3,177,715 | $30.06 | -3.87% | 0.19% | -0.52% | -0.13% | -3.74% | (1.99) | | |
| 12/6/2012 | 2,087,789 | $29.89 | -0.57% | 0.36% | 0.60% | 0.53% | -1.09% | (0.58) | | |
| 12/7/2012 | 3,359,063 | $28.18 | -5.72% | 0.30% | 0.17% | 0.27% | -5.99% | (3.19) | | |
| 12/10/2012 | 1,413,368 | $28.60 | 1.49% | 0.04% | -0.79% | -0.34% | 1.83% | 0.97 | | |

## Big Lots Securities Litigation

| | Big Lots | | | Market & Industry Indices | | Regression Analysis (1) | | | Statistically Significant | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Reported Volume | Closing Price | Return | S&P 500 | Peer Group | Predicted Return | Abnormal return | t-statistic | at 5% level \|P-Value\| < 5% | at 1% level \|P-Value\| < 1% |
| 12/11/2012 | 1,067,496 | $28.26 | -1.19% | 0.65% | -0.15% | 0.26% | -1.45% | (0.77) | | |
| 12/12/2012 | 1,236,219 | $27.65 | -2.16% | 0.07% | 0.34% | 0.26% | -2.42% | (1.29) | | |
| 12/13/2012 | 1,250,844 | $27.76 | 0.40% | -0.61% | 0.55% | 0.08% | 0.32% | 0.17 | | |
| 12/14/2012 | 892,447 | $27.22 | -1.95% | -0.41% | -0.75% | -0.51% | -1.43% | (0.76) | | |
| 12/17/2012 | 985,675 | $27.70 | 1.76% | 1.19% | 1.41% | 1.31% | 0.45% | 0.24 | | |
| 12/18/2012 | 1,743,187 | $28.89 | 4.30% | 1.15% | 0.76% | 0.95% | 3.35% | 1.78 | | |
| 12/19/2012 | 724,543 | $28.50 | -1.35% | -0.76% | -0.65% | -0.61% | -0.74% | (0.39) | | |
| 12/20/2012 | 843,682 | $27.96 | -1.89% | 0.57% | -0.44% | 0.07% | -1.97% | (1.05) | | |
| 12/21/2012 | 1,725,921 | $28.58 | 2.22% | -0.93% | -1.27% | -1.01% | 3.23% | 1.72 | | |
| 12/24/2012 | 341,839 | $28.55 | -0.11% | -0.23% | -0.14% | -0.12% | 0.01% | 0.01 | | |
| 12/26/2012 | 700,481 | $28.08 | -1.65% | -0.48% | -1.45% | -0.91% | -0.74% | (0.39) | | |
| 12/27/2012 | 817,563 | $27.87 | -0.75% | -0.10% | 0.29% | 0.17% | -0.91% | (0.49) | | |
| 12/28/2012 | 684,175 | $27.75 | -0.43% | -1.10% | -0.77% | -0.82% | 0.39% | 0.21 | | |
| 12/31/2012 | 803,959 | $28.46 | 2.56% | 1.69% | 2.41% | 2.05% | 0.51% | 0.27 | | |

(1) Regression based on 252-day control period from February 1, 2011 through January 31, 2012.