UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., et al.,<br><br>Defendants. | No. 2:12-cv-00604-MHW-NMK<br><br>CLASS ACTION |

DECLARATION OF WALTER MOORE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
BRIAN K. MURPHY (0070654)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN & DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

I, Walter Moore, declare as follows:

1. I am the Chairman of the Board of Trustees of the City of Pontiac General Employees' Retirement System ("PGERS"). I submit this declaration in support of PGERS' motion for class certification. This declaration is based upon personal knowledge and on information I have gathered in my capacity as a trustee and as Chairman.

2. PGERS is a 70-year-old pension fund that was established to provide pensions to general employees of the City of Pontiac, Michigan. PGERS serves over 1,000 retirees and beneficiaries, and has approximately $450 million in reserves.

3. PGERS is operated by a Board of Trustees, which, among other duties, selects and oversees investment professionals. PGERS' Board's top priority is to ensure that members' pensions are adequately funded. PGERS is funded at over 150%, making it one of the best-funded pension funds in the country. As of June 30, 2015, PGERS has produced a three-year annualized return that places it approximately in the top percentile of public fund sponsors in the country.

4. PGERS has a long-standing relationship with the highly respected law firm Sullivan, Ward, Asher & Patton, with whom it consults regularly.

5. PGERS has served as lead plaintiff in multiple cases, without ever failing to faithfully fulfill its duties as a lead plaintiff.

6. PGERS purchased shares of Big Lots, Inc., common stock between March 2, 2012, and August 23, 2012. *See* Dkt. No. 13-6.

7. In this case, I have agreed to appear for a deposition on behalf of PGERS. PGERS has consulted regularly with counsel and intends to continue to do all that is necessary to protect the best interests of the proposed class here. PGERS has been committed to vigorously prosecuting this litigation since its appointment as lead plaintiff, and intends to continue to do so throughout this

litigation. PGERS intends to obtain the largest recovery for the class consistent with good faith and sound judgment.

8. PGERS is committed to continuing to actively direct this litigation and maximize the recovery for the proposed class by attending hearings, depositions and/or trial, and overseeing the preparation and filing of pleadings, as appropriate. Further, PGERS understands that in the event it is appointed as a class representative it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation and would continue to work with Lead Counsel to obtain the largest recovery for the class consistent with good faith and meritorious advocacy. PGERS will not accept any payment for serving as class representative beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly related to the representation of the class as ordered or approved by the Court.

9. PGERS intends to continue to provide fair and adequate representation by, among other things, directing the efforts of Lead Counsel Robbins, Geller, Rudman & Dowd, LLP ("Robbins Geller").

10. PGERS selects Robbins Geller as its proposed class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions. In addition, PGERS believes that Robbins Geller possesses the necessary financial and human resources to prosecute this case effectively.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed this 25th day of May 2016, in Oakland County, Michigan

[signature]

WALTER MOORE

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 27, 2016.

s/ JOSEPH F. MURRAY
JOSEPH F. MURRAY
Trial Attorney (0063373)

MURRAY MURPHY MOUL + BASIL LLP
1533 Lake Shore Drive
Columbus, OH 43204
Telephone: 614/488-0400
614/488-0401 (fax)

E-mail: murray@mmmb.com

# Mailing Information for a Case 2:12-cv-00604-MHW-NMK Willis v. Big Lots, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Austin P Brane**
  abrane@rgrdlaw.com
- **Timothy G Cameron**
  tcameron@cravath.com,mao@cravath.com,tsyverson@cravath.com,ascolnik@cravath.com,dlisner@cravath.com,hyan@cravath.com,bmcnamara@cravath.com
- **Brian E Cochran**
  bcochran@rgrdlaw.com
- **William Darrell Kloss , Jr**
  wdklossjr@vorys.com,crmarioth@vorys.com
- **John Joseph Kulewicz**
  jjkulewicz@vssp.com
- **David W Mitchell**
  davidm@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com
- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com
- **Lucas F Olts**
  lolts@rgrdlaw.com
- **Michael A. Paskin**
  mpaskin@cravath.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)