UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. BIG LOTS, INC., et al., Defendants. | No. 2:12-cv-00604-MHW-NMK<br><br>CLASS ACTION |

DECLARATION OF MITCH GOLDBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
BRIAN K. MURPHY (0070654)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

I, Mitch Goldberg, declare as follows:

1. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Director of the Teamsters Local 237 Additional Security Benefit Fund (the "Fund"). As the Director, I participate in and oversee decisions regarding the administration of the Fund. I am authorized to seek the Fund's appointment as a class representative in this action.

3. The Fund is a supplemental member annuity plan with headquarters in New York City, NY. The Fund manages assets of approximately $ 255 million. The Fund provides its retirees with monthly retirement benefits.

4. The Fund purchased shares of Big Lots, Inc. common stock between March 2, 2012, and August 23, 2012. *See* [EXHIBIT/ATTACHMENT].

5. The Fund understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As a large, sophisticated institutional investor, the Fund understands that in the event it is appointed as a class representative it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation and would work with class counsel to obtain the largest recovery for the class consistent with good faith and meritorious advocacy.

6. The Fund is committed to actively direct this litigation and maximize the recovery for the class by attending hearings, depositions and/or trial, and overseeing the preparation and filing of pleadings, as appropriate.

7. The Fund will not accept any payment for serving as class representative beyond the Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly related to the representation of the class as ordered or approved by the Court.

8. The Fund intends to provide fair and adequate representation by, among other things, directing the efforts of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller").

9. The Fund selects Robbins Geller as its proposed class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions. In addition, the Fund believes that Robbins Geller possesses the necessary financial and human resources to prosecute this case effectively.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed this 25th day of May, 2016, at 12:30.



1104591_1

# EXHIBIT 1

# CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of

any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of MAY, 2016.

TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND

By: [signature]

Its: Director

# SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 03/20/2012 | 400 | $45.23 |
| 06/07/2012 | 1,192 | $37.98 |
| 08/17/2012 | 125 | $38.48 |

### Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 08/23/2012 | 600 | $31.41 |
| 08/23/2012 | 725 | $31.94 |

*Opening position of 3,959 shares.

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 27, 2016.

s/ JOSEPH F. MURRAY
JOSEPH F. MURRAY
Trial Attorney (0063373)

MURRAY MURPHY MOUL + BASIL LLP
1533 Lake Shore Drive
Columbus, OH 43204
Telephone: 614/488-0400
614/488-0401 (fax)

E-mail: murray@mmmb.com

# Mailing Information for a Case 2:12-cv-00604-MHW-NMK Willis v. Big Lots, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Austin P Brane**
  abrane@rgrdlaw.com
- **Timothy G Cameron**
  tcameron@cravath.com,mao@cravath.com,tsyverson@cravath.com,ascolnik@cravath.com,dlisner@cravath.com,hyan@cravath.com,bmcnamara@cravath.com
- **Brian E Cochran**
  bcochran@rgrdlaw.com
- **William Darrell Kloss , Jr**
  wdklossjr@vorys.com,crmarioth@vorys.com
- **John Joseph Kulewicz**
  jjkulewicz@vssp.com
- **David W Mitchell**
  davidm@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com
- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com
- **Lucas F Olts**
  lolts@rgrdlaw.com
- **Michael A. Paskin**
  mpaskin@cravath.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)