UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., et al.,<br><br>Defendants. | No. 2:12-cv-00604-MHW-NMK<br><br>CLASS ACTION |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
BRIAN K. MURPHY (0070654)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

Having considered Plaintiffs' Motion for Class Certification and to Appoint Class Representatives and Class Counsel, and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED; and

2. A class consisting of the following is hereby certified under Fed. R. Civ. P. 23:

> All persons who purchased the common stock of Big Lots, Inc. between March 2, 2012 and August 23, 2012, and who were damaged thereby. Excluded from the Class are defendants, the officers and directors of the Company, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

3. City of Pontiac General Employees' Retirement System and Teamsters Local 237 Additional Security Benefit Fund are hereby appointed Class Representatives.

4. The law firm of Robbins Geller Rudman & Dowd LLP is hereby appointed as Lead Class Counsel.

IT IS SO ORDERED.

DATED: ______________________________ ______________________________

THE HONORABLE MICHAEL WATSON
UNITED STATES DISTRICT JUDGE