# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS, Inc., et al.,<br><br>Defendants. | Case No. 2:12-cv-00604-MHW-NMK<br><br>District Judge Michael H. Watson<br><br>Magistrate Judge Norah McCann King |

**DECLARATION OF DAVID A. HERMAN IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, David A. Herman, hereby declare as follows:

1.  I am an attorney at law licensed to practice in the State of New York and admitted *pro hac vice* in this action. I am associated with the law firm Cravath, Swaine & Moore LLP, counsel of record for Defendants Joe R. Cooper, Steven S. Fishman, Charles W. Haubiel II, Timothy A. Johnson, and Big Lots, Inc. ("Big Lots"). I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and to Appoint Class Representatives and Class Counsel.

2.  Exhibit A is a true and correct copy of a press release issued by Big Lots and dated February 2, 2012.

3.  Exhibit B is a true and correct copy of a press release issued by Big Lots and dated March 2, 2012.

4. Exhibit C is a true and correct copy of a Thomson Reuters transcript of a conference call hosted by Big Lots on March 2, 2012.

5. Exhibit D is a true and correct copy of the transcript of the 30(b)(6) Deposition of Walter L. Moore on behalf of Proposed Class Representative City of Pontiac General Employees' Retirement System, held on July 13, 2016.

6. Exhibit E is a true and correct copy of the City of Pontiac General Employees' Retirement System Engagement Agreement for Portfolio Monitoring with Robbins Geller Rudman & Dowd LLP (PGERS000094-96), dated January 25, 2012.

7. Exhibit F is a true and correct copy of the Teamsters Local 237 Additional Security Benefit Fund Engagement Agreement for Portfolio Monitoring and Claims Filing Services for Shareholder Actions with Coughlin Stoia Geller Rudman & Robbins LLP (TEAM000151-54), dated March 20, 2008.

8. Exhibit G is a true and correct copy of the transcript of the 30(b)(6) Deposition of Mitchell R. Goldberg on behalf of Proposed Class Representative Teamsters Local 237 Additional Security Benefit Fund, held on July 15, 2016.

9. Exhibit H is a true and correct copy of the transcript of the 30(b)(6) Deposition of Robert A. Benton on behalf of Paradigm Capital Management, Inc., held on July 20, 2016.

10. Exhibit I is a true and correct copy of the transcript of the 30(b)(6) Deposition of Ronald M. Mushock on behalf of Systematic Financial Management, held on July 21, 2016.

11. Exhibit J is a true and correct copy of a printout of the Systematic Financial Management, L.P. webpage entitled "Catalyst Value" (http://www.sfmlp.com/catalyst-value/) as of July 5, 2016 (Mushock Ex. 14).

12. Exhibit K is a true and correct copy of an email chain between Gordon Sacks and Yolanda Foreman, dated April 14, 2011, with the attached Paradigm Capital Management Firm and Smid-Cap Strategy Overview for Teamsters Local 237 (Benton Ex. 4), which was produced in discovery by Paradigm Capital Management, Inc.

13. Exhibit L is a true and correct copy of the Herndon Capital Management Presentation to Teamsters Local 237 (Herndon 00102-163), dated April 18, 2011 (Cain Ex. 6).

14. Exhibit M is a true and correct copy of the transcript of the 30(b)(6) Deposition of Randell A. Cain, Jr. on behalf of Herndon Capital Management, held on July 22, 2016.

15. Exhibit N is a true and correct copy of the transcript of the 30(b)(6) Deposition of Janna L. Sampson on behalf of OakBrook Investments, LLC, held on July 14, 2016.

16. Exhibit O is a true and correct copy of the transcript of the deposition of Bjorn Steinholt, Plaintiffs' expert in the above-captioned action, held on July 21, 2016.

17. Exhibit P is a true and correct copy of the Expert Report of Paul A. Gompers, Defendants' expert in the above-captioned action, and Exhibits 1-4 to the Report, dated July 28, 2016.

18. Exhibit Q is a true and correct copy of a printout of the Paradigm Capital Management webpage entitled "How We Approach Our Craft" (http://paradigmcapital.com/process-2/how-we-approach-our-craft/) as of July 5, 2016 (Benton Ex. 13).

19. Exhibit R is a true and correct copy of an email chain between Brian Cochran of Robbins Geller Rudman & Dowd LLP and Matthew P. Hendrickson of Cravath, Swaine & Moore LLP with the subject line "Big Lots - Gray & Co. Deposition," dated July 24-25, 2016.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of July, 2016, at New York, New York.

_____
David A. Herman