# EXHIBIT B

Print Page Close Window

BIGLOTS!

Press Release

**Big Lots Reports Record Results**

**RECORD FOURTH QUARTER EPS OF $1.75 PER DILUTED SHARE**
**RECORD FISCAL 2011 EPS FROM CONTINUING OPERATIONS OF $2.99 PER DILUTED SHARE**
**COMPANY PROVIDES GUIDANCE FOR FISCAL 2012**

COLUMBUS, Ohio, March 2, 2012 /PRNewswire/ -- Big Lots, Inc. (NYSE: BIG), North America's largest broadline closeout retailer, is reporting fourth quarter fiscal 2011 net income totaled $114.7 million, or $1.75 per diluted share, compared to $110.1 million, or $1.46 per diluted share, for the fourth quarter of fiscal 2010.

(Logo: http://photos.prnewswire.com/prnh/20011026/BIGLOTSLOGO )

For fiscal 2011, ended January 28, 2012, net income totaled $207.1 million, or $2.98 per diluted share. For fiscal 2011, income from continuing operations totaled $207.2 million, or $2.99 per diluted share, compared to $222.5 million, or $2.83 per diluted share, for fiscal 2010.

**FISCAL 2011 HIGHLIGHTS**

- **Record income from continuing operations of $2.99 per diluted share; fifth consecutive record year**
- **Record total sales of $5.2 billion, an increase of 5% compared to fiscal 2010**
- **Record operating profit of $358 million for U.S. operations**
- **Opened 92 new stores in the U.S.**
- **Expanded into Canada with the acquisition of Liquidation World**
- **Invested $359 million to repurchase 11 million shares - approximately 15% of our outstanding shares as of the beginning of fiscal 2011**

Commenting on fiscal 2011 results, Steve Fishman, Chairman, Chief Executive Officer and President stated, "We are very pleased to deliver our fifth consecutive year of record operating profit in the U.S. and record EPS for the overall Company. We were aggressive this year in certain key merchandise initiatives and our strategies accelerated sales trends as the year progressed. We successfully opened 92 new stores in the U.S. and expanded our footprint into Canada with the acquisition of Liquidation World. We operated as good stewards of our cash and shareholders' capital as we invested in long-term growth opportunities, both in the U.S. and Canada, while returning $359 million of cash back to shareholders through our share repurchase efforts."

**FOURTH QUARTER HIGHLIGHTS**

- **Record net income of $1.75 per diluted share, a 20% increase over last year**
- **Comparable store sales increase of 3.4% for U.S. stores**
- **Record operating profit of $191 million**
- **Opened 23 new stores in the U.S.**
- **Invested $46 million to repurchase 1.3 million shares**

Fourth Quarter Results

*U.S. Operations*

Net sales for U.S. operations for the fourth quarter of fiscal 2011 increased 7.5% to $1,632.9 million, compared to $1,518.9 million for the same period in

Case: 2:12-cv-00604-MHW-KAJ Doc #: 75-2 Filed: 07/29/16 Page: 3 of 11 PAGEID #: 2974

fiscal 2010. Comparable store sales for U.S. stores open at least two years at the beginning of the fiscal year increased 3.4% for the quarter. Income from continuing operations totaled $1.83 per diluted share (non-GAAP) compared to income from continuing operations of $1.46 per diluted share last year. The 25% increase in earnings per share was driven primarily by a 10% increase in operating profit and a 13% reduction in share count due to our opportunistic repurchase of approximately 11 million of our shares throughout fiscal 2011.

*Canadian Operations*

Net sales for Canadian operations for the fourth quarter of fiscal 2011 totaled $36.6 million, while incurring a net loss of $5.1 million, or $0.08 per diluted share (non-GAAP). This result was favorable to our original expectations which called for sales in the range of $25 to $30 million and a net loss in the range of $7 to $9 million for the quarter. We acquired our Canadian operations on July 18, 2011. Based on materiality to our total operations, we are not required to and have not provided pro-forma information, or full year fiscal 2011 results for Canadian operations.

