# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
-------------------------------------------x
ALAN WILLIS, Individually and on Behalf of
All Others Similarly Situated,

Plaintiffs,

NO. 2:12-cv-00604-MHW-NMK
vs.

BIG LOTS, INC., STEVEN S. FISHMAN,
JOE R. COOPER, CHARLES W. HAUBIEL II and
TIMOTHY A. JOHNSON,
Defendants.

-------------------------------------------x
CONFIDENTIAL

July 21, 2016
9:14 a.m.

30(b)(6) Video Deposition of Systematic
Financial Management by RONALD M. MUSHOCK

30(b)(6) Video Deposition of Systematic Financial Management by its corporate representative RONALD M. MUSHOCK, pursuant to subpoena, at the offices of Cravath, Swaine & Moore, Worldwide Plaza, New York, New York, before Mark Richman, a Certified Shorthand Reporter, Registered Professional Reporter and Notary Public of the State of New York

A P P E A R A N C E S:

ROBBINS GELLER RUDMAN & DOWD LLP
Lead Counsel for Lead Plaintiff
655 West Broadway, Suite 1900
San Diego, CA 92101

BY: BRIAN E. COCHRAN, ESQ.
bcochran@rgrdlaw.com

ROPES & GRAY LLP
Attorneys for Systematic and the Witness
1211 Avenue of the Americas
New York, NY 10036-8704

BY: BRIAN F. SHAUGHNESSY, ESQ.
brian.shaughnessy@ropesgray.com

A P P E A R A N C E S (Continued):

CRAVATH, SWAINE & MOORE LLP
Attorneys for Defendants
Worldwide Plaza
825 8th Avenue
New York, NY 10019

BY: DAVID A. HERMAN, ESQ.
CAITLIN N. FITZPATRICK, ESQ.
dherman@cravath.com
cfitzpatrick@cravath.com

ALSO PRESENT:
JOHN T. O'NEILL, ESQ.
Director and Senior Counsel
Affiliated Managers Group, Inc.

ROBERT GIBBS, Videographer

E X H I B I T S

| DESCRIPTION | PAGE | LINE |
|---|---|---|
| (Whereupon Mushock Exhibit 1 was marked for identification, subpoena to Systematic in this action.) | 15 | 2 |
| (Whereupon Mushock Exhibit 2 was marked for identification, email from Scott Tyndale to Michele Egeberg, dated June 29, 2016.) | 18 | 2 |
| (Whereupon Mushock Exhibit 3 was marked for identification, email from E. Zimmermann to Karen Verdun, et al., dated January 17, 201.) | 19 | 23 |
| (Whereupon Mushock Exhibit 4 was marked for identification, Investment Management Agreement, City of Pontiac and Systematic.) | 25 | 9 |

| | | |
|---|---|---|
| (Whereupon Mushock Exhibit 5 was marked for identification, Investment Policy Statement for the City of Pontiac General Employees Retirement System, revised September 23, 2009.) | 30 | 7 |
| (Whereupon Mushock Exhibit 6 was marked for identification, email from James Wallerius to E. Zimmermann, January 9, 2012.) | 38 | 8 |
| (Whereupon Mushock Exhibit 7 was marked for identification, Systematic Financial Management Portfolio Review, dated February 29, 2012.) | 41 | 18 |
| (Whereupon Mushock Exhibit 8 was marked for identification, Systematic Financial Management Portfolio Review, dated March 31, 2012.) | 66 | 20 |

| | | |
|---|---|---|
| (Whereupon Mushock Exhibit 9 was marked for identification, Systematic Financial Management Portfolio Review, dated April 30, 2012.) | 70 | 20 |
| (Whereupon Mushock Exhibit 10 was marked for identification, Systematic Financial Management Portfolio Review, dated June 30, 2012.) | 71 | 17 |
| (Whereupon Mushock Exhibit 11 was marked for identification, portion of sfmlp website, Systematically Focused.) | 72 | 23 |
| (Whereupon Mushock Exhibit 12 was marked for identification, from sfmlp website, "Time-tested.") | 77 | 2 |

| | | |
|---|---|---|
| (Whereupon Mushock Exhibit 13 was marked for identification, page taken from website sfmlp.com entitled Mid Cap Value Equity.) | 92 | 11 |
| (Whereupon Mushock Exhibit 14 was marked for identification, page from Systematic's website address entitled "Pursuing high-quality value stocks poised for price gains driven by stronger fundamentals.") | 108 | 5 |
| (Whereupon Mushock Exhibit 15 was marked for identification, email from Brian email from Brian Kostka to Ron Mushock, January 27, 2012.) | 115 | 21 |

| | | |
|---|---|---|
| (Whereupon Mushock Exhibit 16 was marked for identification, email from Brian Kostka to Ron Mushock, February 16, 2012.) | 128 | 15 |
| (Whereupon Mushock Exhibit 17 was marked for identification, email from Yanique Mundy to Ellen Zimmermann, April 24, 2012.) | 131 | 18 |
| (Whereupon Mushock Exhibit 18 was marked for identification, email from Yanique Mundy to Ellen Zimmermann, April 25, 2012.) | 133 | 19 |
| (Whereupon Mushock Exhibit 19 was marked for identification, email chain from Ellen Zimmermann to James Wallerius, November 13, 2012.) | 137 | 6 |

(Whereupon Mushock Exhibit 141 23
20 was marked for
identification, document
reads "Mid Cap Value
Equity.")

(Instruction not to answer.) 27 6

Examination by:

MR. HERMAN: PG: 11

MR. COCHRAN: PG: 142

CONFIDENTIAL

THE VIDEOGRAPHER: Good morning, everyone. This is the video operator speaking, Robert Gibbs of DTI Global, 240 west 35th Street, New York City, New York 10001. 08:50:12 09:14:16 09:14:17 09:14:22 09:14:25

Today is July 21st, 2016 and the time is 9:14 a.m. 09:14:27 09:14:31

We are at the offices of Cravath Swaine & Moore LLP, 825 8th Avenue, New York City, New York 10019 to take the video deposition of Mr. Ronald M. Mushock in the matter of Alan Willis versus Big Lots, Inc. in the United States District Court, Southern District of Ohio Eastern Division, case number 2:12-cv-00604. 09:14:34 09:14:36 09:14:41 09:14:43 09:14:47 09:14:50 09:14:54 09:14:57 09:14:58

Will counsel please introduce themselves for the record. 09:15:03 09:15:04

MR. HERMAN: David Herman, with Cravath Swaine & Moore, for defendant Big Lots, Inc. and the individual defendants. 09:15:05 09:15:08 09:15:10 09:15:12

MS. FITZPATRICK: Caitlin Fitzpatrick, also from Cravath Swaine 09:15:13 09:15:15

CONFIDENTIAL

& Moore, representing the individual defendants as well as Big Lots. 09:15:16 09:15:19

MR. O'NEILL: John O'Neill from Affiliated Managers Group here on behalf of Systematic Financial Management. 09:15:22 09:15:24 09:15:26 09:15:29

MR. COCHRAN: Brian Cochran, from Robbins Geller, on behalf of plaintiffs and the class. 09:15:31 09:15:32 09:15:34

MR. SHAUGHNESSY: Brian Shaughnessy, Ropes & Gray, on behalf of Systematic. 09:15:36 09:15:37 09:15:38

THE VIDEOGRAPHER: Will the court reporter, Mark Richman DTI Global please swear the witness. 09:15:41 09:15:42 09:15:44

RONALD M. MUSHOCK, Having been called as a witness, having been first duly sworn by the Notary Public (Mark Richman), was examined and testified as follows: 09:15:47 09:15:47 09:15:47 09:15:47 09:15:51

EXAMINATION BY MR. HERMAN: 09:15:51

Q. Good morning. 09:15:55

A. Good morning. 09:15:57

Q. Would you please state your 09:15:58

CONFIDENTIAL

name for the record. 09:15:59

A. Ronald M. Mushock. 09:16:00

Q. Could I ask you to spell your last name for the court reporter. 09:16:02 09:16:04

A. M-u-s-h-o-c-k. 09:16:06

Q. Have you ever appeared for a deposition before? 09:16:08 09:16:10

A. Yes. 09:16:11

Q. So you're familiar with generally how this works, I take it? 09:16:11 09:16:14

A. This is my second one. 09:16:16

Q. I'll ask questions and you'll answer them and there may come times that the counsel on the other side of the table will object for the record and unless they instruct you not to answer, that is, unless your counsel instructs you not to answer, you can still answer my question. If there's anything that you find unclear about my question feel free to ask me to clarify. 09:16:17 09:16:19 09:16:21 09:16:22 09:16:26 09:16:27 09:16:29 09:16:31 09:16:33 09:16:34

One last thing is that since the court reporter here is trying to take down a record, we should make sure not to 09:16:37 09:16:38 09:16:40

CONFIDENTIAL

try to talk over each other and let each other finish before we continue. Does that sound good? 09:16:42 09:16:44 09:16:46
A. Okay. 09:16:47
Q. Okay. Mr. Mushock, are you here to testify on behalf of a company today? 09:16:48 09:16:54 09:16:57
A. Well, I'm here to testify on behalf of Systematic Financial. 09:17:02 09:17:04
Q. What is Systematic Financial? 09:17:08
A. It's an institutional money management firm. 09:17:12 09:17:14
MR. HERMAN: Is he loud enough for you? 09:17:17 09:17:18
THE VIDEOGRAPHER: Oh, yes, perfect. 09:17:18 09:17:19
Q. What is your association with Systematic Financial? 09:17:19 09:17:24
A. I'm a part owner and I'm a portfolio manager at the firm. 09:17:25 09:17:27
Q. May I refer to Systematic Financial today as Systematic? 09:17:28 09:17:31
A. Yes. 09:17:32
Q. Let me show you a document. 09:17:33

CONFIDENTIAL
(Whereupon Mushock Exhibit 1 was marked for identification, subpoena to Systematic in this action.) 09:17:39 09:17:39 09:17:39 09:17:56
Q. I'm showing you what has been marked as Mushock exhibit 1. Do you recognize this document? 09:17:56 09:17:57 09:18:05
A. I skimmed it prior to the meeting. 09:18:09 09:18:10
Q. Do you have an understanding of what this document is? 09:18:10 09:18:11
A. Essentially ordering me to, commanding me to appear to provide a fact-based witness for this case. 09:18:12 09:18:17 09:18:20
Q. Let me point you to the fourth page of the document. I'm sorry, the fifth page, which is, has a page number 2 at the bottom. Do you see that? 09:18:25 09:18:30 09:18:32 09:18:35
A. Yes. 09:18:38
Q. Do you see that there are some numbered paragraphs? 09:18:38 09:18:42
A. Yes. 09:18:43
Q. Let me point you to the paragraph number 7. It states "Relevant 09:18:43 09:18:45

CONFIDENTIAL

time period" in quotes, "means the time period between April 1st, 2011 and December 31st, 2012 inclusive." Do you see that? 09:18:50 09:18:55 09:18:57 09:19:01

A. Yes. 09:19:01

Q. When I refer to the relevant time period today, that's the period of time that I'll be referring to. Is that fair? 09:19:01 09:19:02 09:19:04 09:19:06

A. Okay. 09:19:06

MR. COCHRAN: And plaintiff's counsel will just note for the record there's a disagreement between the parties as to the relevant time period for plaintiffs' document production. 09:19:08 09:19:09 09:19:10 09:19:11 09:19:12 09:19:17

MR. HERMAN: Fair enough. 09:19:18

Q. When I ask you questions today about things that Systematic did or things that happened, unless I specify otherwise, that will be the period of time that I'll be referring to. Is that fair? 09:19:20 09:19:22 09:19:27 09:19:29 09:19:31 09:19:33

A. Okay. 09:19:33

CONFIDENTIAL

Q. Let me point you to the following page that has a page number 3 at the bottom. Do you see a heading that states Topics of Examination? 09:19:37 09:19:39 09:19:41 09:19:52

A. Yes. 09:19:53

Q. Could I ask you to take a minute to read over to yourself the topics underneath that heading that follow on to the next page. 09:19:54 09:19:59 09:20:03 09:20:05

A. Okay. 09:20:36

Q. Are you prepared to testify today about these topics? 09:20:37 09:20:39

A. To the best of my ability, yes. 09:20:42 09:20:43

Q. Have you done anything to prepare for this deposition? 09:20:43 09:20:45

A. Other than skim the documents that we provided to you, no. 09:20:47 09:20:49

Q. Have you skimmed all of the documents that Systematic provided? 09:20:52 09:20:58

A. I skimmed at least the first page of each document. 09:21:02 09:21:04

Q. Let me show you another document. 09:21:14 09:21:15

CONFIDENTIAL

(Whereupon Mushock Exhibit 2 was marked for identification, email from Scott Tyndale to Michele Egeberg, dated June 29, 2016.) 09:21:16 09:21:16 09:21:16 09:21:38

Q. I'm showing you what has been marked as exhibit 2. Do you recognize this document? 09:21:38 09:21:40 09:21:45

A. Yes, this is my bio. 09:21:46

Q. Is this a fair representation of your background as of today? 09:21:49 09:21:58

MR. COCHRAN: Object to form. 09:22:04

A. Yes, it is. 09:22:05

Q. Would you remind me please what is your position at Systematic? 09:22:20 09:22:22

A. I am a portfolio manager and a part owner of the firm. 09:22:23 09:22:25

Q. How long have you held that position? 09:22:26 09:22:27

A. I've been with the firm 19 years, and I've been a portfolio manager since 2000. 09:22:28 09:22:30 09:22:33

Q. What are your responsibilities as a portfolio manager? 09:22:35 09:22:38

A. I make final buy, hold, sell 09:22:39

CONFIDENTIAL

decisions for the mid cap and the small mid cap portfolio. 09:22:44 09:22:45

Q. What is the mid cap portfolio? 09:22:47

A. It invests in a portfolio of mid cap securities or medium size securities typically ranging from a billion to roughly 30 billion in terms of market capitalization. 09:22:52 09:22:54 09:22:56 09:23:01 09:23:03

Q. What is SMid-cap? 09:23:16

A. SMid is a combination of small cap and mid cap. It markets -- its market cap goes down lower to roughly a hundred million, so it's inclusive of small cap securities in addition to mid cap securities. 09:23:19 09:23:21 09:23:26 09:23:28 09:23:31 09:23:33

Q. The responsibilities that you just spoke about, did you have these responsibilities during the relevant period? 09:23:41 09:23:42 09:23:45 09:23:47

MR. COCHRAN: Object to form. 09:23:49

A. Yes. 09:23:50

(Whereupon Mushock Exhibit 3 was marked for identification, email from E. Zimmermann to Karen 09:23:58 09:23:58 09:23:58

CONFIDENTIAL

Verdun, et al., dated January 17, 201.) 09:23:58 09:24:22

Q. I'm going to show you another document. Before I ask you about this, let me just ask your counsel. 09:24:22 09:24:23 09:24:25

MR. HERMAN: Can you just confirm for the record that the production that Systematic made is not Bates stamped? 09:24:28 09:24:29 09:24:30 09:24:32

MR. O'NEILL: I'm sorry, what's the question again? 09:24:34 09:24:35

MR. HERMAN: Can you confirm that the production that Systematic made is not Bates stamped? 09:24:36 09:24:39 09:24:41

MR. O'NEILL: It's not Bates stamped. 09:24:42 09:24:43

MR. SHAUGHNESSY: That is correct. 09:24:45 09:24:46

MR. COCHRAN: And plaintiff's counsel would just note for the record that the document that has been provided to the witness appears to be two documents placed together without consecutive 09:24:46 09:24:47 09:24:49 09:24:52 09:24:52 09:24:55

CONFIDENTIAL

pagination or Bates stamp. 09:24:57

MR. HERMAN: I'm going to represent to you and for the record that the production that was provided to us was provided with file names within a zip file and that the file names indicated very clearly which documents went together with numbers 1 and 2 or 1, 2, 3, and that is the way in which we have put together exhibits today. And if the witness is confused about it, of course you can so indicate. 09:25:05 09:25:06 09:25:07 09:25:08 09:25:09 09:25:13 09:25:15 09:25:17 09:25:20 09:25:22 09:25:26 09:25:27 09:25:31

MR. COCHRAN: Actually just to be clear, looks like it's actually three documents put together. 09:25:38 09:25:39 09:25:41

MR. HERMAN: That's right, so this is three documents put together. 09:25:42 09:25:42 09:25:44

Q. I'm showing you what's been marked as exhibit 3. Do you recognize this document? 09:25:54 09:25:55 09:25:59

MR. COCHRAN: And object to 09:26:05

CONFIDENTIAL

form. Obviously we just discussed, it's three documents. 09:26:07 09:26:08

A. No, no, I do not. 09:26:09

Q. Do you recognize that the first page of this exhibit is an email, the cover page? 09:26:11 09:26:15 09:26:20

A. Yes, I do. 09:26:22

Q. Do you see that in the from field of the email is the name Ellen Zimmermann? 09:26:23 09:26:28 09:26:30

A. Yes. 09:26:31

Q. Do you have an understanding of who Ellen Zimmermann is? 09:26:31 09:26:32

A. Yes, I know who she is. 09:26:35

Q. Who is she? 09:26:36

A. She is the, I guess, meeting organizer for the City of Pontiac to distribute pertinent information to investment managers. 09:26:37 09:26:41 09:26:45 09:26:47

Q. What is the City of Pontiac? 09:26:51

A. It's a client of ours invested in the mid cap value strategy. 09:26:53 09:26:56

MR. COCHRAN: Object to form. 09:26:59

Q. Let me point you to the body 09:27:04

CONFIDENTIAL

of the email. 09:27:06
A. Mm-hmm. 09:27:07
Q. Still on the, on the very first page, cover page. 09:27:08 09:27:10
A. Okay. 09:27:11
Q. It starts "Dear investment manager:" Do you see that? 09:27:12 09:27:14
A. Yes. 09:27:16
Q. And underneath it states "Attached is the schedule for the February investment review meeting with the Pontiac General Employees' Retirement System board of trustees." Do you see that? 09:27:17 09:27:19 09:27:20 09:27:22 09:27:24 09:27:27
A. Yes. 09:27:27
Q. Do you have an understanding of what the Pontiac General Employees' Retirement System is? 09:27:27 09:27:28 09:27:32
A. Yes. 09:27:32
Q. What is that? 09:27:33
A. It's the investment board that oversees the investments for their general retirement fund. 09:27:35 09:27:37 09:27:39
Q. When you say the investment 09:27:41

CONFIDENTIAL

board, are you referring to the trustees? 09:27:43
A. Yes. 09:27:45
Q. And those are the trustees of the Pontiac General Employees' Retirement System; is that right? 09:27:48 09:27:50 09:27:52
A. That's correct. 09:27:53
Q. Was the -- was Pontiac General Employees' Retirement System a client of Systematic's during the relevant period? 09:27:55 09:28:00 09:28:01
A. Yes. 09:28:05
Q. Today when I refer to the Pontiac General Employees' Retirement System, I'm going to call it Pontiac; is that okay? 09:28:05 09:28:07 09:28:08 09:28:10
A. Yes. 09:28:10
Q. Let me direct you to the to field of this email. There is a list of email addresses and names here. I want to point you to the second to last email in the to field. 09:28:11 09:28:12 09:28:19 09:28:21 09:28:23
A. Yes. 09:28:25
Q. Do you see that? 09:28:25
A. Yes, I do. 09:28:26
Q. It states rmushock@sfmlp.com. 09:28:27

CONFIDENTIAL

Do you see that? 09:28:36
A. Yes. 09:28:37
Q. Do you recognize that email 09:28:37
address? 09:28:38
A. That is my email address. 09:28:38
Q. You can put that aside. I'm 09:28:52
going to show you another document. 09:28:53
(Whereupon Mushock Exhibit 4 09:29:19
was marked for identification, 09:29:19
Investment Management Agreement, 09:29:19
City of Pontiac and Systematic.) 09:29:25
Q. I'm showing you what has been 09:29:25
marked as exhibit 4. Do you recognize 09:29:27
this document? 09:29:30
A. Yes. 09:29:37
Q. What is it? 09:29:37
A. It is the investment 09:29:38
management agreement between the City of 09:29:40
Pontiac and Systematic Financial. 09:29:42
Q. When you say the City of 09:29:45
Pontiac, are you referring to the City of 09:29:46
Pontiac General Employees' Retirement 09:29:46
System? 09:29:50
A. Yes. 09:29:50

CONFIDENTIAL

Q. The entity that we're calling Pontiac today? 09:29:50 09:29:52

A. Okay, yes. 09:29:53

Q. Let me point you to the second page of the document. Do you see the line that starts at the top, "This agreement"? 09:29:54 09:29:58 09:30:05 09:30:08

A. Yes. 09:30:09

Q. That line states "This agreement, made as of the 7th day of March, 2006 by and between the Board of Trustees of the City of Pontiac General Employees' Retirement System (hereinafter called the board of trustees) and Systematic Financial Management, L.P. (hereinafter called "the manager")." Do you see that? 09:30:09 09:30:12 09:30:15 09:30:18 09:30:21 09:30:22 09:30:26 09:30:29 09:30:33

A. Yes. 09:30:33

Q. What is the date of this agreement? 09:30:33 09:30:35

A. 7th day of March, 2006. 09:30:35

Q. Do you have an understanding of whether this agreement was in effect during the relevant period? 09:30:41 09:30:42 09:30:44

CONFIDENTIAL

MR. COCHRAN: Object to form. 09:30:47

MR. SHAUGHNESSY: Objection, calls for legal conclusion, I instruct the witness not to answer. 09:30:48 09:30:49 09:30:50

(Instruction not to answer.) 09:30:57

MR. HERMAN: What is the basis for instructing him not to answer? 09:30:57 09:30:58

MR. SHAUGHNESSY: You are asking whether the contract was in effect? That is a legal conclusion. He is not an attorney. 09:31:00 09:31:01 09:31:02 09:31:03

MR. HERMAN: You're not asserting any privilege, right? 09:31:10 09:31:11

MR. SHAUGHNESSY: You're calling for a legal conclusion. 09:31:14 09:31:14

MR. HERMAN: Just to be clear, you're not asserting any privilege? 09:31:17 09:31:18

MR. SHAUGHNESSY: I'm not asserting a privilege. Unless his understanding is based on discussions with counsel. 09:31:21 09:31:22 09:31:26 09:31:27

Q. Let me ask you a question. 09:31:41
I'm not asking you about the substance of 09:31:43
any conversation you had with your 09:31:45

CONFIDENTIAL

counsel. 09:31:46
A. Okay. 09:31:47
Q. Do you have an understanding, 09:31:47
putting aside how you received that 09:31:50
understanding, do you have an 09:31:52
understanding of whether this agreement 09:31:53
was in effect during the relevant period? 09:31:55
A. I do not review any contracts 09:31:58
signed between clients and the firm. We 09:32:01
have internal legal operations and 09:32:05
compliance people who do all the contract 09:32:08
review. So I'm aware that we have a 09:32:10
contract. I'm not aware of any 09:32:13
provisions within the contract. 09:32:16
Q. Let me turn you to the page of 09:32:19
the contract that has the number 8 at the 09:32:21
bottom. Do you see at the bottom of that 09:32:24
page are signatures? 09:32:40
A. Yes. 09:32:41
Q. Do you see where it states in 09:32:42
all caps Systematic Financial Management 09:32:48
L.P.? 09:32:51
A. Yes. 09:32:51
Q. Do you recognize the signature 09:32:52

CONFIDENTIAL

underneath that line? 09:32:54
A. Yes, Frank McGee. He's 09:32:55
deceased. 09:32:59
Q. Can you spell McGee please. 09:33:04
A. M-c-G-e-e. 09:33:06
Q. Is that a capital G? 09:33:08
A. Yes, it's M-c-G-e-e, COO, 09:33:10
chief operating officer. 09:33:18
Q. You can put that aside. Let 09:33:28
me ask you, I'm sorry, just one more 09:33:41
question about that last document. Do 09:33:43
you have any reason to doubt that that 09:33:44
agreement was in effect during the 09:33:48
relevant period? 09:33:50
MR. SHAUGHNESSY: Again, if 09:33:51
your understanding or reason to 09:33:52
doubt is based on discussions with 09:33:54
counsel, I instruct you not to 09:33:55
answer. 09:33:56
Q. Other than what you've heard 09:34:02
from your counsel, do you have any reason 09:34:04
to doubt that? 09:34:05
A. I'm not a legal expert. I 09:34:10
don't know what -- I didn't review the 09:34:12

CONFIDENTIAL

contract. I have no opinion on the contract's validity or whether it was in place or not. 09:34:14 09:34:16 09:34:18

Q. Let me show you a different document. 09:34:20 09:34:22

(Whereupon Mushock Exhibit 5 was marked for identification, Investment Policy Statement for the City of Pontiac General Employees Retirement System, revised September 23, 2009.) 09:34:22 09:35:04

MR. HERMAN: Counsel, regarding the contract, are we able to stipulate that this was the contract in place during the relevant period? 09:35:04 09:35:10

MR. O'NEILL: Could we stipulate that the contract was in place? Yes, we can. 09:35:11 09:35:14

MR. SHAUGHNESSY: Yes. 09:35:18

MR. HERMAN: Thank you. 09:35:21

Q. I'm showing you what has been marked as exhibit 5. Do you recognize this document? 09:35:25 09:35:26 09:35:28

CONFIDENTIAL

A. Only in the sense I knew it was submitted for review here. 09:35:33 09:35:34
Q. What do you understand this document to be? 09:35:41 09:35:46
A. It is a -- 09:35:47
MR. COCHRAN: Objection, lack of foundation. 09:35:48 09:35:49
A. It is guidelines for the management of their account. 09:35:50 09:35:52
Q. Whose account? 09:35:56
A. Pontiac. 09:35:57
MR. COCHRAN: Same objection. 09:35:59
Q. Let me point you to the page of this document that is numbered page 12 in the top right. Do you see the heading Investment Manager Guidelines? 09:36:00 09:36:16 09:36:18 09:36:30
A. Yes. 09:36:31
Q. Underneath that do you see the subheading General? 09:36:31 09:36:33
A. Yes. 09:36:34
Q. The first paragraph under that states "Full discretion shall be granted to the Managers regarding the asset allocation, the selection of securities, 09:36:35 09:36:36 09:36:39 09:36:42

CONFIDENTIAL

and the timing of transactions, within the parameters of the objectives and guidelines described herein." Do you see that? 09:36:44 09:36:46 09:36:49 09:36:51

A. Yes. 09:36:51

Q. Now I understand that -- strike that. 09:36:54 09:36:58

Is that an accurate characterization of the discretion that Pontiac gave to Systematic? 09:37:05 09:37:07 09:37:08

MR. SHAUGHNESSY: Objection to form, lack of foundation. 09:37:13 09:37:14

MR. COCHRAN: Calls for speculation, calls for legal conclusion. 09:37:15 09:37:15 09:37:17

A. I do not review contracts. I do not review investment guidelines. That is done by our in-house operations and compliance team. 09:37:17 09:37:19 09:37:22 09:37:25

