# EXHIBIT J

# Pursuing high-quality value stocks poised for price gains driven by stronger fundamentals

## Systematic's Catalyst Value methodology is based on our belief that:

- A stock's price will ultimately follow the course of its earnings
- Investors routinely under-react to changes in company fundamentals
- Identifying companies at inflection points in their business cycle rewards investors
- Portfolio management is best executed through a disciplined, repeatable process based on fundamental, bottom-up investing

For over three decades, we have built portfolios based upon the two drivers of stock price appreciation; rising earnings expectations and increased valuation. To that end, our mission every day is to identify, what we believe to be, high-quality, undervalued companies exhibiting improving fundamentals as evidenced through tangible and confirmed catalysts.

At the early stages of a company's fundamental turnaround, investors may underestimate the strength of the recovery and fail to fully reflect the ongoing improvement in its earnings estimates or current valuation. This under-reaction tends to lead to future positive earnings surprises, upward estimate revisions, valuation expansion and thus stock price outperformance.

Our Catalyst Value investment methodology starts with a rigorous quantitative screening process to identify stocks exhibiting a combination of discounted valuation and improving fundamentals. This screening process results in a research focus list, from which prospective investments are then carefully scrutinized through fundamental, bottom-up analysis. The focus list includes those securities we believe have the strongest risk/reward characteristics and long-term investment potential. A prudently diversified portfolio is then constructed and closely monitored, with a strict adherence to designated risk controls.

## Buy/Sell Philosophy

Buy value based on confirmed catalyst

- Identify compelling valuation opportunities
- Focus on quality
- Buy only on confirmation of fundamental improvement

Monitor holdings and execute sell discipline

- Sell on anticipation of fundamental deterioration
- Reduce/sell on high valuation
- Sell on significant earnings surprise

## Investment Process Overview

Identify

**Universe screening**

- Market capitalization within the range of strategy's core index
- Screen using proprietary quantitative model (valuation and catalyst trends)
- Generate focus list

Analyze

**Fundamental research**

- Gauge investor expectations
- Analyze financial statements
- Assess company valuations

Execute

**Portfolio construction**

- Implement buy/sell decisions
- Apply risk controls

EXHIBIT
Mushock 14
7/21/16
MARK RICHMAN, RPR