# EXHIBIT K

**From:** Gordon Sacks (PCM)
**To:** Yolanda Foreman
**Subject:** RE: Teamsters Local 237 Presentations
**Date:** Thursday, April 14, 2011 4:55:32 PM
**Attachments:** Paradigm Capital SMid-Cap Introduction.pptx

---

Good afternoon Yolanda. I was just about to send this over.

I am looking forward to meeting the investment committee on Monday.

Have a great weekend.

Cordially,
Gordon

Gordon Sacks
Vice President & Director of Marketing
Paradigm Capital Management
9 Elk Street
Albany, NY 12207
(518) 431-3261 direct
gsacks@paradigmcapital.com

---

**From:** Yolanda Foreman [mailto:yolanda.foreman@egrayco.com]
**Sent:** Thursday, April 14, 2011 4:46 PM
**To:** Yolanda Foreman
**Subject:** Teamsters Local 237 Presentations

Hi All,

This is just a reminder to submit your Teamsters Local 237 Presentations for Monday to me via email if you have not done so already. Thanks in advance.

Have a great evening!

Yolanda

Yolanda Waggoner Foreman
Gray & Company
55 E. Monroe, Suite 2950
Chicago, IL 60603
312-376-4704
www.egrayco.com

EXHIBIT
Benton 4
7/20/16
MARK RICHMAN, RPR

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

# Paradigm Capital Management

# Firm and SMid-Cap Strategy Overview for Teamsters Local 237

*Exploiting Market Inefficiency Through Fundamental Research*

# *Agenda*

- Introduction to Paradigm Capital Management
- Overview of SMid-Cap strategy
- Recap of strategy performance

## *Firm Overview*

- Candace King Weir founded Paradigm Capital Management in 1994 after over 20 years leading a small-cap research boutique.

- Specializing in US small- to mid-cap equity

- Independent, privately held

- $2.5 billion in assets

- 25 employees in Albany, NY and New York, NY

*"Discipline and hard work are the cornerstones of our success as a small-cap investment management firm. We will not overpay for earnings and we are relentless in our efforts to uncover high-quality but undervalued investment ideas. Paradigm's adherence to these beliefs has resulted in superior long-term returns for our clients."*

Candace King Weir
Founder & CIO, Paradigm Capital Management

# *Paradigm Team*

- Chief Investment Officer
  - **Candace King Weir** is a pioneer in small-cap investing, having started her own small-cap research firm in 1972. She is responsible for setting Paradigm's investment strategy, maintaining the integrity of the firm's process, and supervising portfolio managers. She has supervised the SMid-Cap strategy since its inception in 2000.
- Portfolio Managers
  - **Jason Ronovech** is Senior Vice President & Portfolio Manager at Paradigm Capital Management. Ronovech joined Paradigm in 2000, and serves as co-portfolio manager of the SMid-Cap strategy. His comments on small-cap investing have been featured in the Wall Street Journal, Investors Business Daily, and on CNBC. Ronovech has been chosen twice to participate in Forbes magazine's "Stock Picker of the Year" contest. He is a CFA charter holder and has a BA from Hamilton College.
  - **Jonathan Vyorst** is Senior Vice President & Portfolio Manager at Paradigm Capital Management. Vyorst serves as co-portfolio manager of the SMid-Cap strategy. Prior to joining Paradigm in 2007, Vyorst was a Portfolio Manager for William D. Witter and Allianz PCS. He previously served as a research analyst at First Manhattan Co., Third Avenue Value Fund and Drexel Burnham Lambert. He has a B.A. from Cornell and an MBA from Yale
- Analyst Team
  - Four analysts provide due diligence on new ideas and monitor portfolio positions with a sector focus. They are supervised by Senior Vice President and Director of Research **Amelia Weir**. Prior to joining the firm in 2008, Weir was a portfolio manager for William D. Witter. She has a BA from Harvard and an MBA from the Wharton School at the University of Pennsylvania.
- Trading Desk
  - Dedicated trading team of **James Nordgaard** and **Nicholas Amodio** focused on trading small-cap stocks
  - 3rd party audits show trading consistently outperforms peers
- Compliance
  - Chief Compliance Officer **John Gulick** joined Paradigm in 2005 from GE Asset Management

