# EXHIBIT Q

# Process

HOW WE APPROACH OUR CRAFT

BALANCING INDEPENDENCE AND OVERSIGHT

WHY SMALL CAP?






## Primary Research Provides Our Edge

Our extensive experience and fundamental research enable us to identify what we believe to be undervalued small-cap securities and profit from those inefficiencies. We strive to achieve this by combining a long-term, high-conviction approach with meticulous, independent research.

Careful bottom-up analysis emphasizing ongoing dialogues with company management is critical to our success: It is central to our expertise and affords us the confidence to pursue our best ideas.

We create well-supported, long-term forecasts for a universe of companies, and then monitor risks to those forecasts through close management contact. The art of the process is in determining the correct valuation versus current market price—within this effort exists the opportunity for long-term outperformance.



© 2016 Paradigm Capital Management, Inc.

EXHIBIT
Benton 13
7/20/16
MARK RICHMAN, RPR