# EXHIBIT R

**RE: Big Lots - Gray & Co. Deposition**
Brian Cochran to: 'Matthew Hendrickson' 07/25/2016 02:27 PM
Cc: Austin Brane, David Mitchell, David Herman, Luke Olts, "'Michael Paskin'", Caitlin Fitzpatrick

History: This message has been forwarded.

Matt,

We've been retained by Gray & Co in this matter. Please direct all future communications to us. We plan to serve objections and responses on behalf of Gray & Co tomorrow. However, we would like to discuss the noticed deposition of a Gray & Co representative, which seems unnecessary given their role and the issues in the case. Please call me when you can.

Regards,

Brian

**From:** Matthew Hendrickson [mailto:mhendrickson@cravath.com]
**Sent:** Sunday, July 24, 2016 7:24 PM
**To:** Brian Cochran
**Cc:** Austin Brane; David Mitchell; David Herman; Luke Olts; 'Michael Paskin'; Caitlin Fitzpatrick
**Subject:** Big Lots - Gray & Co. Deposition

Brian,

We have reached an agreement with Gray & Co. to adjourn their deposition, currently noticed for this coming Tuesday, until after we have been able to review their document production. We will let you know when the deposition has been rescheduled.

Thanks,
Matt

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**