UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., et al.,<br><br>Defendants. | No. 2:12-cv-00604-MHW-KAJ<br><br>CLASS ACTION |

DECLARATION OF JOSEPH F. MURRAY IN SUPPORT OF LEAD PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVES AND CLASS COUNSEL

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
BRIAN K. MURPHY (0070654)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN & DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
KEVIN A. LAVELLE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

I, JOSEPH F. MURRAY, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Ohio and this Court. I am a member of the law firm of Murray Murphy Moul + Basil LLP, liaison counsel for lead plaintiff in the above-entitled action. I make this declaration in support of Lead Plaintiff's Reply Memorandum of Law in Further Support of its Motion for Class Certification and to Appoint Class Representatives and Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 4: Deposition of Paul A. Gompers, August 25, 2016;

Exhibit 5: Rebuttal Expert Report of Bjorn I. Steinholt, CFA, September 9, 2016;

Exhibit 6: Defendants' Responses and Objections to Lead Plaintiff's Requests for Admission;

Exhibit 7: Excerpts of the Deposition Transcript of Plaintiffs' Expert, Bjorn I. Steinholt, dated July 21, 2016;

Exhibit 8: Excerpts of the 30(b)(6) Deposition Transcript of Robert A. Benton on Behalf of Paradigm Capital Management, Inc. (Investment Advisor to Proposed Class Representative Teamsters Local 237 Additional Security Benefit Fund), dated July 20, 2016;

Exhibit 9: Excerpts of the 30(b)(6) Deposition Transcript of Randell A. Cain, Jr. on Behalf of Herndon Capital Management (Investment Advisor to Proposed Class Representative Teamsters Local 237 Additional Security Benefit Fund), dated July 22, 2016;

Exhibit 10: Excerpts of the 30(b)(6) Deposition Transcript of Ronald M. Mushock on Behalf of Systematic Financial Management, L.P. (Investment Advisor to Proposed Class Representative City of Pontiac General Employees' Retirement System), dated July 21, 2016;

Exhibit 11: Excerpts of the 30(b)(6) Deposition Transcript of Walter L. Moore (for Proposed Class Representative City of Pontiac General Employees' Retirement System), dated July 13, 2016;

Exhibit 12: Excerpts of the 30(b)(6) Deposition Transcript of Mitchell R. Goldberg (for Proposed Class Representative Teamsters Local 237 Additional Security Benefit Fund), dated July 15, 2016; and

Exhibit 13: Excerpt of New York Rules of Professional Conduct as amended May 4, 2010, Rule 4.2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 9th day of September, 2016 at Columbus, Ohio.

s/ JOSEPH F. MURRAY

JOSEPH F. MURRAY

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 9, 2016.

s/ JOSEPH F. MURRAY
JOSEPH F. MURRAY

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney
(0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)
E-mail: murray@mmmb.com

# Mailing Information for a Case 2:12-cv-00604-MHW-KAJ Willis v. Big Lots, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Austin P Brane**
  abrane@rgrdlaw.com
- **Timothy G Cameron**
  tcameron@cravath.com,mao@cravath.com,tsyverson@cravath.com,hyan@cravath.com,ascolnik@cravath.com,dlisner@cravath.com,bmcnamara@cravath.com,cfitzpatrick@cravath.com,dherm
- **Brian E Cochran**
  bcochran@rgrdlaw.com
- **Caitlin N. Fitzpatrick**
  cfitzpatrick@cravath.com
- **Matthew P. Hendrickson**
  mhendrickson@cravath.com
- **David A. Herman**
  dherman@cravath.com
- **William Darrell Kloss , Jr**
  wdklossjr@vorys.com,crmarioth@vorys.com
- **John Joseph Kulewicz**
  jjkulewicz@vssp.com
- **Kevin A. Lavelle**
  klavelle@rgrdlaw.com
- **David W Mitchell**
  davidm@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com
- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com
- **Lucas F Olts**
  lolts@rgrdlaw.com
- **Michael A. Paskin**
  mpaskin@cravath.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)