UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., et al.,<br><br>Defendants. | No. 2:12-cv-00604-MHW-KAJ<br><br><u>CLASS ACTION</u> |

DECLARATION OF JOSEPH F. MURRAY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF IMPROPERLY WITHHELD AND REDACTED DOCUMENTS DISCLOSED TO THIRD-PARTIES AND DRAFT MEETING MINUTES

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
BRIAN K. MURPHY (0070654)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN & DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
KEVIN A. LAVELLE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

I, Joseph F. Murray, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Ohio. I am a member of the law firm of Murray Murphy Moul + Basil LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Sard Verbinnen & Co. Retention Letter dated Dec. 18, 2012 [SVC-000005121-26];

Exhibit B: Letter from David A. Herman to Kevin A. Lavelle dated March 15, 2017;

Exhibit C: Excerpt from First Installment of Privilege Log of Withheld Documents of Big Lots, Inc.;

Exhibit D: Excerpt from Privilege Log of Withheld Documents of Non-Party Sard Verbinnen & Co. LLC;

Exhibit E: Excerpt from First Instalment of Privilege Log of Redacted Documents of Big Lots, Inc.;

Exhibit F: Excerpt from Privilege Log of Withheld Documents of Non-Party Marsh, LLC;

Exhibit G: Transcript of Deposition of Charles W. Haubiel, II taken on April 20, 2017; and

Exhibit H: Sard Verbinnen & Co. invoice for February 2013 [SVC-000005096-98].

I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct. Executed this 26th day of May, 2017, at Columbus, Ohio.

s/ JOSEPH F. MURRAY
JOSEPH F. MURRAY

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2017.

s/ JOSEPH F. MURRAY
JOSEPH F. MURRAY

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney
BRIAN K. MURPHY
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

E-mail:murray@mmmb.com

## Mailing Information for a Case 2:12-cv-00604-MHW-KAJ Willis v. Big Lots, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Austin P Brane**
  abrane@rgrdlaw.com
- **Timothy G Cameron**
  tcameron@cravath.com,mao@cravath.com,tsyverson@cravath.com,hyan@cravath.com,ascolnik@cravath.com,dlisner@cravath.com,bmcnamara@cravath.com,cfitzpatrick@cravath.com,dherman@cravath.com,mhendrickson@cravath.com
- **Brian E Cochran**
  bcochran@rgrdlaw.com
- **Caitlin N. Fitzpatrick**
  cfitzpatrick@cravath.com
- **Matthew P. Hendrickson**
  mhendrickson@cravath.com
- **David A. Herman**
  dherman@cravath.com
- **William Darrell Kloss , Jr**
  wdklossjr@vorys.com,crmarioth@vorys.com
- **John Joseph Kulewicz**
  jjkulewicz@vssp.com
- **Kevin A. Lavelle**
  klavelle@rgrdlaw.com
- **David W Mitchell**
  davidm@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com
- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com
- **Lucas F Olts**
  lolts@rgrdlaw.com
- **Michael A. Paskin**
  mpaskin@cravath.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)