# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ALAN WILLIS, Individually and on Behalf
of All Others Similarly Situated,

        **Plaintiffs,**

    v.                                     Civil Action 2:12-cv-604
                                              Judge Michael H. Watson
                                              Magistrate Judge Jolson

**BIG LOTS, INC., et al.,**

        **Defendants.**

## ORDER

This matter is before the Court on Plaintiffs' Motion to File Under Seal Certain Exhibits in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Precluding the Deposition of David J. Campisi. (Doc. 103). The Motion sought to file six deposition transcripts under seal. Although Plaintiffs filed the Motion, they made clear that they were "mak[ing] no representation with regards to the appropriateness of the Confidential designations or for keeping the information under seal." (Doc. 103 at 1). Instead, Plaintiffs sought to seal the documents only because Defendants previously marked the information as confidential pursuant to the parties' Protective Order (Doc. 59). (Doc. 103 at 1). Consequently, the Court ordered Defendants to respond expeditiously. (Doc. 105). The Court also directed Defendants to apply the standards set forth by the Sixth Circuit in *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, No. 15-1544, 2016 WL 3163073, at *3 (6th Cir. June 7, 2016). (Doc. 105).

Defendants complied. On June 9, 2017, Defendants submitted a Response, asking the Court to grant Plaintiffs' motion to file *unredacted* versions of the six deposition transcripts under

seal, with the *redacted* versions filed publicly on the docket. (Doc. 109). Defendants attached the redacted versions as exhibits to their Response. (*See* Doc. 109, Exs. A–F). Having reviewed the redacted and unredacted versions, the Court **GRANTS** this request. Accordingly, the clerk's office is **DIRECTED** to file the unredacted versions of the exhibits identified in Plaintiff's Motion (Doc. 103) under seal.

    IT IS SO ORDERED.


Date: June 12, 2017					/s/ Kimberly A. Jolson
						KIMBERLY A. JOLSON
						UNITED STATES MAGISTRATE JUDGE