**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 04, 2018

Ms. Susan Katina Alexander
Robbins, Geller, Rudman & Dowd
1 Montgomery Street
Suite 1800
San Francisco, CA 94104

Mr. Timothy G. Cameron
Cravath, Swaine & Moore
825 Eighth Avenue
4100
New York, NY 10019

Mr. Jeff G. Hammel
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mr. William D. Kloss Jr.
Vorys, Sater, Seymour & Pease
P.O. Box 1008
Columbus, OH 43215

Mr. John Joseph Kulewicz
Vorys, Sater, Seymour & Pease
P.O. Box 1008
Columbus, OH 43215

Mr. Albert G. Lin
Baker & Hostetler
200 Civic Center Drive
Suite 1200
Columbus, OH 43215

Mr. Andrew Love
Robbins, Geller, Rudman & Dowd
655 W. Broadway
Suite 1900
San Diego, CA 92101

Mr. Michael A. Paskin
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Ms. Marcy C. Priedeman
Latham & Watkins
505 Montgomery Street
Suite 2000
San Francisco, CA 94111

Ms. Melissa Arbus Sherry
Latham & Watkins
555 11th Street, N.W.
Suite 1000
Washington, DC 20004

Mr. Douglas K. Yatter
Latham & Watkins
885 Third Avenue
New York, NY 10022

      Re: Case No. 17-3871, *Alan Willis, et al v. Big Lots, Inc., et al*
        Originating Case No. : 2:12-cv-00604

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

            Sincerely yours,

            s/Connie A. Weiskittel
            Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 17-3871

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ALAN WILLIS; CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM; TEAMSTERS LOCAL 237 ADDITIONAL SECURITY BENEFIT FUND

    Plaintiffs - Appellees

v.

BIG LOTS, INC.; STEVEN S. FISHMAN; JOE R. COOPER; CHARLES HAUBIEL, II; TIMOTHY A. JOHNSON

    Defendants - Appellants

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 04, 2018