UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| ALAN WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIG LOTS, INC., et al.,<br><br>Defendants. | No. 2:12-cv-00604-MHW-KAJ<br><br>CLASS ACTION |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPROVAL OF DISTRIBUTION PLAN

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
BRIAN K. MURPHY (0070654)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
KEVIN A. LAVELLE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Class Representatives City of Pontiac General Employees' Retirement System and Teamsters Local 237 Additional Security Benefit Fund ("Plaintiffs"), by and through their counsel and upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Approval of Distribution Plan and Declaration of Mishka Ferguson in Support of Plaintiffs' Motion for Approval of Distribution Plan (the "Ferguson Declaration")[1] submitted on behalf of the Court-approved Claims Administrator, Gilardi & Co. LLC ("Gilardi"), hereby move this Court for entry of the accompanying [Proposed] Order Approving Distribution Plan (the "Distribution Order"), which would, *inter alia*: (i) approve the administrative determinations of Gilardi accepting and rejecting Claims submitted in connection with the Settlement reached in the above-captioned Action as stated in the Ferguson Declaration; (ii) direct the Initial Distribution of the Net Settlement Fund to Claimants whose Claims are accepted by Gilardi as valid and approved by the Court ("Authorized Claimants"); (iii) direct that distribution checks state that the check must be cashed within 90 days after the issue date; (iv) direct that Authorized Claimants will forfeit all recovery from the Settlement if they fail to cash their distribution checks in a timely manner; (v) approve the recommended plan for any funds remaining after the distribution; (vi) release claims related to the administration process; and (viii) authorize the destruction of Claim Forms and supporting documents at an appropriate time. There are no disputed Claims by any Class Member requiring Court review. As such, the motion is ripe for determination.

Defendants have no legal interest in the relief requested herein. *See* Stipulation ¶¶5.1, 5.7, 5.9. However, in accordance with Local Rule 7.3, while Defendants' consent is not required for this motion and Defendants have no role, interest, or responsibility for the distribution of the Net

[1] All terms with initial capitalization not otherwise defined herein have the meanings ascribed to them in the Ferguson Declaration or in the Stipulation of Settlement dated May 16, 2018 (the "Stipulation") (ECF No. 124).

Settlement Fund, Lead Counsel notified Defendants on January 6, 2020, that Lead Counsel were requesting the Court's approval of Plaintiffs' proposed Distribution Plan for the Net Settlement Fund and received no objections from Defendants to this relief.

The proposed Distribution Order is submitted herewith.

DATED: January 6, 2020

Respectfully submitted,

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)
BRIAN K. MURPHY (0070654)

s/Joseph F. Murray
JOSEPH F. MURRAY (0063373)

1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)
E-mail: murray@mmmb.com
E-mail: murphy@mmmb.com

Liaison Counsel

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID W. MITCHELL
LUCAS F. OLTS
AUSTIN P. BRANE
BRIAN E. COCHRAN
KEVIN A. LAVELLE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: davidm@rgrdlaw.com
E-mail: lolts@rgrdlaw.com
E-mail: abrane@rgrdlaw.com
E-mail: bcochran@rgrdlaw.com
E-mail: klavelle@rgrdlaw.com

Lead Counsel for Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)
E-mail: cbillings@swappc.com

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 6, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Joseph F. Murray*

JOSEPH F. MURRAY, Trial Attorney
(0063373)

MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)
E-mail: murray@mmmb.com

# Mailing Information for a Case 2:12-cv-00604-MHW-KAJ Willis v. Big Lots, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Austin P Brane**
  abrane@rgrdlaw.com
- **Timothy G Cameron**
  tcameron@cravath.com,mao@cravath.com,dherman@cravath.com,cfitzpatrick@cravath.com
- **Brian E Cochran**
  bcochran@rgrdlaw.com
- **Caitlin N. Fitzpatrick**
  cfitzpatrick@cravath.com
- **Matthew P. Hendrickson**
  mhendrickson@cravath.com
- **David A. Herman**
  dherman@cravath.com
- **William Darrell Kloss , Jr**
  wdklossjr@vorys.com,kayates@vorys.com,ambaptiste@vorys.com
- **John Joseph Kulewicz**
  jjkulewicz@vssp.com
- **Kevin A. Lavelle**
  klavelle@rgrdlaw.com
- **David W Mitchell**
  davidm@rgrdlaw.com,hectorm@rgrdlaw.com,salexander@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com,murphy@ecf.courtdrive.com,tiffany@ecf.courtdrive.com
- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com
- **Lucas F Olts**
  lolts@rgrdlaw.com
- **Michael A. Paskin**
  mpaskin@cravath.com,mao@cravath.com
- **Theodore J Pintar**
  tedp@rgrdlaw.com,jstark@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)