Inventory and Cash Management

On a consolidated basis, inventory ended the fourth quarter of fiscal 2011 at $825 million, compared to $762 million last year. The increase of approximately 8% represents 4% growth in the number of U.S. stores, approximately 2% per store growth of inventory in our U.S. stores, and our recent Canadian acquisition.

We ended fiscal 2011 with $69 million of cash and cash equivalents and $66 million of borrowings under our credit facility compared to $178 million of cash and cash equivalents and no borrowings under our credit facility as of the end of fiscal 2010. Our use of cash and debt during fiscal 2011 was the result of share repurchase activity and the acquisition and funding to date of our Canadian operations, partially offset by positive cash flow (defined as operating activities less investing activities) generated by our U.S. business.

Share Repurchase Activity

During the fourth quarter of fiscal 2011, we invested $46 million to repurchase 1.3 million of our shares at an average price of $36.79 per share. For fiscal 2011, we invested $359 million to repurchase 11 million of our shares, or approximately 15% of our outstanding shares as of the beginning of fiscal 2011, at an average price of $32.79. Currently, we have $99 million of availability under our $400 million share repurchase program. The remaining available amount under this program may be utilized to repurchase our shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Shares acquired through the repurchase program will be available to meet obligations under equity compensation plans and for general corporate purposes. The share repurchase program will continue until exhausted.

Inventory Accounting Change

We utilize the retail inventory method and historically we have valued inventory at the merchandise department level. Effective January 29, 2012, with our successful implementation of new retail inventory systems, we began valuing inventory at the merchandise class level which will give us better visibility to the profitability of our merchandising efforts and initiatives.

As a result of this change, we expect to record a non-recurring, non-cash after-tax inventory charge of approximately $3.4 million, or $0.05 per diluted share, in the first fiscal quarter of 2012. Accordingly, we will be providing adjusted, non-GAAP operating results throughout fiscal 2012. We believe these non-GAAP financial measures should facilitate analysis by investors and others who follow our financial performance. There will be no effect on prior periods related to this change.

Sales Reporting Changes

Starting in the first quarter of fiscal 2012, comparable store sales will be based on U.S. stores open at least 15 months. In the past, comparable stores sales have been based on U.S. stores open at least two years at the beginning of the fiscal year. This change will enable our comparable store sales calculation to be more consistent with industry standards, and would not have materially changed the comparable store sales results reported in fiscal 2011.

Also effective with the first quarter of fiscal 2012, we will no longer provide a press release for quarterly sales results.  Instead, the quarterly reporting of sales and earnings will be combined in one comprehensive press release to enable a more complete analysis of the business for shareholders and others who analyze the Company's results.

## 2012 GUIDANCE

- **Initial fiscal 2012 adjusted income from continuing operations projected to be $3.40 to $3.50 per diluted share (non-GAAP); a 14% to 17% increase over fiscal 2011**
- **Comparable store sales expected to increase 2% to 3% for U.S. stores**
- **Anticipate 90 new store openings in the U.S.**
- **Initial cash flow guidance estimated to be approximately $200 million**

We estimate fiscal 2012 adjusted income from continuing operations will be in the range of $3.40 to $3.50 per diluted share (see non-GAAP reconciliation below) compared to income from continuing operations of $2.99 per diluted share for fiscal 2011. We are operating under a 53-week retail calendar for fiscal 2012 and the positive corresponding impact of the extra week of operations adds approximately $0.10 per diluted share to our estimates for fiscal 2012. The average diluted share count is estimated to be approximately 65 million for fiscal 2012, with no assumption for share repurchase activity. We estimate this financial performance will result in cash flow of approximately $200 million. Our estimates for fiscal 2012 exclude the non-recurring, non-cash after-tax inventory charge of $3.4 million described above.