Q. Let's put aside the document. Were you the portfolio manager for Pontiac during the relevant period? 09:37:35 09:37:45 09:37:47

A. Yes. 09:37:48

Q. Did Pontiac give you any 09:37:48

CONFIDENTIAL

guidance about how to invest for them? 09:37:51
A. No. 09:37:55
MR. COCHRAN: Object to form. 09:37:55
A. No. 09:37:56
Q. Who chose the securities that 09:37:57
Pontiac's account was placed in? 09:38:03
MR. COCHRAN: Object to form. 09:38:06
MR. SHAUGHNESSY: Objection to 09:38:07
form, vague. 09:38:08
A. Systematic and me overall in 09:38:08
terms of we use a quantitative model to 09:38:14
screen or identify initial candidates, 09:38:19
and then we use fundamental research to 09:38:22
validate or disprove the initial 09:38:26
quantitative model. So it was model 09:38:29
driven and it was also validated by our 09:38:33
fundamental analyst Brian Kostka. 09:38:39
Q. What is fundamental research? 09:38:42
A. It's things that cannot be 09:38:50
quantified. It's, you know, 09:38:51
understanding the business from a 09:38:58
qualitative perspective, not just a 09:38:59
number's perspective. 09:39:02
Q. How does Systematic understand 09:39:05

CONFIDENTIAL

a business from a qualitative perspective? 09:39:08 09:39:10

A. Well first we start with the numbers first, and that's first and foremost in terms of how our model views the stock. Then we do a overview -- a review of the company's fundamentals in terms of, for instance, for a retail company you would look at, okay, revenues were better than expected. Why was that? You know, was it certain SKU's, was it furniture, was it consumables, was it, whatever it was, what was driving it, are they gaining market secure, are they raising pricing, are they getting favorable raw material costs, issues that relate to the company's profitability. 09:39:12 09:39:14 09:39:16 09:39:19 09:39:27 09:39:29 09:39:33 09:39:36 09:39:38 09:39:43 09:39:45 09:39:48 09:39:49 09:39:52 09:39:54

And our analysts' job is to figure out are these trends sustainable into future periods. And it's more of an art than a science. So the quantitative model is kind of scientifically oriented. The fundamental research is more artistic, where judgment and subjectivity 09:40:01 09:40:03 09:40:05 09:40:08 09:40:11 09:40:13 09:40:16

CONFIDENTIAL

and that type of thing comes into play. 09:40:18
Q. Who conducts the fundamental research for Systematic? 09:40:20 09:40:23
A. Brian Kostka. 09:40:25
Q. Who is Brian Kostka? 09:40:26
A. He's an analyst at the firm. 09:40:28
Q. Does he report to anybody? 09:40:30
A. He reports to me as well as the chief investment officer. 09:40:32 09:40:34
Q. Was that true during the relevant period as well? 09:40:35 09:40:37
A. Yes. 09:40:38
Q. What is the quantitative model? 09:40:38 09:40:45
MR. SHAUGHNESSY: Objection to form, vague. 09:40:46 09:40:47
Q. Let me rephrase. You testified that Systematic employed a quantitative model; is that right? 09:40:48 09:40:50 09:40:53
A. That's correct. 09:40:54
MR. SHAUGHNESSY: Objection, time period. 09:40:55 09:40:56
Q. Did Systematic employ a quantitative model during the relevant 09:40:57 09:41:04

CONFIDENTIAL

period? 09:41:05
A. Yes. 09:41:06
Q. Including in the investments 09:41:08
it made for Pontiac? 09:41:10
A. Yes. 09:41:11
Q. Would you please describe that 09:41:11
model? 09:41:13
A. It's very in-depth and 09:41:14
elaborate but I'll do my best to 09:41:16
summarize and if you want me to go 09:41:18
further in detail I can. 09:41:19
It's part valuation-oriented, 09:41:21
looking at PE ratios, price to cash flow 09:41:24
ratios, price to book ratios, enterprise 09:41:26
value to sales ratios, dividend yields, 09:41:29
et cetera. It uses several 09:41:32
valuation-based metrics in a proprietary 09:41:38
combination. 09:41:40
Then we look at earnings 09:41:41
catalysts which is inclusive of revenue, 09:41:42
operating margin, earnings trends. Also 09:41:47
looks at things like earnings surprise as 09:41:51
well as estimate revision and it looks at 09:41:56
quality factors like working capital, 09:41:58

CONFIDENTIAL

accruals, capital spending trends and so forth. And we combined the valuation score with the earnings catalyst score to come up with a comprehensive score that we use to evaluate the security initially, and then that's followed by the fundamental research. 09:42:00 09:42:03 09:42:06 09:42:10 09:42:12 09:42:17 09:42:19

Q. What do you mean by evaluate the security? 09:42:24 09:42:25

MR. COCHRAN: Object to form, asked and answered. 09:42:28 09:42:30

A. It's the fundamental research looking at the qualitative drivers behind the numbers so to speak. 09:42:30 09:42:32 09:42:35

Q. What numbers? 09:42:38

MR. COCHRAN: Object to form. 09:42:40

A. The earnings numbers at the potential purchase candidate. 09:42:41 09:42:43

Q. What do you mean by potential purchase candidate? 09:42:53 09:42:54

A. Stocks that screen attractively on a relative basis within our proprietary models. 09:42:56 09:42:58 09:43:01

Q. These are stocks that 09:43:03

CONFIDENTIAL

Systematic is considering purchasing for its clients? 09:43:05 09:43:07

A. They are potentially available to purchase. 09:43:08 09:43:09

Q. Let me show you another document. 09:43:10 09:43:16

(Whereupon Mushock Exhibit 6 was marked for identification, email from James Wallerius to E. Zimmermann, January 9, 2012.) 09:43:16 09:43:16 09:43:16 09:43:52

Q. I'm showing you what's been marked as exhibit 6. Do you recognize this document? 09:43:52 09:43:53 09:43:54

A. No. 09:44:00

Q. Do you recognize that this document is an email? 09:44:00 09:44:01

A. Yes, I do. 09:44:02

Q. In the from field of the email is the name James Wallerius. Do you see that? 09:44:03 09:44:06 09:44:14

A. Yes. 09:44:15

Q. Do you have an understanding of who that is? 09:44:15 09:44:15

A. Yes. 09:44:16

CONFIDENTIAL

Q. Who is that? 09:44:16
A. He is a marketing representative for Systematic who oversees our relationship with Pontiac. 09:44:17 09:44:18 09:44:20
Q. Did he oversee Systematic's relationship with Pontiac during the relevant period? 09:44:22 09:44:24 09:44:25
A. Yes. 09:44:26
Q. How do you pronounce his last name? 09:44:28 09:44:30
A. Wallerius. 09:44:30
Q. Wallerius? 09:44:31
A. Wallerius. 09:44:31
Q. In the to field is EZimmermann@Pontiac.mi.us. Do you see that? 09:44:37 09:44:39 09:44:44
A. Yes. 09:44:44
Q. Do you have an understanding of what email address that is? 09:44:44 09:44:45
A. Yes. 09:44:46
Q. And who is it? 09:44:46
A. Again, this is the liaison or the person who basically conducts all the communication from the board, investment 09:44:47 09:44:53 09:44:55

CONFIDENTIAL

board at Pontiac to outside money managers. 09:44:59 09:45:02

Q. Including Systematic? 09:45:04

A. Yes. 09:45:06

Q. Let me point you to the short sentence above the words many things. 09:45:07 09:45:17

A. Yes. 09:45:20

Q. States "Systematic manages a Mid Cap Value Equity portfolio for the fund." Do you see that? 09:45:21 09:45:23 09:45:25

A. Yes. 09:45:26

Q. Is that an accurate statement of what Systematic did for Pontiac during the relevant period? 09:45:26 09:45:28 09:45:32

A. Yes. 09:45:33

MR. COCHRAN: Object to form. 09:45:34

Q. What is a Mid Cap Value Equity portfolio? 09:45:35 09:45:38

A. It invests in equity securities which are common stocks, and mid cap again means medium market capitalization companies ranging roughly between a billion and 30 billion in size. 09:45:39 09:45:42 09:45:45 09:45:48 09:45:53

Q. Did James Wallerius go by Jim? 09:46:03

CONFIDENTIAL

A. Yes. 09:46:05
Q. Let me show you another 09:46:06
document. 09:46:09
MR. COCHRAN: Counsel, could 09:46:09
we just take a five-minute break? 09:46:10
MR. HERMAN: Of course. 09:46:12
THE VIDEOGRAPHER: One moment, 09:46:12
please, watch your microphones. 09:46:13
Time is 9:46 a.m., we're now off 09:46:15
the record. 09:46:18
(A recess was had.) 09:46:19
THE VIDEOGRAPHER: Time is 09:59:12
9:59 a.m., we're back on the 09:59:15
record. 09:59:16
Q. Welcome back. I'm going to 09:59:17
show you another document. 09:59:20
(Whereupon Mushock Exhibit 7 09:59:21
was marked for identification, 09:59:21
Systematic Financial Management 09:59:21
Portfolio Review, dated February 09:59:21
29, 2012.) 09:59:42
Q. I'm showing you what has been 09:59:42
marked as exhibit 7. Do you recognize 09:59:44
this document? 09:59:47

Case: 2:12-cv-00604-MHW-KAJ Doc #: 75-5 Filed: 07/29/16 Page: 43 of 168 PAGEID #: 3197



CONFIDENTIAL

A. Yes.
Q. What is it?
A. It is a computer generated report of Pontiac's mid cap value account managed by Systematic.
Q. Do you have an understanding of when this document was created?
A. Well the date on it says February 29th. Typically, we create this document in the weeks after each quarter for all of our clients. So this is not unique to Pontiac.
Q. When you say each quarter, what are you referring to?
A. Each calendar quarter, March, June, September, December.
Q. Does that suggest to you when this document would have been created?
MR. SHAUGHNESSY: Objection to form, vague.
A. This is as of February, so it must have been a special request.
Q. Let me turn you to the page that has the page number 1 at the bottom,

CONFIDENTIAL
which is the third page of the document. 10:01:27
Are you generally familiar with this kind 10:01:44
of statement produced by Systematic? 10:01:45
A. Yes. 10:01:47
Q. Let me point you to the chart 10:01:47
toward the top of the page. Do you see 10:01:50
that? 10:01:53
A. Yes. 10:01:53
Q. Down the left side are the 10:01:57
words Account and then Russell Midcap 10:01:59
Value and then Russell Midcap, do you see 10:02:01
that? 10:02:04
A. Yes. 10:02:04
Q. What does this chart 10:02:04
represent? 10:02:06
A. Investment performance versus 10:02:12
performance benchmarks. 10:02:14
Q. When you say investment 10:02:20
performance, investment performance of 10:02:22
what? 10:02:23
A. The mid cap value portfolio 10:02:28
that we manage for Pontiac. 10:02:30
Q. Is that what's referred to in 10:02:32
this chart as Account? 10:02:34

CONFIDENTIAL

A. Yes. 10:02:35

Q. What are the benchmarks? 10:02:41

A. They are industry standard measurements to compare account performance versus some benchmark somewhere, to the Dow Jones or S&P 500. 10:02:42 10:02:43 10:02:48 10:02:54

Q. Underneath the word Account are the words Russell Midcap Value. Do you see that? 10:02:58 10:03:00 10:03:05

A. Yes. 10:03:05

Q. What is the Russell Midcap Value? 10:03:05 10:03:09

A. Frank Russell Company is a consulting firm that creates its own indexes based upon market cap and investment style. 10:03:09 10:03:11 10:03:13 10:03:16

Q. Is the Russell Midcap Value a benchmark? 10:03:21 10:03:25

A. Yes. 10:03:25

Q. Was the Russell Midcap Value a benchmark that was used for this account during the relevant period? 10:03:29 10:03:31 10:03:34

A. Yes. 10:03:35

Q. Underneath Russell Midcap 10:03:36

CONFIDENTIAL

Value is the words, are the words Russell midcap. Do you see that? 10:03:38 10:03:41

A. Yes. 10:03:42

Q. What is the Russell Midcap? 10:03:42

A. That's inclusive of both value and growth stocks, so it's called the core benchmark and it's a secondary benchmark for this account. 10:03:45 10:03:48 10:03:50 10:03:51

Q. What do you mean by the phrase secondary benchmark? 10:03:59 10:04:00

A. It's for additional information. It is not the primary benchmark. 10:04:01 10:04:03 10:04:05

Q. Was the primary benchmark for this account the Russell Midcap Value? 10:04:10 10:04:15

A. Yes. 10:04:17

Q. Am I correct that this chart is comparing the performance of the account against the performance of the Russell Midcap Value during certain periods of time? 10:04:20 10:04:23 10:04:26 10:04:28 10:04:30

A. That's correct. 10:04:31

Q. Why did Systematic compare the account against the Russell Midcap Value? 10:04:42 10:04:44

CONFIDENTIAL

A. It's industry standard. 10:04:46

MR. COCHRAN: Object to form. 10:04:51

Q. Was the -- was a goal of the account to outperform the Russell Midcap Value? 10:04:56 10:04:58 10:05:03

A. Yes. 10:05:03

MR. SHAUGHNESSY: Objection to form. When you refer to account, please be specific. 10:05:03 10:05:04 10:05:05

Q. When I refer to account, I'm referring to the account that's described in this portfolio review. Is that fair? 10:05:09 10:05:11 10:05:16

A. Yes. 10:05:19

Q. That's the account that Systematic managed for Pontiac during the relevant period? 10:05:19 10:05:21 10:05:23

A. Yes. 10:05:24

Q. Was the goal of that account to outperform the Russell Midcap Value? 10:05:26 10:05:28

A. Yes. 10:05:30

Q. Let me direct you to the bottom of the page with the number 1 at the bottom. Do you see where it states Portfolio Value on 02-29-12? 10:05:37 10:05:39 10:05:41 10:05:44

CONFIDENTIAL

A. Yes. 10:05:49
Q. What do those words represent? 10:05:52
A. That is the portfolio value at the beginning of the measurement period. 10:05:56 10:05:59
Q. Is that the portfolio value as of February 29th, 2012? 10:06:06 10:06:07
A. That's the bottom number. That's the, that's the value at the end of the measurement period. 10:06:11 10:06:13 10:06:16
Q. Okay, let me back up because we're looking at two different numbers. 10:06:17 10:06:22
A. Okay. 10:06:24
Q. Above that there are the words Portfolio Value on 01-31-12; is that right? 10:06:25 10:06:27 10:06:33
A. Yes. 10:06:33
Q. Does that refer to the portfolio value on January 31st, 2012? 10:06:33 10:06:34
A. That's correct. 10:06:37
Q. Are you referring to that as the beginning of the measurement period? 10:06:38 10:06:40
A. Yes. 10:06:42
Q. What do you mean by the measurement period? 10:06:43 10:06:44

CONFIDENTIAL

A. Month to date. 10:06:49

Q. Is that the measurement period that is described in this statement? 10:06:53 10:06:56

A. On top, on the top table where it says month to date. 10:06:58 10:07:00

Q. Now underneath, several rows below portfolio value on January 31st, 2012, do you see where it states portfolio value on February 29th, 2012? 10:07:03 10:07:06 10:07:09 10:07:11

A. Yes. 10:07:15

Q. What does that represent? 10:07:15

A. End of month or end of measurement period portfolio value. 10:07:20 10:07:22

Q. So is that the value of Pontiac's portfolio managed by Systematic as of that date? 10:07:30 10:07:33 10:07:36

A. Yes. 10:07:37

Q. And that value was $45,804,579.82? 10:07:38 10:07:44

A. Yes. 10:07:46

Q. Let's turn to the next page. This is the page with the number 2 at the bottom. Do you agree with me that this page has a chart on it? 10:07:50 10:07:53 10:07:54 10:08:01

CONFIDENTIAL

A. Table. 10:08:04
Q. A table. 10:08:05
A. Yes. 10:08:06
Q. What is this table? 10:08:10
A. It is a portfolio appraisal of all the positions owned in Pontiac's account managed by Systematic. 10:08:11 10:08:13 10:08:17
Q. When you say all the positions owned, do you mean all the positions owned as of February 29th, 2012? 10:08:21 10:08:22 10:08:25
A. Correct. 10:08:27
Q. On the left side about a fifth of the way down the page do you see the word -- the words common stock? 10:08:28 10:08:38 10:08:39
A. Yes. 10:08:43
Q. Underneath are the words Consumer Discretionary, do you see that? 10:08:45 10:08:46
A. Yes. 10:08:49
Q. What is consumer discretionary? 10:08:49 10:08:51
A. It is one of ten economic sectors. Sector is a slice of the broader economy. 10:08:52 10:08:54 10:08:58
Q. Who defines those sectors? 10:09:07

CONFIDENTIAL

A. Standard & Poor's. 10:09:11
Q. So those are not sectors defined by Systematic, right? 10:09:12 10:09:14
A. No. 10:09:15
Q. Underneath the words consumer discretionary, do you see where it states Big Lots Inc.? 10:09:15 10:09:19 10:09:22
A. Yes. 10:09:23
Q. And to the left of the words Big Lots Inc. is the number 7,750, do you see that? 10:09:24 10:09:28 10:09:33
A. Yes. 10:09:33
Q. What does that number represent? 10:09:33 10:09:35
A. Number of common shares owned in this Pontiac account in Big Lots corporation. 10:09:35 10:09:40 10:09:42
Q. As of February 29, 2012? 10:09:43
A. Yes. 10:09:45
Q. Was Big Lots Inc. a company that was within the consumer discretionary category? 10:09:46 10:10:00 10:10:02
A. Yes. 10:10:04
Q. Throughout the relevant 10:10:04

CONFIDENTIAL

period? 10:10:09
A. Yes. 10:10:10
MR. COCHRAN: Objection, calls for speculation. 10:10:12 10:10:18
Q. To the right of the words Big Lots Inc. is a column titled unit cost. Do you see that? 10:10:18 10:10:20 10:10:25
A. Yes. 10:10:26
Q. What does that column represent? 10:10:26 10:10:28
A. The average purchase price of the 7,750 shares as -- 10:10:28 10:10:31
Q. Is that -- 10:10:38
A. -- as of February 29, 2012. 10:10:39
Q. When you say purchase price, are you referring to the price at which Systematic purchased those shares for Pontiac? 10:10:43 10:10:44 10:10:46 10:10:49
A. Correct. 10:10:49
Q. Those purchases were not necessarily on February 29, 2012, right? 10:10:54 10:10:55
A. Correct. 10:10:57
Q. The next column to the right is titled Total Cost, do you see that? 10:11:03 10:11:04

CONFIDENTIAL

A. Yes. 10:11:07

Q. What does that column represent? 10:11:07 10:11:08

A. It is the number that you get when you multiply 7,750 by $43.48. It's a total dollar cost, not a per share cost. 10:11:09 10:11:12 10:11:22 10:11:24

Q. So that is the total cost of purchasing 7,750 shares of Big Lots? 10:11:26 10:11:29

A. Yes. 10:11:34

Q. For Pontiac? 10:11:34

MR. SHAUGHNESSY: Objection to form. 10:11:36 10:11:37

A. Yes. 10:11:38

MR. SHAUGHNESSY: Vague, time period. 10:11:42 10:11:43

Q. Am I correct that that number, 337,000 was the total cost that Systematic incurred in purchasing these 7,750 shares of Big Lots shown here for Pontiac at the time that they were purchased? 10:11:44 10:11:49 10:11:56 10:11:58 10:12:02 10:12:04

MR. COCHRAN: Object to form. 10:12:05

A. As of, yes, as of February 10:12:06

CONFIDENTIAL

29th, 2012. 10:12:08
Q. Next to that is a column 10:12:09
called Price. Do you see that? 10:12:17
A. Yes. 10:12:22
Q. What does that represent? 10:12:22
A. That is the closing price of 10:12:23
Big Lots stock on February 29, 2012. 10:12:25
Q. When you refer to the closing 10:12:30
price, are you referring to the closing 10:12:32
market price? 10:12:33
A. Yes. 10:12:34
Q. To the right of that is a 10:12:38
column titled Market Value, do you see 10:12:39
that? 10:12:41
A. Yes. 10:12:41
Q. What does that column 10:12:41
represent? 10:12:43
A. That is the result of the 10:12:45
multiplication of 7,750 shares multiplied 10:12:48
by the market price $43.85. 10:12:51
Q. So quantity times price? 10:12:58
A. Right. 10:13:00
Q. The next column states PCT 10:13:00
Assets. Do you see that? 10:13:02

CONFIDENTIAL

A. Yes. 10:13:04
Q. What does that column represent? 10:13:05 10:13:06
A. The percentage of market value of that security divided into the total market value of the portfolio. 10:13:06 10:13:11 10:13:14
Q. So am I understanding correctly that as of February 29, 2012, Big Lots stock comprised 0.7 percent of Pontiac's portfolio with Systematic? 10:13:26 10:13:27 10:13:34 10:13:38
A. Correct. 10:13:41
Q. In terms of market value? 10:13:44
A. Yes. 10:13:46
Q. To the right of that column is a column titled unrealized gain/loss. Do you see that? 10:13:46 10:13:51 10:13:55
A. Yes. 10:13:55
Q. What does that column represent? 10:13:55 10:13:56
A. It's the result of subtracting the total cost from the market value. 10:13:58 10:14:02
Q. To the right of that is a column titled PCT G/L. Do you see that? 10:14:11 10:14:12
A. Yes. 10:14:19

CONFIDENTIAL

Q. Those are abbreviations, right? 10:14:19 10:14:25
A. Correct. 10:14:25
Q. What do they stand for? 10:14:26
A. Percentage gain or loss. 10:14:27
Q. What does that column represent? 10:14:28 10:14:29
A. The gain or loss on the security based upon the current market value as of February 29th, relative to the cost, historical cost, historical average cost. 10:14:30 10:14:31 10:14:33 10:14:38 10:14:42
Q. Is the historical average cost what is listed under Total Cost? 10:14:43 10:14:48
A. Correct. 10:14:49
Q. To the right there is a column titled Annual Income. Do you see that? 10:14:54 10:14:57
A. Correct. 10:14:59
Q. What does that column represent? 10:14:59 10:15:00
A. Dividend income. 10:15:00
Q. Dividend income from, from the security? 10:15:03 10:15:06
A. From the particular security, 10:15:07

CONFIDENTIAL

yes. 10:15:08

Q. So in this case there was zero dividend income from Big Lots as of February 29th, 2012? 10:15:08 10:15:10 10:15:14

A. That's correct. 10:15:15

Q. Does that number refer to the dividend income earned during the month reported here? 10:15:16 10:15:22 10:15:27

MR. COCHRAN: Object to form. 10:15:31

A. I believe it's annual income in calendar year 2012 through, that's been earned or recorded as of February 29, 2012. 10:15:32 10:15:35 10:15:44 10:15:46

Q. Let me turn you to the page with the page number 5 at the bottom. This page contains a table as well, right? 10:15:51 10:15:53 10:16:05 10:16:07

A. Yes. 10:16:07

Q. What is this table? 10:16:08

A. It is a report of gains and losses from January 31st, 2012 to February 29th, 2012. 10:16:12 10:16:14 10:16:19

Q. The leftmost column is titled Security, do you see that? 10:16:26 10:16:29

CONFIDENTIAL

A. Yes. 10:16:30
Q. Am I correct that these 10:16:32
securities are listed alphabetically? 10:16:34
A. Yes. 10:16:37
Q. Do you see the words Big Lots 10:16:38
Inc.? 10:16:42
A. Yes. 10:16:42
Q. To the right of that is a 10:16:44
column titled 01-31-12 Market Value. Do 10:16:46
you see that? 10:16:54
A. Yes. 10:16:54
Q. What does that column 10:16:54
represent? 10:16:55
A. It's the number of shares 10:16:55
owned in Pontiac portfolio multiplied by 10:16:57
the market price of those shares on 10:17:00
January 31st, 2012. 10:17:07
Q. So as of January 31st, 2012 10:17:12
the market price of all Big Lots stock in 10:17:17
Pontiac's portfolio with Systematic was 10:17:21
zero; is that correct? 10:17:23
A. Well the market price was not 10:17:24
zero. 10:17:25
Q. I'm sorry? 10:17:26

CONFIDENTIAL

A. We did not own any shares. The market value of the position was zero because we did not own it yet. We bought, we bought the position between these two dates. 10:17:26 10:17:28 10:17:30 10:17:33 10:17:36

Q. Got it. Thank you. Let me point you to two columns to the right of that, there is a column titled 02-29-12 market value. Do you see that? 10:17:37 10:17:43 10:17:45 10:17:49

A. Yes. 10:17:53

Q. What does that column represent? 10:17:54 10:17:55

A. That is the market value of the holding in Big Lots stock calculated by the shares owned on that date, multiplied by the closing price on that date. 10:17:58 10:18:02 10:18:07 10:18:10 10:18:13

Q. When you refer to the holding Big Lots stock, are you referring to the holding Big Lots stock within this portfolio for Pontiac? 10:18:19 10:18:23 10:18:24 10:18:27

A. Yes. 10:18:28

Q. Let's turn to the page numbered 8. This page also contains a 10:18:33 10:18:34

CONFIDENTIAL

table, right? 10:18:43
A. Yes. 10:18:44
Q. What is this table? 10:18:44
A. This is a transaction summary listing all buy and sell transactions in Pontiac's portfolio for the period between February 1st and February 29th, both in 2012. 10:18:46 10:18:48 10:18:53 10:18:57 10:19:04
Q. On what page does this table end? 10:19:07 10:19:12
A. Page 14. 10:19:25
Q. Okay, let me direct you back to page 8. Do you see at the top left of the table the words common stock? 10:19:28 10:19:30 10:19:37
A. Yes. 10:19:39
Q. Underneath that are the words buy long. Do you see that? 10:19:41 10:19:43
A. Yes. 10:19:44
Q. What do those words mean? 10:19:44
MR. SHAUGHNESSY: Objection to form, vague. 10:19:49 10:19:50
A. They mean the same thing. Buy means to, and long are the same, have the same meaning as would sell and short. 10:19:51 10:19:53 10:19:56

CONFIDENTIAL

Q. Do the words buy long then means to purchase securities? 10:20:13 10:20:16
A. Yes. 10:20:18
Q. Underneath the words buy long is the letters "by," do you see that? 10:20:20 10:20:24
A. Yes. 10:20:31
Q. What do those letters represent? 10:20:31 10:20:33
A. It means buy, it's a shorthand for buy. 10:20:33 10:20:35
Q. So a row that starts with by is a purchase; is that right? 10:20:38 10:20:42
A. Correct. 10:20:43
Q. Let's go five lines underneath the words buy long. 10:20:46 10:20:49
A. Yes. 10:20:51
Q. Do you see the words Big Lots Inc.? 10:20:51 10:20:53
A. Correct. 10:20:53
Q. To the right of Big Lots Inc. is a column entitled Trade Date. Do you see that? 10:20:54 10:20:57 10:21:01
A. Yes. 10:21:01
Q. What does that column 10:21:02