## *Investment Philosophy*

- Stock market is inefficient:
  - Investor psychology and sentiment impact stock prices significantly
  - Investor expectations are volatile and based on short-term information
  - Opportunity exists for disciplined active investment management to capitalize on market inefficiencies and outperform over a business cycle
- Holdings should be comprised of quality companies selling at substantial discounts to our assessment of intrinsic value
- We define quality companies as those having:
  - Sustainable competitive advantages
  - Strong balance sheets & cash flows
  - Increasing return on investment
  - Proven & consistent management teams

## *Investment Process: Idea Generation & Research*

- Screening process identifies candidates for qualitative research:
  - Earnings, cash flow, and balance sheet criteria
  - Relative to historical range, industry, and overall market

- Fundamental analysis:
  - Income, cash flow, and balance sheet examination
  - Focus on improvements to return on invested capital and operating margins

- In-depth knowledge of management and industry:
  - Ongoing dialogue with management and other sources
  - Identify disconnects between market perception and actual conditions

## *Strategy Goals*

- Generate steady, consistent long-term outperformance
- Protect capital in market downturns while participating in market appreciation
- Invest in high-quality smaller companies and participate in their growth into mid-cap over the long term
- Control risk through stock selection and systematically rebalanced portfolio

# *Portfolio and Risk Management*

- Position size:
  - Positions purchased to 1%-2% of portfolio weight based on liquidity and risk/reward profile
  - Maximum position size is 3%
- Sector diversification:
  - Portfolio sector weights within 10 percentage points of benchmark
  - Sector exposure capped at 25% regardless of benchmark weight
- Sell discipline:
  - Sell based on assessment that company may not achieve financial targets
  - Automatic review at 20% loss. Research must reconfirm investment thesis
  - Positions that appreciate above 3% portfolio weight are automatically trimmed
  - Sell based on stock price exceeding target valuation

# *Performance History*

## Paradigm SMid Composite Gross Preliminary Annual Returns (%)

### Calendar Year Returns

| | YTD 3/31 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Paradigm SMid Composite | 9.68 | 27.49 | 31.66 | (32.39) | 7.46 | 23.43 | 11.88 | 23.85 | 36.22 | (6.93) | 13.95 |
| Russell 2500 | 8.70 | 26.71 | 34.39 | (36.79) | (1.38) | 16.16 | 8.11 | 18.29 | 45..51 | (17.80) | 1.22 |

## Paradigm SMid Composite Gross Preliminary Annualized Returns (%)

### For the Period Ending March 31, 2011

| Year | 1 year | 3 year | 5 year | 10 year | Since Inception (7/1/2000) |
|---|---|---|---|---|---|
| Paradigm SMid Composite | 29.78 | 11.28 | 8.03 | 12.38 | 12.44 |
| Russell 2500® | 26.12 | 8.89 | 4.39 | 8.85 | 7.17 |

**Paradigm outperformed the Russell 2500® in the 1, 3, 5 and since inception periods ending March 31, 2011.**

*Data is for the periods ending 03-31-2011. Assets source: CAPS 4.0. Market Cap, Positions and turnover; Source: FactSet Research Systems, Inc. Holdings are subject to change.*
*For one-on-one use only. Past performance should not be considered indicative of future results.*
*See the annualized performance slide and the composite performance slide at the end of the presentation for additional information.*