*U.S. Operations*

We estimate adjusted income from continuing operations to be in the range of $3.63 to $3.73 per diluted share (non-GAAP), a 14% to 17% increase over fiscal 2011 results of $3.18 per diluted share (non-GAAP). This is based on a comparable store sales increase in the range of 2% to 3% and a total U.S. sales increase in the range of 8% to 9% in fiscal 2012. From a real estate perspective, we expect to open 90 new stores in the U.S. during fiscal 2012 and close up to 45 locations for net store growth of 45 stores, or approximately 3%.

*Canadian Operations*

Canadian sales are expected to be in the range of $140 to $150 million for fiscal 2012, resulting in an operating loss in the range of $14 to $17 million, or $0.21 to $0.26 per diluted share (non-GAAP).

***Fiscal Q1 2012 Guidance***

For the first quarter of fiscal 2012, we estimate our adjusted consolidated income from continuing operations will be in the range of $0.75 to $0.81 per diluted share (non-GAAP), a 7% to 16% increase compared to income of $0.70 per diluted share for the first quarter of fiscal 2011. As a reminder, this estimate excludes the non-recurring, non-cash after-tax inventory charge of $3.4 million described earlier in this release.

We estimate adjusted income from U.S. operations in a range of $0.85 to $0.90 per diluted share (non-GAAP), a 21% to 29% increase over last year's $0.70 per diluted share. This is based on a comparable store sales increase in the range of 2% to 4% and a total U.S. sales increase in the range of 6% to 8%.

Canadian sales are expected to be in the range of $25 to $30 million for the first quarter of fiscal 2012, resulting in an operating loss in the range of $6 to $8 million, or $0.09 to $0.12 per diluted share (non-GAAP).

| *Consolidated Company Guidance* | Fiscal 2012 | |
|---|---|---|
| | Full Year | Q1 |
| Guidance as Adjusted (non-GAAP) | $3.40 - $3.50 | $0.75 - $0.81 |
| Adjustment for non-recurring Inventory charge | ($0.05) | ($0.05) |
| Guidance on GAAP basis | $3.35 - $3.45 | $0.70 - $0.76 |

**Conference Call / Webcast**

We will host a conference call today at 8:00 a.m. to discuss our financial results for the fourth quarter and provide commentary on our guidance for fiscal 2012. We invite you to listen to the webcast of the conference call through the Investor Relations section of our website (www.biglots.com).

An archive of the call will be available through the Investor Relations section of our website (www.biglots.com) beginning two hours after the call ends and will remain available through midnight on Thursday, March 15. A replay of the call will be available beginning today at noon through March 15 at midnight by dialing: 1.888.203.1112 (United States and Canada) or 1.719.457.0820 (International). The PIN number is 1659098. All times are Eastern Time.

Big Lots is North America's largest broadline closeout retailer. As of January 28, 2012, we operated 1,451 **BIG LOTS** stores in the 48 contiguous United States and 82 **LIQUIDATION WORLD** and **LW** stores in Canada. Wholesale operations are conducted through **BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL,** and **WISCONSIN TOY** and with online sales at www.biglotswholesale.com.

**Cautionary Statement Concerning Forward-Looking Statements**

Certain statements in this release are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, and such statements are intended to qualify for the protection of the safe harbor provided by the Act. The words "anticipate," "estimate," "expect," "objective," "goal," "project," "intend," "plan," "believe," "will," "should," "may," "target," "forecast," "guidance," "outlook" and similar expressions generally identify forward-looking statements. Similarly, descriptions of our objectives, strategies, plans, goals or targets are also forward-looking statements. Forward-looking statements relate to the expectations of management as to future occurrences and trends, including statements expressing optimism or pessimism about future operating results or events and projected sales, earnings, capital expenditures and business strategy. Forward-looking statements are based upon a number of assumptions concerning future conditions that may ultimately prove to be inaccurate. Forward-looking statements are and will be based upon management's then-current views and assumptions regarding future events and operating performance, and are applicable only as of the dates of such statements. Although we believe the expectations expressed in forward-looking statements are based on reasonable assumptions within the bounds of our knowledge, forward-looking statements, by their nature, involve risks, uncertainties and other factors, any one or a combination of which could materially affect our business, financial condition, results of operations or liquidity.