Case: 2:12-cv-00604-MHW-KAJ Doc #: 75-5 Filed: 07/29/16 Page: 62 of 168 PAGEID #: 3216



CONFIDENTIAL

represent? 10:21:04
A. That is the day you purchased 10:21:04
the security. 10:21:06
Q. The day that Systematic 10:21:11
purchased the security listed here for 10:21:13
Pontiac's portfolio? 10:21:15
A. Correct. 10:21:16
Q. Next to Big Lots Inc., the 10:21:17
first line of Big Lots Inc., is that 10:21:22
February 2nd, 2012? 10:21:24
A. Yes. 10:21:26
Q. So does this mean that 10:21:27
Systematic purchased Big Lots Inc. stock 10:21:29
for Pontiac on February 2nd, 2012? 10:21:31
A. Correct. 10:21:35
Q. The next column is titled 10:21:36
Settle Date. Do you see that? 10:21:39
A. Yes. 10:21:40
Q. What does that column 10:21:41
represent? 10:21:42
A. That is the day when it is 10:21:42
recorded by the custodian in Pontiac's 10:21:45
account. It's standard, is trade date 10:21:51
plus three days equals settlement date, 10:21:57

CONFIDENTIAL

it's standard industry time period between trade date and settlement date. 10:21:59 10:22:01

Q. Is that the date that the trade is -- 10:22:03 10:22:05

A. The date that it is recorded. 10:22:09

Q. The date that the trade is recorded? 10:22:12 10:22:13

MR. COCHRAN: Object to form. 10:22:13

A. By the custodian, yes. 10:22:14

Q. In this case that refers to the date that the purchase was recorded? 10:22:15 10:22:17

A. Right. 10:22:20

MR. COCHRAN: Object to form. 10:22:21

Q. So am I correct that in the first Big Lots line on page 8 there is a purchase of Big Lots securities on February 2nd, 2012 that was recorded on February 7, 2012? 10:22:22 10:22:26 10:22:34 10:22:36 10:22:40

A. Yes. Since that's five days, there must have been a weekend. Doesn't, T plus 3 settlement doesn't include weekends. 10:22:41 10:22:43 10:22:48 10:22:50

Q. To the right of the column settlement date is a column titled 10:22:51 10:22:53

CONFIDENTIAL

Quantity. Do you see that? 10:22:56
A. Yes. 10:22:57
Q. What does that column represent? 10:22:57 10:22:58
A. It's a lot, meaning that when you trade Big Lots or any security on exchanges, they're purchased in lots that are identifiable as a, as an individual trade. 10:22:58 10:23:01 10:23:04 10:23:09 10:23:15
Q. What is a lot? 10:23:18
A. A lot is a portion of the total order. So out of the total shares that we bought in Big Lots, it was purchased on February 2nd in two distinct lots. 10:23:20 10:23:22 10:23:28 10:23:34 10:23:40
Q. Is that one lot of 300 and one lot of 700? 10:23:46 10:23:48
A. That's correct. 10:23:49
Q. 300 of what? 10:23:50
A. 300 shares of Big Lots common stock. 10:23:53 10:23:55
Q. So in this table there are two purchases shown as taking place on February 2nd, 2012; is that right? 10:23:56 10:24:03 10:24:05

CONFIDENTIAL

A. That is correct. 10:24:07

Q. And when I say two purchases, I mean two purchases of Big Lots, right? 10:24:10 10:24:12

A. Yes. But I like to clarify it's all one order. It's just broken up into individual lots. 10:24:14 10:24:19 10:24:23

Q. So am I correct that on February 2nd, 2012 Systematic purchased 1,000 shares of Big Lots for Pontiac? 10:24:24 10:24:27 10:24:30

A. Correct. 10:24:34

Q. The column to the right of quantity is titled Amount. Do you see that? 10:24:34 10:24:39 10:24:40

A. Yes. 10:24:40

Q. What does that column represent? 10:24:41 10:24:42

A. Dollar amount resulting from the multiplication of the shares times the market price -- or the purchase price, not the market but purchase price that day. 10:24:43 10:24:47 10:24:50 10:24:55 10:24:56

Q. To the right of amount is a column titled Unit Cost, do you see that? 10:25:02 10:25:03

A. Yes. 10:25:07

CONFIDENTIAL

Q. What does that column represent? 10:25:07 10:25:08

A. That is the average cost of the lot per share. 10:25:08 10:25:10

Q. So with respect to the first of these two lots purchased on February 2nd, 2012, am I correct that Systematic purchased 300 shares of Big Lots for Pontiac at an average cost of $42.78? 10:25:12 10:25:23 10:25:26 10:25:31 10:25:35

A. Correct. 10:25:40

Q. And the total cost of that purchase was $12,834.21? 10:25:42 10:25:44

A. Correct. 10:25:49

Q. Let me turn you to the page numbered 16. This is another table, correct? 10:25:49 10:26:00 10:26:14

A. Yes. 10:26:15

Q. At the top left are the words Directed Brokerage. Do you see that? 10:26:15 10:26:20

A. Yes. 10:26:22

Q. What is directed brokerage? 10:26:22

A. That is when the client directs the investment manager to trade securities through a list of approved 10:26:24 10:26:25 10:26:32

CONFIDENTIAL

brokers. 10:26:40
Q. Am I correct that the list of these three entities under Directed Brokerage, is a list of brokers approved by Pontiac? 10:26:47 10:26:51 10:26:53 10:27:00
A. Correct. 10:27:02
Q. The first of those brokers is Cabrera Capital Markets, do you see that? 10:27:03 10:27:09
A. Yes. 10:27:13
Q. Do you have an understanding of what Cabrera Capital Markets is? 10:27:13 10:27:15
A. They're an execution broker. 10:27:19
Q. What is an execution broker? 10:27:22
A. They execute trades on behalf of investment managers on public exchanges. 10:27:23 10:27:27 10:27:30
Q. I'm going to show you another document. 10:27:36 10:27:37
(Whereupon Mushock Exhibit 8 was marked for identification, Systematic Financial Management Portfolio Review, dated March 31, 2012.) 10:27:46 10:27:46 10:27:46 10:27:46 10:28:05
Q. I'm showing you what has been 10:28:05

CONFIDENTIAL

marked as exhibit 8. Do you recognize this document? 10:28:07 10:28:09
A. Yes. 10:28:17
Q. What is it? 10:28:17
A. It is an automated report that we provided to Pontiac for their mid cap value portfolio that we manage on March 31st, 2012. 10:28:18 10:28:22 10:28:27 10:28:30
Q. Is this a report that Systematic produced in the ordinary course of its business? 10:28:48 10:28:51 10:28:54
A. Yes. 10:28:54
Q. Let me turn you to the third page of this document which has a heading 1Q 12 Mid Cap Value Quarterly Review. Do you see that? 10:28:58 10:29:04 10:29:08 10:29:14
A. Yes. 10:29:14
Q. Do you have an understanding of what this page is? 10:29:15 10:29:16
A. This is the only part of the document that is manually produced. It is a commentary on the markets, on the portfolio, and on select positions within the portfolio. 10:29:18 10:29:20 10:29:29 10:29:32 10:29:37

CONFIDENTIAL

Q. Is this a commentary that was manually produced by Systematic? 10:29:37 10:29:48

A. Yes. 10:29:50

Q. Let me turn you to the third paragraph of that commentary. It starts "Against this backdrop our mid cap value strategy has substantially outperformed the Russell Midcap Value index for the quarter." Do you see that? 10:29:54 10:29:56 10:30:02 10:30:05 10:30:09 10:30:11

A. Yes. 10:30:13

Q. I believe you referred to the Russell Midcap Value index earlier as a benchmark; is that right? 10:30:14 10:30:15 10:30:17

A. Yes. The primary benchmark. 10:30:18

Q. The primary benchmark for Pontiac's portfolio with Systematic? 10:30:21 10:30:24

A. Correct. 10:30:26

Q. The next sentence states, "From an attribution standpoint stock selection contributed the vast majority of our outperformance with sector allocation providing a modest boost as well." Do you see that? 10:30:32 10:30:34 10:30:36 10:30:37 10:30:40 10:30:42

A. Yes. 10:30:44

CONFIDENTIAL

Q. What is stock selection? 10:30:44
A. There is an attribution report basically dissects the performance and attributes the performance to either sector weighting, which is how much you're over or underweighted in a particular sector, and then the other part would be stock selection, meaning did your stocks within a particular sector do better than the stocks within that same sector in the index. So it's just a way of basically slicing the performance up in a more granular fashion to understand what the drivers were. Was it because you were in the right sectors or was it because you picked the right stocks? 10:30:51 10:30:53 10:30:57 10:31:02 10:31:05 10:31:07 10:31:12 10:31:14 10:31:16 10:31:18 10:31:21 10:31:24 10:31:27 10:31:30 10:31:31 10:31:33
Q. When you say you picked the right stocks, are you referring to the stocks that Systematic picked for Pontiac? 10:31:35 10:31:36 10:31:38 10:31:42
A. Yes. 10:31:42
Q. Am I correct that Systematic chose specific stocks for the portfolio? 10:31:43 10:31:47

CONFIDENTIAL

A. Yes. 10:31:52

Q. The next sentence states "Stock selection was strongest in the financial sector over the quarter and was additive in the consumer discretionary, consumer staples and industrial sectors as well." Do you see that? 10:31:52 10:32:06 10:32:07 10:32:09 10:32:11 10:32:14

A. Correct. 10:32:16

Q. When you refer to sectors, is consumer discretionary one of the sectors? 10:32:17 10:32:27 10:32:29

A. Yes. 10:32:30

Q. That was the sector that included Big Lots during the relevant period? 10:32:30 10:32:33 10:32:34

A. Correct. 10:32:35

Q. Let me show you another document. 10:33:28 10:33:29

(Whereupon Mushock Exhibit 9 was marked for identification, Systematic Financial Management Portfolio Review, dated April 30, 2012.) 10:33:31 10:33:31 10:33:31 10:33:31 10:34:02

Q. I'm showing you what has been 10:34:02

CONFIDENTIAL

marked as exhibit 9. Do you recognize this document? 10:34:03 10:34:05

A. Yes. 10:34:06

Q. What is this document? 10:34:06

A. It's another portfolio review automated report provided to Pontiac regarding the mid cap value portfolio that Systematic manages dated April 30th, 2012. 10:34:11 10:34:17 10:34:21 10:34:23 10:34:28

Q. Is this a document that Systematic produced in the ordinary course of its business? 10:34:31 10:34:32 10:34:35

A. Yes. 10:34:36

Q. Let me show you another document. 10:34:36 10:34:57

(Whereupon Mushock Exhibit 10 was marked for identification, Systematic Financial Management Portfolio Review, dated June 30, 2012.) 10:34:58 10:34:58 10:34:58 10:34:58 10:35:31

Q. I'm showing you what has been marked as exhibit 10. Do you recognize this document? 10:35:31 10:35:32 10:35:34

A. Yes. 10:35:35

CONFIDENTIAL

Q. What is this document? 10:35:35
A. It's another portfolio review update that was provided to Pontiac regarding the mid cap value portfolio that we manage, dated June 30, 2012. 10:35:37 10:35:41 10:35:46 10:35:48
Q. Is this a document that Systematic created in the ordinary course of its business? 10:35:55 10:35:58 10:35:59
A. Yes. 10:36:01
Q. Were these portfolio reviews provided to Pontiac? 10:36:02 10:36:06
A. Yes. 10:36:07
Q. Were they provided to Pontiac at around the time of the date on the first page of the document, in this case June 30, 2012? 10:36:07 10:36:10 10:36:14 10:36:19
A. Generally days and weeks after the end of the quarter. It takes time to produce the document. 10:36:22 10:36:25 10:36:28
Q. Okay. I'm going to show you another document. 10:36:29 10:36:40
(Whereupon Mushock Exhibit 11 was marked for identification, portion of sfmlp website, 10:36:41 10:36:41 10:36:41

CONFIDENTIAL

Systematically Focused.) 10:37:04

Q. I'm showing you what has been marked as exhibit 11. Do you recognize this document? 10:37:04 10:37:05 10:37:07

A. It looks like it's from the website, but I can't be sure. 10:37:16 10:37:18

Q. Let me point you to the bottom left of the document. Do you see the letters http://www.sfmlp.com/? 10:37:24 10:37:26 10:37:32

A. Yes. 10:37:41

Q. Do you recognize those letters? 10:37:42 10:37:43

A. Yes, that's our website. 10:37:44

Q. Systematic's website? 10:37:45

A. Correct. 10:37:46

Q. Does that help you to identify this document? 10:37:58 10:37:59

A. Not necessarily. I don't know who generated that. 10:38:16 10:38:18

Q. Okay. Let me turn you to the top right of this document. 10:38:24 10:38:30

A. Okay. 10:38:31

Q. Do you see the words Catalyst Value? 10:38:31 10:38:35

CONFIDENTIAL

A. Correct. 10:38:35
Q. What is catalyst value? 10:38:36
MR. SHAUGHNESSY: Objection to 10:38:37
form, foundation. 10:38:38
Q. Let me rephrase. Is the 10:38:39
phrase catalyst value a phrase that 10:38:42
Systematic employs? 10:38:44
A. Yes. 10:38:47
Q. Do you have an understanding 10:38:47
of the meaning of that phrase? 10:38:49
A. Yes. 10:38:51
Q. What does catalyst value mean? 10:38:51
A. We offer three different types 10:38:55
of value portfolios, and that name is 10:38:58
used to differentiate that style from the 10:39:02
other two styles that we manage. 10:39:08
Q. So catalyst value is one of 10:39:14
three styles that Systematic employs in 10:39:18
investing? 10:39:24
A. Correct. 10:39:25
Q. What are the other two styles? 10:39:29
A. One is based upon free cash 10:39:31
flow and the other strategy is a purely 10:39:36
quantitative strategy. 10:39:38

CONFIDENTIAL

Q. Am I correct that the free cash flow strategy is called the free cash flow value? 10:39:43 10:39:44 10:39:49

A. Correct. 10:39:50

Q. Am I correct that the purely quantitative strategy that you refer to is called the disciplined value? 10:39:52 10:39:54 10:39:56

A. Correct. 10:39:58

Q. Underneath the words catalyst value in the top right and before you get down to free cash flow value, do you see that there is a list of phrases? 10:39:59 10:40:03 10:40:10 10:40:12

A. Yes. 10:40:14

Q. What is that list? 10:40:15

A. That is the market cap oriented products that we offer under that style. 10:40:16 10:40:21 10:40:24

Q. Under the catalyst value style? 10:40:27 10:40:29

A. Correct. 10:40:29

Q. One of those products is mid cap value; is that right? 10:40:30 10:40:35

A. Correct. 10:40:36

Q. Is that the product in which 10:40:37

CONFIDENTIAL

Pontiac was invested during the relevant period? 10:40:40 10:40:42

A. Correct. 10:40:43

Q. Am I correct that the mid cap value portfolio that Pontiac held with Systematic was invested using the catalyst value strategy? 10:40:43 10:40:48 10:40:52 10:40:54

A. Correct. 10:40:56

MR. SHAUGHNESSY: Objection to form, vague as to time period. 10:40:57 10:40:58

Q. Am I correct that the mid cap value portfolio that Pontiac held with Systematic was invested using the catalyst value strategy during the relevant period? 10:40:59 10:41:06 10:41:08 10:41:12 10:41:13

A. Correct. 10:41:15

Q. Has it always been invested using the catalyst value strategy? 10:41:15 10:41:26

MR. COCHRAN: Object to form. 10:41:27

MR. SHAUGHNESSY: Object to form. 10:41:29 10:41:30

A. Correct. 10:41:30

Q. Let me show you another document. 10:41:31 10:41:40

CONFIDENTIAL

(Whereupon Mushock Exhibit 12 was marked for identification, from sfmlp website, "Time-tested.") 10:41:40 10:41:40 10:42:08

Q. I'm showing you what has been marked as exhibit 12. Do you recognize this document? 10:42:08 10:42:10 10:42:14

A. Not particularly. 10:42:21

Q. Let me direct you to the bottom left corner. 10:42:23 10:42:25

A. Mm-hmm. 10:42:26

Q. Do you recognize a website address? 10:42:27 10:42:29

A. That's our website, Systematic's website. 10:42:30 10:42:32

Q. Do you see on this page where it states "Our catalyst value, our free cash flow value, our disciplined value"? 10:42:33 10:42:57 10:43:01

A. Yes. 10:43:05

Q. Are those the three investment strategies that we discussed earlier? 10:43:05 10:43:07

A. Correct. 10:43:09

Q. And among those three, catalyst value was the strategy that Systematic employed for Pontiac during 10:43:14 10:43:15 10:43:17

CONFIDENTIAL

the relevant period, right? 10:43:19
A. Correct. 10:43:20
Q. Let me direct you to where the 10:43:21
words our catalyst value appear. 10:43:24
A. Okay. 10:43:28
Q. Underneath or reading that 10:43:28
together with the words underneath it 10:43:32
states "Our catalyst value strategies 10:43:34
seek to identify undervalued companies in 10:43:36
the early stages of a fundamental 10:43:40
improvement confirmed through one or more 10:43:41
positive earnings catalysts that hold the 10:43:45
potential to provide superior long-term 10:43:47
capital appreciation." Do you see that? 10:43:50
A. Yes. 10:43:52
Q. Is that sentence an accurate 10:44:00
representation of the catalyst value 10:44:01
strategy? 10:44:02
MR. COCHRAN: Object to form. 10:44:04
A. Yes. 10:44:07
Q. Was that accurate to describe 10:44:07
the catalyst value strategy during the 10:44:11
relevant period? 10:44:12
MR. COCHRAN: Object to form. 10:44:13

CONFIDENTIAL

A. Yes. 10:44:15

MR. HERMAN: Let's go off the record. 10:44:25 10:44:26

THE VIDEOGRAPHER: One moment, please, watch your microphones. Here now marks the end of video file number 1, time is 10:44 a.m., we're now off the record. 10:44:27 10:44:28 10:44:30 10:44:31 10:44:35

(A recess was had.) 10:44:36

THE VIDEOGRAPHER: Here now marks the beginning of video file number 2, time is 10:55 a.m., we're back on the record. 10:55:57 10:56:06 10:56:08 10:56:11

Q. Before we went off the record we were looking at exhibit 12. Do you still have that in front of you? And we were looking at the sentence that states "Our catalyst value strategy seek to identify undervalued companies in the early stages of a fundamental improvement confirmed through one or more positive earnings catalysts that hold the potential to provide superior long-term capital appreciation." Let me point you 10:56:14 10:56:15 10:56:17 10:56:22 10:56:25 10:56:28 10:56:30 10:56:32 10:56:34 10:56:36 10:56:38

CONFIDENTIAL

to the words undervalued companies. Is that a phrase that Systematic employs in its business? 10:56:44 10:56:46 10:56:48

MR. COCHRAN: Objection to form. 10:56:50 10:56:51

MR. SHAUGHNESSY: Objection to form, vague. 10:56:51 10:56:52

A. It's a common statement used by portfolio management firms. It just talks about the style of investing which is value oriented. 10:56:52 10:56:58 10:57:07 10:57:10

Q. What is value oriented investing? 10:57:13 10:57:15

A. Value refers to the price of the stock relative to certain measures, whether it's revenue or earnings or book value or dividends. It's a measure of value. So the lower the multiple, the more of a value that particular stock is. 10:57:19 10:57:27 10:57:31 10:57:34 10:57:41 10:57:44

Q. What is an undervalued company? 10:57:56 10:57:58

A. That's subjective. It means undervalued, you know, relative to the company's own history, relative to the 10:58:00 10:58:08 10:58:11

CONFIDENTIAL

competitors in its industry, relative to the overall market. It can mean a number of different things. 10:58:15 10:58:18 10:58:23

Q. Was Systematic during the relevant period in the business of identifying companies that it believed were undervalued? 10:58:24 10:58:27 10:58:29 10:58:32

A. We have a model that identifies valuation of companies on a relative basis, and then we also do more intricate manual type of valuation assessment of companies based upon a number of measures of value. 10:58:33 10:58:36 10:58:40 10:58:46 10:58:49 10:58:50

Q. Using that model, did Systematic seek to identify undervalued companies? 10:58:54 10:59:04 10:59:06

MR. SHAUGHNESSY: Objection to form. 10:59:09 10:59:09

A. We always seek to identify undervalued companies. 10:59:09 10:59:16

Q. When you say undervalued, undervalued in relation to what? 10:59:17 10:59:31

A. As I already discussed, undervalued relative to the level of 10:59:35 10:59:37

CONFIDENTIAL

earnings that the company generates, undervalued relative to the dividends that the company pays, undervalued to the revenues that it generates relative to the free cash flow that it generates and other types of financial measures. So its price relative to some underlying financial measurement. 10:59:39 10:59:40 10:59:42 10:59:45 10:59:48 10:59:51 10:59:54 10:59:56

Q. When you say its price, are you referring to the market price? 10:59:58 11:00:04

A. Yes, the market price. 11:00:07

Q. So when Systematic sought to identify undervalued companies, were those companies where Systematic believed the value of the company was greater than what was represented by its market price? 11:00:19 11:00:22 11:00:26 11:00:31 11:00:34

MR. COCHRAN: Object to form, misstates testimony. 11:00:36 11:00:41

A. Yes. But we look at things relatively, not necessarily in those absolute terms. 11:00:44 11:00:46 11:00:48

Q. Can you explain that? 11:00:50

A. Relative value means looking at a stock relative to another stock, 11:00:52 11:00:57

CONFIDENTIAL

looking at company A versus company B based upon again the numerous measures of values, whether it's earnings, dividends, cash flow, sales, et cetera. You know if a stock trades at ten times earnings that may be relatively attractive on a valuation basis to a stock that trades at 15 times earnings. 11:01:02 11:01:06 11:01:10 11:01:12 11:01:17 11:01:19 11:01:21 11:01:23

So it's not necessarily an -- it's not a black and white issue, it's a partly subjective assessment of value on a relative basis. 11:01:25 11:01:29 11:01:33 11:01:37

Q. When Systematic looked at a particular stock, how did Systematic determine what other stocks to compare to? 11:01:39 11:01:45 11:01:48 11:01:53

MR. SHAUGHNESSY: Objection to form, vague as to time period. 11:01:54 11:01:55

Q. During the relevant period? 11:01:56

A. The analyst will use his experience and judgment in generating a list of comparable companies in terms of its relative value assessment. 11:01:58 11:02:04 11:02:06 11:02:11

Q. Turning back to the sentence 11:02:12

CONFIDENTIAL

on exhibit 12 that we were looking at, let me point you to the words fundamental improvement. And just to be clear I'll read the sentence again. "Our catalyst value strategies seek to identify undervalued companies in the early stages of a fundamental improvement confirmed through one or more positive earnings catalysts that hold the potential to provide superior long-term capital appreciation." What is fundamental improvement? 11:02:24 11:02:30 11:02:33 11:02:35 11:02:37 11:02:39 11:02:41 11:02:43 11:02:45 11:02:47 11:02:49 11:02:51

A. That's a collection of many aspects and facets of the company. It can be looked at in terms of income statement improvement, meaning profit and loss report, sales, gross margins, operating margins, earnings, earnings per share, improvement in those type of measurements relative to the company's history. 11:02:52 11:02:54 11:03:03 11:03:07 11:03:09 11:03:14 11:03:17 11:03:23 11:03:27

Q. What would Systematic look at to determine whether a company was in the early stages of a fundamental 11:03:38 11:03:42 11:03:46

CONFIDENTIAL

improvement? 11:03:50

MR. SHAUGHNESSY: Objection to form. 11:03:50

A. Again, it looks at a whole host of factors. As I described, improvements in the income statement. Also looking at expectational data, whether the company reported better than expected earnings and whether analysts, meaning Wall Street analysts were raising consensus earnings expectations. 11:03:51 11:03:55 11:03:58 11:04:03 11:04:06 11:04:08 11:04:12 11:04:14

Q. So to determine whether a company was in the early stages of a fundamental improvement, speaking generally, Systematic would rely upon its own research and model? 11:04:25 11:04:29 11:04:30 11:04:33 11:04:38

MR. COCHRAN: Objection. 11:04:41

MR. SHAUGHNESSY: Objection, mischaracterizes testimony. 11:04:41 11:04:42

A. We use broadly available public data from S&P Compustat to populate our model. So it's not what we think, it's we've analyzed publicly available data to come to our conclusion. 11:04:46 11:04:50 11:04:57 11:05:00 11:05:04

CONFIDENTIAL

Q. The last words in that sentence are "superior long term capital appreciation." Do you see that? 11:05:29 11:05:31 11:05:32
A. Yes. 11:05:33
Q. Do you have an understanding of what that phrase means? 11:05:34 11:05:40
A. Yes. 11:05:42
Q. What does that phrase mean? 11:05:42
A. It means to emphasize the increase in the stock price as opposed to emphasizing the dividend. It's capital gain as opposed to income. 11:05:44 11:05:47 11:05:49 11:05:56
Q. So am I understanding correctly that using the catalyst value strategy, Systematic would try to invest in stocks that offered a superior long-term capital appreciation? 11:06:01 11:06:03 11:06:06 11:06:11 11:06:15
A. Yes. 11:06:17
Q. And am I correct that that meant that Systematic would try to invest in stocks that it believed would appreciate in value? 11:06:25 11:06:27 11:06:32 11:06:37
A. Correct. 11:06:39
Q. Am I correct that Systematic 11:06:45

CONFIDENTIAL

would make the judgment that a stock would appreciate in value based upon its own model and fundamental research? 11:06:47 11:06:52 11:06:56

MR. SHAUGHNESSY: Objection to form, mischaracterizes testimony. 11:07:00 11:07:01

A. Yes. With that being said, the model is populated with publicly available data. 11:07:04 11:07:07 11:07:14

Q. So let me see if I understand. Systematic had a quantitative model, right? 11:07:14 11:07:23 11:07:27

A. Correct. 11:07:27

Q. And that model -- 11:07:27

MR. COCHRAN: Objection, mischaracterizes testimony to the extent there was other analysis performed. 11:07:29 11:07:30 11:07:31 11:07:35

MR. SHAUGHNESSY: Let's just be more specific as to time period. A lot of these questions don't include time period. Let's just try to be clear on the time period. Whether you are speaking generally or as to time period. 11:07:37 11:07:38 11:07:39 11:07:41 11:07:42 11:07:44 11:07:48

CONFIDENTIAL

Q. I'm speaking about the relevant period. Is that fair? 11:07:49 11:07:51
A. Yes. 11:07:52
Q. During the relevant period, am I correct that one of the things that Systematic has was a quantitative model? 11:07:53 11:07:56 11:07:58
MR. COCHRAN: Objection. 11:08:02
A. That's correct. 11:08:02
Q. And am I correct that that quantitative model was populated using publicly available data? 11:08:03 11:08:04 11:08:07
A. Correct. 11:08:08
Q. In addition to a quantitative model, am I correct that Systematic also performed fundamental research? 11:08:08 11:08:13 11:08:17
A. That's correct. 11:08:19
Q. And using that quantitative model and fundamental research, am I correct that Systematic sought to identify undervalued companies? 11:08:20 11:08:28 11:08:30 11:08:31
A. Correct. 11:08:33
Q. And am I correct that using that quantitative model and fundamental research, Systematic sought to identify 11:08:34 11:08:42 11:08:45