# *Rolling Returns Table*

## *Since Inception Rolling Quarterly Three-Year Returns*

| Period Ending | SMID | R2500 Tot |
|---|---|---|
| JUL-00 to JUN-03 | 8.76 | -1.36 |
| OCT-00 to SEP-03 | 10.10 | 0.64 |
| JAN-01 to DEC-03 | 13.05 | 6.58 |
| APR-01 to MAR-04 | 13.62 | 11.97 |
| JUL-01 to JUN-04 | 9.70 | 7.40 |
| OCT-01 to SEP-04 | 17.09 | 14.14 |
| JAN-02 to DEC-04 | 16.23 | 12.27 |
| APR-02 to MAR-05 | 13.18 | 9.73 |
| JUL-02 to JUN-05 | 16.73 | 14.76 |
| OCT-02 to SEP-05 | 25.92 | 24.91 |
| JAN-03 to DEC-05 | 23.58 | 23.00 |
| APR-03 to MAR-06 | 29.08 | 29.19 |
| JUL-03 to JUN-06 | 21.69 | 19.16 |
| OCT-03 to SEP-06 | 20.97 | 16.08 |
| JAN-04 to DEC-06 | 19.59 | 14.10 |
| APR-04 to MAR-07 | 19.20 | 13.26 |
| JUL-04 to JUN-07 | 20.25 | 14.97 |
| OCT-04 to SEP-07 | 17.94 | 14.97 |
| JAN-05 to DEC-07 | 14.06 | 8.38 |
| APR-05 to MAR-08 | 9.39 | 6.01 |
| JUL-05 to JUN-08 | 8.50 | 4.94 |
| OCT-05 to SEP-08 | 5.48 | 0.91 |
| JAN-06 to DEC-08 | -3.57 | -9.37 |
| APR-06 to MAR-09 | -9.40 | -15.98 |
| JUL-06 to JUN-09 | -3.40 | -9.31 |
| OCT-06 to SEP-09 | 0.11 | -3.78 |
| JAN-07 to DEC-09 | -1.47 | -4.86 |
| APR-07 to MAR-10 | -0.12 | -3.16 |
| JUL-07 to JUN-10 | -5.42 | -7.98 |
| OCT-07 to SEP-10 | -1.02 | -3.57 |
| JAN-08 to DEC-10 | 4.31 | 2.48 |
| APR-08 to FEB-11 | 10.61 | 8.31 |

# *Market Capture*




| Description | Anlzd Return | Anlzd StdDev | Beta | Anlzd Alpha | Upside Capture % | Downside Capture % |
|---|---|---|---|---|---|---|
| SMid Cap Composite | 8.52 | 20.14 | 0.88 | 3.93 | 98.68 | 84.23 |
| Russell 2500 - Total Return | 4.86 | 22.63 | 1.00 | 0.00 | 100.00 | 100.00 |

# *Lower Volatility – Standard Deviation*



# *Lower Volatility - Beta*



# *SMid Composite Portfolio Characteristics*

(As of 3/31/2011)













*Source: FactSet Research Systems, Inc. Holdings are subject to change. For one-on-one use only.*

# *SMid Composite Market Capitalization*

(As of 3/31/10)

| | Paradigm SMid | Russell 2500® |
|---|---|---|
| Capitalization ($ Weighted Average) | 2.9 B | 3.0 B |
| Capitalization ($ Median) | 2.1 B | 758 M |

**Percentage of Portfolio by Market Capitalization**




*Source: FactSet Research Systems, Inc. Holdings are subject to change. For one-on-one use only.*

# *Sector Composition*

(As of 12/31/10)

## Paradigm Select Fund vs. Russell 2500



## *Summary*

- Independent, privately held firm
- Proven process
- History of upside participation and downside protection
- Steady, consistent returns

## SMid Cap Composite

**As of December 31, 2010**

| Trailing Performance | Annualized Gross Return | Cumulative Gross Return | Annualized Net Return | Cumulative Net Return |
|---|---|---|---|---|
| **1 Year Trailing** | | | | |
| SMid Cap Composite | 27.49 | 27.49 | 26.25 | 26.25 |
| Russell 2500 | 26.71 | 26.71 | 26.71 | 26.71 |
| **3 Year Trailing** | | | | |
| SMid Cap Composite | 4.31 | 13.48 | 3.27 | 10.15 |
| Russell 2500 | 2.48 | 7.64 | 2.48 | 7.64 |
| **5 Year Trailing** | | | | |
| SMid Cap Composite | 8.52 | 50.52 | 7.45 | 43.25 |
| Russell 2500 | 4.86 | 26.76 | 4.86 | 26.76 |
| **10 Year Trailing** | | | | |
| SMid Cap Composite | 11.66 | 201.31 | 10.56 | 172.96 |
| Russell 2500 | 6.98 | 96.27 | 6.98 | 96.27 |
| **Since Inception Trailing[1]** | | | | |
| SMid Cap Composite | 11.77 | 221.55 | 10.67 | 189.86 |
| Russell 2500 | 6.49 | 93.62 | 6.49 | 93.62 |