Forward-looking statements that we make herein and in other reports and releases are not guarantees of future performance and actual results may differ materially from those discussed in such forward-looking statements as a result of various factors, including, but not limited to, the current economic and credit crisis, the cost of goods, our inability to successfully execute strategic initiatives, competitive pressures, economic pressures on our customers and us, the availability of brand name closeout merchandise, trade restrictions, freight costs, the risks discussed in the Risk Factors section of our most recent Annual Report on Form 10-K, and other factors discussed from time to time in our other filings with the SEC, including Quarterly Reports on Form 10-Q and Current Reports on Form 8-K. This release should be read in conjunction with such filings, and you should consider all of these risks, uncertainties and other factors carefully in evaluating forward-looking statements.

You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date thereof. We undertake no obligation to publicly update forward-looking statements, whether as a result of new information, future events or otherwise. You are advised, however, to consult any further disclosures we make on related subjects in our public announcements and SEC filings.

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands)**

| | JANUARY 28 2012 | JANUARY 29 2011 |
|---|---|---|
| | (Unaudited) | |
| **ASSETS** | | |
| **Current assets:** | | |
| **Cash and cash equivalents** | $68,547 | $177,539 |
| **Inventories** | 825,195 | 762,146 |

| | | |
|---|---|---|
| Deferred income taxes | 42,784 | 50,252 |
| Other current assets | 70,130 | 61,782 |
| Total current assets | 1,006,656 | 1,051,719 |
| Property and equipment - net | 572,767 | 524,906 |
| Deferred income taxes | 6,549 | 6,666 |
| Goodwill | 12,282 | 0 |
| Other assets | 43,056 | 36,308 |
| | $1,641,310 | $1,619,599 |
| LIABILITIES AND SHAREHOLDERS' EQUITY | | |
| Current liabilities: | | |
| Accounts payable | $350,117 | $302,818 |
| Property, payroll and other taxes | 74,396 | 75,401 |
| Accrued operating expenses | 56,088 | 53,771 |
| Insurance reserves | 35,159 | 37,741 |
| KB bankruptcy lease obligation | 3,115 | 3,552 |
| Accrued salaries and wages | 29,170 | 43,433 |
| Income taxes payable | 36,775 | 25,215 |
| Total current liabilities | 584,820 | 541,931 |
| Long-term obligations under bank credit facility | 65,900 | 0 |
| Deferred rent | 59,320 | 42,037 |
| Insurance reserves | 49,794 | 46,145 |
| Unrecognized tax benefits | 18,681 | 19,142 |
| Other liabilities | 39,562 | 23,551 |
| Shareholders' equity | 823,233 | 946,793 |
| | $1,641,310 | $1,619,599 |

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share data)**

| | 13 WEEKS ENDED JANUARY 28, 2012 | % | 13 WEEKS ENDED JANUARY 29, 2011 | % |
|---|---|---|---|---|
| | (Unaudited) | | (Unaudited) | |
| Net sales | $1,669,574 | 100.0 | $1,518,943 | 100.0 |
| Gross margin | 671,382 | 40.2 | 619,964 | 40.8 |
| Selling and administrative expenses | 455,437 | 27.3 | 421,726 | 27.8 |