CONFIDENTIAL

stocks that it believed would provide long-term capital appreciation? 11:08:48 11:08:50

A. That's correct. 11:08:53

Q. Am I correct that fundamental research looked at what Systematic believed were qualitative factors about a company? 11:08:53 11:09:09 11:09:11 11:09:14

MR. COCHRAN: Objection to form. 11:09:15 11:09:15

MR. SHAUGHNESSY: Objection to form. 11:09:16 11:09:16

A. Correct. 11:09:17

Q. How would Systematic identify those qualitative factors? 11:09:17 11:09:32

MR. SHAUGHNESSY: Objection to form. 11:09:35 11:09:36

A. The analyst would identify qualitative or fundamental factors based upon their knowledge and experience in terms of analyzing the industry. 11:09:36 11:09:45 11:09:52 11:09:53

Q. What qualitative factors would an analyst identify during the relevant period? 11:10:03 11:10:05 11:10:10

A. Macro -- 11:10:16

CONFIDENTIAL

MR. SHAUGHNESSY: Objection, calls for speculation. 11:10:17 11:10:18

A. Macro trends, macroeconomic trends, broader industry trends, retail oriented trends, for instance, market share, new products, pricing, raw material costs, other costs like labor, overhead. Pretty much every line item on a company's income statement would be analyzed. 11:10:18 11:10:20 11:10:24 11:10:32 11:10:39 11:10:42 11:10:47 11:10:53

Q. Was there an analyst on Pontiac's account with Systematic during the relevant period? 11:10:56 11:10:58 11:11:01

A. Yes, there is a large analyst team that works on all the client portfolios as a team. 11:11:03 11:11:05 11:11:08

Q. Did that analyst team report to anybody? 11:11:11 11:11:12

A. Ultimately they report to the CIO, but they also report to me in terms of the chain of command. 11:11:15 11:11:16 11:11:20

Q. Are you familiar with the work of an analyst at Systematic? 11:11:21 11:11:23

A. Yes. 11:11:26

CONFIDENTIAL

Q. During the relevant period? 11:11:27
A. Yes. 11:11:30
Q. One of the things you mentioned was retail oriented trends. What are retail oriented trends? 11:11:32 11:11:34 11:11:39
A. Well, I was giving an example of a retail type of investment where you would not just look at the results of the particular retailer but look at potentially what their competitors, suppliers and/or customers were also reporting in terms of their results, in terms of a mosaic analysis of the investment opportunity. 11:11:43 11:11:45 11:11:52 11:11:55 11:11:58 11:12:01 11:12:04 11:12:06 11:12:11
Q. How would an analyst identify retail oriented trends during the relevant period? 11:12:18 11:12:25 11:12:29
A. From -- 11:12:30
MR. SHAUGHNESSY: Objection to form. 11:12:31 11:12:32
A. From publicly available data, other companies' earnings reports, other companies' conference calls, transcripts of those calls, publicly available 11:12:32 11:12:35 11:12:36 11:12:39

CONFIDENTIAL

webcasts of presentations, attendance at industry conferences that are publicly available, utilizing third-party research such as Wall Street brokers, those would be the type of resources that an analyst would use in order to understand industry trends. 11:12:44 11:12:47 11:12:49 11:12:55 11:12:58 11:13:02 11:13:07

Q. Let me show you another document. 11:13:20 11:13:22

(Whereupon Mushock Exhibit 13 was marked for identification, page taken from website sfmlp.com entitled Mid Cap Value Equity.) 11:13:23 11:13:23 11:13:23 11:13:51

Q. I'm showing what you has been marked as exhibit 13. 11:13:51 11:14:02

A. Okay. 11:14:05

Q. Let me point you to the bottom left. Do you see a website address there? 11:14:07 11:14:09 11:14:10

A. Yes. 11:14:11

Q. Is that Systematic's website? 11:14:11

A. Correct. 11:14:14

Q. At the top is a heading Mid Cap Value Equity. Do you see that? 11:14:14 11:14:20

CONFIDENTIAL

A. Yes. 11:14:21

Q. Is that the name of the 11:14:21
product in which Pontiac was invested 11:14:25
during the relevant period? 11:14:28

A. Yes. 11:14:29

Q. Underneath that are the words 11:14:33
investment objective. 11:14:36

A. Okay. 11:14:38

Q. And beneath investment 11:14:39
objective it states "Systematic's Mid Cap 11:14:41
Value Equity strategy pursues long-term 11:14:45
capital appreciation by investing in 11:14:47
undervalued, medium capitalization 11:14:49
companies trading on US markets." Do you 11:14:51
see that? 11:14:55

A. Yes. 11:14:55

Q. Is that an accurate 11:14:55
characterization of Systematic's Mid Cap 11:15:03
Value Equity strategy today? 11:15:08

MR. COCHRAN: Object to form. 11:15:10

A. Yes. 11:15:11

Q. Was that an accurate 11:15:14
characterization of Systematic's Mid Cap 11:15:16
Value Equity strategy during the relevant 11:15:19

CONFIDENTIAL

period? 11:15:21
MR. COCHRAN: Object to form. 11:15:21
A. Yes. 11:15:22
Q. And that was the strategy that Systematic used for Pontiac during the relevant period, right? 11:15:22 11:15:26 11:15:29
MR. COCHRAN: Object to form. 11:15:32
A. Correct. 11:15:33
Q. Including to invest in Big Lots stock? 11:15:33 11:15:35
MR. COCHRAN: Object to form. 11:15:35
A. Correct. 11:15:36
Q. Do you see in that sentence the word undervalued? 11:15:37 11:15:50
A. Yes. 11:15:51
Q. Am I correct that it was Systematic's strategy in the Mid Cap Value Equity product to invest in undervalued companies? 11:15:51 11:15:54 11:15:59 11:16:01
MR. SHAUGHNESSY: Objection to form. 11:16:03 11:16:04
A. Correct. 11:16:04
Q. And I believe you testified earlier that Systematic would identify 11:16:05 11:16:10

CONFIDENTIAL

undervalued companies using its model as 11:16:14
well as fundamental research; is that 11:16:17
right? 11:16:19

A. Correct. 11:16:21

MR. COCHRAN: Objection to form. 11:16:22 11:16:23

MR. SHAUGHNESSY: Objection to form. 11:16:23 11:16:24

A. Correct. 11:16:24

Q. Is there such a thing as an overvalued company? 11:16:25 11:16:41

MR. SHAUGHNESSY: Objection to form. 11:16:44 11:16:45

A. Yes, but that's also subjective. People have different opinions of value, whether it's absolute or relative level of value or relative value. That's what makes the market. 11:16:45 11:16:46 11:16:50 11:16:55 11:16:56

Q. Is the word undervalued also a subjective word? 11:17:03 11:17:06

A. Yes. 11:17:08

MR. COCHRAN: Object to form. 11:17:09

Q. As Systematic uses that word, right? 11:17:13 11:17:15

CONFIDENTIAL

MR. COCHRAN: Same objection. 11:17:15
A. Well, undervalued can be defined in, in different ways. And I previously described the way we define it as relative to the company's history, relative to its industry competitors, relative to the market. 11:17:16 11:17:23 11:17:27 11:17:28 11:17:32 11:17:34
Q. So as a subjective word, when Systematic sought to invest in undervalued companies, am I correct that those were companies that Systematic itself believed were undervalued? 11:17:46 11:17:52 11:17:53 11:17:57 11:18:00
MR. COCHRAN: Object to form. 11:18:02
A. Correct. 11:18:03
Q. And Systematic identified those companies, am I correct, using its own model and fundamental research? 11:18:04 11:18:09 11:18:14
A. Correct. 11:18:16
Q. Am I correct that Systematic did not rely upon other investors to tell Systematic what companies were undervalued? 11:18:17 11:18:18 11:18:23 11:18:24
MR. COCHRAN: Object to form. 11:18:25
MR. SHAUGHNESSY: Objection, 11:18:27

CONFIDENTIAL

mischaracterizes testimony. 11:18:28

MR. COCHRAN: Calls for 11:18:30
speculation, lack of foundation. 11:18:31

A. We make our own determination. 11:18:34
However, we do use third-party input, 11:18:37
such as consensus earnings expectations 11:18:42
to value securities. 11:18:45

Q. Taking into account those 11:18:55
third-party inputs such as consensus 11:18:57
earnings expectations, am I correct that 11:18:59
Systematic would form its own view as to 11:19:01
whether a company was undervalued? 11:19:04

MR. COCHRAN: Objection to 11:19:06
form. 11:19:07

MR. SHAUGHNESSY: Objection to 11:19:07
form. 11:19:08

A. Yes. 11:19:08

Q. Underneath the sentence that 11:20:03
we have been discussing in this document, 11:20:05
do you see the words investment 11:20:07
philosophy? 11:20:08

A. Yes, I do. 11:20:09

Q. Underneath those words are the 11:20:10
words "By value based on confirmed 11:20:16

CONFIDENTIAL

catalyst." Do you see that? 11:20:20

A. Right. 11:20:22

Q. And underneath that are four bullets? 11:20:23 11:20:24

A. Yes. 11:20:25

Q. Do those bullets reflect an accurate description of Systematic's investment philosophy for the Mid Cap Value Equity product today? 11:20:25 11:20:27 11:20:31 11:20:35

MR. COCHRAN: Object to form. 11:20:37

A. Yes. 11:20:38

Q. Do those bullets reflect an accurate description of Systematic's investment philosophy for the Mid Cap Value Equity product during the relevant period? 11:20:38 11:20:41 11:20:43 11:20:45 11:20:46

MR. COCHRAN: Object to form. 11:20:47

A. Yes. 11:20:48

Q. And when I say those bullets, I'm referring to "Identify compelling valuation opportunities. Buy only on confirmation of fundamental improvement. Stock prices follow earnings. Investors consistently under-react to changes in 11:20:48 11:20:52 11:20:54 11:20:56 11:20:58 11:21:01

CONFIDENTIAL

company fundamentals. Did I get that right? 11:21:04 11:21:07

A. Correct. 11:21:07

MR. COCHRAN: Object to form. 11:21:08

Q. I'm going to point you to the sentence that says "Buy value based on confirmed catalyst." What does the word value mean? 11:21:15 11:21:17 11:21:21 11:21:24

A. Again, value is subjective, eye of the beholder. It's often measured relative to certain underlying financial metrics. It can be looked at as an absolute basis or relative basis, and differing marketing -- different market participants may deem a stock to be overvalued and others may deem it to be undervalued. However, it's typically companies that trade at low multiples of book value, earnings, cash flow, et cetera, are generally referred to as value securities and companies that trade at higher multiples of those measures are generally talked about as growth oriented securities. 11:21:24 11:21:26 11:21:29 11:21:31 11:21:35 11:21:41 11:21:44 11:21:45 11:21:48 11:21:54 11:21:57 11:21:59 11:22:00 11:22:02 11:22:04 11:22:08

CONFIDENTIAL

Q. When you said value is subjective, are you referring to the value of a security? 11:22:12 11:22:13 11:22:14

A. Yes. 11:22:15

Q. How did Systematic determine the value of securities during the relevant period for the Mid Cap Value Equity product? 11:22:27 11:22:28 11:22:30 11:22:33

MR. COCHRAN: Objection, form, asked and answered. 11:22:34 11:22:35

A. Part quantitative, part fundamental. 11:22:37 11:22:40

Q. Am I correct that Systematic would determine of value of a security for the Mid Cap Value Equity product using its model and its fundamental research? 11:22:40 11:22:43 11:22:45 11:22:47 11:22:51

MR. SHAUGHNESSY: Object to form. 11:22:52 11:22:52

A. Correct. 11:22:53

MR. COCHRAN: Counsel, this has been asked and answered about four or five times now. So objection, asked and answered. 11:22:53 11:22:54 11:22:55 11:22:57

CONFIDENTIAL

MR. HERMAN: I think we've talked about undervalued but I have not asked about value yet. So I just want to make sure the record is clear that's why I'm asking these questions. 11:23:01 11:23:02 11:23:03 11:23:05 11:23:06 11:23:07

MR. COCHRAN: Same objection. It's been answered. 11:23:08 11:23:09

Q. Before investing in a security for the Mid Cap Value Equity product during the relevant period, would Systematic determine the value of that security? 11:23:27 11:23:29 11:23:31 11:23:33 11:23:35

MR. SHAUGHNESSY: Objection to form. 11:23:36 11:23:37

MR. COCHRAN: Asked and answered. 11:23:37 11:23:38

A. Yes, we would determine value of a security. 11:23:44 11:23:45

Q. And it would determine the value of that security using its model and its fundamental research; is that right? 11:23:46 11:23:47 11:23:49 11:23:52

A. Yes. 11:23:52

CONFIDENTIAL

MR. SHAUGHNESSY: Objection to form. 11:23:53 11:23:54

MR. COCHRAN: Objection to form, asked and answered. 11:23:54 11:23:54

Q. Am I correct that the model and the fundamental research that Systematic performed led Systematic to its own view as to the value of the security? 11:23:59 11:24:01 11:24:03 11:24:07 11:24:09

MR. COCHRAN: Objection to form. 11:24:11 11:24:11

MR. SHAUGHNESSY: Objection to form. 11:24:12 11:24:12

MR. COCHRAN: Asked and answered. 11:24:12 11:24:13

A. We had our own view, but we relied on publicly available information to frame that view. 11:24:16 11:24:18 11:24:22

Q. So using publicly available information that went into the model and into the fundamental research, Systematic would form its own view as to the value of a security; is that right? 11:24:25 11:24:27 11:24:30 11:24:32 11:24:34

MR. SHAUGHNESSY: Objection to 11:24:35

CONFIDENTIAL

form. 11:24:36
MR. COCHRAN: Objection. 11:24:36
A. Correct. 11:24:37
MR. COCHRAN: And also asked and answered. 11:24:38 11:24:39
Q. Am I correct that Systematic would not rely upon the market price of a security to tell it the value of the security? 11:24:40 11:24:44 11:24:47 11:24:49
MR. SHAUGHNESSY: Objection to form. 11:24:50 11:24:51
MR. COCHRAN: Mischaracterizes testimony, asked and answered multiple times. 11:24:51 11:24:52 11:24:56
A. We look at the market price relative to, again, other underlying financial metrics, as I've previously discussed, to assess relative value. 11:24:58 11:25:03 11:25:11 11:25:14
Q. What do you mean by relative value in that sentence? 11:25:18 11:25:19
A. Relative to other companies, relative to its own history, relative to the market. 11:25:21 11:25:23 11:25:25
Q. When you say that you look at 11:25:28

CONFIDENTIAL

market price relative to other underlying financial metrics, can you tell me what you mean by that? 11:25:31 11:25:34 11:25:37

MR. COCHRAN: Counsel, objection, form, asked and answered several times now. I feel like we -- this is the third or fourth time we've had this series of questions. 11:25:39 11:25:40 11:25:42 11:25:45 11:25:47

A. Again, earnings, sales, book value, dividends, cash flow, standard valuation measurements. 11:25:48 11:25:54 11:26:00

Q. Those are the financial metrics that you were referring to before? 11:26:15 11:26:27 11:26:29

A. Correct. 11:26:29

MR. SHAUGHNESSY: Objection to form. 11:26:29 11:26:30

MR. COCHRAN: Objection, mischaracterizes testimony. 11:26:30 11:26:31

Q. So am I understanding correctly that Systematic when investing would look at the market price relative to those financial metrics? 11:26:32 11:26:34 11:26:37 11:26:39

MR. COCHRAN: Objection to 11:26:41

CONFIDENTIAL

form. 11:26:42

MR. SHAUGHNESSY: Objection to form. 11:26:42 11:26:43

A. That's correct. 11:26:43

MR. COCHRAN: Mischaracterizes testimony, asked and answered. 11:26:44 11:26:44

Q. Was I mischaracterizing your testimony? 11:26:46 11:26:48

MR. SHAUGHNESSY: Objection to form, vague. 11:26:49 11:26:49

A. I don't think so. 11:26:53

Q. Let me make sure I understand. So when investing for the Mid Cap Value Equity portfolio during the relevant period, am I correct that Systematic would look at the market price relative to financial metrics to determine whether a security was undervalued? 11:27:12 11:27:14 11:27:18 11:27:20 11:27:23 11:27:27 11:27:32

MR. SHAUGHNESSY: Objection to form. 11:27:34 11:27:35

MR. COCHRAN: Objection, mischaracterizes testimony to the extent witness has testified multiple times about numerous 11:27:35 11:27:36 11:27:37 11:27:38

CONFIDENTIAL

factors that were considered. 11:27:40
A. Yes. But then those 11:27:44
measurements are also relative to other 11:27:46
investment opportunities. 11:27:49
Q. When you say other investment 11:27:54
opportunities, are you referring to other 11:27:55
stocks that Systematic might invest in? 11:27:57
A. Yes. 11:28:01
Q. And this is the strategy that 11:28:02
Systematic used for Pontiac during the 11:28:20
relevant period, steak? 11:28:24
MR. SHAUGHNESSY: Objection. 11:28:28
A. Yes. 11:28:29
MR. COCHRAN: Objection to 11:28:29
form and vague and ambiguous as to 11:28:30
which part of the testimony you're 11:28:32
referring to, prior testimony. 11:28:35
Q. Let me clarify. 11:28:38
MR. COCHRAN: The question has 11:28:39
been asked so many times now and 11:28:42
answered so many times the record 11:28:43
is not clear. 11:28:45
Q. Let me clarify it so that the 11:28:50
record is clear. When investing for 11:28:52

CONFIDENTIAL

Pontiac during the relevant period, am I correct that Systematic would look at the market price of a security relative to financial metrics to determine whether a security was undervalued? 11:28:56 11:28:59 11:29:07 11:29:10 11:29:12

MR. SHAUGHNESSY: Objection to form, asked and answered. 11:29:14 11:29:15

A. Correct. 11:29:18

MR. COCHRAN: Also mischaracterizes testimony to the extent the witness has on multiple occasions testified to numerous factors. 11:29:18 11:29:19 11:29:20 11:29:24 11:29:26

Q. Let me show you another document. 11:29:29 11:29:30

MR. HERMAN: Let's go off the record for a minute. 11:29:48 11:29:48

THE VIDEOGRAPHER: One moment please, watch your microphones. Time is 11:29 a.m., we're now off the record. One moment. 11:29:50 11:29:51 11:29:52 11:29:55

(A recess was had.) 11:29:59

THE VIDEOGRAPHER: Time is 11:45 a.m., we're back on the 11:45:10 11:45:14

CONFIDENTIAL

record. 11:45:15

Q. Welcome back. I'm going to show you another document. 11:45:20 11:45:22

(Whereupon Mushock Exhibit 14 was marked for identification, page from Systematic's website address entitled "Pursuing high-quality value stocks poised for price gains driven by stronger fundamentals.") 11:45:22 11:45:22 11:46:03 11:46:03 11:46:03 11:45:50

Q. I'm showing you what has been marked as exhibit 14. Let me point you to the bottom left. Do you see a website address in the bottom left? 11:45:50 11:45:52 11:45:54 11:45:57

A. Yes. 11:45:58

Q. What website address is that? 11:45:58

A. Systematic's website address. 11:46:03

Q. Let's go to the top of the page. At the very top is the phrase "Pursuing high-quality value stocks poised for price gains driven by stronger fundamentals." Do you see that? 11:46:09 11:46:10 11:46:20 11:46:23 11:46:25

A. Yes. 11:46:27

Q. Under that is a heading "Systematic's catalyst value methodology 11:46:28 11:46:32

CONFIDENTIAL

is based on our belief that:" Do you see that? 11:46:34 11:46:38
A. Yes. 11:46:38
Q. Let me ask you to take a minute to read to yourself the four bullet points and the three perhaps under that heading. 11:46:39 11:46:40 11:46:47 11:46:49
A. Okay. Okay. 11:46:49
Q. Now referring to the four bullets and three perhaps under the heading Systematic's catalyst value methodology is based on our belief that:" Is that text an accurate reflection of Systematic's belief -- beliefs underlying the catalyst value methodology? 11:47:12 11:47:13 11:47:14 11:47:17 11:47:21 11:47:24 11:47:27
A. Correct. 11:47:29
MR. SHAUGHNESSY: Objection to form, time period. 11:47:31 11:47:32
Q. Is that text an accurate reflection underlying Systematic's catalyst value model today? 11:47:41 11:47:43 11:47:47
MR. SHAUGHNESSY: Objection to form. 11:47:49 11:47:50
A. Yes. 11:47:50

CONFIDENTIAL

Q. Is that text an accurate reflection of Systematic's catalyst value methodology during the relevant period? 11:47:50 11:47:52 11:47:55
MR. COCHRAN: Object to form. 11:47:57
A. Yes. 11:47:58
Q. And when I say that text, it you understand that I'm referring to the four bullets and three paragraphs under Systematic's catalyst value methodology is based on our belief that:"? 11:47:58 11:48:00 11:48:01 11:48:03 11:48:05
MR. COCHRAN: Object to form. 11:48:09
A. Correct. 11:48:10
Q. Let me point you to the second bullet. It states "Investors routinely under-react to changes in company fundamentals." Do you see that? 11:48:20 11:48:22 11:48:26 11:48:27
A. Yes. 11:48:30
Q. What does that bullet mean? 11:48:30
A. It's a complicated, long answer but if I can summarize it, it's based upon studies of investor behavior around concepts such as anchoring and herd mentality. 11:48:35 11:48:37 11:48:40 11:48:52 11:48:58
So a lot, there's been a lot 11:49:03

CONFIDENTIAL

of research published by the University of Chicago and others that suggest that investors are prone to under-reacting to new information because they are anchored to their prior view; that their prior view clouds their judgment in terms of what may be happening now and what's likely to happen in the future. 11:49:05 11:49:07 11:49:13 11:49:21 11:49:24 11:49:28 11:49:31 11:49:33

So companies that report positive surprises generally will likely report more positive surprises as investors don't raise estimates enough to account for the improvement because of the anchoring mentality and that creates serial correlation of repeated positive surprises, and then that concept can be applied to negative surprises when the company disappoints investors. That tends not to be a one-time dynamic either. And there's likely future disappointments as analysts have not fully appreciated the difficulty the company is having and haven't lowered their estimates enough. 11:49:34 11:49:37 11:49:40 11:49:44 11:49:46 11:49:48 11:49:50 11:49:54 11:49:55 11:49:57 11:50:02 11:50:05 11:50:08 11:50:11 11:50:14 11:50:18

CONFIDENTIAL

So it's a behavioral-based concept based upon innate human behavior that's manifested in investor activity, and that's something that we try to exploit through the application of our process. 11:50:20 11:50:22 11:50:25 11:50:28 11:50:30 11:50:31

Q. When you say something we try to exploit, am I correct that, do you mean that Systematic tries to exploit investors' under-reactions to changes in company fundamentals? 11:50:34 11:50:35 11:50:41 11:50:45 11:50:48

MR. SHAUGHNESSY: Objection to form. 11:50:49 11:50:50

MR. COCHRAN: Mischaracterizes testimony. 11:50:50 11:50:51

A. Yes. 11:50:51

Q. Including during the relevant period? 11:50:54 11:50:56

A. Yes. 11:50:56

MR. COCHRAN: Same objection. 11:50:56

Q. Is that a principle upon which Systematic invested for Pontiac during the relevant period? 11:50:59 11:51:01 11:51:02

MR. COCHRAN: Same objection. 11:51:03

CONFIDENTIAL

MR. SHAUGHNESSY: Objection to form. 11:51:05 11:51:06

A. Yes. 11:51:06

Q. When you refer to investors who routinely under-react to changes in company fundamentals, what investors does that refer to? 11:51:07 11:51:17 11:51:20 11:51:22

MR. SHAUGHNESSY: Objection, you're assuming he's the author of the bullet. 11:51:24 11:51:25 11:51:27

A. All investors. 11:51:29

Q. Would you say that the market routinely under-reacts to changes in company fundamentals? 11:51:36 11:51:37 11:51:40

MR. SHAUGHNESSY: Objection to form. 11:51:43 11:51:47

A. Well the market's made up of investors, and I would say the preponderance of investors in the market typically under-react to changes. I wouldn't say the market overall under-reacts. 11:51:47 11:51:49 11:51:51 11:51:54 11:52:00 11:52:02

Q. Does Systematic have a view on how the market price of a stock is 11:52:07 11:52:12

CONFIDENTIAL

arrived at? 11:52:17

MR. COCHRAN: Objection to form. 11:52:19 11:52:20

MR. SHAUGHNESSY: Objection to form. 11:52:20 11:52:21

A. Stock prices in our view will reflect changes in earnings. So when we look at a stock, we look at its trend of the stock price relative to earnings and assume that that will be a closely correlated data series. 11:52:21 11:52:26 11:52:32 11:52:35 11:52:37 11:52:41

MR. COCHRAN: Calls for speculation. 11:52:59 11:52:59

Q. Let me point you to the fourth bullet under "Systematic's catalyst value methodology is based on our belief that:" It states "Portfolio management is best executed through a disciplined, repeatable process based on fundamental, bottom-up investing." Do you see that? 11:52:59 11:53:05 11:53:08 11:53:12 11:53:15 11:53:17 11:53:20

A. Yes. 11:53:23

Q. Is that one of Systematic's beliefs in relation to the catalyst value methodology? 11:53:23 11:53:25 11:53:28

CONFIDENTIAL

MR. SHAUGHNESSY: Object to form. 11:53:28 11:53:29

A. Yes. 11:53:30

Q. What does the phrase bottom-up investing mean? 11:53:30 11:53:37

A. That means to look at the company itself as opposed to looking at the macroeconomic environment first. 11:53:38 11:53:40 11:53:43

So bottoms-up means that you start with the company fundamentals first, whereas top-down you think about the economic backdrop first. 11:53:49 11:53:53 11:53:57 11:54:00

Q. Is bottom-up investing an approach that Systematic used for the Mid Cap Value Equity product during the relevant period? 11:54:17 11:54:19 11:54:27 11:54:28

A. Yes. 11:54:29

Q. I'm going to show you another document. 11:54:44 11:54:47

(Whereupon Mushock Exhibit 15 was marked for identification, email from Brian email from Brian Kostka to Ron Mushock, January 27, 2012.) 11:55:00 11:55:00 11:55:00 11:55:00 11:55:00

CONFIDENTIAL

Q. I'm showing you what has been marked as exhibit 15. Do you recognize this document? 11:55:23 11:55:24 11:55:31
A. Yes. 11:55:32
Q. What is this document? 11:55:32
A. It's an email from my analyst to myself on January 27, 2012, briefly discussing investment ideas in the consumer cyclical area, notably Big Lots and Lumber Liquidators and Pier 1 as well, so three companies. 11:55:33 11:55:35 11:55:48 11:55:56 11:55:59 11:56:04
Q. Is it fair to call this an email chain? 11:56:13 11:56:14
A. Yes. 11:56:15
Q. Let me point you to the bottom email in the chain on page 2 of the document. 11:56:19 11:56:21 11:56:23
A. Okay. 11:56:28
Q. This is an email from you to Brian Kostka and Aman Patel; is that correct? 11:56:29 11:56:32 11:56:35
A. Right. 11:56:36
Q. Who is Aman Patel? 11:56:36
A. He's my assistant portfolio 11:56:38