1. Inception date of performance is July 1st, 2000.
2. Please see GIPS compliant presentation for performance footnotes.

**Past Performance is not indicative of future results**

## SMid Cap Composite

| Year | Gross Return | Net Return | Russell 2500 | Std Deviation | Benchmark Std Deviation | # of Portfolios | Dispersion | Composite Assets (mm) | Firm Assets (mm) |
|---|---|---|---|---|---|---|---|---|---|
| **2010** | 27.49 | 26.25 | 26.71 | 22.44 | 26.80 | 5 | 1.76 | $489 | $2,171 |
| **2009** | 31.66 | 30.38 | 34.39 | 19.79 | 24.25 | 5 | n/r | $400 | $1,906 |
| **2008** | (32.39) | (33.09) | (36.79) | 17.22 | 19.37 | <5 | n/r | $307 | $1,336 |
| **2007** | 7.46 | 6.40 | (1.38) | 10.06 | 11.52 | <5 | n/r | $483 | $1,996 |
| **2006** | 23.43 | 22.23 | 16.16 | 9.71 | 11.93 | <5 | n/r | $449 | $2,182 |
| **2005** | 11.88 | 10.78 | 8.11 | 10.39 | 13.48 | <5 | n/r | $372 | $1,994 |
| **2004** | 23.85 | 22.65 | 18.29 | 14.91 | 16.92 | <5 | n/r | $4 | $1,466 |
| **2003** | 36.22 | 34.91 | 45.51 | 17.83 | 19.93 | <5 | n/r | $3 | $1,111 |
| **2002** | (6.93) | (7.86) | (17.80) | n/r | n/r | <5 | n/r | $2 | $756 |
| **2001** | 13.95 | 12.83 | 1.22 | n/r | n/r | <5 | n/r | $2 | $758 |
| **2000**** | 6.72 | 6.19 | (1.35) | n/r | n/r | <5 | n/r | $2 | $615 |

** Partial year 7/1/2000 – 12/31/2000; n/r data not required with less than 5 accounts

**Paradigm Capital Management has prepared and presented this report in compliance with the Global Investment Performance Standards (GIPS®)**

1. Paradigm Capital Management is an investment management firm that is not affiliated with any parent organization and invests primarily in US Dollar denominated securities. Paradigm Capital Management defines the firm as all accounts managed by Paradigm Capital Management, Inc., Paradigm Funds Advisor LLC, & PCM Advisors LLC including separate accounts, mutual funds and hedge funds. Additional information regarding the firm's policies and procedures for calculating and reporting performance results is available upon request.

2. Paradigm Capital Management's SMid Cap composite consists of accounts that are fully discretionary and predominantly invested in equity securities, with emphasis on small and mid cap equities. The non-equity portion of the accounts will be invested in cash or fixed income securities of various maturities. The strategy does not use leverage, derivatives or short selling. The composite is free to invest in non-US securities. Accounts included are fee paying and non-fee paying (there have been no non-fee paying accounts in this strategy's history). There is no minimum account size for inclusion in the composite. This composite includes two mutual funds. The fees for these mutual funds are grossed up to provide gross of fees returns for use in the composite. One account within this composite posts dividends on pay date (cash accounting for dividends), all other accounts post dividends on ex date (accrual accounting for dividends).

3. The primary benchmark: Russell 2500 index. The annualized standard deviation is based on trailing 36 monthly (3 year) returns for the composite and benchmark. The standard deviation is basic risk measurement comparison between the product and benchmark.

4. Gross of fees performance returns are presented before management and custodial fees, but after all trading expenses. Withholding taxes are neither accrued nor analyzed for reclaimability. Performance is calculated net of withholding taxes. Net of fees performance returns are 1% annually and deducted on a monthly basis on all assets, with all fees negotiable. Composite performance is calculated and reported in US Dollars. Performance is calculated as total return with reinvestment of dividends.

5. This composite was created in March 2009. The composite's start date is July 1st, 2000. A complete list of and description of firm composites is available upon request.

6. Internal Dispersion is calculated using the equal-weighted standard deviation of returns for all portfolios that were included in the composite for the entire year.

7. The strategy has had the following portfolio manager changes: A primary portfolio manager for the strategy left the firm in July 2007. He was responsible for substantially all of the investment decisions in the strategy prior to that time.

8. Paradigm Capital Management has been verified for the periods January 1st, 1996 through December 31st, 2009 by Ashland Partners. In addition, a detailed examination was conducted on the SMid Cap Composite for the period July 1st, 2000 through December 31st, 2009. A copy of the verification report is available upon request.

**Past Performance is not indicative of future results**

## *Contact Information*

Paradigm Capital Management
9 Elk Street
Albany, NY 12207
518 431-3500

Gordon Sacks
VP & Director of Marketing
(518) 431-3261 direct
gsacks@paradigmcapital.com

www.paradigmcapital.com