| | | | | |
|---|---|---|---|---|
| Depreciation expense | 25,315 | 1.5 | 21,074 | 1.4 |
| Operating profit | 190,630 | 11.4 | 177,164 | 11.7 |
| Interest expense | (773) | (0.0) | (808) | (0.1) |
| Other income (expense) | (120) | (0.0) | 41 | 0.0 |
| Income from continuing operations before income taxes | 189,737 | 11.4 | 176,397 | 11.6 |
| Income tax expense | 74,988 | 4.5 | 66,372 | 4.4 |
| Income from continuing operations | 114,749 | 6.9 | 110,025 | 7.2 |
| (Loss) income from discontinued operations, net of tax expense (benefit) of ($19) and $20, respectively | (29) | (0.0) | 30 | 0.0 |
| Net income | $114,720 | 6.9 | $110,055 | 7.2 |
| Earnings per common share - basic (a) | | | | |
| Continuing operations | $1.79 | | $1.48 | |
| Discontinued operations | 0.00 | | 0.00 | |
| Net income | $1.79 | | $1.48 | |
| Earnings per common share - diluted (a) | | | | |
| Continuing operations | $1.75 | | $1.46 | |
| Discontinued operations | 0.00 | | 0.00 | |
| Net income | $1.75 | | $1.46 | |
| Weighted average common shares outstanding | | | | |
| Basic | 64,140 | | 74,504 | |
| Dilutive effect of share-based awards | 1,258 | | 865 | |
| Diluted | 65,398 | | 75,369 | |

(a) The earnings per share for Continuing Operations, Discontinued Operations and Net Income are separately calculated in accordance with

accounting pronouncements; therefore, the sum of earnings per share for Continuing Operations and Discontinued Operations may differ, due to rounding, from the calculated earnings per share of Net Income.

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share data)**

| | 52 WEEKS ENDED JANUARY 28, 2012 | % | 52 WEEKS ENDED JANUARY 29, 2011 | % |
|---|---|---|---|---|
| | (Unaudited) | | | |
| Net sales | $5,202,269 | 100.0 | $4,952,244 | 100.0 |
| Gross margin | 2,070,407 | 39.8 | 2,012,451 | 40.6 |
| Selling and administrative expenses | 1,634,532 | 31.4 | 1,576,500 | 31.8 |
| Depreciation expense | 90,280 | 1.7 | 78,606 | 1.6 |
| Operating profit | 345,595 | 6.6 | 357,345 | 7.2 |
| Interest expense | (3,530) | (0.1) | (2,573) | (0.1) |
| Other income (expense) | (173) | (0.0) | 612 | 0.0 |
| Income from continuing operations before income taxes | 341,892 | 6.6 | 355,384 | 7.2 |
| Income tax expense | 134,657 | 2.6 | 132,837 | 2.7 |
| Income from continuing operations | 207,235 | 4.0 | 222,547 | 4.5 |
| Loss from discontinued operations, net of tax benefit of $112 and $14, respectively | (171) | (0.0) | (23) | (0.0) |
| Net income | $207,064 | 4.0 | $222,524 | 4.5 |
| Earnings per common share - basic (a) | | | | |
| Continuing operations | $3.03 | | $2.87 | |
| Discontinued operations | 0.00 | | 0.00 | |
| Net income | $3.03 | | $2.87 | |
| Earnings per common share - diluted (a) | | | | |

| | | |
|---|---|---|
| Continuing operations | $2.99 | $2.83 |
| Discontinued operations | 0.00 | 0.00 |
| Net income | $2.98 | $2.83 |
| **Weighted average common shares outstanding** | | |
| Basic | 68,316 | 77,596 |
| Dilutive effect of share-based awards | 1,103 | 985 |
| Diluted | 69,419 | 78,581 |

(a) The earnings per share for Continuing Operations, Discontinued Operations and Net Income are separately calculated in accordance with accounting pronouncements; therefore, the sum of earnings per share for Continuing Operations and Discontinued Operations may differ, due to rounding, from the calculated earnings per share of Net Income.

**BIG LOTS, INC. AND SUBSIDIARIES**
**SEGMENT OPERATING PERFORMANCE**
**(In thousands, except per share data)**

| | 13 WEEKS ENDED JANUARY 28, 2012 | | |
|---|---|---|---|
| | U.S. | Canada | Consolidated |
| | (Unaudited) | (Unaudited) | (Unaudited) |
| Net sales | $1,632,933 | $36,641 | $1,669,574 |
| Gross margin | 657,470 | 13,912 | 671,382 |
| Selling and administrative expenses | 437,818 | 17,619 | 455,437 |
| Depreciation expense | 24,072 | 1,243 | 25,315 |
| Operating profit (loss) | 195,580 | (4,950) | 190,630 |
| Interest expense | (773) | 0 | (773) |
| Other income (expense) | 0 | (120) | (120) |
| Income (loss) from continuing operations before income taxes | 194,807 | (5,070) | 189,737 |
| Income tax expense | 74,988 | 0 | 74,988 |
| Income (loss) from continuing operations | 119,819 | (5,070) | 114,749 |