CONFIDENTIAL

manager. 11:56:39
Q. Was he your assistant 11:56:41
portfolio manager during the relevant 11:56:43
period? 11:56:44
A. Yes. 11:56:44
Q. Including on the Pontiac 11:56:45
account? 11:56:46
A. Yes. 11:56:47
Q. In this email you wrote 11:56:51
"Subject: Big." 11:56:53
A. Right. 11:56:56
Q. Does that refer to Big Lots? 11:56:57
A. Correct. 11:56:58
Q. Underneath it states "How does 11:56:59
this rank? Some housing exposure." 11:57:02
A. Right. 11:57:05
Q. Do you have an understanding 11:57:06
of what question you were asking in that 11:57:09
email? 11:57:13
A. Yes. I think later in the 11:57:14
email it becomes more clear that we were 11:57:18
looking at companies with housing 11:57:20
exposure, including Big Lots which had 11:57:23
some furniture exposure, patio furniture 11:57:26

CONFIDENTIAL

and other types of furniture exposure, Lumber Liquidators which is a flooring company and Pier 1 which is a furniture and accessories company. So we were looking for potential investments in the housing sector, and I was wondering how Big Lots ranked at that time. 11:57:29 11:57:32 11:57:34 11:57:37 11:57:39 11:57:41 11:57:43

Q. When you say ranked, what do you mean by that? 11:57:48 11:57:50

A. The quantitative scoring. 11:57:50

Q. The quantitative scoring from Systematic's model? 11:57:53 11:57:55

A. Yes. 11:57:56

Q. Let me point you to the next email in the chain. This is from Brian Kostka, he writes "65sf, 29vr, 60Q." Do you see that? 11:57:56 11:58:01 11:58:07 11:58:15

A. I don't. 11:58:15

Q. This is at the bottom of page 1. 11:58:17 11:58:19

A. Oh, I do, I do. Yes, so I do see that. 11:58:19 11:58:21

Q. Do you have an understanding of what those numbers and letters mean? 11:58:22 11:58:23

CONFIDENTIAL

A. Okay. 11:58:25

MR. COCHRAN: Object to form. 11:58:26

A. So the Q ranking is something that, that's our quantitative only product, it's a totally different product, it's just there for supplemental purposes. The two key ones are the sf which is the catalyst score and the 29 which is the valuation score. The 29 valuation score in my view is quite attractive, one being the best, a hundred being the worst. So, from a value perspective on the 27th, the stock was attractive in my view. From a catalyst perspective on the 27th, it was not yet attractive in my view. 11:58:27 11:58:30 11:58:34 11:58:36 11:58:37 11:58:41 11:58:44 11:58:46 11:58:48 11:58:50 11:58:53 11:58:56 11:59:00 11:59:03

MR. COCHRAN: And, counsel, I just am going to take this opportunity to mark the transcript confidential and then note we've looked at a number of exhibits and it appears some of them reflect plaintiff City of Pontiac's personal financial information, 11:59:10 11:59:11 11:59:12 11:59:14 11:59:17 11:59:20 11:59:25 11:59:27

CONFIDENTIAL

investment strategy and other information considered confidential under the protective order in this case. So I go ahead and note for the record we've requested that to be treated as confidential and will mark it as such to the extent it is being used in the deposition today. 11:59:29 11:59:34 11:59:35 11:59:37 11:59:39 11:59:41 11:59:42 11:59:44

Q. Let me point you to the top email in the chain. 12:00:02 12:00:03

A. Mm-hmm. 12:00:04

Q. This is an email from Brian Kostka to you on January 27, 2012; is that right? 12:00:06 12:00:09 12:00:14

A. Yes. 12:00:14

Q. He writes "70sf, 58vr." 12:00:14

A. Mm-hmm. 12:00:22

Q. Period. And then he writes "I have read pos," p-o-s, "notes on both of those in the last week or so too." Do you see that? 12:00:22 12:00:33 12:00:37 12:00:40

A. Yes. 12:00:40

Q. Do you have an understanding of what Mr. Kostka is referring to? 12:00:41 12:00:41

CONFIDENTIAL

A. Yes. 12:00:43

MR. COCHRAN: Object to form. 12:00:43

A. So the earlier -- 12:00:45

MR. COCHRAN: Calls for speculation. 12:00:46 12:00:46

A. In the earlier email he gave me the rankings on Big Lots and I said, okay, how does LL rank? LL referring to Lumber Liquidators, and then he provided that ranking which was 70sf, which is the catalyst ranking and 58vr which is the valuation ranking. So this stock did not look good on either of our rankings. I have, you know, then Brian is saying I have read positive, P-O-S means shorthand for positive notes on both of those. By notes he means third-party broker notes on both of those in the last week or so. JPMorgan upgraded this week I think on Big Lots and Lumber Liquidators positive previous last couple of weeks. I will look for more names to replace Pier 1 with similar drivers. 12:00:46 12:00:49 12:00:54 12:00:58 12:01:01 12:01:04 12:01:08 12:01:12 12:01:18 12:01:20 12:01:23 12:01:27 12:01:29 12:01:33 12:01:39 12:01:43 12:01:45 12:01:49

So it looks like at this time 12:01:52

CONFIDENTIAL

we were looking to sell out of Pier 1 and replace it with a similar type of company in the housing, furniture oriented sector. This is my understanding of this email chain. 12:01:53 12:01:55 12:01:58 12:02:04 12:02:05

Q. So just to make sure I understand, you were looking for, you, meaning Systematic was looking for a company to replace Pier 1 in the housing furniture oriented sector; is that right? 12:02:10 12:02:12 12:02:13 12:02:14 12:02:19

A. Yes, that's what it means by with similar drivers. 12:02:22 12:02:23

Q. And am I correct that Systematic was considering Big Lots' and Lumber Liquidators' stock to replace Pier 1 stock in that respect? 12:02:25 12:02:28 12:02:32 12:02:39

A. Correct. 12:02:40

MR. COCHRAN: Object to form. 12:02:40

A. Correct. 12:02:42

Q. Did I understand correctly that at this point in time Big Lots had a more favorable valuation ranking than Lumber Liquidators? 12:02:59 12:03:00 12:03:11 12:03:16

MR. COCHRAN: Object to form. 12:03:17

CONFIDENTIAL

A. Correct. 12:03:18
Q. And that's the valuation rating that is created by Systematic's model; is that right? 12:03:18 12:03:20 12:03:22
A. That's right. 12:03:23
MR. SHAUGHNESSY: Objection to form. 12:03:24 12:03:25
A. That's correct. 12:03:25
MR. COCHRAN: And misstates testimony. 12:03:26 12:03:27
Q. Do you have an understanding of why Big Lots had a favorable valuation ranking at that point in time? 12:03:34 12:03:35 12:03:41
MR. SHAUGHNESSY: Objection to form. 12:03:43 12:03:43
A. Valuation ranking is multi-factor and sector specific and again looks at measures such as PE ratio, price to sales ratio, price to book ratio, dividend yield, price to free cash flow ratio, and then compares that versus other stocks within that economic sector which is consumer cyclical and then it ranks it on a percentile basis. 12:03:44 12:03:47 12:03:49 12:03:53 12:03:57 12:04:01 12:04:05 12:04:07 12:04:10

CONFIDENTIAL

So 29, one is the best, a hundred is the worst, so 29 is reasonably attractive, more attractive than Lumber Liquidators which was 58. 12:04:13 12:04:16 12:04:20 12:04:25

Q. Was it also more attractive as of that point in time than Pier 1? 12:04:35 12:04:38

MR. SHAUGHNESSY: Objection to form. 12:04:41 12:04:42

A. I don't recall, but I would say that yes because we were looking to replace Pier 1. 12:04:47 12:04:49 12:04:50

Q. Do you have an understanding of whether Systematic did replace Pier 1 with Big Lots? 12:04:53 12:04:53 12:05:00

A. I'd have to go back and look at the transaction report. In fact, they're probably in the former documents. But I don't recall. 12:05:01 12:05:03 12:05:07 12:05:10

Q. Let me point you to exhibit 7. It's okay to take it out of the pile. This is the February 29, 2012 portfolio review; is that right? 12:05:28 12:05:45 12:05:51 12:05:53

A. Yes. 12:05:54

Q. Let me point you to page 8. 12:05:54

CONFIDENTIAL

Am I correct that Systematic purchased Big Lots' stock for Pontiac on February 2nd, 2012? 12:06:08 12:06:10 12:06:15

A. Correct. 12:06:16

Q. And again on February 20 -- February 3rd, 2012? 12:06:17 12:06:21

A. Correct. 12:06:23

Q. And again on February 6, 2012? 12:06:23

A. Correct. 12:06:25

Q. Let me turn you back to the exhibit 15. 12:06:26 12:06:28

A. Okay. 12:06:54

Q. This email is dated January 27, 2012. 12:06:55 12:07:00

A. Right. 12:07:01

Q. Am I correct that that is a little less than a week before Systematic purchased Big Lots' stock for Pontiac? 12:07:02 12:07:15 12:07:18

A. That's correct. 12:07:21

Q. Does that refresh your recollection as to whether Systematic replaced Pier 1 with Big Lots at that time? 12:07:22 12:07:28 12:07:32 12:07:38

MR. COCHRAN: Object to form. 12:07:38

CONFIDENTIAL

MR. SHAUGHNESSY: Objection to form. 12:07:39 12:07:40

A. No. I'd have to look at the transactions. 12:07:40 12:07:44

Q. What would you have to look at? 12:07:44 12:07:45

A. The transactions, what transactions that we made in this relevant time period. I think we were becoming concerned with Pier 1, you know, that's apparent from the emails, we were looking for a stock to potentially replace it, but that wasn't, it wasn't necessary to replace it to buy Big Lots. Big Lots could be, could have been purchased on its own merit without replacing the stock. 12:07:48 12:07:49 12:07:51 12:07:57 12:08:00 12:08:03 12:08:05 12:08:07 12:08:13 12:08:14 12:08:15

Q. Let me point you back to exhibit 7. 12:08:20 12:08:23

A. Okay. 12:08:24

Q. And specifically page 10 of exhibit 7. 12:08:35 12:08:37

A. Okay. 12:08:44

Q. On the last line of that page 12:08:44

CONFIDENTIAL

do you see the words Pier 1 Imports, Inc.? 12:08:52 12:08:54

A. Yes. 12:08:54

Q. Does this indicate that Systematic sold Pier 1 Imports' stock for Pontiac on February 2nd, 2012? 12:08:55 12:08:57 12:09:06

A. That's correct. 12:09:08

Q. That's the same date that Systematic purchased Big Lots' stock for Pontiac, right? 12:09:13 12:09:14 12:09:18

A. Right. But this is only a partial part of the position. We owned 45,000 shares of Pier 1. We sold 3,000 shares. So we sold less than ten percent of our position in Pier 1. 12:09:19 12:09:20 12:09:26 12:09:29 12:09:32

Q. Let me turn you back to exhibit 15. Is it fair to say that Systematic purchased Big Lots' stock because it had a favorable valuation rating? 12:09:33 12:09:38 12:09:56 12:10:02 12:10:04

MR. SHAUGHNESSY: Objection to form. 12:10:06 12:10:07

MR. COCHRAN: Misstates testimony. 12:10:07 12:10:08

CONFIDENTIAL

A. I would say that's incorrect. 12:10:08
I would say that on February 2nd or 12:10:10
February 1st there was an announcement 12:10:16
from Big Lots that materially increased 12:10:18
consensus earnings expectations and the 12:10:23
-- had a commensurate improvement in our 12:10:28
catalyst score, and therefore the stock 12:10:30
looked attractive both on the catalyst 12:10:33
basis and on the valuation basis, I think 12:10:35
the date of the purchase and the date of 12:10:39
the release from Big Lots lineup. 12:10:42

Q. Let me show you another 12:11:13
document. 12:11:14

(Whereupon Mushock Exhibit 16 12:11:14
was marked for identification, 12:11:14
email from Brian Kostka to Ron 12:11:14
Mushock, February 16, 2012.) 12:11:41

Q. I'm showing you what has been 12:11:41
marked as exhibit 16. Do you recognize 12:11:42
this document? 12:11:44

A. Yes. 12:11:50

Q. What is this document? 12:11:50

A. This is, on the bottom it is 12:11:55
an outgoing email from me to Brian with 12:11:58

CONFIDENTIAL

Aman also copied regarding Big Lots and I put a question mark, "Looks like an add?" So either the stock has pulled back in price or, for whatever reason, I'm thinking we might want to add to the position. Because I think we had a .7 position and typically our position size are closer to one and a half percent. 12:12:01 12:12:04 12:12:10 12:12:12 12:12:15 12:12:17 12:12:21 12:12:23

Q. When you said pull back in price just now, were you referring to the market price? 12:12:30 12:12:33 12:12:35

A. I said potentially. The reasons to add to a stock would be either pull back in price meaning it's more attractively valued or more conviction in the fundamental turnaround, one or the other or both. 12:12:35 12:12:38 12:12:40 12:12:42 12:12:44 12:12:46

Q. Just to be clear, when you say pull back in price, do you mean a reduction in the market price of the stock? 12:12:48 12:12:52 12:12:55 12:12:57

A. That's correct. 12:12:58

Q. So a reduction in the market price of a stock would make a stock more 12:12:58 12:13:00

CONFIDENTIAL

attractively valued to Systematic? 12:13:04

MR. COCHRAN: Objection to form. 12:13:08

MR. SHAUGHNESSY: Objection to form, mischaracterizes testimony. 12:13:10

A. That's correct. 12:13:10

Q. Above the email that you sent on February 16th, 2012 at 11:40 a.m., do you see an email from Brian Kostka? 12:13:30

A. Yes, I do. 12:13:32

Q. The first sentence of that email states "I think so, good notes today, positive into earnings although it does have headwinds in 2012." Do you see that? 12:13:43

A. I do. 12:13:43

Q. Do you have an understanding of what Mr. Kostka meant by good notes? 12:13:46

A. Brokerage notes. They're a third-party Wall Street analyst notes. 12:13:52

Q. Do you have an understanding of what Mr. Kostka meant by headwinds? 12:13:58

A. Risks to the investment thesis. 12:14:06

CONFIDENTIAL

Q. What is the investment thesis? 12:14:07
A. When we purchase a security, part of that analysis is to come up with a list of opportunities and risks, and we want to buy companies where the preponderance of the opportunities outweigh the potential and number of risks. So every stock has, has good and bad, has positives and negatives and our job is to buy stocks that have more positives than they do negatives. But we need to be aware of what the negatives could be. So that's what he's mentioning. 12:14:09 12:14:12 12:14:16 12:14:20 12:14:23 12:14:27 12:14:31 12:14:37 12:14:39 12:14:41 12:14:43 12:14:45 12:14:47
Q. Let me show you another document. 12:14:47 12:14:49
(Whereupon Mushock Exhibit 17 was marked for identification, email from Yanique Mundy to Ellen Zimmermann, April 24, 2012.) 12:15:04 12:15:04 12:15:04 12:15:21
Q. I'm showing you what has been marked as exhibit 17. Do you recognize this document as an email? 12:15:21 12:15:22 12:15:29
A. Yes. 12:15:31

CONFIDENTIAL

Q. You are not personally on this email; is that right? 12:15:31 12:15:33
A. No. 12:15:34
Q. In the top email in the from field is the name Yanique Mundy? 12:15:34 12:15:40
A. Correct. 12:15:45
Q. Did I pronounce that correctly? 12:15:46 12:15:47
A. Yes, you did. 12:15:47
Q. Do you have an understanding of who Yanique Mundy is? 12:15:49 12:15:49
A. She is Jim Wallerius's assistant. 12:15:52 12:15:59
Q. And who is Jim Wallerius? 12:15:59
A. He is the account representative for Systematic that covers Pontiac from a marketing perspective and a client service perspective. 12:16:01 12:16:03 12:16:06 12:16:10
Q. And Ellen Zimmermann was a representative for Pontiac, right? 12:16:13 12:16:16
A. That's correct. 12:16:18
Q. In the bottom email in the chain Ms. Zimmermann writes, "There is a need to fund a new manager and we will be 12:16:18 12:16:20 12:16:24

CONFIDENTIAL

calling for $3 million for this Thursday." Do you see that? 12:16:27 12:16:30

A. I do. 12:16:31

Q. Do you have an understanding of what is being discussed in this email? 12:16:31 12:16:32

MR. COCHRAN: Objection, calls for speculation, lack of foundation, form. 12:16:34 12:16:35 12:16:36

A. This is a typical flow into the account which could be either a deposit or withdrawal. In this case it was the withdrawal. And they're asking for the funds available for Friday on T plus 3 settlement meaning that we would have to trade on Tuesday. 12:16:37 12:16:44 12:16:45 12:16:47 12:16:52 12:16:55 12:16:57

Q. Let me show you another document. 12:17:03 12:17:08

(Whereupon Mushock Exhibit 18 was marked for identification, email from Yanique Mundy to Ellen Zimmermann, April 25, 2012.) 12:17:09 12:17:09 12:17:09 12:17:38

Q. I'm showing you what has been marked as exhibit 18. 12:17:38 12:17:40

A. Okay. 12:17:41

CONFIDENTIAL

MR. COCHRAN: For the record, counsel notes that exhibit 18 appears to be two, potentially three documents, three documents it looks like placed together into a single exhibit, without pagination or Bates stamps. 12:17:47 12:17:48 12:17:50 12:17:56 12:17:58 12:18:01 12:18:06

Q. Let me focus you on the very first page in this exhibit. When you're ready. 12:18:12 12:18:14 12:18:18

A. Yes. 12:18:18

Q. Would you agree with me that this is an email? 12:18:19 12:18:22

A. Yes, it is. 12:18:23

Q. This is an email from Yanique Mundy to Ellen Zimmermann; is that correct? 12:18:26 12:18:29 12:18:31

A. That's correct. 12:18:31

Q. And there is an email address in the bcc field, do you see that? 12:18:37 12:18:39

A. Yes. 12:18:41

Q. Do you have an understanding of who cgreenridge@sfmlp.com was? 12:18:42 12:18:43

A. Yes, that's Cynthia 12:18:51

CONFIDENTIAL

Greenridge, she's an operations person who reconciles the account. 12:18:52 12:18:56

Q. Do you see where it states attachments? 12:19:01 12:19:02

A. Yes, I do. 12:19:03

Q. Is it fair to say that there were two attachments to this email? 12:19:06 12:19:08

A. Yes. 12:19:09

Q. Are you able to read the file name of the first attachment? 12:19:16 12:19:18

A. Systematic mid cap TCA Q1 2012.pdf. 12:19:20 12:19:26

Q. Let me point you to the next page of the exhibit. 12:19:32 12:19:33

MR. COCHRAN: Counsel I'll just note too it doesn't appear that the witness is party to the email. So to the extent you're asking whether these documents actually were attached, object, lack of foundation, calls for speculation. 12:19:34 12:19:35 12:19:37 12:19:41 12:19:44 12:19:45 12:19:48 12:19:48

Q. As counsel points out, this is a new document beginning on this page. 12:19:55 12:19:57

CONFIDENTIAL
Is that correct? 12:20:00
A. Okay. 12:20:01
MR. COCHRAN: Same objections. 12:20:02
Q. And it has page number 01 at 12:20:03
the bottom; is that right? 12:20:06
A. Yes. 12:20:07
Q. Do you recognize this 12:20:08
document? 12:20:08
A. I've seen similar. I don't 12:20:10
know this particular document, but I've 12:20:13
seen similar documents. 12:20:14
Q. Having seen similar documents, 12:20:17
do you have an understanding of what this 12:20:19
document is? 12:20:20
A. Yes. 12:20:20
Q. What is it? 12:20:21
A. It's a transaction cost 12:20:22
analysis. 12:20:23
Q. What is a transaction cost 12:20:24
analysis? 12:20:25
A. It measures the effectiveness 12:20:27
of trading versus certain benchmarks. 12:20:29
Q. Is this a document produced by 12:20:37
Systematic? 12:20:39

CONFIDENTIAL

A. It's produced by a third-party and relayed by Systematic. 12:20:41 12:20:45

Q. Let me show you a new document. 12:20:46 12:20:59

(Whereupon Mushock Exhibit 19 was marked for identification, email chain from Ellen Zimmermann to James Wallerius, November 13, 2012.) 12:20:59 12:20:59 12:20:59 12:20:59 12:21:28

Q. I'm showing you what has been marked as exhibit 19. Do you recognize this as an email? 12:21:28 12:21:30 12:21:31

A. Yes. 12:21:32

Q. Now, you were not personally on this email; is that right? 12:21:34 12:21:36

A. That's correct. 12:21:37

Q. Who where the people on this email? 12:21:41 12:21:43

MR. COCHRAN: Object to form. 12:21:45

A. Ellen Zimmermann, contact at Pontiac, James Wallerius, marketing executive, Systematic. 12:21:46 12:21:54 12:21:57

Q. In the text of the email -- let me back up. Ms. Zimmermann is in the 12:22:00 12:22:10

CONFIDENTIAL

from field of the email; is that right? 12:22:13

A. What's that? 12:22:16

Q. Am I right that Ms. Zimmermann is in the from field of the top email? 12:22:17 12:22:18

A. Yes. 12:22:20

Q. She writes, "Hello, Jim, you would do best to speak with Chris Kuhn our consultant on that matter." Do you see that? 12:22:20 12:22:25 12:22:27 12:22:30

A. Yes, I do. 12:22:30

Q. Do you have an understanding of who Chris Kuhn was? 12:22:31 12:22:32

A. I would imagine that he would be a consultant for Grey and Associates who was their consultants, that's Grey with an E, not an A. 12:22:38 12:22:40 12:22:41 12:22:44

MR. COCHRAN: Calls for speculation, lack of foundation. 12:22:46 12:22:47

Q. You are aware of an entity called Grey and Associates that had a relationship with Pontiac during the relevant period; is that right? 12:22:59 12:23:00 12:23:02 12:23:03

A. Yes. 12:23:05

MR. COCHRAN: Objection to 12:23:05

CONFIDENTIAL

form. 12:23:06

Q. Who is Grey and Associates? 12:23:06

A. They're an investment consultant. 12:23:08 12:23:09

Q. What does Grey and Associates do, if you know? 12:23:14 12:23:16

MR. COCHRAN: Objection, calls for speculation, lack of foundation, object to form. 12:23:17 12:23:18 12:23:19

A. They are an investment consultant just like Mercer or NEPC or Callom or whoever, I mean they're an investment consultant. 12:23:20 12:23:22 12:23:26 12:23:28

Q. Are you aware of whether Grey and Associates had a relationship with Pontiac during the relevant period? 12:23:29 12:23:32 12:23:33

MR. COCHRAN: Objection, calls for speculation, lack of foundation. 12:23:35 12:23:36 12:23:37

A. I believe so. 12:23:39

Q. What is the basis for that belief? 12:23:40 12:23:41

MR. COCHRAN: Same objections. 12:23:42

A. They were at meetings, 12:23:44

CONFIDENTIAL

sponsoring investment manager meetings, round table meetings for Pontiac. 12:23:46 12:23:50

Q. You can put that aside. Have you had any conversations with any attorneys representing Pontiac in this matter? 12:24:19 12:24:21 12:24:21 12:24:23

A. No. 12:24:23

Q. Including Mr. Cochran here? 12:24:34

A. First time I met him today. 12:24:35

Q. Have you had any conversations today with Mr. Cochran about this case? 12:24:38 12:24:41

A. No. 12:24:43

Q. Without telling me the substance of anything your counsel may have said to you, are you aware of whether your counsel has had any conversations with counsel for Pontiac in relation to this case? 12:24:44 12:24:58 12:25:00 12:25:02 12:25:06 12:25:12

A. I have no idea. 12:25:13

Q. Did you meet with your counsel in preparation for today's deposition? 12:25:25 12:25:26

A. Teleconference yesterday. 12:25:28

Q. Was that the only time? 12:25:29

A. Yes. 12:25:30

CONFIDENTIAL

Q. How long did that teleconference go for? 12:25:30 12:25:31

A. Hour and a half. 12:25:32

MR. HERMAN: Let's go off the record. 12:25:38 12:25:39

THE VIDEOGRAPHER: One moment please, watch your microphones. Time is 12:25 p.m., we're now off the record. 12:25:39 12:25:40 12:25:42 12:25:44

(A recess was had.) 12:25:45

THE VIDEOGRAPHER: The time is 12:41 p.m., we're back on the record. 12:41:27 12:41:33 12:41:36

MR. HERMAN: I have no further questions at this time. 12:41:38 12:41:38

MR. COCHRAN: Counsel for plaintiffs just has a few minutes of questions. I'd like to mark what will be exhibit Mushock 20, I believe, which is a document titled Mid Cap Value Equity. 12:41:41 12:41:42 12:41:44 12:41:47 12:41:51 12:42:04

(Whereupon Mushock Exhibit 20 was marked for identification, document reads "Mid Cap Value 12:42:06 12:42:06 12:42:06

CONFIDENTIAL

Equity.") 12:42:06

EXAMINATION BY MR. COCHRAN: 12:42:07

Q. Mr. Mushock, I will represent to you that I printed this document off of Systematic's website yesterday. And the document reads "Mid Cap Value Equity." Are you familiar with Mid Cap Value Equity? 12:42:07 12:42:12 12:42:13 12:42:19 12:42:22 12:42:24

A. Yes. 12:42:25

MR. HERMAN: Let me just note for the record that there is no URL website address on this document. 12:42:25 12:42:28 12:42:33

Q. Mr. Mushock, are you familiar with Mid Cap Value Equity? 12:42:38 12:42:40

A. Yes. 12:42:41

Q. Is that the same product that we've been discussing today with respect to Pontiac's purchase of Big Lots stock? 12:42:42 12:42:43 12:42:45

A. Yes. 12:42:52

Q. And the document under Mid Cap Value Equity states investment approach, do you see that? 12:42:53 12:42:58 12:43:00

A. Yes. 12:43:01

Q. And there's a number of 12:43:01

CONFIDENTIAL

factors discussed in this document, such as identified universe, screening initial universe, analyze fundamental research guide investor expectations, execute portfolio construction, 60 to 100 securities, and numerous other factors, do you see that? 12:43:04 12:43:10 12:43:13 12:43:16 12:43:18 12:43:21 12:43:23

A. Yes. 12:43:23

MR. HERMAN: Objection to form. 12:43:23 12:43:24

Q. Does this -- does the numerous factors on this page reflect the investment approach of Mid Cap Value Equity? 12:43:24 12:43:27 12:43:32 12:43:35

MR. HERMAN: Objection to form. 12:43:35 12:43:36

A. Yes. 12:43:36

Q. And is that the same investment approach that was used to purchase Big Lots' stock on behalf of Pontiac during the relevant -- during 2012? 12:43:37 12:43:39 12:43:42 12:43:44 12:43:47

A. Correct. 12:43:47

MR. COCHRAN: I have no 12:43:50

CONFIDENTIAL

further questions. 12:43:52

MR. HERMAN: I have no further 12:44:00
questions. 12:44:01

THE VIDEOGRAPHER: One moment 12:44:01
please, watch your microphones. 12:44:02
Here now marks the end of video 12:44:04
file number 2 of the deposition of 12:44:05
deposition of Mr. Ronald M. 12:44:08
Mushock, time is 12:44 p.m., we're 12:44:10
now off the record. 12:44:12

(Time noted: 12:44 p.m.)