| | | | |
|---|---|---|---|
| **Diluted earnings (loss) per common share from continuing operations (b)** | $1.83 | ($0.08) | $1.75 |

| | 52 WEEKS ENDED JANUARY 28, 2012 (a) | | |
|---|---|---|---|
| | **U.S.** | **Canada** | **Consolidated** |
| | (Unaudited) | (Unaudited) | (Unaudited) |
| **Net sales** | $5,140,164 | $62,105 | $5,202,269 |
| **Gross margin** | 2,046,055 | 24,352 | 2,070,407 |
| **Selling and administrative expenses** | 1,599,772 | 34,760 | 1,634,532 |
| **Depreciation expense** | 88,469 | 1,811 | 90,280 |
| **Operating profit (loss)** | 357,814 | (12,219) | 345,595 |
| **Interest expense** | (2,739) | (791) | (3,530) |
| **Other income (expense)** | 163 | (336) | (173) |
| **Income (loss) from continuing operations before income taxes** | 355,238 | (13,346) | 341,892 |
| **Income tax expense** | 134,657 | 0 | 134,657 |
| **Income (loss) from continuing operations** | 220,581 | (13,346) | 207,235 |
| **Diluted earnings (loss) per common share from continuing operations (b)** | $3.18 | ($0.19) | $2.99 |

(a) The consolidated results of operations are comprised of the U.S. and Canadian operating segments. The results of the Canadian operating segment reflect activities from the date of acquisition (July 18, 2011) through the period end. Prior year results are not presented as we operated only one segment during fiscal 2010.

(b) The diluted earnings per share from continuing operations by segment are separately calculated; therefore, the sum of diluted earnings per share from continuing operations by segment may differ, due to rounding, from the calculated consolidated diluted earnings per share from continuing operations. Diluted earnings per share from continuing operations by segment is a “non-GAAP financial measure,” as that term is defined by Rule 101 of Regulation G (17 CFR Part 244) and Item 10 of Regulation S-K (17 CFR Part 229), which our management believes is useful information to investors.

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands)**

| | 13 WEEKS ENDED JANUARY 28, 2012 | 13 WEEKS ENDED JANUARY 29, 2011 |
|---|---|---|
| | (Unaudited) | (Unaudited) |
| **Net cash provided by operating activities** | $298,907 | $279,041 |

| | | |
|---|---|---|
| Net cash used in investing activities | (28,797) | (23,438) |
| Net cash used in financing activities | (261,425) | (128,844) |
| Impact of foreign currency on cash | (85) | - |
| Increase in cash and cash equivalents | 8,600 | 126,759 |
| Cash and cash equivalents: | | |
| Beginning of period | 59,947 | 50,780 |
| End of period | $68,547 | $177,539 |

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands)**

| | 52 WEEKS ENDED JANUARY 28, 2012 | 52 WEEKS ENDED JANUARY 29, 2011 |
|---|---|---|
| | (Unaudited) | |
| Net cash provided by operating activities | $318,471 | $315,257 |
| Net cash used in investing activities | (120,712) | (114,552) |
| Net cash used in financing activities | (306,255) | (306,899) |
| Impact of foreign currency on cash | (496) | - |
| Decrease in cash and cash equivalents | (108,992) | (106,194) |
| Cash and cash equivalents: | | |
| Beginning of period | 177,539 | 283,733 |
| End of period | $68,547 | $177,539 |

SOURCE Big Lots, Inc.

Timothy A. Johnson, Senior Vice President - Finance, +1-614-278-6622