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, MARK RICHMAN, a Certified Shorthand Reporter, Registered Professional Reporter and Notary Public within and for the State of New York, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition was duly sworn to testify the truth, the whole truth, and nothing but the truth.

That said deposition was taken down by me in shorthand at the time and place therein named and thereafter reduced by me to typewritten form and that the same is a true, correct, and complete transcript of said proceedings.

Before completion of the deposition, review of the transcript {} was {X} was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not interested in the outcome of this matter.

Witness my hand this 22nd day of July, 2016.

____________________________

MARK RICHMAN, C.S.R., RPR

**Exhibits**

**Exhibit 1**
5:4 15:2,7

**Exhibit 2**
5:8 18:2,7

**Exhibit 3**
5:14 19:23 21:23

**Exhibit 4**
5:20 25:9,14

**Exhibit 5**
6:1 30:7,24

**Exhibit 6**
6:8 38:8,13

**Exhibit 7**
6:14 41:18,24 124:20 126:20,23

**Exhibit 8**
6:20 66:20 67:2

**Exhibit 9**
7:1 70:20 71:2

**Exhibit 10**
7:7,8 71:17,23

**Exhibit 11**
7:13,14 72:23 73:4

**Exhibit 12**
7:18,19 77:2,6 79:16 84:2

**Exhibit 13**
8:1,2 92:11,16

**Exhibit 14**
8:7,8 108:5,12

**Exhibit 15**
8:16,17 115:21 116:3 125:12 127:18

**Exhibit 16**
9:1,2 128:15,20

**Exhibit 17**
9:6,7 131:18,23

**Exhibit 18**
9:11,12 133:19,24 134:3

**Exhibit 19**
9:16,17 137:6,12

**Exhibit 20**
10:1,2 141:23

**$**

**$12,834.21**
65:13

**$3**
133:2

**$42.78**
65:10

**$43.48**
52:6

**$43.85**
53:21

**$45,804,579.82**
48:20

**0**

**0.7**
54:10

**01**
136:5

**01-31-12**
47:15 57:10

**02-29-12**
46:25 58:9

**1**

**1**
15:2,7 21:10 42:25 46:23 79:8 116:11 118:4,21 121:23 122:2, 10,17 124:7,12,14 125:23 126:11 127:2,6, 14,16

**1,000**
64:10

**10**
71:17,23 126:22

**100**
143:6

**10001**
11:6

**10019**
11:11

**10:44**
79:8

**10:55**
79:13

**11**
72:23 73:4

**11:29**
107:21

**11:40**
130:9

**11:45**
107:25

**12**
31:15 67:16 77:2,6 79:16 84:2

**12:25**
141:9

**12:41**
141:13

**12:44**
144:10,12

**13**
92:11,16 137:9

**14**
59:12 108:5,12

**15**
83:9 115:21 116:3 125:12 127:18

**16**
65:16 128:15,18,20

**16th**
130:9

**17**
20:2 131:18,23

**18**
133:19,24 134:3

**19**
18:20 137:6,12

**1Q**
67:16

**1st**
16:3 59:8 128:4

**2**

**2**
15:18 18:2,7 21:10,11 48:23 79:13 116:17 144:8

**20**
125:6 141:20,23

**2000**
18:22

**2006**
26:12,22

**2009**
30:12

**201**
20:3

**2011**
16:3

**2012**
16:4 38:11 41:22 47:7, 19 48:9,10 49:11 50:19 51:15,22 53:2,8 54:9 56:5,12,14,22,23 57:18, 19 59:9 61:11,15 62:18, 19 63:25 64:9 65:8 66:24 67:9 70:24 71:10, 21 72:6,17 115:25 116:8 120:14 124:22 125:4,7,9,15 127:7 128:18 130:9,15 131:21 133:22 137:10 143:23

**2012.pdf**
135:13

**2016**
11:7 18:5

**21st**
11:7

**23**
30:12

**24**
131:21

**240**
11:5

**25**
133:22

**27**

115:24 116:8 120:14 125:15

**27th**
119:14,16

**29**
18:5 41:22 50:19 51:15, 22 53:8 54:9 56:14 119:9,10 124:2,3,22

**29th**
42:10 47:7 48:10 49:11 53:2 55:11 56:5,23 59:8

**29vr**
118:17

**2:12-cv-00604**
11:17

**2nd**
61:11,15 62:18 63:15, 25 64:9 65:8 125:4 127:7 128:3

**3**

**3**
17:3 19:23 21:11,23 62:22 133:15

**3,000**
127:14

**30**
19:8 40:24 70:23 71:20 72:6,17

**300**
63:17,20,21 65:9

**30th**
71:9

**31**
66:23

**31st**
16:4 47:19 48:8 56:22 57:18,19 67:9

**337,000**
52:19

**35th**
11:5

**3rd**
125:7

**4**

**4**
25:9,14

**45,000**
127:14

**5**

**5**
30:7,24 56:16

**500**
44:7

**58**
124:5

**58vr**
120:17 121:12

**6**

**6**
38:8,13 125:9

**60**
143:6

**60Q**
118:17

**65sf**
118:17

**7**

**7**
15:25 41:18,24 62:19 124:20 126:20,23 129:7

**7,750**
50:11 51:13 52:6,10,21 53:20

**700**
63:18

**70sf**
120:17 121:11

**7th**
26:11,22

**8**

**8**
28:17 58:25 59:14 62:16 66:20 67:2 124:25

**825**
11:10

**8th**
11:10

**9**

**9**
38:11 70:20 71:2

**9:14**
11:8

**9:46**
41:10

**9:59**
41:14

**A**

**a.m.**
11:8 41:10,14 79:8,13 107:21,25 130:9

**abbreviations**
55:2

**ability**
17:14

**able**
30:14 135:10

**absolute**
82:22 95:17 99:14

**accessories**
118:5

**account**
31:10,11 33:7 42:5 43:11,25 44:5,8,22 45:9,16,20,25 46:5,9, 11,12,15,19 49:8 50:17 61:24 90:13 97:9 111:14 117:8 132:16 133:11 135:3

**accruals**
37:2

**accurate**
32:9 40:13 78:17,22 93:18,23 98:8,14 109:14,20 110:2

**action**
15:5

**activity**
112:4

**add**
129:3,6,14

**addition**
19:15 88:14

**additional**
45:12

**additive**
70:6

**address**
25:5,6 39:20 77:13 92:19 108:7,14,16,17 134:20 142:13

**addresses**
24:19

**Affiliated**
12:5

**agree**
48:24 134:13

**agreement**
25:11,19 26:8,11,21,24 28:7 29:14

**ahead**
120:5

**Alan**
11:13

**allocation**
31:25 68:23

**alphabetically**
57:4

**Aman**
116:21,24 129:2

**ambiguous**
106:16

**amount**
64:13,18,23

**analysis**
87:17 91:14 131:4 136:19,21

**analyst**
33:18 35:7 83:21 89:18, 23 90:12,15,18,24 91:16 92:6 116:7 130:21

**analysts**
85:10,11 111:22

**analysts'**
34:19

**analyze**
143:4

**analyzed**
85:24 90:11

**analyzing**
89:21

**anchored**
111:5

**anchoring**
110:23 111:15

**and/or**
91:12

**announcement**
128:4

**annual**
55:18 56:11

**answer**
13:14,17,19 27:5,6,8 29:20 110:21

**answered**
37:12 100:11,23,25 101:9,18 102:5,16 103:6,14 104:6 105:7 106:22 107:8

**anybody**
35:8 90:19

**apparent**
126:12

**appear**
15:14 78:5 135:17

**appeared**
13:7

**appears**
20:24 119:23 134:4

**application**
112:6

**applied**
111:18

**appraisal**
49:6

**appreciate**
86:23 87:3

**appreciated**
111:23

**appreciation**
78:15 79:25 84:12 86:4, 18 89:3 93:13

**approach**
115:15 142:22 143:14, 20

**approved**
65:25 66:5

**April**
16:3 70:23 71:9 131:21 133:22

**area**
116:10

**arrived**
114:2

**art**
34:22

**artistic**
34:25

**aside**
25:7 28:5 29:10 32:21 140:4

**asked**
37:12 100:11,23,25 101:4,17 102:5,15 103:5,14 104:6 105:7 106:21 107:8

**asking**
27:10,24 101:6 117:19 133:13 135:20

**aspects**
84:15

**asserting**
27:14,18,20

**assess**
103:19

**assessment**
81:13 83:12,24

**asset**
31:24

**Assets**
53:25

**assistant**
116:25 117:3 132:14

**Associates**
138:15,21 139:3,6,16

**association**
14:18

**assume**
114:11

**assuming**
113:10

**attached**
23:11 135:21

**attachment**
135:11

**attachments**
135:5,8

**attendance**
92:2

**attorney**
27:12

**attorneys**
140:6

**attractive**
83:7 119:12,15,17 124:4,6 128:9

**attractively**
37:23 129:16 130:2

**attributes**
69:5

**attribution**
68:20 69:3

**author**
113:10

**automated**
67:6 71:7

**available**
38:4 85:21,25 87:9 88:12 91:22,25 92:4 102:18,20 133:14

**Avenue**
11:10

**average**
51:12 55:13,14 65:4,10

**aware**
28:13,14 131:13 138:20 139:15 140:16

**B**

**back**
41:14,16 47:11 59:13 79:14 83:25 107:25 108:3 124:16 125:11 126:19 127:17 129:4, 10,15,20 137:25 141:13

**backdrop**
68:7 115:13

**background**
18:11

**bad**
131:10

**based**
27:21 29:18 44:16 55:10 74:23 81:13 83:3 87:3 89:19 97:25 99:7 109:2,13 110:11,22 112:3 114:17,20

**basically**
39:24 69:4,13

**basis**
27:7 37:23 81:11 83:8, 13 99:14 123:25 128:10 139:22

**Bates**
20:10,15,16 21:2 134:8

**bcc**
134:21

**becoming**
126:11

**beginning**
47:5,22 79:12 135:25

**behalf**
12:6,9,12 14:7,10 66:15 143:21

**behavior**
110:22 112:3

**behavioral-based**
112:2

**beholder**
99:11

**belief**
109:2,13,15 110:11 114:17 139:23

**beliefs**
109:15 114:24

**believe**
56:11 68:12 94:24 139:21 141:21

**believed**
81:7 82:15 86:22 89:2,7 96:13

**benchmark**
44:6,19,22 45:8,9,11, 14,15 68:14,15,16

**benchmarks**
43:18 44:3 136:23

**beneath**
93:10

**best**
17:14 36:10 114:18 119:12 124:2 138:8

**better**
34:11 69:11 85:9

**Big**
11:14,22 12:3 50:8,11, 17,21 51:6 52:10,21 53:8 54:10 56:4 57:6,20 58:15,20,21 60:18,21 61:9,10,14 62:16,17 63:7,14,21 64:4,10 65:9 70:15 94:10 116:10 117:11,13,24 118:8 121:8,21 122:15,22 123:13 124:15 125:3, 19,23 126:15,16 127:10,19 128:5,12 129:2 142:19 143:21

**billion**
19:8 40:24

**bio**
18:9

**black**
83:11

**board**
23:14,22 24:2 26:12,15 39:25 40:2

**body**
22:25

**book**
36:15 80:17 99:20 104:10 123:20

**boost**
68:23

**bottom**
15:19 17:4 28:18 42:25 46:23,24 47:8 48:24 56:16 73:8 77:10 92:18 108:13,14 116:16 118:20 128:24 132:23 136:6

**bottom-up**
114:21 115:5,14

**bottoms-up**
115:10

**bought**
58:5 63:14

**break**
41:6

**Brian**
12:8,11 33:18 35:5,6 115:23 116:21 118:16 120:13 121:15 128:17, 25 130:10

**briefly**
116:8

**broader**
49:24 90:5

**broadly**
85:21

**broken**
64:6

**broker**
66:13,14 121:18

**brokerage**
65:20,22 66:5 130:20

**brokers**
66:2,5,8 92:5

**bullet**
109:7 110:15,19 113:11 114:16

**bullets**
98:5,7,13,20 109:11 110:9

**business**
33:22 34:2 67:12 71:13 72:9 80:4 81:6

**buy**
18:25 59:6,18,23 60:2, 5,10,11,16 98:22 99:7 126:15 131:6,11

**C**

**Cabrera**
66:9,12

**Caitlin**
11:24

**calculated**
58:15

**calendar**
42:16 56:12

**call**
24:14 116:13

**called**
12:18 26:15,17 45:7 53:4 75:3,8 138:21

**calling**
26:2 27:16 133:2

**Callom**
139:13

**calls**
27:4 32:14,15 51:4 90:3 91:24,25 97:3 114:13 121:5 133:7 135:22 138:18 139:8,18

**can't**
73:7

**candidate**
37:19,21

**candidates**
33:13

**cap**
19:2,3,4,6,12,13,15,16 22:23 40:10,18,22 42:5 43:22 44:16 67:7,16 68:7 71:8 72:5 75:16,23 76:5,12 92:14,25 93:11, 19,24 94:18 98:9,15 100:8,16 101:11 105:14 115:16 135:12 141:22, 25 142:7,8,15,21 143:14

**capital**
29:7 36:25 37:2 66:9,12 78:15 79:25 84:11 86:3, 12,18 89:3 93:13

**capitalization**
19:9 40:23 93:14

**caps**
28:22

**case**
11:17 15:15 56:3 62:11 72:16 120:5 133:12 140:12,19

**cash**
36:14 74:23 75:3,4,12 77:18 82:6 83:5 99:20 104:11 123:21

**catalyst**
37:4 73:24 74:3,7,13,18 75:10,19 76:8,15,19 77:17,24 78:5,9,18,23 79:19 84:5 86:15 98:2 99:8 108:25 109:12,16, 22 110:3,10 114:16,24 119:9,15 121:12 128:8, 9

**catalysts**
36:21 78:13 79:23 84:10

**category**
50:23

**certain**
34:12 45:21 80:16 99:12 136:23

**cetera**
36:17 83:5 99:21

**cgreenridge@sfmlp.com**
134:24

**chain**
90:22 116:14,17 118:16 120:11 122:6 132:24 137:8

**changes**
98:25 110:16 112:11 113:6,14,21 114:8

**characterization**
32:10 93:19,24

**chart**
43:6,15,25 45:18 48:25

**Chicago**
111:3

**chief**
29:9 35:10

**chose**
33:6 69:25

**Chris**
138:8,13

**CIO**
90:21

**City**
11:5,11 22:18,21 25:12, 19,21,22 26:13 30:10 119:24

**clarify**
13:22 64:5 106:19,24

**class**
12:10

**clear**
21:17 27:17 84:4 87:23 101:6 106:23,25 117:22 129:19

**clearly**
21:9

**client**
22:22 24:9 65:23 90:16 132:19

**clients**
28:10 38:3 42:12

**closely**
114:11

**closer**
129:9

**closing**
53:7,9,10 58:17

**clouds**
111:7

**Cochran**
12:8 16:12 18:12 19:21 20:20 21:16,25 22:24 27:2 31:7,13 32:14 33:4,8 37:11,17 40:17 41:5 46:3 51:4 52:24 56:10 62:9,14 76:20 78:20,25 80:5 82:18 85:18 87:15 88:8 89:9 93:21 94:3,8,12 95:6,23 96:2,14,24 97:3,14 98:11,18 99:5 100:10, 22 101:8,17 102:4,11, 15 103:3,5,13 104:5,19, 25 105:6,22 106:15,20 107:10 110:5,12 112:15,21,25 114:3,13 119:3,18 121:3,5 122:19,25 123:10 125:25 127:24 130:3 133:7 134:2 135:16 136:4 137:20 138:18,25 139:8,18,24 140:9,12 141:17 142:3 143:25

**collection**
84:14

**column**
51:7,10,24 52:3 53:3, 14,17,24 54:3,15,16,19, 24 55:7,17,20 56:24 57:10,13 58:9,12 60:22, 25 61:17,20 62:24,25 63:4 64:12,16,24 65:2

**columns**
58:8

**combination**
19:11 36:19

**combined**
37:3

**come**
13:14 37:5 85:25 131:4

**comes**
35:2

**command**
90:22

**commanding**
15:14

**commensurate**
128:7

**commentary**
67:23 68:2,6

**common**
40:21 49:15 50:16 59:15 63:21 80:9

**communication**
39:25

**companies**
40:23 78:10 79:20 80:2 81:7,10,13,17,21 82:14, 15 83:23 84:7 88:21 93:15 94:20 95:2 96:11, 12,17,22 99:19,22 103:22 111:10 116:12 117:23 131:6

**companies'**
91:23,24

**company**
14:7 34:10 44:14 50:21 80:22 82:2,4,16 83:2 84:15,24 85:9,14 89:8 95:12 97:13 99:2 110:16 111:19,24 112:12 113:7,15 115:8, 11 118:4,5 122:3,10

**company's**
34:8,18 80:25 84:21 90:10 96:6

**comparable**
83:23

**compare**
44:5 45:24 83:16

**compares**
123:22

**comparing**
45:19

**compelling**
98:21

**competitors**
81:2 91:11 96:7

**compliance**
28:12 32:20

**complicated**
110:20

**comprehensive**
37:5

**comprised**
54:10

**Compustat**
85:22

**computer**
42:4

**concept**
111:17 112:3

**concepts**
110:23

**concerned**
126:11

**conclusion**
27:4,12,16 32:16 85:25

**conducts**
35:3 39:24

**conference**
91:24

**conferences**
92:3

**confidential**
11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1,21 120:1,3, 7 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1

130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1

**confirm**
20:8,13

**confirmation**
98:23

**confirmed**
78:12 79:22 84:8 97:25 99:8

**confused**
21:14

**consecutive**
20:25

**consensus**
85:12 97:7,10 128:6

**considered**
106:2 120:3

**considering**
38:2 122:15

**consistently**
98:25

**construction**
143:6

**consultant**
138:9,15 139:5,12,14

**consultants**
138:16

**consulting**
44:15

**consumables**
34:13

**consumer**
49:18,20 50:6,22 70:6, 7,11 116:10 123:24

**contact**
137:21

**contains**
56:17 58:25

**continue**
14:3

**contract**
27:10 28:12,14,15,17 30:2,14,16,19

**contract's**
30:3

**contracts**
28:9 32:17

**contributed**
68:21

**conversation**
27:25

**conversations**
140:5,11,18

**conviction**
129:16

**COO**
29:8

**copied**
129:2

**core**
45:8

**corner**
77:10

**corporation**
50:18

**correct**
20:19 24:7 35:21 45:18, 23 47:20 49:12 51:20, 23 52:18 54:12 55:4,16, 19 56:6 57:3,22 60:14, 20 61:8,16 62:15 63:19 64:2,8,11 65:8,11,14,17 66:3,7 68:18 69:24 70:9,17 73:16 74:2,21 75:2,5,6,9,21,24 76:4,5, 9,12,17,23 77:22 78:3 86:20,24,25 87:13 88:6, 9,10,13,15,17,20,22,23 89:4,5,13 92:23 94:9, 13,17,23 95:5,10 96:11, 15,17,19,20 97:11 99:4 100:14,21 102:6 103:4, 7 104:16 105:5,16 107:3,9 109:17 110:13 112:9 116:22 117:14 122:14,18,20 123:2,9 125:2,5,8,10,17,20 127:8 129:23 130:7 132:7,22 134:18,19 136:2 137:17 143:24

**correctly**
54:9 86:15 104:22 122:21 132:9

**correlated**
114:12

**correlation**
111:16

**cost**
51:7,25 52:7,8,9,19 54:22 55:12,13,14,15 64:24 65:4,10,12 136:18,20

**costs**
34:17 90:8

**counsel**
11:18 13:15,18 16:13 20:6,21 27:22 28:2 29:19,22 30:13 41:5 100:22 104:5 119:18 134:3 135:16,24 140:15,17,18,21 141:17

**couple**
121:22

**course**
21:14 41:7 67:12 71:13 72:8

**court**
11:15 12:15 13:5,24

**cover**
22:7 23:5

**covers**
132:17

**Cravath**
11:9,21,25

**create**
42:10

**created**
42:8,19 72:8 123:4

**creates**
44:15 111:15

**current**
55:10

**custodian**
61:23 62:10

**customers**
91:12

**cyclical**
116:10 123:24

**Cynthia**
134:25

**D**

**data**
85:8,22,25 87:9 88:12 91:22 114:12

**date**
26:20 42:9 48:2,6,17 58:16,18 60:22 61:18, 24,25 62:3,4,6,7,12,25 72:15 127:9 128:11

**dated**
18:5 20:2 41:21 66:23 70:23 71:9,20 72:6 125:14

**dates**
58:6

**David**
11:20

**day**
26:11,22 61:3,5,22 64:22

**days**
61:25 62:20 72:18

**Dear**
23:7

**deceased**
29:4

**December**
16:4 42:17

**decisions**
19:2

**deem**
99:16,17

**defendant**
11:21

**defendants**
11:23 12:3

**define**
96:5

**defined**
50:4 96:4

**defines**
49:25

**deposit**
133:12

**deposition**
11:12 13:8 17:17 120:9 140:22 144:8,9

**describe**
36:7 78:22

**described**
32:4 46:12 48:4 85:6 96:5

**description**
98:8,14

**detail**
36:12

**determination**
97:5

**determine**
83:16 84:24 85:13 100:6,15 101:13,19,21 105:18 107:5

**didn't**
29:25

**different**
30:5 47:12 74:14 81:4 95:16 96:4 99:15 119:6

**differentiate**
74:16

**differing**
99:15

**difficulty**
111:23

**direct**
24:17 46:22 59:13 77:9 78:4

**directed**
65:20,22 66:4

**directs**
65:24

**disagreement**
16:14

**disappointments**
111:22

**disappoints**
111:19

**disciplined**
75:8 77:18 114:19

**discretion**
31:23 32:10

**discretionary**
49:18,21 50:7,23 70:6, 11

**discussed**
22:2 77:21 81:24 103:19 133:6 143:2

**discussing**
97:20 116:9 142:18

**discussions**
27:22 29:18

**disprove**
33:15

**dissects**
69:4

**distinct**
63:15

**distribute**
22:19

**District**
11:15,16

**divided**
54:6

**dividend**
36:16 55:22,23 56:4,8 86:12 123:21

**dividends**
80:18 82:3 83:4 104:11

**Division**
11:16

**document**
14:25 15:8,12,17 16:17 17:23,25 18:8 20:5,22 21:24 25:8,15 26:6 29:12 30:6,25 31:5,15 32:21 38:7,14,17 41:4, 17,25 42:8,11,19 43:2 66:19 67:3,15,22 70:19 71:3,5,11,16,24 72:2,7, 16,20,22 73:5,9,18,22 76:25 77:7 92:10 97:20 107:16 108:4 115:20 116:4,6,18 128:14,21, 23 131:17,24 133:18 135:25 136:9,11,15,24 137:5 141:21,25 142:5, 7,13,21 143:2

**documents**
17:18,21 20:24 21:9,18, 20 22:3 124:18 134:5 135:20 136:12,13

**doesn't**
62:21,22 135:17

**dollar**
52:7 64:18

**don't**
29:25 73:19 87:21 105:12 111:13 118:19 124:10,19 136:10

**doubt**
29:13,18,23

**Dow**
44:7

**driven**
33:17 108:10,21

**drivers**
37:14 69:15 121:24 122:13

**driving**
34:14

**DTI**
11:4 12:15

**duly**
12:19

**dynamic**
111:20

## E

**earlier**
68:13 77:21 94:25 121:4,7

**early**
78:11 79:21 84:7,25 85:14

**earned**
56:8,13

**earnings**
36:20,22,23 37:4,18 78:13 79:23 80:17 82:2 83:4,6,9 84:9,19 85:10, 12 91:23 97:7,11 98:24 99:20 104:10 114:8,10 128:6 130:14

**Eastern**
11:16

**economic**
49:22 115:13 123:23

**economy**
49:24

**effect**
26:24 27:11 28:8 29:14

**effectiveness**
136:22

**Egeberg**
18:5

**either**
69:5 111:21 121:14 129:4,14 133:11

**elaborate**
36:10

**Ellen**
22:10,14 131:20 132:20 133:21 134:17 137:8,21

**email**
18:4 19:25 22:6,10 23:2 24:18,19,20 25:4,6 38:10,17,19 39:20 115:23 116:7,14,17,20 117:10,20,22 118:16 120:11,13 121:7 122:6 125:14 128:17,25 130:8,10,13 131:20,24 132:3,5,23 133:6,21 134:14,16,20 135:8,19 137:8,13,16,19,24 138:2,5

**emails**
126:12

**emphasize**
86:10

**emphasizing**
86:12

**employ**
35:24

**employed**
35:19 77:25

**Employees**
30:10

**Employees'**
23:13,18 24:5,9,13 25:23 26:14

**employs**
74:8,19 80:3

**enterprise**
36:15

**entities**
66:4

**entitled**
60:22 92:14 108:8

**entity**
26:2 138:20

**environment**
115:9

**equals**
61:25

**equity**
40:10,18,20 92:14,25 93:12,20,25 94:19 98:10,16 100:9,16 101:11 105:15 115:16 141:22 142:2,8,9,15,22 143:15

**Essentially**
15:13

**estimate**
36:24

**estimates**
111:13,25

**et**
36:17 83:5 99:20

**et al**
20:2

**evaluate**
37:6,9

**Examination**
12:22 17:5 142:3

**examined**
12:20

**example**
91:7

**exchanges**
63:8 66:17

**execute**
66:15 143:5

**executed**
114:19

**execution**
66:13,14

**executive**
137:23

**exhibit**
15:2,7 18:2,7 19:23 21:23 22:6 25:9,14 30:7,24 38:8,13 41:18, 24 66:20 67:2 70:20 71:2,17,23 72:23 73:4 77:2,6 79:16 84:2 92:11,16 108:5,12 115:21 116:3 124:20 125:12 126:20,23 127:18 128:15,20 131:18,23 133:19,24 134:3,7,10 135:15 137:6,12 141:20,23

**exhibits**
21:12 119:22

**expectational**
85:8

**expectations**
85:12 97:7,11 128:6 143:5

**expected**
34:11 85:10

**experience**
83:22 89:20

**expert**
29:24

**explain**
82:23

**exploit**
112:6,9,10

**exposure**
117:16,24,25 118:2

**extent**
87:17 105:24 107:12 120:8 135:19

**eye**
99:11

**Ezimmermann@ pontiac.mi.us.**
39:16

**F**

**facets**
84:15

**fact**
124:17

**fact-based**
15:15

**factors**
36:25 85:6 89:7,15,19, 22 106:2 107:14 143:2, 7,13

**fair**
16:10,18,24 18:10 46:13 88:3 116:13 127:18 135:7

**familiar**
13:10 43:3 90:23 142:8, 14

**fashion**
69:14

**favorable**
34:17 122:23 123:13 127:20

**February**
23:12 41:21 42:10,22 47:7 48:10 49:11 50:19 51:15,22 52:25 53:8 54:9 55:11 56:5,13,23 59:8 61:11,15 62:18,19 63:15,25 64:9 65:7 124:22 125:3,6,7,9 127:7 128:3,4,18 130:9

**feel**
13:21 104:7

**field**
22:10 24:18,21 38:19 39:15 132:6 134:21 138:2,5

**fifth**
15:18 49:13

**figure**
34:20

**file**
21:7,8 79:8,12 135:10 144:8

**final**
18:25

**financial**
12:6 14:10,11,19,23 25:20 26:16 28:22 41:20 66:22 70:5,22 71:19 82:7,9 99:12 103:18 104:3,13,24 105:18 107:5 119:25

**find**
13:21

**finish**
14:3

**firm**
14:13,21 18:17,20 28:10 35:7 44:15

**firms**
80:10

**first**
12:19 17:22 22:6 23:5 31:22 34:4,5 61:10 62:16 65:6 66:8 72:16 115:9,12,13 130:12 134:10 135:11 140:10

**Fitzpatrick**
11:24,25

**five**
60:15 62:20 100:24

**five-minute**
41:6

**flooring**
118:3

**flow**
36:14 74:24 75:3,4,12 77:18 82:6 83:5 99:20 104:11 123:22 133:10

**focus**
134:9

**Focused**
73:2

**follow**
17:10 98:24

**followed**
37:7

**following**
17:3

**follows**
12:21

**foremost**
34:6

**form**
18:12 19:21 22:2,24 27:2 32:13 33:4,8,10 35:17 37:11,17 40:17 42:21 46:3,9 52:14,24 56:10 59:22 62:9,14 74:5 76:11,20,22 78:20, 25 80:6,8 81:19 82:18 83:19 85:4 87:6 89:10, 12,17 91:21 93:21 94:3, 8,12,22 95:7,9,14,23 96:14,24 97:12,15,17 98:11,18 99:5 100:10, 20 101:16 102:3,5,12, 14,23 103:2,12 104:6, 18 105:2,4,11,21 106:16 107:8 109:19,24 110:5,12 112:14 113:3, 17 114:4,6 115:3 119:3 121:3 122:19,25 123:8, 16 124:9 125:25 126:3 127:23 130:4,6 133:9 137:20 139:2,10 143:11,17

**former**
124:18

**forth**
37:3

**foundation**
31:8 32:13 74:5 97:4 133:9 135:22 138:19 139:10,20

**four**
98:4 100:24 109:6,10 110:9

**fourth**
15:16 104:8 114:15

**frame**
102:19

**Frank**
29:3 44:14

**free**
13:22 74:23 75:2,3,12 77:17 82:6 123:21

**Friday**
133:14

**front**
79:17

**Full**
31:23

**fully**
111:23

**fund**
23:24 40:11 132:25

**fundamental**
33:14,18,19 34:24 35:3 37:8,13 78:11 79:21 84:3,8,12,25 85:15 87:4 88:16,19,24 89:5,19 95:3 96:18 98:23 100:13,17 101:23 102:7,22 114:20 129:17 143:4

**fundamentals**
34:8 99:2 108:10,22 110:17 112:12 113:7,15 115:11

**funds**
133:14

**furniture**
34:13 117:25 118:2,4 122:4,11

**further**
36:12 141:15 144:2,3

**future**
34:21 111:9,21

**G**

**G/I**
54:24

**gain**
55:6,9 86:13

**gain/loss**
54:16

**gaining**
34:15

**gains**
56:21 108:9,21

**Geller**
12:9

**general**
23:13,18,24 24:5,8,13 25:23 26:13 30:10 31:20

**generally**
13:11 43:3 72:18 85:16 87:24 99:21,24 111:11

**generated**
42:4 73:20

**generates**
82:2,5,6

**generating**
83:22

**getting**
34:16

**Gibbs**
11:4

**give**
32:25

**giving**
91:7

**Global**
11:4 12:16

**go**
36:11 40:25 60:15 79:3 107:17 108:18 120:5 124:16 141:3,5

**goal**
46:4,19

**goes**
19:13

**going**
20:4 21:3 24:14 25:8 41:16 66:18 72:21 99:6 108:3 115:19 119:19

**good**
11:2 12:23,24 14:4 121:14 130:13,19 131:9

**granted**
31:23

**granular**
69:14

**Gray**
12:12

**greater**
82:16

**Greenridge**
135:2

**Grey**
138:15,16,21 139:3,6, 15

**gross**
84:18

**Group**
12:5

**growth**
45:7 99:24

**guess**
22:17

**guidance**
33:2

**guide**
143:5

**guidelines**
31:9,17 32:4,18

**H**

**half**
129:9 141:4

**happen**
111:9

**happened**
16:21

**happening**
111:8

**haven't**
111:24

**he's**
29:3 35:7 113:10 116:25 131:14

**heading**
17:4,9 31:16 67:15 92:24 108:24 109:8,12

**headwinds**
130:15,23

**heard**
29:21

**held**
18:18 76:6,13

**Hello**

138:7
**help**
73:17
**herd**
110:24
**hereinafter**
26:14,17
**Herman**
11:20 12:22 14:14 16:18 20:7,13 21:3,19 27:7,13,17 30:13,22 41:7 79:3 101:2 107:17 141:5,15 142:11 143:10,16 144:3
**high-quality**
108:8,20
**higher**
99:23
**historical**
55:12,14
**history**
80:25 84:22 96:6 103:23
**hold**
18:25 78:13 79:23 84:10
**holding**
58:15,19,21
**host**
85:6
**Hour**
141:4
**housing**
117:16,23 118:7 122:4, 10
**http://www.sfmlp.com**
73:10
**human**
112:3
**hundred**
19:14 119:12 124:3

**I**

**I'd**
124:16 126:4 141:19
**I'll**
13:13 16:9,23 36:10 84:4 135:16
**I'm**
14:9,20 15:6,17 18:6 20:4,11 21:3,22 24:14 25:7,13 27:19,24 28:13, 14 29:11,24 30:23 38:12 41:16,23 46:11 57:25 66:18,25 70:25 71:22 72:21 73:3 77:5 88:2 92:15 98:21 99:6 101:6 108:3,11 110:8 115:19 116:2 128:19 129:5 131:22 133:23 137:11
**I've**
18:20,21 103:18 136:10,11
**idea**
140:20
**ideas**
116:9
**identifiable**
63:9
**identification**
15:3 18:3 19:24 25:10 30:8 38:9 41:19 66:21 70:21 71:18 72:24 77:3 92:12 108:6 115:22 128:16 131:19 133:20 137:7 141:24
**identified**
96:16 143:3
**identifies**
81:10
**identify**
33:13 73:17 78:10 79:20 81:16,20 82:14 84:6 88:21,25 89:14,18, 23 91:16 94:25 98:21
**identifying**
81:7
**imagine**
138:14
**Imports**
127:2
**Imports'**
127:6
**improvement**
78:12 79:21 84:4,8,13, 17,20 85:2,15 98:23 111:14 128:7
**improvements**
85:7
**in-depth**
36:9
**in-house**
32:19
**include**
62:22 87:22
**included**
70:15
**including**
36:4 40:4 94:10 112:18 117:7,24 140:9
**inclusive**
16:4 19:14 36:21 45:6
**income**
55:18,22,23 56:4,8,11 84:16 85:7 86:13 90:10
**incorrect**
128:2
**increase**
86:11
**increased**
128:5
**incurred**
52:20
**index**
68:9,13 69:12
**indexes**
44:16
**indicate**
21:15 127:5
**indicated**
21:8
**individual**
11:22 12:2 63:9 64:7
**industrial**
70:7
**industry**
44:4 46:2 62:2 81:2 89:21 90:5 92:3,7 96:7
**information**
22:19 45:13 102:18,21 111:5 119:25 120:3
**initial**
33:13,15 143:3
**initially**
37:7
**innate**
112:3
**input**
97:6
**inputs**
97:10
**instance**
34:9 90:6
**institutional**
14:12
**instruct**
13:17 27:5 29:19
**instructing**
27:8
**instruction**
27:6
**instructs**
13:18
**internal**
28:11
**intricate**
81:12
**introduce**
11:18
**invest**
33:2 86:16,21 94:10,19 96:10 106:8
**invested**
22:22 76:2,7,14,18 93:4 112:23
**investing**
74:20 80:11,14 93:13 101:10 104:22 105:14 106:25 114:21 115:6,14
**investment**

22:20 23:7,12,22,25 25:11,18 30:9 31:17 32:18 35:10 39:25 43:17,19,20 44:17 65:24 66:16 77:20 91:8, 15 93:8,10 97:21 98:9, 15 106:5,6 116:9 120:2 130:24 131:2 139:4,11, 14 140:2 142:22 143:14,20

**investments**
23:23 36:4 118:6

**investor**
110:22 112:4 143:5

**investors**
96:21 98:24 110:15 111:4,13,19 113:5,7,12, 19,20

**investors'**
112:11

**invests**
19:5 40:20

**issue**
83:11

**issues**
34:17

**it's**
14:12 19:14 20:16 21:17 22:3,22 23:22 29:8 33:20,21 34:21 36:9,13 37:13 45:7,8,12 46:2 52:6 54:21 56:11 57:15 60:10 61:24 62:2 63:6 64:6 69:12 71:6 72:3 73:6 80:9,17,18 83:4,10,11 85:23,24 86:12 95:17 99:11,18 101:9 110:20,21 112:2 116:7 119:6,7 124:21 129:15 136:18 137:2

**item**
90:9

**its**
19:12 38:3 44:15 67:12 71:13 72:9 80:4 81:2 82:8,10,17 83:24 85:16 87:3 95:2 96:7,17 97:12 100:17 101:22,23 102:9,23 103:23 114:9 126:17

**J**

**James**
38:10,20 40:25 137:9, 22

**January**
20:2 38:11 47:19 48:8 56:22 57:18,19 115:24 116:8 120:14 125:14

**Jim**
40:25 132:13,15 138:7

**job**
34:19 131:11

**John**
12:4

**Jones**
44:7

**JPMORGAN**
121:20

**judgment**
34:25 83:22 87:2 111:7

**July**
11:7

**June**
18:5 42:17 71:20 72:6, 17

**K**

**Karen**
19:25

**key**
119:8

**kind**
34:23 43:3

**knew**
31:2

**know**
22:15 29:25 33:21 34:12 73:19 80:24 83:5 121:15 126:11 136:11 139:7

**knowledge**
89:20

**Kostka**
33:18 35:5,6 115:24 116:21 118:17 120:14, 25 128:17 130:10,19,23

**Kuhn**
138:8,13

**L**

**L.P.**
26:16 28:23

**labor**
90:8

**lack**
31:7 32:13 97:4 133:8 135:22 138:19 139:9,19

**large**
90:15

**led**
102:8

**left**
43:10 49:13 50:10 59:14 65:19 73:9 77:10 92:19 108:13,14

**leftmost**
56:24

**legal**
27:4,11,16 28:11 29:24 32:15

**Let's**
32:21 48:22 58:24 60:15 79:3 87:19,22 107:17 108:18 141:5

**letters**
60:6,8 73:10,13 118:25

**level**
81:25 95:18

**liaison**
39:23

**line**
26:7,10 29:2 61:10 62:16 90:9 126:25

**lines**
60:15

**lineup**
128:12

**Liquidators**
116:11 118:3 121:10,21 122:24 124:5

**Liquidators'**
122:16

**list**
24:18 65:25 66:3,5 75:13,15 83:23 131:5

**listed**
55:15 57:4 61:6

**listing**
59:6

**little**
125:18

**LLP**
11:10

**long**
18:18 59:18,24 60:2,5, 16 86:3 110:20 141:2

**long-term**
78:14 79:24 84:11 86:18 89:3 93:12

**look**
34:10 36:20 82:20 84:23 91:9,10 103:16, 25 104:23 105:17 107:3 114:9 115:7 121:14,23 124:16 126:4,6

**looked**
83:14 84:16 89:6 99:13 119:22 128:9

**looking**
36:14 37:14 47:12 79:16,18 82:24 83:2 84:2 85:8 115:8 117:23 118:6 122:2,8,9 124:11 126:13

**looks**
21:17 36:23,24 73:6 85:5 121:25 123:19 129:3 134:6

**loss**
55:6,9 84:18

**losses**
56:22

**lot**
63:6,11,12,17,18 65:5 87:21 110:25

**lots**
11:14,22 12:3 50:8,11, 17,21 51:7 52:10,21 53:8 54:10 56:4 57:6,20 58:15,20,21 60:18,21 61:9,10,14 62:16,17 63:7,8,14,16,21 64:4,7, 10 65:7,9 70:15 94:11 116:10 117:13,24 118:8 121:8,21 122:22 123:13 124:15 125:23 126:15, 16 128:5,12 129:2 142:19

**Lots'**
122:15 125:3,19 127:10,19 143:21

**loud**
14:14

**low**
99:19

**lower**
19:13 80:19

**lowered**
111:24

**Lumber**
116:11 118:3 121:10,21 122:16,24 124:4

**M**

**M-c-g-e-e**
29:6,8

**M-u-s-h-o-c-k**
13:6

**Macro**
89:25 90:4

**macroeconomic**
90:4 115:9

**majority**
68:21

**manage**
43:23 67:8 72:6 74:17

**managed**
42:6 46:16 48:16 49:8

**management**
12:7 14:13 25:11,19 26:16 28:22 31:10 41:20 66:22 70:22 71:19 80:10 114:18

**manager**
14:21 18:16,21,24 23:8 31:17 32:22 65:24 117:2,4 132:25 140:2

**manager"**
26:17

**managers**
12:5 22:20 31:24 40:3 66:16

**manages**
40:9 71:9

**manifested**
112:4

**manual**
81:12

**manually**
67:22 68:3

**March**
26:12,22 42:16 66:23 67:8

**margin**
36:22

**margins**
84:18,19

**mark**
12:15,20 119:20 120:8 129:3 141:19

**marked**
15:3,7 18:3,7 19:24 21:23 25:10,14 30:8,24 38:9,13 41:19,24 66:21 67:2 70:21 71:2,18,23 72:24 73:4 77:3,6 92:12,16 108:6,12 115:22 116:3 128:16,20 131:19,23 133:20,24 137:7,12 141:24

**market**
19:9,13 34:15 40:22 44:16 53:11,14,21 54:5, 7,13,22 55:10 57:10,17, 20,23 58:3,10,14 64:20, 21 75:16 81:3 82:11,12, 17 90:6 95:19 96:8 99:15 103:8,16,24 104:2,23 105:17 107:4 113:13,20,22,25 129:12,21,24

**market's**
113:18

**marketing**
39:3 99:15 132:18 137:22

**markets**
19:12 66:9,12 67:23 93:15

**marks**
79:7,12 144:7

**material**
34:17 90:8

**materially**
128:5

**matter**
11:13 138:9 140:7

**Mcgee**
29:3,5

**mean**
37:9,20 45:10 47:24 49:10 59:20,23 61:13 64:4 74:13 81:3 86:9 99:9 103:20 104:4 110:19 112:10 115:6 118:10,25 129:20 139:13

**meaning**
59:25 63:6 69:9 74:11 84:17 85:11 122:9 129:15 133:15

**means**
16:2 40:22 59:24 60:3, 10 80:23 82:24 86:7,10 115:7,10 121:16,18 122:12

**meant**
86:21 130:19,23

**measure**
80:18

**measured**
99:11

**measurement**
47:5,10,22,25 48:3,14 82:9

**measurements**
44:5 84:21 104:12 106:4

**measures**
80:16 81:14 82:7 83:3 99:23 123:19 136:22

**medium**
19:6 40:22 93:14

**meet**
140:21

**meeting**
15:10 22:17 23:12

**meetings**
139:25 140:2,3

**mentality**
110:24 111:15

**mentioned**
91:5

**mentioning**
131:15

**Mercer**
139:12

**merit**
126:17

**met**
140:10

**methodology**
108:25 109:13,16 110:4,10 114:17,25

**metrics**
36:18 99:13 103:18 104:3,14,24 105:18 107:5

**Michele**
18:4

**microphones**
41:9 79:6 107:20 141:8 144:6

**mid**
19:2,3,4,6,12,15 22:23 40:10,18,22 42:5 43:22 67:7,16 68:7 71:8 72:5 75:22 76:5,12 92:14,24 93:11,19,24 94:18 98:9, 15 100:8,16 101:11 105:14 115:15 135:12 141:22,25 142:7,8,15, 21 143:14

**midcap**
43:11,12 44:9,12,18,21,

25 45:3,5,16,21,25 46:5,20 68:9,13

**million**
19:14 133:2

**minute**
17:8 107:18 109:6

**minutes**
141:18

**mischaracterizes**
85:20 87:6,16 97:2 103:13 104:20 105:6,23 107:11 112:15 130:6

**mischaracterizing**
105:8

**misstates**
82:19 123:10 127:24

**Mm-hmm**
23:3 77:11 120:12,18

**model**
33:12,16 34:6,23 35:15, 20,25 36:8 81:9,15 85:17,23 87:4,8,11,14 88:7,11,15,19,24 95:2 96:18 100:17 101:22 102:6,21 109:22 118:13 123:5

**models**
37:24

**modest**
68:23

**moment**
41:8 79:5 107:19,22 141:7 144:5

**money**
14:12 40:2

**month**
48:2,6,13 56:8

**Moore**
11:10,21 12:2

**morning**
11:2 12:23,24

**mosaic**
91:14

**multi-factor**
123:18

**multiple**
80:19 103:15 105:25 107:12

**multiples**
99:19,23

**multiplication**
53:20 64:19

**multiplied**
53:20 57:16 58:17

**multiply**
52:6

**Mundy**
131:20 132:6,12 133:21 134:17

**Mushock**
11:13 12:17 13:3 14:6 15:2,7 18:2 19:23 25:9 30:7 38:8 41:18 66:20 70:20 71:17 72:23 77:2 92:11 108:5 115:21,24 128:15,18 131:18 133:19 137:6 141:20,23 142:4,14 144:10

**N**

**name**
13:2,5 22:10 38:20 39:11 74:15 93:3 132:6 135:11

**names**
21:7,8 24:19 121:23

**necessarily**
51:22 73:19 82:21 83:10

**necessary**
126:15

**need**
131:13 132:25

**negative**
111:18

**negatives**
131:10,12,13

**NEPC**
139:12

**new**
11:5,6,11 90:7 111:5 132:25 135:25 137:4

**notably**
116:10

**Notary**
12:19

**note**
16:13 20:21 119:21 120:5 135:17 142:11

**noted**
144:12

**notes**
120:20 121:17,18 130:13,19,20,21 134:3

**November**
137:9

**number**
11:17 15:18,25 17:3 28:17 42:25 46:23 47:8 48:23 50:11,14,16 52:5, 18 56:7,16 57:15 79:8, 13 81:3,14 119:22 131:8 136:5 142:25 144:8

**number's**
33:24

**numbered**
15:22 31:15 58:25 65:16

**numbers**
21:10 34:5 37:15,16,18 47:12 118:25

**numerous**
83:3 105:25 107:13 143:7,12

**O**

**O'neill**
12:4 20:11,16 30:18

**object**
13:16 18:12 19:21 21:25 22:24 27:2 33:4,8 37:11,17 40:17 46:3 52:24 56:10 62:9,14 76:20,21 78:20,25 82:18 93:21 94:3,8,12 95:23 96:14,24 98:11, 18 99:5 100:19 110:5, 12 115:2 119:3 121:3 122:19,25 125:25 135:21 137:20 139:10

**objection**
27:3 31:7,13 32:12 33:9 35:16,22 42:20 46:8 51:4 52:13 59:21 74:4 76:10 80:5,7 81:18 83:18 85:3,18,19 87:5, 15 88:8 89:9,11,16 90:2 91:20 94:21 95:6,8,13 96:2,25 97:14,16 100:10,25 101:8,15 102:2,4,11,13,25 103:3, 11 104:6,17,19,25 105:3,10,20,22 106:13, 15 107:7 109:18,23 112:13,21,25 113:2,9, 16 114:3,5 123:7,15 124:8 126:2 127:22 130:3,5 133:7 138:25 139:8,18 143:10,16

**objections**
136:4 139:24

**objective**
93:8,11

**objectives**
32:3

**Obviously**
22:2

**occasions**
107:13

**offer**
74:14 75:17

**offered**
86:17

**officer**
29:9 35:10

**offices**
11:9

**Oh**
14:16 118:22

**Ohio**
11:16

**okay**
14:5,6 16:11,25 17:11 23:6 24:15 26:4 28:3 34:10 47:11,13 59:13 72:21 73:21,23 78:6

92:17 93:9 109:9 116:19 119:2 121:9 124:21 125:13 126:21, 24 133:25 136:3

**one-time**
111:20

**ones**
119:8

**operating**
29:9 36:22 84:19

**operations**
28:11 32:19 135:2

**operator**
11:3

**opinion**
30:2

**opinions**
95:17

**opportunities**
98:22 106:5,7 131:5,7

**opportunity**
91:15 119:20

**opposed**
86:11,13 115:8

**order**
63:13 64:6 92:7 120:4

**ordering**
15:13

**ordinary**
67:11 71:12 72:8

**organizer**
22:18

**oriented**
34:23 75:17 80:12,13 90:6 91:5,6,17 99:24 122:4,11

**outgoing**
128:25

**outperform**
46:5,20

**outperformance**
68:22

**outperformed**
68:8

**outside**
40:2

**outweigh**
131:8

**overall**
33:11 81:3 113:22

**overhead**
90:9

**oversee**
39:6

**oversees**
23:23 39:5

**overvalued**
95:12 99:17

**overview**
34:7

**owned**
49:7,10,11 50:16 57:16 58:16 127:13

**owner**
14:20 18:17

**P**

**p-o-s**
120:20 121:16

**p.m.**
141:9,13 144:10,12

**page**
15:17,18 17:3,10,23 22:6,7 23:5 26:6 28:16, 19 31:14,15 42:24,25 43:2,7 46:23 48:22,23, 25 49:14 56:15,16,17 58:24,25 59:10,12,14 62:16 65:15 67:15,20 72:16 77:16 92:12 108:6,19 116:17 118:20 124:25 126:22,25 134:10 135:15,25 136:5 143:13

**pagination**
21:2 134:7

**paragraph**
15:25 31:22 68:6

**paragraphs**
15:22 110:9

**parameters**
32:3

**part**
14:20 18:17 36:13 67:21 69:9 100:12 106:17 127:13 131:4

**partial**
127:13

**participants**
99:16

**particular**
55:25 69:8,10 80:20 83:15 91:10 136:11

**particularly**
77:8

**parties**
16:15

**partly**
83:12

**party**
135:18

**Patel**
116:21,24

**patio**
117:25

**pays**
82:4

**PCT**
53:24 54:24

**PE**
36:14 123:19

**people**
28:12 95:16 137:18

**percent**
54:10 127:15 129:9

**percentage**
54:5 55:6

**percentile**
123:25

**perfect**
14:17

**performance**
43:17,18,20 44:6 45:19, 20 69:4,5,14

**performed**
87:18 88:16 102:8

**period**
16:2,3,8,16,22 19:20 24:10 26:25 28:8 29:15 30:17 32:23 35:12,23 36:2 39:8 40:15 44:23 46:17 47:5,10,22,25 48:3,14 51:2 52:17 59:7 62:2 70:16 76:3,11,16 78:2,24 81:6 83:19,20 87:20,22,23,25 88:3,5 89:24 90:14 91:2,18 93:5 94:2,7 98:17 100:8 101:12 105:16 106:12 107:2 109:19 110:4 112:19,24 115:17 117:5 120:19 126:10 138:23 139:17

**periods**
34:21 45:22

**person**
39:24 135:2

**personal**
119:25

**personally**
132:2 137:15

**perspective**
33:23,24 34:3 119:14, 16 132:18,19

**pertinent**
22:19

**philosophy**
97:22 98:9,15

**phrase**
45:10 74:7,11 80:3 86:7,9 108:19 115:5

**phrases**
75:13

**picked**
69:17,19,21

**Pier**
116:11 118:4 121:23 122:2,10,16 124:7,12, 14 125:23 126:11 127:2,6,14,16

**pile**
124:21

**place**
30:4,16,20 63:24

**placed**
20:24 33:7 134:6

**plaintiff**
119:24

**plaintiff's**
16:12 20:20

**plaintiffs**
12:10 141:18

**plaintiffs'**
16:17

**play**
35:2

**please**
11:18 12:16,25 18:14 29:5 36:7 41:9 46:10 79:6 107:20 141:8 144:6

**plus**
61:25 62:22 133:15

**point**
15:16,24 17:2 22:25 24:20 26:5 31:14 40:6 43:6 58:8 73:8 79:25 84:3 92:18 99:6 108:12 110:14 114:15 116:16 118:15 120:10 122:22 123:14 124:7,20,25 126:19 135:14

**points**
109:7 135:24

**poised**
108:9,21

**Policy**
30:9

**Pontiac**
22:18,21 23:13,18 24:5, 8,13,14 25:12,20,22,23 26:3,13 30:10 31:12 32:11,23,25 36:5 39:5,7 40:2,14 42:13 43:23 46:16 50:17 51:19 52:12,22 57:16 58:22 61:15 64:10 65:10 66:6 67:7 69:22 71:7 72:4, 12,14 76:2,6,13 77:25 93:4 94:6 106:11 107:2 112:23 117:7 125:3,19 127:7,11 132:18,21 137:22 138:22 139:17 140:3,6,18 143:22

**Pontiac's**
33:7 42:5 48:16 49:7 54:11 57:21 59:7 61:7, 23 68:17 90:13 119:24 142:19

**Poor's**
50:2

**populate**
85:23

**populated**
87:8 88:11

**portfolio**
14:21 18:16,21,24 19:3, 4,5 32:22 40:10,19 41:21 43:22 46:13,25 47:4,6,15,19 48:8,10, 14,16 49:6 54:7,11 57:16,21 58:22 59:7 61:7 66:23 67:8,24,25 68:17 69:25 70:23 71:6, 8,20 72:3,5,11 76:6,13 80:10 105:15 114:18 116:25 117:4 124:22 143:6

**portfolios**
74:15 90:17

**portion**
63:12 72:25

**pos**
120:20

**position**
18:15,19 58:3,5 127:13, 16 129:7,8

**positions**
49:7,9,10 67:24

**positive**
78:13 79:22 84:9 111:11,12,16 121:16, 17,21 130:14

**positives**
131:10,12

**potential**
37:19,20 78:14 79:24 84:10 118:6 131:8

**potentially**
38:4 91:11 126:13 129:13 134:4

**preparation**
140:22

**prepare**
17:17

**prepared**
17:12

**preponderance**
113:20 131:7

**presentations**
92:2

**Pretty**
90:9

**previous**
121:22

**previously**
96:5 103:18

**price**
36:14,15 51:12,16,17 53:4,7,10,11,21,22 57:17,20,23 58:17 64:20,21 80:15 82:8,10, 11,12,17 86:11 103:8, 16 104:2,23 105:17 107:4 108:9,21 113:25 114:10 123:20,21 129:5,11,12,15,20,21, 25

**prices**
98:24 114:7

**pricing**
34:16 90:7

**primary**
45:13,15 68:15,16

**principle**
112:22

**printed**
142:5

**prior**
15:9 106:18 111:6

**privilege**
27:14,18,20

**probably**
124:18

**process**
112:7 114:20

**produce**
72:20

**produced**
43:4 67:11,22 68:3 71:12 136:24 137:2

**product**
75:25 93:4 94:19 98:10, 16 100:9,16 101:11 115:16 119:6,7 142:17

**production**
16:17 20:9,14 21:5

**products**
75:17,22 90:7

**profit**
84:17

**profitability**
34:18

**prone**
111:4

**pronounce**
39:10 132:8

**proprietary**
36:18 37:24

**protective**
120:4

**provide**
15:14 78:14 79:24 84:11 89:2

**provided**
17:19,21 20:23 21:6 67:7 71:7 72:4,12,14 121:10

**providing**
68:23

**provisions**
28:15

**public**
12:20 66:16 85:22

**publicly**
85:24 87:8 88:12 91:22, 25 92:3 102:18,20

**published**
111:2

**pull**
129:10,15,20

**pulled**
129:4

**purchase**
37:19,21 38:5 51:12,16 60:3,13 62:12,17 64:20, 21 65:13 128:11 131:3 142:19 143:21

**purchased**
51:18 52:23 61:3,6,14 63:8,15 64:9 65:7,9 125:2,19 126:17 127:10,19

**purchases**
51:21 63:24 64:3,4

**purchasing**
38:2 52:10,20

**purely**
74:24 75:6

**purposes**
119:8

**pursues**
93:12

**Pursuing**
108:8,20

**put**
21:12,18,20 25:7 29:10 32:21 129:3 140:4

**putting**
28:5

**Q**

**Q1**
135:12

**qualitative**
33:23 34:2 37:14 89:7, 15,19,22

**quality**
36:25

**quantified**
33:21

**quantitative**
33:12,16 34:22 35:14, 20,25 74:25 75:7 87:11 88:7,11,14,18,24
100:12 118:11,12 119:5

**quantity**
53:22 63:2 64:13

**quarter**
42:11,14,16 68:10 70:5 72:19

**Quarterly**
67:16

**question**
13:20,21 20:12 27:23 29:12 106:20 117:19 129:3

**questions**
13:13 16:19 87:21 101:7 104:9 141:16,19 144:2,4

**quite**
119:11

**quotes**
16:2

**R**

**raise**
111:13

**raising**
34:16 85:11

**ranging**
19:7 40:23

**rank**
117:16 121:9

**ranked**
118:8,9

**ranking**
119:4 121:11,12,13 122:23 123:14,17

**rankings**
121:8,14

**ranks**
123:25

**rating**
123:4 127:21

**ratio**
123:19,20,21,22

**ratios**
36:14,15,16

**raw**
34:17 90:7

**read**
17:8 84:5 109:6 120:20 121:16 135:10

**reading**
78:7

**reads**
141:25 142:7

**ready**
134:11

**reason**
29:13,17,22 129:5

**reasonably**
124:3

**reasons**
129:14

**recall**
124:10,19

**received**
28:5

**recess**
41:12 79:10 107:23 141:11

**recognize**
15:8 18:7 21:23 22:5 25:4,14 28:25 30:24 38:13,16 41:24 67:2 71:2,23 73:4,12 77:6,12 116:3 128:20 131:23 136:8 137:12

**recollection**
125:22

**reconciles**
135:3

**record**
11:19 13:2,16,25 16:14 20:8,22 21:4 41:11,15 79:4,9,14,15 101:5 106:22,25 107:18,22 108:2 120:6 134:2 141:6,10,14 142:12 144:11

**recorded**
56:13 61:23 62:6,8,12, 18

**reduction**
129:21,24

**refer**
14:22 16:7 24:12 46:9, 11 47:18 53:9 56:7 58:19 70:10 75:7 113:5, 8 117:13

**referred**
43:24 68:12 99:21

**referring**
16:9,23 24:2 25:22 42:15 46:12 47:21 51:17 53:10 58:20 69:20 82:11 98:21 100:3 104:14 106:7,18 109:10 110:8 120:25 121:9 129:11

**refers**
62:11 80:15

**reflect**
98:7,13 114:8 119:23 143:13

**reflection**
109:14,21 110:3

**refresh**
125:21

**regarding**
30:14 31:24 71:8 72:5 129:2

**relate**
34:18

**relation**
81:23 114:24 140:19

**relationship**
39:5,7 138:22 139:16

**relative**
37:23 55:11 80:16,24, 25 81:2,11,25 82:3,5,8, 24,25 83:13,24 84:21 95:18 96:6,7,8 99:12,14 103:17,19,20,22,23 104:2,23 105:17 106:4 107:4 114:10

**relatively**
82:21 83:7

**relayed**
137:3

**release**
128:12

**relevant**
15:25 16:7,16 19:19 24:10 26:25 28:8 29:15 30:17 32:23 35:12,25 39:8 40:15 44:23 46:17 50:25 70:15 76:2,16 78:2,24 81:6 83:20 88:3,5 89:23 90:14 91:2,18 93:5,25 94:7 98:16 100:8 101:12 105:15 106:12 107:2 110:4 112:18,24 115:17 117:4 126:10 138:23 139:17 143:22

**relied**
102:18

**rely**
85:16 96:21 103:8

**remind**
18:14

**repeatable**
114:20

**repeated**
111:16

**rephrase**
35:18 74:6

**replace**
121:23 122:3,10,16 124:12,14 126:14,15

**replaced**
125:23

**replacing**
126:18

**report**
35:8 42:5 56:21 67:6,10 69:3 71:7 84:18 90:18, 20,21 111:10,12 124:17

**reported**
56:9 85:9

**reporter**
12:15 13:5,24

**reporting**
91:13

**reports**
35:9 91:23

**represent**
21:4 43:16 47:3 48:12 50:15 51:11 52:4 53:6, 18 54:4,20 55:8,21 57:14 58:13 60:9 61:2, 21 63:5 64:17 65:3 142:4

**representation**
18:10 78:18

**representative**
39:4 132:17,21

**represented**
82:17

**representing**
12:2 140:6

**request**
42:23

**requested**
120:6

**research**
33:14,19 34:24 35:4 37:8,13 85:17 87:4 88:16,19,25 89:6 92:4 95:3 96:18 100:18 101:23 102:7,22 111:2 143:4

**resources**
92:6

**respect**
65:6 122:17 142:18

**responsibilities**
18:23 19:17,19

**result**
53:19 54:21

**resulting**
64:18

**results**
91:9,13

**retail**
34:9 90:5 91:5,6,8,17

**retailer**
91:10

**retirement**
23:13,19,24 24:5,9,13 25:23 26:14 30:11

**revenue**
36:21 80:17

**revenues**
34:10 82:5

**review**
23:12 28:9,13 29:25 31:3 32:17,18 34:8 41:21 46:13 66:23 67:16 70:23 71:6,20 72:3 124:23

**reviews**
72:11

**revised**
30:11

**revision**
36:24

**Richman**
12:15,20

**right**
21:19 24:6 27:14 31:16 35:20 47:16 50:4 51:6, 22,24 53:13,23 54:15, 23 55:3,17 56:18 57:9 58:8 59:2 60:13,21 62:13,24 63:25 64:4,12, 23 68:14 69:16,17,20 73:22 75:11,23 78:2 87:12 94:7 95:4,25 98:3 99:3 101:24 102:24 116:23 117:12,17 120:15 122:11 123:5,6 124:23 125:16 127:11, 12 132:3,21 136:6 137:16 138:2,4,23

**risks**
130:24 131:5,9

**rmushock@sfmlp. com.**
24:25

**Robbins**
12:9

**Robert**
11:4

**Ron**
115:24 128:17

**Ronald**
11:12 12:17 13:3 144:9

**Ropes**
12:12

**roughly**
19:8,13 40:23

**round**
140:3

**routinely**
110:15 113:6,14

**row**
60:12

**rows**
48:7

**Russell**
43:11,12 44:9,12,14,18, 21,25 45:2,5,16,21,25 46:5,20 68:9,13

## S

**S&p**
44:7 85:22

**sales**
36:16 83:5 84:18 104:10 123:20

**saying**
121:15

**says**
42:9 48:6 99:7

**schedule**
23:11

**science**
34:22

**scientifically**
34:23

**score**
37:4,5 119:9,10,11 128:8

**scoring**
118:11,12

**Scott**
18:4

**screen**
33:13 37:22

**screening**
143:3

**second**
13:12 24:20 26:5 110:14

**secondary**
45:8,11

**sector**
49:23 68:22 69:6,8,11, 12 70:5,14 118:7 122:5, 11 123:18,23

**sectors**
49:23,25 50:3 69:16 70:7,10,12

**secure**
34:15

**securities**
19:6,7,15,16 31:25 33:6 40:21 57:4 60:3 62:17 65:25 97:8 99:22,25 100:7 143:7

**security**
37:6,10 54:6 55:10,24, 25 56:25 61:4,6 63:7 100:4,15 101:10,14,20, 22 102:10,24 103:9,10 105:19 107:4,6 131:3

**see**
15:19,21 16:5 17:4 22:9 23:8,14 24:23 25:2 26:6,18 28:18,21 31:16, 19 32:4 38:20 39:16 40:11 43:7,12 44:10 45:3 46:24 48:9 49:14, 18 50:7,12 51:8,25 53:4,14,25 54:17,24 55:18 56:25 57:6,11 58:10 59:14,18 60:6,18, 23 61:18 63:2 64:13,24 65:20 66:9 67:17 68:10, 24 70:8 73:9,24 75:12 77:16 78:15 86:4 87:10 92:19,25 93:16 94:14 97:21 98:2 108:13,22 109:2 110:17 114:21 118:18,23 120:22 127:2 130:10,15 133:3 134:21 135:4 138:10 142:23 143:8

**seek**
78:10 79:19 81:16,20 84:6

**seen**
136:10,12,13

**select**
67:24

**selection**
31:25 68:21 69:2,9 70:4

**sell**
18:25 59:6,25 122:2

**sense**
31:2

**sent**
130:8

**sentence**
40:7 68:19 70:3 78:17 79:18 83:25 84:5 86:3 94:14 97:19 99:7 103:21 130:12

**September**
30:12 42:17

**serial**
111:16

**series**
104:9 114:12

**service**
132:19

**Settle**
61:18

**settlement**
61:25 62:3,22,25 133:15

**sf**
119:8

**sfmlp**
72:25 77:4

**sfmlp.com**
92:13

**share**
52:7 65:5 84:20 90:7

**shares**
50:16 51:13,18 52:10, 21 53:20 57:15,17 58:2, 16 63:13,21 64:10,19 65:9 127:14,15

**Shaughnessy**
12:11,12 20:18 27:3,9, 15,19 29:16 30:21 32:12 33:9 35:16,22 42:20 46:8 52:13,16 59:21 74:4 76:10,21 80:7 81:18 83:18 85:3, 19 87:5,19 89:11,16 90:2 91:20 94:21 95:8, 13 96:25 97:16 100:19 101:15 102:2,13,25 103:11 104:17 105:3, 10,20 106:13 107:7 109:18,23 112:13 113:2,9,16 114:5 115:2 123:7,15 124:8 126:2 127:22 130:5

**she's**
135:2

**short**
40:6 59:25

**shorthand**
60:10 121:16

**show**
14:25 17:24 20:4 25:8 30:5 38:6 41:3,17 66:18 70:18 71:15 72:21 76:24 92:9 107:15 108:4 115:19 128:13 131:16 133:17 137:4

**showing**
15:6 18:6 21:22 25:13 30:23 38:12 41:23 66:25 70:25 71:22 73:3 77:5 92:15 108:11 116:2 128:19 131:22 133:23 137:11

**shown**
52:21 63:24

**side**
13:15 43:10 49:13

**signature**
28:25

**signatures**
28:19

**signed**
28:10

**similar**
121:24 122:3,13 136:10,12,13

**single**
134:7

**size**
19:6 40:24 129:8

**skim**
17:18

**skimmed**
15:9 17:20,22

**SKU'S**
34:12

**slice**
49:23

**slicing**
69:13

**small**
19:2,11,15

**SMID**
19:11

**SMID-CAP**
19:10

**sold**
127:6,14,15

**sorry**
15:17 20:11 29:11 57:25

**sought**
82:13 88:20,25 96:10

**sound**
14:4

**Southern**
11:15

**speak**
37:15 138:8

**speaking**
11:4 85:15 87:24 88:2

**special**
42:23

**specific**
46:10 69:25 87:20 123:18

**specifically**
126:22

**specify**
16:21

**speculation**
32:15 51:5 90:3 97:4 114:14 121:6 133:8 135:23 138:19 139:9,19

**spell**
13:4 29:5

**spending**
37:2

**spoke**
19:18

**sponsoring**
140:2

**stages**
78:11 79:21 84:7,25 85:14

**stamp**
21:2

**stamped**
20:10,15,17

**stamps**
134:8

**stand**
55:5

**standard**
44:4 46:2 50:2 61:24 62:2 104:11

**standpoint**
68:20

**staples**
70:7

**start**
34:4 115:11

**starts**
23:7 26:7 60:12 68:6

**state**
12:25

**statement**
30:9 40:13 43:4 48:4 80:9 84:17 85:7 90:10

**states**
11:15 15:25 17:5 23:10 24:25 26:10 28:21 31:23 40:9 46:24 48:9 50:7 53:24 68:19 70:3 77:17 78:9 79:18 93:11 110:15 114:18 117:15 130:13 135:4 142:22

**steak**
106:12

**stipulate**
30:15,19

**stock**
34:7 49:15 53:8 54:10 57:20 58:15,20,21 59:15 61:14 63:22 68:20 69:2,9 70:4 80:16,20 82:25 83:6,8, 15 86:11 87:2 94:11 98:24 99:16 113:25 114:7,9,10 119:14 121:13 122:16,17 125:3,19 126:13,18 127:6,10,19 128:8 129:4,14,22,25 131:9 142:19 143:21

**stocks**
37:22,25 40:21 45:7 69:10,11,18,20,21,25 83:16 86:17,22 89:2 106:8 108:9,20 123:23 131:11

**strategies**
77:21 78:9 84:6

**strategy**
22:23 68:8 74:24,25 75:3,7 76:8,15,19 77:24 78:19,23 79:19 86:16 93:12,20,25 94:5,18 106:10 120:2

**Street**
11:5 85:11 92:5 130:21

**strike**
32:8

**stronger**
108:10,21

**strongest**
70:4

**studies**
110:22

**style**
44:17 74:16 75:18,20 80:11

**styles**
74:17,19,22

**subheading**
31:20

**Subject**
117:11

**subjective**
80:23 83:12 95:16,21 96:9 99:10 100:3

**subjectivity**
34:25

**submitted**
31:3

**subpoena**
15:4

**substance**
27:24 140:15

**substantially**
68:8

**subtracting**
54:21

**suggest**
42:18 111:3

**summarize**
36:11 110:21

**summary**
59:5

**superior**
78:14 79:24 84:11 86:3, 17

**supplemental**
119:7

**suppliers**
91:12

**sure**
13:25 73:7 101:5 105:13 122:7

**surprise**
36:23

**surprises**
111:11,12,17,18

**sustainable**
34:20

**Swaine**
11:10,21,25

**swear**
12:16

**sworn**
12:19

**System**
23:14,19 24:6,9,14 25:24 26:14 30:11

**Systematic**
12:6,13 14:10,11,19,22, 23 15:4 16:20 17:21 18:15 20:9,14 25:12,20 26:16 28:22 32:11 33:11,25 35:4,19,24 38:2 39:4 40:4,9,14 41:20 42:6 43:4 45:24 46:16 48:16 49:8 50:4 51:18 52:20 54:11 57:21 61:5,14 64:9 65:8 66:22 67:11 68:3,17 69:21,24 70:22 71:9,12, 19 72:8 74:8,19 76:7,14 77:25 80:3 81:5,16 82:13,15 83:14,15 84:23 85:16 86:16,21, 25 87:11 88:7,15,20,25 89:6,14 90:13,24 94:6, 25 95:24 96:10,12,16, 20,22 97:12 100:6,14 101:13 102:8,22 103:7 104:22 105:16 106:8,11 107:3 112:10,23 113:24 115:15 122:9,15 124:14 125:2,18,22 127:6,10, 19 130:2 132:17 135:12 136:25 137:3,23

**Systematic's**
24:10 39:6 73:15 77:15 92:22 93:11,19,24 94:18 98:8,14 108:7,17, 25 109:12,15,21 110:3, 10 114:16,23 118:13 123:4 142:6

**Systematically**
73:2

**T**

**table**
13:16 48:5 49:2,3,5 56:17,20 59:2,4,10,15 63:23 65:16 140:3

**take**
11:11 13:11,24 17:7 41:6 109:5 119:19 124:21

**taken**
92:13

**takes**
72:19

**talk**
14:2

**talked**
99:24 101:3

**talks**
80:11

**TCA**
135:12

**team**
32:20 90:16,17,18

**teleconference**
140:23 141:3

**tell**
96:21 103:9 104:3

**telling**
140:14

**ten**
49:22 83:6 127:15

**tends**
111:20

**term**
86:3

**terms**
19:8 33:12 34:6,9 54:13 82:22 83:23 84:16 89:21 90:21 91:13,14 111:7

**testified**
12:21 35:19 94:24 105:24 107:13

**testify**
14:7,9 17:12

**testimony**
82:19 85:20 87:6,16 97:2 103:14 104:20 105:7,9,23 106:17,18 107:11 112:16 123:11 127:25 130:6

**text**
109:14,20 110:2,7 137:24

**Thank**
30:22 58:7

**there's**
13:20 16:14 110:25 111:21 142:25

**thesis**
130:25 131:2

**they're**
63:8 66:13 124:18 130:20 133:13 139:4,13

**thing**
13:23 35:2 59:23 95:11

**things**
16:20,21 33:20 36:23 40:7 81:4 82:20 88:6 91:4

**think**
85:24 101:2 105:12 115:12 117:21 121:20 126:10 128:10 129:7 130:13

**thinking**
129:6

**third**
43:2 67:14 68:5 104:8

**third-party**
92:4 97:6,10 121:18 130:21 137:2

**three**
21:18,20 22:3 61:25 66:4 74:14,19 77:20,23 109:7,11 110:9 116:12 134:5

**Thursday**
133:3

**time**
11:8 16:2,8,9,16,23 35:23 41:10,13 45:22 52:16,22 62:2 72:15,19 76:11 79:8,13 83:19 87:20,22,23,25 104:8 107:21,24 109:19 118:8 121:25 122:22 123:14 124:7 125:24 126:10 140:10,24 141:9,12,16 144:10,12

**Time-tested**
77:4

**times**
13:14 53:22 64:19 83:6, 9 100:24 103:15 104:7 105:25 106:21,22

**timing**
32:2

**titled**
51:7,25 53:14 54:16,24 55:18 56:24 57:10 58:9 61:17 62:25 64:13,24 141:21

**today**
11:7 14:8,23 16:8,19 17:13 18:11 21:13 24:12 26:3 93:20 98:10 109:22 120:9 130:14 140:10,12 142:18

**today's**
140:22

**top**
26:7 31:16 43:7 48:5 59:14 65:19 73:22 75:11 92:24 108:18,19 120:10 132:5 138:5

**top-down**
115:12

**topics**
17:5,9,13

**total**
51:25 52:7,9,19 54:6,22 55:15 63:13 65:12

**totally**
119:6

**trade**
60:22 61:24 62:3,5,7 63:7,10 65:24 99:19,22 133:16

**trades**
66:15 83:6,8

**trading**
93:15 136:23

**transaction**
59:5 124:17 136:18,20

**transactions**
32:2 59:6 126:5,8,9

**transcript**
119:20

**transcripts**
91:24

**treated**
120:7

**trend**
114:9

**trends**
34:20 36:22 37:2 90:4, 5,6 91:5,6,17 92:8

**tries**
112:10

**true**
35:11

**trustees**
23:14 24:2,4 26:13,15

**try**
14:2 86:16,21 87:23 112:5,8

**trying**
13:24

**Tuesday**
133:16

**turn**
28:16 42:24 48:22 56:15 58:24 65:15 67:14 68:5 73:21 125:11 127:17

**turnaround**
129:17

**Turning**
83:25

**two**
20:24 47:12 58:6,8 63:15,23 64:3,4 65:7 74:17,22 119:8 134:4 135:8

**Tyndale**
18:4

**type**
35:2 81:12 84:20 91:8 92:6 122:3

**types**
74:14 82:7 118:2

**typical**
133:10

**typically**
19:7 42:10 99:18 113:21 129:8

**U**

**Ultimately**
90:20

**unclear**
13:21

**under-react**
98:25 110:16 113:6,21

**under-reacting**
111:4

**under-reactions**
112:11

**under-reacts**
113:14,23

**underlying**
82:8 99:12 103:17 104:2 109:15,21

**underneath**
17:9 23:10 29:2 31:19 44:8,25 48:7 49:17 50:6 59:17 60:5,15 75:10 78:7,8 93:7 97:19,24 98:4 117:15

**understand**
31:4 32:7 33:25 69:15 87:10 92:7 105:13 110:8 122:8,21

**understanding**
15:11 22:13 23:17 26:23 27:21 28:4,6,7 29:17 33:22 38:23 39:19 42:7 54:8 66:11 67:19 74:10 86:6,14 104:21 117:18 118:24 120:24 122:5 123:12 124:13 130:18,22 132:11 133:5 134:23 136:14 138:12

**undervalued**
78:10 79:20 80:2,21,24 81:8,16,21,22,23,25 82:3,4,14 84:7 88:21 93:14 94:15,20 95:2,20 96:3,11,13,23 97:13 99:18 101:3 105:19 107:6

**underweighted**
69:7

**unique**
42:13

**unit**
51:7 64:24

**United**
11:14

**universe**
143:3,4

**University**
111:2

**unrealized**
54:16

**update**
72:4

**upgraded**
121:20

**URL**
142:12

**use**
33:12,14 37:6 83:21 85:21 92:7 97:6

**uses**
36:17 95:24

**utilizing**
92:4

**V**

**vague**
33:10 35:17 42:21 52:16 59:22 76:11 80:8 83:19 105:11 106:16

**validate**
33:15

**validated**
33:17

**validity**
30:3

**valuation**
37:3 81:10,12 83:8 98:22 104:12 119:10,11 121:13 122:23 123:3,13,17 127:20 128:10

**valuation-based**
36:18

**valuation-oriented**
36:13

**value**
22:23 36:16 40:10,18 42:5 43:12,22 44:9,13,18,21 45:2,6,16,21,25 46:6,20,25 47:4,6,9,15,19 48:8,10,14,15,19 53:14 54:5,7,13,22 55:11 57:10 58:3,10,14 67:8,16 68:7,9,13 71:8 72:5 73:25 74:3,7,13,15,18 75:4,8,11,12,19,23 76:6,8,13,15,19 77:17,18,24 78:5,9,18,23 79:19 80:12,13,15,18,19,20 81:14 82:16,24 83:12,24 84:6 86:15,23 87:3 92:14,25 93:12,20,25 94:19 95:17,18,19 97:8,25 98:10,16 99:7,9,10,20,22 100:2,4,7,8,15,16 101:4,11,13,19,22 102:9,23 103:9,19,21 104:11 105:14 108:9,20,25 109:12,16,22 110:3,10 114:16,24 115:16 119:13 141:22,25 142:7,9,15,22 143:14

**valued**
129:16 130:2

**values**
83:4

**vast**
68:21

**Verdun**
20:2

**versus**
11:14 43:17 44:6 83:2 123:22 136:23

**video**
11:3,12 79:7,12 144:7

**VIDEOGRAPHER**
11:2 12:14 14:16 41:8,13 79:5,11 107:19,24 141:7,12 144:5

**view**
97:12 102:9,17,19,23 111:6,7 113:24 114:7 119:11,15,17

**views**
34:6

**W**

**Wall**
85:11 92:5 130:21

**Wallerius**
38:10,20 39:12,13,14 40:25 132:15 137:9,22

**Wallerius's**
132:13

**want**
24:19 36:11 101:5 129:6 131:6

**wasn't**
126:14

**watch**
41:9 79:6 107:20 141:8 144:6

**way**
21:11 49:14 69:13 96:5

**ways**
96:4

**we're**
26:2 41:10,14 47:12 79:9,13 107:21,25 141:9,13 144:10

**we've**
85:24 101:2 104:9 119:21 120:6 142:18

**webcasts**
92:2

**website**
72:25 73:7,14,15 77:4,12,14,15 92:13,19,22 108:7,13,16,17 142:6,13

**week**
120:21 121:19,20 125:18

**weekend**
62:21

**weekends**
62:23

**weeks**
42:11 72:18 121:22

**weighting**
69:6

**Welcome**
41:16 108:3

**went**
21:9 79:15 102:21

**west**
11:5

**what's**
20:12 21:22 38:12 43:24 111:8 138:3

**white**
83:11

**Willis**
11:13

**withdrawal**
133:12,13

**witness**
12:16,18 15:15 20:23 21:13 27:5 105:24 107:12 135:18

**wondering**
118:7

**word**
44:8 49:15 94:15 95:20, 21,24 96:9 99:8

**words**
40:7 43:11 44:9 45:2 47:3,14 49:15,17 50:6, 10 51:6 57:6 59:15,17, 20 60:2,5,16,18 65:19 73:24 75:10 78:5,8 80:2 84:3 86:2 93:7 97:21, 24,25 127:2

**work**
90:23

**working**
36:25

**works**
13:11 90:16

**worst**
119:13 124:3

**wouldn't**
113:22

**writes**
118:17 120:17,19 132:24 138:7

**wrote**
117:10

## Y

**Yanique**
131:20 132:6,12 133:21 134:16

**year**
56:12

**years**
18:21

**yesterday**
140:23 142:6

**yield**
123:21

**yields**
36:16

**York**
11:5,6,11

**you'll**
13:13

**you're**
13:10 27:13,15,18 69:7 106:17 113:10 134:10 135:19

**you've**
29:21

## Z

**zero**
56:3 57:22,24 58:3

**Zimmermann**
19:25 22:11,14 38:11 131:21 132:20,24 133:22 134:17 137:8, 21,25 138:4

**zip**
21:7